# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re

**Tulare Local Healthcare District, dba Tulare
Regional Medical Center**

Case No.

Debtor(s).

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:  _9/29/2017_

_Kevin B. Northcraft_
Kevin B. Northcraft

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

**Modesto Division**
**Mailing Address:**
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

**Physical Address:**
**1200 I Street, Suite 4**
**Modesto, CA 95354**

**Fresno Division**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721**

EDC 2-100   (Rev. 7/15/14)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Tulare Local Healthcare District

Cardinal Health
7000 Cardinal Place
Dublin, OH 43017

Central Valley Business Forms
7500 West Sunnyview Avenue
Visalia, CA 93291

David Surdyka, MD
2740 West Main Street
Visalia, CA 93291

Fateh Entabi, MD
1070 North Cherry Street
Tulare, CA 93274

Frank Macaluso, MD
13404 Avenue 256
Tulare, CA 93274-9340

GE Capital Technology Solutions, LLC
PO Box 35701
Billings, MT 59107

General Electric Capital Corporation
PO Box 35701
Billings, MT 59107-5701

Henry Schein Inc.
11920 W. Lincoln Ave.
West Allis, WI 53227

Lexicom
175 Kershaw Industrial Blvd.
Montgomery, AL 36117

Medline
Three Lakes Drive
Northfield, IL 60093

MedTox
402 West County Road D
Saint Paul, MN 55112

Nightingale Traveler Company
6401 Congress Avenue, Suite 250
Boca Raton, FL 33487

Peninsula Messenger Service
PO Box 1487
Visalia, CA 93279

```
Roche
9115 Hague Road
Indianapolis, IN 46256

Siemens
40 Liberty Blvd.
Malvern, PA 19355

Southern California Edison
PO Box 6400
Ranho Cucamonga, CA 91729

SysMex
577 Aptakisic Road
Lincolnshire, IL 90069

Toshiba America Information Systems, Inc
PO Box 64211
Pittsburgh, PA 15264

TechScript, Inc.
5080 California Avenue, Suite 415
Bakersfield, CA 93309

UHS
6625 West 78th Street, Suite 300
Minneapolis, MN 55439
```