| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Tulare Local Healthcare District, dba Tulare Regional Medical Center |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *See Attached* | | | | | | |

### DECLARATION UNDER PENALTY OF PERJURY

I, Kevin B. Northcraft, Chairperson of the Board of Directors of the Debtor, named in this case, declare under penalty of perjury that I have read the List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date  Sept. 29, 2017              Signature  /s/ Kevin B. Northcraft
                                             Kevin B. Northcraft

00156609-BD-09.29.2017

## Tulare Local Healthcare District dba Tulare Regional Medical Center
## **20 Largest Unsecured Creditors

| | Name | Consideration | ClaimAmt |
|---|---|---|---|
| 1 | Medline<br>Three Lakes Drive, Northfield, IL 60093 | Hospital Supplies/Pharmaceuticals | $200,000.00 |
| 2 | Roche<br>9115 Hague Road, Indianapolis, IN 46256<br>(317) 521-2000 | Laboratory Supplies | $143,754.00 |
| 3 | Southern California Edison<br>P. O. Box 6400, Rancho Cucamonga, CA 91729 | Power | $139,706.00 |
| 4 | Toshiba America<br>2441 Michelle Drive, Tustin, CA 92780<br>(800) 421-1968 | Cath Lab Service/Repair | $100,000.00 |
| 5 | TechScript, Inc.<br>5080 California Avenue, Suite 415<br>Bakersfield, CA 93309<br>(661) 324-1565 | Medical Transcription | $ 72,000.00 |
| 6 | David Surdyka, MD<br>2740 West Main Street, Visalia, CA 93291<br>(559) 636-2040 | OR Call | $ 55,000.00 |
| 7 | SysMex<br>577 Aptakisic Road, Lincolnshire, IL 90069 | Laboratory Supplies | $ 46,500.00 |
| 8 | Cardinal Health<br>7000 Cardinal Place, Dublin, OH 43017<br>(614) 757-5000 | Hospital Supplies/Pharmaceuticals | $ 42,000.00 |
| 9 | UHS<br>6625 West 78th Street, Suite 300, Minneapolis, MN 55439 | Rentals, pumps, beds, etc. | $ 25,000.00 |
| 10 | Central Valley Business Forms<br>7500 West Sunnyview Avenue, Visalia, CA 93291<br>(800) 350-3595 | Forms | $ 21,400.00 |
| 11 | Nightingale Traveler Company<br>6401 Congress Avenue, Suite 250, Boca Raton, FL 33487<br>(561) 314-0140 | Traveling RNs | $ 19,000.00 |

| | | | |
|---|---|---|---|
| 12 | Siemens<br>40 Liberty Blvd., Malvern, PA 19355<br>(888) 826-9702 | Lab and Radiology | $ 17,000.00 |
| 13 | Peninsula Messenger Service<br>P. O. Box 1487, Visalia, CA 93279<br>(559) 734-6328 | Courier Service | $ 12,385.00 |
| 14 | Frank Macaluso, MD<br>13404 Avenue 256, Tulare, CA 93274-9340 | TeleRadiology Services (Night) | $ 12,000.00 |
| 15 | MedTox<br>402 West County Road D, St. Paul, MN 55112<br>(651) 636-7466 | Lab Sent Outs - Toxicology Evaluation | $ 9,000.00 |
| 16 | Fateh Entabi, MD<br>1070 North Cherry Street, Tulare, CA 93274<br>(559) 412-5533 | OR Call | $ 9,000.00 |
| 17 | Lexicom<br>175 Kershaw Industrial Blvd., Montgomery, AL 36117<br>(334) 215-4500 | | $ 6,000.00 |
| 18 | GE Capital Technology Solutions, LLC<br>PO Box 35701<br>Billings, MT 59114 | UCC-1 filed 12/31/15. Filed against Tulare Regional Medical Center not Tulare Local Healthcare District. Defective. Secured by equipment subject to lease 7803514-002. | $ - |
| 19 | Henry Schein Inc.<br>11920 W. Lincoln Ave.<br>West Allis, WI 53234 | UCC-1 filed 3/31/15. Filed against Tulare Regional Medical Center not Tulare Local Healthcare District. Defective. Secured by equipment at Earlimart clinic. May have terminated 9/18/15. | $ - |
| 20 | General Electric Capital Corporation<br>PO Box 35701<br>Billings, MT 59115 | UCC-1 filed 5/20/14. Filed against Tulare Regional Medical Center not Tulare Local Healthcare District. Defective. Secured by equipment subject to lease 7803574-001. | $ - |

**\*\*This list is subject to revision as additional information is made available.**