**3**

William W. Kannel (*pro hac vice pending*)
Ian A. Hammel (*pro hac vice pending*)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C**.
One Financial Center
Boston, MA 02111
Tel:　617-542-6000
Fax:　617-542-2241
wkannel@mintz.com
iahammel@mintz.com

Abigail V. O'Brient (SBN 265704)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C**.
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Tel:　310-586-3200
Fax:　310-586-3200
Email:　avobrient@mintz.com

Attorneys for
Wilmington Trust, N.A., as Successor Indenture Trustee and
Successor Paying Agent and Bond Registrar

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　　　　Debtor. | Case No. 17-13797<br><br>DC No.:  N/A<br><br>Chapter 9<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>Judge: TBD<br>Dept.: TBD |

　　　**PLEASE TAKE NOTICE** that Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. appears herein as counsel to Wilmington Trust, N.A, as successor indenture trustee for those certain Tulare Local Health Care District (Tulare County, California) Refunding Revenue Bonds, Series 2007, and as successor paying agent and bond registrar for those certain Tulare Local Health Care District (Tulare County California) General Obligation Bonds, Election of 2005, Series A (2007) and certain Tulare Local Health Care District (Tulare County California) General Obligation Bonds,

72429699v.1

Election of 2005, Series B (2009) pursuant to Federal Rule of Bankruptcy Procedure 9010(b); and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, and pursuant to 11 U.S.C. §§ 102(1), 923 and 1109(b), that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the attorneys listed below:

> William W. Kannel, Esq.
> Ian A. Hammel, Esq.
> MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
> One Financial Center
> Boston, MA 02111
> Tel: 617-542-6000
> Fax: 617-542-2241
> E-mail: wkannel@mintz.com
> E-mail: iahammel@mintz.com
>
> and
>
> Abigail V. O'Brient, Esq.
> MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
> 2029 Century Park East, Suite 1370
> Los Angeles, CA 90067
> Tel:    310-586-3200
> Fax:    310-586-3200
> Email:  avobrient@mintz.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, electronic medium or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final orders entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv)

72429699v.1

1  right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims,
2  actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all
3  of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

4  Dated: October 2, 2017  **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C**.

/s/ Abigail V. O'Brient
Abigail V. O'Brient

and

William W. Kannel (*pro hac vice pending*)
Ian A. Hammel (*pro hac vice pending*)

Attorneys for
Wilmington Trust, N.A., as Successor Indenture Trustee and Successor Paying Agent and Bond Registrar

-3-

72429699v.1