1  Gerald N. Sims (Cal. Bar No. 99133)
   PYLE SIMS DUNCAN & STEVENSON, APC
2  401 B Street, Suite 1500
   San Diego, CA 92101-4238
3  Telephone: (619) 687-5200
   Facsimile:  (619) 687-5210
4  jerrys@psdslaw.com

5  Attorneys for Creditor BETA Healthcare Group

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 17-13797 |
| | ) | |
| TULARE LOCAL HEALTHCARE DISTRICT, | ) ) ) | REQUEST FOR SPECIAL NOTICE |
| Debtor. | ) ) | |

Pursuant to Bankruptcy Rules 2002 and 9010, creditor BETA Healthcare Group ("BETA") requests that all matters that must be noticed to creditors and any other parties in interest whether sent by the Court, the Debtor, the Trustee or any other party in the case, be served upon the following:

> Gerald N. Sims, Esq.
> Pyle Sims Duncan & Stevenson, ACP
> 401 B Street, Suite 1500
> San Diego, CA  92101-4238
> Phone (619) 687-5200
> Facsimile (619) 687-5210
> jerrys@psdslaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including BETA with respect

to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by BETA.

**PLEASE TAKE FURTHER NOTICE,** that BETA intends that neither this Request nor any later appearance, pleading, claim or suit shall waive (1) the right of BETA to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge; (2) the right of BETA to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of BETA to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which BETA is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments BETA expressly hereby preserves and asserts in these cases.

**PLEASE TAKE FURTHER NOTICE,** that BETA DOES NOT grant authority to the undersigned to be its agent for service of process with respect to any adversary proceeding in the case. BETA expressly states that the undersigned has no authority to accept service of process of any adversary proceeding in this case under, <u>inter alia</u>, Bankruptcy Rule 7004 and that any summons or complaint must be served directly upon BETA.

Dated: October 2, 2017　　　　　　　　　PYLE SIMS DUNCAN & STEVENSON
　　　　　　　　　　　　　　　　　　　　A Professional Corporation


　　　　　　　　　　　　　　　　　　　　By: /s/ Gerald N. Sims
　　　　　　　　　　　　　　　　　　　　　　Gerald N. Sims, Attorneys for Creditor,
　　　　　　　　　　　　　　　　　　　　　　BETA Healthcare Group