FORM L138 Order to Show Cause – Appointment of Patient Care Ombudsman (v.8.14)

17–13797 – B – 9

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# ORDER TO APPEAR AND SHOW CAUSE WHY A
# PATIENT CARE OMBUDSMAN SHOULD NOT BE APPOINTED

**Case Number:**     17–13797 – B – 9

**Debtor Name(s) and Address(es):**

Tulare Local Healthcare District
869 N Cherry St
Tulare, CA 93274

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Tulare Regional Medical Center

The Court docket and file in the above case indicate that the debtor is a health care business. Pursuant to Section 333(a)(1) of the Bankruptcy Code, the Court shall order, not later than 30 days after the commencement of the case, the appointment of a patient care ombudsman unless the Court finds that such appointment is not necessary for the protection of the patients under the specific facts of the case.

**THEREFORE,**

**IT IS ORDERED** that the debtor and, if represented, debtor's counsel, and the case trustee, if any, appear before the Court on the following date, time and place:

**DATE & TIME:**         10/25/17 at 09:30 AM
**PLACE:**               U.S. Bankruptcy Court
                    Courtroom 13, 5th Floor, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA

and show cause why the Court should not order the appointment of a patient care ombudsman pursuant to 11 U.S.C. § 333(a).

Dated:
10/3/17

For the Court,
Wayne Blackwelder , Clerk