

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| In re<br>Tulare Local Healthcare District d/b/a Tulare Regional Medical Center<br>Debtor(s). | Bankruptcy Case No.<br>17-13797 |
|---|---|

*The following additional information is required when filing this form in an adversary proceeding.*

| v.<br><br>Plaintiff(s),<br><br>Defendant(s). | Adversary Proceeding No. |
|---|---|

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

1. Pursuant to Local Rule 1001-1(c) of the United States Bankruptcy Court for the Eastern District of California and Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, I, **William W. Kannel** *[applicant's name]* hereby apply for admission to practice pro hac vice, to appear and participate in this case/proceeding as counsel for **Wilmington Trust, N.A., as Successor Indenture Trustee and Successor Paying Agent and Bond Registrar** *[name(s) of party(ies) represented]*.

2. In support of this application, I state under penalty of perjury that:

    a. I reside in : **Wellesley Massachusetts** *[city and state]*.

    b. My business address is:

    Firm Name: Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
    Address: One Financial Center
    City: Boston
    State: MA    ZIP Code: 02111
    Voice Phone: ( 617 ) 348-1665    State Bar Membership #: 546724

    c. I have been admitted to practice by the following Court(s) *[List all of the courts the applicant has been admitted to practice before. Attach additional pages if necessary.]*:

| Court | Admission Date | Court | Admission Date |
|---|---|---|---|
| Commonwealth of Massachusetts | 12/1/1985 | 7th Circuit Court of Appeals | 12/30/04 |
| Massachusetts US District Court | 12/1/1985 | US Supreme Court | 9/1/1992 |
| 1st Circuit Court of Appeals | 1/1/1986 | | |
| 2nd Circuit Court of Appeals | 11/1/2007 | | |

   d. I am a member in good standing of, and eligible to practice before, the Bar in said Courts. A copy of a certificate of good standing from the Court in the state of my primary practice is attached. I am not currently suspended or disbarred in any Court.

   e. I *[check one]* ☐ have
   ☑ have not
   concurrently or within the year preceding this application made other pro hac vice applications to this Court. The cases/proceedings, if any, in which pro hac vice application was made concurrently or within the year immediately preceding the filing of this application are listed below. *[Attach additional pages if necessary.]*

| Case No. | Case Title | Application Date | Granted or Denied? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

   f. The $225.00 fee prescribed for filing an application for admission to practice pro hac vice has been paid to the Clerk, U.S. District Court, Eastern District of California ( U.S. District Court receipt number CAE1000910　　　　　). *[NOTE: U.S. District Court receipt number indicating payment is REQUIRED. Applications submitted without a valid U.S. District Court receipt number will NOT be processed.]*

3. I hereby designate the following member in good standing of the Bar of this Court, and an authorized user of this Court's electronic filing system, as local counsel with whom the Court and opposing counsel may readily communicate in this matter regarding conduct of the action and upon whom service shall be made. Said designee consents to this designation by signing below.

   Name: Abigail V. O'Brient
   Address: Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
   2029 Century Park East, Suite 1370
   City: Los Angeles
   State: CA　　　　　ZIP Code: 90067
   Voice Phone: ( 310 ) 586-3200　　CA Bar ID #: CA265704

   Date: 10/4/17　　　　　　　　　/s/ Abigail V. O'Brient
   　　　　　　　　　　　　　　　　Applicant's Signature

   Date: 10/4/17　　　　　　　　　[signature]
   　　　　　　　　　　　　　　　　Designee's Signature

**NOTE**: This completed application, any continuation pages, and a copy of applicant's certificate of good standing shall be electronically filed with the bankruptcy court by designated local counsel, together with Form EDC 2-601, *Order Concerning Admission to Practice Pro Hac Vice*, completed in all respects except for checking a box and inserting the date. For additional information, see form EDC 2-600-INST, *Instructions Regarding Application for Admission to Practice Pro Hac Vice*.

UNITED STATES DISTRICT COURT

District of Massachusetts

CERTIFICATE OF GOOD STANDING

I, Robert M. Farrell, Clerk of this Court, certify that **William W. Kannel**, Bar **546724**, was duly admitted to practice in this Court on **January 28, 1986**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **October 02, 2017**



Robert M. Farrell
**CLERK**

**DEPUTY CLERK**