# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re | Bankruptcy Case No. |
|---|---|
| Tulare Local Healthcare District d/b/a Tulare Regional Medical Center<br><br>Debtor(s). | 17-13797 |

*The following additional information is required when filing this form in an adversary proceeding.*

| | | Adversary Proceeding No. |
|---|---|---|
| v. | Plaintiff(s),<br><br>Defendant(s). | |

## ORDER CONCERNING ADMISSION TO PRACTICE PRO HAC VICE *

**IT IS ORDERED** that the application of  Ian A. Hammel  *[name of applicant]* for admission to practice pro hac vice as counsel for  Wilmington Trust, N.A., as Successor Indenture Trustee and Successor Paying Agent and Bond Registrar   *[name(s) of party(ies) represented]* in the above-entitled case/proceeding is hereby:

☒ **GRANTED**.

☐ **DENIED**.

Dated: Oct 05, 2017

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

---

\* **NOTE:** This form is to be completed in all respects, except for checking a box and inserting the date, by the applicant, electronically filed with the bankruptcy court by designated local counsel. For additional information, see form EDC 2-600-INST, *Instructions Regarding Application for Admission to Practice Pro Hac Vice.*

RECEIVED
October 04, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006142759