**3**

1  | MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
2  | **ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
3  | Sacramento, California 95814-4497
4  | Telephone: (916) 329-4910
Email: malevinson@orrick.com
5  |       clarsen@orrick.com

6  | HAGOP T. BEDOYAN, CSB NO. 131285
LISA HOLDER, CSB NO. 217752
7  | **KLEIN, DENATALE, GOLDNER,**
**  COOPER, ROSENLIEB & KIMBALL LLP**
8  | 5260 N. Palm Avenue, Suite 201
Fresno, California 93704
9  | Telephone: (559) 438-4374
Facsimile: (559) 432-1847
10 | E-mail: hbedoyan@kleinlaw.com
      lholder@kleinlaw.com
11 |
Attorneys for HealthCare Conglomerate Associates, LLC
12 |

13 | **UNITED STATES BANKRUPTCY COURT**

14 | **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

15 |

16 | In re:  |  Case No.: 17-13797-9-B

17 | TULARE LOCAL HEALTHCARE  |  Chapter 9
DISTRICT dba TULARE
18 | REGIONAL MEDICAL CENTER,  |  DC No.: N/A

19 |       Debtor.

20 | **NOTICE OF APPEARANCE AND**
**REQUEST FOR SPECIAL NOTICE**
21 | **AND AMENDEMENT TO MAILING**
**LIST**
22 |

23 |

24 |      **PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure

25 | 9010(b), Orrick, Herrington & Sutcliffe LLP and Klein, DeNatale, Goldner, Cooper, Rosenlieb

26 | & Kimball, LLP, as co-counsel hereby, enters their appearance in the above-entitled case as

27 | counsel and co-counsel of record on behalf of **HealthCare Conglomerate Associates, LLC**

28 | and:

HCCA NOTICE OF APPEARANCE REQUEST FOR   1                   NOTICE OF APPEARANCE

1.     Requests that all notices, papers and order filed herein and such telephonic or other notice as is required to be given with respect to ex parte hearings, be sent and given to the addresses set forth below.  This request specifically includes proposed plans and disclosure statements pursuant to Federal Rule of Bankruptcy Procedure 3017(a).  In the event any order is later entered regulating notice, this request is intended as a request to receive special notice to the maximum extent permitted under such order as to those parties requesting such notice.

2.     Requests that any list of creditors or other list maintained for the purpose of giving notice of proceedings herein be amended to include, if it does not presently include the following names and addresses:

MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
clarsen@orrick.com


HAGOP T. BEDOYAN, CSB NO. 131285
LISA HOLDER, CSB NO. 217752
**KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
E-mail: hbedoyan@kleinlaw.com
lholder@kleinlaw.com

3.     **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final order entered only after de novo review by a higher court; (ii) right to trial by jury in any proceedings triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal;  (iv) right to contest jurisdiction or appropriate venue in this

1    proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist

2    pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs

3    and recoupments are expressly reserved.

4

5

6    Date: October 9, 2017                    KLEIN, DENATALE, GOLDNER,
                                              COOPER, ROSENLIEB & KIMBALL LLP
7

8                                        BY: _____

9                                             HAGOP T. BEDOYAN, ESQ.,
                                              Attorneys for HealthCare Conglomerate Associates, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HRMS NOTICE OF APPEARANCE REQUEST          3                    NOTICE OF APPEARANCE
FOR SPECIAL NOTICE AND AMENDMENT TO