2
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Niki E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>　　　　　Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-1<br><br>Chapter 9<br><br>Date:　N/A<br>Time:　N/A<br>Place:　2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge:　Honorable René Lastreto II |

**APPLICATION FOR ORDER SHORTENING TIME
FOR EMERGENCY HEARING ON MOTION FOR AUTHORIZATION TO REJECT
EXECUTORY CONTRACT (HEALTHCARE CONGLOMERATE ASSOCIATES, LLC)**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY

---

APPLICATION FOR ORDER SHORTENING TIME　　　　-1-　　　　00158881-gaa-10.10.2017

JUDGE:

The Debtor, by and through counsel, respectfully seek an Order Shortening Time for notice on the above Motion as follows:

**RELIEF SOUGHT:**

Rejection of executory contract.

Attached as Exhibit A is a copy of the proposed Motion showing the relief sought.

**REASON FOR REQUEST:**

The Declaration in Support describes the reason for the requested order shortening time for an emergency hearing.

**DATE REQUESTED:** October 12, 2017 at 10:30 a.m.

WHEREFORE, Debtor requests that this Court enter its Order as follows:

1. That this Application be granted;
2. That the time for notice be shortened;
3. That notice be served upon Healthcare Conglomerate Associates, LLC, the California Department of Public Health, all known creditors; the Debtor; and the U.S. Trustee's Office.
4. The Hearing be held at the above date and time.
5. Debtor shall give notice to the required parties on or before October 10, 2017, by email or U.S. Mail, postage prepaid;
6. Objections, if any, can be presented:
   ☒ At the time of the hearing; and     ☐ Up to ___ days prior to the hearing;
7. For such other relief as is just and proper.

Dated: October 10, 2017

WALTER WILHELM LAW GROUP
A Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for Debtor
Tulare Local Healthcare District