WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Niki E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>　　　　Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO.　17-13797<br><br>DC No.: WW-1<br><br>Chapter 9<br><br>Date:　October 12, 2017<br>Time:　10:30 a.m.<br>Place:　2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge:　Honorable René Lastreto II |

**NOTICE OF MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT (HEALTHCARE CONGLOMERATE ASSOCIATES, LLC)**

PLEASE TAKE NOTICE that a hearing on Debtor's Motion For Authorization to Reject Executory Contract dated May 29, 2014 (HealthCare Conglomerate Associates,

---

NOTICE OF MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT (HCCA)　　-1-　　00158804-gaa-10.09.2017.11:53am

LLC) will be held before the Honorable René Lastreto II on October 12, 2017 at 10:30 a.m. at the above listed date, time, and courtroom, at the United States Courthouse located at 2500 Tulare Street, in Fresno, California pursuant to an Order Shortening Time entered on October 10, 2017.

The Motion and supporting papers are being served on the interested parties pursuant to Sections 365 and 901.

By the Motion the Debtor seeks an order entirely rejecting the following Contract[1] between Tulare Local Healthcare District and Healthcare Conglomerate Associates, LLC consisting of four agreements dated May 29, 2014 titled:

1. Interim Joint Operating Agreement (to extent still existant);
2. Joint Operating Agreement;
3. Management Services Agreement; and
4. Option Agreement.

Objections to the Motion may be raised at commencement of the hearing on the Motion.

Dated: October 10, 2017

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District

---

[1] Copies of the Contract may be obtained by sending an email to galfano@w2lg.com or niki.cunningham@mccormickbarstow.com.