UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re ) Case No. 17-13797-B-9
)
TULARE LOCAL HEALTHCARE ) DC No. WW-1
DISTRICT, )
        Debtor. )
)

**ORDER SHORTENING TIME FOR HEARING ON MOTION FOR
AUTHORIZATION TO REJECT EXECUTORY CONTRACT
(HEALTHCARE CONGLOMERATE ASSOCIATES, LLC)**

    On October 10, 2017, the Debtor, Tulare Local Healthcare District ("Tulare Healthcare") filed an Application for an Order Shortening Time for a hearing on its Motion to Reject an Executory Contract with Healthcare Conglomerate Associates, LLC ("HCCA") (Doc. No. 26) ("application"). HCCA filed opposition to the application on October 10, 2017 at approximately 4:37 p.m. (Doc. No. 29). Tulare Healthcare filed a reply on October 11, 2017 at approximately 9:20 a.m. (Doc. No. 43). The court has read and considered the documents filed by all parties relating to the application.

    The underlying motion relates to agreements between Tulare Healthcare and HCCA about the operation of Tulare Healthcare's facilities and payments to HCCA. The application is supported by a declaration of Tulare Healthcare's bankruptcy counsel which states in part:

> "The counter party to the subject executory contract has threatened to terminate or suspend all

   employees of the hospital which will imperil health and safety of patients and result in a cessation of hospital operations." The declaration goes on to say, "the emergency hearing is necessary for the Debtor to regain control over its hospital, healthcare facilities and finances." (Doc. No. 27).

 HCCA's opposition to the application does not dispute those statements and admits that a hearing on the motion should be on shortened notice. However, HCCA requests a period of time to fully brief opposition to the motion. HCCA suggests that a hearing be held October 19, 2017 at 1:30 p.m. and proposes opposition be filed and served by noon, October 17, 2017, and that a reply be filed by 4:00 p.m., October 18, 2017.

 In reply, Tulare Healthcare alleges that HCCA does not share important information with Tulare Healthcare about the latter's finances; that Tulare Healthcare soon expects an influx of funds which HCCA will retain if the proposed rejection of the executory contract is approved by the court; that HCCA is stalling, jeopardizing the safety of patients and the livelihood of Tulare Healthcare's employees. The allegations are not supported by evidence or references to evidence elsewhere in the record.

 Federal Rule of Bankruptcy Procedure 9006(c)(1) permits the court "for cause shown" to exercise its discretion to reduce time periods provided by the Federal Bankruptcy Rules. LBR 9014-1(f)(3) permits a court "for cause shown" to shorten a hearing on a motion to fewer than 14 days.

 The court finds cause to shorten time here. Without an exhaustive review of the contracts at issue, the court is left with the essentially undisputed statements of Debtor's counsel

as to the need for a very prompt hearing on this issue. At the same time, the unsupported allegations contained in the application or reply do not state a legal or factual basis to deprive HCCA of the right to file an appropriate opposition to the underlying motion on an accelerated basis.

Accordingly, and for good cause appearing,

IT IS ORDERED, that a hearing on Tulare Healthcare's Motion for Authorization to Reject Executory Contract shall be held Thursday, October 12, 2017, at 10:30 a.m., before the Honorable René Lastreto II, in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED, that Tulare Healthcare shall serve notice to HCCA, the California Department of Public Health, all known creditors; the Debtor; the United States Trustee's Office at email or first class mail by October 10, 2017.

IT IS FURTHER ORDERED, that no opposition needs to be filed before and can be stated at the hearing. The court will entertain suggestions for the scheduling of this matter on an accelerated basis and will entertain suggestions for interim orders to be issued pending the hearing on the underlying motion.

Dated: Oct 11, 2017

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

**Instructions to Clerk of Court**
**Service List - Not Part of Order/Judgment**

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked __X__, via the U.S. mail.

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Abigail V. O'Brient
2029 Century Park East, Suite 1370
Los Angeles CA 90067

Cynthia J. Larsen
400 Capitol Mall #3000
Sacramento CA 95814-4497

Eric M. Kapigian
1685 North Helm Ave
Fresno CA 93727

G. Andrew Slater
8080 N Palm Ave, 3rd Floor
PO Box 28902
Fresno CA 93729

Gerald N. Sims
401 B St #1500
San Diego CA 92101

Hagop T. Bedoyan
5260 N Palm Ave #201
Fresno CA 93704

Ian A. Hammel
One Financial Center
Boston MA 02111

4

1 Leib M Lerner
2 333 S Hope St 16th Fl
  Los Angeles CA 90071-1406
3
4 Riley C. Walter
  205 E. River Park Circle, Ste. 410
5 Fresno CA 93720
6
  William W. Kannel
7 Mintz, Levin - One Financial Center
  Boston MA 02111
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28