# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Tulare Local Healthcare District | **Case No :**<br>**Date :**<br>**Time :** | 17–13797 – B – 9<br>10/12/2017<br>10:30 |
| **Matter :** | [32] – Motion/Application to Reject Lease or Executory Contract [WW–1] Filed by Debtor Tulare Local Healthcare District (svim) | | |
| **Judge :**<br>**Department :** | Rene Lastreto II<br>B | **Courtroom Deputy :**<br>**Reporter :** | Debbie Chavez<br>Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney – Riley C. Walter
**Respondent(s) :**
    Creditor's Attorney –  Mark Levinson, Hagop Bedoyan
    U.S. Trustee's Attorney –  Gregory Powell
(by phone)    Creditor's Attorney – Gerald Sims, Diane Stanfield

HEARING CONTINUED TO: 10/19/17 at 02:00 PM

The hearing was continued for the following reason(s):
To allow additional briefing of the matter.

Mr. Walter to submit a proposed order.

Counsel for HCCA to sign off on the order.