2

Diane C. Stanfield (State Bar No. 106366)
Leib M. Lerner (State Bar No. 227323)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, CA   90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
diane.stanfield@alston.com
leib.lerner@alston.com

Attorneys for Creditor and Moving Party
Navigant Cymetrix Corporation

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | **Case No.:  17-13797** |
| | **DC No.: AB-1** |
| TULARE LOCAL HEALTHCARE DISTRICT, | **Chapter 9** |
| Debtor. | Date:   November 1, 2017<br>Time:  9:30 a.m.<br>Place:  2500 Tulare Street<br>            Fresno, CA 93721<br>            Courtroom 13<br>Judge:  Honorable René Lastreto II |

## <u>NOTICE OF MOTION OF NAVIGANT CYMETRIX CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY OR, ALTERNATIVELY, REQUIRING DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACT; REQUEST FOR ADEQUATE PROTECTION PAYMENTS AND PAYMENT OF ADMINISTRATIVE CLAIM</u>

PLEASE TAKE NOTICE that a hearing on Navigant Cymetrix Corporation's Motion for Relief from the Automatic Stay Or, Alternatively, Requiring Debtor To Assume Or Reject Executory Contract; Request For Adequate Protection Payments And Payment Of Administrative Claim will be held before the Honorable René Lastreto II on November 1, 2017 at 9:30am at the above-listed date, time, and courtroom at the United States Courthouse located at 2500 Tulare Street, in Fresno,

California.

The Motion and supporting papers are being served on the interested parties pursuant to Sections 362 and 901.

Pursuant to LBR-9014 no party in interest shall be required to file written opposition to the motion. Opposition, if any, shall be presented at the hearing.

Parties in interest can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

DATED:  October 12, 2017                    DIANE C. STANFIELD
                                            LEIB M. LERNER
                                            **ALSTON & BIRD LLP**


                                            /s/ Leib M. Lerner
                                                      Leib M. Lerner

                                            Attorneys for Creditor Navigant Cymetrix Corporation