```
RICHARD C. WATTERS, ESQ. - 060162
  AIDA S. MACEDO, ESQ. - 294632
          LAW OFFICES OF
       MILES, SEARS & EANNI
     A PROFESSIONAL CORPORATION
         2844 FRESNO STREET
            P.O. BOX 1432
       FRESNO, CALIFORNIA 93716
        TELEPHONE (559) 486-5200

     Attorneys for Plaintiffs
```

(SPACE BELOW FOR FILING STAMP ONLY)

## IN THE UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

***

| | |
|---|---|
| In re | NO. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9<br>DCN: ASM-1 |
| Debtor. | **MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. §362 (WITH SUPPORTING DECLARATIONS)** |
| Tax ID#: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | Date: November 15, 2017<br>Time: 1:30 p.m.<br>Place: 2500 Tulare St.<br>5th Flr.<br>Fresno, CA 93721<br>Ctrm: 13<br>Dept: B<br>Judge: Rene Lastreto II |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO NONBANKRUPTCY ACTION

THOMAS J. GRIESBACH; AMY S. FERREIRA; MATTHEW J. GRIESBACH, collectively the "Movants" seek relief from the automatic stay to TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL

*Motion for Relief from Stay.wpd*

CENTER, the debtor and move this Court as follows:

**JURISDICTION**

1. Jurisdiction exists under 28 U.S.C. § 1334. Venue is proper under 28 U.S.C. § 1408. The District Court for the Eastern District of California has generally referred these matters to the Bankruptcy Court for hearing pursuant to 28 U.S.C. §157(a) and United States District Court, Eastern District of California General Orders 182 and 223. This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2)(G). This is a contested matter under F.R.B.P. Rule 9014. This motion is made pursuant to 11 U.S.C. §362(d)(1)& (2) and LBR 4001-1 and 9014-1(f)(2).

**MOTION**

2. Debtor filed a voluntary petition under Chapter 9 of Title 11, U.S.C. case number 17-13797, in the Eastern District of California on September 30, 2017.

3. Movants are plaintiffs in a medical malpractice civil action GRIESBACH et al. v. TULARE REGIONAL MEDICAL CENTER; REBECCA A. ZULIM, M.D.; et al. No. 270010 in the Superior Court of California, County of Tulare filed on June 14, 2017.

4. The Griesbach matter arises from an incident on September 16, 2016 and September 17, 2016 where plaintiffs' decedent Christine Griesbach presented to Tulare Regional Medical Center in excruciating pain and a history of a ventrial hernia. She was diagnosed with incarcerated strangulated ventral hernia and acute abdominal pain in the emergency room. She presented serious symptoms nonetheless, Mrs. Griesbach's corrective surgery was delayed for over 12 hours due to the negligence of Tulare Regional Medical Center staff, nurses, and physicians. Alternatively, Tulare

Motion for Relief from Stay.wpd

1 Regional Medical Center and other defendants in this matter
2 negligently failed to transfer Mrs. Griesbach to another facility.
3 Shortly thereafter, Mrs. Griesbach died. Plaintiffs filed their
4 complaint for personal injuries on June 14, 2017.

5      5.     Plaintiff, THOMAS J. GRIESBACH, and decedent, CHRISTINE
6 L. GRIESBACH, were legally married and were husband and wife prior
7 to the date of the subject incident which occurred on or about
8 September 16-17, 2016.

9      6.     Plaintiffs, AMY S. FERREIRA and MATHEW J. GRIESBACH, were
10 the natural children of decedent, CHRISTINE L. GRIESBACH.

11      7.     Defendant TULARE REGIONAL MEDICAL CENTER was a hospital
12 licensed to do business in the County of Tulare, State of
13 California, and employed physicians, nurses, assistants, attendants
14 and other persons to care for and treat Mrs. Griesbach who are
15 admitted at said facility.

16 <center>**LAW**</center>

17      8.     It is respectfully submitted that good cause as
18 contemplated under 11 U.S.C. §362 (d)(1) exists and allows this
19 Court to enter an Order Granting Relief from Automatic Stay. To not
20 do so, will irreparably harm decedents' husband and two adult
21 children from the benefits they might otherwise have.

22      9.     Further good cause exists in that movants seek recovery
23 only from applicable insurance and any defense has been tendered to
24 the insurance carrier such that the Debtor need not personally
25 defend the Action from its own proceeds or proceeds from its
26 bankruptcy state. Accordingly, there is no monetary component that
27 the Debtor will have to face.
28 /////

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

*Motion for Relief from Stay.wpd*

10. Additionally, under 11 U.S.C. §362(d)(2), these claims in no way affect any property right of the Debtor, and will not in any way impair any property that is necessary for debtor's debt adjustment if any.

WHEREFORE, Movants respectfully pray as follows:

A. For an order granting relief from the automatic stay pursuant to 11 U.S.C. §362 (d)(1) as to the Debtor allowing Movants to continue with the Action as set forth above;

B. For an order that the 14-day stay described in Federal Rules of Bankruptcy Procedure Rule 4001(a)(3) be waived; and

C. For such other and/or further relief as the Court deems just and proper.

DATED: October 12, 2017

MILES, SEARS & EANNI

By: _____
AIDA S. MACEDO
Attorneys for Plaintiffs

- 4 -

*Motion for Relief from Stay.wpd*