```
                                          (SPACE BELOW FOR FILING STAMP ONLY)
3
    RICHARD C. WATTERS, ESQ. - 060162
      AIDA S. MACEDO, ESQ. - 294632
              LAW OFFICES OF
            MILES, SEARS & EANNI
         A PROFESSIONAL CORPORATION
             2844 FRESNO STREET
              P.O. BOX 1432
          FRESNO, CALIFORNIA 93716
          TELEPHONE (559) 486-5200

    Attorneys for Plaintiffs
```

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

\*\*\*

| | |
|---|---|
| In re | ) NO. 17-13797 |
| | ) |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, | ) Chapter 9 |
| | ) DCN: ASM-1 |
| | ) |
| | ) **DECLARATION OF RICHARD C.** |
| | ) **WATTERS IN SUPPORT OF MOTION** |
| Debtor. | ) **FOR RELIEF FROM AUTOMATIC STAY** |
| | ) **UNDER 11 U.S.C.§362** |
| | ) |
| Tax ID#: 94-6002897 | ) Date:  November 15, 2017 |
| Address: 869 N. Cherry Street | ) Time:  1:30 p.m. |
| Tulare, CA 93274 | ) Place: 2500 Tulare St. |
| | )        5th Flr. |
| | )        Fresno, CA 93721 |
| | ) Ctrm:  13 |
| | ) Dept:  B |
| | ) Judge: Rene Lastreto II |

I, RICHARD C. WATTERS, declare:

   1.   I am an attorney at law, licensed to practice before all Courts of the State of California, and am a shareholder and President of the law firm of Miles, Sears & Eanni, attorneys of

---

*Dec of Richard C Watters In Support of Motion for Relief from Stay.wpd*

1  record for movants/plaintiffs herein.

2  　2.　I have personal knowledge of the matters set forth herein
3  I make this declaration my personal knowledge, as based on public
4  records, or as otherwise noted herein. If called upon to testify to
5  the facts set forth herein, I could and would competently testify
6  thereto.

7  　3.　Attached hereto as **Exhibit "A"** is a true and correct copy
8  of movants/plaintiffs' Complaint for Medical Negligence- Wrongful
9  Death; and Emotion Distress filed on June 14, 2017 in the Superior
10 Court of California, County of Tulare Case No. 270010.

11 　4.　Attached hereto as **Exhibit "B"** is a true and correct copy
12 of defendant Tulare Regional Medical Center Responses to
13 Plaintiffs' Form Interrogatory Set One Number 4.2 regarding
14 insurance coverage as follows:

> "　Answer: Yes.  Pursuant to Government Code Section 6500 et seq., and Section 990 et seq., BETA Healthcare Group Risk Management Authority administers risk-sharing pools under a joint powers agreement.  Tulare District Hospital is a Member of this risk-sharing pool with $10,000,000 limit of liability.  The custodian of the coverage is BETA HealthCare Group, 1443 Danville Boulevard, Alamo, California 94507, (925) 838-6070"

20 　5.　Attached hereto as **Exhibit "C"** is a true and correct copy
21 of Plaintiffs Offer to Compromise Before Commencement of Trial per
22 Cal. Code of Civil Procedure §998 seeking insurance proceeds
23 against TULARE REGIONAL MEDICAL CENTER for the sum of Five Hundred
24 and Fifty Four Thousand, Six Hundred and Five Dollars and Twenty-
25 three cents ($554,605.23).

26 　6.　The Action does not seek to enforce any judgment obtained
27 against the Debtor personally or the bankruptcy estate itself.
28 Rather, Movants seek only to recover against available policies of

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

*Dec of Richard C Watters In Support of Motion for Relief from Stay.wpd*

insurance and should be able to prove the allegations set forth in the Action. In the event there is no insurance coverage available, then the Action will be dismissed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this October 11, 2017, at Fresno, California.

_____
RICHARD C. WATTERS

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

- 3 -

Dec of Richard C Watters In Support of Motion for Relief from Stay.wpd