**31**

(SPACE BELOW FOR FILING STAMP ONLY)

RICHARD C. WATTERS, ESQ. - 060162
 AIDA S. MACEDO, ESQ. - 294632
            LAW OFFICES OF
         MILES, SEARS & EANNI
      A PROFESSIONAL CORPORATION
          2844 FRESNO STREET
           P.O.  BOX 1432
      FRESNO, CALIFORNIA 93716
      TELEPHONE (559) 486-5200

      Attorneys for Plaintiffs


            IN THE UNITED STATES BANKRUPTCY COURT

              EASTERN DISTRICT OF CALIFORNIA

                   FRESNO DIVISION

                        * * *

| | |
|---|---|
| In re | NO. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9<br>DCN: ASM-1 |
| Debtor. | **EXHIBITS TO DECLARATION OF RICHARD C. WATTERS IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C.§362** |
| Tax ID#: 94-6002897<br>Address: 869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | Date:  November 15, 2017<br>Time:  1:30 p.m.<br>Place: 2500 Tulare St.<br>　　　　5th Flr.<br>　　　　Fresno, CA 93721<br>Ctrm:  13<br>Dept:  B<br>Judge: Rene Lastreto II |

/////

/////

/////

/////

EXHIBIT INDEX

| Exhibit | Page | Description |
|---|---|---|
| **Exhibit "A"** | 3 | True and correct copy of movants/plaintiffs' Complaint for Medical Negligence- Wrongful Death; and Emotion Distress filed on June 14, 2017 in the Superior Court of California, County of Tulare Case No. 270010. |
| **Exhibit "B"** | 20 | True and correct copy of defendant Tulare Regional Medical Center Responses to Plaintiffs' Form Interrogatory Set One Number 4.2 regarding insurance coverage. |
| **Exhibit "C"** | 27 | True and correct copy of Plaintiffs Offer to Compromise Before Commencement of Trial per Cal. Code of Civil Procedure §998 seeking insurance proceeds against TULARE REGIONAL MEDICAL CENTER for the sum of Five Hundred and Fifty Four Thousand, Six Hundred and Five Dollars and Twenty-three cents ($554,605.23). |

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

*Exhibits to Dec of Richard C Watters.wpd*

EXHIBIT "A"

SUM-100

## SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** TULARE REGIONAL MEDICAL CENTER;
*(AVISO AL DEMANDADO):* REBECCA A. ZULIM, M.D.; JATINDER
CHOPRA, M.D.; and DOES 1 through 20

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**YOU ARE BEING SUED BY PLAINTIFF:** THOMAS J. GRIESBACH,
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* Individually, and
as Successor in Interest to the ESTATE OF CHRISTINE
L. GRIESBACH; AMY S. FERREIRA; and MATHEW J.
GRIESBACH

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER
*(Número del Caso):*  **270010**

TULARE COUNTY SUPERIOR COURT
221 South Mooney Boulevard
221 South Mooney Boulevard
Visalia, California  93291

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Richard C. Watters, Esq. 060162          (559) 486-5200  (559) 486-5240
MILES, SEARS & EANNI
2844 Fresno Street, P.O. Box 1432
Fresno, California  93716

DATE:  JUN 1 4 2017          Clerk, by _____, Deputy
*(Fecha)*                    *(Secretaria)*                      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

COURT SEAL

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal
Solutions
& Plus

Code of Civil Procedure §§ 412.20, 465



RICHARD C. WATTERS, ESQ. - 060162
AIDA S. MACEDO, ESQ. - 294632
LAW OFFICES OF
**MILES, SEARS & EANNI**
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
P.O. BOX 1432
FRESNO, CALIFORNIA 93718
TELEPHONE (559) 486-5200

Attorneys for **Plaintiffs**

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
TULARE COUNTY SUPERIOR COURT
VISALIA DIVISION

JUN 14 2017

LARAINE CLERK, CLERK
BY: _____

SUPERIOR COURT OF CALIFORNIA

COUNTY OF TULARE

\*\*\*

| | |
|---|---|
| THOMAS J. GRIESBACH, Individually, and as Successor in Interest to the ESTATE OF CHRISTINE L. GRIESBACH; AMY S. FERREIRA; and MATHEW J. GRIESBACH;<br><br>Plaintiffs,<br><br>vs.<br><br>TULARE REGIONAL MEDICAL CENTER; REBECCA A. ZULIM, M.D.; JATINDER CHOPRA, M.D.; and DOES 1 through 20,<br><br>Defendants. | NO. **# - 2 7 0 0 1 0**<br><br>**COMPLAINT FOR MEDICAL NEGLIGENCE - WRONGFUL DEATH; AND EMOTIONAL DISTRESS**<br><br>BRET D. HILLMAN<br>Assigned to Judicial Officer<br>for all purposes<br><br>CASE MANAGEMENT CONFERENCE<br>Hearing Date: 10-19-17<br>Time: 8:30am<br>Department: 7 |

Plaintiffs complain of defendants, and each of them, and alleges as follows:

**PRELIMINARY ALLEGATIONS**

1.   Plaintiff, THOMAS J. GRIESBACH, and decedent, CHRISTINE L. GRIESBACH, were legally married and were husband and wife prior to the date of the subject incident which occurred on or about September 16-17, 2016.

/////

*Complaint for Med Neg-WD-Emotional Distress.wpd*

2.    Plaintiffs, AMY S. FERREIRA and MATHEW J. GRIESBACH, were the natural children of decedent, CHRISTINE L. GRIESBACH.

3.    That prior to the commencement of this action, and on February 23, 2017, a Written Claim for Damages was presented to the Clerk of the Board of TULARE REGIONAL MEDICAL CENTER and is attached hereto as ***Exhibit "A"***.    Said claim was REJECTED by the board on March 22, 2017.

4.    That plaintiffs are unaware of the true names and capacities of defendants named herein as DOE 1 through DOE 20 ("DOES 1-20"), inclusive, and each of them, and therefore plaintiffs sue said defendants by such fictitious names and will move to amend to insert the true names of said defendants when the true names, identities and acts giving rise to their liability in regard to the above-entitled action, become known to plaintiffs. Plaintiffs are informed and believe and therefore allege that each of the defendants designated herein as a DOE defendant is responsible in some manner for the events and happenings referred to herein, and for negligently and wrongfully causing the personal injuries and economic damages hereinafter alleged.

5.    That at all times and places mentioned herein, defendant TULARE REGIONAL MEDICAL CENTER was a hospital licensed to do business in the County of Tulare, State of California, and that said defendant employs physicians, nurses, assistants, attendants and other persons to care for and treat patients who are admitted at said facility.

6.    That at all time and places mentioned herein, defendant, REBECCA A. ZULIM, M.D., was and is a medical doctor licensed to practice under the laws of the State of California and was and is

- 2 -

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

*Complaint for Med Neg-WD-Emotional Distress.wpd*

-000006-

1    practicing medicine in the County of Tulare, State of California.

2        7.   That at all time and places mentioned herein, defendant,

3    JATINDER CHOPRA, M.D., was and is a medical doctor licensed to

4    practice under the laws of the State of California and was and is

5    practicing medicine in the County of Tulare, State of California.

6        8. That at all times and places mentioned herein, DOE ONE

7    through DOE TWENTY, inclusive, and each of them, were physicians,

8    surgeons, chiropractors and other medical practitioners and medical

9    providers, licensed to practice medicine and surgery and

10   chiropractic in the State of California, with offices in the County

11   of Tulare, and each of them has held themselves out to possess that

12   degree of skill, ability and learning common to medical

13   practitioners in said community.

14       9.   That at all times and places mentioned herein the

15   defendants, and each of them, were agents, servants and employees

16   of each other and of the other defendants named herein, and each of

17   them, and in doing the things hereinafter mentioned, were acting

18   within the course and scope of their authority as such agents,

19   servants and employees.

20                         **FIRST CAUSE OF ACTION**

21       **MEDICAL NEGLIGENCE - WRONGFUL DEATH AS TO DEFENDANTS**

22       **TULARE REGIONAL MEDICAL CENTER AND REBECCA ZULIM, M.D.**

23       10.  Plaintiffs restate and reiterate each and all of the

24   paragraphs and allegations set forth above, and make them part of

25   this cause of action as though fully set forth here.

26       11.  That on or about September 16, 2016 to September 17,

27   2016, plaintiffs employed defendants, TULARE REGIONAL MEDICAL

28   CENTER; REBECCA A. ZULIM, M.D.; and DOES 1-10; to diagnose and

- 3 -

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2300 FRESNO STREET
POST OFFICE BOX 1420
FRESNO, CALIFORNIA 93716

*Complaint for Med Neg-WD-Emotional Distress.wpd*

1    treat medical complaints then suffered by plaintiffs' decedent.
2    Pursuant to this employment, defendants, and each of them, by and
3    through their agents and employees, rendered professional services
4    in the diagnosis, treatment, and care of plaintiff for her
5    conditions.
6         12.   That from and after the time of the employment,
7    defendants, and each of them, by and through their agents and
8    employees in the course and scope of their agency and employment,
9    negligently failed to exercise the proper degree of knowledge,
10   competence and skill in examining, diagnosing, treating and caring
11   for plaintiffs' decedent, and in providing the appropriate level of
12   medical care, and negligently rendered treatment to plaintiffs'
13   decedent, which breached the applicable standards of care. Among
14   other things, on or about  September 16, 2016 to September 17,
15   2016, defendants failed to provide urgent and emergency care to
16   decedent for over twelve hours although she was diagnosed in the
17   emergency room with incarcerated strangulated ventral hernia and
18   acute abdominal pain secondary to incarcerated strangulated ventral
19   hernia at Tulare Regional Medical Center in Tulare, California.
20        13.   In addition, from and after the time of the employment,
21   defendants TULARE REGIONAL MEDICAL CENTER; REBECCA A. ZULIM, M.D.;
22   and each of them, by and through their agents and employees in the
23   course and scope of their agency and employment, negligently failed
24   to render competent emergency surgery or in the alternative
25   transferring decedent STAT via ambulance or air ambulance to a
26   facility equipped to perform immediate surgery. If either had been
27   accomplished, it is our contention she would have survived.  The
28   conduct at this facility including the management, nurses, staff

- 4 -

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2900 FRESNO STREET
POST OFFICE BOX 1430
FRESNO, CALIFORNIA 93716

*Complaint for Med Neg-WD-Emotional Distress.wpd*

1  and doctors involved was negligent, grossly failed the standard of

2  care, and resulted in the death of CHRISTINE L. GRIESBACH.

3      14.  That as a direct and proximate result of the negligence,

4  acts, conduct, and omissions of defendants, plaintiffs' decedent

5  sustained injury to her health, and wrongful death. As a result,

6  plaintiffs have suffered great physical and emotional pain,

7  suffering, distress, embarrassment, fright, shock and humiliation,

8  loss of love, companionship, comfort, care, assistance, protection,

9  affection, society and moral support, all to their damage in an

10  amount subject to proof.

11      15.  That as a further direct and proximate result of the

12  negligence, acts, conduct and omissions of the defendants, and each

13  of them, plaintiffs' decedent was prevented from pursuing her usual

14  occupation and activities, all to her past and future special

15  damages in an amount not now known to her, but subject to proof.

16  <u>**SECOND CAUSE OF ACTION**</u>

17  **MEDICAL NEGLIGENCE – WRONGFUL DEATH AS TO DEFENDANT**

18  **JATINDER CHOPRA, M.D.**

19      16.  Plaintiffs restate and reiterate each and all of the

20  paragraphs and allegations set forth above, and make them part of

21  this cause of action as though fully set forth here.

22      17.  That on or about September 13, 2016, and for many years

23  before that time, plaintiffs employed defendant, JATINDER CHOPRA,

24  M.D., and DOES 11-20, to diagnose and treat medical complaints then

25  suffered by plaintiffs' decedent. Pursuant to this employment,

26  defendants, and each of them, by and through their agents and

27  employees, rendered professional services in the diagnosis,

28  treatment, and care of plaintiff for her conditions.  When Dr.

LAW OFFICES OF
MILES SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1452
FRESNO CALIFORNIA 93716

- 5 -

*Complaint for Med Neg-WD-Emotional Distress.wpd*

Chopra saw Mrs. Griesbach as his patient on February 1, 2013, it was stated under _History of Present Illness_ that Dr. Chopra was following up from surgery and she was recently discharged from TRMC due to incarcerated hernia repair.

18. That from and after the time of the employment, defendants, and each of them, by and through their agents and employees in the course and scope of their agency and employment, negligently failed to exercise the proper degree of knowledge, competence and skill in examining, diagnosing, treating and caring for plaintiffs' decedent, and in providing the appropriate level of medical care, and negligently rendered treatment to plaintiffs' decedent, which breached the applicable standards of care. Among other things, defendant failed the applicable standard of care in multiple ways and essentially should have referred Mrs. Griesbach to an emergency room for an examination, treatment and surgery by a general surgeon immediately upon her presentation on September 13, 2016, at 9:45 a.m. If that had have been done, it is our contention she would have survived.

19. That as a direct and proximate result of the negligence, acts, conduct, and omissions of defendants, plaintiffs' decedent sustained injury to her health, and wrongful death. As a result, plaintiffs have suffered great physical and emotional pain, suffering, distress, embarrassment, fright, shock and humiliation, loss of love, companionship, comfort, care, assistance, protection, affection, society and moral support, all to their damage in an amount subject to proof.

20. That as a further direct and proximate result of the negligence, acts, conduct and omissions of the defendants, and each

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1492
FRESNO, CALIFORNIA 93716

- 6 -

1  of them, plaintiffs' decedent was prevented from pursuing her usual

2  occupation and activities, all to her past and future special

3  damages in an amount not now known to her, but subject to proof.

4  **THIRD CAUSE OF ACTION**

5  **EMOTIONAL DISTRESS**

6  　　21.　Plaintiffs restate and reiterate each and all of the

7  paragraphs and allegations set forth above, and make them part of

8  this cause of action as though fully set forth here.

9  　　22.　That at all times and places mentioned herein,

10  plaintiffs, THOMAS J. GRIESBACH and AMY S. FERREIRA were in close

11  proximity to the hereinabove incidents, in that they were present

12  throughout CHRISTINE L. GRIESBACH's medical demise from September

13  16, 2016 through September 17, 2016, and in particular Thomas J

14  Griesbach, husband, and Amy S. Ferreira, daughter, were invited

15  into the surgery room by a nurse after being told that the

16  decedent's heart had stopped and they were working on her. Mrs.

17  Griesbach was alive. Both of them saw this occurring and saw the

18  CPR occurring.　They were both present when last rights were

19  administered to the decedent in the surgery room by Father Robert

20  Urizalque, Priest at St. Aloysius Catholic Church. Plaintiffs,

21  THOMAS J. GRIESBACH and AMY S. FERREIRA were the legal heirs of

22  CHRISTINE L. GRIESBACH, during these incidents and observed

23  injuries occur to their loved one over that time.

24  　　23.　That as a direct and proximate result of the negligence,

25  omissions, conduct and acts of the defendants, and each of them,

26  the plaintiffs, THOMAS J. GRIESBACH and AMY S. FERREIRA, sustained

27  certain severe and painful  injuries, including, but not limited

28  to, great emotional distress  and shock to the nerves and nervous

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1427
FRESNO, CALIFORNIA 93716

- 7 -

*Complaint for Med Neg-WD-Emotional Distress.wpd*

1   system, as well as  mortification, humiliation, horror, grief,
2   fright, shame,  ridicule, nausea and embarrassment, and said
3   plaintiffs are informed and believe, and upon such information and
4   belief allege that they will continue to suffer from the injuries
5   for some indefinite period of time in the future, and that as a
6   direct and proximate result of the said negligence, acts, conduct,
7   and omissions of the defendants, and each of them, said plaintiffs
8   have been generally damaged in an amount in excess of  the
9   jurisdictional limits.

10                    **FOURTH CAUSE OF ACTION**

11                    **SURVIVORS CAUSE OF ACTION**

12                       **(C.C.P. §377.30)**

13        24.  Plaintiffs restate and reiterate each and all of the
14   paragraphs and allegations set forth above, and make them part of
15   this cause of action as though fully set forth here.

16        25.  THOMAS J. GRIESBACH brings this cause of action as
17   Successor In Interest to the ESTATE OF CHRISTINE L. GRIESBACH.

18        26.  That as a direct and legal result of the above-described
19   negligence, acts, conduct and omissions of the defendants, and each
20   of them, the Decedent, CHRISTINE L. GRIESBACH, suffered severe and
21   painful injuries, all of which resulted in damages incurred by
22   Decedent, CHRISTINE L. GRIESBACH, prior to her death, and in
23   damages to plaintiffs as alleged herein above and herein below.

24        27.  That medical bills and funeral bills accrued at the time
25   of the death of CHRISTINE L. GRIESBACH and plaintiffs claim them as
26   damages, along with all other elements of damages pled, as a legal
27   cause of the negligence and conduct of the defendants as herein
28   stated and the wrongful death of decedent.

LAW OFFICES OF
MILES, BEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 7432
FRESNO, CALIFORNIA 93718

*Complaint for Med Neg-WD-Emotional Distress.wpd*

WHEREFORE, plaintiffs pray judgment against defendants, and each of them, as follows:

a. General/Non-Economic damages to be specified at a later date;

b. Medical and incidental expenses, according to proof;

c. Funeral, burial and incidental expenses, according to proof;

d. All losses incurred because of plaintiffs inability to pursue their usual occupation and activities;

e. Loss of financial support, according the proof;

f. For costs of suit incurred herein;

g. For prejudgment interest in accordance with law;

h. For such other and further relief as to the court deems just and proper.

DATED: June 13, 2017

MILES, SEARS & EANNI

By: _____
RICHARD C. WATTERS
Attorneys for Plaintiffs

*Complaint for Med Neg-WD-Emotional Distress.wpd*

**EXHIBIT "A"**

**WRITTEN CLAIM FOR DAMAGES**

TO: CLERK OF THE BOARD OF TULARE REGIONAL MEDICAL CENTER, aka TULARE LOCAL HEALTH CARE DISTRICT; DOE ONE; DOE TWO; DOE THREE; DOE FOUR; DOE FIVE; DOE SIX; DOE SEVEN; DOE EIGHT; DOE NINE and DOE TEN

This claim is being presented pursuant to Government Code §900 et seq., and all other pertinent Code Sections of the Codes, Statutes and Laws of the State of California.

A.    The names and addresses of Claimants:

CHRISTINE GRIESBACH (Deceased)
Date of Birth:
Social Security Number: ███████████
THOMAS J. GRIESBACH, Spouse
Date of Birth:
Social Security Number: ███████████
413 E. Washington Avenue
Tulare, California 93274
(559) 688-0060
AMY S. FERREIRA, Daughter
Date of Birth:
Social Security Number: ███████████
651 Helene Street
Tulare, California 93274
(559) 679-3419
MATHEW J. GRIESBACH, Son
Date of Birth:
Social Security Number: ███████████
12381 Caminito Esmero
San Diego, California 92130
(415) 509-2673

B.    The Post Office address to which the persons presenting this claim desire notices to be sent is:

THOMAS J. GRIESBACH
AMY S. FERREIRA
MATHEW J. GRIESBACH
c/o Richard C. Watters, Esq.
MILES, SEARS & EANNI
Post Office Box 1432
Fresno, California 93716

C.    The date, place and other circumstances of the occurrence which give rise to the claim asserted are:

1.    Date:        September 16-17, 2016

2.    Location: TULARE REGIONAL MEDICAL CENTER
                 869 N. Cherry Street
                 Tulare, California 93274

- 1 -

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

3.    Circumstances:

The decedent arrived at Tulare Regional Medical Center (TRMC) on September 16, 2016, at approximately 10:30 a.m. She received a diagnoses in the emergency room report of:

    1)  incarcerated strangulated ventral hernia
    2)  acute abdominal pain secondary to incarcerated strangulated ventral hernia, rule out sepsis

She had an abdominal ultrasound performed at TRMC which was abnormal and the following was stated:

"A stat preliminary written report was sent to the emergency department and Dr. Ostrom notified directly by telephone"

A CT abdomen and pelvis without interic or IV contrast and with reconstructions was performed at TRMC with an impression that included a large bilobed abdominal wall hernia; ... and a small amount of free fluid in the peritoneal cavity consistent with insult to the involved bowel was stated by the author as follows "the STAT preliminary written report was sent to he emergency department and Dr. Ostrom notified directly by telephone"

The decedent was not taken to the operating suite until approximately 11:00 p.m. A Code was called on the patient on 9/17/16 at 12:27 a.m. The surgery had not been performed at that time.

Thomas J Griesbach, husband, and Amy S. Ferreira, daughter, were invited into the surgery room by a nurse after being told that the decedent's heart had stopped and they were working on her. Mrs. Griesbach was alive Both of them saw this occurring and saw the CPR occurring. They were both present when last rights were administered to the decedent in the surgery room by Father Robert Urizalque, Priest at St. Aloysius Catholic Church.

4.    Contentions:

It is contended that the treatment/lack of treatment rendered at this facility, TRMC, was negligent and grossly below the standard of care and that this facility along with the nurses, staff and doctors involved were negligent in not getting this emergency to the surgical suite STAT or in the alternative transferring this patient STAT via air ambulance to a facility equipped to perform immediate surgery.

The conduct at this facility including the nurses,

- 2 -

*Written Claim for Damages - Christine Greisbach.wpd*

staff and doctors involved was negligent, grossly failed the standard of care, and resulted in the death of Christine L. Griesbach.

Tulare Regional Medical Center was negligent for having inadequate surgical facilities and being understaffed.

5.    Damages:

The economic damages include the present value of lost wages and benefits to include service retirement losses at Cal-STRS along with funeral bills in the amount of $4,605.23.  The lost wages, fringe benefits, and service retirement estimate through Cal-STRS will be quantified by an economist and presented according to proof.  It should amount to approximately $1,000,000.00

The non-economic damages are as follows:

THOMAS J. GRIESBACH, AMY S. FERREIRA, MATHEW J. GRIESBACH - Wrongful death of Christine L. Griesbach - $250,000.00 cap provided by MICRA

Emotional Distress of THOMAS J. GRIESBACH - the $250,000.00 cap provided by MICRA

Emotional Distress of AMY J. FERREIRA - the $250,000.00 cap provided by MICRA

Jurisdiction over the claim of THOMAS J. GRIESBACH, AMY S. FERRERIA and MATHEW J. GRIESBACH would rest in the Superior Court.

DATED: February 23, 2017

MILES, SEARS & EANNI

By: _____
RICHARD C. WATTERS
Attorneys for Plaintiffs

- 3 -

*Written Claim for Damages - Christine Greisbach.wpd*

```
1        PROOF OF SERVICE BY MAIL - C.C.P. §§1013(a), 2015.5
2            I, Christina Marquez, declare as follows:
3      My business address is MILES, SEARS & EANNI, 2844   Fresno
4  Street, Post Office Box 1432, Fresno, California,  93716.  I am a
5  resident of, or employed in, Fresno County, the county  where the
6  following mailing occurs.  I am over the age of  eighteen years and
7  not a party to the within entitled action.  I  am readily familiar
8  with the practice of MILES, SEARS & EANNI for   collection and
9  processing of correspondence for mailing with the   United States
10 Postal Service.  In accordance with that practice,  correspondence
11 will be deposited with the United States Postal  Service on the
12 same date set forth below in the ordinary course  of business.  On
13 February 23, 2017, I served the within *WRITTEN CLAIM FOR DAMAGES* on
14 the interested  parties in said action by placing a true copy
15 thereof for deposit  in the United States Postal Service at my said
16 place of business.   The envelopes were sealed and placed for
17 collection and mailing  on that date following ordinary business
18 practices.  The names  and addresses of the persons served as shown
19 on the envelopes are  as follows:
20 Clerk of the Board of                    *CERTIFIED MAIL*
   TULARE REGIONAL MEDICAL CENTER, aka
21 TULARE LOCAL HEALTH CARE DISTRICT
   869 North Cherry Street
22 Tulare, California 93274

23 Charlene Dawson, Risk Manager            *CERTIFIED MAIL*
   TULARE REGIONAL MEDICAL CENTER
24 869 North Cherry Street
   Tulare, California 93274
25
       Courtesy copy to:    THOMAS J. GRIESBACH
26                          413 E. Washington Avenue
                            Tulare, California 93274
27
28 /////
```

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

- 4 -

*Written Claim for Damages - Christine Greisbach.wpd*

-000018-

1    AMY S. FERREIRA
     651 Helene Street
2    Tulare, California 93274

3    MATHEW J. GRIESBACH
     12381 Caminito Esmero
4    San Diego, California 92130

5        I declare under penalty of perjury under the laws of  the

6    State of California that the foregoing is true and correct.

7    Executed this 23rd day of February 2017, at Fresno, California.

8

                              _____ Declarant
                              Christina Marquez,

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Clerk of the Board of
TULARE REGIONAL MEDICAL CENTER, aka
TULARE LOCAL HEALTH CARE DISTRICT
869 North Cherry Street
Tulare, California 93274

9590 9403 0323 5155 9393 09

2. Article Number (Transfer from service label)
7015 0640 0001 2427 6827

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Alice Caetano_     □ Agent
                      □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
  Alice Caetano        2  2  17
D. Is delivery address different from Item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
  (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted
  Delivery
□ Return Receipt for
  Merchandise
□ Signature Confirmation™
□ Signature Confirmation
  Restricted Delivery

Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL RECEIPT
visit our website at www.usps.com®
OFFICIAL USE
Postmark
Here

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Charlene Dawson, Risk Manager
TULARE REGIONAL MEDICAL CENTER
869 North Cherry Street
Tulare, California 93274

9590 9403 0323 5155 9393 30

2. Article Number (Transfer from service label)
7015 0640 0001 2427 6810

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Alice Caetano_     □ Agent
                      □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
  Alice Caetano        3  2  17
D. Is delivery address different from Item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
  (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted
  Delivery
□ Return Receipt for
  Merchandise
□ Signature Confirmation™
□ Signature Confirmation
  Restricted Delivery

Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL RECEIPT
visit our website at www.usps.com®
OFFICIAL USE
Postmark
Here

**EXHIBIT "B"**

1   Richard S. Salinas #154959
    Carol A. O'Neil #71282
2   WEISS·SALINAS LAW GROUP, INC.
    7108 North Fresno Street, Suite 250
3   Fresno, California 93720
    Telephone: (559) 438-2080
4   Facsimile: (559) 438-8363
    rsalinas@weiss-salinas.com
5
6   Attorneys for Defendant TULARE REGIONAL MEDICAL CENTER

7

8                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                             COUNTY OF TULARE

10

11  THOMAS J. GRIESBACH, Individually, and    )  Case No. VCU270010
    as Successor in Interest to the ESTATE OF  )
12  CHRISTINE L. GRIESBACH; AMY S.             )  **DEFENDANT TULARE REGIONAL**
    FERREIRA; and MATHEW J. GRIESBACH;         )  **MEDICAL CENTER'S RESPONSES TO**
13                                             )  **PLAINTIFFS' FORM**
                                               )  **INTERROGATORIES—GENERAL**
14              Plaintiffs,                     )
                                               )
15      vs.                                     )  **SET NO. ONE**
                                               )
16  TULARE REGIONAL MEDICAL CENTER;            )
17  REBECCA A. ZULIM, M.D.; JATINDER           )
    CHOPRA, M.D.; and DOES 1 through 20        )
18                                             )  Action Filed: June 14, 2017
19              Defendants.                     )  Trial Date: NOT YET ASSIGNED

20  PROPOUNDING PARTY:     Defendant, TULARE REGIONAL MEDICAL CENTER

21  RESPONDING PARTY:      Plaintiffs, THOMAS J. GRIESBACH, ET AL.

22  SET NUMBER:            One (1)

23          Defendant, TULARE REGIONAL MEDICAL CENTER ("TRMC"), responds to

24  the Form Interrogatories – General, propounded by Plaintiffs, THOMAS GRIESBACH, *ET AL.*

25  ("Plaintiffs") Set Number One, as follows:

26          It should be noted that this responding party has not fully completed investigation

27  of the facts of this case, has not fully completed discovery in this action, and has not completed

28  preparation for trial. All of the responses contained herein are based only upon such information

                                        1
                DEFENDANT TULARE REGIONAL MEDICAL CENTER'S RESPONSES TO PLAINTIFFS' FORM
                      INTERROGATORIES—GENERAL, SET NO. ONE

**INTERROGATORIES NO. 4.2:**

Are you self-insured under any statute for the damages, claims, or actions that have arisen out of the INCIDENT? If so, specify the statute.

**RESPONSE:**

Attorney Objections: Objection to the term "the INCIDENT," which is undefined and vague and ambiguous. Without waiving this objection,

Answer: Yes. Pursuant to Government Code Section 6500 et seq., and Section 990 et seq., BETA Healthcare Group Risk Management Authority administers risk-sharing pools under a joint powers agreement. Tulare District Hospital is a Member of this risk-sharing pool with $10,000,000 limit of liability. The custodian of the coverage is BETA HealthCare Group, 1443 Danville Boulevard, Alamo, California, 94507, (925) 838-6070.

**INTERROGATORIES NO. 12.1:**

State the name, ADDRESS, and telephone number of each individual:

    (a)    who witnessed the INCIDENT or the events occurring immediately before or after the INCIDENT;

    (b)    who made any statement at the scene of the INCIDENT;

    (c)    who heard any statements made about the INCIDENT by any individual at the scene; and

    (d)    who YOU OR ANYONE ACTING ON YOUR BEHALF claim has knowledge of the INCIDENT (except for expert witnesses covered by Code of Civil Procedure section 2034).

**RESPONSE:**

Objection, this Interrogatory seeks to invade the attorney-client and work-product privileges. (See Evidence Code § 950 *et seq.*, CCP § 2018.010 *et seq.*; *Roberts v. City of Palmdale* (1993) 5 Cal.4th 363, 370-381.) Objection, this Interrogatory seeks to discover information protected under Evidence Code § 1157 *et seq.* and other protected peer review processes. Objection, this Interrogatory seeks to discover information that is protected under the Health Information Portability and Accountability Act (HIPAA). Objection, this

1   available to Plaintiffs and their counsel through Quest Discovery Services. Defendant is not in

2   possession, custody or control of any medical records of Plaintiffs.

3   Dated: August 18, 2017.                    WEISS·SALINAS LAW GROUP, INC.

4

5                                               By: _Carol A. O'Neil_

6                                               Richard S. Salinas
                                                Carol A. O'Neil
7                                               Attorneys for Defendant
8                                               TULARE REGIONAL MEDICAL CENTER

9   108853; 01002.0102

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT TULARE REGIONAL MEDICAL CENTER'S RESPONSES TO PLAINTIFFS' FORM
INTERROGATORIES—GENERAL, SET NO. ONE

**VERIFICATION**

STATE OF CALIFORNIA    )
                       )
COUNTY OF TULARE       )

I have read the foregoing **DEFENDANT TULARE REGIONAL MEDICAL CENTER'S RESPONSE TO PLAINTIFFS THOMAS J. GRIESBACH, ET AL., FORM INTERROGATORIES—GENERAL, SET ONE,** and know its contents.

☒ CHECK APPLICABLE PARAGRAPHS

☐    I am a party to this action. The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒    I am the CHIEF NURSING OFFICER, which is a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

☐    I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

☐    The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐    I am one of the attorneys for _____, a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on *16TH of August,* 2017, at Tulare, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Angie Graziano_
ANGIE GRAZIANO, R.N., CHIEF NURSING OFFICER

{00109345; 1 01002-0102}

-000024-

1
                                             PROOF OF SERVICE
                            CCP §§ 1011, 1013, 1013a, 2015.5

2
                                               FRCP 5(b)

3
STATE OF CALIFORNIA, COUNTY OF FRESNO

4
        I am employed in the County of Fresno, State of California. I am over the age of 18 and not

5
a party to the within action; my business address is 7108 North Fresno Street, Suite 250, Fresno, California 93720.

6
        On **August 18, 2017,** I served the document described as **DEFENDANT TULARE**

7
**REGIONAL MEDICAL CENTER'S RESPONSES TO PLAINTIFFS' FORM**
**INTERROGATORIES—GENERAL, SET NO. ONE,** on the interested parties in this action ☒ by

8
placing the true copies thereof enclosed in sealed envelope(s) addressee(s) as stated on the attached service list: ☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed

9
envelope(s) addressed as follows:

10
                              **SEE ATTACHED SERVICE LIST**

11
☒ BY MAIL:        ☐ I deposited such envelope in the mail at Fresno, California. The

12
                        envelope was mailed with postage thereon fully prepaid.

13
                        ☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would

14
be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Fresno, California in the ordinary course of

15
business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more

16
than one day after date of deposit for mailing in affidavit.

17
☐ (BY PERSONAL SERVICE) I personally delivered such envelope(s) to the office(s) of the

18
addressee(s) listed on the attached service list.

19
☐ (BY FACSIMILE) I faxed the document to the person(s) at the fax number(s) listed in the
attached service list. The telephone number of the sending facsimile machine was (559) 438-

20
2080. No error was reported by the fax machine that I used.

21
☐ (BY ELECTRONIC SERVICE) I transmitted electronically by email(s) of the above-referenced document to the addressee(s) at the email addresses listed in the attached service list.

22
☐ (BY OVERNIGHT COURIER) I enclosed said document in an envelope(s) or package(s)

23
addressed to the person(s) at the addresses listed on the attached service list. I placed the envelope(s) or package(s) for collection and overnight delivery at an office or a regularly utilized

24
drop box of the overnight service carrier or delivered such document to a courier or driver authorized by the overnight service carrier to receive documents.

25
        I declare under penalty of perjury under the laws of the State of California that the above

26
is true and correct. Executed on **August 18, 2017,** at Fresno, California.

27
      Carrie M. Vue                                 

28
                                                 Signature

                                                       1



**SERVICE LIST**

Richard C. Watters, Esq. **ORIGINAL**    *Attorneys for Plaintiffs*
MILES, SEARS & EANNI
2844 Fresno Street
Post Office Box 1432
Fresno, California 93716
Tel: (559) 486-5200
**Fax: (559) 486-5240**

Mark B. Canepa, Esq.    *Attorney for Defendant Jatinder Chopra, M.D.*
WHITE CANEPA LLP
7690 N. Palm Ave., Ste. 105
Fresno, CA 93711
Tel: (559) 439-0800
**Fax: (559) 439-0802**

Dominique A. Pollara, Esq.    *Attorney for Defendant Rebecca A. Zulim, M.D.*
POLLARA LAW GROUP
3600 American River Dr., Ste. 160
Sacramento, CA 95864
Tel: (916) 550-5880
**Fax: (916) 550-5066**

108518/1002.0102

**EXHIBIT "C"**

RICHARD C. WATTERS, ESQ. - 060162
AIDA S. MACEDO, ESQ. - 294632
LAW OFFICES OF
**MILES, SEARS & EANNI**
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
P.O. BOX 1432
FRESNO, CALIFORNIA 93716
TELEPHONE (559) 486-5200

Attorneys for **Plaintiffs**

(SPACE BELOW FOR FILING STAMP ONLY)

SUPERIOR COURT OF CALIFORNIA

COUNTY OF TULARE

* * *

THOMAS J. GRIESBACH, Individually,
and as Successor in Interest to
the ESTATE OF CHRISTINE L.
GRIESBACH;
AMY S. FERREIRA; and
MATHEW J. GRIESBACH;

               Plaintiffs,

vs.

TULARE REGIONAL MEDICAL CENTER;
REBECCA A. ZULIM, M.D.;
JATINDER CHOPRA, M.D.;
and DOES 1 through 20,

               Defendants.

NO. 270010

**PLAINTIFFS OFFER TO COMPROMISE BEFORE COMMENCEMENT OF TRIAL**
**(Code of Civil Procedure §998)**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

    Plaintiffs, THOMAS J. GRIESBACH, Individually, and as

Successor in Interest to the ESTATE OF CHRISTINE L. GRIESBACH; AMY

S. FERREIRA; and MATHEW J. GRIESBACH, offers to have judgment taken

against Defendant, TULARE REGIONAL MEDICAL CENTER and for

themselves in the above-entitled action pursuant to Code of Civil

Procedure Section 998 and Civil Code Section 3291, for the sum of

Five Hundred and Fifty Four Thousand, Six Hundred and Five

*Plaintiffs Offer To Compromise-TRMC.wpd*

1    Dollars and Twenty-three cents ($554,605.23), each party to bear

2    his or its own costs.

3       If you accept this offer, your acceptance of the offer may be

4    indicated by signing the statement below entitled "Notice Of

5    Acceptance."

6       If you accept this offer, please file the Offer together with

7    your signed Notice Of Acceptance (below) in the above-entitled

8    action within thirty (30) days after the offer is made, or else it

9    will be deemed withdrawn.

10       DATED: August 29, 2017

11                   MILES, SEARS & EANNI

12

13                By: _____

14                    RICHARD C. WATTERS
                    Attorneys for Plaintiffs

15

16                      * * *

17              **NOTICE OF ACCEPTANCE**

18    The above Offer to Compromise in the amount of $554,605.23 is

19    accepted.

20    DATED:_____

21                WEISS-SALINAS LAW GROUP, INC.

22

23                BY: _____

24                    RICHARD S. SALINAS, ESQ.
                   ATTORNEYS for Defendant,
                   TULARE REGIONAL MEDICAL CENTER

25

26       IT IS ORDERED AND DECREED that Judgment be entered pursuant to

27    this Offer to Compromise of Defendant, TULARE REGIONAL MEDICAL

28    CENTER to Plaintiffs, THOMAS J. GRIESBACH, Individually, and as

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1492
FRESNO, CALIFORNIA 93716

- 2 -

*Plaintiffs Offer To Compromise-TRMC.wpd*

1  Successor in Interest to the ESTATE OF CHRISTINE L. GRIESBACH; AMY

2  S. FERREIRA; and MATHEW J. GRIESBACH [C.C.P., Section 998].

3  DATED: _____

4

5                              JUDGE OF THE SUPERIOR COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1426
FRESNO, CALIFORNIA 93716

*Plaintiffs Offer To Compromise-TRMC.wpd*

1       PROOF OF SERVICE BY MAIL - C.C.P. §§1013(a), 2015.5

2       I, Marisa Mendez, declare as follows:

3     My business address is MILES, SEARS & EANNI, 2844 Fresno

4 Street, Post Office Box 1432, Fresno, California, 93716. I am a

5 resident of, or employed in, Fresno County, the county where the

6 following mailing occurs. I am over the age of eighteen years and

7 not a party to the within entitled action. I am readily familiar

8 with the practice of MILES, SEARS & EANNI for collection and

9 processing of correspondence for mailing with the United States

10 Postal Service. In accordance with that practice, correspondence

11 will be deposited with the United States Postal Service on the

12 same date set forth below in the ordinary course of business. On

13 August 29, 2017, I served the within ***PLAINTIFFS OFFER TO COMPROMISE***

14 on the interested parties in said action by placing a true copy

15 thereof for deposit in the United States Postal Service at my said

16 place of business. The envelopes were sealed and placed for

17 collection and mailing on that date following ordinary business

18 practices. The names and addresses of the persons served as shown

19 on the envelopes are as follows:

20 Richard S. Salinas, Esq.        Attorneys for Defendant,
    Carol A. O'Neil, Esq.         TULARE REGIONAL MEDICAL

21 WEISS-SALINAS LAW GROUP, INC.    CENTER
    7108 North Fresno Street, Suite 250

22 Fresno, California 93720

23     I declare under penalty of perjury under the laws of the

24 State of California that the foregoing is true and correct.

25 Executed this 29th day of August, 2017, at Fresno, California.

26

27                Marisa Mendez, Declarant

28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO CALIFORNIA 93716

– 4 –

*Plaintiffs Offer To Compromise -TRMC.wpd*