```
3
```

RICHARD C. WATTERS, ESQ. - 060162
AIDA S. MACEDO, ESQ. - 294632
LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
P.O. BOX 1432
FRESNO, CALIFORNIA 93716
TELEPHONE (559) 486-5200

Attorneys for Plaintiffs

(SPACE BELOW FOR FILING STAMP ONLY)

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

* * *

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>              Debtor.<br><br>Tax ID#: 94-6002897<br>Address: 869 N. Cherry Street<br>         Tulare, CA 93274 | NO. 17-13797<br><br>Chapter 9<br>DCN: ASM-1<br><br>**AMENDED**<br>NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C.§362 (WITH SUPPORTING DECLARATIONS)<br><br>**Date: November 30, 2017**<br>**Time: 9:30 a.m.**<br>Place: 2500 Tulare St.<br>      5th Flr.<br>      Fresno, CA 93721<br>Ctrm: 13<br>Dept: B<br>Judge: Rene Lastreto II |

**Movants**: THOMAS J. GRIESBACH; AMY S. FERREIRA; MATTHEW J. GRIESBACH

    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on **November 30, 2017 at 9:30 a.m.**, or as soon thereafter as the matter can be heard, in Courtroom 13, Department B of the above-entitled court, THOMAS J. GRIESBACH; AMY

---

*Amended Notice of Motion for Relief from Stay.wpd*

S. FERREIRA; MATTHEW J. GRIESBACH, collectively the "Movants" in the above-captioned matter, will seek an order from the Court for relief from the automatic stay as to the Debtor on the grounds set forth in the accompanying motion.

Opposition, if any, to the granting of the Motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition shall be accompanied by the evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the Motion at oral argument if written opposition to the Motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion or may result in the imposition of sanctions.

The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to Fed.R.Civ.P. 43(c) as made applicable by Fed. R. Bankr.P. 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to Fed.R.Civ.P. 43(c).

A responding party who has no opposition to granting of the

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

- 2 -

Amended Notice of Motion for Relief from Stay.wpd

Motion may serve and file a statement to that effect, specifically designating the Motion in question. Without good cause, no party will be heard in opposition to the Motion at oral argument if written opposition to the Motion has not been timely filed.

The failure to file timely written opposition may result in the Motion being resolved without oral argument and the striking of untimely written opposition.

The moving party may, at least seven (7) calendar days prior to the date of the hearing serve and file with the Court a written reply to any written opposition filed by a responding party.

DATED: October 13, 2017

MILES, SEARS & EANNI

BY: _____
AIDA S. MACEDO
Attorneys for Plaintiffs

Amended Notice of Motion for Relief from Stay.wpd