**LAW OFFICE OF RAYMOND CHANDLER**
Raymond Chandler (SBN 217827)
15 W. Carrillo Street, Suite 220
Santa Barbara, CA 93101
Telephone (805) 965-1999
Facsimile (805) 962-0722
Email: rdc@rdclawoffice.com

Attorney for creditors Jiame Calderon
and the three minor children of Jiame Calderon
and Anna Calderon (deceased)

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In the Matter of:<br><br>TULARE REGIONAL HEALTHCARE DISTRICT<br><br>Debtor. | Case No.: 17-13797-9<br><br>DC No.: RDC-1<br><br>Chapter 9<br><br>Date:  November 1 , 2017<br>Time:  9:30 a.m.<br>Place:  2500 Tulare Street<br>        Fresno, CA 93721<br>        Dep't. B, Courtroom 13, 5th Fl.<br>Judge: Hon. Rene Lastreto II<br><br>(Declaration of Raymond Chandler with supporting exhibits filed concurrently) |

### NOTICE OF MOTION OF JIAME CALDERON AND THE THREE MINOR CHILDREN OF JIAME CALDERON AND ANA CALDERON (DECEASED) FOR RELIEF FROM AUTOMATIC STAY UNDER 11 USC § 362

1.     **NOTICE IS HEREBY GIVEN** to the Debtor and Trustee ("Responding Parties"), and any other interested parties, that on the above date and time and in the indicated courtroom, Jiame Calderon and the three minor children of Jiame Calderon and Ana Calderon (deceased) ("Movants") will move this Court for an Order granting relief from the automatic stay and

waiving the 14 hold on the grounds set forth in the attached Motion.

2.     Hearing Location is:    Judge René Lastreto II
Department B, Room 13, 5th Fl.
U.S. Bankruptcy Court (E.D.Cal.)
2500 Tulare Street Suite 2501
Fresno, CA 93721

3.     This Motion and supporting papers are being served on the interested parties pursuant to Sections 362 and 901.

4.     Under LBR-9014 interested parties are not required to file written oppositions. Oppositions, if any, shall be presented at the hearing.

5.     Interested parties can determine if the matter has been resolved without oral argument or if the Court has issued a tentative ruling, and can view pre-hearing dispositions on the Court's website at www.caeb.uscourts.gove after 4:00 p.m. on the day before the hearing. Parties appearing telephonically must view the pre-hearing disposition prior to the hearing.

DATED: October 13, 2017            Respectfully submitted,

LAW OFFICE OF RAYMOND CHANDLER

By_____
Raymond Chandler, Attorney for creditors Jiame Calderon and the three minor children of Jiame Calderon and Anna Calderon (deceased)

---

NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 14 DAY HOLD

2