LAW OFFICE OF RAYMOND CHANDLER
Raymond Chandler (SBN 217827)
15 W. Carrillo Street, Suite 220
Santa Barbara, CA 93101
Telephone (805) 965-1999
Facsimile (805) 962-0722
Email: rdc@rdclawoffice.com

Attorney for creditors Jiame Calderon
and the three minor children of Jiame Calderon
and Anna Calderon (deceased)

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In the Matter of:<br><br>TULARE REGIONAL HEALTHCARE DISTRICT<br><br>Debtor. | Case No.: 17-13797-9<br><br>DC No.: RDC-1<br><br>Chapter 9<br><br>Date:   November 1, 2017<br>Time:  9:30 a.m.<br>Place:  2500 Tulare Street<br>          Freson, CA 93721<br>          Dep't. B, Courtroom 13, 5th Fl.<br>Judge: Hon. Rene Lastreto II<br><br>(Filed concurrently with Notice and Motion) |

**DECLARATION OF RAYMOND CHANDLER IN SUPPORT OF MOTION OF JIAME CALDERON AND THE THREE MINOR CHILDREN OF JIAME CALDERON AND ANA CALDERON (DECEASED) FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 14-DAY HOLD**

I, Raymond Chandler declare as follows:

1.       I am an attorney licensed to practice law before the courts of the State of California and before the U.S. Federal District Courts for the Easter District of California, and I am counsel for Movant in this bankruptcy action and co-counsel for Movant in the underlying wrongful death

1　action.　I have personal knowledge of the facts set forth herein and if called to testify I could

2　and would testify competently thereto.

3　2.　　I make this declaration in support of the "Motion of Jiame Calderon and the Three

4　Minor Children of Jiame Calderon and Ana Calderon (Deceased) for Relief From Automatic

5　Stay and Waiver of 14-Day Hold."

6　3.　　On January 11, 2017, after lengthy state and federal tort claim procedures, Jiame

7　Calderon and the three minor children of Jiame and Ana Calderon ("Movants") were finally

8　able to file, and did file, a Complaint for wrongful death in the Federal District Court for the

9　Eastern Division of California.　A true and correct copy of said Complaint is attached hereto as

10　**Exhibit A).**

11　4.　　As alleged in the Complaint, on October 13, 2015, Ana Calderon, then age 39, gave

12　birth to her third child with Jiame Calderon at Tulare Regional Medical Center ("TRMC" a.k.a.

13　Tulare Local Healthcare District, Debtor herein).　There were no complications to mother or

14　baby.

15　5.　　As alleged in the Complaint, on the day following the birth, Ana Calderon underwent a

16　bilateral tubal ligation at TRMC.　Within a very short period of time after the procedure Ana

17　Calderon suffered massive internal bleeding resulting in irreversible anoxic brain injury (brain

18　death), and several days later she died.

19　6.　　At the time of Ana Calderon's death the three minor children of Jiame and Ana

20　Calderon were 12 years old, one year old and a newborn.

21　　　　I declare under penalty of perjury under the laws of the State of California and the

22　United States that the foregoing is true and correct.

23

24　Executed on the ___13___ day of October, 2017, at Santa Barbara, California.

25

26

27　　　　　　　　　　　　　　　　　　　Raymond Chandler

28

---

DECLARATION ISO MOTION FOR RELIEF OF AUTOMATIC STAY AND WAIVER OF 14-DAY HOLD

2

# EXHIBIT A

**THE TRIAL LAW OFFICES OF**
**BRADLEY I. KRAMER**
BRADLEY I. KRAMER (SBN 234351)
8840 Wilshire Blvd., Suite 350
Beverly Hills, California 90211
Telephone: (310) 289-2600
Email: bkramer@biklaw.com

**LAW OFFICE OF RAYMOND CHANDLER**
Raymond Chandler (SBN 217827)
15 W. Carrillo Street, Suite 220
Santa Barbara, CA 93101
Telephone (805) 965-1999
Facsimile (805) 962-0722
Email: rdc@rdclawoffice.com

Attorneys for Plaintiff Jiame Calderon
and the following minor children of Jiame Calderon
and Anna Calderon (deceased): Robert Calderon,
Manuel Calderon and Matthew Calderon

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAME CALDERON, an individual;<br>RC, a minor child;<br>MC, a minor child;<br>MC, a minor child, | Case No.: _____ |
| | COMPLAINT FOR WRONGFUL DEATH |
| Plaintiffs, | (REQUEST FOR TRIAL BY JURY) |
| v. | *(Civil Cover Sheet Attached)* |
| ADANNA IKEDILO, M.D;<br>TULARE REGIONAL MEDICAL CENTER;<br>and DOES 1 through 25, Inclusive, | |
| Defendants. | |

Plaintiff JIAME CALDERON and the three minor children of JIAME CALDERON and ANA CALDERON (the latter now deceased), RC. MC and MC (collectively "Plaintiffs"), hereby complain and allege against ADANNA IKEDILO, M.D. ("Dr. Ikedilo"), TULARE REGIONAL MEDICAL CENTER ("TRMC") and DOES 1 through 25, inclusive, (collectively "Defendants"), as follows:

<u>JURISDICTION</u>

1.      The events giving rise to the causes of action alleged herein occurred in the State of California, County of Tulare, as that is where Plaintiffs resides, where Defendants do business, and where the relevant incident occurred.

2.      Plaintiffs are informed and believe that Dr. Ikedilo practices medicine at a federally funded medical clinic and TRMC provides hospital services in a federally funded hospital district, and therefore Dr. Ikedilo is an employee of the federal government.  Under 42 U.S.C. 233 and L.R. 102(d) the proper jurisdiction for this action is the Federal District Court for the Eastern Division of California located in the City of Fresno, California.

3.      On July 15, 2016, Plaintiffs filed an administrative tort claim under the Federal Tort Claims Act with the U.S. Department of Health and Human Services (DHHS).

4.      On or about December 16, 2016, Plaintiff received a letter from DHHS denying their tort claim and informing Plaintiffs that a complaint must be filed within six months of that letter.  A copy of the aforesaid DHHS letter is attached hereto as **Exhibit A.**

5.      Local Rule 202(a) provides that in lieu of the appointment of representative or a guardian ad litem, the attorney for the minor may, upon commencement of the action, present "a showing satisfactory to the court that no such appointment is necessary to ensure adequate representation of the minor."

6.      Bradley I Kramer, counsel for all Plaintiffs including the minors, is a medical doctor and an attorney licensed to practice before the courts of the State of California and this District Court, and he has extensive experience in representing minors in medical negligence and wrongful death actions.  (See Declaration of Bradely I. Kramer attached hereto as **Exhibit B**).

7.      Plaintiff Jiame Calderon is the natural and legal father of the three minor Plaintiffs herein and consents to the representation of the minor children by Bradely I. Kramer and Raymond Chandler. (See Declaration of Jiame Calderon with (redacted) birth certificates of minor children attached thereto as **Exhibit C**).

## THE PARTIES

8.      At all times mentioned herein Plaintiff Jiame Calderon was an individual residing in the county of Tulare, California.  Jiame Calderon is the husband of the now deceased Anna Calderon and father of the three minor children of Jiame Calderon and Ana Calderon.

9.      At all times herein mentioned herein Plaintiffs Robert Calderon (age 13), Manuel Calderon (age 2) and Matthew Calderon (age 1) were the three minor children of Jiame Calderon and Ana Calderon (now deceased).

10.    Plaintiffs are informed and believe and thereon allege that Dr. Ikedilo is a physician residing and doing business in the County of Tulare, California.

11.    Plaintiffs are informed and believe and thereon allege that TRMC is a hospital located in the County of Tulare, California.

12.    The true names and capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of the defendants named herein as DOES 1 through 25, inclusive, are unknown to Plaintiffs who therefore sue such defendants by such fictitious names.  Plaintiff is informed and believes and thereon alleges that each of the defendants designated herein as

referred to, and negligently, tortiously, and unlawfully, proximately caused injury and damages to Plaintiff as alleged herein. Plaintiff will seek leave of Court to amend this Complaint to show defendants' true names and capacities after the same have been ascertained.

13.    Plaintiffs are informed and believe and thereon allege that each defendant was the agent and employee of each other defendant, and in doing the things hereinafter alleged, acted within the scope and course of such agency and employment, and that each defendant has ratified and approved the acts of each other defendant.

<u>GENERAL ALLEGATIONS</u>

14.    On October 13, 2015, Ana Calderon ("Ana"), then age 39, gave birth to her third child with Jiame Calderon at TRMC. There were no complications and mother and child went home that same day. Dr. Ikedilo delivered the baby.

15.    On October 14, 2015, Ana returned to TRMC and underwent a bilateral tubal ligation performed by Dr. Ikedlio. The tubal ligation procedure ended at approximately 11:11 a.m.

16.    According to Dr. Ikeldilo's operative notes, Ana was in "her usual state of good health" when the tubal ligation began and at the end of tubal ligation there was "good" to "excellent" hemostasis at the fallopian tube transections and the total estimated blood loss was 5ml.

17.    Dr. Ikeldilo left the operating room immediately after the tubal ligation was completed.

18.    Within 15 minutes after the tubal ligation was completed, Ana's vital signs began to "crash": her blood pressure fell to approximately 65/35 and her heart rate climbed to 120-130.

19.    Plaintiffs are informed and believe that Dr. Ikedilo negligently transected an

1   artery during the tubal ligation which caused massive internal bleeding and a life-threatening

2   decrease in oxygen flow to vital organs, including the brain.

3      20.    On October 14, 2014 at approximately 12:04 p.m., while still in the operating

4   room, Ana suffered her first cardiac arrest (code blue).

5

6      21.    During the code, Dr. Ikeldilo was paged to return to the operating room but did

7   not return to the operating room until shortly before 1:00 p.m.

8      22.    Despite the obvious signs of internal bleeding, exploratory surgery to find the

9   source of and treat the bleeding did not begin until about 1:00 p.m.

10

11     23.    The first of two exploratory laparotomies was performed by Dr. Ikedilo from

12  approximately 1:00p.m. to 2:15 p.m. on October 14, 2014.

13     24.    Plaintiffs are informed and believe that prior to the commencement of the first

14  exploratory laparotomy no blood products were administered.

15

16     25.    According to Dr. Ikedilo's operative notes, a left oophorectomy was performed

17  during the first exploratory laparotomy, no arterial sources of bleeding were found and there was

18  excellent hemostasis at the close of the first exploratory laparotomy.

19     26.    Ana was transferred to the Intensive Care Unit (ICU) after the first exploratory

20  laparotomy.

21     27.    While in the ICU, Ana's vital signs again began to crash at about 5:15 p.m.  By

22  5:45 p.m. her blood pressure was approximately 62/36 and her heart rate was elevated.

23

24     28.    While in ICU Ana suffered a second cardiac arrest (code blue) at approximately

25  6:06 p.m.

26     29.    Ana was taken to the operating room where a second exploratory laparotomy was

27  performed from approximately 6:17p.m. to 8:17 p.m. by Dr. Ikedilo and Dr. Rebecca Zulim.

28

COMPLAINT FOR WRONGFUL DEATH

5

Filed 10/13/17
Doc 74

30.     During the second exploratory laparotomy an arterial source of bleeding was discovered.

31.     Ana never regained consciousness after the tubal ligation and as a result of the internal bleeding, suffered irreversible anoxic brain injury.

32.     On or about October 17, 2014, Ana was transferred to California Pacific Medical Center where she expired shortly thereafter.

33.     As a result of the negligent care provided to Ana Calderon by Dr. Ikedilo and TRMC, Plaintiffs suffered severe physical and mental injuries, loss of support and economic injuries.

<u>FIRST CAUSE OF ACTION</u>

For Wrongful Death

(All Plaintiffs Against All Defendants)

34.     Plaintiffs re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

35.     During all periods of time during which Ana Calderon was a patient of Defendants, the Defendants, and each of them, agreed to perform and undertook to perform for Ana Calderon all services necessary to Ana Calderon's care, which included, but was not limited to, examination, evaluation, diagnosis, surgery, care and treatment of Ana Calderon, and in so doing, the Defendants, and each of them, established a relationship with Ana Calderon, giving rise to each Defendant's duty to Ana Calderon to provide skillful management of her health condition.

36.     Defendants and each of them breached their duty to Ana Calderon to provide skillful management of her health condition, including but not limited to examination, diagnosis,

1  care and treatment of Ana Calderon.

2       37.    At all times herein mentioned, Defendants and each of them so negligently and

3  carelessly cared for, treated and rendered medical services upon the person and body of Ana

4  Calderon and so negligently and carelessly operated, managed, controlled and conducted their

5  services, activities and supervision in connection with Ana Calderon's care and treatment that as

6  a direct and proximate result thereof Ana Calderon was caused to and did suffer the fatal injuries

7  

8  herein alleged.

9       38.    During said periods of time herein above alleged, Defendants and each of them,

10  were negligent, careless and unskillful in their management of the health of Ana Calderon,

11  including but not limited to the examination, diagnosis, surgery, care and treatment that were or

12  should have been provided to her.

13  

14       39.    The negligence of Defendants and each of them, includes but is not limited to the

15  following: performing an act and/or failing to perform an act which placed Ana Calderon into a

16  critical medical condition; failing to properly prevent, recognize, evaluate, or treat Ana

17  Calderon's critical condition in a timely manner; failing to transfer Ana Calderon to an

18  appropriate medical facility in a timely manner; and failing to otherwise treat her medical

19  condition in an appropriate manner.

20  

21       40.    As a direct and proximate result of the aforesaid negligence, carelessness and

22  unskillfulness of Defendants, and each of them, Ana Calderon suffered grave injuries including

23  pain, suffering and ultimately, death.  Plaintiffs are informed and believe and thereon allege that

24  said death would not have occurred if not for the negligence of Defendants.

25  

26       41.    As a further direct and proximate result of the aforesaid negligence, carelessness

27  and unskillfulness of Defendants, Plaintiffs suffered, and will in the future continue to suffer

28

1  pain, loss of enjoyment of life and other forms of severe mental and emotional distress and

2  anguish.  Plaintiffs have been deprived of a kind and loving spouse and parent and of Ana

3  Calderon's care, comfort, society, protection, love, companionship, affection, solace, moral

4  support, physical assistance in the operation and maintenance of the home, and financial support.

5

6      42.    As a further direct and legal result of the aforesaid negligence, carelessness and

7  unskillfulness of Defendants, and each of them, Plaintiff Jiame Calderon has incurred and will

8  continue to incur a loss of earnings and has incurred and will continue to incur expenses related

9  to the care of his three minor children as the result of the loss of their wife and mother.

10     43.    As a further, direct and legal result of said negligence, carelessness and

11

12 unskillfulness of the Defendants, and each of them, Plaintiffs are entitled to prejudgment interest

13 under Code of Civil Procedure §998 and Civil Code §3291.

14     44.    As a direct and proximate result of the death of the Ana Calderon, Plaintiffs have

15 incurred reasonable and necessary expenses for the Ana Calderon's funeral, burial, and memorial

16

17 services to their damage in a presently unascertained sum and which will be established

18 according to proof at trial.

19 <u>PRAYER FOR RELIEF</u>

20     WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as

21 follows:

22     1.    For general damages according to proof;

23

24     2.    For special damages according to proof;

25     3.    For legal interest on judgment from the filing of this complaint to the date of

26 judgment;

27 //

28

---

COMPLAINT FOR WRONGFUL DEATH

8

1    4.    For costs of suit;

2    5.    And, for any other and further relief as the Court deems just and proper.

3

4    DATED: January _10_, 2017                    THE TRIAL LAW OFFICES OF
                                                  BRADLEY I. KRAMER, M.D., ESQ.
5                                                 BRADLEY I. KRAMER

6                                                 LAW OFFICE OF RAYMOND CHANDLER
                                                  RAYMOND CHANDLER
7

8

9                                                 By _____

10                                                   Raymond Chandler,
                                                     Attorney for Plaintiffs Jiame Calderon,
11                                                   Robert Calderon, Manuel Calderon and
                                                     Matthew Calderon
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR WRONGFUL DEATH
9

# EXHIBIT A



## DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the General Counsel/General Law Division
Claims Office
330 C Street, S.W.
Switzer Building, Suite 2600
Washington, D.C. 20201
Ph: (202) 691-2369
Fax: (202) 691-2035

**U. S. CERTIFIED MAIL–RETURN RECEIPT REQUESTED**
(Article No. 7006 0100 0002 1488 9387)

Bradley I. Kramer, M.D., Esq.
Kramer & Willett, LLP
8840 Wilshire Boulevard, Suite 350
Beverly Hills, California 90211

Re: <u>Administrative Tort Claim of Jaime Calderon</u>, Claim No. 2016-0520

Dear Dr. Kramer:

On July 18, 2016, you filed an administrative tort claim under the Federal Tort Claims Act
("FTCA"), 28 U.S.C. §§1346(b), 2401(b), 2671-80, on behalf of your client, Jamie Calderon,
alleging, *inter alia*, that, on October 14, 2015, Dr. Adanna Ikedilo and Tulare Community Health
Clinic, located in Tulare, California, committed medical malpractice by negligently dissecting an
artery during a tubal ligation; and, thereafter, not performing a timely and proper exploratory
laparotomy to repair the artery, resulting in the death of Mrs. Calderon on October 24, 2015.

The FTCA authorizes the settlement of any claim of money damages against the United States
for, *inter alia*, injury or death caused by the negligent or wrongful act or omission of any
employee of the federal government, while acting within the scope of employment. Under the
FTCA, said act or omission must be such that the United States, if a private person, would be
liable to the claimant in accordance with the law of the place where the act or omission occurred.
28 U.S.C. § 2672.

This letter constitutes the notice of final determination of this administrative tort claim, as
required by 28 U.S.C. §§ 2401(b), 2675(a). The administrative tort claim of Jamie Calderon is
denied. The evidence fails to establish that the alleged injuries were due to the negligent or
wrongful act or omission of a federal employee acting within the scope of employment.

If your client is dissatisfied with this determination, she may:

> 1.    file a written request with the Agency for reconsideration of the final
> determination denying the claim within six (6) months from the date of
> mailing of this determination (28 C.F.R. § 14.9); or

Page 2- Bradley I. Kramer, M.D., Esq.

  2.    file suit against the United States in the appropriate federal district court
        within six (6) months from the date of mailing of this determination (28
        U.S.C. § 2401(b)).

In the event your client requests reconsideration, the Agency will review the administrative tort
claim within six (6) months from the date the request is received.  If the reconsidered
administrative tort claim is denied, she may file suit within six (6) months from the date of
mailing of the final determination.

                         Sincerely yours,

                         William A. Biglow /KH

                         William A. Biglow
                         Deputy Associate General Counsel
                         Claims and Employment Law Branch

# EXHIBIT B

**EXHIBIT B**

DECLARATION OF BRADLEY I. KRAMER

I, BRADLEY I. KRAMER, declare as follows:

1.     I am a medical doctor and an attorney licensed to practice before the courts of the State of California and this District Court, and I am one of the attorneys representing the Plaintiffs in this action.  I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief, and as to those matters I believe them to be true. If called to testify I could and would testify competently therefore.

2.     I have extensive experience representing minors and/or individuals requiring guardians in medical negligence and wrongful death actions.  A few of the aforesaid actions are:

Gallegos v. Children's Hospital, et al.
Orange County; Case No. 30-2014-00701815
January 2014

Hawken v. Providence Health, et al.
Los Angeles, Case No. BC562275
October 2014

Freeman v.  Hollywood Presbyterian, et al.
Los Angeles, Case No. BC624985
June 2016

3.     If approved by the Court I will competently and adequately represent the minors in this action.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January _3_, 2017 in Los Angeles County, California.


_____
BRADLEY I. KRAMER, M.D., ESQ.

# EXHIBIT C

1
2

## EXHIBIT C

### DECLARATION OF JIAME CALDERON

3  I, JIAME CALDERON, declare as follows:

4  1.      I am one of the Plaintiffs in this action. I have personal knowledge of the facts set forth

5  herein, except as to those matters stated on information and belief, and as to those matters I

6  believe them to be true. If called to testify I could and would testify competently therefore.

7  2.      I am the husband of Ana Calderon (now deceased) and the natural and legal father of the

8  three minor Plaintiffs in this action: Anna Calderon (deceased): R       C    , M       C       and

9  M     C        .                        REDACTED

10  3.      I consent to the representation of the minor children by Bradley Kramer and Raymond

11  Chandler and I am confident that they will competently and adequately represent the

12  children.

13  4.      True and correct copies of the birth certificates of  R       C, M       C  and

14  M       C        evidencing that I am their father are attached hereto.

15        I declare under penalty of perjury under the laws of the State of California that the

16  foregoing is true and correct.

17  Executed on January ___, 2017 in Tulare County, California.

18
19
20                              JIAME CALDERON

21
22
23
24
25
26
27
28



# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of CONTRA COSTA

MARTINEZ, CALIFORNIA

REDACTED

CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA
USE BLACK INK ONLY

1200307010667

| | | | | |
|---|---|---|---|---|
| STATE FILE NUMBER | | | | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER |

| THIS CHILD | 1A. NAME OF CHILD — FIRST (GIVEN) R. | 1B. MIDDLE Ef | 1C. LA C/ | |
|---|---|---|---|---|
| | 2. SEX MALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC. SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH — MM/DD/CCYY √2003 | 4B. HOUR — (24 HOUR CLOCK TIME) 0534 |

| PLACE OF BIRTH | 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY CONTRA COSTA REGIONAL MED CTR | 5D. STREET ADDRESS — STREET, NUMBER, OR LOCATION 2500 ALHAMBRA AVE. | | 5E. PLACE OF BIRTH HOSPITAL |
|---|---|---|---|---|
| | 5C. CITY MARTINEZ | 5D. COUNTY CONTRA COSTA | | |

| FATHER OF CHILD | 6A. NAME OF FATHER — FIRST (GIVEN) JIAME | 6B. MIDDLE | 6C. LAST (FAMILY) CALDERON | 7. STATE OF BIRTH CA | 8. DATE OF BIRTH 01/10/1977 |
|---|---|---|---|---|---|

| MOTHER OF CHILD | 9A. NAME OF MOTHER — FIRST (GIVEN) ANA | 9B. MIDDLE MARIE | 9C. LAST (MAIDEN) PENA | 10. STATE OF BIRTH CA | 11. DATE OF BIRTH 12/01/1976 |
|---|---|---|---|---|---|

| INFORMANT CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT — SIGNATURE | 12B. RELATIONSHIP TO CHILD FATHER | 12C. DATE SIGNED √2003 |
|---|---|---|---|---|

| CERTIFICATION OF BIRTH | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR AND PLACE STATED. | 13A. ATTENDANT OR CERTIFIER — SIGNATURE — DEGREE OR TITLE | 13B. LICENSE NUMBER RESIDENT | 13C. DATE SIGNED 12/02/2003 |
|---|---|---|---|---|
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT SCOTT AKIN, MD, 2500 ALHAMBRA AVE, MARTINEZ | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT | |

| LOCAL REGISTRAR | 15A. DATE OF DEATH | 15B. STATE FILE NO. (STATE USE ONLY) | 16. LOCAL REGISTRAR — SIGNATURE WENDEL BRUNNER, M.D. | 17. DATE ACCEPTED FOR REGISTRATION 12/08/2003 |
|---|---|---|---|---|

REDACTED

CERTIFIED COPY OF VITAL RECORDS

*000375581*

STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA } SS

This is a true and exact reproduction of the document officially registered and placed on file in the office of the CONTRA COSTA COUNTY RECORDER.

ATTEST: _____

DATE ISSUED: _____ NOV 0 8 2004

CONTRA COSTA COUNTY RECORDER

This copy not valid unless prepared on engraved border displaying date and signature of Deputy Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of TULARE
### VISALIA, CALIFORNIA

REDACTED

## CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA
### USE BLACK INK ONLY

1201454004610

| Field | Value |
|---|---|
| 1A NAME OF CHILD - FIRST | M |
| 1B MIDDLE | — |
| 1C LAST | C |
| 2 SEX | MALE |
| 3A THIS BIRTH, SINGLE, TWIN, ETC. | SINGLE |
| 3B IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | — |
| 4 DATE OF BIRTH | /2014 |
| 4B HOUR - 24 HOUR CLOCK TIME | 0009 |
| 5A PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY | TULARE REGIONAL MEDICAL CENTER |
| 5B STREET ADDRESS - STREET AND NUMBER, OR LOCATION | 869 CHERRY STREET |
| 5C CITY | TULARE |
| 5D COUNTY | TULARE |
| 6A NAME OF FATHER/PARENT - FIRST | JIAME |
| 6B MIDDLE | — |
| 6C LAST | CALDERON |
| 7 BIRTHPLACE - STATE/COUNTRY | CA |
| 8 DATE OF BIRTH | 01/10/1977 |
| 8A NAME OF MOTHER/PARENT - FIRST | ANA |
| 8B MIDDLE | MARIE |
| 9C LAST - BIRTH NAME | PENA |
| 12 BIRTHPLACE - STATE/COUNTRY | CA |
| 13 DATE OF BIRTH | 12/01/1976 |

I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE
*Ana Calderon* (signature)

12A PARENT OR OTHER INFORMANT - SIGNATURE
12B RELATIONSHIP TO CHILD: MOTHER
12C DATE SIGNED: /2014

I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED
*Lan Truong* (signature)

13A ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE
13B LICENSE NUMBER: A116188
13C DATE SIGNED: 09/08/14

13D TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT
LAN THUY TRUONG, MD, 1201 CHERRY STREET, TULARE

14 TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT

15A DATE OF DEATH
15B STATE FILE NO - STATE USE ONLY
15 LOCAL REGISTRAR - SIGNATURE
KAREN HAUGHT, M.D. (signature)
17 DATE ACCEPTED FOR REGISTRATION: 09/08/2014

REDACTED

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Tulare County Recorder.

*Roland P. Hill* (signature)

ROLAND P. HILL
ASSESSOR/CLERK-RECORDER
COUNTY OF TULARE

MAY 2 0 2015
DATE ISSUED

This copy not valid unless prepared on engraved border displaying date, seal and signature of the County Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

*0004 76117*

OFFICE OF VITAL RECORDS

# COUNTY OF TULARE
TULARE, CALIFORNIA

REDACTED

## CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA
USE BLACK INK ONLY

1201554005408

| | | | | |
|---|---|---|---|---|
| **STATE FILE NUMBER** | | | | **LOCAL REGISTRATION NUMBER** |

**THIS CHILD**

| 1A. NAME OF CHILD - FIRST | 1B. MIDDLE | 1C. LAST | | |
|---|---|---|---|---|
| M | CI | E | C | |

| 2. SEX | 3A. THIS BIRTH, SINGLE, TWIN ETC. | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH - MO/DD/CCYY | 4B. HOUR - 24 HOUR CLOCK TIME |
|---|---|---|---|---|
| MALE | SINGLE | | 2015 | 0636 |

**PLACE OF BIRTH**

| 5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY | 5B. STREET ADDRESS - STREET AND NUMBER, OR LOCATION | |
|---|---|---|
| TULARE REGIONAL MEDICAL CENTER | 869 CHERRY STREET | |

| 5C. CITY | 10. COUNTY |
|---|---|
| TULARE | TULARE |

**FATHER/PARENT**

| 6A. NAME OF FATHER/PARENT - FIRST | 6B. MIDDLE | 6C. LAST | 7. BIRTHPLACE - STATE/COUNTRY | 8. DATE OF BIRTH - MO/DD/CCYY |
|---|---|---|---|---|
| JIAME | — | CALDERON | CA | 01/10/1977 |

**MOTHER/PARENT**

| 9A. NAME OF MOTHER/PARENT - FIRST | 9B. MIDDLE | 9C. LAST/BIRTH NAME | 11. BIRTHPLACE - STATE/COUNTRY | 11. DATE OF BIRTH - MO/DD/CCYY |
|---|---|---|---|---|
| ANA | MARIE | PENA | CA | 12/01/1976 |

**INFORMANT AND CERTIFICATION**

| 12A. PARENT OR OTHER INFORMANT - SIGNATURE | 12B. RELATIONSHIP TO CHILD | 12C. DATE SIGNED - MO/DD/CCYY |
|---|---|---|
| I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. *Ana Calderon* | MOTHER | 2015 |

| 13A. ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE | 13B. LICENSE NUMBER | 13C. DATE SIGNED - MO/DD/CCYY |
|---|---|---|
| I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED. | G65767 | 10 20 15 |

| 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT |
|---|---|
| KIN PANG, MD, 1101 CHERRY STREET, TULARE | |

| 15A. DATE OF DEATH - MO/DD/CCYY | 15B. STATE FILE NO. - STATE USE ONLY | 16. LOCAL REGISTRAR - SIGNATURE | 17. DATE ACCEPTED FOR REGISTRATION - MO/DD/CCYY |
|---|---|---|---|
| | | KAREN HAUGHT, M.D. | 10/22/2015 |

REDACTED

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF TULARE
This is a true and exact reproduction of the document officially registered and placed on file in the VITAL STATISTICS OFFICE, COUNTY OF TULARE HEALTH AND HUMAN SERVICE AGENCY.

DATE ISSUED   FEB 22 2016

*Karen Haught*
Karen Haught, M.D., M.P.H., Tulare County Health Officer
Registrar of Vital Statistics

This copy is not valid unless prepared on an engraved border, displaying date, seal and signature of the County Health Officer.

*0 0 0 3 2 7 0 6 3*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Calderon, Jiame; C, R a minor; C, M a minor; C, M a minor | Ikedilo, Adanna, MD; Tulare Regional Medical Center (U. S. DHHS) |

| (b) County of Residence of First Listed Plaintiff    Tulare | County of Residence of First Listed Defendant    Tulare |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| The Trial Law Offices of Bradley I. Kramer 8840 Wilshire Blvd., Suite 350 Beverly Hills, CA 90211 (310) 289-2600 (see attachment) | Unknown |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument |    Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel &    Slander     Pharmaceutical     Personal Injury | | ☐ 820 Copyrights ☐ 830 Patent | ☐ 450 Commerce ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'     Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) |    Liability   ☐ 368 Asbestos Personal ☐ 340 Marine     Injury Product | | **LABOR** |    Corrupt Organizations ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product     Liability     Liability | | ☐ 710 Fair Labor Standards    Act | **SOCIAL SECURITY** ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | **PERSONAL PROPERTY** ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | | ☐ 720 Labor/Management    Relations | ☐ 861 HIA (1395ff) ☐ 850 Securities/Commodities/ ☐ 862 Black Lung (923)    Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending    Product Liability | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 890 Other Statutory Actions ☐ 864 SSID Title XVI ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   ☐ 380 Other Personal | | ☐ 751 Family and Medical    Leave Act | ☐ 865 RSI (405(g)) ☐ 893 Environmental Matters |
| ☐ 196 Franchise |    Injury     Property Damage ☒ 362 Personal Injury -   ☐ 385 Property Damage | | ☐ 790 Other Labor Litigation | ☐ 895 Freedom of Information    Act |
| |    Medical Malpractice    Product Liability | | ☐ 791 Employee Retirement    Income Security Act | **FEDERAL TAX SUITS** ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | | | ☐ 870 Taxes (U.S. Plaintiff ☐ 899 Administrative Procedure    or Defendant)    Act/Review or Appeal of |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | | | ☐ 871 IRS—Third Party    Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | | |    26 USC 7609 ☐ 950 Constitutionality of |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | | |    State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/     Sentence | | | |
| ☐ 245 Tort Product Liability |    Accommodations   ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | | **IMMIGRATION** | |
| |    Employment     **Other:** | | ☐ 462 Naturalization Application | |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | | ☐ 465 Other Immigration | |
| |    Other   ☐ 550 Civil Rights | |    Actions | |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| |   ☐ 560 Civil Detainee - | | | |
| |     Conditions of | | | |
| |     Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

| VI. CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*   38 USC 7316 |
|---|---|
| | Brief description of cause:   Wrongful death due to medical malpractice |

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ $1,000,000.00 | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):*    JUDGE | DOCKET NUMBER |
|---|---|---|

| DATE   1-10-17 | SIGNATURE OF ATTORNEY OF RECORD    *Brad Chandler* |
|---|---|

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

## ATTACHMENT TO CIVIL CASE COVER SHEET

### Case: Calderon et al. v. Ikedilo, et al.

1(c) <u>Attorneys. Plaintiff</u>

The Law Office of Raymond Chandler
15 W. Carrillo Street, Suite 220
Santa Barbara, CA 93101
805-965-1999