FORM L139 Notice of Filing of Transcript and of Deadlines Related to Redaction and Restriction (v.1.15)    17–13797 – B – 9

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO REDACTION AND RESTRICTION

**Case Number:** 17–13797 – B – 9

**Debtor Name(s) and Address(es):**

Tulare Local Healthcare District
869 N Cherry St
Tulare, CA 93274

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Tulare Regional Medical Center

A transcript of the proceeding held on 10/12/17 was filed on 10/14/2017 and is listed on the court docket as document number 76. The following deadlines apply:

1. The parties have until 10/23/2017 to file with the court a *Notice of Intent to Request Redaction* of the transcript. The deadline for filing a *Request for Redaction and List of Items to be Redacted* is 11/06/2017.

2. If a *Request for Redaction and List of Items to be Redacted* is filed, the redacted transcript is due 11/14/2017.

3. If no such request is filed, the transcript will be made available for remote electronic access upon expiration of the restriction period, which is 01/12/2018 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy of the transcript at the rate established by the Judicial Conference from the court reporter whose contact information is provided below by following the instructions on the court's web site at http://www.caeb.uscourts.gov/data/formpubs/transcript_requests.pdf, or you may view the transcript at the Clerk's Office public terminal.

Court Transcript Services – 559–374–2484

Dated:
10/16/17

For the Court,
Wayne Blackwelder, Clerk