JASON E. RIOS, State Bar No. 190086
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: jrios@ffwplaw.com

DARRELL W. CLARK, ESQ.
(*pro hac vice* to be filed)
STINSON LEONARD STREET LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Telephone: (202) 785-9100
Facsimile: (202) 785-9163
e-mail: darrell.clark@stinson.com

Attorneys for Cerner Corporation and
Cerner Health Services, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT,<br><br>　　　　　Debtor. | CASE NO.: 17-13797-B-9<br>Chapter 9<br><br>**[NO HEARING REQUIRED]** |

**NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE, FOR PLAN AND DISCLOSURE STATEMENT AND FOR INCLUSION ON MAILING LIST**

PLEASE TAKE NOTICE that Felderstein Fitzgerald Willoughby & Pascuzzi LLP, counsel to creditor Cerner Corporation and Cerner Health Services, Inc. (collectively, "Cerner"), in the above-captioned Chapter 9 case, pursuant to Section 1109 of Title 11 of the United States Code, and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, hereby request that all notices given or required to be given in this case to creditors, any creditors' committee, or any other party in interest (including all matters described pursuant to Bankruptcy Code Sections 102(1) and 1109(b) and Bankruptcy Rules 2002(a), (b), (c), (f) and (i), 3017(a), 9007 and 9010) and all papers or other documents filed, served, or required to be served in the

above-captioned bankruptcy case, be served on the addressees listed below and that, pursuant to Bankruptcy Rules 2002(g) and 9007, the following be added to the Court's master mailing list:

| Jason E. Rios<br>FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP<br>400 Capitol Mall, Suite 1750<br>Sacramento, CA 95814<br>Tel: (916) 329-7400<br>Fax: (916) 329-7435<br>e-mail: jrios@ffwplaw.com | Darrell W. Clark, ESQ.<br>STINSON LEONARD STREET LLP<br>1775 Pennsylvania Ave., NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 785-9100<br>Facsimile: (202) 785-9163<br>e-mail: darrell.clark@stinson.com |
|---|---|

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any plans, disclosure statements, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex, or otherwise.

This appearance and demand for notice is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Cerner and is not a waiver of Cerner's rights specifically, but not limited to, (i) Cerner's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Cerner's right to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Cerner's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Cerner is or may be entitled under any agreement, in law, or in equity – all of which rights, claims, actions, defenses, setoffs, and recoupments Cerner expressly reserves.

Dated: October 16, 2017

                       FELDERSTEIN FITZGERALD
                       WILLOUGHBY & PASCUZZI LLP

                       By:*/s/ Jason E. Rios*_____
                          JASON E. RIOS
                          Attorneys for Cerner Corporation and
                          Cerner Health Services, Inc.