**3**

MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com
       clarsen@orrick.com

HAGOP T. BEDOYAN, CSB NO. 131285
LISA HOLDER, CSB NO. 217752
**KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile:  (559) 432-1847
E-mail: hbedoyan@kleinlaw.com
       lholder@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>        Debtor. | Case No.: 17-13797-9-B<br><br>Chapter 9<br><br>DC No.:  WW-1<br><br>**DECLARATION OF MARC LEVINSON IN OPPOSITION TO DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACT (HEALTHCARE CONGLOMERATE ASSOCIATES, INC.)** |

I, Marc A. Levinson, hereby declare as follows:

1. I am a member of the bar of this Court, and am a Senior Counsel at Orrick, Herrington & Sutcliffe LLP, attorneys for Defendant Healthcare Conglomerate Associates, Inc. ("HCCA") in the above-captioned chapter 9 case. I make this declaration in opposition to the Tulare Local Healthcare District dba Tulare Regional Medical Center Motion to Reject Executory Contract (Healthcare Conglomerate Associates, LLC.). I have personal knowledge of the facts in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. A true and correct copy of HCCA's Notice of Material Breach is attached hereto as **Exhibit A**.

3. A true and correct copy of HCCA's Notice of District Default is attached hereto as **Exhibit B**.

4. A true and correct copy of a September 29, 2017 email from McCormick Barstow attaching a letter from Tim Thompson is attached hereto as **Exhibit C**.

5. A true and correct copy of an email exchange between Marshall Grossman and Tim Thompson on September 29, 2017 is attached hereto as **Exhibit D**.

6. A true and correct copy of my October 4, 2017 email memorandum to Riley Walter attaching proposed loan documents is attached hereto as **Exhibit E**.

7. A true and correct copy of my September 26, 2017 email memorandum to McCormick Barstow attaching financial documents sent at 8:20 AM is attached hereto as **Exhibit F**.

8. A true and correct copy of my September 26, 2017 email memorandum to McCormick Barstow attaching financial documents sent at 8:26 AM is attached hereto as **Exhibit G**.

9. A true and correct copy of my September 26, 2017 email memorandum to McCormick Barstow attaching financial documents sent at 3:59 PM is attached hereto as **Exhibit H**.

10. A true and correct copy of my September 26, 2017 email memorandum to

DECLARATION OF MARC LEVINSON IN OPPOSITION TO
DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACT

1 McCormick Barstow attaching financial documents sent at 4:06 PM is attached hereto as

2 **Exhibit I**.

3        11.     A true and correct copy of my September 27, 2017 email memorandum to

4 McCormick Barstow attaching financial documents sent at 11:40 AM is attached hereto as

5 **Exhibit J**.

6        12.     A true and correct copy of my September 28, 2017 email memorandum to

7 McCormick Barstow attaching financial documents sent at 3:13 PM is attached hereto as

8 **Exhibit K**.

10        I declare under penalty of perjury under the laws of the State of California and these United

11 States that the foregoing is true and correct.

12        Executed this 17th of October, 2017, at Sacramento, California.

15                                                       */s/ Marc A. Levinson*
                                                        MARC A. LEVINSON

DECLARATION OF MARC LEVINSON IN OPPOSITION TO
DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACT