2
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Niki E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry St.<br>                Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: N/A<br><br>Date: October 19, 2017<br>Time: 2:00 p.m.<br>Place: 2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 13<br>Judge: Honorable René Lastreto II |

**OBJECTION TO DECLARATION OF MARSHALL GROSSMAN**

Tulare Local Healthcare District, dba Tulare Regional Medical Center ("District"), hereby objects to the Declaration of Marshall Grossman submitted in support of HEALTHCARE CONGLOMERATE ASSOCIATES, LLC'S ("HCCA") Opposition to the

-1-

District's Motion for Authorization to Reject Executory Contract

| Marshall Grossman's Declaration | Objection | Court Ruling |
|---|---|---|
| 1. Paragraph 8 in its entirety | Lacks foundation as no such application was filed [FRE 602]; Best Evidence Rule [FRE 1002][1] | Sustained [ ]<br>Overruled [ ] |

Dated: October 18, 2017

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District

---

[1] If such a request was made, that request and the Court's order denying the same should have been provided to this Court.

-2-