UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re

Tulare Local Healthcare District, dba Tulare Regional Medical Center

Case No. 17-13797

**Debtor(s).**

**AMENDMENT COVER SHEET**

This form shall not be used to amend or modify plans.

I am amending the following documents:

- [ ] Petition
- [ ] Creditor Matrix
- [x] List of 20 Largest Unsecured Creditors
- [ ] Schedules (check appropriate boxes).
  - [ ] A/B [ ] C [ ] D [ ] E/F [ ] G [ ] H [ ] I [ ] J
- [ ] Summary of Schedules of Assets and Liabilities
- [ ] Statement of Financial Affairs
- [ ] Statement of Intention
- [ ] List of Equity Security Holders

A fee of $31 is required for:

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: October 23, 2017     Attorney's or *Pro Se* Debtor's Signature: *Riley C. Walter*
Printed Name: Riley C. Walter, #91839

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of 3 pages, is true and correct.

Dated: October 23, 2017

Debtor's Signature
Kevin B. Northcraft, Chair

Dated:

Joint Debtor's Signature

### INSTRUCTIONS

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. **Notice of the amendment will not be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." *(NOTE: No personal checks will be accepted.)*

Form EDC 2-015, Rev. 5/1/17

Fill in this information to identify the case:
Debtor name: Tulare Local Healthcare District
United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA
Case number (if known): _____

☑ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| | | | | | | |

## SEE ATTACHED LIST

Note, This is an amended list based on information provided by Healthcare Conglomerate Associates, LLC. The accuracy of the information is uncertain and TRMC expects this list may be further amended.

AMENDED List of 20 Largest Unsecured Non-Insider Creditors

| Name | Address1 | Address2 | City | State | Zip | Disputed/ Unliquidated /Contingent | ClaimAmt |
|---|---|---|---|---|---|---|---|
| NAVIGANT CYMETRIX CORP. (A) | 4511 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674-0000 | | $ 2,063,135.62 |
| CERNER CORPORATION (A) | PO BOX 412702 | | KANSAS CITY | MO | 64141-0000 | D | $ 1,529,004.63 |
| MATTHEW GRIESBACH & AMY FERRIERA (A) | c/o RICHARD C. WATTERS | 2844 FRESNO ST., POX BOX 1432 | FRESNO | CA | 93721-0000 | U | $ 1,000,000.00± |
| JIAMIE CALDERON (A) | c/o RAYMOND CHANDLER | 15 W. CARRILLO ST., #220 | SANTA BARBARA | CA | 93101-000 | U | $ 1,000,000.00± |
| MORRISON MANAGEMENT SPECIALIST (A) | PO BOX 102289 | | ATLANTA | GA | 30368-2289 | | $ 506,162.58 |
| AMN HEALTHCARE, INC. (A) | PO BOX 281939 | | ATLANTA | GA | 30384-1939 | | $ 451,542.22 |
| PHOENIX HEALTH SYSTEMS, INC. (A) | 1130 E. ARAPAHO ROAD | SUITE 500 | RICHARDSON | TX | 75081-0000 | | $ 442,573.84 |
| MEDFLOW, PC (A) | 3500 WEST OLIVE AVENUE | SUITE 300 | BURBANK | CA | 91505-0000 | D | $ 440,000.00 |
| SOUHTERN INYO HEALTHCARE DISTRICT | 501 E. LOCUST ST. | PO Box 1009 | LONE PINE | CA | 93545-0000 | D | $ 418,000.00 |
| CROTHALL SERVICES GROUP INC (A) | BANK OF AMERICA LOCKBOX SVCS | 13028 COLLECTIONS CENTER DRIVE | CHICAGO | IL | 60693-0000 | | $ 408,726.45 |
| IBM CORPORATION (A) | PO BOX 643600 | | PITTSBURGH | PA | 15264-3600 | | $ 383,350.80 |
| SOUTHERN CALIFORNIA EDISON (C) | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | $ 382,806.16 |
| GE HEALTHCARE- 131688 (A) | PO BOX 96483 | | CHICAGO | IL | 60693-0000 | | $ 376,580.49 |
| LOCUM TENENS.COM (A) | PO BOX 405547 | | ATLANTA | GA | 30384-5547 | | $ 367,131.56 |
| HARRIS CONSTRUCTION CO., INC. (A) | 5286 E. HOME AVENUE | | FRESNO | CA | 93727-000 | | $ 335,000.00 |
| BAKER & HOSTETLER LLC (A) | 11601 WILSHIRE BOULEVARD | SUITE 1400 | LOS ANGELES | CA | 90025-0509 | D | $ 310,461.88 |
| CERNER HEALTH SERVICES, INC. (A) | C/O US BANK | PO BOX 959167 | ST LOUIS | MO | 63195-9167 | D | $ 291,349.57 |
| DAVITA HC RENAL CARE INC. (A) | PO BOX 781607 | | PHILADELPHIA | PA | 19178-1607 | | $ 244,625.51 |
| ALLIED UNIVERSAL (A) | PO BOX 31001-2374 | | PASADENA | CA | 91110-2374 | | $ 235,248.43 |
| MAXIM STAFFING SOLUTIONS (A) | 12558 COLLECTIONS CENTER DR. | | CHICAGO | IL | 60693-0000 | | $ 184,265.16 |
| INTEGRITY HEALTHCARE LOCUMS (A) | PO BOX 823424 | | PHILADELPHIA | PA | 19182-3424 | | $ 182,108.35 |
| I2I SYSTEMS, INC. (A) | 3663 N LAUGHLIN ROAD, STE 200 | | SANTA ROSA | CA | 95403-9067 | | $ 179,872.54 |
| ROCHE DIAGNOSTICS CORPORATION (C) | MAIL CODE 5508 | PO BOX 105046 | ATLANTA | GA | 30348-5046 | | $ 179,253.28 |
| MURPHY AUSTIN ADAMS SHOENFILD (A) | 555 CAPITOL MALL, STE. 850 | PO BOX 1319 | SACRAMENTO | CA | 95814-4504 | D | $ 177,793.06 |
| SYNTHES LTD (A) | 5972 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693-0000 | | $ 176,320.00 |
| | | | | | | | |
| A = Added | | | | | | | |
| C = Changed | | | | | | | |
| | | | | | | | |
| *This list is subject to further revision | | | | | | | |
| | | | | | | | |
| The following creditors have been removed from the list of 20 largest unsecured creditors: | | | | | | | |
| | | | | | | | |
| Toshiba America | | | | | | | |
| 2441 Michelle Drive | | | | | | | |
| Tustin, CA 92780 | | | | | | | |
| | | | | | | | |
| TechScript, Inc. | | | | | | | |
| 5080 California Avenue, Suite 415 | | | | | | | |
| Bakersfield, CA 93309 | | | | | | | |
| | | | | | | | |
| David Surdyka, MD | | | | | | | |
| 2740 West Main Street | | | | | | | |
| Visalia, CA 93291 | | | | | | | |
| | | | | | | | |
| SysMex | | | | | | | |
| 577 Aptakisic Road | | | | | | | |
| Lincolnshire, IL 90069 | | | | | | | |
| Cardinal Health | | | | | | | |
| 7000 Cardinal Place | | | | | | | |
| Dublin, OH 43017 | | | | | | | |

| Creditor | | | | | | | |
|---|---|---|---|---|---|---|---|
| UHS<br>6625 West 78th Street, Suite 300<br>Minneapolis, MN 55439 | | | | | | | |
| Central Valley Business Forms<br>7500 West Sunnyview Avenue<br>Visalia, CA 93291 | | | | | | | |
| Nightingale Traveler Company<br>6401 Congress Avenue, Suite 250<br>Boca Raton, FL 33487 | | | | | | | |
| Siemens<br>40 Liberty Blvd.<br>Malvern, PA 19355 | | | | | | | |
| Peninsula Messenger Service<br>P. O. Box 1487<br>Visalia, CA 93279 | | | | | | | |
| Frank Macaluso, MD<br>13404 Avenue 256<br>Tulare, CA 93274-9340 | | | | | | | |
| MedTox<br>402 West County Road D<br>St. Paul, MN 55112 | | | | | | | |
| Fateh Entabi, MD<br>1070 North Cherry Street<br>Tulare, CA 93274 | | | | | | | |
| Lexicom<br>175 Kershaw Industrial Blvd.<br>Montgomery, AL 36117 | | | | | | | |
| GE Capital Technology Solutions, LLC<br>PO Box 35701<br>Billings, MT 59114 | | | | | | | |
| Henry Schein Inc.<br>11920 W. Lincoln Ave.<br>West Allis, WI 53234 | | | | | | | |
| General Electric Capital Corporation<br>PO Box 35701<br>Billings, MT 59115 | | | | | | | |