# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** WW-1

**Date:** 10/25/2017

**Time:** 11:00 AM

**Matter:** [32] - Motion/Application to Reject Lease or Executory Contract [WW-1] Filed by Debtor Tulare Local Healthcare District (svim)

**Judge:** René Lastreto II
**Courtroom Deputy:** Lisamarie Tristan
**Reporter:** Electronic Record
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Riley C. Walter
**Respondent(s):**
(by phone) Creditor's Attorney - Abigail V. O'Brient; (by phone) Creditor's Attorney - Gerald N. Sims; Creditor's Attorney - Hagop T. Bedoyan; (by phone) Creditor's Attorney - Marc A. Levinson; (by phone) Creditor's Attorney - Craig Rust; (by phone) Creditor's Attorney - Diane C. Stanfield

---

### CIVIL MINUTES

Motion Granted

Findings of fact and conclusions of law stated orally on the record, the motion to reject lease or executory contract was granted with an effective date of November 27, 2017 or until the California Department of Public Health approves the Debtor's administrative plan in the absence of HCCA, whichever first occurs.

The debtor shall prepare the order. Cousel for HCCA and the California Department of Public Health shall approve the order as to form, only.