# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| | |
|---|---|
| **Case Title:** Tulare Local Healthcare District | **Case No.:** 17-13797 - B - 9 |
| | **Docket Control No.** |
| | **Date:** 10/25/2017 |
| | **Time:** 9:30 AM |

**Matter:** [8] - Order to Appear and Show Cause Why a Patient Care Ombudsman Should Not Be Appointed as Transmitted to BNC for Service. Hearing to be held on 10/25/2017 at 09:30 AM at Fresno Courtroom 13, Department B. (svim)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Electronic Record
**Department:** B

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
Debtor's Attorney - Riley C. Walter; (by phone) Creditor's Attorney - Marc A. Levinson; (by phone) Creditor's Attorney - Craig Rust; U.S. Trustee's Attorney - Gregory Powell

### CIVIL MINUTES

For the reasons stated on the record, the order to appear and show cause why a patient care ombudsman should not be appointed was vacated.

A patient care ombudsman shall be appointed.