```
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:      rileywalter@w2lg.com
```

Chapter 9 Counsel

```
MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300
E-mail:      mandy.jeffcoach@mccormickbarstow.com
```

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry Street<br>           Tulare, CA 93274 | CASE NO.  17-13797<br><br>DC No.: WW-4<br><br>Chapter 9<br><br>Date:  N/A<br>Time:  N/A<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 13<br>Judge: Honorable René Lastreto II |

**DECLARATION OF MIKE JAMAICA IN SUPPORT OF STATEMENT OF QUALIFICATIONS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT BY TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER**

I, MIKE JAMAICA, hereby declare and represent as follows:

1.   My name is Mike Jamaica. I am a director and Vice President of the

1. Board of Directors of Tulare Local Healthcare District, dba TRMC.

2. I was elected in November of 2016 and have served on the board since January 2017. I was appointed to the Finance Committee.

3. I have been asked to provide the court with a description of the District, the District's operations and an overview to its healthcare facilities.

4. Attached to this Declaration is a report that I compiled from information that has been made available to the Finance Committee over time. Much of the information is of my own knowledge from having served on the Board and having served on the Finance Committee but much of the information comes from the bond documentation that has been given by the District to bond counsel and underwriters.

5. The purpose of this Declaration is to provide the court with an overview as to the District and its operations.

6. I have personally reviewed the attached report and I believe that it is accurate and I so declare to the best of my knowledge.

I am over the age of eighteen and if I were called as a witness in connection with this proceeding I would and could testify as I have set out in this Declaration.

I SO DECLARE and represent this 26 day of October, 2017 at Tulare, California.

_____
Mike Jamaica