3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>          Debtor.<br><br>Tax ID #:   94-6002897<br>Address:   869 N. Cherry Street<br>                 Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-5<br><br>Chapter 9<br><br>Date:   N/A<br>Time:   N/A<br>Place:   2500 Tulare Street<br>           Fresno, CA 93721<br>           Courtroom 13<br>Judge:   Honorable René Lastreto II |

**APPLICATION FOR ORDER SHORTENING TIME AND PRESCRIBING NOTICE OF HEARING ON MOTION FOR ENTRY OF AN ORDER (1) DIRECTING AND APPROVING FORM OF NOTICE OF COMMENCEMENT; (2) SETTING DEADLINE FOR FILING OBJECTIONS TO PETITION; and (3) FOR RELIEF UNDER CHAPTER 9**

///

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

The Debtor, by and through counsel, respectfully seeks an Order Prescribing Notice on its Motion for Entry of An Order (1) Directing and Approving Form of Notice of Commencement; (2) Setting Deadline for Filing Objections to Petition; and (3) for Relief Under Chapter 9 as follows:

**RELIEF SOUGHT:**

The Debtor seeks an order (1) approving the form and content of the Notice of Commencement of Case; (2) approving the manner of notice by publication; (3) directing the Clerk to mail the Notice of Commencement to all creditors; (4) establishing the deadline to object to the Chapter 9 Petition; and (5) approving the entry of order for relief following the deadline to object. Attached as Exhibit A to the Declaration filed herewith in support of this Application is a copy of the proposed Motion showing the relief sought.

**REASON FOR REQUEST:**

The Declaration in Support describes the reason for the requested order.

**DATE REQUESTED:** November 16, 2017 at 9:30 a.m.

WHEREFORE, Debtor requests that this Court enter its Order as follows:

1. That this Application be granted;
2. That the time for notice be shortened;
3. That notice be served upon the list of the twenty largest unsecured creditors as amended plus any persons who have requested special notice; the Debtor; Healthcare Conglomerate Associates, LLC, Wilmington Trust as Successor Indenture Trustee and Successor Paying Agent, California Department of Public Health, and the U.S. Trustee's Office.
4. The Hearing be held at the above date and time.
5. Debtor shall give notice to the required parties on or before November 1, 2017, by fax, email or U.S. Mail, postage prepaid;

Application for Order Shortening Time and Prescribing Notice of Hearing on Motion for Entry of an Order, etc.    2    00161064-DJB-10.27.2017

6. Objections, if any, can be presented:

☐ At the time of the hearing; and ☒ Up to two days prior to the hearing;

7. For such other relief as is just and proper.

Dated: 10/30, 2017

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ [signature] for
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District

Application for Order Shortening Time and Prescribing Notice of Hearing on Motion for Entry of an Order, etc.

3

00161064-DJB-10.27.2017