```
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:      rileywalter@w2lg.com
```

Chapter 9 Counsel

```
MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300
E-mail:      mandy.jeffcoach@mccormickbarstow.com
```

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry St.<br>　　　　　Tulare, CA 93274 | CASE NO.  17-13797<br><br>Chapter 9<br><br>DC No.: WW-5<br><br>Date:　N/A<br>Time:　N/A<br>Place:　2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge:　Honorable René Lastreto II |

**DECLARATION IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME AND PRESCRIBING NOTICE OF HEARING ON MOTION FOR ENTRY OF AN ORDER (1) DIRECTING AND APPROVING FORM OF NOTICE OF COMMENCEMENT; (2) SETTING DEADLINE FOR FILING OBJECTIONS TO PETITION; and (3) FOR RELIEF UNDER CHAPTER 9**

I, Danielle J. Bethel, hereby declare and represent as follows:

1. I am counsel for the Debtor and maintain an office at 205 East River Park Circle, Suite 410, Fresno, California 93720.

2. The Debtor seeks to have the Court approve the Motion/Application attached hereto as Exhibit A on shortened notice.

3. The Debtor seeks authority to notice the hearing for November 16, 2017, at 9:30 a.m. and proposes to give notice by facsimile, e-mail, or first class mail by November 1, 2017, to the list of twenty largest unsecured creditors as amended plus any persons who have requested special notice, the Debtor, Healthcare Conglomerate Associates, LLC, Wilmington Trust as Successor Indenture Trustee and Successor Paying Agent, California Department of Public Health, and the U.S. Trustee's Office.

4. The interests of the Debtor and creditors will be served by shortening time because the creditors of the Debtor need to be given notice of commencement of this Chapter 9 case as soon as possible and because the nature of the relief requested by the Motion/Application involves the setting of a deadline to object to the Debtor's Chapter 9 Petition, which, if such objections are filed may trigger litigation thereby delaying the entry of an order for relief.

5. The Debtor seeks relief as soon as possible and a hearing on shortened time is needed.

I declare under penalty of perjury that the foregoing facts are true and correct under the laws of the United States.

Executed this 30th day of October, 2017, at Fresno, California.

_/s/ Danielle J. Bethel_
Danielle J. Bethel