6

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:       rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300
E-mail:       mandy.jeffcoach@mccormickbarstow.com

District Counsel

## IN THE UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9<br><br>DC No.: WW-5 |
| Debtor. | Date:     N/A<br>Time:     N/A<br>Place:     2500 Tulare Street |
| Tax ID #:   94-6002897<br>Address:    869 N. Cherry St.<br>             Tulare, CA 93274 | Fresno, CA 93721<br>Courtroom 13<br>Judge:     Honorable René Lastreto II |

**EXHIBIT TO DECLARATION IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME AND PRESCRIBING NOTICE OF HEARING ON MOTION FOR ENTRY OF AN ORDER (1) DIRECTING AND APPROVING FORM OF NOTICE OF COMMENCEMENT; (2) SETTING DEADLINE FOR FILING OBJECTIONS TO PETITION; and (3) FOR RELIEF UNDER CHAPTER 9**

Exhibit to Declaration in Support of Application for Order
Shortening Time and Prescribing Notice for Hearing on          -1-
Motion for Order Approving Form of Notice, Setting Deadline
to Object to Petition, and For Relief Under Chapter 9                              00161066-DJB-10.27.2017

| Exhibit | Description | # of Pages |
|---------|-------------|------------|
| A | MOTION FOR ENTRY OF AN ORDER (1) DIRECTING AND APPROVING FORM OF NOTICE OF COMMENCEMENT; (2) SETTING DEADLINE FOR FILING OBJECTIONS TO PETITION; and (3) FOR RELIEF UNDER CHAPTER 9 | 4 |

Dated: _10/30_, 2017

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____

Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District

4

1  WALTER WILHELM LAW GROUP
   A Professional Corporation
2  Riley C. Walter, #91839
   Michael L. Wilhelm, #101495
3  Matthew P. Bunting, #306034
   Danielle J. Bethel #315945
4  205 East River Park Circle, Ste. 410
   Fresno, CA 93720
5  Telephone:   (559) 435-9800
   Facsimile:   (559) 435-9868
6  E-mail:      rileywalter@w2lg.com

7  Chapter 9 Counsel

8  MCCORMICK BARSTOW, LLP
   Timothy L. Thompson #133537
9  Mandy L. Jeffcoach #232313
   Nikole E. Cunningham #277976
10 7647 N. Fresno Street
   Fresno, CA 93720
11 Telephone:   (559) 433-1300
   Facsimile:   (559) 433-2300
12 E-mail:      mandy.jeffcoach@mccormickbarstow.com

13 District Counsel

14

15              IN THE UNITED STATES BANKRUPTCY COURT

16              EASTERN DISTRICT OF CALIFORNIA

17                       FRESNO DIVISION

18 In re                              CASE NO.  17-13797

19 TULARE LOCAL HEALTHCARE            Chapter 9
   DISTRICT, dba TULARE
20 REGIONAL MEDICAL CENTER,           DC No.: WW-5

21         Debtor.                    Date:    November 16, 2017
                                      Time:    9:20 a.m.
22 Tax ID #:   94-6002897             Place:   2500 Tulare Street
   Address:    869 N. Cherry St.               Fresno, CA  93721
23             Tulare, CA 93274                Courtroom 13
                                      Judge:   Honorable René Lastreto II
24

25 **MOTION FOR ENTRY OF AN ORDER (1) DIRECTING AND APPROVING FORM OF
26 NOTICE OF COMMENCEMENT; (2) SETTING DEADLINE FOR FILING
   OBJECTIONS TO PETITION; and (3) FOR RELIEF UNDER CHAPTER 9**
27 ///

28 ///

EXHIBIT _A_
Page _1_ Of- _4_

Motion for Order Approving Form of Notice, Setting Deadline   -1-
to Object to Petition, and For Relief Under Chapter 9                    00161059-DJB-10.27.2017

1 | TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY

2 | JUDGE:

3 |      Tulare Local Healthcare District, dba Tulare Regional Medical Center ("TRMC" or

4 | the "Debtor" or the "District"), hereby moves for entry of an order: (1) approving the

5 | proposed form of notice of commencement of this case pursuant to Section 923 (the

6 | "Notice"); and (2) pursuant to Section 921, setting a deadline for the filing of any

7 | objections to the Chapter 9 petition initiating this Chapter 9 case.  A copy of the

8 | proposed form of order (without attachment) is attached hereto as Exhibit A, and a copy

9 | of the proposed Notice is attached hereto as Exhibit B.  In support of this Motion, TRMC

10 | respectfully represents as follows:

11 | **I.  BACKGROUND**

12 |      The background history to this Chapter 9 case is well known to the Court given

13 | the papers filed in connection with the Debtor's Motion to Reject Executory Contract

14 | (Healthcare Conglomerate Associates, LLC) (DC# WW-1) and the Statement of

15 | Qualifications and Memorandum of Facts and Law in support thereof filed on October

16 | 26, 2017 (DC # WW-4).

17 |      Due to its financial problems and the governance dispute with Healthcare

18 | Conglomerate Associates, LLC ("HCCA"), and to head off a threatened shut down of the

19 | hospital by HCCA, on September 30, 2017, TRMC filed its Chapter 9 Petition in the

20 | United States Bankruptcy Court for the Eastern District of California, Fresno Division.

21 | **II. ARGUMENT**

22 | **A. The Proposed Form of Notice is Adequate.**

23 |      Section 923 requires that notice be given of the commencement of a chapter 9

24 | case and of the order for relief. The required notice also must be published at least once

25 | a week for three successive weeks in (a) at least one newspaper of general circulation

26 | published within this judicial district, and (b) a newspaper having a general circulation

27 | among bond dealers and bondholders.

28 |

EXHIBIT *A*
Page *2* Of- 4

TRMC submits that the Notice (Exhibit B) satisfies the requirements of Section 923. The Notice includes notice of the automatic stay and the deadline for objections to TRMC's eligibility to be a Chapter 9 debtor, and provides that, if no objection to the petition is filed by a specified time and date, the Notice will constitute notice of the entry of an order for relief. The Notice also enumerates the persons that must be served with any objection.

The Notice contemplates publication in the *Visalia Times-Delta* and *The Bond Buyer*. The *Visalia Times-Delta* is a newspaper of general circulation, and is published within Tulare County in this judicial district. The *Visalia Times-Delta* is particularly appropriate for providing notice of the case to constituents and stakeholders of TRMC because it has long reported news regarding TRMC. TRMC further submits that *The Bond Buyer* is a publication of general circulation among municipal bond dealers and bondholders. TRMC respectfully submits that publication of the Notice in such newspapers constitutes good and sufficient notice that is consistent with the requirement of Section 923.

TRMC understands that the Clerk of the Court will mail the Notice to the United States Trustee's Office and, using the mailing matrix filed with the list required by Section 924, as amended, to the creditors listed thereon. TRMC intends to begin publishing the Notice in the *Visalia Times-Delta* and *The Bond Buyer* shortly after the Court's approval thereof, once per week for three consecutive weeks.

**B. It is Appropriate to Order that Objections to TRMC's Petition be Filed on or Before December 22, 2017.**

Section 921(d) provides for the entry of an order for relief unless the petition is dismissed under Section 921(c), which authorizes the dismissal of a petition if, after an objection to the petition is filed, the court determines that the petition was not filed in good faith, or that the petition does not meet the eligibility requirements. Although Section 921(c) contemplates the possibility of objections to a chapter 9 petition, it does not set a deadline for filing such objections.

EXHIBIT A
Page 3 of 4

1      On October 26, 2017, TRMC filed its "Statement of Qualifications under

2  Bankruptcy Code Section 109(c)."  On October 26, 2017 it filed a memorandum of facts

3  and law and declarations in support of Section 109(c) eligibility. The declarations were

4  supported by numerous exhibits. It is prudent and practical to set a deadline by when

5  parties must submit objections contending that the petition was not filed in good faith or

6  does not meet the eligibility requirements. To expedite the entry of an order for relief in

7  this case and remove any uncertainty created by the absence of express timing

8  provisions in Section 921(d), TRMC requests that the deadline for filing objections be

9  established for December 22, 2017, a date that is about 14 days after the estimated

10  date of the publication of the third and final notice in the *Visalia Times-Delta* and in *The*

11  *Bond Buyer*.

## II.  CONCLUSION

13      WHEREFORE, TRMC requests that the Court enter an order, substantially in the

14  form attached hereto as Exhibit A (i) approving the form of notice filed concurrently as

15  Exhibit B; (ii) approving the manner of publication in the *Visalia Times-Delta* and *The*

16  *Bond Buyer* as set forth in the Notice; (iii) directing the Clerk of the Court to mail the

17  Notice to all creditors listed on TRMC's List of Creditors filed pursuant to Section 924

18  and in accordance with Bankruptcy Rule l007(e); (iv) establishing December 22, 2017,

19  as the deadline for the filing of objections to TRMC's Chapter 9 Petition; and (v) granting

20  such other and further relief as the Court deems appropriate.

22  Dated: _____, 2017        WALTER WILHELM LAW GROUP,
                                   a Professional Corporation

24                  By:  _____

25                       Riley C. Walter, Attorneys for Debtor,
                       Tulare Local Healthcare District

EXHIBIT A
Page 4 Of- 4