3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:    rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300
E-mail:    mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry St.<br>           Tulare, CA 93274 | CASE NO.  17-13797<br><br>Chapter 9<br><br>DC No.: WW-5<br><br>Date:   N/A<br>Time:   N/A<br>Place:  2500 Tulare Street<br>        Fresno, CA  93721<br>        Courtroom 13<br>Judge:  Honorable René Lastreto II |

**ORDER SHORTENING TIME AND PRESCRIBING NOTICE OF HEARING ON MOTION FOR ENTRY OF AN ORDER (1) DIRECTING AND APPROVING FORM OF NOTICE OF COMMENCEMENT; (2) SETTING DEADLINE FOR FILING OBJECTIONS TO PETITION; and (3) FOR RELIEF UNDER CHAPTER 9**

RECEIVED
October 30, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006158293

At Fresno, in the Eastern District of California:

The Application for Order Shortening Time on Motion on this matter was brought before this Court for its consideration on an ex parte basis:

The Court having reviewed the Application and Declaration of Danielle Bethel and having determined that good cause exists for granting the Application, now therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Application is granted.

2. The period of notice is reduced.

3. The hearing shall be set to take place as follows:

    a) <u>Location</u>: United States Bankruptcy Court, 2500 Tulare Street, Fresno, CA 93721, Courtroom 13.

    b) <u>Date</u>: November 16, 2017

    c) <u>Time</u>: 9:30 a.m.

4. The Debtor shall give notice to the list of twenty largest unsecured creditors as amended plus any persons who have requested special notice, the Debtor, Healthcare Conglomerate Associates, LLC, Wilmington Trust as Successor Indenture Trustee and Successor Paying Agent, California Department of Public Health, and the U.S. Trustee's Office via fax, email or first class mail by November 1, 2017.

///
///
///
///
///
///
///
///
///

Order Shortening Time and Prescribing Notice of Hearing on Motion for Order Approving Form of Notice, Setting Deadline to Object to Petition, and For Relief Under Chapter 9

-2-

00161067-DJB-10.27.2017

5. Objections to the Motion may be made up until two days prior to commencement of the hearing.

Presented by:

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District

IT IS SO ORDERED.

    Dated: Oct 31, 2017

Dated:

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

Order Shortening Time and Prescribing Notice of Hearing on Motion for Order Approving Form of Notice, Setting Deadline to Object to Petition, and For Relief Under Chapter 9

-3-

00161067-DJB-10.27.2017