```
              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF CALIFORNIA
                        CIVIL MINUTES
```

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** AB-1

**Date:** 11/01/2017

**Time:** 9:30 AM

**Matter:** [54] - Motion for Relief from Automatic Stay [AB-1] Filed by Creditor Navigant Cymetrix Corporation (Fee Paid $181) (eFilingID: 6147459) (svim) [54] - Motion/Application for Adequate Protection [AB-1] Filed by Creditor Navigant Cymetrix Corporation (svim) [54] - Motion/Application for Administrative Expenses [AB-1] Filed by Creditor Navigant Cymetrix Corporation (svim) [54] - Motion/Application to Assume or Reject Lease or Executory Contract [AB-1] Filed by Creditor Navigant Cymetrix Corporation (svim)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Not Recorded**
**Department: B**

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

### CIVIL MINUTES

Motion was Resolved by stipulation of the parties.

The Moving Party shall submit a proposed order.