WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:      rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300
E-mail:      mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-5<br><br>Chapter 9<br><br>Date:  November 16, 2017<br>Time:  9:30 a.m.<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 13<br>Judge: Honorable René Lastreto II |

**NOTICE OF HEARING ON MOTION FOR AN ORDER (1) DIRECTING AND APPROVING FORM OF NOTICE OF COMMENCEMENT; (2) SETTING DEADLINE FOR FILING OBJECTIONS TO PETITION; AND (3) FOR RELIEF UNDER CHAPTER 9**

PLEASE TAKE NOTICE that a hearing on Debtor's Motion For an Order (1) Directing and Approving Form of Notice of Commencement; (2) Setting Deadline for Filing Objections to Petition; and (3) For Relief Under Chapter 9 will be held before the Honorable René Lastreto II on November 16, 2017 at 9:30 a.m. at the above listed date, time, and courtroom, at the United States Courthouse located at 2500 Tulare Street, in Fresno, California pursuant to an Order Shortening Time entered on October 31, 2017.

The Motion and supporting papers are being served on the interested parties pursuant to Sections 921 and 923 and according to the Court's order prescribing notice and shortening time.

Objections to the Motion may be presented up to two days before the hearing.

Dated: October 31, 2017

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District

NOTICE OF HEARING ON MOTION FOR AN ORDER (1)
DIRECTING AND APPROVING FORM OF NOTICE OF      -2-
COMMENCEMENT, ETC.

00161453-DJB-10.31.2017