9
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry St.<br>             Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-5<br><br>Date: November 16, 2017<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 13<br>Judge: Honorable René Lastreto II |

**EXHIBITS TO MOTION FOR ENTRY OF AN ORDER (1) DIRECTING AND APPROVING FORM OF NOTICE OF COMMENCEMENT; (2) SETTING DEADLINE FOR FILING OBJECTIONS TO PETITION; and (3) FOR RELIEF UNDER CHAPTER 9**

///

| Exhibit | Description | # of Pages |
|---|---|---|
| A | [PROPOSED] ORDER DIRECTING AND APPROVING FORM OF NOTICE OF COMMENCEMENT AND SETTING DEADLINE FOR FILING OBJECTIONS TO CHAPTER 9 PETITION | 3 |
| B | [PROPOSED] NOTICE OF COMMENCEMENT OF CHAPTER 9 CASE | 4 |

Dated: October 31, 2017

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District

```
 1  3
    WALTER WILHELM LAW GROUP
 2  A Professional Corporation
    Riley C. Walter #91839
 3  Michael L. Wilhelm #101495
    Matthew P. Bunting #306034
 4  205 East River Park Circle, Ste. 410
    Fresno, CA 93720
 5  Telephone:  (559) 435-9800
    Facsimile:  (559) 435-9868
 6  E-mail:     rileywalter@w2lg.com

 7  Chapter 9 Counsel

 8  MCCORMICK BARSTOW, LLP
    Timothy L. Thompson #133537
 9  Mandy L. Jeffcoach #232313
    Nikole E. Cunningham #277976
10  7647 N. Fresno Street
    Fresno, CA 93720
11  Telephone:  (559) 433-1300
    Facsimile:  (559) 433-2300
12  E-mail:     mandy.jeffcoach@mccormickbarstow.com

13  District Counsel
```

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT**, dba **TULARE REGIONAL MEDICAL CENTER**,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry St.<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-5<br><br>Date: November 16, 2017<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 13<br>Judge: Honorable René Lastreto II |

**ORDER DIRECTING AND APPROVING FORM OF NOTICE OF COMMENCEMENT AND SETTING DEADLINE FOR FILING OBJECTIONS TO CHAPTER 9 PETITION**

At Fresno, Eastern District of California:

///

///

EXHIBIT A

Page 1 of 3

Upon consideration of the Motion for Entry of an Order (1) Directing and Approving Form of Notice; and (2) Setting Deadline for Filing Objections to Petition (the " Motion"), filed by Tulare Local Healthcare District, dba Tulare Regional Medical Center ("TRMC"), the Court finding that Notice of the Motion was reasonable and appropriate under the circumstances, and the Court determining that the relief requested in the Motion is appropriate and in the best interests of the creditors and parties in interest in this case,

IT IS HEREBY ORDERED THAT:

1. The form of Notice of the Commencement of Case (the "Notice"), attached hereto, is approved;

2. The requirements of Bankruptcy Code § 923 are satisfied by service of the Notice by first class mail on the United States Trustee and all entities identified on the List of Creditors filed by TRMC pursuant to Bankruptcy Code § 924, and by publication of the Notice once a week for at least three consecutive weeks in each of the *Visalia Times-Delta* and *The Bond Buyer*;

3. The Clerk of the Court is directed to mail the Notice to all creditors listed on TRMC's List of Creditors filed pursuant to section 924 of the Bankruptcy Code;

4. As more particularly described in the Notice, the deadline for filing objections to the petition under Bankruptcy Code § 921(d) is 5:00 p.m. Pacific time on December 22, 2017 (the "Objection Deadline");

///
///
///
///
///
///
///
///

EXHIBIT A
Page 2 of 3

Order Directing and Approving Form of Notice of Commencement and Setting Deadline for Filing Objections to Chapter 9 Petition

-2-

00161458-DJB-10.31.2017

5. The Court will conduct a status conference on January 11, 2018 at 9:30 a.m. Pacific time, at which time the Court will consider setting other dates; and whether, if no objection is filed, to enter an order for relief.

Submitted by:

_____
Riley C. Walter
Attorney For Debtor,
Tulare Local Healthcare District

IT IS SO ORDERED.

Dated: November ___, 2017

_____
Honorable René Lastreto II
Judge of the United States Bankruptcy Court

EXHIBIT A
Page 3 of 3

4

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>**NOTICE OF COMMENCEMENT OF CHAPTER 9 CASE** |
|---|---|

**TO ALL CREDITORS OF TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, AND TO PARTIES IN INTEREST.**

**PLEASE TAKE NOTICE THAT:**

///

EXHIBIT B
Page 1 of 4

1.     <u>COMMENCEMENT OF CHAPTER 9 CASE</u>. On September 30, 2017, Tulare Local Healthcare District dba Tulare Regional Medical Center ("TRMC") commenced a case under Chapter 9 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of California, Fresno Division (the "Court"). The Chapter 9 case is pending before the Honorable René Lastreto II, United States Bankruptcy Judge. All documents filed with the Court are available for inspection via the PACER (Public Access to Court Electronic Records) system, which may be accessed on a subscription basis at the following internet address: www.caeb.uscourts.gov. In order to access PACER, parties will first need to register as a user. For information regarding how to register for a PACER account, the costs involved in accessing information, and other information, interested parties should visit www.pacer.gov.

    <u>AUTOMATIC STAY.</u> Pursuant to 11 U.S.C. §§ 362 and 922, the filing of TRMC's Chapter 9 petition operates as an automatic stay of actions against TRMC, including, among other things, the enforcement of any judgment, any act to obtain property from TRMC, any act to create, perfect, or enforce any lien against property of TRMC, any act to collect, assess or recover a claim against TRMC, and the commencement or continuation of any judicial, administrative, or any other action or proceeding against TRMC or against an officer or director of TRMC that seeks to enforce a claim against TRMC.

    <u>PURPOSE OF THE CHAPTER 9 FILING.</u> Chapter 9 of the Bankruptcy Code provides a means for a municipality, such as TRMC, that has encountered financial difficulty to work with its creditors to adjust its debts. The primary purpose of Chapter 9 is to allow the municipality to continue its operations and its provision of services while it adjusts or restructures creditor obligations. In a Chapter 9 case, the jurisdiction and powers of the bankruptcy court are limited such that the Court may not interfere with any of the political or governmental powers of TRMC, or TRMC's use or enjoyment of any income-producing property. TRMC intends to propose a plan for the adjustment of

its debts. Future notice concerning any such plan will be provided to all known creditors. During the bankruptcy case, TRMC will remain in possession and control of its property, and will maintain its operations for the benefit of the public.

**DEADLINE FOR OBJECTIONS TO PETITION AND ENTRY OF AN ORDER FOR RELIEF.** Objections to the Chapter 9 petition may be filed by a creditor or party in interest by no later than December 22, 2017. If you are an authorized user of the Court's CM/ECF system, any such objection shall be filed via the Court's CM/ECF system. If you are not an authorized user of the Court's CM/ECF system, a written objection must be sent by means calculated to reach the Court no later than December 22, 2017 at the following address: The Clerk of the United States Bankruptcy Court for the Eastern District of California, Fresno Division, 2500 Tulare Street, Fresno, California 93721. Any objection shall state the facts and legal authorities relied upon in support thereof, and shall be served on or before the same date on the following parties: (1) the United States Trustee's Office; (2) TRMC; (3) TRMC's District Counsel; (4) TRMC's Chapter 9 counsel; (5) the creditors holding the 20 largest unsecured claims against TRMC; (6) Wilmington Trust as Indenture Trustee and Paying Agent, of certain bond indebtedness of TRMC; (7) Healthcare Conglomerate Associates, LLC; and (8) any other party who has filed a request for special notice with the Court. The contact information for such persons may be found on the List of Twenty Largest Creditors as Amended on file with the Court prior to the publication of this Notice.

///
///
///
///
///
///
///
///

EXHIBIT B
Page 3 of 4

| | |
|---|---|
| 1 | **HEARING ON OBJECTIONS.** If no objection is timely filed, the petition shall be |
| 2 | deemed an order for relief under Chapter 9 of the Bankruptcy Code as of September |
| 3 | 30, 2017, and this notice shall be deemed notice of such order for relief. If a timely |
| 4 | objection is filed and served, a hearing will be held on January 11, 2018 at 9:30 a.m. at |
| 5 | the United States Bankruptcy Court for the Eastern District of California, Fresno |
| 6 | Division, Courtroom 13, 2500 Tulare Street, Fresno, California 93721. At such time, the |
| 7 | Court will consider setting other dates. |

Dated: _____, 2017            WALTER WILHELM LAW GROUP,
                                                             a Professional Corporation

                                                    By: _____
                                                             Riley C. Walter, Attorneys for Debtor,
                                                             Tulare Local Healthcare District

EXHIBIT B
Page 4 of 4

NOTICE OF COMMENCEMENT OF
CHAPTER 9 CASE                                    4                            00161457-DJB-10.31.2017