4

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:   rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300
E-mail:   mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:   94-6002897<br>Address:   869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO.  17-13797<br><br>DC No.: WW-1<br><br>Chapter 9<br><br>Date:   October 25, 2017<br>Time:   11:00 a.m.<br>Place:   2500 Tulare Street<br>         Fresno, CA 93721<br>         Courtroom 13<br>Judge:   Honorable René Lastreto II |

**ORDER GRANTING DEBTOR'S MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT [HEALTHCARE CONGLOMERATE ASSOCIATES, LLC]**

At Fresno, in the Eastern District of California.

The Motion for Authorization to Reject Executory Contract (Healthcare Conglomerate Associates, LLC) filed herein by Tulare Local Healthcare District on

RECEIVED
November 01, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006160096

October 10, 2017 duly came on for hearing on October 19, 2017 at which time it was fully argued and submitted for decision.

On October 25, 2017 the Court announced its decision in open court. Appearances were entered by Riley C. Walter, Tim Thompson, and Niki Cunningham for Tulare Local Healthcare District; by Marc A. Levinson and Hagop T. Bedoyan for Healthcare Conglomerate Associates, LLC; Gregory S. Powell for the United States Trustee's Office; Gerald Sims for BETA; Diane Stanfield for Navigant Cymetrix; Craig Rust for California Department of Public Health and Abigail Van Veen O'Brient for Wilmington Trust.

In announcing the Court's decision, the Court made its findings of fact and conclusions of law pursuant to FRCP as incorporated by FRBP 7052.

Having stated the basis for jurisdiction, having concluded this is a core matter, having stated the basis for its decision on the record, after full and careful consideration of the law and evidence and for good cause shown, the Court ordered as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion for Authorization to Reject Executory Contract (Healthcare Conglomerate Associates, LLC) is granted; and

2. The contracts described as Management Services Agreement, Interim Joint Operating Agreement, Joint Operating Agreement and Option Agreement, all dated as of May 29, 2014 are hereby rejected pursuant to Sections 901 and 365. The effective date of this Order shall be the earlier of November 27, 2017 or when the California Department of Public Health approves the District's administrative plan in the absence of Healthcare Conglomerates Associates, LLC.

///
///
///
///
///

3. Nothing in this Order shall be interpreted to in any way impair or affect the California Department of Public Health's authority to regulate the Debtor in accordance with the requirements of California law.

Submitted by:

*/s/ Riley C. Walter*

Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District dba
Tulare Regional Medical Center

Approved as to form only.

*/s/ Marc A. Levinson*

Marc A. Levinson, Attorneys for
Healthcare Conglomerate Associates, LLC

_____
Craig Rust, Attorney General's Office,
State of California, Department of
Public Health

IT IS SO ORDERED

Date: _____, 2017

Honorable René Lastreto II
United States Bankruptcy Judge

FOR AUTHORIZATION TO REJECT
EXECUTORY CONTRACT (HCCA)

3

M:\S-U\TRMC\PLEADINGS\WW-1
Motion to Reject Executory Contract
[HCCA]\Order.103117.gaa.docx

3. Nothing in this Order shall be interpreted to in any way impair or affect the California Department of Public Health's authority to regulate the Debtor in accordance with the requirements of California law.

Submitted by:

_____
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District dba
Tulare Regional Medical Center

Approved as to form only.

_____
Marc A. Levinson, Attorneys for
Healthcare Conglomerate Associates, LLC

_____
Craig Rust, Attorney General's Office,
State of California, Department of
Public Health

Dated: Nov 01, 2017

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

| ORDER GRANTING DEBTOR'S MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT (HCCA) | 3 | M:\S-U\TRMC\PLEADINGS\WW-1 Motion to Reject Executory Contract [HCCA]\Order.103117.gaa.docx |