1  WALTER WILHELM LAW GROUP
2  A Professional Corporation
   Riley C. Walter #91839
   Matthew P. Bunting #306034
3  Danielle J. Bethel #315945
   205 East River Park Circle, Ste. 410
4  Fresno, CA 93720
   Telephone:   (559) 435-9800
5  Facsimile:   (559) 435-9868
   E-mail:      rileywalter@w2lg.com
6
7  Chapter 9 Counsel
8  MCCORMICK BARSTOW, LLP
   Timothy L. Thompson #133537
9  Mandy L. Jeffcoach #232313
   Nikole E. Cunningham #277976
10 7647 N. Fresno Street
   Fresno, CA 93720
11 Telephone:   (559) 433-1300
   Facsimile:   (559) 433-2300
12 E-mail:      mandy.jeffcoach@mccormickbarstow.com
13 District Counsel
14          IN THE UNITED STATES BANKRUPTCY COURT
15              EASTERN DISTRICT OF CALIFORNIA
16                     FRESNO DIVISION
17

| In re | CASE NO.  17-13797 |
|---|---|
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | DC No.:  WW-1 Chapter 9 |
| Debtor. | Date:     N/A Time:     N/A Place:     2500 Tulare Street Fresno, CA 93721 Courtroom 13 |
| Tax ID #:   94-6002897 Address:   869 N. Cherry Street               Tulare, CA 93274 | Judge:     Honorable René Lastreto II |

**APPLICATION FOR EX PARTE ORDER IMPLEMENTING EFFECTIVE DATE ON ORDER GRANTING DEBTOR'S MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

Tulare Local Healthcare District, dba Tulare Regional Medical Center,

1  | respectfully comes before the Court to request entry of an order implementing the
2  | effective date for the Order rejecting the executory contract as follows:
3  |     1.      Tulare Local Healthcare District, dba Tulare Regional Medical Center
4  | ("District") filed this Chapter 9 proceeding on September 30, 2017.
5  |     2.      On October 10, 2017 the District filed its Motion for Authorization to Reject
6  | Executory Contract ("Motion") which was argued on October 19, 2017.
7  |     3.      The Court's decision on the Motion was announced in open court on
8  | October 25, 2017.
9  |     4.      The Court's Order on the Motion was filed on November 1, 2017.  See
10 | ECF #174.
11 |     5.      The Order authorized the District to reject the subject Contracts dated May
12 | 29, 2014, but, out of concerns for patient safety, provided the effective date of the Order
13 | was to be the earlier of November 27, 2017 or when the California Department of Public
14 | Health approves the District's administrative plan.
15 |     6.      On October 26, 2017, the District provided notice to the California
16 | Department of Public Health of its intention to temporarily and voluntarily suspend its
17 | license and all operations effective on October 27, 2017 at midnight.  Thereafter, on
18 | November 8, 2017, the California Department of Public Health informed the District that
19 | it has approved the District's temporary suspension of its license.  See Declaration of
20 | Jean Chiang provided in support of this Application.  Further, the California Department
21 | of Public Health has noted that it does not have any present concerns for patient safety
22 | within the District in light of the suspension of operations.  Given that there are no
23 | present patient safety concerns, there is no reason to further delay the effective date of
24 | the contract rejection. As evidenced by its approval on the Proposed Order submitted
25 | herewith, the California Department of Public Health does not object to the entry of an
26 | Order implementing the effective date for the rejection.
27 |
28 |

36894-000nn 4797777 1

APPLICATION FOR EX PARTE ORDER IMPLEMENTING -2-
EFFECTIVE DATE ON ORDER, ETC.

7.    By this Application the District seeks an Order holding that the effective date of the contract rejection is the date the Order submitted with this Application is signed by the Court.

WHEREFORE, Tulare Local Healthcare District prays that the Court enter the proposed Order and seeks such other relief as is just and proper.

Dated: November 9, 2017       WALTER WILHELM LAW GROUP
A Professional Corporation

By: _Riley C. Walter_
Riley C. Walter, Attorneys for Debtor
Tulare Local Healthcare District, dba
Tulare Regional Medical Center

36894-0000\14747777 1

APPLICATION FOR EX PARTE ORDER IMPLEMENTING
EFFECTIVE DATE ON ORDER, ETC.    -3-