WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:       rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300
E-mail:       mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: N/A |
| Debtor. | |
| Tax ID #:   94-6002897<br>Address:    869 N. Cherry St.<br>            Tulare, CA 93274 | Date:     N/A<br>Time:     N/A<br>Place:    2500 Tulare Street<br>          Fresno, CA  93721<br>          Courtroom 13<br>Judge:    Honorable René Lastreto II |

**AMENDMENT TO THE LIST OF CREDITORS AND CLAIMS
PURSUANT TO 11 U.S.C. §§ 924 AND 925**

///

///

///

Pursuant to 11 U.S.C. §§ 924 and 925, Tulare Local Healthcare District, dba Tulare Regional Medical Center ("TRMC"), the Debtor in the above captioned case, by and through its counsel, hereby submits this amendment to the List of Creditors and Claims originally filed with the Court on October 27, 2017.

Dated: November 9, 2017

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _Riley C. Walter_

Riley C. Walter, Attorneys for Debtor
Tulare Local Healthcare District, dba
Tulare Regional Medical Center

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A MUNICIPALITY

I, Sanford Haskins, Interim Chief Administrative Officer of Tulare Local Healthcare District, dba Tulare Regional Medical Center, am the authorized agent of the municipality named as the debtor in this case. I declare under penalty of perjury that I have read the foregoing Amendment to the List of Creditors and Claims which is hereby submitted and that it is true and correct to the best of my information and belief.[1]

Dated: November 9, 2017

_signature_

Sanford Haskins, Interim Chief
Administrative Officer of Tulare Local
Healthcare District, dba Tulare Regional
Medical Center

---

[1] The Debtor may further amend and correct this list as new information is developed or received.

Amendment to the List of Creditors and Claims Pursuant to
11 U.S.C. §§ 924 and 925                    -2-                  00161731-NAM-11.09.2017

Tulare Local Healthcare District, dba Tulare Regional Medical Center

Amendment to List of Creditors and Claims

**The Following Creditors have been added to the List of Creditors and Claims

| Name | Address1 | Address2 | City | State | Zip | ClaimAmt | Amendment Needed? |
|---|---|---|---|---|---|---|---|
| Ascap | PO Box 331608 | | NASHVILLE | TN | 37203-0000 | Unknown | CREDITOR ADDED |
| Core Health & Fitness | 4400 NE 77th Ave | | Vancouver | WA | 98662-0000 | Unknown | CREDITOR ADDED |
| Dasko | 600 University Park Place | Suite 500 | Birmingham | AL | 35209-0000 | Unknown | CREDITOR ADDED |
| Fugazzis | Mike Figor | 1441 E. Prosperity | Tulare | CA | 93274-0000 | Unknown | CREDITOR ADDED |
| Armstrong Property Management | 7046 W. Pershing Court | | Visalia | CA | 93291-0000 | Unknown | CREDITOR ADDED |
| LAB Leasing Assoc. of Barrington, Inc. | 220 N. River St. | | Dundee | IL | 60118-0000 | Unknown | CREDITOR ADDED |
| Mednax | 1301 Concord Terrace | | Fort Lauderdale | FL | 33323-0000 | Unknown | CREDITOR ADDED |
| Michael and Mitz Lincicum | dva Re. Vive Tan & Spa | 2681 Korbel Court | Tulare | CA | 93274-0000 | Unknown | CREDITOR ADDED |
| POSH Boutique LLC | Desiree Espinosa | 1445 E. Prosperity | Tulare | CA | 93274-0000 | Unknown | CREDITOR ADDED |
| Law Firm of Russell R. Johnson | Russell R. Johnson | 2258 Wheatlands Drive | Manakin-Sabot | VA | 23103-0000 | Unknown | CREDITOR ADDED |
| Top O The Morn Farms, Inc. | 1421 E. Prosperity | | Tulare | CA | 93274-0000 | Unknown | CREDITOR ADDED |

**The Following Creditors have been removed from the List of Creditors and Claims

| Name | Address1 | Address2 | City | State | Zip | ClaimAmt | Amendment Needed? |
|---|---|---|---|---|---|---|---|
| Westamerica Bank | 4550 Mangels Blvd, MAC#A-2D | | Suisun City | CA | 94585-0000 | Unknown | CREDITOR REMOVED |
| TRMC c/o | Abbie P. Maliniak | 226 S. Arnaz Dr. | Beverly Hills | CA | 90211-0000 | Unknown | CREDITOR REMOVED |
| Lexicom | 175 Kershaw Industrial Blvd. | | Montgomery | AL | 36117-0000 | Unknown | CREDITOR REMOVED |