UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re                              ) Case No. 17-13797-B-9
                                   )
TULARE LOCAL HEALTHCARE            ) DC No. WW-1
DISTRICT,                          )
                Debtor.            )
                                   )

**ORDER TO SET HEARING ON APPLICATION FOR ORDER IMPLEMENTING
EFFECTIVE DATE ON ORDER GRANTING DEBTOR'S MOTION FOR
AUTHORIZATION TO REJECT EXECUTORY CONTRACT**

On November 9, 2017, Debtor, Tulare Local Healthcare
District, filed an *Ex Parte* Application for an Order
Implementing Effective Date on Order Granting Debtor's Motion
for Authorization to Reject Executory Contract (the
"application").  The court has reviewed the application and
deems it to be a request for an order shortening time for a
hearing. Based thereon,

IT IS HEREBY ORDERED, that the Debtor's Application for
Order Implementing Effective Date on Order Granting Debtor's
Motion for Authorization to Reject Executory Contract, DCN WW-1,
shall be set for hearing on November 16, 2017, at 9:30 a.m., in
Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500
Tulare Street, Fresno, California.  Telephonic appearances shall
be permitted.

IT IS FURTHER ORDERED, that no opposition to the
application needs to be filed by HealthCare Conglomerate
Associates, LLC ("HCCA").  If HCCA chooses to file opposition,

it should be filed with the court not later than 5:00 p.m. on November 13, 2017. Any opposition shall be served by email to all interested parties.

**Dated:** Nov 10, 2017          **By the Court**

René Lastreto II, Judge
United States Bankruptcy Court

**Instructions to Clerk of Court**
**Service List - Not Part of Order/Judgment**

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below.  The Clerk of Court will send the Order via the BNC or, if checked ___X___, via the U.S. mail.


Riley C. Walter
205 E. River Park Circle, Ste. 410
Fresno CA 93720

Abigail V. O'Brient
2029 Century Park East, Suite 1370
Los Angeles CA 90067

Aida S. Macedo
2844 Fresno St
PO Box 1432
Fresno CA 93716

Alissa B. Castaneda
Rennaisssance One
2 N Central Ave
Phoenix AZ 85004

Craig Rust
1300 I St PO Box 944255
Sacramento CA 94244

Cynthia J. Larsen
400 Capitol Mall #3000
Sacramento CA 95814-4497

Danielle J. Bethel
205 E River Park Circle #410
Fresno CA 93720

Dara R. Levinson
650 California Street, Suite 1900
San Francisco CA 94108

Eric M. Kapigian
1685 N Helm Ave
Fresno CA 93727

G. Andrew Slater
8080 N Palm Ave, 3rd Floor
PO Box 28902
Fresno CA 93729

Gerald N. Sims
401 B St #1500
San Diego CA 92101

Hagop T. Bedoyan
5260 N Palm Ave #201
Fresno CA 93704

Ian A. Hammel
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
One Financial Center
Boston MA 02111

Jason E. Rios
400 Capitol Mall, Suite #1750
Sacramento CA 95814

Karol K. Denniston
1 Market 32nd Fl
Spear Street Tower
San Francisco CA 94105

Leib M Lerner
333 S Hope St 16th Fl
Los Angeles CA 90071-1406

Lindsey L. Smith
10250 Constellation Blvd #1700
Los Angeles CA 90067

Marc A. Levinson
400 Capitol Mall #3000
Sacramento CA 95814-4407

Raymond Chandler
15 W Carrillo St #220
Santa Barbara CA 93101

Russell W. Reynolds
499 W. Shaw Ave., Ste. 116
Fresno CA 93704

Scott B. Cohen
3636 N Central Ave #700
Phoenix AZ 85012

Tobias S. Keller
101 California St 39th Fl
San Francisco CA 94111

William W. Kannel
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
One Financial Center
Boston MA 02111