Marsha E. Barr-Fernandez, Esq. (SBN 200896)
James Bulger, Esq. (SBN 290126)
**HEIMBERG BARR, LLP**
800 West Sixth Street, Suite 1500
Los Angeles, California 90017
Telephone: (213) 213-1500
Facsimile: (213) 213-1520
mbarr@heimbergbarr.com

Steven L. Saldo, Esq. (SBN 116177)
Tyler B. Saldo, Esq. (SBN 277906)
**SALDO LAW GROUP**
1042 Palm Street, Second Floor
San Luis Obispo, California 93401
Telephone: (805) 547-0700
Facsimile: (805) 547-0754

Attorneys for Movants JOHN TORREZ III and BERNADETTE TORREZ

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVSION**

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Debtor. | Chapter 9<br>Case No.: 17-13797<br><br>DC No.: JAB-1<br><br>**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY TO ALLOW STATE ACTION TO PROCEED UNDER 11 U.S.C. § 362**<br><br>(Declaration of James Bulger with supporting exhibits filed concurrently)<br><br>DATE: November 30, 2017<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Rene Lastreto II<br>PLACE: 2500 Tulare Street<br>         Fresno, CA 93721<br>         Dept. B Courtroom 13, 5th Fr |

TO THE COURT, THE U.S. TRUSTEE, THE DEBTOR, AND THEIR ATTORNEYS OF RECORD:

1

PLAINTIFF'S MOTION TO LIFT AUTOMATIC STAY

PLEASE TAKE NOTICE that on November 30, 2017 at 9:30 a.m. before the Honorable Rene Lastreto II in of the above-captioned Court, located at 2500 Tulare Street, Fresno, CA 93721, Dept. B, Courtroom 13, 5th Floor or as soon thereafter as counsel may be heard by the Court, Movants JOHN TORREZ III and BERNADETTE TORREZ ("Movants") will move the Court for an Order lifting the automatic stay pursuant to §362 of the Bankruptcy Code for good cause shown.

This Motion and supporting papers are being served on the interested parties pursuant to sections 362 and 901 of the Bankruptcy Code.

Pursuant to LBR-9014 no party in interest shall be required to file written opposition to the motion. Opposition, if any, shall be presented at the hearing.

Parties in interest can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view [any] pre-hearing depositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

This Motion will be based upon §362 of the Bankruptcy Code; Local Rule 4001-1; the attached Memorandum of Points and Authorities; the attached Declaration of James Bulger; and such further oral and documentary evidence as may be presented at the hearing.

DATED: November 13, 2017         **HEIMBERG BARR, LLP**

BY: _____
JAMES BULGER
Attorneys for Movants JOHN TORREZ III and BERNADETTE TORREZ

2
PLAINTIFF'S MOTION TO LIFT AUTOMATIC STAY