**3**

MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com
　　　　clarsen@orrick.com

HAGOP T. BEDOYAN, CSB NO. 131285
LISA HOLDER, CSB NO. 217752
**Klein, DeNatale, Goldner,**
　**Cooper, Rosenlieb & Kimball LLP**
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile:  (661) 326-0418
E-mail: hbedoyan@kleinlaw.com
　　　　lholder@kleinlaw.com

Attorneys for Healthcare Conglomerate Associates, LLC

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br>　　　　　Debtor. | Case No.: 17-13797-9-B<br><br>DC No. WW-5<br><br>Chapter 9<br><br>**HEALTHCARE CONGLOMERATE ASSOCIATES, LLC'S LIMITED OPPOSITION TO MOTION FOR ORDER (1) DIRECTING AND APPROVING FORM OF NOTICE OF COMMENCEMENT; ETC.**<br><br>Date: November 16, 2017<br>Time: 9:30 a.m.<br>Place: Dept. B, Courtroom 13, 5th Fl.<br>　　　　Fresno, CA<br>Judge: Hon. René Lastreto II |

HealthCare Conglomerate Associates, LLC ("HCCA") submits this limited opposition to the Motion For Entry Of An Order: (1) Directing And Approving Form Of Notice Of Commencement; (2) Setting Deadline For Filing Objections To Petition; And (3) For Relief Under Chapter 9 ("Motion" filed by "District" or "Debtor"). The Motion seeks approval of a form of notice of the commencement of the chapter 9 case that sets a deadline for objections and for approval of a publication schedule in light of Bankruptcy Code § 923. HCCA has no objection to the form of notice or to the publication schedule; its sole issue relates to the proposed December 22 objection deadline.

HCCA has not yet determined whether it will object to the District's eligibility for a chapter 9 order for relief. While it agrees that the District is a municipality and that it is insolvent, thus satisfying Bankruptcy Code §§ 109(c)(1) and (c)(3), respectively, HCCA may need to conduct discovery, including propounding interrogatories and requests for admissions as well as taking depositions after the responses thereto, in order to decide whether to object to eligibility, contending that the District has failed to satisfy one or more of Bankruptcy Code §§ 109(c)(2), (c)(4), (c)(5) or 921(c). The December 22 objection deadline, five weeks and a day after the hearing on the Motion, is not enough time for discovery, particularly with the interposition of the Thanksgiving holiday and because, based on the history of conflict between the parties prior to and since the filing of this case, there may be discovery disputes that will require the intervention of this Court.

HCCA suggests that he objection deadline an additional four weeks to January 19, 2018; that would enable it to conduct discovery and determine whether to object.

Respectfully submitted.

| | |
|---|---|
| Dated: November 14, 2017 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>and KLEIN, DENATALE, GOLDNER,<br>COOPER, ROSENLIEB & KIMBALL LLP |
| | By:    /s/ *Marc A. Levinson*<br>MARC A. LEVINSON<br>Attorneys for Healthcare Conglomerate Associates, LLC |

OHSUSA:767693181.1