MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com
          clarsen@orrick.com

HAGOP T. BEDOYAN, CSB NO. 131285
LISA HOLDER, CSB NO. 217752
**Klein, DeNatale, Goldner,**
   **Cooper, Rosenlieb & Kimball LLP**
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile:  (661) 326-0418
E-mail: hbedoyan@kleinlaw.com
          lholder@kleinlaw.com

Attorneys for Healthcare Conglomerate Associates, LLC

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br>          Debtor. | Case No.: 17-13797-9-B<br><br>Chapter 9<br><br>**NOTICE OF SECURED CLAIM OF HEALTHCARE CONGLOMERATE ASSOCIATES, LLC**<br><br>No Hearing Necessary |

 PLEASE TAKE NOTICE that Healthcare Conglomerate Associates, LLC ("HCCA") claims a security interest in accounts receivable generated by Debtor Tulare Local Healthcare District dba Tulare Regional Medical Center ("District") on or before the petition date, September 29, 2017 (collectively, the "Accounts") and in the proceeds of the Accounts, including but not

1 | limited to funds deposited into the District's accounts at the Bank of the Sierra.

2 | Dated: November 14, 2017

ORRICK, HERRINGTON & SUTCLIFFE LLP
and KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL LLP

By: _____/s/ *Marc A. Levinson*_____
MARC A. LEVINSON
Attorneys for Healthcare Conglomerate Associates, LLC