WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br>DC No.: WW-1<br>Chapter 9<br><br>Date: November 16, 2017<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**DECLARATION OF LARRY BLITZ IN SUPPORT OF REPLY TO LIMITED OPPOSITION TO APPLICATION FOR ORDER IMPLEMENTING EFFECTIVE DATE ON ORDER GRANTING MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT**

///

-1-

Declaration of Larry Blitz in Support of Reply to Limited Opposition to Application for Order Implementing Effective Date on Order Granting Motion for Authorization to Reject

C:\Users\Foundation User\Downloads\Dec.Blitz.111417.gaa.docx

I, Larry Blitz, declare and represent as follows.

1. My name is Larry Blitz.

2. I am the Interim Chief Executive Officer of Tulare Local Healthcare District.

3. I have over 40 years' experience in the management of financially distressed healthcare entities and systems. I have served as the CEO of several hospitals including district hospitals and I am authorized by the State of California to serve as a receiver of financially distressed hospitals.

4. By virtue of my many years' experience, I am familiar with the revenue cycle generally applicable to this District and I am generally familiar with the revenues the District should be receiving on a daily basis based on the amount of its accounts. Based on my experience I believe that the District is receiving between $_$133,000_____ and $_$150,000 dollars per business day.

5. I am also familiar with the various California Governmental Programs whereby the State of California makes disbursements to hospitals and I am informed and believe that the District recently received approximately $1.3 million on account of the QAF Supplemental Income program. In the last 20 days I had participated in several face-to-face meetings with Alan Germany who is the Chief Financial Officer of Healthcare Conglomerate Associates, LLC. I have asked him point blank to tell me what sums of money are being received and how these are being disbursed. He has not answered and refuses to do so.

6. I have also made point blank requests of him to tell me if the above described $1.3 million plus or minus has been received and how it has been used. He has not answered and he has refused to do so.

///
///
///
///

Declaration of Larry Blitz in Support of Reply to Limited Opposition to Application for Order Implementing Effective Date on Order Granting Motion for Authorization to Reject -2-

C:\Users\Foundation User\Downloads\Dec.Blitz.111417.gas.docx

///

7.　In each one of these meetings that I have had with Mr. Germany I have asked for access to the District's computers and information system and he has refused.

I am over the age of 18 and if I were called as a witness in connection with this proceeding I would and could testify as I have set out in this declaration.

I so declare and represent under penalty of perjury this 14th day of November, 2017 at Tulare, California.

*Larry Blitz*