WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>             Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-1<br><br>Chapter 9<br><br>Date: November 16, 2017<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 13<br>Judge: Honorable René Lastreto II |

**DECLARATION OF RILEY C. WALTER IN SUPPORT OF REPLY TO LIMITED OPPOSITION TO APPLICATION FOR ORDER IMPLEMENTING EFFECTIVE DATE ON ORDER GRANTING MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT**

///

---

I, Riley C. Walter, hereby declare and represent as follows.

1. My name is Riley Walter and I am a shareholder in the law firm of Walter Wilhelm Law Group. I am representing Tulare Local Healthcare District in this Chapter 9 case. This declaration is in support of the Reply to Limited Opposition to Application for Order Implementing Effective Date on Order Granting Motion for Authorization to Reject Executory Contract.

2. Shortly after filing the Chapter 9 petition I sent to Marc Levinson and Hagop Bedoyan, counsel for Healthcare Conglomerate Associates, LLC a request to receive information on a daily basis as to cash coming into the District and cash going out.

3. On October 13, 2017 I received a report from Hagop Bedoyan that merely showed that money was going into a bank account and money going out. I responded by indicating that this was not sufficient to inform the District as to what money was coming into the District as to source and what money was going out of the District and to whom.

4. On October 23, 2017 Mr. Bedoyan sent to me a report showing money coming in through October 19 and money going out through October 20. In his email Mr. Bedoyan acknowledged that HCCA had agreed to supply and the court had ordered HCCA to supply cash-in and cash-out reports. See Exhibit 1.

5. This was the last time the District received a report on the daily cash in and cash out. I communicated with Mr. Levinson and Mr. Bedoyan by email on October 31, 2017 at 11:30 am asking when we would be receiving these reports and no response was received.

///
///
///
///
///

6. For over nearly three weeks HCCA has not provided the daily cash in and cash out information requested by the District as to the District's own monies.

I am over the age of 18 and if I were called at a witness in connection with this case I would and could testify as is set out herein.

I so declare and represent under penalty of perjury this 15th day of November, 2017 at Fresno, California.

Riley C. Walter

Declaration of Riley C. Walter in Support of Reply to Limited Opposition to Application for Order Implementing Effective Date on Order Granting Motion for Authorization to Reject Executory Contract

-3-

M:\S-U\TRMC\PLEADINGS\WW-1 Motion to Reject Executory Contract [HCCA]\RCW dec 111517.gaa.docx