1　MARC A. LEVINSON, CSB NO. 57613
2　CYNTHIA J. LARSEN, CSB NO. 123994
　　**ORRICK, HERRINGTON & SUTCLIFFE LLP**
3　400 Capitol Mall, Suite 3000
　　Sacramento, California 95814-4497
4　Telephone: (916) 329-4910
　　Email: malevinson@orrick.com
5　　　　　clarsen@orrick.com

6　HAGOP T. BEDOYAN, CSB NO. 131285
7　LISA HOLDER, CSB NO. 217752
　　**Klein, DeNatale, Goldner,**
8　　**Cooper, Rosenlieb & Kimball LLP**
　　5260 N. Palm Avenue, Suite 201
9　Fresno, California 93704
　　Telephone: (559) 438-4374
10　Facsimile: (661) 326-0418
　　E-mail: hbedoyan@kleinlaw.com
11　　　　　lholder@kleinlaw.com

12
　　Attorneys for Healthcare Conglomerate Associates, LLC
13

14　**UNITED STATES BANKRUPTCY COURT**

15　**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

16

| 17 | In re: | Case No.: 17-13797-9-B |
|---|---|---|
| 18 | TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, | DC No. WW-1 |
| 19 | | Chapter 9 |
| 20 | Debtor. | |
| 21 | | **HEALTHCARE CONGLOMERATE ASSOCIATES, LLC'S MOTION TO STRIKE THE DEBTOR'S REPLY, THE TWO DECLARATIONS AND THE EXHIBIT TO ONE DECLARATION** |
| 24 | | Date: November 16, 2017 |
| 25 | | Time: 9:30 a.m. |
| | | Place: Dept. B, Courtroom 13, 5th Fl. Fresno, CA |
| 26 | | Judge: Hon. René Lastreto II |
| 27 | | |
| 28 | | |

On an ex parte basis, the Debtor sought an order expediting the effective date of the rejection of various executory contracts, and this Court, *sua sponte*, instead granted an order shortening time ("Order" Dkt. 188). The Order provided that HealthCare Conglomerate Associates, LLC ("HCCA") need not submit a written opposition, but that if it did, such opposition must be filed/served by 5:00 p.m. on November 13. HCCA filed/served a limited opposition at approximately 4:15 p.m. on such date (Dkt. 194). Yesterday afternoon, the Court posted its tentative ruling. And yet this morning, the Debtor filed a reply, two supporting declarations and an exhibit (collectively, the "Reply Pleadings").

HCCA moves to strike the Reply Pleadings on two grounds: First, nothing in the Order permits the filing of a reply. Indeed, by not striking the Reply Pleadings, the Court would be penalizing HCCA for choosing to submit a written response rather than responding to the underlying motion orally at the hearing.

Second, the Reply Pleadings are tantamount to a new motion. The order rejecting the various agreements was approved as to form by the Debtor, by HCCA and by the California Department of Health Services ("Rejection Order" Dkt. 174). Paragraph 2 thereof discusses when the effective date of rejection will occur. Paragraph 9 of this morning's reply requests an amendment to the Rejection Order, expanding in five paragraphs that take up a page of the pleading, specific relief that was never discussed during the hearing on the rejection motion and was not included in the Rejection Order.

For the foregoing reasons, HCCA requests that the Rejection Pleadings be stricken.

Dated: November 15, 2017

ORRICK, HERRINGTON & SUTCLIFFE LLP
and KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP

By: _____/s/ *Marc A. Levinson*_____
MARC A. LEVINSON
Attorneys for Healthcare Conglomerate Associates, LLC