WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Niki E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-1<br><br>Chapter 9<br><br>Date: November 16, 2017<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**AMENDED
EXHIBIT TO THE DECLARATION OF RILEY C. WALTER IN SUPPORT OF REPLY TO LIMITED OPPOSITION TO APPLICATION FOR ORDER IMPLEMENTING EFFECTIVE DATE ON ORDER GRANTING MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT
(Amended to Correct the Docket Control Number)**

///

| Exh. | Description | Pages |
|---|---|---|
| 1 | Email from Hagop Bedoyan dated 10-23-17 | 4 |

Dated: November 15, 2017

WALTER WILHELM LAW GROUP
A Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for Debtor
Tulare Local Healthcare District

**Walter, Riley**

| | |
|---|---|
| **From:** | Hagop T. Bedoyan <HBedoyan@KleinLaw.com> |
| **Sent:** | Monday, October 23, 2017 12:06 PM |
| **To:** | Walter, Riley |
| **Cc:** | Marc Levinson (malevinson@orrick.com); Hagop T. Bedoyan |
| **Subject:** | Tulare Local Healthcare District |
| **Attachments:** | TRMC Sources of Deposit by Day.xlsx; TRMC Cash Out Oct 2017.pdf |

Riley,

Here are the reports of cash-in and cash-out as we agreed and ordered by the court. Should be able to send you the financials presented to CDPH by the end of the day.

**Hagop T. Bedoyan | Partner**

Certified Specialist, Bankruptcy Law

**Klein · DeNatale · Goldner**
ATTORNEYS AT LAW
5260 N. Palm Avenue, Suite 201 | Fresno, California 93704
Tel: 559.438.4374 | Fax: 661.326.0418
hbedoyan@kleinlaw.com | www.kleinlaw.com

The contents of this e-mail message, including any attachments, are intended solely for the use of the person or entity to which the e-mail was addressed. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient of this message, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please e-mail kleinlaw@kleinlaw.com and contact the sender by reply e-mail. Please also permanently delete all copies of the original e-mail and any documentation. Thank you.

---

**Total Control Panel**                                      Login

To: rileywalter@w2lg.com       Remove this sender from my allow list
From: hbedoyan@kleinlaw.com

*You received this message because the sender is on your allow list.*

1

EXHIBIT 1
Page 1 Of 4

Tulare Regional Medical Center

Bank of the Sierra

| Deposit type | Dates | | | | | | |
|---|---|---|---|---|---|---|---|
| | 10/2/2017 | 10/3/2017 | 10/4/2017 | 10/5/2017 | 10/6/2017 | 10/10/2017 | 10/11/2017 | 10/12/2017 |
| | $ 8,635.85 | $ 5,614.87 | $ 1,390.27 | $ 21,652.20 | | $ 5,384.77 | $ 198.00 | $ 721.49 |
| | | | | $ 3,750.96 | | | | $ 4,583.85 |
| | $ 27,264.14 | $ 7,467.36 | $ 551.21 | $ 2,867.08 | $ 755.00 | $ 1,672.29 | $ 3,434.85 | $ 3,024.66 |
| | $ 459.50 | $ 408.37 | $ 217.74 | $ 981.82 | $ 98,455.22 | $ 30,396.22 | $ 195.26 | $ 360.29 |
| | $ 52,776.05 | $ 26,367.88 | | $ 545.79 | | $ 12,356.41 | $ 46,066.77 | $ 23,217.88 |
| | $ 93,108.53 | $ 62,187.16 | $ 78,053.82 | $ 31,505.71 | $ 167,303.36 | $ 216,468.27 | $ 100,087.36 | $ 89,666.23 |
| | $ 3,622.64 | $ 95,554.14 | $ 33,518.88 | $ 24,408.63 | $ 17,035.64 | $ 4,489.00 | $ 47,745.15 | $ 99,174.62 |
| Grand Total | $ 185,866.71 | $ 197,599.78 | $ 113,731.92 | $ 85,712.19 | $ 283,549.22 | $ 270,766.96 | $ 197,727.39 | $ 220,749.02 |

EXHIBIT 1
Page 2 Of 4

| 10/13/2017 | 10/16/2017 | 10/17/2017 | 10/18/2017 | 10/19/2017 | Grand Total |
|---|---|---|---|---|---|
| $ 766.17 | $ 4,657.00 | $ 10,215.38 | | | $ 59,236.00 |
| | | | | $ 2,687.24 | $ 11,022.05 |
| $ 418.91 | $ 2,355.62 | $ 2,311.88 | $ 1,407.67 | $ 452.77 | $ 53,983.44 |
| $ 366.30 | $ 864.46 | $ 347.92 | $ 301.12 | $ 152.55 | $ 133,506.77 |
| | $ 27,685.15 | $ 22,947.39 | | $ 4,494.00 | $ 216,457.32 |
| $ 204,865.75 | $ 110,398.07 | $ 60,564.76 | $ 55,231.96 | $ 35,754.80 | $ 1,305,195.78 |
| $ 30,267.36 | $ 67,160.88 | $ 6,736.17 | $ 48,133.55 | $ 12,995.81 | $ 490,842.47 |
| $ 236,684.49 | $ 213,121.18 | $ 103,123.50 | $ 105,074.30 | $ 56,537.17 | $ 2,270,243.83 |

EXHIBIT 1
Page 3 Of 4

Tulare Regional Medical Center
Payments Made Between 10/12/17 and 10/20/17

|  | Actual 10/12/2017 Thursday | Actual 10/13/2017 Friday | Actual 10/16/2017 Monday | Actual 10/17/2017 Tuesday | Actual 10/18/2017 Wednesday | Actual 10/19/2017 Thursday | Actual 10/20/2017 Friday |
|---|---|---|---|---|---|---|---|
| Physician Payments/Related Expenses | $ 800 | $ 33,240 | $ 6,480 | $ 17,850 | $ 8,220 | $ 17,889 | $ 5,000 |
| Clinical Staffing - External Agency | $ 10,710 | $ - | $ 420 | $ 450 | $ 7,899 | $ 33,673 |  |
| HCCA Payroll/Benefits/Related Liabilities | $ 300,812 | $ 169,109 | $ 214,271 | $ 8,766 | $ 3,812 | $ 92,055 | $ 37,292 |
| Medical Supplies/Pharmaceuticals/Food | $ - | $ 22,615 | $ 3,640 |  | $ 4,198 | $ 25,000 | $ 22,849 |
| Blood |  | $ 15,066 |  |  |  | $ 6,750 |  |
| Utilities |  | $ 1,990 | $ 11,834 |  |  |  | $ - |
| Revenue Cycle Related Expenses | $ - | $ - |  | $ 1,931 | $ - |  | $ 1,598 |
| Insurance |  |  |  |  |  | $ 2,467 |  |
| Information Systems Related Expenses |  |  |  |  | $ - | $ 1,233 |  |
| Other | $ 1,209 | $ 466 | $ 9,655 | $ 504 | $ 5,748 | $ 180 | $ 500 |
| Total | $ 313,531 | $ 242,486 | $ 246,300 | $ 29,501 | $ 29,877 | $ 179,247 | $ 67,239 |

EXHIBIT 1
Page 4 Of 4