**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** WW-5
**Date:** 11/16/2017
**Time:** 9:30 AM

**Matter:** [169] - Motion/Application for Order Directing and Approving Form of Notice of Commencement [WW-5] Filed by Debtor Tulare Local Healthcare District (mgrs) [169] - Motion/Application for Order Setting Deadline for Filing Objections to Petition [WW-5] Filed by Debtor Tulare Local Healthcare District (mgrs) [169] - Motion/Application for Relief Under Chapter 9 [WW-5] Filed by Debtor Tulare Local Healthcare District (mgrs)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Electronic Record
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Riley Walter
**Respondent(s):**
(by phone) Creditor's Attorney - Abigail V. O'Brient; (by phone) Creditor's Attorney - Gerald N. Sims; (by phone) Creditor's Attorney - Jason E. Rios; (by phone) Creditor's Attorney - Marc A. Levinson; (by phone) Creditor's Attorney - Hutchinson Meltzer

---

**CIVIL MINUTES**

Motion Granted

For the reasons stated on the record, the motion was granted. Deadline for submitting an objection to eligibility is January 11, 2018

Scheduling conference set for January 25, 2018 at 9:30 a.m.

Mr. Walter to prepare the order. Mr. Levinson to sign off on the order.