# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** WW-1

**Date:** 11/16/2017

**Time:** 9:30 AM

**Matter:** [182] - Motion/Application for Implementing Effective Date on Order Granting Motion for Authorization to Reject Executory Contract [WW-1] Filed by Debtor Tulare Local Healthcare District (svim)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Electronic Record
**Department:** B

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Riley Walter
**Respondent(s):**
(by phone) Creditor's Attorney - Abigail V. O'Brient; (by phone) Creditor's Attorney - Gerald N. Sims; (by phone) Creditor's Attorney - Marc A. Levinson; (by phone) Creditor's Attorney - Jason E. Rios; (by phone) Creditor's Attorney - Hutchinson Meltzer

## CIVIL MINUTES

The effective date of the rejection was modified to November 22, 2017 at 5:00 p.m.

All other relief requested was denied without prejudice.

Mr. Walter to prepare the order. Mr. Levinson to sign off on the order.