3

**WALTER WILHELM LAW GROUP**
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  rileywalter@w2lg.com

Chapter 9 Counsel

**MCCORMICK BARSTOW, LLP**
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300
E-mail:  mandy.jeffcoach@mccormickbarstow.com

District Counsel

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:  869 N. Cherry St.<br>         Tulare, CA 93274 | CASE NO.  17-13797<br><br>Chapter 9<br><br>DC No.: WW-8<br><br>Date:  November 30, 2017<br>Time:  9:30 a.m.<br>Place:  2500 Tulare Street<br>       Fresno, CA  93721<br>       Courtroom 13<br>Judge:  Honorable René Lastreto II |

**MOTION FOR AN ORDER LIMITING NOTICE PURSUANT TO 11 U.S.C. §§ 102, 105(a) AND 901 AND BANKRUPTCY RULES 2002(m) AND 9007**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY

JUDGE:

Tulare Local Healthcare District, dba Tulare Regional Medical Center ("TRMC"), the debtor in the above-captioned case, moves the Court (by this "Motion") for entry of an order establishing notice procedures for this Chapter 9 case. The requested relief is set out below and the proposed notice procedures are more fully described in the memorandum of points and authorities filed contemporaneously herewith.

### RELIEF REQUESTED

TRMC is requesting an order limiting the notice requirements in its Chapter 9 bankruptcy case. Because TRMC has approximately 750 creditors and parties in interest and almost 90,000 interested residents, establishing the procedures proposed by this Motion will serve to streamline the bankruptcy process and reduce the costs of providing notice, while ensuring that the appropriate parties are kept informed of matters arising in this case. Therefore, TRMC hereby seeks entry of an order establishing certain notice procedures which will (1) limit the number of parties upon whom notice must be served on all matters other than those described in BR 2002(a)(5), (7), (b), and (f), as applicable; and (2) designate the manner of service as authorized by the Bankruptcy Code and the Bankruptcy Rules including matters subject to Bankruptcy Rules 2002, 4001, 6006, or 7004.

This Motion is brought pursuant to 28 U.S.C. § 1334 and seeks an order pursuant to 11 U.S.C. §§ 102(1), 105(a), and 901, FRCP 5(b), BR 2002, and BR 9007.

This Motion is based on this Motion; the Memorandum of Points and Authorities in Support of this Motion; The Declaration of Danielle J. Bethel in Support of this Motion; on all of the records and documents filed in the above-entitled matter; and on such oral and documentary evidence as may be presented at the hearings on the Motion.

///
///
///
///

WHEREFORE, TRMC respectfully requests that the Court enter an order and prescribe the relief more fully set forth above and for such other relief as the Court deems just and proper.

Dated:  November 16, 2017

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____
Danielle J. Bethel, Attorneys for Debtor,
Tulare Local Healthcare District, dba
Tulare Regional Medical Center