3
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry St.<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-8<br><br>Date: November 30, 2017<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 13<br>Judge: Honorable René Lastreto II |

**NOTICE OF HEARING ON MOTION FOR AN ORDER LIMITING NOTICE PURSUANT TO 11 U.S.C. §§ 102, 105(a) AND 901 AND BANKRUPTCY RULES 2002(m) AND 9007**

///

---

NOTICE OF HEARING ON MOTION FOR AN ORDER LIMITING NOTICE     -1-     00162771-BD-11.16.2017

PLEASE TAKE NOTICE that a hearing on the Debtor's Motion for an Order Pursuant to 11 U.S.C. §§ 102, 105(a), and 901 and Bankruptcy Rules 2002(m) and 9007 Limiting Notice will be held before the Honorable René Lastreto II on November 30, 2017 at 9:30 a.m. at the United States Courthouse located at 2500 Tulare Street, Courtroom 13, in Fresno, California.

This Motion is set on fourteen days' notice pursuant to LBR 9014-1(f)(2).

The Motion and supporting papers are being served on the interested parties. No interested party is required to file written opposition to a motion filed on less than twenty-eight days' notice. Opposition, if any, may be served on Walter Wilhelm Law Group, 205 East River Park Circle, Suite 410, Fresno, CA 93720. Any opposition to the relief requested may be raised at the time of the hearing. If opposition is presented, or if other good cause is shown, the Court may continue the hearing to permit the filing of evidence and briefs.

The Court permits telephonic appearances. In order to appear by telephone, you must contact CourtCall at (866) 582-6878 at least 24 hours prior to the hearing. There is a fee charged by CourtCall for telephonic appearances. Failure to be at the telephone number provided at the time of the hearing will be treated as a failure to appear.

Parties in interest can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling on the matter, and can view (any) pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. one day prior to the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

///

///

///

| | |
|---|---|
| Dated: November 16, 2017 | WALTER WILHELM LAW GROUP,<br>a Professional Corporation<br><br>By: _/s/ Danielle Bethel_<br>Danielle J. Bethel, Attorneys for Debtor,<br>Tulare Local Healthcare District, dba<br>Tulare Regional Medical Center |