3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry St.<br>          Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-8<br><br>Date: November 30, 2017<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 13<br>Judge: Honorable René Lastreto II |

**DECLARATION OF DANIELLE J. BETHEL IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER LIMITING NOTICE PURSUANT TO 11 U.S.C. §§ 102, 105(A) AND 901 AND BANKRUPTCY RULES 2002(m) AND 9007**

I, Danielle J. Bethel, hereby declare as follows:

///

---

DECLARATION OF DANIELLE J. BETHEL     -1-     00162775-BD-11.16.2017

1. My name is Danielle J. Bethel. I am attorney at Walter Wilhelm Law Group ("W2LG") which is Chapter 9 counsel for the Debtor. This proceeding was commenced by the filing of a voluntary petition.

2. W2LG maintains an office at 205 E. River Park Circle, Suite 410, Fresno, California 93720.

3. I have personal knowledge that the facts set forth in this declaration are true, except on those matters stated on information and belief, which I believe to be true. If I were called as a witness in connection with this proceeding, I could and would testify competently to the matters stated herein.

4. This Motion is brought pursuant to 28 U.S.C. § 1334 and seeks an order pursuant to 11 U.S.C. §§ 102(1), 105(a), 901, FRCP 5(b), BR 2002, and BR 9007.

5. The number of creditors, attorneys, and other interested parties who would otherwise be noticed without the relief requested is quite large. I estimate that the current master mailing list for this cases composes at least 750 persons.

6. There may be numerous requests for relief on a host of matters.

7. It would not be beneficial to be required to give every notice to every creditor or party in interest on the master mailing matrix because of the cost and time required to mail out such notices every time a matter arises affecting the administration of the estate.

8. In any event, any person who wants to be noticed on every motion and application filed may make a request for Special Notice by filing the appropriate documents with the Bankruptcy Court and serving a copy upon counsel.

9. Notice of hearings on approval of disclosure statements, confirmation of plans, dismissals, conversion, and modification of plans will not be governed by the requested order.

10. I believe that sound business judgment, and the fact that creditors and interested parties will not be harmed by limiting the notice requirements in the manner requested warrant approval of the Motion.

I so declare and represent that the foregoing is true and correct and that this Declaration is executed at Fresno, California, on November 16, 2017.

_____
Danielle J. Bethel