3
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>           Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-1<br><br>Chapter 9<br><br>Date: November 16, 2017<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 13<br>Judge: Honorable René Lastreto II |

**ORDER IMPLEMENTING EFFECTIVE DATE ON ORDER GRANTING DEBTOR'S MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT**

At Fresno, in the Eastern District of California.

The Motion for Ex Parte Order Implementing Effective Date as to the Order Granting Debtor's Motion for Authorization to Reject Executory Contract filed herein by

RECEIVED
November 17, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006170406

PLEMENTING EFFECTIVE     1     M:\S-U\TRMC\PLEADINGS\WW-1 Motion to Reject Executory Contract [HCCA]\Order Implementing Effective Date.111717.rn.V3.docx

1  Tulare Local Healthcare District, dba Tulare Regional Medical Center, came before the
2  Court on November 16, 2017 at 9:30 a.m. for approval. Appearances were entered by
3  Riley C. Walter for Tulare Local Healthcare District, dba Tulare Regional Medical
4  Center, Marc A. Levinson for Healthcare Conglomerate Associates, LLC, Gerald Sims
5  for BETA, Hutchison B. Meltzer for the California Department of Public Health, Abigail
6  O'Brient for Wilmington Trust and Jason Rios for CERNER.
7      Healthcare Conglomerate Associates, LLC and Tulare Local Healthcare District,
8  dba Tulare Regional Medical Center having agreed upon an Order implementing the
9  Effective Date of the Order of November 1, 2017, and for good cause shown, now
10 therefore:
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS HEREBY ORDERED that the Effective Date on the Order filed November 1, 2017 for the rejection of the contracts dated May 29, 2014 is November 22, 2017 at 5:00 p.m.

Approved as to Form:

ORRICK, HERRINGTON & SUTCLIFFE

*/s/ Marc A. Levinson*

Marc A. Levinson
Attorneys for Healthcare Conglomerate Associates, LLC

Submitted by:

WALTER WILHELM LAW GROUP,
a Professional Corporation

*/s/ Riley C. Walter*

Riley C. Walter
Attorneys for Debtor,
Tulare Local Healthcare District, dba Tulare Regional Medical Center

Dated: Nov 17, 2017

By the Court

*/s/ René Lastreto II*

René Lastreto II, Judge
United States Bankruptcy Court