**4**

(SPACE BELOW FOR FILING STAMP ONLY)

RICHARD C. WATTERS, ESQ. - 060162
  AIDA S. MACEDO, ESQ. - 294632
         LAW OFFICES OF
     MILES, SEARS & EANNI
   A PROFESSIONAL CORPORATION
      2844 FRESNO STREET
        P.O.  BOX 1432
    FRESNO, CALIFORNIA 93716
   TELEPHONE (559) 486-5200

    Attorneys for Plaintiffs


          IN THE UNITED STATES BANKRUPTCY COURT

             EASTERN DISTRICT OF CALIFORNIA

                    FRESNO DIVISION

                        * * *

| | |
|---|---|
| In re | ) NO. 17-13797 |
| | ) |
| TULARE LOCAL HEALTHCARE | ) Chapter 9 |
| DISTRICT dba TULARE | ) DCN: ASM-1 |
| REGIONAL MEDICAL CENTER, | ) |
| | ) |
| | ) **EXHIBITS TO DECLARATION** |
| | ) **OF AIDA S. MACEDO IN** |
| Debtor. | ) **SUPPORT OF MOTION FOR RELIEF** |
| | ) **FROM AUTOMATIC STAY UNDER** |
| | ) **11 U.S.C.§362** |
| | ) |
| Tax ID#: 94-6002897 | ) Date:  November 30, 2017 |
| Address: 869 N. Cherry Street | ) Time:  9:30 a.m. |
|          Tulare, CA 93274 | ) Place: 2500 Tulare St. |
| | )        5th Flr. |
| | )        Fresno, CA 93721 |
| | ) Ctrm:  13 |
| | ) Dept:  B |
| | ) Judge: Rene Lastreto II |

/////

/////

/////

/////

*Exhibits to Dec of Aida S Macedo.wpd*

1                         EXHIBIT INDEX

2

3

| Exhibit | Page | Description |
|---|---|---|
| **Exhibit "A"** | 3 | True and correct copy of Tulare Regional Medical Center's Supplemental Production of Documents "Certificate of Participation" in the BETA Risk Management Authority insurance policy in effect from July 1, 2016 to July 1, 2017 showing no deductible. |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

- 2 -

*Exhibits to Dec of Aida S Macedo.wpd*

**EXHIBIT "A"**

**BETA Risk Management Authority ("BETARMA")**
A Public Entity
**CERTIFICATE OF PARTICIPATION**
HEALTHCARE ENTITY COMPREHENSIVE LIABILITY COVERAGE CONTRACT

**PRODUCER:** Barney & Barney, LLC Attn: William Buchanan

| CERTIFICATE NUMBER: |
| --- |
| HCL-16-361 |

| | |
| --- | --- |
| **ITEM 1:** | **NAMED MEMBER:** <br> Tulare Local Healthcare District <br> 869 Cherry Street , Tulare, CA 93274 |
| **ITEM 2:** | **SUBSIDIARIES:** <br> Tulare Family X-Ray , Tulare Physical Therapy, Tulare District Health Care System Foundation, Tulare District Health Care System Lab Drawing Station, Tulare Surgical Services, Tulare Hospital Foundation, Tulare Hospital Auxiliary |
| **ITEM 3:** | **CONTRACT PERIOD:** <br> (a) Effective Date: 7/1/2016  (b) Expiration Date: 7/1/2017 at 12:01 a.m. local time for all dates at the address in Item 1 |
| **ITEM 4:** | **RETROACTIVE DATE FOR PROFESSIONAL LIABILITY:** <br> 7/1/1985 at 12:01 a.m. local time for all dates at the address in Item 1 |
| **ITEM 5:** | **COVERAGE AND LIMITS OF LIABILITY PROVIDED:** <br> $10,000,000 per **Claim** (except as provided by Amendment) <br> $20,000,000 in the Aggregate <br><br> (Coverages provided are indicated with an "X") <br> **Professional Liability** <br> [X]    Healthcare Entity Professional Liability - Claims Made <br><br> **General Liability** <br> [X]    **Bodily Injury and Property Damage** Liability - Occurrence <br> [X]    **Personal Injury, Advertising Injury** and Discrimination Liability - Occurrence <br> [X]    Employee Benefits Liability - Occurrence |
| **ITEM 6:** | **DEDUCTIBLE:** |
| **ITEM 7:** | **CONTRIBUTION:** See Section 7.9.A |
| **ITEM 8:** | **CONTRACT AND AMENDMENT FORMS ATTACHED AT ISSUANCE:** HCL (07/15) <br> 120, 130, 131, 134, 145, 170, 203, 210, 217, 237, 262, 272, 273, 294 |
| **ITEM 9:** | **NOTICE REQUIRED TO BE GIVEN TO BETARMA MUST BE ADDRESSED TO:** <br> BETA Risk Management Authority <br> 1443 Danville Boulevard <br> Alamo, CA 94507 |

This Certificate of Participation, the **Application(s)** and accompanying documents, and the Coverage Contract with Amendments shall constitute the Contract between BETARMA and the **Members.**

Authorized Representative of BETARMA

BETA C.O.P.                                                                 Date Issued:  July 1, 2016  (Initial)