WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>**NOTICE OF COMMENCEMENT OF CHAPTER 9 CASE** |

TO ALL CREDITORS OF TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, AND TO PARTIES IN INTEREST.

**PLEASE TAKE NOTICE THAT:**

///

1       <u>COMMENCEMENT OF CHAPTER 9 CASE</u>. On September 30, 2017, Tulare Local Healthcare District dba Tulare Regional Medical Center ("TRMC") commenced a case under Chapter 9 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of California, Fresno Division (the "Court"). The Chapter 9 case is pending before the Honorable René Lastreto II, United States Bankruptcy Judge. All documents filed with the Court are available for inspection via the PACER (Public Access to Court Electronic Records) system, which may be accessed on a subscription basis at the following internet address: www.caeb.uscourts.gov. In order to access PACER, parties will first need to register as a user. For information regarding how to register for a PACER account, the costs involved in accessing information, and other information, interested parties should visit www.pacer.gov.

      <u>AUTOMATIC STAY.</u> Pursuant to 11 U.S.C. §§ 362 and 922, the filing of TRMC's Chapter 9 Petition operates as an automatic stay of actions against TRMC, including, among other things, the enforcement of any judgment, any act to obtain property from TRMC, any act to create, perfect, or enforce any lien against property of TRMC, any act to collect, assess or recover a claim against TRMC, and the commencement or continuation of any judicial, administrative, or any other action or proceeding against TRMC or against an officer or director of TRMC that seeks to enforce a claim against TRMC.

      <u>PURPOSE OF THE CHAPTER 9 FILING.</u> Chapter 9 of the Bankruptcy Code provides a means for a municipality, such as TRMC, that has encountered financial difficulty to work with its creditors to adjust its debts. The primary purpose of Chapter 9 is to allow the municipality to continue its operations and its provision of services while it adjusts or restructures creditor obligations. In a Chapter 9 case, the jurisdiction and powers of the bankruptcy court are limited such that the Court may not interfere with any of the political or governmental powers of TRMC, or TRMC's use or enjoyment of any income-producing property. TRMC intends to propose a plan for the adjustment of

its debts. Future notice concerning any such plan will be provided to all known creditors. During the bankruptcy case, TRMC will remain in possession and control of its property, and will maintain its operations for the benefit of the public.

**<u>DEADLINE FOR OBJECTIONS TO PETITION AND ENTRY OF AN ORDER FOR RELIEF.</u>** Objections to the Chapter 9 Petition may be filed by a creditor or party in interest by no later than January 11, 2018. If you are an authorized user of the Court's CM/ECF system, any such objection shall be filed via the Court's CM/ECF system. If you are not an authorized user of the Court's CM/ECF system, a written objection must be sent by means calculated to reach the Court no later than January 11, 2018 at the following address: The Clerk of the United States Bankruptcy Court for the Eastern District of California, Fresno Division, 2500 Tulare Street, Fresno, California 93721. Any objection shall state the facts and legal authorities relied upon in support thereof, and shall be served on or before the same date on the following parties: (1) the United States Trustee's Office; (2) TRMC; (3) TRMC's District Counsel; (4) TRMC's Chapter 9 counsel; (5) the creditors holding the 20 largest unsecured claims against TRMC; (6) Wilmington Trust as Indenture Trustee and Paying Agent, of certain bond indebtedness of TRMC; (7) Healthcare Conglomerate Associates, LLC; and (8) any other party who has filed a request for special notice with the Court. The contact information for such persons may be found on the List of Twenty Largest Creditors as Amended on file with the Court prior to the publication of this Notice.

///
///
///
///
///
///
///
///

**HEARING ON OBJECTIONS.** If no objection is timely filed, the filing of the Petition shall be deemed an order for relief under Chapter 9 of the Bankruptcy Code, and this notice shall be deemed notice of such order for relief. If a timely objection is filed and served, a hearing will be held on January 25, 2018 at 9:30 a.m. at the United States Bankruptcy Court for the Eastern District of California, Fresno Division, Courtroom 13, 2500 Tulare Street, Fresno, California 93721. At such time, the Court will consider setting other dates.

Dated: November 27, 2017

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District, dba Tulare
Regional Medical Center