## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title:** Tulare Local
Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** JAB-1

**Date:** 11/30/2017
**Time:** 9:30 AM

**Matter:** [198] - Motion for Relief from Automatic Stay [JAB-1]
Filed by Creditors Bernadette Torrez, John Torrez III (Fee Paid
$181) (eFilingID: 6167516) (svim)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Creditor's Attorney - James A. Bulger
**Respondent(s):**
Creditor's Attorney - Aida S. Macedo; Debtor's Attorney – Riley
Walter
Creditor's Attorney – Richard Salinas
(by phone) Creditor's Attorney - Adam Garth, Jacqueline Zee,  Gerald
Sims

---

### CIVIL MINUTES

HEARING TO BE HELD ON 12/21/2017 at 9:30 AM at Fresno Courtroom 13,
Department B


The court will issue an order.

For the reasons stated on the record, the matter was continued.

Debtor shall file additional evidence on or before 12/15/17. Any
reply shall be filed by 12/19/17.