2

(SPACE BELOW FOR FILING STAMP ONLY)

RICHARD C. WATTERS, ESQ. - 060162
AIDA S. MACEDO, ESQ. - 294632
LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
P.O. BOX 1432
FRESNO, CALIFORNIA 93716
TELEPHONE (559) 486-5200

Attorneys for Plaintiffs

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

***

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID#: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | NO. 17-13797<br><br>Chapter 9<br>DCN: ASM-1<br><br>**ORDER GRANTING RELIEF FROM STAY**<br><br>Date: November 30, 2017<br>Time: 9:30 a.m.<br>Place: 2500 Tulare St. 5th Flr. Fresno, CA 93721<br>Ctrm: 13<br>Dept: B<br>Judge: Rene Lastreto II |

Having reviewed Movants', THOMAS J. GRIESBACH; AMY S. FERREIRA; MATTHEW J. GRIESBACH, Motion for Relief from the Automatic Stay as to Non-Bankruptcy Action; Tulare Regional Medical Center's Opposition, and Movants' Reply, good cause exists to grant Movants' relief from the automatic stay for the limited purpose of

RECEIVED
December 05, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006179921

continuing with the State Court action to liquidate the claim and to seek relief against the insurance policy, only, with no claim against the Debtor.

IT IS HEREBY ORDERED THAT the motion is GRANTED.

Approved as to form:

WALTER WILHELM LAW GROUP
a Professional Corporation

By: ______________________
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District
dba Tulare Regional Medical Center

**Dated:** Dec 06, 2017

**By the Court**

**René Lastreto II, Judge**
**United States Bankruptcy Court**

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716