| Attorney or Party without Attorney:<br>WALTER & WILHELM LAW GROUP<br>RILEY C. WALTER (SBN 91839)<br>205 EAST RIVER PARK CIRCLE SUITE 410<br>FRESNO, CA 93720<br>Telephone No: (559) 435-9800<br>Attorney For: TULARE LOCAL HEALTHCARE DISTRICT | WW-11<br><br>Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* IN RE:
*Defendant:* TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER

| PROOF OF SERVICE | Hearing Date:<br>12/22/17 | Time:<br>12:00 PM | Dept/Div: | Case Number:<br>17-13797 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING FRBP 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING); LETTER DATED NOVEMBER 27, 2017

3. a. Party served: LEASING INNOVATIONS, INCORPORATED
   b. Person served: HEATHER G. FRITZ, AGENT. AUTHORIZED TO ACCEPT

4. Address where the party was served: 261 HIGHWAY 101 SUITE 104, SOLANA BEACH, CA 92075

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Dec 01 2017 (2) at: 07:30 PM

6. **Person Who Served Papers:**     Recoverable cost Per CCP 1033.5(a)(4)(B)
   a. Michael Shew (3053, San Diego County)
   b. **FIRST LEGAL**
   1202 Howard Street
   SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. **The Fee** for Service was:
   e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

12/06/2017
(Date)        (Signature)



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

1850802
(8325291)