3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:        rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300
E-mail:        mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | DC No.: WW-9 |
| Debtor. | Chapter 9 |
| | Date:      January 11, 2018 |
| Tax ID #:   94-6002897 | Time:      9:30 a.m. |
| Address:   869 N. Cherry Street Tulare, CA 93274 | Place:     2500 Tulare Street Fresno, CA 93721 Courtroom 13 |
| | Judge:    Honorable René Lastreto II |

**DECLARATION OF SANFORD HASKINS (CHIEF ADMINISTRATIVE OFFICER) IN SUPPORT OF MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT (MEDFLOW, PC)**

///

///

1    I, Sanford Haskins, hereby declare and represent as follows:

2       1.    My name is Sanford Haskins. I am the Chief Administrative Officer of

3  Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Debtor" or

4  "District").

5       2.    I have been involved in the healthcare industry for over 40 years.

6       3.    I have personal knowledge of the facts contained herein and if I was called

7  as a witness, I could and would testify as is set out in this Declaration. I am over the

8  age of 18, have present knowledge, and am competent to testify to the matters

9  contained in this Declaration.

10      4.    On September 30, 2017, the Debtor filed for Chapter 9 bankruptcy.

11      5.    On July 1, 2013, the Debtor entered into an Emergency Services

12 Agreement ("Contract") with Medflow, LLC (which subsequently converted to a

13 corporation, Medflow PC, on May 23, 2013) ("Medflow") which is owned by Dr. Yorai

14 Benzeevi, M.D. ("Benzeevi"). The Contract was subsequently amended by the

15 Amendment to Emergency Services Agreement ("First Amendment") effectively dated

16 October 31, 2013, and again by the Second Amendment to Emergency Services

17 Agreement ("Second Amendment"), effectively dated February 3, 2015.

18      6.    Attached as Exhibit A is a true and correct copy of the Contract.

19      7.    Attached as Exhibit B is a true and correct copy of the First Amendment to

20 the Contract.

21      8.    Attached as Exhibit C is a true and correct copy of the Second

22 Amendment to the Contract.

23      9.    The purpose of the Contract was originally that Medflow would provide

24 services of physicians and other healthcare professionals who specialize in urgent care

25 and emergency medicine services in exchange for payment. However, with the Second

26 Amendment, the purpose of the contract changed. Medflow no longer provided

27 ///

28 ///

physicians or healthcare professionals to provide medical services and instead only

provided a Medical Director.  Benzeevi is the Medical Director and has been paid

$20,000 a month for his services through Medflow in addition to other compensation

received by HCCA.

   10.    I personally analyzed the Contract and determined in my business

judgment that the Contract should be rejected.

   11.    I made this determination  based on my experience in the healthcare

industry and the needs of the Debtor.  I informed the District's leadership of my

recommendation that Debtor should terminate the Contract.

   12.    The Contract is costly to the Debtor and the same services can be

obtained at better prices and more favorable terms.  Based on my experience and

knowledge of the services rendered and costs of comparable services, the price paid is

excessive.

   13.    The Contract is unfavorable because the Contract allows for

administrative duties that will be handled internally by the District at a far lesser cost

than $20,000 a month. This will further Debtor's efforts to successfully reorganize by

reducing costs to the Debtor.

   I SO DECLARE under penalty of perjury under the laws of the United States of

America and that this declaration was executed on this _____ day of December, 2017

at _____, California.


                                   _____
                                   Sanford Haskins