| | |
|---|---|
| *Attorney or Party without Attorney:*<br>WALTER WILHEM LAW GROUP<br>RILEY C. WALTER (SBN 91839)<br>  Telephone No:<br>  *Attorney For:* Defendant    *Ref. No. or File No.:* WW-15 | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* IN RE:
*Defendant:* TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER

| **PROOF OF SERVICE** | *Hearing Date:* 12/29/2017 | *Time:* 9 AM | *Dept/Div:* | *Case Number:* 17-13797 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the LETTER DATED DECEMBER 7, 2017; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING); APPLICATION FOR EX PARTE ORDER AUTHORIZING FRBP 2004 EXAM AND PRODUCTION OF DOCUMENTS; ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING FRBP 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS (BAKERHOSTETLER);

3.    a.    Party served:    BakerHostetler
         b.    Person served:    MICHAEL MATTHIAS, PERSON IN CHARGE. AUTHORIZED TO ACCEPT

4. Address where the party was served:    11601 WILSHIRE BOULEVARD SUITE 1400, LOS ANGELES, CA 90025

5. I served the party:
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Dec 11 2017 (2) at: 11:15 AM

Recoverable cost Per CCP 1033.5(a)(4)(B)

6. **Person Who Served Papers:**
     a. Jonathan Solis (6303, Los Angeles)
     b. FIRST LEGAL
        2300 Tulare Street, Suite 130
        FRESNO, CA 93721
     c. (855) 378-9433

     d. **The Fee** for Service was:
     e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

12/12/2017        *(Signature)* Jonathan Solis
*(Date)*

FL FIRSTLEGAL    Judicial Council Form    **PROOF OF SERVICE**    1857325
Rule 2.150.(a)&(b) Rev January 1, 2007      (8325577)