WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC NO.: WW-17<br><br>Date: N/A<br>Time: N/A<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**APPLICATION FOR EX PARTE ORDER AUTHORIZING FRBP 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS**
**(SHRED-IT FRESNO)**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER ("TRMC" or "Applicant"), Debtor in the above captioned Chapter 9 bankruptcy proceeding, hereby files this Application for Ex Parte Order compelling Shred-It Fresno, to produce certain documents for inspection and copying and, if requested, to appear for a FRBP 2004 Examination.

**Shred-It Fresno**
**3742 W. Gettysburg Ave.**
**Fresno, CA 93722**

Applicant represents as follows:

1. TRMC filed a voluntary Chapter 9 petition on September 30, 2017.

2. TRMC has reason to believe that Shred-It Fresno, is in possession of information needed by TRMC which affects the rights of TRMC as well as the administration of this bankruptcy estate.

3. TRMC believes that the information needed bears upon the acts, conduct, or assets and liabilities of TRMC.

4. The examination will also relate to the operation of the TRMC's business and the desirability of its continuance, the source of any money or property acquired or to be acquired by TRMC for purposes of consummating a plan and the consideration given or offered therefore, and any other matter relevant to the case or to the formation of a plan.

5. Conducting such examination will assist TRMC in protecting its interests in evaluating any plan that may be advanced and in furthering the administration of this Chapter 9 proceeding.

6. By this Application TRMC requests that it be permitted to compel the production of documentary evidence in the manner provided in FRBP 9016 followed by an examination, if requested, of Shred-It Fresno.

7. By the requested Order Applicant will proceed to have issued a Subpoena for Rule 2004 Examination with Production of Documents to be followed by

the examination of the witness, if documents are requested, no earlier than 10 days after the date of issuance of the examination order or subpoena, whichever is later.

WHEREFORE, Applicant prays as follows:

    A. The Court enter Order pursuant to FRBP 2004 authorizing the examination of Shred-It Fresno;

    B. The Court enter an Order pursuant to FRBP 2004 authorizing the issuance of a Subpoena for Rule 2004 Examination with Production of Documents; and

    C. For such other and further relief as is just and proper.

Dated: December 13, 2017

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District, dba
Tulare Regional Medical Center