UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re                                    )
                                         )
Tulare Local Healthcare District, dba Tulare )
Regional Medical Center                  )      Case No.  17-13797
                                         )
_____)
                 Debtor(s).              )      AMENDMENT COVER SHEET

This form shall not be used to amend or modify plans.

I am amending the following documents:

☐ Petition                              ☐ Statement of Financial Affairs
☑ Creditor Matrix                       ☐ Statement of Intention
☑ List of 20 Largest Unsecured Creditors ☐ List of Equity Security Holders
☐ Schedules (check appropriate boxes).
   ☐ A/B  ☐ C  ☐ D  ☐ E/F  ☐ G  ☐ H  ☐ I  ☐ J
☐ Summary of Schedules of Assets and Liabilities

A fee of $31 is required for:

• An amendment that adds or deletes creditors;
• An amendment that changes amounts owed to a creditor; or
• An amendment that changes the classification of a debt.

NOTICE OF AMENDMENT TO AFFECTED PARTIES

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: December 15, 2017    Attorney's or Pro Se Debtor's Signature:    _Riley C. Walter_

                                          Printed Name:    Riley C. Walter, #91839

DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated: December 14, 2017                  Dated:

_____         _____
Debtor's Signature                        Joint Debtor's Signature
Sanford Haskins, Interim Chief
Administrative Officer                     INSTRUCTIONS

    Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

    If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes.  This form can be found on our website.

• To add creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file.  Additionally, (or, in the event that you are only amending the creditor matrix)  attach a list of all creditors with their addresses  in .txt format.
• To correct the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
• To delete creditors, write or type  a "D" next to the creditors you are deleting on any amended schedule you file.  Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted .

    *Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment.  **Notice of the amendment will not be given by the Clerk's Office.**  To comply with this requirement, the debtor's attorney or Pro Se debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc.  A proof of service, indicating that service has been made, must be filed with the court.

    Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." **(NOTE: No personal checks will be accepted.)**

Form EDC 2-015, Rev. 5/1/17

Amendment to List of 20 Largest Unsecured Non-Insider Creditors

| Name | Address1 | Address2 | City | State | Zip | Disputed/ Unliquidated /Contingent | ClaimAmt |
|------|----------|----------|------|-------|-----|-----------------------------------|----------|
| The following creditors have been removed from the list of 20 largest non-insider unsecured creditors: | | | | | | | |
| MEDFLOW, PC | 3500 WEST OLIVE AVENUE | SUITE 300 | BURBANK | CA | 91505-0000 | D | Unknown |
| MURPHY AUSTIN ADAMS SHOENFELD | 555 CAPITOL MALL, STE 850 | PO BOX 1319 | SACRAMENTO | CA | 95814-4504 | D | Unknown |

1

CREDITOR

Tulare Local Healthcare District dba
Tulare Regional Medical Center

**Amendment to Creditor Matrix**

The following creditors have been ADDED to the matrix:

4 Creeks Civil Engineering and Surveying
2929 West Main Street
Suite A
Visalia, CA 93291

5 Star Consultants, LLC
P.O. Box 237
Camdenton, MO 65020

AAA Solar Electric
1182 North Knollwood Circle
Attn: Hoai-Phuong Huynh Ngo
Anaheim, CA 92801

Ability Answering Service
1101 E Douglas Ave
Visalia, CA 93292

ABMS solutions, LLC
3050 Peachtree Road
Suite 570
Atlanta, GA 30305

Advanced Practice Strategies
470 Atlantic Avenue
14th Floor
Boston, MA 02110

Agile Consulting Group, Inc
600 Ironwood Dr.
Suite 621
Ponte Vedra Beach, FL 32082

Akhavon, Fariba MD
1437 East Prosperity Avenue
Tulare, CA 93274

Alan Germany
2386 North Sun Lake Place
Tucson, AZ 85749

Ali, Shaukat M.D.
30 River Park Place Wes
Suite 440
Fresno, CA 93720

All West Select Sires
P.O. Box 507
Burlington, WA 98233

Allied Health Institute
1001 NW 62nd Street
#407
Ft. Lauderdale, FL 33309

CREDITOR

Amerinet
36 South State St.
19th Floor
Salt Lake City, UT 84111

Andhavarapu, Giridhar
296 W. Harold Griswold Way
Hanford, CA 93230

Angelica Textile Services, Incorporated
1105 Lakewood Parkway - Suite 210
ATTN: President
Alpharetta, GA 30004

Angelica Textile Services, Incorporated
422 S. Fruit Avenue
ATTN: Market Vice President
Fresno, CA 93706

Angelica Textile Services, Incorporated
424 South Woods Mill Road - Ste 300
ATTN: General Counsel
Chesterfield, MO 63017-3406

APIC Consulting Services Inc.
1400 Crystal Drive
Suite 900
Arlington, VA 22202

ApolloMed Hospitalist, A Medical Corpora
P.O. Box 4555
Glendale, CA 91222

Araim, Omar MD
116 N. Akers Street
Visalia, CA 93291

Archway Physician Recruitment
P.O. Box 11886
St. Louis, MO 63105

Arnold O. Welden, M.D., INC.
1090 N. Cherry St.
Tulare, CA 93274

Asereth Medical Services
257 S Fair Oaks Avenue
Suite 200
Pasadena, CA 91105-2050

AT&T California
610 Sequoia Pacific Blvd.
Sacramento, CA 95814

Atrilogy Solutions Group, INC
1 Jenner
Suite 240
Irvine, CA 92618

Audit & Adjustment Company, Inc
20700 44th Ave W
Suite 100

CREDITOR

Lynnwood, WA 98036

Avaenal Medical Center
148 E Kings St.
Avenal, CA 93204-1529

Baby-Friendly USA, Inc.
125 Wolf Road
Suite 402
Albany, NY 12205

BAKER & HOSTETLER, LLC
11601 WILSHIRE BOULEVARD SUITE 1400
Attn: GREEN, BRUCE
LOS ANGELES, CA 90025-0509

Balanced Healthcare Receivables, LLC
164 Burke Street
Suite 201
Nashua, NH 03060

Baradat & Paboojian, Inc
720 W. Alluvial Avenue
Fresno, CA 93711

Barbara and Stephen Harrell dba Fitness
2024 E. Foster Dr.
Tulare, CA 93274

Bates, Robert A.
4514 W. Olive Ave.
Fresno, CA 93722

BB&T - John Burnham Insurance Survices
750 B Street
Suite 2400
San Diego, CA 92101

Beavers, Jshondo (Smokey)
3013 N. Verde Vista
Visalia, CA 93277

Ben Leon
1559 Hillcrest Ave
Tulare, CA 93274

Betre, Abraham DO
939 N Gem Street
Tulare, CA 93274

BeyondNow Technologies, Inc (Cerner Corp
5750 W. 95th Street
Overland Park, KS 66207

Bhardwaj, Virinder
557 West Morton Avenue
Porterville, CA 93257

Bhaskar, Shyam, M.D.
231 West Noble Avenue
Visalia, CA 93291

Bio Systems ATTN: Brent Arnold

CREDITOR

28161 North Keith Drive
Lake Forest, IL 60045

Black Box RX, LLC
6263 Poplar Ave.
Suite 1133
Memphis, TN 38119

Boken, Daniel J MD
P.O. Box 767
Visalia, CA 93279

Boston Reed College
2799 Napa Valley Corporate Drive
Napa, CA 94558

Brandman University
16355 Laguna Canyon Rd.
ATTN: Contacts
Irvine, CA 92618

Broadlane, Inc.
13727 Noel Road
Suite 1400
Dallas, TX 75240

Brooks Home IV, Inc, dba Brooks Health C
5070 N Sixth St
Suite 169
Fresno, CA 93722

BSK Associates, Geotechnical Engineering
567 West Shaw Avenue
Suite B
Fresno, CA 93704

California Department of Health Care Ser
P.O. Box 997413
MS 0000
Sacramento, CA 95899-7413

California Health Collaborative
1625 East Shaw Avenue
Suite 155
Fresno, CA 93710

California Information Management
2929 S. Angus Avenue
Fresno, CA 93725

California Medical Association
1201 J St
Suite 200
Sacramento, CA 95814

California Medical Imaging Associates DB
22802 Avenue 296
Exeter, CA 93221

California Pacific Medical Center
2333 Buchanan Street
San Francisco, CA 94115

CREDITOR

California State University, Fresno
5150 North Maple Avenue
MS JA 111
Fresno, CA 93740-8026

California Transplant Donor Network
1000 Broadway Avenue Suite 600
Attn: Chief Executive Officer
Oakland, CA 94607

CALNOC
111 Deerwood Road
Suite 200
San Ramon, CA 94583

Campbell, Matthew MD
116 N. Akers Street
Visalia, CA 93291

Canepa, Mark B.
7690 North Palm Avenue
Suite 105
Fresno, CA 93711

Care Medical
823 W. Center
Visalia, CA 93291

Carene R. Oliveira
2747 W. Caldwell
Apt. C
VISALIA, CA 93291

Casa Loma College
6725 Kester Ave
ATTN: Lynda Volding
Van Nuys, CA 91405

Celtic Commercial Finance
4 Park Plaza Suite 300
Irvine, CA 92614

Central Boiler and Industrial Service
1718 N. Shirk Road
Visalia, CA 93291

Central California Blood Center
4343 W. Herndon Avenue
Fresno, CA 93722

Central California Cardiovascular
2001 High St.
Selma, CA 93662

Central California Emergency medical Ser
1221 Fulton St. 5th Floor
P.O. Box 11867
Fresno, CA 93775-1867

Chang, Jeffrey Chilkwang MD
869 N. Cherry Street
Tulare, CA 93274

CREDITOR

CHIDI UKATU, MD, INC.
10521 RUTHELEN STREET
LOS ANGELES, CA 90047

Children's Hospital Central California
9300 Valley Children's Place
Madera, CA 93638

Chopra, Jatinder MD
858 N. Cherry Street
Tulare, CA 93274

Christiansen Group
810 W. Acequia Ave
Visalia, CA 93291

CHSU College of Pharmacy
120 N. Clovis Ave
Clovis, CA 93612

Chubb Group of Insurance Companies
555 S. Flower Street 3rd Floor
Los Angeles, CA 90071

Clar, Koortbojian and Associates
1120 Iron Point Road
Suite 150
Folsom, CA 95630

College of the Sequoias
915 S. Mooney Boulevard
Visalia, CA 93277

Community Health Network
1755 Indian Wood Circle
Suite 100
Maumee, OH 43537

Comprehensive Pharmacy Services, Inc
6409 Quail Hallow Road
Memphis, TN 38120

Concorde Career Colleges, Inc.
10933 Marks Way
Miramar, FL 33025

Confier Physician Services, Inc.
8525 W. 183rd Street
Suite A
Tinley Park, IL 60487

Consumer Affairs, State of California
1625 North Market Blvd.
Suite N 112
Sacramento, CA 95834

Contract Management Strategies
2302 Martin Street
Suite 125
Irvine, CA 92612

Coroner Laboratory services
3333 E. American

CREDITOR

Suite G
Fresno, CA 93725

County of Tulare c/o Tulare City Counsel
Deanne H. Peterson
2900 Burrell Ave.
Visalia, CA 93291

Cristi Lewis
330 31st Street
Hermosa Beach, CA 90254

CROSSCHX, INC
99 East Main Street
Columbus, OH 43215

Curare Group, Inc.
2990 E. Covenanter Drive
Bloomington, IN 47401

Cynthia Rios, RN
500 East Minnesota Ave
Turlock, CA 95382

David Larios
157 E ESTATE
TULARE, CA 93274

DaVita Inc.
2000 16th Street
Denver, CO 80202

Debra Holdridge
1391 E COELHO AVE
TULARE, CA 93274

Delta Nursing & Rehabilitation Hospital
514 N. Bridge St
Visalia, CA 93291

Dennis G. Stambaugh
7792 S. Galileo Ln
Tuscon, AZ 85747

Department of Fish and Game, State of Ca
8530 West Roosevelt Avenue
Visalia, CA 93291

Department of Health, State of Californi
1515 K Street Suite 400
MS 8103 P.O. Box 997413
Sacramento, CA 95899-7413

Department of Veterans Affairs
2615 E. Clinton Ave
Bldg 11 Room #9
Fresno, CA 93703

Direct Dermatology, Inc
772 Avelar Street
East Palo Alto, CA 94303

DNV Healthcare, Inc.

CREDITOR

400 Techne Center Drive
Suite 100 Attn: Darrel Scott
Milford, OH 45150

Do, Long Xuan
1201 J Street
Suite 200
Sacramento, CA 95814

Dr. Laura Bultman
8210 Havelock Ct
St. Paul, MN 55124

DVA Renal Healthcare, Inc.
601 Hawaii Street
c/o DaVita Inc.
El Segundo, CA 90245

ECRI Institute
5200 Butler Pike
Plymouth Meeting, PA 19462

Edwards Lifesciences LLC
One Edwards Way
Irvine, CA 92614

Emdeon Business Services Company
26 Century Blvd
Suite 601
Nashville, TN 37214

EMMI Physician Services
3116 W. March Lane #200
Stockton, CA 95219

Employee Health Systems Medical Group In
7625 N. Palm Ave
Suite 107
Fresno, CA 93711

EMRCS
P.O. Box 18698
Attn: Compliance Officer
Milwuakee, WI 53218

Entabi MD, Inc,
951 E. Merritt Ave.
Tulare, CA 93274

Espinoza, Desiree dba POSH "A World Clas
1445 E. Prosperity
Tulare, CA 93274

Evans, Thomas R MD
1070 N. Cherry Street
Tulare, CA 93274

Express Scripts, Inc
One Express Way
ATTN: President
St. Louis, MO 63121

Fabella, Emmanuel MD

CREDITOR

880 E. Merritt Avenue, Suite 102
Tulare, CA 93274

Family Healthcare Network
263 S. West Street
Tulare, CA 93274

Federal Communications Commission
1070 Fairfield Road
Gettysburg, PA 17325-7245

Fenton, Benjamin J.
1990 South Bundy Drive, Ste 777
Los Angeles, CA 90025

Fiagle, Amanda
3184 Rudder Ave.
Tulare, CA 93274

First 5 Tulare County
3435 S. Demaree St.
Suite A
Visalia, CA 93277

Fisher, Jill
3625 Bilorete Court
Lexington, KY 40517

Foley and Lardner LLP
555 South Flower Street
Suite 3500
Los Angeles, CA 90071-2411

Fresno City College
1525 E. Weldon Ave
Attn: Edwin Eng
Fresno, CA 93704

Fresno Community Hospital and Medical Ce
2823 Fresno Street
Attn: David Clark
Fresno, CA 93721

Fresno Community Hospital and Medical Ce
P.O. Box 1232
Attn: Robynn Van Patten
Fresno, CA 93715

Fujifilm Emeral Flex
419 West Ave.
Attn: Mark Belaire
Stamford, CT 06902

Furgal, Carol
689 Boulware Hudspeth Rd.
Zavalla, TX 75980

G.L. Hicks Financial, LLC
5033 Riverpark Way
Provo, UT 84604

GADKE, LAURA
1100 N MANOR DR

CREDITOR

TULARE, CA 93274

Gaither's Family Homes, Inc
120 N. 'M' Street
Tulare, CA 93274

Gannett Advertising
330 N. West St.
Visalia, CA 93291

Garrovillas, Florence MD
160 S. Farmersville Blvd.
Suite F
Farmersville, CA 93223

Getinge Maquet
45 Barbour Pond Drive
Wayne, NJ 07470

GetProof.com
3050 Royal Blvd. South
Suite 100
Alpharetta, GA 30022

GLOBAL CTI
5329 Office Center Ct.
Suite 200
Bakersfield, CA 93309

Golden Valley Tom's Vending
1101 Security Court
Tulle, CA 93274

Green Spaces
10478 E. Acacia
Clovis, CA 93619

Gregory Charles Warner, M.D.
3750 W. Nicholas Ave.
Visalia, CA 93291

Guardsmark LLC
22 South Second Street
Memphis, TN 32695

Gupta, Parul MD
579 N. Gem Street
Tulare, CA 93274

Gurnick Academy of Medical Arts
7335 N. Palm Buffs Ave.
Fresno, CA 93711

Haack, Susan MD
1062 N. Cherry Street
Tulare, CA 93274

Hanford Community Medical Center
450 Greenfield Avenue
Attn: Stan Berry, CEO
Hanford, CA 93239

Hanford Nursing and Rehabilitation Hospi

CREDITOR

1007 W Lacey Blvd
Hanford, CA 93230

Hapy Bear Surgery Center, LLC
1979 Hillman Street
Attn: Kenneth Pierson
Tulare, CA 93274

Hardwick, Joseph MD
225 Notteargento Road
Pacific Palisades, CA 90272

Harprett Sandhu, M.D.
200 N G St.
Porterville, CA 93257

Health Net Federal Services
21281 Burbank Blvd, 4th Floor
Woodland Hills, CA 91367

Health Payors Organization, Ltd.
500 Lena Drive
Aurora, OH 44202

Health Services Advisory Group, Inc
700 N. Brand Blvd.
Suite 410
Glendale, CA 91203

HealthPro Associates, Inc
5743 Corsa Avenue
Suite 216
Westlake

HealthStream Express
209 10th Avenue South
Suite 450
Nashville, TN 37203

Healthyroads, Inc
10221 Wateridge Circle
San Diego, CA 92121

Heaney, David
515 W. Acequia Ave., #A
Visalia, CA 93291

Hillman Pediatric Health Care Center
1008 N. Cherry Ave.
Tulare, CA 93274

Holliday adn Associates, LLC
P.O. Box 5143
Attn: Rosemary Holliday
Incline Village, NV 89450

Horizon Financial Management
8585 Broadway #880
Merrillville, IN 46410

Hospital Council of Northern and Souther
1625 East Shaw Avenue
Suite 139

Page 11

CREDITOR

Fresno, CA 93710-8100

Hundal, Kuljit MD
1725 Ocean Front Walk
Santa Monica, CA 90401

IBM - Purflex
8303 Barfield Road
Atlanta, GA 30328

Image Stream Medical, Inc.
One Monarch Drive
Littleton, MA 01460

InCare MD, a corporation
943 Gem Street
Attn: Saqib Rashid
Tulare, CA 93274

Indulgence Salon and Spa
1449 E. Prosperity
Tulare, CA 93274

Inez Fabella, MD
1691 WINDSONG DR
TULARE, CA 93274

Infection Control Consulting Services LL
7962 S. Stirling Bridge Boulevard
Delray Beach, FL 33446

Influence Health (MedSeek, Inc.)
2028 Village Lane
Solvang, CA 93463

Innovative Employee Solutions
9665 Granite Ridge Dr.
#420
San Diego, CA 92123

Inpatient Hospital Group, Inc.
858 N. Cherry Street
Suite B
Tulare, CA 93274

Institutional Bond Network
463 Pennsfield Place
Suite 201
Thousand Oaks, CA 91360

Intelligent Medical Objects, Inc.
60 Revere Drive
Suite 360  Attn: CEO
Northbrook, IL 60062

Interactivation Health Networks
331 W 57th Street
Suite 733
New York, NY 10019

International Agri-Center
4500 S. Laspina St.
Tulare, CA 93274

CREDITOR

Interplan Health Group Insurance
222 West Las Colinas Boulevard
Suite 600N
Irving, TX 75039

Intuitive Surgical, Inc.
1266 Kifer Road
Sunnyvale, CA 94086

Jack Dhillon and Suleman S Lakhani
3610 N. Minden Ct
Visalia, CA 93291

Jackson & Coker
3000 Old Alabama Rd.
Suite 119-608
Alpharetta, GA 30022

Jacobs Project Management Company
180 Promenade Circle
Suite 300 Attn: Larry Colson
Sacramento, CA 95834

Jade Osborne
401 N. Cherry St.
Tulare, CA 93274

Jan and Gail's Care Home 4
605 Aronian St.
Tulare, CA 93724

Jefferson Cline
1312 S. Clover Street
Tulare, CA 93277

Jermy Lagow
1110 W. Chestnut St.
Apt. A
Exeter, CA 93221

Joe O. Dominguez
626 South F Street
TULARE, CA 93274

Johnson and Johnson Health Care Sytems,
425 Hoes Lane
Piscataway, NJ 08855

JTS Construction
P.O. Box 41765
Bakersfield, CA 93384

Kalicinsky, Ihor MD
795 N. Cherry Street
Tulare, CA 93274

Kamboj, Pradeep MD
1070 N. Cherry Street
Tulare, CA 93274

Kamboj, Prem MD
1062 Cherry Street

CREDITOR

Tulare, CA 93274

Kang, Yadwinder MD
9904 Vertrice Avenue
Bakersfield, CA 93311

Keenan and Associates
2355 Crenshaw Blvd.,
Suite 200
Torrance, CA 90501

Kerri Mackey
19446 Rd 236
Strathmore, CA 93267

Kesavaramanujam, Satish MD
1064 N. Cherry Street
Tulare, CA 93274

KING JANES
348 HEMINGWAY COURT
TULARE, CA 93274

King, Jeffrey M MD
935 N. Gem St.
Tulare, CA 93274

Kings County Coroner
1444 Lacey Blvd
Hanford, CA 93230

Kings Credit Services
510 N Douty St.
P.O. Box 950
Hanford, CA 93232-0950

Kings Nursing and Rehabilitation Hospita
851 Leslie Ln
Hanford, CA 93239

Kiwi - Tek, LLC
8900 Keystone Crossing
Suite 1095
Indianapolis, IN 46240

Kumar, Parmod MD
858 N. Cherry Street
Suite B
Tulare, CA 93274

Kumar, Pawan MD
591 E. Merritt Avenue
Tulare, CA 93274

Lee, Jou R MD
945 N. Gem Street
Tulare, CA 93274

Leibovic Law Group
Geriann Weisenberg
21540 Plummer St., Ste. B
Chatsworth, 91311

CREDITOR

Letai, Agnes Deborah, M.D.
3755 Carmel View Road
Unit 2
San Diego, CA 92130

Levinson, Robert A.
15303 Ventura Blvd
Suite 1650
Sherman Oaks, CA 91403

Lin, John S MD
938 N. Cherry Street
Tulare, CA 93274

Lindsay Local Hospital District
101 East Hermosa Ave.
c/o Tienken Realty
Lindsay, CA 93247

Liu, Jonathan
518 N. Street
Suite B
Visalia, CA 93291

Loyd's Liberty Homes, Inc
134 S. "A" Street
Tulare, CA 93274

Lumetra
One Sansome Street
Suite 600
San Francisco, CA 94104-4448

Macdonald Nurse Consultants, PLLC
397 Sunny Cove Circle
Prescott, AZ 86303

Mai, Kenny MD
470 N. Greenfield Avenue, Ste 201
Hanford, CA 93230

Maksy, Magdy MD
500 South Santa Fe Street
Visalia, CA 93292

Mapes, David
6070 N. Cecelia Ave
Fresno, CA 93722

March of Dimes
101 Montgomery Street
Suite 300 Attn: Maura Georges
San Francisco, CA 94104

March of Dimes
1275 Mamaroneck Avenue
Attn: SVP & Deputy Medical Dir.
White Plains, NY 10605

Marshall Medical Group
1030 E Hwy 377
Suite 110-101
Granbury, TX 76048

CREDITOR

Martinez, Marc David MD
2898 Chillon
Laguna Beach, CA 92651

Mary Rose Dominguez
626 South F Street
Tulare, CA 93274

Masimo
40 Parker
Irvine, CA 92618

Master Crime Policy - Alliant Insurance
1301 Dove Street
Suite 200
Newport Beach, CA 92660-2412

Mathewson, Valissa
7923 Granite Pointe Pkwy
Bakersfield, CA 93313

Matthew Morgan
2636 Trapper Springs Ave.
Tulare, CA 93274

May, Randal MD
869 N. Cherry Street
Tulare, CA 93274

Staff Care, Inc
8840 Cypress Waters Blvd
Suite 300
Coppell, TX 75019

Stat Radiology Medical Corporation
4330 La Jolla Village Drive
Suite 250 Attn: Joe Moock
San Diego, CA 92122

State of California - Contract Officer
Safety Net Financing Division
P.O. Box 997436 MS 4504
Sacramento, CA 95899-7436

Steele's Visions- Hatch
1875 Hatch Ave.
Tulare, CA 93274

STEVEN COHEN, MD
3404 PERIWINKLE COURT #107
PALM BEACH, FL 33410

Suesberry, Wilbur MD
1205 Garces Highway #207
Delano, CA 93215

Summit Placement Service
6085 Dick Price Rd.
Fort Worth, TX 76140

Sumwalt, Todd
5809 W. Modoc Ave.

CREDITOR

Visalia, CA 93291

Sunalp, Murad MD
880 East Merritt Avenue
Suite 109
Tulare, CA 93274

Sunny Olson
1222 Nelder Grove
Tulare, CA 93274

Surdyka, David M.D.
2740 W. MAIN STREET
VISALIA, CA 93291

Sutherlin, Gary
578 East Mallard Circle
Fresno, CA 93730

T&m Hazardous Waste Management, LLC
P.O. BOX 3024
Pinedale, CA 93650

Tate, James DO
18015 8th Ave., NW
Shoreline, WA 98177

Telcor, Inc
7101 A Street
Attn: Compliance Officer
Lincoln, NE 68510

Thayapran, Tayan MD
999 W. Morton Avenue
Suite B
Porterville, CA 93257

The Stahl Company
11230 Gold Express Drive
310-316  Attn: Walter C. Stahl
Gold River, CA 95670

Thelen, Dennis R.
5001 E. Commercenter Dr
#300
Bakersfield, CA 93309

Thiagarajan, Ramu MD
382 N. Pearson Drive
Porterville, CA 93257

Thomas, Michelle MD
2342 E. Emilie Ave.
Fresno, CA 93730

Thomson Reuters Inc
3 Times Square
New York, NY 10036

Times Delta Media Group
330 N. West St.
Visalia, CA 93291

CREDITOR

Torabi, Soheila Zahra MD
111 N. Sepulveda Blvd. Ste. 210
Manhattan Beach, CA 90266

TORREZ, RICHARD
1919 SHAVER LAKE AVE
TULARE, CA 93274

Total Renal Care, Inc - DaVita
2000 16th Street
Denver, CO 80202

Touro University College of Pharmacy
1310 Club Drive Mare Island
Attn: CFO
Vallejo, CA 94592

Toyon Associates, Inc.
1800 Sutter Street
Suite 600 Attn: Ron Knapp
Concord, CA 94520

Tramutola LLC
191 Ridgeway Avenue
Oakland, CA 94611

Trapse, Felix M MD
2624 Riviera
Tulare, CA 93274

TRIPP, ELTON
282 HEMINGWAY COURT
TULARE, CA 93274

Trujillo, Joshua MD
1062 South K Street
Tulare, CA 93274

Tulare Anesthesia Consultants, Inc.
7112 N. Fresno St., Ste. 450
c/o FLGZ Attn: Anthony Vierra
Fresno, CA 93720

Tulare Anesthesia Consultants, Inc.
Dooley, Herr, Peltzer & Richardson, LLP
100 Willow Plaza, Suite 300
Visalia, CA 93291

Tulare Community Health Clinic, Inc
1201 N. Cherry Street
Tulare, CA 93274

Tulare County Transit
5961 S Mooney Blvd.
Attn: Director of Transportation
Visalia, CA 93277-9394

Tulare District Emergercy Medical Associ
111 N. Sepulveda Blvd. Ste 210
Manhattan Beach, CA 90266

Tulare Nursing and Rehabilitation Hospit
680 East Merritt Avenue

CREDITOR

Tulare, CA 93724

Tulare Outlets - c/o The Woodmont Compan
2100 W. 7th Street
Fort Worth, TX 76107

Tulare Pediatric Group, INC
1062 N. Cherry St.
Tulare, CA 93724

Tulare Sno shack
276 Andrews Ct.
Tulare, CA 93274

Turner, Marshall C.
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105

Twin Oaks Rehabilitation and Nursing Cen
999 North M Street
Tulare, CA 93274

Two Point Conversions
2211 N. Elston Ave.
Chicago, IL 60614

UC Berkeley Optometric Eye Center
University of California Berkeley
Attn: Director of UC Berkeley Digital He
Berkeley, CA 94720

UltraLinq Healthcare Solutions, Inc.
236 West 30th Street
6th Floor
New York, NY 10001

University of Alabama
Shannon McMahon, MS, RD, LD
Instructor of NHM 491, 446 Russell Hall
Tuscaloosa, AL 35487

University of California Davis Health Sy
2315 Stockton Boulevard
Sherman Building, Suite 2300
Sacramento, CA 95817

University of Phoenix
College of Health Sciences & Nursing
1625 Fountainhead Parkway, CF-SX07
Tempe, AZ 85282-2371

University of St. Francis
4401 Silver Ave., Suite B
Attn: Renee Pepin, MD
Albuquerque, NM 87108

University of The Incarnate Word - Docto
4301 Broadway, CPO 412
Attn: Chad Jackson, PT, DPT, OCS
San Antonio, TX 78209

University of the Pacific

CREDITOR

3601 Pacific Avenue
Pharmacy Practice Experience
Stockton, CA 95211

University of Utah
College of Pharmacy
30 South 2000 East Rm 201
Salt Lake City, UT 84112-5820

Unruh, Thomas MD
143 Keating Loop
Crossville, TN 38555

USC Care Medical Group, Inc
1400 S Grand Ave
Los Angeles, CA 90015

USC School of Social Work
669 W 34th St
Los Angeles, CA 90089

Valero, Cristina MD
6300 West Delaware Ave.
Visalia, CA 93291

Van Someren, Roel
176 N. Shenandoah Ct.
Visalia, CA 93291

Vierra, Anthony MD
3821 W. Woodside Ave.
Visalia, CA 93291-5563

Villard, Christopher MD
1027 N. Demaree
Visalia, CA 93291

Visalia Medical Clinic
5400 W. Hillsdale Drive
Visalia, CA 93291

Vive Tan & Spa
1449 E. Prosperity
Tulare, CA 93724

Walden University, LLC
100 Washington Avenue South
Suite 900
Minneapolis, MN 55401

Warner, Gregory MD
302 W. Willow Avenue
Visalia, CA 93291

Wave - Metronome, Inc.
8805 Research Drive
Attn: Edward James Ginty, SVP
Irvine, CA 92618

Weatherby Healthcare
6451 N. Federal Highway, Suite 800
Fort Lauderdale, FL 33308

CREDITOR

Webb, James G MD
4116 W. Nicholas Avenue
Visalia, CA 93291

WebMD
1283 Murfreesboro Pike
Nashville, TN 37217

WellPartner, Incorporated
Attn: Legal Department
7215 SW Durham Road, Suite 200
Portland, OR 97224

Wells Fargo Vendor F c/o Buchalter
Mark Scott
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612

Western Governors University
Michelle Stebner
4001 S 700 E, Suite 700
Salt Lake City, UT 84107

Wet Sand Pipe - Wilson Fire Sprinkler
P.O. Box 188
Selma, CA 93662

White, William M.
7690 North Palm Avenue
Suite 105
Fresno, CA 93711

WILBOURN, LINDA
12499 COLONY AVE
TULARE, CA 93274

William E Franklin, DO
14551 Greatest Place
Bakersfield, CA 93314

Wireless Telecommunications Bureau
445 12th Street SW
Washington, DC 20554

Yale University School of Medicine
David Brissette, MMSc., PA-C
PO Box 208083
New Haven, CT 06520-8083

Zarate - Gonzales, Gilda
5536 East Madison Avenue
Fresno, CA 93727

Zirmed
888 West Market Street
Louisville, KY 40202

Zulim, Rebecca MD
18355 Avenue 312
Visalia, CA 93292

Zumwalt Construction
Attn: Kurt E. Zumwalt

CREDITOR

5520 E. Lamona Ave.
Fresno, CA 93727

The following addresses have been CHANGED:

Agilent Financial Services, Inc
5301 Stevens Creek Blvd
Santa Clara, CA 95051

Allied Universal
PPO 14417
1551 N. Tustin Ave. Suite #650
Santa Ana, CA 92705

American College of Cardiology Foundatio
2400 N Street NW
Washington, DC 20037

Anthem Blue Cross
11050 Olson Drive
Suite 110
Rancho Cordova, CA 95670

API Healthcare Corporation
1550 Innovation Way
Hartford, WI 53027

Barsoum, Yasser W., M.D.
500 S. Santa Fe
Visalia, CA 93292

Blue Shield of California
6300 Canoga Avenue
12th floor
Woodland Hills, CA 91367

Blue Shield of California
P.O. Box 629017
El Dorado Hills, CA 95762-9017

Brian Woo, M.D.
722 N. Clovis Ave.,
Apt. #253
Clovis, CA 93611

Central Valley Business Forms
7500 West Sunnyview Avenue
Visalia, CA 93291

Dade Behring Financial Services
P.O. Box 778
Deerfield, IL 60015

Derrel's Mini Storage, Inc.
1700 S. Blackstone St.
Tulare, CA 93724

Duane Ament Radiology Repair
5616 Nomi Street
Bakersfield, CA 93308

CREDITOR

GE Capital Technology Soulutions, LLC
P.O. Box 4586
New York, NY 10163-4586

GE Healthcare
3000 North Grandview Boulevard
Waukesha, WI 53188

Imaging Financial Services, Inc
343 State Street
Rochester, NY 14650-0001

Innovative Ophthalmic Products
dba Katena
4 Stewart Ct.
Denville, NJ 07834

John Torrez III & Bernadette Terrez c/o
Heimberg Barr LLP
800 W 6th St Ste 1500
Los Angeles, CA 90017-2718

Maxim Staffing Solutions
6051 N Fresno Suite 102
Fresno, CA 93710

Synthes LTD
325 Paramount Dr.
Raynham, MA 02767

ThyssenKrupp Elevator Corporation
35432 Industrial Road
Attn: Matt Mitchell
Livonia, MI 48150

ThyssenKrupp Elevator Corporation
940 Riverside Parkway
Suite 20
West Sacramento, CA 95605

Top O Morn Farms
17324 Rd 136
Tulare, CA 93274

Toshiba American Information Systems, In
5241 California Avenue Suite 100
Irvine, CA 92617

Transamerica Public Finance, LLC
P.O. Box 219945
Kansas City, MO 64121-9945

United AD Label (Moore Wallace)
300 Lang Blvd.
Grand Island, NY 14072

Yorai Benzeevi
3500 W. Olive Ave.
Suite 300
Burbank, CA 91505

Tulare Local Healthcare District dba
Tulare Regional Medical Center

**Amendment to Creditor Matrix**

The following creditors have been ADDED to the matrix:

4 Creeks Civil Engineering and Surveying
2929 West Main Street
Suite A
Visalia, CA 93291

5 Star Consultants, LLC
P.O. Box 237
Camdenton, MO 65020

AAA Solar Electric
1182 North Knollwood Circle
Attn: Hoai-Phuong Huynh Ngo
Anaheim, CA 92801

Ability Answering Service
1101 E Douglas Ave
Visalia, CA 93292

ABMS solutions, LLC
3050 Peachtree Road
Suite 570
Atlanta, GA 30305

Advanced Practice Strategies
470 Atlantic Avenue
14th Floor
Boston, MA 02110

Agile Consulting Group, Inc
600 Ironwood Dr.
Suite 621
Ponte Vedra Beach, FL 32082

Akhavon, Fariba MD
1437 East Prosperity Avenue
Tulare, CA 93274

Alan Germany
2386 North Sun Lake Place
Tucson, AZ 85749

Ali, Shaukat M.D.
30 River Park Place Wes
Suite 440
Fresno, CA 93720

All West Select Sires
P.O. Box 507
Burlington, WA 98233

```
Allied Health Institute
1001 NW 62nd Street
#407
Ft. Lauderdale, FL 33309

Amerinet
36 South State St.
19th Floor
Salt Lake City, UT 84111

Andhavarapu, Giridhar
296 W. Harold Griswold Way
Hanford, CA 93230

Angelica Textile Services, Incorporated
1105 Lakewood Parkway - Suite 210
ATTN: President
Alpharetta, GA 30004

Angelica Textile Services, Incorporated
422 S. Fruit Avenue
ATTN: Market Vice President
Fresno, CA 93706

Angelica Textile Services, Incorporated
424 South Woods Mill Road - Ste 300
ATTN: General Counsel
Chesterfield, MO 63017-3406

APIC Consulting Services Inc.
1400 Crystal Drive
Suite 900
Arlington, VA 22202

ApolloMed Hospitalist, A Medical Corpora
P.O. Box 4555
Glendale, CA 91222

Araim, Omar MD
116 N. Akers Street
Visalia, CA 93291

Archway Physician Recruitment
P.O. Box 11886
St. Louis, MO 63105

Arnold O. Welden, M.D., INC.
1090 N. Cherry St.
Tulare, CA 93274

Asereth Medical Services
257 S Fair Oaks Avenue
Suite 200
Pasadena, CA 91105-2050
```

AT&T California
610 Sequoia Pacific Blvd.
Sacramento, CA 95814

Atrilogy Solutions Group, INC
1 Jenner
Suite 240
Irvine, CA 92618

Audit & Adjustment Company, Inc
20700 44th Ave W
Suite 100
Lynnwood, WA 98036

Avaenal Medical Center
148 E Kings St.
Avenal, CA 93204-1529

Baby-Friendly USA, Inc.
125 Wolf Road
Suite 402
Albany, NY 12205

BAKER & HOSTETLER, LLC
11601 WILSHIRE BOULEVARD SUITE 1400
Attn: GREEN, BRUCE
LOS ANGELES, CA 90025-0509

Balanced Healthcare Receivables, LLC
164 Burke Street
Suite 201
Nashua, NH 03060

Baradat & Paboojian, Inc
720 W. Alluvial Avenue
Fresno, CA 93711

Barbara and Stephen Harrell dba Fitness
2024 E. Foster Dr.
Tulare, CA 93274

Bates, Robert A.
4514 W. Olive Ave.
Fresno, CA 93722

BB&T - John Burnham Insurance Survices
750 B Street
Suite 2400
San Diego, CA 92101

Beavers, Jshondo (Smokey)
3013 N. Verde Vista
Visalia, CA 93277

Ben Leon
1559 Hillcrest Ave
Tulare, CA 93274

Betre, Abraham DO
939 N Gem Street
Tulare, CA 93274

BeyondNow Technologies, Inc (Cerner Corp
5750 W. 95th Street
Overland Park, KS 66207

Bhardwaj, Virinder
557 West Morton Avenue
Porterville, CA 93257

Bhaskar, Shyam, M.D.
231 West Noble Avenue
Visalia, CA 93291

Bio Systems ATTN: Brent Arnold
28161 North Keith Drive
Lake Forest, IL 60045

Black Box RX, LLC
6263 Poplar Ave.
Suite 1133
Memphis, TN 38119

Boken, Daniel J MD
P.O. Box 767
Visalia, CA 93279

Boston Reed College
2799 Napa Valley Corporate Drive
Napa, CA 94558

Brandman University
16355 Laguna Canyon Rd.
ATTN: Contacts
Irvine, CA 92618

Broadlane, Inc.
13727 Noel Road
Suite 1400
Dallas, TX 75240

Brooks Home IV, Inc, dba Brooks Health C
5070 N Sixth St
Suite 169
Fresno, CA 93722

BSK Associates, Geotechnical Engineering
567 West Shaw Avenue
Suite B
Fresno, CA 93704

California Department of Health Care Ser
P.O. Box 997413
MS 0000
Sacramento, CA 95899-7413

California Health Collaborative
1625 East Shaw Avenue
Suite 155
Fresno, CA 93710

California Information Management
2929 S. Angus Avenue
Fresno, CA 93725

California Medical Association
1201 J St
Suite 200
Sacramento, CA 95814

California Medical Imaging Associates DB
22802 Avenue 296
Exeter, CA 93221

California Pacific Medical Center
2333 Buchanan Street
San Francisco, CA 94115

California State University, Fresno
5150 North Maple Avenue
MS JA 111
Fresno, CA 93740-8026

California Transplant Donor Network
1000 Broadway Avenue Suite 600
Attn: Chief Executive Officer
Oakland, CA 94607

CALNOC
111 Deerwood Road
Suite 200
San Ramon, CA 94583

Campbell, Matthew MD
116 N. Akers Street
Visalia, CA 93291

Canepa, Mark B.
7690 North Palm Avenue
Suite 105
Fresno, CA 93711

Care Medical
823 W. Center
Visalia, CA 93291

```
Carene R. Oliveira
2747 W. Caldwell
Apt. C
VISALIA, CA 93291

Casa Loma College
6725 Kester Ave
ATTN: Lynda Volding
Van Nuys, CA 91405

Celtic Commercial Finance
4 Park Plaza Suite 300
Irvine, CA 92614

Central Boiler and Industrial Service
1718 N. Shirk Road
Visalia, CA 93291

Central California Blood Center
4343 W. Herndon Avenue
Fresno, CA 93722

Central California Cardiovascular
2001 High St.
Selma, CA 93662

Central California Emergency medical Ser
1221 Fulton St. 5th Floor
P.O. Box 11867
Fresno, CA 93775-1867

Chang, Jeffrey Chilkwang MD
869 N. Cherry Street
Tulare, CA 93274

CHIDI UKATU, MD, INC.
10521 RUTHELEN STREET
LOS ANGELES, CA 90047

Children's Hospital Central California
9300 Valley Children's Place
Madera, CA 93638

Chopra, Jatinder MD
858 N. Cherry Street
Tulare, CA 93274

Christiansen Group
810 W. Acequia Ave
Visalia, CA 93291

CHSU College of Pharmacy
120 N. Clovis Ave
Clovis, CA 93612
```

Chubb Group of Insurance Companies
555 S. Flower Street 3rd Floor
Los Angeles, CA 90071

Clar, Koortbojian and Associates
1120 Iron Point Road
Suite 150
Folsom, CA 95630

College of the Sequoias
915 S. Mooney Boulevard
Visalia, CA 93277

Community Health Network
1755 Indian Wood Circle
Suite 100
Maumee, OH 43537

Comprehensive Pharmacy Services, Inc
6409 Quail Hallow Road
Memphis, TN 38120

Concorde Career Colleges, Inc.
10933 Marks Way
Miramar, FL 33025

Confier Physician Services, Inc.
8525 W. 183rd Street
Suite A
Tinley Park, IL 60487

Consumer Affairs, State of California
1625 North Market Blvd.
Suite N 112
Sacramento, CA 95834

Contract Management Strategies
2302 Martin Street
Suite 125
Irvine, CA 92612

Coroner Laboratory services
3333 E. American
Suite G
Fresno, CA 93725

County of Tulare c/o Tulare City Counsel
Deanne H. Peterson
2900 Burrell Ave.
Visalia, CA 93291

Cristi Lewis
330 31st Street
Hermosa Beach, CA 90254

CROSSCHX, INC
99 East Main Street
Columbus, OH 43215

Curare Group, Inc.
2990 E. Covenanter Drive
Bloomington, IN 47401

Cynthia Rios, RN
500 East Minnesota Ave
Turlock, CA 95382

David Larios
157 E ESTATE
TULARE, CA 93274

DaVita Inc.
2000 16th Street
Denver, CO 80202

Debra Holdridge
1391 E COELHO AVE
TULARE, CA 93274

Delta Nursing & Rehabilitation Hospital
514 N. Bridge St
Visalia, CA 93291

Dennis G. Stambaugh
7792 S. Galileo Ln
Tuscon, AZ 85747

Department of Fish and Game, State of Ca
8530 West Roosevelt Avenue
Visalia, CA 93291

Department of Health, State of Californi
1515 K Street Suite 400
MS 8103 P.O. Box 997413
Sacramento, CA 95899-7413

Department of Veterans Affairs
2615 E. Clinton Ave
Bldg 11 Room #9
Fresno, CA 93703

Direct Dermatology, Inc
772 Avelar Street
East Palo Alto, CA 94303

DNV Healthcare, Inc.
400 Techne Center Drive
Suite 100 Attn: Darrel Scott
Milford, OH 45150

```
Do, Long Xuan
1201 J Street
Suite 200
Sacramento, CA 95814

Dr. Laura Bultman
8210 Havelock Ct
St. Paul, MN 55124

DVA Renal Healthcare, Inc.
601 Hawaii Street
c/o DaVita Inc.
El Segundo, CA 90245

ECRI Institute
5200 Butler Pike
Plymouth Meeting, PA 19462

Edwards Lifesciences LLC
One Edwards Way
Irvine, CA 92614

Emdeon Business Services Company
26 Century Blvd
Suite 601
Nashville, TN 37214

EMMI Physician Services
3116 W. March Lane #200
Stockton, CA 95219

Employee Health Systems Medical Group In
7625 N. Palm Ave
Suite 107
Fresno, CA 93711

EMRCS
P.O. Box 18698
Attn: Compliance Officer
Milwuakee, WI 53218

Entabi MD, Inc,
951 E. Merritt Ave.
Tulare, CA 93274

Espinoza, Desiree dba POSH "A World Clas
1445 E. Prosperity
Tulare, CA 93274

Evans, Thomas R MD
1070 N. Cherry Street
Tulare, CA 93274
```

Express Scripts, Inc
One Express Way
ATTN: President
St. Louis, MO 63121

Fabella, Emmanuel MD
880 E. Merritt Avenue, Suite 102
Tulare, CA 93274

Family Healthcare Network
263 S. West Street
Tulare, CA 93274

Federal Communications Commission
1070 Fairfield Road
Gettysburg, PA 17325-7245

Fenton, Benjamin J.
1990 South Bundy Drive, Ste 777
Los Angeles, CA 90025

Fiagle, Amanda
3184 Rudder Ave.
Tulare, CA 93274

First 5 Tulare County
3435 S. Demaree St.
Suite A
Visalia, CA 93277

Fisher, Jill
3625 Bilorete Court
Lexington, KY 40517

Foley and Lardner LLP
555 South Flower Street
Suite 3500
Los Angeles, CA 90071-2411

Fresno City College
1525 E. Weldon Ave
Attn: Edwin Eng
Fresno, CA 93704

Fresno Community Hospital and Medical Ce
2823 Fresno Street
Attn: David Clark
Fresno, CA 93721

Fresno Community Hospital and Medical Ce
P.O. Box 1232
Attn: Robynn Van Patten
Fresno, CA 93715

Fujifilm Emeral Flex
419 West Ave.
Attn: Mark Belaire
Stamford, CT 06902

Furgal, Carol
689 Boulware Hudspeth Rd.
Zavalla, TX 75980

G.L. Hicks Financial, LLC
5033 Riverpark Way
Provo, UT 84604

GADKE, LAURA
1100 N MANOR DR
TULARE, CA 93274

Gaither's Family Homes, Inc
120 N. 'M' Street
Tulare, CA 93274

Gannett Advertising
330 N. West St.
Visalia, CA 93291

Garrovillas, Florence MD
160 S. Farmersville Blvd.
Suite F
Farmersville, CA 93223

Getinge Maquet
45 Barbour Pond Drive
Wayne, NJ 07470

GetProof.com
3050 Royal Blvd. South
Suite 100
Alpharetta, GA 30022

GLOBAL CTI
5329 Office Center Ct.
Suite 200
Bakersfield, CA 93309

Golden Valley Tom's Vending
1101 Security Court
Tulle, CA 93274

Green Spaces
10478 E. Acacia
Clovis, CA 93619

Gregory Charles Warner, M.D.
3750 W. Nicholas Ave.
Visalia, CA 93291

```
Guardsmark LLC
22 South Second Street
Memphis, TN 32695

Gupta, Parul MD
579 N. Gem Street
Tulare, CA 93274

Gurnick Academy of Medical Arts
7335 N. Palm Buffs Ave.
Fresno, CA 93711

Haack, Susan MD
1062 N. Cherry Street
Tulare, CA 93274

Hanford Community Medical Center
450 Greenfield Avenue
Attn: Stan Berry, CEO
Hanford, CA 93239

Hanford Nursing and Rehabilitation Hospi
1007 W Lacey Blvd
Hanford, CA 93230

Hapy Bear Surgery Center, LLC
1979 Hillman Street
Attn: Kenneth Pierson
Tulare, CA 93274

Hardwick, Joseph MD
225 Notteargento Road
Pacific Palisades, CA 90272

Harprett Sandhu, M.D.
200 N G St.
Porterville, CA 93257

Health Net Federal Services
21281 Burbank Blvd, 4th Floor
Woodland Hills, CA 91367

Health Payors Organization, Ltd.
500 Lena Drive
Aurora, OH 44202

Health Services Advisory Group, Inc
700 N. Brand Blvd.
Suite 410
Glendale, CA 91203

HealthPro Associates, Inc
5743 Corsa Avenue
Suite 216
Westlake
```

```
HealthStream Express
209 10th Avenue South
Suite 450
Nashville, TN 37203

Healthyroads, Inc
10221 Wateridge Circle
San Diego, CA 92121

Heaney, David
515 W. Acequia Ave., #A
Visalia, CA 93291

Hillman Pediatric Health Care Center
1008 N. Cherry Ave.
Tulare, CA 93274

Holliday adn Associates, LLC
P.O. Box 5143
Attn: Rosemary Holliday
Incline Village, NV 89450

Horizon Financial Management
8585 Broadway #880
Merrillville, IN 46410

Hospital Council of Northern and Souther
1625 East Shaw Avenue
Suite 139
Fresno, CA 93710-8100

Hundal, Kuljit MD
1725 Ocean Front Walk
Santa Monica, CA 90401

IBM - Purflex
8303 Barfield Road
Atlanta, GA 30328

Image Stream Medical, Inc.
One Monarch Drive
Littleton, MA 01460

InCare MD, a corporation
943 Gem Street
Attn: Saqib Rashid
Tulare, CA 93274

Indulgence Salon and Spa
1449 E. Prosperity
Tulare, CA 93274

Inez Fabella, MD
1691 WINDSONG DR
TULARE, CA 93274
```

Infection Control Consulting Services LL
7962 S. Stirling Bridge Boulevard
Delray Beach, FL 33446

Influence Health (MedSeek, Inc.)
2028 Village Lane
Solvang, CA 93463

Innovative Employee Solutions
9665 Granite Ridge Dr.
#420
San Diego, CA 92123

Inpatient Hospital Group, Inc.
858 N. Cherry Street
Suite B
Tulare, CA 93274

Institutional Bond Network
463 Pennsfield Place
Suite 201
Thousand Oaks, CA 91360

Intelligent Medical Objects, Inc.
60 Revere Drive
Suite 360  Attn: CEO
Northbrook, IL 60062

Interactivation Health Networks
331 W 57th Street
Suite 733
New York, NY 10019

International Agri-Center
4500 S. Laspina St.
Tulare, CA 93274

Interplan Health Group Insurance
222 West Las Colinas Boulevard
Suite 600N
Irving, TX 75039

Intuitive Surgical, Inc.
1266 Kifer Road
Sunnyvale, CA 94086

Jack Dhillon and Suleman S Lakhani
3610 N. Minden Ct
Visalia, CA 93291

Jackson & Coker
3000 Old Alabama Rd.
Suite 119-608
Alpharetta, GA 30022

Jacobs Project Management Company
180 Promenade Circle
Suite 300 Attn: Larry Colson
Sacramento, CA 95834

Jade Osborne
401 N. Cherry St.
Tulare, CA 93274

Jan and Gail's Care Home 4
605 Aronian St.
Tulare, CA 93724

Jefferson Cline
1312 S. Clover Street
Tulare, CA 93277

Jermy Lagow
1110 W. Chestnut St.
Apt. A
Exeter, CA 93221

Joe O. Dominguez
626 South F Street
TULARE, CA 93274

Johnson and Johnson Health Care Sytems,
425 Hoes Lane
Piscataway, NJ 08855

JTS Construction
P.O. Box 41765
Bakersfield, CA 93384

Kalicinsky, Ihor MD
795 N. Cherry Street
Tulare, CA 93274

Kamboj, Pradeep MD
1070 N. Cherry Street
Tulare, CA 93274

Kamboj, Prem MD
1062 Cherry Street
Tulare, CA 93274

Kang, Yadwinder MD
9904 Vertrice Avenue
Bakersfield, CA 93311

Keenan and Associates
2355 Crenshaw Blvd.,
Suite 200
Torrance, CA 90501

Kerri Mackey
19446 Rd 236
Strathmore, CA 93267

Kesavaramanujam, Satish MD
1064 N. Cherry Street
Tulare, CA 93274

KING JANES
348 HEMINGWAY COURT
TULARE, CA 93274

King, Jeffrey M MD
935 N. Gem St.
Tulare, CA 93274

Kings County Coroner
1444 Lacey Blvd
Hanford, CA 93230

Kings Credit Services
510 N Douty St.
P.O. Box 950
Hanford, CA 93232-0950

Kings Nursing and Rehabilitation Hospita
851 Leslie Ln
Hanford, CA 93239

Kiwi - Tek, LLC
8900 Keystone Crossing
Suite 1095
Indianapolis, IN 46240

Kumar, Parmod MD
858 N. Cherry Street
Suite B
Tulare, CA 93274

Kumar, Pawan MD
591 E. Merritt Avenue
Tulare, CA 93274

Lee, Jou R MD
945 N. Gem Street
Tulare, CA 93274

Leibovic Law Group
Geriann Weisenberg
21540 Plummer St., Ste. B
Chatsworth, 91311

Letai, Agnes Deborah, M.D.
3755 Carmel View Road
Unit 2
San Diego, CA 92130

```
Levinson, Robert A.
15303 Ventura Blvd
Suite 1650
Sherman Oaks, CA 91403

Lin, John S MD
938 N. Cherry Street
Tulare, CA 93274

Lindsay Local Hospital District
101 East Hermosa Ave.
c/o Tienken Realty
Lindsay, CA 93247

Liu, Jonathan
518 N. Street
Suite B
Visalia, CA 93291

Loyd's Liberty Homes, Inc
134 S. "A" Street
Tulare, CA 93274

Lumetra
One Sansome Street
Suite 600
San Francisco, CA 94104-4448

Macdonald Nurse Consultants, PLLC
397 Sunny Cove Circle
Prescott, AZ 86303

Mai, Kenny MD
470 N. Greenfield Avenue, Ste 201
Hanford, CA 93230

Maksy, Magdy MD
500 South Santa Fe Street
Visalia, CA 93292

Mapes, David
6070 N. Cecelia Ave
Fresno, CA 93722

March of Dimes
101 Montgomery Street
Suite 300 Attn: Maura Georges
San Francisco, CA 94104

March of Dimes
1275 Mamaroneck Avenue
Attn: SVP & Deputy Medical Dir.
White Plains, NY 10605
```

```
Marshall Medical Group
1030 E Hwy 377
Suite 110-101
Granbury, TX 76048

Martinez, Marc David MD
2898 Chillon
Laguna Beach, CA 92651

Mary Rose Dominguez
626 South F Street
Tulare, CA 93274

Masimo
40 Parker
Irvine, CA 92618

Master Crime Policy - Alliant Insurance
1301 Dove Street
Suite 200
Newport Beach, CA 92660-2412

Mathewson, Valissa
7923 Granite Pointe Pkwy
Bakersfield, CA 93313

Matthew Morgan
2636 Trapper Springs Ave.
Tulare, CA 93274

May, Randal MD
869 N. Cherry Street
Tulare, CA 93274

Staff Care, Inc
8840 Cypress Waters Blvd
Suite 300
Coppell, TX 75019

Stat Radiology Medical Corporation
4330 La Jolla Village Drive
Suite 250 Attn: Joe Moock
San Diego, CA 92122

State of California - Contract Officer
Safety Net Financing Division
P.O. Box 997436 MS 4504
Sacramento, CA 95899-7436

Steele's Visions- Hatch
1875 Hatch Ave.
Tulare, CA 93274

STEVEN COHEN, MD
3404 PERIWINKLE COURT #107
PALM BEACH, FL 33410
```

```
Suesberry, Wilbur MD
1205 Garces Highway #207
Delano, CA 93215

Summit Placement Service
6085 Dick Price Rd.
Fort Worth, TX 76140

Sumwalt, Todd
5809 W. Modoc Ave.
Visalia, CA 93291

Sunalp, Murad MD
880 East Merritt Avenue
Suite 109
Tulare, CA 93274

Sunny Olson
1222 Nelder Grove
Tulare, CA 93274

Surdyka, David M.D.
2740 W. MAIN STREET
VISALIA, CA 93291

Sutherlin, Gary
578 East Mallard Circle
Fresno, CA 93730

T&m Hazardous Waste Management, LLC
P.O. BOX 3024
Pinedale, CA 93650

Tate, James DO
18015 8th Ave., NW
Shoreline, WA 98177

Telcor, Inc
7101 A Street
Attn: Compliance Officer
Lincoln, NE 68510

Thayapran, Tayan MD
999 W. Morton Avenue
Suite B
Porterville, CA 93257

The Stahl Company
11230 Gold Express Drive
310-316  Attn: Walter C. Stahl
Gold River, CA 95670

Thelen, Dennis R.
5001 E. Commercenter Dr
#300
Bakersfield, CA 93309
```

```
Thiagarajan, Ramu MD
382 N. Pearson Drive
Porterville, CA 93257

Thomas, Michelle MD
2342 E. Emilie Ave.
Fresno, CA 93730

Thomson Reuters Inc
3 Times Square
New York, NY 10036

Times Delta Media Group
330 N. West St.
Visalia, CA 93291

Torabi, Soheila Zahra MD
111 N. Sepulveda Blvd. Ste. 210
Manhattan Beach, CA 90266

TORREZ, RICHARD
1919 SHAVER LAKE AVE
TULARE, CA 93274

Total Renal Care, Inc - DaVita
2000 16th Street
Denver, CO 80202

Touro University College of Pharmacy
1310 Club Drive Mare Island
Attn: CFO
Vallejo, CA 94592

Toyon Associates, Inc.
1800 Sutter Street
Suite 600 Attn: Ron Knapp
Concord, CA 94520

Tramutola LLC
191 Ridgeway Avenue
Oakland, CA 94611

Trapse, Felix M MD
2624 Riviera
Tulare, CA 93274

TRIPP, ELTON
282 HEMINGWAY COURT
TULARE, CA 93274

Trujillo, Joshua MD
1062 South K Street
Tulare, CA 93274
```

```
Tulare Anesthesia Consultants, Inc.
7112 N. Fresno St., Ste. 450
c/o FLGZ Attn: Anthony Vierra
Fresno, CA 93720

Tulare Anesthesia Consultants, Inc.
Dooley, Herr, Peltzer & Richardson, LLP
100 Willow Plaza, Suite 300
Visalia, CA 93291

Tulare Community Health Clinic, Inc
1201 N. Cherry Street
Tulare, CA 93274

Tulare County Transit
5961 S Mooney Blvd.
Attn: Director of Transportation
Visalia, CA 93277-9394

Tulare District Emergercy Medical Associ
111 N. Sepulveda Blvd. Ste 210
Manhattan Beach, CA 90266

Tulare Nursing and Rehabilitation Hospit
680 East Merritt Avenue
Tulare, CA 93724

Tulare Outlets - c/o The Woodmont Compan
2100 W. 7th Street
Fort Worth, TX 76107

Tulare Pediatric Group, INC
1062 N. Cherry St.
Tulare, CA 93724

Tulare Sno shack
276 Andrews Ct.
Tulare, CA 93274

Turner, Marshall C.
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105

Twin Oaks Rehabilitation and Nursing Cen
999 North M Street
Tulare, CA 93274

Two Point Conversions
2211 N. Elston Ave.
Chicago, IL 60614

UC Berkeley Optometric Eye Center
University of California Berkeley
Attn: Director of UC Berkeley Digital He
Berkeley, CA 94720
```

```
UltraLinq Healthcare Solutions, Inc.
236 West 30th Street
6th Floor
New York, NY 10001

University of Alabama
Shannon McMahon, MS, RD, LD
Instructor of NHM 491, 446 Russell Hall
Tuscaloosa, AL 35487

University of California Davis Health Sy
2315 Stockton Boulevard
Sherman Building, Suite 2300
Sacramento, CA 95817

University of Phoenix
College of Health Sciences & Nursing
1625 Fountainhead Parkway, CF-SX07
Tempe, AZ 85282-2371

University of St. Francis
4401 Silver Ave., Suite B
Attn: Renee Pepin, MD
Albuquerque, NM 87108

University of The Incarnate Word - Docto
4301 Broadway, CPO 412
Attn: Chad Jackson, PT, DPT, OCS
San Antonio, TX 78209

University of the Pacific
3601 Pacific Avenue
Pharmacy Practice Experience
Stockton, CA 95211

University of Utah
College of Pharmacy
30 South 2000 East Rm 201
Salt Lake City, UT 84112-5820

Unruh, Thomas MD
143 Keating Loop
Crossville, TN 38555

USC Care Medical Group, Inc
1400 S Grand Ave
Los Angeles, CA 90015

USC School of Social Work
669 W 34th St
Los Angeles, CA 90089

Valero, Cristina MD
6300 West Delaware Ave.
Visalia, CA 93291
```

Van Someren, Roel
176 N. Shenandoah Ct.
Visalia, CA 93291

Vierra, Anthony MD
3821 W. Woodside Ave.
Visalia, CA 93291-5563

Villard, Christopher MD
1027 N. Demaree
Visalia, CA 93291

Visalia Medical Clinic
5400 W. Hillsdale Drive
Visalia, CA 93291

Vive Tan & Spa
1449 E. Prosperity
Tulare, CA 93724

Walden University, LLC
100 Washington Avenue South
Suite 900
Minneapolis, MN 55401

Warner, Gregory MD
302 W. Willow Avenue
Visalia, CA 93291

Wave - Metronome, Inc.
8805 Research Drive
Attn: Edward James Ginty, SVP
Irvine, CA 92618

Weatherby Healthcare
6451 N. Federal Highway, Suite 800
Fort Lauderdale, FL 33308

Webb, James G MD
4116 W. Nicholas Avenue
Visalia, CA 93291

WebMD
1283 Murfreesboro Pike
Nashville, TN 37217

WellPartner, Incorporated
Attn: Legal Department
7215 SW Durham Road, Suite 200
Portland, OR 97224

Wells Fargo Vendor F c/o Buchalter
Mark Scott
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612

```
Western Governors University
Michelle Stebner
4001 S 700 E, Suite 700
Salt Lake City, UT 84107

Wet Sand Pipe - Wilson Fire Sprinkler
P.O. Box 188
Selma, CA 93662

White, William M.
7690 North Palm Avenue
Suite 105
Fresno, CA 93711

WILBOURN, LINDA
12499 COLONY AVE
TULARE, CA 93274

William E Franklin, DO
14551 Greatest Place
Bakersfield, CA 93314

Wireless Telecommunications Bureau
445 12th Street SW
Washington, DC 20554

Yale University School of Medicine
David Brissette, MMSc., PA-C
PO Box 208083
New Haven, CT 06520-8083

Zarate - Gonzales, Gilda
5536 East Madison Avenue
Fresno, CA 93727

Zirmed
888 West Market Street
Louisville, KY 40202

Zulim, Rebecca MD
18355 Avenue 312
Visalia, CA 93292

Zumwalt Construction
Attn: Kurt E. Zumwalt
5520 E. Lamona Ave.
Fresno, CA 93727

The following addresses have been CHANGED:

Agilent Financial Services, Inc
5301 Stevens Creek Blvd
Santa Clara, CA 95051
```

Allied Universal
PPO 14417
1551 N. Tustin Ave. Suite #650
Santa Ana, CA 92705

American College of Cardiology Foundatio
2400 N Street NW
Washington, DC 20037

Anthem Blue Cross
11050 Olson Drive
Suite 110
Rancho Cordova, CA 95670

API Healthcare Corporation
1550 Innovation Way
Hartford, WI 53027

Barsoum, Yasser W., M.D.
500 S. Santa Fe
Visalia, CA 93292

Blue Shield of California
6300 Canoga Avenue
12th floor
Woodland Hills, CA 91367

Blue Shield of California
P.O. Box 629017
El Dorado Hills, CA 95762-9017

Brian Woo, M.D.
722 N. Clovis Ave.,
Apt. #253
Clovis, CA 93611

Central Valley Business Forms
7500 West Sunnyview Avenue
Visalia, CA 93291

Dade Behring Financial Services
P.O. Box 778
Deerfield, IL 60015

Derrel's Mini Storage, Inc.
1700 S. Blackstone St.
Tulare, CA 93724

Duane Ament Radiology Repair
5616 Nomi Street
Bakersfield, CA 93308

GE Capital Technology Soulutions, LLC
P.O. Box 4586
New York, NY 10163-4586

GE Healthcare
3000 North Grandview Boulevard
Waukesha, WI 53188

Imaging Financial Services, Inc
343 State Street
Rochester, NY 14650-0001

Innovative Ophthalmic Products
dba Katena
4 Stewart Ct.
Denville, NJ 07834

John Torrez III & Bernadette Terrez c/o
Heimberg Barr LLP
800 W 6th St Ste 1500
Los Angeles, CA 90017-2718

Maxim Staffing Solutions
6051 N Fresno Suite 102
Fresno, CA 93710

Synthes LTD
325 Paramount Dr.
Raynham, MA 02767

ThyssenKrupp Elevator Corporation
35432 Industrial Road
Attn: Matt Mitchell
Livonia, MI 48150

ThyssenKrupp Elevator Corporation
940 Riverside Parkway
Suite 20
West Sacramento, CA 95605

Top O Morn Farms
17324 Rd 136
Tulare, CA 93274

Toshiba American Information Systems, In
5241 California Avenue Suite 100
Irvine, CA 92617

Transamerica Public Finance, LLC
P.O. Box 219945
Kansas City, MO 64121-9945

United AD Label (Moore Wallace)
300 Lang Blvd.
Grand Island, NY 14072

Yorai Benzeevi
3500 W. Olive Ave.
Suite 300
Burbank, CA 91505