WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry St.<br>               Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: N/A<br><br>Date: N/A<br>Time: N/A<br>Place: 2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 13<br>Judge: Honorable René Lastreto II |

**SECOND AMENDMENT TO THE LIST OF CREDITORS AND CLAIMS PURSUANT TO 11 U.S.C. §§ 924 AND 925**

///

///

///

---

Second Amendment to the List of Creditors and Claims Pursuant to 11 U.S.C. §§ 924 and 925     -1-     00165569-NAM-12.14.2017

Pursuant to 11 U.S.C. §§ 924 and 925, Tulare Local Healthcare District, dba Tulare Regional Medical Center ("TRMC"), the Debtor in the above captioned case, by and through its counsel, hereby submits this second amendment to the List of Creditors and Claims originally filed with the Court on October 27, 2017.

Dated: December 5, 2017

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for Debtor
Tulare Local Healthcare District, dba
Tulare Regional Medical Center

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A MUNICIPALITY

I, Sanford Haskins, Interim Chief Administrative Officer of Tulare Local Healthcare District, dba Tulare Regional Medical Center, am the authorized agent of the municipality named as the debtor in this case. I declare under penalty of perjury that I have read the foregoing Second Amendment to the List of Creditors and Claims which is hereby submitted and that it is true and correct to the best of my information and belief.[1]

Dated: December 14, 2017

/s/ Sanford Haskins
Sanford Haskins, Interim Chief Administrative Officer of Tulare Local Healthcare District, dba Tulare Regional Medical Center

---

[1] The Debtor may further amend and correct this list as new information is developed or received.

Second Amendment to List of Creditors and Claims

**The following creditor addresses have been changed

| Name | Address1 | Address2 | City | State | Zip | ClaimAmt | Consideration | Amendment Note |
|---|---|---|---|---|---|---|---|---|
| Agilent Financial Services, Inc | 5301 Stevens Creek Blvd | | Santa Clara | CA | 95051 | unknown | | ADDRESS CHANGED |
| Allied Universal | PPO 14417 | 1551 N. Tustin Ave. Suite #650 | Santa Ana | CA | 92705 | unknown | | ADDRESS CHANGED |
| American College of Cardiology Foundation | 2400 N Street NW | | Washington | DC | 20037 | unknown | | ADDRESS CHANGED |
| Anthem Blue Cross | 11050 Olson Drive | Suite 110 | Rancho Cordova | CA | 95670 | unknown | | ADDRESS CHANGED |
| API Healthcare Corporation | 1550 Innovation Way | | Hartford | WI | 53027 | unknown | | ADDRESS CHANGED |
| Barsoum, Yasser W. M.D. | 500 S. Santa Fe | | Visalia | CA | 93292 | unknown | | ADDRESS CHANGED |
| Blue Shield of California | 6300 Canoga Avenue | 12th floor | Woodland Hills | CA | 91367 | unknown | | ADDRESS CHANGED |
| Blue Shield of California | P.O. Box 629017 | | El Dorado Hills | CA | 95762-9017 | unknown | | ADDRESS CHANGED |
| Brian Woo, M.D. | 722 N. Clovis Ave. | Apt. #253 | Clovis | CA | 93611 | unknown | | ADDRESS CHANGED |
| Central Valley Business Forms | 7500 West Sunnyview Avenue | | Visalia | CA | 93291 | unknown | | ADDRESS CHANGED |
| Dade Behring Financial Services | P.O. Box 778 | | Deerfield | IL | 60015 | unknown | | ADDRESS CHANGED |
| Derrel's Mini Storage, Inc. | 1700 S. Blackstone St. | | Tulare | CA | 93274 | unknown | | ADDRESS CHANGED |
| Duane Ament Radiology Repair | 5616 Nomi Street | | Bakersfield | CA | 93308 | unknown | | ADDRESS CHANGED |
| GE Capital Technology Soulutions, LLC | P.O. Box 4586 | | New York | NY | 10163-4586 | unknown | | ADDRESS CHANGED |
| GE Healthcare | 3000 North Grandview Boulevard | | Waukesha | WI | 53188 | unknown | | ADDRESS CHANGED |
| Imaging Financial Services, Inc. | 343 State Street | | Rochester | NY | 14650-0001 | unknown | | ADDRESS CHANGED |
| Innovative Ophthalmic Products | dba Katena | 4 Stewart Ct. | Denville | NJ | 07834 | unknown | | ADDRESS CHANGED |
| John Torrez III & Bernadette Terrez c/o | Heimberg Barr LLP | 800 W 6th St Ste 1500 | Los Angeles | CA | 90017-2718 | unknown | | ADDRESS CHANGED |
| Synthes LTD | 325 Paramount Dr. | | Raynham | MA | 02767 | unknown | | ADDRESS CHANGED |
| ThyssenKrupp Elevator Corporation | 35432 Industrial Road | Attn: Matt Mitchell | Livonia | MI | 48150 | unknown | | ADDRESS CHANGED |
| ThyssenKrupp Elevator Corporation | 940 Riverside Parkway | Suite 20 | West Sacramento | CA | 95605 | unknown | | ADDRESS CHANGED |
| Top O Morn Farms | 17324 Rd 136 | | Tulare | CA | 93274 | unknown | | ADDRESS CHANGED |
| Toshiba American Information Systems, Inc. | 5241 California Avenue Suite 100 | | Irvine | CA | 92617 | unknown | | ADDRESS CHANGED |
| Transamerica Public Finance, LLC | P.O. Box 219945 | | Kansas City | MO | 64121-9945 | unknown | | ADDRESS CHANGED |
| United AD Label (Moore Wallace) | 300 Lang Blvd | | Grand Island | NY | 14072 | unknown | | ADDRESS CHANGED |
| Yorai Benzeevi | 3500 W. Olive Ave. | Suite 300 | Burbank | CA | 91505 | unknown | | ADDRESS CHANGED |

**The following creditors have been added.

| Name | Address1 | Address2 | City | State | Zip | ClaimAmt | Consideration | Amendment Note |
|---|---|---|---|---|---|---|---|---|
| 4 Creeks Civil Engineering and Surveying | 2929 West Main Street | Suite A | Visalia | CA | 93291 | unknown | | CREDITOR ADDED |
| 5 Star Consultants, LLC | P.O. Box 237 | | Camdenton | MO | 65020 | unknown | | CREDITOR ADDED |
| AAA Solar Electric | 1182 North Knollwood Circle | Attn: Hoai-Phuong Huynh Ngo | Anaheim | CA | 92801 | unknown | | CREDITOR ADDED |
| Ability Answering Service | 1101 E Douglas Ave | | Visalia | CA | 93292 | unknown | | CREDITOR ADDED |
| ABMS solutions, LLC | 3050 Peachtree Road | Suite 570 | Atlanta | GA | 30305 | unknown | | CREDITOR ADDED |
| Advanced Practice Strategies | 470 Atlantic Avenue | 14th Floor | Boston | MA | 02110 | unknown | | CREDITOR ADDED |
| Agile Consulting Group, Inc | 600 Ironwood Dr. | Suite 621 | Ponte Vedra Beach | FL | 32082 | unknown | | CREDITOR ADDED |
| Akhavon, Fariba MD | 1437 East Prosperity Avenue | | Tulare | CA | 93274 | unknown | | CREDITOR ADDED |
| Alan Germany | 2386 North Sun Lake Place | | Tucson | AZ | 85749 | unknown | | CREDITOR ADDED |
| Ali, Shaukat M.D. | 30 River Park Place Wes | Suite 440 | Fresno | CA | 93720 | unknown | | CREDITOR ADDED |
| All West Select Sires | P.O. Box 507 | | Burlington | WA | 98233 | unknown | | CREDITOR ADDED |
| Allied Health Institute | 1001 NW 62nd Street | #407 | Ft. Lauderdale | FL | 33309 | unknown | | CREDITOR ADDED |
| Amerinet | 36 South State St. | 19th Floor | Salt Lake City | UT | 84111 | unknown | | CREDITOR ADDED |
| Andhavarapu, Giridhar | 296 W. Harold Griswold Way | | Hanford | CA | 93230 | unknown | | CREDITOR ADDED |
| Angelica Textile Services, Incorporated | 1105 Lakewood Parkway - Suite 210 | ATTN: President | Alpharetta | GA | 30004 | unknown | Additional Notice Requested | CREDITOR ADDED |
| Angelica Textile Services, Incorporated | 422 S. Fruit Avenue | ATTN: Market Vice President | Fresno | CA | 93706 | unknown | Additional Notice Requested | CREDITOR ADDED |
| Angelica Textile Services, Incorporated | 424 South Woods Mill Road - Ste 300 | ATTN: General Counsel | Chesterfield | MO | 63017-3406 | unknown | Additional Notice Requested | CREDITOR ADDED |
| APIC Consulting Services Inc. | 1400 Crystal Drive | Suite 900 | Arlington | VA | 22202 | unknown | | CREDITOR ADDED |
| ApolloMed Hospitalist, A Medical Corporation | P.O. Box 4555 | | Glendale | CA | 91222 | unknown | | CREDITOR ADDED |
| Araim, Omar MD | 116 N. Akers Street | | Visalia | CA | 93291 | unknown | | CREDITOR ADDED |
| Archway Physician Recruitment | P.O. Box 11886 | | St. Louis | MO | 63105 | unknown | | CREDITOR ADDED |
| Arnold O. Welden, M.D., INC. | 1090 N. Cherry St. | | Tulare | CA | 93274 | unknown | | CREDITOR ADDED |
| Asereth Medical Services | 257 S Fair Oaks Avenue | Suite 200 | Pasadena | CA | 91105-2050 | unknown | | CREDITOR ADDED |
| AT&T California | 610 Sequoia Pacific Blvd. | | Sacramento | CA | 95814 | unknown | | CREDITOR ADDED |
| Atricgy Solutions Group, INC | 1 Jenner | Suite 240 | Irvine | CA | 92618 | unknown | | CREDITOR ADDED |
| Audit & Adjustment Company, Inc | 20700 44th Ave W | Suite 100 | Lynnwood | WA | 98036 | unknown | | CREDITOR ADDED |
| Avanel Medical Center | 148 E Kings St. | | Avenal | CA | 93204-1529 | unknown | | CREDITOR ADDED |
| Baby-Friendly USA, Inc. | 125 Wolf Road | Suite 402 | Albany | NY | 12205 | unknown | | CREDITOR ADDED |
| BAKER & HOSTETLER, LLC | 11601 WILSHIRE BOULEVARD SUITE | Attn: GREEN, BRUCE | LOS ANGELES | CA | 90025-0509 | unknown | | CREDITOR ADDED |
| Balanced Healthcare Receivables, LLC | 164 Burke Street | Suite 201 | Nashua | NH | 3060 | unknown | | CREDITOR ADDED |
| Baradat & Pabootian, Inc | 720 W. Alluvial Avenue | | Fresno | CA | 93711 | unknown | | CREDITOR ADDED |
| Barbara and Stephen Harrell dba Fitness by Design | 2024 E. Foster Dr. | | Tulare | CA | 93274 | unknown | | CREDITOR ADDED |
| Bates, Robert A. | 4514 W. Olive Ave. | | Fresno | CA | 93722 | unknown | | CREDITOR ADDED |

Second Amendment to List of Creditors and Claims

| Name | Address | Address 2 | City | State | Zip | Notes | Status |
|---|---|---|---|---|---|---|---|
| BB&T - John Burnham Insurance Services | 750 B Street | Suite 2400 | San Diego | CA | 92101 | unknown | CREDITOR ADDED |
| Beavers, Jshondo (Smokey) | 3013 N. Verde Vista | | Visalia | CA | 93277 | unknown | CREDITOR ADDED |
| Ben Leon | 1559 Hillcrest Ave | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Betre, Abraham DO | 939 N Gem Street | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| BeyondNow Technologies, Inc (Cerner Corporation) | 5750 W. 95th Street | | Overland Park | KS | 66207 | unknown | CREDITOR ADDED |
| Bhardwai, Virinder | 557 West Morton Avenue | | Porterville | CA | 93257 | unknown | CREDITOR ADDED |
| Bhaskar, Shyam, M.D. | 231 West Noble Avenue | | Visalia | CA | 93291 | unknown | CREDITOR ADDED |
| Bio Systems ATTN: Brent Arnold | 28161 North Keith Drive | | Lake Forest | IL | 60045 | unknown | CREDITOR ADDED |
| Black Box RX, LLC | 6263 Poplar Ave. | Suite 1133 | Memphis | TN | 38119 | unknown | CREDITOR ADDED |
| Boken, Daniel J MD | P.O. Box 767 | | Visalia | CA | 93279 | unknown | CREDITOR ADDED |
| Boston Reed College | 2799 Napa Valley Corporate Drive | | Napa | CA | 94558 | unknown | CREDITOR ADDED |
| Brandman University | 16355 Laguna Canyon Rd. | | Irvine | CA | 92618 | unknown | CREDITOR ADDED |
| Broadlane, Inc. | 13727 Noel Road | ATTN: Contacts | Dallas | TX | 75240 | unknown | CREDITOR ADDED |
| Brooks Home IV, Inc. dba Brooks Health Care | 5070 N Sixth St | Suite 1400 | Fresno | CA | 93722 | unknown | CREDITOR ADDED |
| BSK Associates, Geotechnical Engineering | 567 West Shaw Avenue | Suite 169 | Fresno | CA | 93704 | unknown | CREDITOR ADDED |
| California Department of Health Care Services | P.O. Box 997413 | Suite B | Sacramento | CA | 95899-7413 | unknown | CREDITOR ADDED |
| California Health Collaborative | 1625 East Shaw Avenue | MS 0000 | Fresno | CA | 93710 | unknown | CREDITOR ADDED |
| California Information Management | 2929 S. Angus Avenue | Suite 155 | Fresno | CA | 93725 | unknown | CREDITOR ADDED |
| California Medical Association | 1201 J St. | Suite 200 | Sacramento | CA | 95814 | unknown | CREDITOR ADDED |
| California Medical Imaging Associates DBA Tulare Imaging Associates a Medical Corporation | 22802 Avenue 296 | | Exeter | CA | 93221 | unknown | CREDITOR ADDED |
| California Pacific Medical Center | 2333 Buchanan Street | | San Francisco | CA | 94115 | unknown | CREDITOR ADDED |
| California State University, Fresno | 5150 North Maple Avenue | MS JA 111 | Fresno | CA | 90047 | unknown | CREDITOR ADDED |
| California Transplant Donor Network | 1000 Broadway Avenue Suite 600 | Attn: Chief Executive Officer | Oakland | CA | 94607 | unknown | CREDITOR ADDED |
| CALNOC | 111 Deerwood Road | Suite 200 | San Ramon | CA | 94583 | unknown | CREDITOR ADDED |
| Campbell, Matthew MD | 116 N. Akers Street | | Visalia | CA | 93291 | unknown | CREDITOR ADDED |
| Canepa, Mark B. | 7690 North Palm Avenue | Suite 105 | Fresno | CA | 93711 | unknown | CREDITOR ADDED |
| Care Medical | 823 W. Center | | Visalia | CA | 93291 | unknown | CREDITOR ADDED |
| Carene R. Oliveira | 2747 W. Caldwell | Apt. C | VISALIA | CA | 93291-0000 | unknown | CREDITOR ADDED |
| Casa Loma College | 6725 Kester Ave | ATTN: Lynda Volding | Van Nuys | CA | 91405 | unknown | CREDITOR ADDED |
| Celtic Commercial Finance | 4 Park Plaza Suite 300 | | Irvine | CA | 92614 | unknown | CREDITOR ADDED |
| Central Boiler and Industrial Service | 1718 N. Shirk Road | | Visalia | CA | 93291 | unknown | Disputed | CREDITOR ADDED |
| Central California Blood Center | 4343 W. Herndon Avenue | | Fresno | CA | 93722 | unknown | CREDITOR ADDED |
| Central California Cardiovascular | 2001 High St. | | Selma | CA | 93662 | unknown | CREDITOR ADDED |
| Central California Emergency medical Services Agency (CCEMSA) | 1221 Fulton St, 5th Floor | P.O. Box 11867 | Fresno | CA | 93775-1867 | unknown | CREDITOR ADDED |
| Chang, Jeffrey Chilkwang MD | 869 N. Cherry Street | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| CHIDI UKATU, MD, INC | 10521 RUTHELEN STREET | | LOS ANGELES | CA | 90047 | unknown | CREDITOR ADDED |
| Children's Hospital Central California | 9300 Valley Children's Place | | Madera | CA | 93638 | unknown | CREDITOR ADDED |
| Chopra, Jatinder MD | 858 N. Cherry Street | | Tulare | CA | 93274 | unknown | Atty For Jatinder Chopra Md | CREDITOR ADDED |
| Christiansen Group | 810 W. Acequia Ave | | Visalia | CA | 93291 | unknown | CREDITOR ADDED |
| CHSU College of Pharmacy | 120 N. Clovis Ave | | Clovis | CA | 93612 | unknown | CREDITOR ADDED |
| Chubb Group of Insurance Companies | 555 S. Flower Street 3rd Floor | | Los Angeles | CA | 90071 | unknown | CREDITOR ADDED |
| Clar, Koonbojian and Associates | 1120 Iron Point Road | Suite 150 | Folsom | CA | 95630 | unknown | CREDITOR ADDED |
| College of the Sequoias | 915 S. Mooney Boulevard | | Visalia | CA | 93277 | unknown | CREDITOR ADDED |
| Community Health Network | 1755 Indian Wood Circle | Suite 100 | Maumee | OH | 43537 | unknown | CREDITOR ADDED |
| Comprehensive Pharmacy Services, Inc | 6409 Quail Hallow Road | | Memphis | TN | 38120 | unknown | CREDITOR ADDED |
| Concorde Career Colleges, Inc. | 10933 Marks Way | | Miramar | FL | 33025 | unknown | CREDITOR ADDED |
| Confier Physician Services, Inc. | 8525 W. 183rd Street | Suite A | Tinley Park | IL | 60487 | unknown | CREDITOR ADDED |
| Consumer Affairs, State of California | 1625 North Market Blvd. | Suite N 112 | Sacramento | CA | 95834 | unknown | CREDITOR ADDED |
| Contract Management Strategies | 2302 Martin Street | Suite 125 | Irvine | CA | 92612 | unknown | CREDITOR ADDED |
| Coroner Laboratory services | 3333 E. American | Suite G | Fresno | CA | 93725 | unknown | CREDITOR ADDED |
| County of Tulare c/o Tulare City Counsel | Deanne H. Peterson | 2900 Burrell Ave. | Visalia | CA | 93291 | unknown | CREDITOR ADDED |
| Cristi Lewis | 330 31st Street | | Hermosa Beach | CA | 90254 | unknown | CREDITOR ADDED |
| CROSSCHX, INC | 99 East Main Street | | Columbus | OH | 43215 | unknown | CREDITOR ADDED |
| Curare Group, Inc. | 2990 E. Covenanter Drive | | Bloomington | IN | 47401 | unknown | CREDITOR ADDED |
| Cynthia Rios, RN | 500 East Minnesota Ave | | Turlock | CA | 95382 | unknown | CREDITOR ADDED |
| David Larios | 157 E ESTATE | | TULARE | CA | 93274 | unknown | CREDITOR ADDED |
| Debra Holdridge | 1391 E COELHO AVE | | TULARE | CA | 93274 | unknown | CREDITOR ADDED |
| Delta Nursing & Rehabilitation Hospital | 514 N. Bridge St | | Visalia | CA | 93291 | unknown | CREDITOR ADDED |
| Dennis G. Stambaugh | 7792 S. Galileo Ln | | Tuscon | AZ | 85747 | unknown | CREDITOR ADDED |
| Department of Fish and Game, State of California | 8530 West Roosevelt Avenue | | Visalia | CA | 93291 | unknown | Already on Mailing list via special notice | CREDITOR ADDED |
| Department of Health, State of California | 1515 K Street Suite 400 | MS 8103 P.O. Box 997413 | Sacramento | CA | 95899-7413 | unknown | CREDITOR ADDED |
| Department of Veterans Affairs | 2615 E. Clinton Ave | Bldg 11 Room #9 | Fresno | CA | 93703 | unknown | CREDITOR ADDED |
| Direct Dermatology, Inc | 772 Avelar Street | | East Palo Alto | CA | 94303 | unknown | CREDITOR ADDED |
| DNV Healthcare, Inc. | 400 Techne Center Drive | Suite 100 Attn: Darrel Scott | Milford | OH | 45150 | unknown | CREDITOR ADDED |

Second Amendment to List of Creditors and Claims

| Name | Address | Address 2 | City | State | Zip | Atty For California Medical Association | |
|---|---|---|---|---|---|---|---|
| Do, Long Xuan | 1201 J Street | Suite 200 | Sacramento | CA | 95814 | unknown | CREDITOR ADDED |
| Dr. Laura Bultman | 8210 Havelock Ct | | St. Paul | MN | 55124 | unknown | CREDITOR ADDED |
| DVA Renal Healthcare, Inc. | 601 Hawaii Street | c/o DaVita Inc. | El Segundo | CA | 90245 | unknown | CREDITOR ADDED |
| ECRI Institute | 5200 Butler Pike | | Plymouth Meeting | PA | 19462 | unknown | CREDITOR ADDED |
| Edwards Lifesciences LLC | One Edwards Way | | Irvine | CA | 92614 | unknown | CREDITOR ADDED |
| Emdeon Business Services Company | 26 Century Blvd | Suite 601 | Nashville | TN | 37214 | unknown | CREDITOR ADDED |
| EMMI Physician Services | 3116 W. March Lane #200 | | Stockton | CA | 95219 | unknown | CREDITOR ADDED |
| Employee Health Systems Medical Group Inc. | 7625 N. Palm Ave | Suite 107 | Fresno | CA | 93711 | unknown | CREDITOR ADDED |
| EMRCS | P.O. Box 18698 | | Milwaukee | WI | 53218 | unknown | CREDITOR ADDED |
| Entabi MD, Inc. | 951 E. Merritt Ave. | Attn: Compliance Officer | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Espinoza, Desiree dba POSH "A World Class Boutique" | 1445 E. Prosperity | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Evans, Thomas R MD | 1070 N. Cherry Street | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Express Scripts, Inc | One Express Way | | St. Louis | MO | 63121 | unknown | CREDITOR ADDED |
| Fabella, Emmanuel MD | 880 E. Merritt Avenue, Suite 102 | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Family Healthcare Network | 263 S. West Street | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Federal Communications Commission | 1070 Fairfield Road | | Gettysburg | PA | 17325-7245 | unknown | CREDITOR ADDED |
| Fenton, Benjamin J. | 1990 South Bundy Drive, Ste 777 | | Los Angeles | CA | 90025 | unknown | Atty For Prof Med Staff Of Trmc CREDITOR ADDED |
| Fiagle, Amanda | 3184 Rudder Ave. | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| First 5 Tulare County | 3435 S. Demaree St. | Suite A | Visalia | CA | 93277 | unknown | CREDITOR ADDED |
| Fisher, Jill | 3625 Bilorete Court | | Lexington | KY | 40517 | unknown | CREDITOR ADDED |
| Foley and Lardner LLP | 555 South Flower Street | Suite 3500 | Los Angeles | CA | 90071-2411 | unknown | CREDITOR ADDED |
| Fresno City College | 1525 E. Weldon Ave | Attn: Edwin Eng | Fresno | CA | 93704 | unknown | CREDITOR ADDED |
| Fresno Community Hospital and Medical Center | 2823 Fresno Street | Attn: David Clark | Fresno | CA | 93721 | unknown | CREDITOR ADDED |
| Fresno Community Hospital and Medical Center dba Community Regional Medical Center | P.O. Box 1232 | Attn: Robynn Van Patten | Fresno | CA | 93715 | unknown | CREDITOR ADDED |
| Fujifilm Emeral Flex | 419 West Ave | Attn: Mark Belaire | Stamford | CT | 06902 | unknown | CREDITOR ADDED |
| Furgal, Carol | 689 Boulware Hudspeth Rd. | | Tulle | CA | 93274 | unknown | CREDITOR ADDED |
| G.L. Hicks Financial, LLC | 5033 Riverpark Way | | Provo | UT | 84604 | unknown | CREDITOR ADDED |
| GADKE, LAURA | 1100 N MANOR DR | | Zavalla | TX | 75980 | unknown | CREDITOR ADDED |
| Gaither's Family Homes, Inc | 120 N. 'M' Street | | Clovis | CA | 93619 | unknown | CREDITOR ADDED |
| Gannett Advertising | 330 N. West St. | | TULARE | CA | 93291 | unknown | CREDITOR ADDED |
| Garrovillas, Florence MD | 160 S. Farmersville Blvd. | Suite F | Visalia | CA | 93274 | unknown | CREDITOR ADDED |
| Getinge Maquet | 45 Barbour Pond Drive | | Farmersville | CA | 93223 | unknown | CREDITOR ADDED |
| GetProof.com | 3050 Royal Blvd. South | Suite 100 | Wayne | NJ | 07470 | unknown | CREDITOR ADDED |
| GLOBAL CTI | 5329 Office Center Ct. | Suite 200 | Alpharetta | GA | 30022 | unknown | CREDITOR ADDED |
| Golden Valley Tom's Vending | 1101 Security Court | | Bakersfield | CA | 93309 | unknown | CREDITOR ADDED |
| Green Spaces | 10478 E. Acacia | | Tulle | CA | 93274 | unknown | CREDITOR ADDED |
| Gregory Charles Warner, M.D. | 3750 W. Nicholas Ave. | | Clovis | CA | 93619 | unknown | CREDITOR ADDED |
| Guardsmark LLC | 22 South Second Street | | Visalia | CA | 93291 | unknown | CREDITOR ADDED |
| Gupta, Parul MD | 579 N. Gem Street | | Memphis | TN | 32695 | unknown | CREDITOR ADDED |
| Gurnick Academy of Medical Arts | 7335 N. Palm Buffs Ave. | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Haack, Susan MD | 1062 N. Cherry Street | | Fresno | CA | 93711 | unknown | CREDITOR ADDED |
| Hanford Community Medical Center | 450 Greenfield Avenue | Attn: Stan Berry, CEO | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Hanford Nursing and Rehabilitation Hospital | 1007 W. Lacey Blvd | | Hanford | CA | 93230 | unknown | CREDITOR ADDED |
| Hapy Bear Surgery Center, LLC | 1979 Hillman Street | Attn: Kenneth Pierson | Hanford | CA | 93230 | unknown | CREDITOR ADDED |
| Hardwick, Joseph MD | 225 Notteargento Road | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Harpreet Sandhu, M.D. | 200 N G St. | | Pacific Palisades | CA | 90272 | unknown | CREDITOR ADDED |
| Health Net Federal Services | 21281 Burbank Blvd. 4th Floor | | Porterville | CA | 93257 | unknown | CREDITOR ADDED |
| Health Payors Organization, Ltd. | 500 Lena Drive | | Woodland Hills | CA | 91367 | unknown | CREDITOR ADDED |
| Health Services Advisory Group, Inc | 700 N. Brand Blvd. | Suite 410 | Aurora | OH | 44202 | unknown | CREDITOR ADDED |
| HealthPro Associates, Inc | 5743 Corsa Avenue | Suite 216 | Glendale | CA | 91203 | unknown | CREDITOR ADDED |
| HealthStream Express | 209 10th Avenue South | Suite 450 | Westlake | CA | | unknown | CREDITOR ADDED |
| Healthyroads, Inc | 10221 Wateridge Circle | | Nashville | TN | 37203 | unknown | CREDITOR ADDED |
| Heaney, David | 515 W. Acequia Ave. #A | | San Diego | CA | 92121 | unknown | CREDITOR ADDED |
| Hillman Pediatric Health Care Center | 1008 N. Cherry Ave. | | Visalia | CA | 93291 | unknown | CREDITOR ADDED |
| Holliday adn Associates, LLC | P.O. Box 5143 | Attn: Rosemary Holliday | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Horizon Financial Management | 8585 Broadway #880 | | Incline Village | NV | 89450 | unknown | CREDITOR ADDED |
| Hospital Council of Northern and Southern California | 1625 East Shaw Avenue | Suite 139 | Merrillville | IN | 46410 | unknown | CREDITOR ADDED |
| Hundal, Kuljit MD | 1725 Ocean Front Walk | | Fresno | CA | 93710-8100 | unknown | CREDITOR ADDED |
| IBM - Purflex | 8303 Barfield Road | | Santa Monica | CA | 90401 | unknown | CREDITOR ADDED |
| Image Stream Medical, Inc. | One Monarch Drive | | Atlanta | GA | 30328 | unknown | CREDITOR ADDED |
| InCare MD, a corporation | 943 Gem Street | Attn: Saqib Rashid | Littleton | MA | 01460 | unknown | CREDITOR ADDED |
| Indulgence Salon and Spa | 1449 E. Prosperity | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |

| Name | Address | Suite/Unit | City | State | Zip | Notes | Status |
|---|---|---|---|---|---|---|---|
| Inez Fabella, MD | 1691 WINDSONG DR | | TULARE | CA | 93274 | unknown | CREDITOR ADDED |
| Infection Control Consulting Services LLC | 7962 S. Stirling Bridge Boulevard | | Delray Beach | FL | 33446 | unknown | CREDITOR ADDED |
| Influence Health (MedSeek, Inc.) | 2028 Village Lane | | Solvang | CA | 93463 | unknown | CREDITOR ADDED |
| Innovative Employee Solutions | 9665 Granite Ridge Dr. | #420 | San Diego | CA | 92123 | unknown | CREDITOR ADDED |
| Inpatient Hospital Group, Inc. | 858 N. Cherry Street | Suite B | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Institutional Bond Network | 463 Pennsfield Place | Suite 201 | Thousand Oaks | CA | 91360 | unknown | CREDITOR ADDED |
| Intelligent Medical Objects, Inc. | 60 Revere Drive | Suite 360 Attn: CEO | Northbrook | IL | 60062 | unknown | CREDITOR ADDED |
| Interactivation Health Networks | 331 W 57th Street | Suite 733 | New York | NY | 10019 | unknown | CREDITOR ADDED |
| International Agri-Center | 4500 S. Laspina St. | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Interplan Health Group Insurance | 222 West Las Colinas Boulevard | Suite 600N | Irving | TX | 75039 | unknown | CREDITOR ADDED |
| Intuitive Surgical, Inc. | 1266 Kifer Road | | Sunnyvale | CA | 94086 | unknown | CREDITOR ADDED |
| Jack Dhillon and Suleman S Lakhani | 3610 N. Minden Ct | | Visalia | CA | 93291 | unknown | CREDITOR ADDED |
| Jackson & Coker | 3000 Old Alabama Rd. | Suite 119-608 | Alpharetta | GA | 30022 | unknown | CREDITOR ADDED |
| Jacobs Project Management Company | 180 Promenade Circle | Suite 300 Attn: Larry Colson | Sacramento | CA | 95834 | unknown | CREDITOR ADDED |
| Jade Osborne | 401 N. Cherry St. | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Jan and Gail's Care Home 4 | 605 Aronian St. | | Tulare | CA | 93724 | unknown | CREDITOR ADDED |
| Jefferson Cline | 1312 S. Clover Street | | Tulare | CA | 93277 | unknown | CREDITOR ADDED |
| Jermy Lagow | 1110 W. Chestnut St. | Apt. A | Exeter | CA | 93221 | unknown | CREDITOR ADDED |
| Joe O. Dominguez | 626 South F Street | | TULARE | CA | 93274 | unknown | CREDITOR ADDED |
| Johnson and Johnson Health Care Sytems, Inc. | 425 Hoes Lane | | Piscataway | NJ | 08855 | unknown | CREDITOR ADDED |
| JTS Construction | P.O. Box 41765 | | Bakersfield | CA | 93384 | unknown | CREDITOR ADDED |
| Kalicinsky, Ihor MD | 795 N. Cherry Street | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Kamboj, Pradeep MD | 1070 N. Cherry Street | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Kamboj, Prem MD | 1062 Cherry Street | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Kang, Yadwinder MD | 9904 Vertrice Avenue | | Bakersfield | CA | 93311 | unknown | CREDITOR ADDED |
| Keenan and Associates | 2355 Crenshaw Blvd. | Suite 200 | Torrance | CA | 90501 | unknown | CREDITOR ADDED |
| Kerri Mackey | 19446 Rd 236 | | Strathmore | CA | 93267 | unknown | CREDITOR ADDED |
| Kesavaramanujam, Satish MD | 1064 N. Cherry Street | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| KING JANES | 348 HEMINGWAY COURT | | TULARE | CA | 93274 | unknown | CREDITOR ADDED |
| King, Jeffrey M MD | 935 N. Gem St. | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Kings County Coroner | 1444 Lacey Blvd | | Hanford | CA | 93230 | unknown | CREDITOR ADDED |
| Kings Credit Services | 510 N Douty St. | P.O. Box 950 | Hanford | CA | 93232-0950 | unknown | CREDITOR ADDED |
| Kings Nursing and Rehabilitation Hospital | 851 Leslie Ln | | Hanford | CA | 93239 | unknown | CREDITOR ADDED |
| Kiwi - Tek, LLC | 8900 Keystone Crossing | Suite 1095 | Indianapolis | IN | 46240 | unknown | CREDITOR ADDED |
| Kumar, Parmod MD | 858 N. Cherry Street | Suite B | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Kumar, Pawan MD | 591 E. Merritt Avenue | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Lee, Jou R MD | 945 N. Gem Street | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Leibovic Law Group | Geriann Weisenberg | 21540 Plummer St., Ste. B | Chatsworth | | 91311 | unknown | CREDITOR ADDED |
| Letal, Agnes Deborah, M.D. | 3755 Carmel View Road | Unit 2 | San Diego | CA | 92130 | unknown | CREDITOR ADDED |
| Levinson, Robert A | 15303 Ventura Blvd | Suite 1650 | Sherman Oaks | CA | 91403 | unknown | CREDITOR ADDED |
| Lin, John S MD | 938 N. Cherry Street | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Lindsay Local Hospital District | 101 East Hermosa Ave. | | Lindsay | CA | 93247 | unknown | CREDITOR ADDED |
| Liu, Jonathan | 518 N. Street | Suite B | Visalia | CA | 93291 | unknown | CREDITOR ADDED |
| Loyd's Liberty Homes, Inc | 134 S. "A" Street | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Lumetra | One Sansome Street | Suite 600 | San Francisco | CA | 94104-4448 | unknown | CREDITOR ADDED |
| Macdonald Nurse Consultants, PLLC | 397 Sunny Cove Circle | | Prescott | AZ | 86303 | unknown | CREDITOR ADDED |
| Mai, Kenny MD | 470 N. Greenfield Avenue, Ste 201 | | Hanford | CA | 93230 | unknown | CREDITOR ADDED |
| Maksy, Magdy MD | 500 South Santa Fe Street | | Visalia | CA | 93292 | unknown | CREDITOR ADDED |
| Mapes, David | 6070 N. Cecelia Ave | | Fresno | CA | 93722 | unknown | CREDITOR ADDED |
| March of Dimes | 101 Montgomery Street | Suite 300 Attn: Maura Georges | San Francisco | CA | 94104 | unknown | CREDITOR ADDED |
| March of Dimes | 1275 Mamaroneck Avenue | Attn: SVP & Deputy Medical Dir. | White Plains | NY | 10605 | unknown | CREDITOR ADDED |
| Marshall Medical Group | 1030 E Hwy 377 | Suite 110-101 | Granbury | TX | 76048 | unknown | CREDITOR ADDED |
| Martinez, Marc David MD | 2898 Chillon | | Laguna Beach | CA | 92651 | unknown | CREDITOR ADDED |
| Mary Rose Dominguez | 626 South F Street | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Masimo | 40 Parker | | Irvine | CA | 92618 | unknown | CREDITOR ADDED |
| Master Crime Policy - Alliant Insurance Services Inc. | 1301 Dove Street | Suite 200 | Newport Beach | CA | 92660-2412 | unknown | CREDITOR ADDED |
| Mathewson, Valissa | 7923 Granite Pointe Pkwy | | Bakersfield | CA | 93313 | unknown | CREDITOR ADDED |
| Matthew Morgan | 2636 Trapper Springs Ave. | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| May, Randal MD | 869 N. Cherry Street | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| Staff Care, Inc | 8840 Cypress Waters Blvd | Suite 300 | Coppell | TX | 75019 | unknown | CREDITOR ADDED |
| Stat Radiology Medical Corporation | 4330 La Jolla Village Drive | Suite 250 Attn: Joe Mboock | San Diego | CA | 92122 | unknown | CREDITOR ADDED |
| State of California - Contract Officer | Safety Net Financing Division | P.O. Box 997436 MS 4504 | Sacramento | CA | 95899-7436 | unknown | CREDITOR ADDED |
| Steele's Visions- Hatch | 1875 Hatch Ave. | | Tulare | CA | 93274 | unknown | CREDITOR ADDED |
| STEVEN COHEN, MD | 3404 PERIWINKLE COURT #107 | | PALM BEACH | FL | 33410 | unknown | CREDITOR ADDED |
| Suesberry, Wilbur MD | 1205 Garces Highway #207 | | Delano | CA | 93215 | unknown | CREDITOR ADDED |
| Summit Placement Service | 6065 Dick Price Rd. | | Fort Worth | TX | 76140 | unknown | CREDITOR ADDED |
| Sumwalt, Todd | 5809 W. Modoc Ave. | | Visalia | CA | 93291 | unknown | CREDITOR ADDED |

Note: "Attorney for Health Advocates" appears next to Leibovic Law Group. "Atty For Rebecca Zulim Md" appears next to Levinson, Robert A.

Second Amendment to List of Creditors and Claims

| Name | Address 1 | Address 2 | City | State | Zip | Claim | Notes | Status |
|---|---|---|---|---|---|---|---|---|
| Sunalp Murad MD | 880 East Merritt Avenue | Suite 109 | Tulare | CA | 93274 | unknown | | CREDITOR ADDED |
| Sunny Olson | 1222 Nelder Grove | | Tulare | CA | 93274 | unknown | | CREDITOR ADDED |
| Surdyka, David M.D | 2740 W. MAIN STREET | | VISALIA | CA | 93291 | unknown | | CREDITOR ADDED |
| Sutherlin, Gary | 578 East Mallard Circle | | Fresno | CA | 93730 | unknown | | CREDITOR ADDED |
| T&m Hazardous Waste Management, LLC | P.O. BOX 3024 | | Pinedale | CA | 93650 | unknown | | CREDITOR ADDED |
| Tate, James DO | 18015 8th Ave. NW | | Shoreline | WA | 98177 | unknown | | CREDITOR ADDED |
| Telcor, Inc | 7101 A Street | | Lincoln | NE | 68510 | unknown | | CREDITOR ADDED |
| Thayapran, Tayan MD | 999 W. Morton Avenue | Suite B | Porterville | CA | 93257 | unknown | | CREDITOR ADDED |
| The Stahl Company | 11230 Gold Express Drive | 310-316 Attn: Walter C. Stahl | Gold River | CA | 95670 | unknown | | CREDITOR ADDED |
| Thelen, Dennis R. | 5001 E. Commercenter Dr | #300 | Bakersfield | CA | 93309 | unknown | Atty For David Smith Md | CREDITOR ADDED |
| Thiagarajan, Ramu MD | 382 N. Pearson Drive | | Porterville | CA | 93257 | unknown | | CREDITOR ADDED |
| Thomas, Michelle MD | 2342 E. Emilie Ave. | | Fresno | CA | 93730 | unknown | | CREDITOR ADDED |
| Thomson Reuters Inc | 3 Times Square | | New York | NY | 10036 | unknown | | CREDITOR ADDED |
| Times Delta Media Group | 330 N. West St. | | Visalia | CA | 93291 | unknown | | CREDITOR ADDED |
| Torabi, Soheila Zahra MD | 111 N. Sepulveda Blvd, Ste. 210 | | Manhattan Beach | CA | 90266 | unknown | | CREDITOR ADDED |
| TORREZ, RICHARD | 1919 SHAVER LAKE AVE | | TULARE | CA | 93274 | unknown | | CREDITOR ADDED |
| Total Renal Care, Inc - DaVita | 2000 16th Street | | Denver | CO | 80202 | unknown | | CREDITOR ADDED |
| Touro University College of Pharmacy | 1310 Club Drive Mare Island | Attn: CFO | Vallejo | CA | 94592 | unknown | | CREDITOR ADDED |
| Toyon Associates, Inc. | 1800 Sutter Street | Suite 600 Attn: Ron Knapp | Concord | CA | 94520 | unknown | | CREDITOR ADDED |
| Tramutola LLC | 191 Ridgeway Avenue | | Oakland | CA | 94611 | unknown | | CREDITOR ADDED |
| Trapse, Felix M MD | 2624 Riviera | | Tulare | CA | 93274 | unknown | | CREDITOR ADDED |
| TRIPP, ELTON | 282 HEMINGWAY COURT | | TULARE | CA | 93274 | unknown | | CREDITOR ADDED |
| Trujillo, Joshua MD | 1062 South K Street | | Tulare | CA | 93274 | unknown | | CREDITOR ADDED |
| Tulare Anesthesia Consultants, Inc. | 7112 N. Fresno St., Ste. 450 | c/o FLGZ Attn: Anthony Vierra | Fresno | CA | 93720 | unknown | | CREDITOR ADDED |
| Tulare Anesthesia Consultants, Inc. | 236 West 30th Street | 6th Floor | New York | NY | 10001 | unknown | | CREDITOR ADDED |
| Tulare Community Health Clinic, Inc | Dooley, Herr, Peltzer & Richardson, LLP | 100 Willow Plaza, Suite 300 | Visalia | CA | 93291 | unknown | | CREDITOR ADDED |
| Tulare Community Health Clinic, Inc | 1201 N. Cherry Street | Instructor of NHM 491, 446 Russell | Tuscaloosa | AL | 35487 | unknown | | CREDITOR ADDED |
| Tulare County Transit | 5961 S Mooney Blvd. | Sherman Building, Suite 2300 | Sacramento | CA | 95817 | unknown | | CREDITOR ADDED |
| Tulare District Emergency Medical Associates Inc | 111 N. Sepulveda Blvd, Ste 210 | Attn: Director of Transportation | Visalia | CA | 93277-9394 | unknown | | CREDITOR ADDED |
| Tulare Nursing and Rehabilitation Hospital, Inc | 680 East Merritt Avenue | | Manhattan Beach | CA | 90266 | unknown | | CREDITOR ADDED |
| Tulare Outlets - c/o The Woodmont Company | 2100 W. 7th Street | | Tulare | CA | 93274 | unknown | | CREDITOR ADDED |
| Tulare Pediatric Group, INC | 1062 N. Cherry St. | | Fort Worth | TX | 76107 | unknown | | CREDITOR ADDED |
| Tulare Sno shack | 276 Andrews Ct. | | Tulare | CA | 93274 | unknown | | CREDITOR ADDED |
| Turner, Marshall C. | 190 Carondelet Plaza | Suite 600 | St. Louis | MO | 63105 | unknown | | CREDITOR ADDED |
| Twin Oaks Rehabilitation and Nursing Center | 999 North M Street | | Tulare | CA | 93274 | unknown | | CREDITOR ADDED |
| Two Point Conversions | 2211 N. Elston Ave. | | Chicago | IL | 60614 | unknown | | CREDITOR ADDED |
| UC Berkeley Optometric Eye Center | University of California Berkeley | Attn: Director of UC Berkeley Digital Health | Berkeley | CA | 94720 | unknown | | CREDITOR ADDED |
| UltraLing Healthcare Solutions, Inc. | 236 West 30th Street | 6th Floor | New York | NY | 10001 | unknown | | CREDITOR ADDED |
| University of Alabama | Shannon McMahon, MS, RD, LD | Instructor of NHM 491, 446 Russell | Tuscaloosa | AL | 35487 | unknown | | CREDITOR ADDED |
| University of California Davis Health System | 2315 Stockton Boulevard | Sherman Building, Suite 2300 | Sacramento | CA | 95817 | unknown | | CREDITOR ADDED |
| University of Phoenix | College of Health Sciences & Nursing | 1625 Fountainhead Parkway, CF-SX07 | Tempe | AZ | 85282-2371 | unknown | | CREDITOR ADDED |
| University of St. Francis | 4401 Silver Ave., Suite B | Attn: Renee Pepin, MD | Albuquerque | NM | 87108 | unknown | | CREDITOR ADDED |
| University of The Incarnate Word - Doctor of Physical Therapy Program | 4301 Broadway, CPO 412 | Attn: Chad Jackson, PT, DPT, OCS Pharmacy Practice Experience | San Antonio | TX | 78209 | unknown | | CREDITOR ADDED |
| University of the Pacific | 3601 Pacific Avenue | | Stockton | CA | 92211 | unknown | | CREDITOR ADDED |
| University of Utah | College of Pharmacy | 30 South 2000 East Rm 201 | Salt Lake City | UT | 84112-5820 | unknown | | CREDITOR ADDED |
| Unruh, Thomas MD | 143 Keating Loop | | Crossville | TN | 38555 | unknown | | CREDITOR ADDED |
| USC Care Medical Group, Inc | 1400 S Grand Ave | | Los Angeles | CA | 90015 | unknown | | CREDITOR ADDED |
| USC School of Social Work | 669 W 34th St | | Los Angeles | CA | 90089 | unknown | | CREDITOR ADDED |
| Valero, Cristina MD | 6300 West Delaware Ave. | | Visalia | CA | 93291 | unknown | | CREDITOR ADDED |
| Van Someren, Roel | 176 N. Shenandoah Ct. | | Visalia | CA | 92211 | unknown | | CREDITOR ADDED |
| Vierra, Anthony MD | 3821 W. Woodside Ave. | | Visalia | CA | 93291 | unknown | | CREDITOR ADDED |
| Villard, Christopher MD | 1027 N. Demaree | | Visalia | CA | 93291 | unknown | | CREDITOR ADDED |
| Visalia Medical Clinic | 5400 W. Hillsdale Drive | | Visalia | CA | 93291 | unknown | | CREDITOR ADDED |
| Vive Tan & Spa | 1449 E. Prosperity | | Tulare | CA | 93274 | unknown | | CREDITOR ADDED |
| Walden University, LLC | 100 Washington Avenue South | Suite 900 | Minneapolis | MN | 55401 | unknown | | CREDITOR ADDED |
| Warner, Gregory MD | 302 W. Willow Avenue | | Visalia | CA | 93291 | unknown | | CREDITOR ADDED |
| Wave - Metronome, Inc. | 8805 Research Drive | Attn: Edward James Ginty, SVP | Irvine | CA | 92618 | unknown | | CREDITOR ADDED |
| Weatherby Healthcare | 6451 N. Federal Highway, Suite 800 | | Fort Lauderdale | FL | 33308 | unknown | | CREDITOR ADDED |
| Webb, James G MD | 4116 W. Nicholas Avenue | | Visalia | CA | 93291 | unknown | | CREDITOR ADDED |
| WebMD | 1283 Murfreesboro Pike | | Nashville | TN | 93291 | unknown | | CREDITOR ADDED |
| WellPartner, Incorporated | Attn: Legal Department | 7215 SW Durham Road, Suite 200 | Portland | OR | 97224 | unknown | | CREDITOR ADDED |
| Wells Fargo Vendor F c/o Buchalter | Mark Scott | 18400 Von Karman Avenue, Suite 800 | Irvine | CA | 92612 | unknown | | CREDITOR ADDED |
| Western Governors University | Michelle Stebner | 4001 S 700 E, Suite 700 | Salt Lake City | UT | 84107 | unknown | | CREDITOR ADDED |
| Wet Sand Pipe - Wilson Fire Sprinkler | P.O. Box 188 | | Selma | CA | 93662 | unknown | | CREDITOR ADDED |
| White, William M. | 7690 North Palm Avenue | Suite 105 | Fresno | CA | 93711 | unknown | Atty For Homayoun Sohrabi; Mark Martinez | CREDITOR ADDED |

Second Amendment to List of Creditors and Claims

| | | | | | |
|---|---|---|---|---|---|
| WILBOURN, LINDA | 12499 COLONY AVE | | TULARE | CA | 93274 | unknown | CREDITOR ADDED |
| William E Franklin, DO | 14551 Greatest Place | | Bakersfield | CA | 93314 | unknown | CREDITOR ADDED |
| Wireless Telecommunications Bureau | 445 12th Street SW | | Washington | DC | 20554 | unknown | CREDITOR ADDED |
| Yale University School of Medicine | David Brissette, MMSc, PA-C | PO Box 208083 | New Haven | CT | 06520-8083 | unknown | CREDITOR ADDED |
| Zarate - Gonzales, Gilda | 5536 East Madison Avenue | | Fresno | CA | 93727 | unknown | CREDITOR ADDED |
| Zirmed | 888 West Market Street | | Louisville | KY | 40202 | unknown | CREDITOR ADDED |
| Zulim, Rebecca MD | 18355 Avenue 312 | | Visalia | CA | 93292 | unknown | CREDITOR ADDED |
| Zumwalt Construction | Attn: Kurt E. Zumwalt | 5520 E. Lamona Ave. | Fresno | CA | 93727 | unknown | CREDITOR ADDED |
| DaVita Inc. | 2000 16th Street | | Denver | CO | 80202 | unknown | CREDITOR ADDED |