WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting 306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300
E-mail:  mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:  869 N. Cherry Street<br>          Tulare, CA 93274 | CASE NO.  17-13797<br><br>Chapter 9<br><br>DC NO.:  WW-18<br><br>Date:  N/A<br>Time:  N/A<br>Place:  2500 Tulare Street<br>        Fresno, CA  93721<br>        Courtroom 13<br>Judge:  Honorable René Lastreto II |

**ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING FRBP 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS (MEDEQUITIES REALTY TRUST)**

After reviewing the Application for Ex Parte Order Authorizing FRBP 2004 Examination and Production of Documents and good cause appearing,

///

///

RECEIVED
December 15, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006186795

PPLICATION FOR ORDER
P 2004 EXAMINATION AND
CUMENTS (MedEquities Realty Trust)

-1-

M:\S-U\TRMC\PLEADINGS\WW-18 2004 Exam of MedEquities\Order.121217.gaa.docx

**IT IS ORDERED:**

1. That Applicant is authorized to examine MedEquities Realty Trust pursuant to FRBP 2004(a) on the subjects specified in FRBP 2004(b);

2. That pursuant to FRBP 2004(c), attendance for examination and production of documentary evidence may be compelled in the manner provided in FRBP 9016 for the attendance of witnesses at a hearing or trial; and

3. That the examination of the witness shall not be scheduled earlier than 10 days after service of this Order or Subpoena for 2004 Examination with Production of Documents, whichever is later, under FRBP 9016.

Presented by:

*/s/ Riley C. Walter*
Riley C. Walter, Attorneys for
Tulare Local Healthcare District, dba
Tulare Regional Medical Center

IT IS SO ORDERED.

Dated: Dec 16, 2017

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court