GREGORY S. POWELL #182199
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030
E-mail: greg.powell@usdoj.gov

Attorneys for Tracy Hope Davis,
United States Trustee

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>TULARE LOCAL<br>HEALTHCARE DISTRICT,<br><br><br><br><br><br><br>Debtor. | Case No. 17-13797-B-9<br>Chapter 9<br><br>Date:<br>Time:<br>Place: United States Courthouse<br>Department B, Courtroom 13<br>2500 Tulare Street, Fifth Floor<br>Fresno, California<br>Judge: Honorable René Lastreto II |

**NOTICE OF APPOINTMENT OF PATIENT
CARE OMBUDSMAN (11 U.S.C. § 333(a)(1))**

Pursuant to the Federal Rules of Bankruptcy Procedure 2007.2(c) and the Civil Minute Order directing this appointment entered on October 26, 2017, the United States Trustee hereby appoints as the patient care ombudsman for Tulare Local Healthcare District ("Debtor") in this case:

**Beatrice Hensleit
1849 N. Helm Avenue, Suite #114
Fresno, California 93727**

Section 333 of the Bankruptcy Code provides that Beatrice Hensleit, as the Patient Care Ombudsman, shall:

///

1. Monitor the quality of patient care provided to patients of the Debtor, to the extent necessary under the circumstances, including, to the extent necessary, interviewing patients, physicians, and other appropriate interested parties;

2. In the event that the Patient Care Ombudsman determines that the quality of patient care provided to patients of the Debtor is declining significantly or is otherwise being materially compromised, file with the Court a motion or a written report with notice to the parties in interest immediately upon making such determination;

3. As required by Section 333(b)(2), not later than 60 days after the date of appointment, and not less frequently than at 60-day intervals thereafter, report to the Court after notice to the parties in interest, at a hearing or in writing, regarding the quality of patient care provided to patients of the Debtor;

Attached hereto as Exhibit "1" is the verified statement of connections of Patient Care Ombudsman Beatrice Hensleit.

December 18, 2017            /s/ Gregory S. Powell
                                              Gregory S. Powell, Assistant United States Trustee

                                              Attorney for Tracy Hope Davis
                                              United States Trustee

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>**TULARE LOCAL<br>HEATHCARE DISRICT dba<br>TULARE REGIONAL<br>MEDICAL CENTER,**<br><br>Debtor.<br><br>TAX ID#: 94-6002897<br>Address:   869 N. Cherry St.<br>               Tulare, CA  93274 | Case No.:  17-13797-B-9<br>Chapter 9<br>DC No. N/A<br><br>Date:   N/A<br>Time:   N/A<br>Place:  2500 Tulare Street<br>            Fresno, C A 93721<br>            Courtroom 13<br><br>Judge:  Honorable René Lastreto II |

**DECLARATION OF BEARICE HENSLEIT REGARDING APPOINTMENT AS
PATIENT CARE OMBUDSMAN PURSUANT TO F.R.B.2007.21(c)**

I, Beatrice Hensleit, declare:

1. I am the President of Hensleit Healthcare Consulting, located in Fresno, California.  In my individual capacity, I have agreed to be appointed as Patient Care Ombudsman for Tulare Local Healthcare District dba Tulare Regional Medical Center, the Debtor and Debtor in Possession in Case number 17-13797-B-9.  My fees and expenses are to be paid, subject to the Court's approval, by the debtor, upon the filing of a fee application and after notice and a hearing.  I have not received a retainer in this case.

2. I have read and reviewed the Notice of Appointment of Patient Care Ombudsman (11 U.S.C § 333(a)(2)(A) and know the contents thereof.

3. No agreement exists for a division of fees between me and any other person or company.

Exhibit 1

4. Periodically from December 2008, through December 2012, Hensleit Healthcare Consulting provided guidance and made recommendations to assist the Debtor obtain licensure and certification of the Debtor's Rural Health Clinics and conducted analysis and made clinic-specific organizational recommendations to improve workflow and improve reimbursement. Hensleit Healthcare Consulting did not provide guidance on General Acute Care inpatient care. There are no outstanding amounts due and since the las engagement that concluded in 2012, Hensleit Healthcare Consulting has not had any business relationship or contact with the Debtor since. The service Hensleit Healthcare Consulting provided the Debtor would not be specific to patient care and would not be of a nature that would be included in this review project. At no time have I ever been an employee, officer or director of the Debtor.

5. Other than stated above, after review of the debtor's petition and list of creditors, and to the best of my knowledge, information and belief, I have no connection with the Debtor of this estate, creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed by the Office of the United States Trustee, and the Bankruptcy Judge in this case. To the best of my knowledge, information and belief, I am not a creditor, director, officer, employee, insider, or equity security holder to the Debtor, am not and was not an investment banker, and hold no interest materially adverse to the estate of the Debtor, creditors and equity security holders in the matters for which I am to be engaged. I am not a relative or employee of the United States Trustee or any person employed in the Office of the United Sates Trustee.

6. I do not have a pre-petition claim against the debtor.

7. Based on the above, I believe that I am disinterested as that term is defined in 11 U.S.C. § 101(14).

Exhibit 1

8. I propose to file an application for my fees and costs pursuant to 11 U.S.C. § 330. A copy of my resume is attached as Exhibit "A". My hourly billing rate is $125 and bill for mileage incurred in executing the duties as a Patient Care Ombudsman at the current IRS reimbursable rate. I am, over eighteen (18) years of age, of sound mind, and fully competent to make this declaration. I am a resident of Fresno County, California. I declare under penalty of perjury that foregoing is true and correct, and that this declaration was executed on November 29, 2017, at Fresno, California.

Dated: November 29, 2017

Respectfully submitted,

By: *Beatrice Hensleit* (signed)
Beatrice Hensleit

Exhibit 1