## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** JAB-1

**Date:** 12/21/2017

**Time:** 9:30 AM

**Matter:** [198] - Motion for Relief from Automatic Stay [JAB-1] Filed by Creditors Bernadette Torrez, John Torrez III (Fee Paid $181) (eFilingID: 6167516) (svim)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Electronic Record
**Department:** B

**APPEARANCES for:**
**Movant(s):**
(by phone) Creditor's Attorney - James A. Bulger
**Respondent(s):**
(by phone) Creditor's Attorney - Gerald N. Sims; Debtor's Attorney - Riley Walter

## CIVIL MINUTES

Motion Resolved by stipulation

As stated on the record, the motion was resolved by stipulation.