4

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #3159452
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Niki E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-14<br><br>Date: January 25, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**MOTION FOR ORDER FIXING BAR DATE FOR FILING PROOFS OF CLAIM**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY

JUDGE:

    Tulare Local Healthcare District, dba Tulare Regional Medical Center ("TRMC" or

"Debtor") hereby moves this Court pursuant to 11 U.S.C. Sections 105(a), 501, 502(b), 901 and FRBP 2002, 3003 and 9007 for an order, substantially in the form of the proposed order ("Order") attached hereto as Exhibit A, providing notice for a bar date for filing proofs of claim and related relief.

For purposes of this Motion and the proposed deadlines and related relief, the term "Claim" refers to claims arising before the date of the filing of the petition (September 30, 2017) and has the meaning set forth in 11 U.S.C. § 101(5) as further described at Section 501(d).

The Court is requested to set a date which is at least 75 days after service of the Order on creditors. Assuming approval is granted on January 25, 2018, and allowing five (5) court days for services, a general claims bar date of April 10, 2018 (the "Bar Date") would be set as the last date by which any entity or person, other than a governmental entity, may file a timely Proof of Claim against the Debtor. The Bar Date will be enforceable notwithstanding any otherwise applicable non-bankruptcy law that could govern the timing of the assertion of a claim against the Debtor.

TRMC also requests the following related relief:

a. Proofs of Claim must be filed with the Clerk of the Bankruptcy Court, with copies sent to Walter Wilhelm Law Group ("W2LG"), Chapter 9 counsel for TRMC, at the following addresses:

| | |
|---|---|
| Clerk of the Court<br>United States Bankruptcy Court<br>2500 Tulare Street, Rm. 2501<br>Fresno, CA 93721 | Walter Wilhelm Law Group<br>205 E. River Park Circle, Ste. 410<br>Fresno, CA 93720 |

b. Proofs of Claim will be deemed filed only when actually received by the Bankruptcy Court Clerk.

c. Unless otherwise ordered by the Court, any entity, person, or claimant that is required to but does not file a timely Proof of Claim in compliance with the Order (i) will be forever barred from voting with respect to any plan of adjustment filed in this

case and from receiving any distributions under such plan or otherwise from the Debtor's property; (ii) will be bound by the terms of any such plan of adjustment that is confirmed by the Court; and (iii) will no longer be entitled to receive further mailings in or notices regarding this case and will be removed from the List of Creditors filed by the Debtor pursuant to 11 U.S.C. § 924, as amended ("List of Creditors").

　　　　d.　Within five (5) court days of entry of the Order approving this Motion, the Debtor will send by first-class mail the order and a notice of the Order and Bar Date and the other approved procedures and deadlines, in substantially the form of the proposed notice attached as Exhibit B hereto (the "Notice"), along with a copy of Official Proof of Claim Form to (a) all of its known creditors or potential creditors, as identified on the List of Creditors; (b) all entities or persons that have filed a Request for Special Notice; and (c) the other parties required to be served with notice of the Bar Date including any Committee that may be appointed in this case.

　　　　e.　With respect to mailed Notices that are returned as undeliverable, the Debtor will re-mail such Notices within seven (7) court days of returned receipt of the same to the forwarding address set forth on such envelopes, if any, provided, however, that the Debtor will be relieved of any other or further obligation to seek out an address for a potential claimant, if any.

　　　　f.　Within ten (10) court days of entry of an Order approving this Motion, the Debtor will publish the Notice one time in the *Visalia Times-Delta* to give notice to claimants of whom the Debtor is unaware of or of whom the Debtor does not have accurate, current address information.

///
///
///
///
///
///

WHEREFORE, the Debtor respectfully requests that this Court grant the Motion and grant such other relief as is just and proper.

Dated: December 22, 2017

WALTER WILHELM LAW GROUP
a Professional Corporation

_____
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District, dba
Tulare Regional Medical Center