WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:      rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300
E-mail:      mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:   94-6002897<br>Address:    869 N. Cherry Street<br>            Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-9<br><br>Chapter 9<br><br>Date:  January 11, 2018<br>Time:  9:30 a.m.<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 13<br>Judge: Honorable René Lastreto II |

**REPLY TO RESPONSE TO MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT**
**(MEDFLOW, PC)**

///

///

---

REPLY TO RESPONSE TO MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT [MEDFLOW]   -1-   M:\S-U\TRMC\PLEADINGS\WW-9 Motion to Reject Executory Contract [Medflow PC]\Reply.010318.gaa.docx

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

Tulare Local Healthcare District dba Tulare Regional Medical Center ("District") respectfully comes before the Court and replies to the Response of Medflow, PC to the District's Motion for Authorization to Reject Executory Contract as follows.

The District understands why Medflow and Yorai ("Benny") Benzeevi, M.D. and HCCA feel the need to "make a record" with respect to the subject motion. However, the District stands by its position that it does not need nor want a continuing contractual relationship with Medflow and that in its business judgment the agreement in question is not favorable to the District, that the District will save money by rejecting the agreement and that the agreement should be rejected pursuant to Section 365.

WHEREFORE, Tulare Local Healthcare District dba Tulare Regional Medical Center prays that the contract between it and Medflow, PC be rejected and it seeks entry of an Order setting a date by which the rejection claim, if any, must be filed.

Dated: January 3, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: *Riley C. Walter*
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District dba Tulare
Regional Medical Center