6

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300
E-mail:  mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | DC No.:  JAB-1 |
| | Chapter 9 |
| Debtor. | Date:     December 21, 2017 |
| | Time:     9:30 a.m. |
| Tax ID #:   94-6002897 | Place:    2500 Tulare Street |
| Address:   869 N. Cherry Street | Fresno, CA 93721 |
| Tulare, CA 93274 | Courtroom 13 |
| | Dept. B, Fifth Floor |
| | Judge:    Honorable René Lastreto II |

**ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

At Fresno, in the Eastern District of California.

///

///

RECEIVED
January 03, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006196289

1          The Court having reviewed the Stipulation for Relief from the Automatic Stay

2 Pursuant to 11 U.S.C. § 362 between Tulare Local Healthcare District, dba Tulare

3 Regional Medical Center and John Torrez III and Bernadette Torrez and good cause

4 appearing, now, therefore,

5          IT IS HEREBY ORDERED that the Stipulation attached to this Order as Exhibit

6 "A" shall be, and hereby is, approved.

7 Submitted by:

8

WALTER WILHELM LAW GROUP,
9 a Professional Corporation

10

11 _____

12 Riley C. Walter,
13 Attorneys for Debtor,
Tulare Local Healthcare District, dba
14 Tulare Regional Medical Center

15

16

17

18

19

20

21

22

23

24 IT IS SO ORDERED.
25 Dated: Jan 04, 2018            By the Court

26

27                      René Lastreto II, Judge
28                      United States Bankruptcy Court

4

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter, #91839
Matthew P. Bunting, #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:     (559) 435-9868
E-mail:         rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300
E-mail:         mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | DC No.:  JAB-1 |
| | Chapter 9 |
| Debtor. | Date:    N/A |
| | Time:    N/A |
| Tax ID #:   94-6002897 | Place:   2500 Tulare Street |
| Address:   869 N. Cherry Street | Fresno, CA 93721 |
| Tulare, CA 93274 | Courtroom 13 |
| | Dept. B, Fifth Floor |
| | Judge:   Honorable René Lastreto II |

**STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362**

TULARE LOCAL HEALTHCARE DISTRICT, dba Tulare Regional Medical Center ("TRMC") and JOHN TORREZ III AND BERNADETTE TORREZ (collectively "Plaintiff"), by and through their respective counsel, hereby enter into the within Stipulation for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 (the "Stipulation").  The Stipulation is made with reference to the following:

## **RECITALS**

1.  On September 30, 2017, TRMC commenced a voluntary case under chapter 9 of title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court, Eastern District of California ("Petition Date").

2.  Prior to the Petition Date Plaintiff(s) commenced an action in the Tulare County Superior Court against TRMC, styled *John Torrez III and Bernadette Torrez v. Tulare Local Healthcare District dba Tulare Regional Medical Center, Tulare Regional Medical Center, et al., Case No. VCU 268786* ("Lawsuit"), arising out of a personal injury allegedly caused by TRMC prior to the filing of the bankruptcy case ("Malpractice Claim").

3.  TRMC denies the allegations made by Plaintiff(s) in the Lawsuit.

4.  On November 14, 2017, Plaintiff filed a Motion for Relief From the Automatic Stay asking the Court to lift the Automatic Stay in order to allow the Lawsuit to continue against TRMC ("Motion").

5.  TRMC and Plaintiff (collectively "the Parties") have agreed to allow the Automatic Stay to be modified pursuant to the terms and conditions stated herein.

///

///

///

## STIPULATION AND AGREEMENT

NOW, THEREFORE, subject to Court approval, the parties hereby stipulate and agree as follows:

6. The Automatic Stay shall be modified such that Plaintiff shall be permitted to prosecute the Lawsuit to settlement or judgment against TRMC and/or the other defendants in the Lawsuit for the purposes of determining the liability and damages, if any, of TRMC and/or the other defendants with respect to the Malpractice Claim;

7. Plaintiff's recovery against TRMC in the Lawsuit, if any, shall be limited to any proceeds available under any insurance policy, policies, or any liability coverage contracts[1], as the case may be, if any, applicable to Plaintiff's Malpractice Claim, and not from TRMC's assets.

8. Should Plaintiff prevail in the Lawsuit as against TRMC any recovery by Plaintiff against TRMC shall be limited to applicable insurance, or the Policy, if any. The Lawsuit will not be prosecuted for the purpose of reaching the assets of TRMC other than applicable insurance and/or the Policy.

9. Therefore, it is agreed that the Automatic Stay pursuant to 11 U.S.C. § 362 be vacated as to Lawsuit on the terms and conditions provided above.

10. Any amendment to this Stipulation shall be made in writing, signed by both Parties, and approved by the Court.

11. The Parties stipulate to entry of an order approving this Stipulation subject to compliance with FRBP 4001, if required.

///

---

[1] TRMC is a member of a risk-sharing pool (the "Policy"). Pursuant to California Government Code sections 6500 et seq., and sections 990 et seq., BETA Healthcare Group Risk Management Authority administers the pool under a joint powers agreement. However, note that as of the date of this Stipulation TRMC has not assumed this coverage contract in the present bankruptcy case.

1  IT IS HEREBY STIPULATED AND AGREED.

2

3  December 20 , 2017          HEIMBERG BARR, LLP

4

5

6          _____
   James Bulger, Attorneys for Plaintiffs,
7  John Torrez III and Bernadette Torrez

8

9

10  1/2/18 , 2017          WALTER WILHELLM LAW GROUP,
   a Professional Corporation

11

12          _____
13  Riley C. Walter, Attorneys for Debtor,
   Tulare Local Healthcare District, dba
14  Tulare Regional Medical Center

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR RELIEF FROM AUTOMATIC
STAY (TORREZ)

EXHIBIT  A
Page 4 Of 4          00166332-BD-12.20.2017