5

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:    rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300
E-mail:    mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: WW-23 |
| Debtor. | Date:    January 25, 2018 |
| | Time:    9:30 a.m. |
| Tax ID #:    94-6002897 | Place:    2500 Tulare Street |
| Address:    869 N. Cherry St.             Tulare, CA 93274 | Fresno, CA  93721             Courtroom 13 |
| | Judge:    Honorable René Lastreto II |

## MOTION FOR ORDER AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACT PURSUANT TO STIPULATION
### (BETA Risk Management Authority)

///

MOTION FOR ORDER AUTHORIZING ASSUMPTION OF
EXECUTORY CONTRACT PURSUANT TO STIPULATION
(BETA RISK MANAGEMENT AUTHORITY)

-1-

To The Honorable United States Bankruptcy Judge:

Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Debtor" or "TRMC") hereby moves this court for an order pursuant to 11 U.S.C. §§ 365 and 901, as complimented by FRBP 6006 to allow assumption of that certain executory contract with BETA Risk Management Authority (hereinafter "BETArma") for confirmed insurance coverages (the "Agreement") pursuant to the Stipulation for Assumption of Executory Contract entered into by and between TRMC and BETArma which is filed concurrently herewith.

The Motion is based upon the Notice of Motion and Motion, the Declaration of Sanford Haskins, the Stipulation for Assumption of Executory Contract, the files, pleadings and orders on file on this Chapter 9 case, and such other and further evidence as made properly come before the court.

TRMC respectfully requests that this Court enter an order pursuant to 11 U.S.C. §§ 365 and 901 authorizing the Debtor to assume the Agreement pursuant to the Stipulation for Assumption of Executory Contract ("Stipulation") and to perform all obligations thereunder, and seeks such further and additional relief as is just and proper under the circumstances. No prior motion for the relief requested herein as to the subject Agreement has been made to this Court.

## I. BACKGROUND

The background history to this Chapter 9 case is well known to the Court given the papers filed in connection with the Debtor's Motion to Reject Executory Contract (Healthcare Conglomerate Associates, LLC) (DC# WW-1) and the Statement of Qualifications and Memorandum of Facts and Law in support thereof filed on October 26, 2017 (DC # WW-4).

MOTION FOR ORDER AUTHORIZING ASSUMPTION OF
EXECUTORY CONTRACT PURSUANT TO STIPULATION
(BETA RISK MANAGEMENT AUTHORITY)          -2-          M:\S-U\TRMC\PLEADINGS\WW-23 Motion
to Assume BETA Contract Pursuant to
Stipulation\Motion.010418.djb.docx

Due to its financial problems and the governance dispute with Healthcare Conglomerate Associates, LLC ("HCCA"), and to head off a threatened shut down of the hospital by HCCA, on September 30, 2017, TRMC filed its Chapter 9 Petition in the United States Bankruptcy Court for the Eastern District of California, Fresno Division.

## II. THE AGREEMENT

TRMC is a party to the following executory contracts with BETARMA involving liability coverages: (1) Healthcare Entity Comprehensive Liability Coverage Contract, Contract No. HCL-17-361 (the "HCL Contract"); (2) Auto Liability and Physical Damage Coverage Contract, Contract No. AL-17-361 (the "Auto Liability Contract"); and (3) Directors, Officers and Trustees Liability Coverage Contract, Contract No. D&O-17-361 (the "D&O Liability Contract"). True and correct copies of the HCL Contract, Auto Liability Contract, and D&O Liability Contract (collectively, the "Agreement") are attached to the concurrently filed Stipulation as Exhibits A-C, respectively.

TRMC has evaluated the Agreement and considered its financial position using its best business judgment and has determined that the HCL Contract, the Auto Liability Contract, and the D&O Liability Contract are essential to TRMC's operations and intended plan of adjustment and that the prices for coverage are acceptable as fair and reasonable under the circumstances. Further, in order to maximize its ability to propose a Plan of Arrangement TRMC believes the Agreement should be assumed. Accordingly, TRMC and BETARMA have entered into the Stipulation which provides for assumption of the Agreement.

///

///

///

### III. THE STIPULATION

The Stipulation is filed concurrently herewith and sets forth the fundamental terms of each of the above contracts constituting the Agreement, including the monthly and annual contribution amounts for each, and the arrearages and post-petition amounts owed on account of the HCL Contract (no arrearages or post-petition amounts are due on account of the Auto Liability Contract or the D&O Liability Contract).

In order to cure the amounts owed under the Agreement, TRMC and BETARMA have worked out an arrangement whereby BETARMA will waive certain late charges, TRMC will make its regular monthly contributions through the end of the term of the Agreement, which is June 2018, and TRMC will make additional payments from February 2018 through April 2018 such that all past due amount are paid not later than April 2018. These payment arrangements are further detailed in the "Payment Plan" which is attached as Exhibit D to the Stipulation.

### IV. RELIEF REQUESTED

By this Motion, TRMC seeks entry of an order, pursuant to 11 U.S.C. §§ 365 and 901 authorizing assumption of the Agreement pursuant to the Stipulation. TRMC believes that maintaining the Agreement as part of the its business operations is essential to its intended plan. In deciding to accept the Agreement, TRMC evaluated and considered its financial position and has used its best business judgment.

///

///

///

///

///

MOTION FOR ORDER AUTHORIZING ASSUMPTION OF
EXECUTORY CONTRACT PURSUANT TO STIPULATION
(BETA RISK MANAGEMENT AUTHORITY)

M:\S-U\TRMC\PLEADINGS\WW-23 Motion
to Assume BETA Contract Pursuant to
Stipulation\Motion.010418.djb.docx

WHEREFORE, TRMC respectfully requests the entry of an order: (i) authorizing assumption of the Agreement as of the date of this Motion; (ii) granting such other and further relief as this Court deems just and proper.

Dated: January 5, 2018

WALTER WILHELM LAW GROUP
a Professional corporation

By: _____

Danielle J. Bethel,
Attorneys for Debtor,
Tulare Local Healthcare District, dba
Tulare Regional Medical Center

MOTION FOR ORDER AUTHORIZING ASSUMPTION OF          -5-
EXECUTORY CONTRACT PURSUANT TO STIPULATION
(BETA RISK MANAGEMENT AUTHORITY)

M:\S-U\TRMC\PLEADINGS\WW-23 Motion
to Assume BETA Contract Pursuant to
Stipulation\Motion.010418.djb.docx