4

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: WW-25 |
| Debtor. | |
| Tax ID #: 94-6002897 | Date: January 25, 2018 |
| Address: 869 N. Cherry St. Tulare, CA 93274 | Time: 9:30 a.m. |
| | Place: 2500 Tulare Street Fresno, CA 93721 Courtroom 13 |
| | Judge: Honorable René Lastreto II |

## MOTION FOR ORDER AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACT PURSUANT TO STIPULATION (PHOENIX HEALTH SYSTEMS)

///

MOTION FOR ORDER AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACT PURSUANT TO STIPULATION (PHOENIX HEALTH SYSTEMS)

-1-

M:\S-U\TRMC\PLEADINGS\WW-25 Motion to Assume PHOENIX Contract Pursuant to Stipulation\Motion.Assume.Phoenix.DRA FT.011018.djb.docx

To The Honorable United States Bankruptcy Judge:

Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Debtor" or "TRMC") hereby moves this court for an order pursuant to 11 U.S.C. §§ 365 and 901, as complimented by FRBP 6006, to allow assumption of that certain executory contract with Phoenix Health Systems, a division of Medsphere Systems Corporation ("PHOENIX"), for integrated information technology services (as defined below, the "Contract"), pursuant to the Stipulation for Assumption of Executory Contract entered into by and between TRMC and PHOENIX ("Stipulation") which is filed concurrently herewith.

The Motion is based upon the Notice of Motion and Motion, the Declaration of Sanford Haskins, the Stipulation and exhibit thereto, the files, pleadings and orders on file on this Chapter 9 case, and such other and further evidence as made properly come before the court.

TRMC respectfully requests that this Court enter an order pursuant to 11 U.S.C. §§ 365 and 901 authorizing the Debtor to assume the Agreement pursuant to the Stipulation and to perform all obligations thereunder, and seeks such further and additional relief as is just and proper under the circumstances.  No prior motion for the relief requested herein as to the subject Agreement has been made to this Court.

## I. BACKGROUND

1.      On September 30, 2017 (the "Petition Date"), TRMC filed a voluntary petition for relief under Chapter 9 of the title 11 of the U.S. Code.

2.      Prior to the Petition Date, TRMC and PHOENIX entered into an Integrated Information Technology Outsourcing and Consulting Agreement dated June 25, 2015 (as amended, the "Contract"), pursuant to which PHOENIX has been providing TRMC

MOTION FOR ORDER AUTHORIZING ASSUMPTION OF
EXECUTORY CONTRACT PURSUANT TO STIPULATION
(PHOENIX HEALTH SYSTEMS)
                                    -2-
M:\S-U\TRMC\PLEADINGS\WW-25 Motion
to Assume PHOENIX Contract Pursuant to
Stipulation\Motion.Assume.Phoenix.DRA
FT.011018.djb.docx

with information technology outsourcing (including on-site resources), consulting, and related services. TRMC and PHOENIX have agreed to certain revisions to the Contract as memorialized in the Fifth Amendment to the Integrated Information Technology Outsourcing and Consulting Agreement dated January 9, 2018 (the "Fifth Amendment" and, together with the Contract, the "Agreement").

3. TRMC has evaluated the Agreement and considered its financial position using its best business judgment and has determined that the Agreement is essential to TRMC's operations, which require the provision of extensive information technology services, and therefore its intended plan of adjustment, and that the prices for the services provided under the Agreement are fair and reasonable under the circumstances. Further, in order to maximize its ability to propose a Plan of Adjustment TRMC believes the Agreement should be assumed.

4. Accordingly, TRMC and PHOENIX have entered into the Stipulation which provides for assumption of the Agreement.

## II. THE STIPULATION

The Stipulation which attaches the Agreement is filed concurrently herewith and is summarized as follows:

5. The Agreement is assumed by TRMC effective upon Court approval.

6. TRMC's obligations under 11 U.S.C. § 365(b) are fulfilled by TRMC's compliance with the obligations as set forth in the Agreement.

///

///

///

///

7.     PHOENIX has not waived and has accrued an allowed administrative expense claim for services rendered to TRMC after the Petition Date.  The Parties will use their best efforts to compute the amount of such an administrative expense claim in advance of the TRMC's preparation of its plan of adjustment and, if not so resolved, PHOENIX has reserved its right to move the Court for payment thereof.

### III. RELIEF REQUESTED

By this Motion, TRMC seeks entry of an order, pursuant to 11 U.S.C. §§ 365 and 901 authorizing assumption of the Agreement pursuant to the Stipulation.  TRMC believes that maintaining the Agreement as part of the its business operations is essential to its intended plan.  In deciding to accept the Agreement, TRMC evaluated and considered its financial position and has used its best business judgment.

WHEREFORE, TRMC respectfully requests the entry of an order: (i) authorizing assumption of the Agreement as of the date of this Motion; (ii) granting such other and further relief as this Court deems just and proper.

Dated: January 10, 2018               WALTER WILHELM LAW GROUP
                                      a Professional corporation

                        By:  _____
                             Danielle J. Bethel,
                             Attorneys for Debtor,
                             Tulare Local Healthcare District, dba
                             Tulare Regional Medical Center

MOTION FOR ORDER AUTHORIZING ASSUMPTION OF          -4-
EXECUTORY CONTRACT PURSUANT TO STIPULATION
(PHOENIX HEALTH SYSTEMS)

M:\S-U\TRMC\PLEADINGS\WW-25 Motion
to Assume PHOENIX Contract Pursuant to
Stipulation\Motion.Assume.Phoenix.DRA
FT.011018.djb.docx