12
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Niki E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>            Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>Date: January 25, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 13<br>Judge: Honorable René Lastreto II |

**EXHIBITS TO FIRST CHAPTER 9 STATUS REPORT**

///

///

///

Filed 01/16/18     Case 17-13797     Doc 338

| Exh. | Description | Pages |
|------|-------------|-------|
| A | Order for Relief | 2 |
| B | Order Fixing Bar Date for Filing Proofs of Claim | 8 |

Dated: January 16, 2018

                                   WALTER WILHELM LAW GROUP
                                   A Professional Corporation

                     By:    */s/ Riley C. Walter*
                                   Riley C. Walter, Attorneys for Debtor
                                   Tulare Local Healthcare District, dba Tulare
                                   Regional Medical Center

EXHIBITS TO FIRST CHAPTER 9 STATUS REPORT     -2-     00168206-gaa-01.15.2018

2

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>      Debtor.<br><br>Tax ID #:   94-6002897<br>Address:   869 N. Cherry Street<br>               Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-5<br><br>Chapter 9<br><br>Date:    January 25, 2018<br>Time:    9:30 a.m.<br>Place:    2500 Tulare Street<br>          Fresno, CA 93721<br>          Courtroom 13<br>Judge:   Honorable René Lastreto II |

## ORDER FOR RELIEF

At Fresno, in the Eastern District of California.

On the above date and time the Motion for an Order Directing and Approving Form of Notice of Commencement, filed by Debtor came on for hearing and was held before the Honorable René Lastreto II, United States Bankruptcy Judge. Riley C. Walter appeared for Debtor. All other appearances are of record.

The Court having fully considered the matter and for good cause appearing, now therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion be, and hereby is, granted.

2. An order for relief under Chapter 9 of the Bankruptcy Code, Title 11 of the United States Code, is granted.

Submitted by:

WALTER WILHELM LAW GROUP,
A Professional Corporation

_____
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District, dba
Tulare Regional Medical Center

IT IS SO ORDERED.

Dated: _____

_____
Honorable René Lastreto II,
United States Bankruptcy Judge

---

ORDER FOR RELIEF

EXHIBIT A
Page 2 Of 2    -2-

M:\S-U\TRMC\PLEADINGS\WW-5 Motion for Order Directing and Approving Form of Notice; Setting Deadlines; and for Relief\Order for Relief.djb.docx

```
 1  WALTER WILHELM LAW GROUP
    A Professional Corporation
 2  Riley C. Walter #91839
    Kathleen D. DeVaney #156444
 3  Danielle J. Bethel #3159452
    205 East River Park Circle, Ste. 410
 4  Fresno, CA 93720
    Telephone:  (559) 435-9800
 5  Facsimile:  (559) 435-9868
    E-mail:     rileywalter@W2LG.com
 6
 7  Chapter 9 Counsel

 8  MCCORMICK BARSTOW, LLP
    Timothy L. Thompson #133537
 9  Mandy L. Jeffcoach #232313
    Nikole E. Cunningham #277976
10  7647 N. Fresno Street
    Fresno, CA 93720
11  Telephone:  (559) 433-1300
    Facsimile:  (559) 433-2300
12  E-mail:     niki.cunningham@mccormickbarstow.com

13  District Counsel
```

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Debtor.<br><br>Tax ID #: 94-6002897<br>Address:  869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-14<br><br>Date:  January 25, 2018<br>Time:  9:30 a.m.<br>Place:  2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge: Honorable René Lastreto II |

### ORDER FIXING BAR DATE FOR FILING PROOFS OF CLAIM

-1-

AT FRESNO, IN THE EASTERN DISTRICT OF CALIFORNIA:

On January 25, 2018, the Honorable René Lastreto II, United States Bankruptcy Judge, conducted a hearing on the Motion for Order Fixing Bar Date for Filing Proofs of Claim (the "Motion"), filed by Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "District" or "Debtor"). Appearances are shown on the record. The Court having reviewed the Motion; finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (c) notice of the Motion was reasonable and appropriate under the circumstances, there being no objections and the Court having determined that good cause has been shown:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The form of Notice of Claims Bar Date (the "Notice") attached hereto as Exhibit A, is approved.

3. April __, 2018 (the "Bar Date") is the last date by which any entity or person, other than a governmental entity, may file a timely Proof of Claim against the Debtor. The Bar Date will be enforceable notwithstanding any otherwise applicable non-bankruptcy law that could govern the timing of the assertion of a claim against the Debtor.

4. Proofs of Claim must be filed with the Clerk of the Bankruptcy Court, with copies sent to Walter Wilhelm Law Group ("W2LG"), Chapter 9 counsel for the Debtor, at the following addresses:

| Clerk of the Court<br>United States Bankruptcy Court<br>2500 Tulare Street, Rm. 2501<br>Fresno, CA 93721 | Walter Wilhelm Law Group<br>205 E. River Park Circle, Ste. 410<br>Fresno, CA 93720 |
|---|---|

5. Proofs of Claim will be deemed filed only when actually received by the Clerk of Court.

6. Notwithstanding any other provision of this Order, record and beneficial holders of Debt Claims (as defined in this section) and indenture trustees, paying agents and registrars for Debt Claims, are not required to file any Proof of Claim against the Debtor. For these purposes, "Debt Claims" mean any claim limited to the repayment of principal, interest, premium, if any, costs, fees (including professional fees), indemnity and/or other charges on or under (i) the Debtor's Revenue Refunding Bonds, Series 2007 (the "Revenue Bonds"); (ii) the Debtor's General Obligation Bonds Election of 2005, Series A (2007) (the "Series A G.O. Bonds"); (iii) the Debtor's General Obligation Bonds Election of 2005, Series B-1 (2009) (the "Series B-1 G.O. Bonds"); (iv) the Debtor's General Obligation Bonds Election of 2005, Series B-2 (2009) (the "Series B-2 G.O. Bonds" and collectively with the Series A G.O. Bonds and Series B-1 G.O. Bonds, the "General Obligation Bonds") and/or (v) the documents evidencing and/or securing the Revenue Bonds, Series A G.O. Bonds, Series B-1 G.O. Bonds, and/or Series B-2 G.O. Bonds. For the avoidance of doubt, (i) any holder of Debt Claims wishing to assert a claim against the Debtor other than Debt Claims is required to file a Proof of Claim on or before the Bar Date in compliance with this Order; (ii) the indenture trustee for the Revenue Bonds may, in its discretion, file such Proofs of Claim with respect to any Revenue Bond-related Debt Claims as it shall deem necessary or appropriate on or before the Bar Date (and if filed, need not attach copies of any documents evidencing and/or securing those claims); and (iii) the District and Paying Agent will stipulate to the principal and interest due on the General Obligation Bonds at a later time (with all rights of the parties reserved if the District and Payment Agent do not so stipulate).

7. Any entity, person, or claimant that is required to but does not file a timely Proof of Claim in compliance with the procedures and deadlines established herein (i) will be forever barred from voting with respect to any plan of adjustment filed in this case and from receiving any distributions under such plan or otherwise from the

1. Debtor's property; (ii) will be bound by the terms of any such plan of adjustment that is confirmed by the Court; and (iii) will no longer be entitled to receive further mailings in or notices regarding this case and will be removed from the List of Creditors filed by the Debtor, as amended, pursuant to 11 U.S.C. § 924 ("List of Creditors").

    a. Within five (5) court days of entry of this Order the Debtor shall send via first-class mail the Notice, along with a copy of the Official Proof of Claim to (a) all of its known creditors or potential creditors, as identified on the List of Creditors; (b) all entities or persons that have filed a Request for Special Notice; and (c) the other parties required to be served with notice of the Bar Date including any Committee that may be appointed in this case, if any.

8. With respect to mailed Notices that are returned as undeliverable, the Debtor shall one time re-mail such Notices within seven (7) court days of returned receipt of the same to the forwarding address set forth on such envelopes, if any, provided, however, that the Debtor is relieved of any other or further obligation to seek out an address for a potential claimant.

9. Within ten (10) court days of entry of this Order, the Debtor shall publish the Notice one time in the *Visalia Times-Delta*.

Presented by:

_____
Riley C. Walter, Attorneys for Debtor
Tulare Local Healthcare District, dba
Tulare Regional Medical Center

IT IS SO ORDERED.

Dated: January ___, 2018

                                                          René Lastreto II,
                                                          United States Bankruptcy Judge

74899062v.2

```
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #3159452
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:        rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300
E-mail:        mandy.jeffcoach@mccormickbarstow.com

District Counsel
```

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>         Debtor.<br><br>Tax ID #:   94-6002897<br>Address:    869 N. Cherry Street<br>                 Tulare, CA 93274 | CASE NO. 17-13797<br>Chapter 9<br>DC No.: WW-14<br><br>Date:    N/A<br>Time:   N/A<br>Place:   2500 Tulare Street<br>          Fresno, CA 93721<br>          Courtroom 13<br>Judge:  Honorable René Lastreto II |

**NOTICE OF CLAIMS BAR DATE**
**BAR DATE**
**April ___, 2018**

TO: POTENTIAL CREDITORS OF TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER:

---
-1-

NOTICE OF CLAIMS BAR DATE                     00167731-gaa-01.10.2018

EXHIBIT B
Page 5 Of 8

PLEASE TAKE NOTICE that the United States Bankruptcy Court (the "Court") has entered an Order Fixing Bar Date For Filing Proofs of Claim (the "Order"), by which the Court has set April __, 2018 (the "Bar Date") as the last date for filing of Proofs of "Claim" (as defined below) against Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "Debtor" or "TRMC"), in the above captioned Chapter 9 case.

I. Definition of Claim

For purposes of the proposed deadlines and procedures, the term "Claim" will reference claims arising before September 30, 2017 (the date of the filing of the petition) and will have the meaning set forth in 11 U.S.C. Section 101(5) as further described Section 501(d).

II. The Bar Date is the Deadline for Filing Proofs of Claim Against the Debtor

1. As summarized in this Notice, the Order specifies who must file a Proof of Claim in the Case. **If you are required to but do not file a Proof of Claim that is actually received by the Clerk of the Court by the Bar Date, any Proof of Claim that you file after the Bar Date will be Disallowed, Deemed Null and Void, and forever Barred, except as otherwise specifically ordered by the Court. ANY ENTITY THAT IS REQUIRED TO BUT DOES NOT FILE A PROOF OF CLAIM BY THE BAR DATE (A) WILL BE FOREVER BARRED FROM VOTING WITH RESPECT TO ANY PLAN OF ADJUSTMENT FILED IN THE CASE AND FROM RECEIVING ANY DISTRIBUTIONS UNDER SUCH PLAN OR OTHERWISE FROM THE DEBTOR'S PROPERTY; (B) WILL BE BOUND BY THE TERMS OF ANY PLAN OF ADJUSTMENT THAT IS CONFIRMED BY THE COURT; AND (C) WILL NO LONGER BE ENTITLED TO RECEIVE FURTHER MAILINGS IN OR NOTICES REGARDING THIS CASE AND WILL BE REMOVED FROM THE LIST OF CREDITORS PREVIOUSLY FILED WITH THE COURT PURSUANT TO 11 U.S.C. SECTION 924.**

2. You have a duty to review this Notice and the accompanying documents and, if desired, to file a Proof of Claim. You may not rely upon your agents and/or attorneys to meet the deadlines required of claimants by the Order with respect of the filing of a Proof of Claim. You are advised to consult with an attorney in determining whether to file a Proof of Claim in the case.

III. Who Must File a Proof of Claim

1. Pursuant to section 925 of the Bankruptcy Code, a Proof of Claim is deemed filed with respect to any Claim that appears on the List of Creditors (as it may be amended from time to time) filed by the Debtor with the Bankruptcy Court on October 27, 2017, as amended, pursuant to section 924 of the Bankruptcy Code; however, the List of Creditors submitted by the Debtor does not list the amount of a claim. To avoid your Claim being deemed to be $0, you must file a timely Proof of Claim if you wish to assert a Claim.

///

2. A Proof of Claim form accompanies this Notice. **If you assert a Claim against the Debtor, you must file a timely Proof of Claim, even though you may have been listed as a potential creditor in the Case.** If you choose to file a Proof of Claim, such filed Proof of Claim will supersede any prior indication of the amount of your Claim, if any, that the Debtor may have listed on your behalf.

3. All Proofs of Claim previously filed with the Clerk of the Court prior to the mailing of this Notice will be treated as timely filed Claims against the Debtor, subject to the right of the Debtor and other parties in interest to object to the allowance thereof, and subject to the right of the Creditor to amend the claim. If you previously have filed a Proof of Claim, you do not need to file another Proof of Claim at this time.

4. Record and beneficial holders of Debt Claims (as defined in this section) and indenture trustees, paying agents and registrars for Debt Claims, are not required to file any Proof of Claim against the Debtor. For these purposes, "Debt Claims" mean any claim limited to the repayment of principal, interest, premium, if any, costs, fees (including professional fees), indemnity and/or other charges on or under (i) the Debtor's Revenue Refunding Bonds, Series 2007 (the "Revenue Bonds"); (ii) the Debtor's General Obligation Bonds Election of 2005, Series A (2007) (the "Series A G.O. Bonds"); (iii) the Debtor's General Obligation Bonds Election of 2005, Series B-1 (2009) (the "Series B-1 G.O. Bonds"); (iv) the Debtor's General Obligation Bonds Election of 2005, Series B-2 (2009) (the "Series B-2 G.O. Bonds" and collectively with the Series A G.O. Bonds and Series B-1 G.O. Bonds, the "General Obligation Bonds") and/or (v) the documents evidencing and/or securing the Revenue Bonds, Series A G.O. Bonds, Series B-1 G.O. Bonds, and/or Series B-2 G.O. Bonds. For the avoidance of doubt, (i) any holder of Debt Claims wishing to assert a claim against the Debtor other than Debt Claims is required to file a Proof of Claim on or before the Bar Date in compliance with this Order; (ii) the indenture trustee for the Revenue Bonds may, in its discretion, file such Proofs of Claim with respect to any Revenue Bond-related Debt Claims as it shall deem necessary or appropriate on or before the Bar Date (and if filed, need not attach copies of any documents evidencing and/or securing those claims); and (iii) the District and Paying Agent will stipulate to the principal and interest due on the General Obligation Bonds at a later time (with all rights of the parties reserved if the District and Payment Agent do not so stipulate).

IV. How to File a Proof of Claim

1. Proofs of Claim can be filed in paper form or electronically filed.

2. To file a paper Proof of Claim complete the Proof of Claim form that was included with this Notice and file the Proof of Claim with the Bankruptcy Court Clerk by no later than the Bar Date, with copies sent to Walter Wilhelm Law Group, counsel for the Debtor, at the following addresses:

Clerk of the Court  
United States Bankruptcy Court  
2500 Tulare Street, Rm. 2501  
Fresno, CA 93721

Walter Wilhelm Law Group  
205 E. River Park Circle, Ste 410  
Fresno, CA 93720

-3-

NOTICE OF CLAIMS BAR DATE              00167731-gaa-01.10.2018

EXHIBIT B  
Page 7 Of 8

3. To file an electronic Proof of Claim go to the Bankruptcy Court's website at www.caeb.uscourts.gov, select "To File a Proof of Claim" on the home page, and follow the prompts to completion by no later than the Bar Date.

4. Proofs of Claim (both paper form and electronic) will be deemed filed only when actually received by the Bankruptcy Court. Proofs of Claim may be physically filed until the Clerk's Office closes at 4:00 p.m. Proofs of Claim may be electronically filed until midnight.

Dated: _____, 2018     WALTER WILHELM LAW GROUP,
a Professional corporation

By: _____
Riley C. Walter
Attorneys for Debtor,
Tulare Local Healthcare District, dba
Tulare Regional Medical Center

74899142v.2

-4-

NOTICE OF CLAIMS BAR DATE

00167731-gaa-01.10.2018

EXHIBIT B
Page 8 Of 8