**3**
**HANNO T. POWELL 131154**
**JESSICA L. GIANNETTA 234220**
**POWELL SLATER, LLP**
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 228-8034
Facsimile: (559) 228-6818

Attorneys for: BANK OF THE SIERRA, a California corporation

<div align="center">

**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

* * *

</div>

| | |
|---|---|
| In re | Case No. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: JLG-1 |
| Debtor. | **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF FRBP RULE 4001(a)(3)** |
| BANK OF THE SIERRA, | Date: February 15, 2018 |
| Movant | Time: 9:30 a.m. |
| vs. | Dept: B |
| | CtRm: 13 |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER; | U.S. Courthouse 2500 Tulare Street, 5th Floor Fresno, California 93721 |
| Respondent(s). | Judge: Honorable René Lastreto II |

TO THE HONORABLE RENÉ LASTRETO II, TO THE DEBTOR AND ITS ATTORNEYS OF RECORD, AND TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that BANK OF THE SIERRA, a California corporation ("BOTS" or "Movant"), by and through its attorneys of record, Jessica L. Giannetta of Powell

<div style="writing-mode: vertical-rl">POWELL SLATER, LLP
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711</div>

Slater, LLP, has filed a motion for relief from the automatic stay and for waiver of Federal Rules of Bankruptcy Procedure Rule 4001(a)(3) in the above-captioned case to obtain relief from the automatic stay for all purposes against the debtor, TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER ("Debtor"), and the entire bankruptcy estate, in and to that certain deposit account (the "Account") described as **Money Market Account [XXXXXX6162] with Lender with an approximate balance of $800,000.00** together with (A) all interest, whether now accrued or hereafter accruing; (B) all additional deposits hereafter made to the Account; (C) any and all proceeds from the Account; and (D) all renewals, replacements and substitutions for any of the foregoing[1] (collectively, the "Collateral"), such that Movant, or its assigns, shall be permitted to exercise its rights, pursuant to non-bankruptcy law, in and to the Collateral. Movant also requests a waiver of the stay provisions of Federal Rules of Bankruptcy Procedure Rule 4001(a)(3). A hearing on the motion will be held before the Honorable René Lastreto II on February 15, 2018, at 9:30 a.m., in Department B, Courtroom 13, of the United States Bankruptcy Court located on the fifth floor of the United States Federal Building, 2500 Tulare Street, Fresno, California 93721.

Grounds for this motion are set forth in the motion on file with this Court, as well as any and all documents submitted in support thereof and the files and papers on file with the Court concerning the above-referenced matter. Movant will ask that an order for relief be entered at the time of the hearing against the Debtor and the bankruptcy estate. Movant will further request that the requirements of Federal Rules of Bankruptcy Procedure Rule 4001(a)(3) be waived.

Any opposition to the granting of this Motion must be in writing and must be served and filed with the Court by the responding party at least fourteen (14) days preceding the date or continued date of the hearing. Any such opposition must be served on the Movant at the address noted on the caption page and must also be served on those parties set forth in the Certificate of Service accompanying this Motion at the addresses noted therein, which parties include the debtor and debtor's counsel, certain special notice parties, each creditor included in

POWELL SLATER, LLP
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711

---

[1] All but the last four digits of the Account number have been redacted for privacy purposes.

the list of the twenty largest unsecured creditors (as amended), and any individuals or entities who have filed a request for special notice in the above-captioned matter.

Any opposition to this Motion must be accompanied by evidence establishing its factual allegations.  Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed.  Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion or may result in the imposition of sanctions.  Any opposition must specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to Federal Rules of Civil Procedure Rule 43(c) as made applicable by Federal Rules of Bankruptcy Procedure Rule 9017.  If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue.  The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute.  Failure to file the separate statement shall be construed as consent to resolution of the Motion and all disputed material factual issues pursuant to Federal Rules of Civil Procedure Rule 43(c).

Please be advised that the failure to file timely written opposition may result in the Motion being resolved without oral argument and the striking of untimely written opposition.

Please further be advised that you can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and you can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing.  Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: January 18, 2018                    POWELL SLATER, LLP


                                          By____/s/ Jessica L. Giannetta_____
                                              JESSICA L. GIANNETTA,
                                              Attorneys for BANK OF THE SIERRA

Notice of Motion for Relief from the Automatic Stay and for Waiver of FRBP Rule 4001(a)(3)

POWELL SLATER, LLP
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711