WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:         rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300
E-mail:         mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry St.<br>                  Tulare, CA 93274 | CASE NO.  17-13797<br><br>Chapter 9<br><br>DC No.: WW-26<br><br>Date:   February 15, 2018<br>Time:   9:30 a.m.<br>Place:  2500 Tulare Street<br>           Fresno, CA  93721<br>           Courtroom 13<br>Judge:  Honorable René Lastreto II |

**MOTION FOR ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY (CALDERON)**

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

///

///

Tulare Local Healthcare District, dba Tulare Regional Medical Center ("TRMC" and/or "Debtor") hereby files this Motion for Order Approving Agreement Relating to Relief From Stay ("Motion") which seeks an order pursuant to 11 U.S.C. §§ 901 and 362 as complimented by FRPB 4001(d) approving the Stipulation for Relief From the Automatic Stay ("Stipulation") entered into between TRMC and Jiame Calderon and The Three Children of Jiame Calderon and Ana Calderon (deceased)(collectively "Plaintiffs").

This Motion is based on the Motion and Exhibits thereto, the Notice of Hearing on the Motion, the Declaration of Danielle J. Bethel in Support of the Motion, the files, pleadings and orders on file in this Chapter 9 case, and such other and further evidence as made properly before the Court.

TRMC respectfully requests that this Court enter an order pursuant to 11 U.S.C. §§ 901 and 362 as complimented by FRPB 4001(d) approving the Stipulation as follows:

1. TRMC is the Debtor in the above-captioned Chapter 9 case, which was filed on September 30, 2017.

2. TRMC and Plaintiff (collectively, "the Parties") are parties in an action commenced by Plaintiff in the Tulare County Superior Court styled *Jiame Calderon v. Adanna Ikedilo, M.D., Tulare Regional Medical Center, et al.*, U.S. District Court, Eastern District of California, Fresno Division, Case No. 1:17-cv-00040 (the "Lawsuit").

3. After negotiation, the Parties have stipulated to terms and conditions concerning continuation of the Lawsuit ("Stipulation"). True and correct copies of the Stipulation and proposed form of order are attached hereto as Exhibits A and B, respectively, as required under FRPB 4001(d)((1)(A).

4. Essentially, by the Stipulation, the Parties agree that (1) Plaintiffs shall be permitted to prosecute the Lawsuit to settlement or judgment against TRMC and/or the other defendants in the Lawsuit for the purposes of determining the liability and damages, if any, of TRMC and/or the other defendants with respect to the Litigation;

MOTION FOR ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM STAY (CALDERON)    -2-    M:\S-U\TRMC\PLEADINGS\WW-26 Stipulation for Relief from Stay (CALDERON) and Motion to Approve\Motion.011918.djb.docx

and (2) that Plaintiffs recovery against TRMC in the Lawsuit, if any, shall be limited to proceeds available under any applicable liability coverage, if any, and by Plaintiffs' waiver of the right to collect the first $100,000 of any settlement or judgment against TRMC.

5. TRMC hereby seeks Court approval of the Stipulation.

WHEREFORE, the Debtor respectfully requests this Court enter an order approving the Stipulation and for such other relief as is just and proper.

Dated: January 19, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

_/s/ Danielle J. Bethel_
Danielle J. Bethel,
Attorneys for Debtor, Tulare Local
Healthcare District, dba Tulare Regional
Medical Center

MOTION FOR ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM STAY (CALDERON)    -3-    M:\S-U\TRMC\PLEADINGS\WW-26 Stipulation for Relief from Stay (CALDERON) and Motion to Approve\Motion.011918.djb.docx