```
3
```

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:       rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300
E-mail:       mandy.jeffcoach@mccormickbarstow.com

District Counsel

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry St.<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-26<br><br>Date:   February 15, 2018<br>Time:   9:30 a.m.<br>Place:  2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 13<br>Judge:  Honorable René Lastreto II |

**DECLARATION OF DANIELLE J. BETHEL IN SUPPORT OF MOTION FOR ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY (CALDERON)**

---

I, Danielle J. Bethel, hereby declare and represent as follows:

1. My name is Danielle J. Bethel. I am attorney at Walter Wilhelm Law Group ("W2LG") which is counsel for the Debtor. This proceeding was commenced by the filing of a voluntary petition.

2. W2LG maintains an office at 205 E. River Park Circle, Suite 410, Fresno, California 93720.

3. I have personal knowledge that the facts set forth in this declaration are true, except on those matters stated on information and belief, which I believe to be true. If I were called as a witness in connection with this proceeding, I could and would testify competently to the matters stated herein.

4. I have personally reviewed the Motion for Order Approving Stipulation for Relief From Stay ("Motion") which seeks an order pursuant to 11 U.S.C. §§ 901 and 362 as complimented by FRPB 4001(d) approving the Stipulation for Relief From the Automatic Stay ("Stipulation") entered into between TRMC and Jiame Calderon and The Three Children of Jiame Calderon and Ana Calderon (deceased)(collectively "Plaintiffs").

5. As stated in the Motion and Stipulation, TRMC and Plaintiffs (collectively, "the Parties") are parties in an action commenced by Plaintiff in the Tulare County Superior Court styled *Jiame Calderon v. Adanna Ikedilo, M.D., Tulare Regional Medical Center, et al.*, U.S. District Court, Eastern District of California, Fresno Division, Case No. 1:17-cv-00040 (the "Lawsuit").

///
///
///

6. After negotiation, the Parties have stipulated to terms and conditions concerning continuation of the Lawsuit ("Stipulation"). A true and correct copy of the Stipulation is attached to the Motion as Exhibit A.

7. Essentially, by the Stipulation, the Parties agree that (1) Plaintiffs shall be permitted to prosecute the Lawsuit to settlement or judgment against TRMC and/or the other defendants in the Lawsuit for the purposes of determining the liability and damages, if any, of TRMC and/or the other defendants with respect to the Litigation; and (2) that Plaintiffs recovery against TRMC in the Lawsuit, if any, shall be limited to proceeds available under any applicable liability coverage, if any, and by Plaintiffs' waiver of the right to collect the first $100,000 of any settlement or judgment against TRMC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Executed this 19 day of January, 2018, at Fresno, California.

_____
Danielle J. Bethel