3

1  WALTER WILHELM LAW GROUP
   A Professional Corporation
2  Riley C. Walter #91839
   Danielle J. Bethel #315945
3  205 East River Park Circle, Ste. 410
   Fresno, CA 93720
4  Telephone:   (559) 435-9800
   Facsimile:    (559) 435-9868
5  E-mail:       rileywalter@w2lg.com

6  Chapter 9 Counsel

7  MCCORMICK BARSTOW, LLP
   Timothy L. Thompson #133537
8  Mandy L. Jeffcoach #232313
   Nikole E. Cunningham #277976
9  7647 N. Fresno Street
   Fresno, CA 93720
10 Telephone:   (559) 433-1300
   Facsimile:    (559) 433-2300
11 E-mail:       mandy.jeffcoach@mccormickbarstow.com

12 District Counsel

13           IN THE UNITED STATES BANKRUPTCY COURT

14              EASTERN DISTRICT OF CALIFORNIA

15                    FRESNO DIVISION

16 | In re | CASE NO.  17-13797 |
17 | TULARE LOCAL HEALTHCARE | Chapter 9 |
18 | DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | DC NO.:  WW-27 |
19 | Debtor. | Date:      N/A |
20 |  | Time:      N/A |
   |  | Place:     2500 Tulare Street |
21 | Tax ID #:   94-6002897 |          Fresno, CA 93721 |
   | Address:    869 N. Cherry Street |          Courtroom 13 |
22 |             Tulare, CA 93274 | Judge:     Honorable René Lastreto II |

23

**APPLICATION FOR EX PARTE ORDER AUTHORIZING FRBP 2004 EXAMINATION**
24 **AND PRODUCTION OF DOCUMENTS**
   **(TULARE ASSET MANAGEMENT, LLC)**
25

26    TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY

27 JUDGE:

28    TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL

---

Application for Ex Parte Order Authorizing
FRBP 2004 Exam and Production of
Documents [Tulare Asset Management,
LLC]              1    M:\S-U\TRMC\PLEADINGS\WW-27  2004 Exam of
Tulare Asset
Management\Application.012317.gaa.docx

1  CENTER ("TRMC" or "Applicant"), Debtor in the above captioned Chapter 9 bankruptcy

2  proceeding, hereby files this Application for Ex Parte Order compelling Tulare Asset

3  Management, LLC, to produce certain documents for inspection and copying and, if

4  requested, to appear for a FRBP 2004 Examination.

5

6  **Tulare Asset Management, LLC**
   **4924 Lakewood Dr.**
   **Visalia, CA  93291**

7

8  Applicant represents as follows:

9      1.      TRMC filed a voluntary Chapter 9 petition on September 30, 2017.

10     2.      TRMC has reason to believe that Tulare Asset Management, LLC, is in

11  possession of information needed by TRMC which affects the rights of TRMC as well

12  as the administration of this bankruptcy estate.

13     3.      TRMC believes that the information needed bears upon the acts,

14  conduct, or assets and liabilities of TRMC.

15     4.      The examination will also relate to the operation of the TRMC's business

16  and the desirability of its continuance, the source of any money or property acquired or

17  to be acquired by TRMC for purposes of consummating a plan and the consideration

18  given or offered therefore, and any other matter relevant to the case or to the formation

19  of a plan.

20     5.      Conducting such examination will assist TRMC in protecting its interests

21  in evaluating any plan that may be advanced and in furthering the administration of this

22  Chapter 9 proceeding.

23     6.      By this Application TRMC requests that it be permitted to compel the

24  production of documentary evidence in the manner provided in FRBP 9016 followed by

25  an examination, if requested, of Tulare Asset Management, LLC.

26     7.      By the requested Order Applicant will proceed to have issued a

27  Subpoena for Rule 2004 Examination with Production of Documents to be followed by

28  the examination of the witness, if documents are requested, no earlier than 10 days

Application for Ex Parte Order Authorizing
FRBP 2004 Exam and Production of
Documents [Tulare Asset Management,
LLC]

2

M:\S-U\TRMC\PLEADINGS\WW-27  2004 Exam of
Tulare Asset
Management\Application.012317.gaa.docx

1  after the date of issuance of the examination order or subpoena, whichever is later.

2        WHEREFORE, Applicant prays as follows:

3          A.  The Court enter Order pursuant to FRBP 2004 authorizing the examination

4  of Tulare Asset Management;

5          B.  The Court enter an Order pursuant to FRBP 2004 authorizing the issuance

6  of a Subpoena for Rule 2004 Examination with Production of Documents; and

7          C.  For such other and further relief as is just and proper.

8  Dated:  January 23, 2018         WALTER WILHELM LAW GROUP,
9                          a Professional Corporation

10

11             By: _____
                     Riley C. Walter, Attorneys for Debtor,
12                      Tulare Local Healthcare District, dba
                     Tulare Regional Medical Center

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application for Ex Parte Order Authorizing
FRBP 2004 Exam and Production of
Documents [Tulare Asset Management,
LLC]                                                     3           M:\S-U\TRMC\PLEADINGS\WW-27  2004 Exam of
                                    Tulare Asset
                                    Management\Application.012317.gaa.docx