**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

| | |
|---|---|
| **Case Title:** Tulare Local Healthcare District | **Case No.:** 17-13797 - B - 9 |
| | **Docket Control No.** WW-14 |
| | **Date:** 01/25/2018 |
| | **Time:** 9:30 AM |

**Matter:** [290] - Motion/Application for Order Fixing Bar Date for Filing Proofs of Claim [WW-14] Filed by Debtor Tulare Local Healthcare District (lars)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Not Recorded
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

Motion Granted

The Moving Party shall submit a proposed order in conformance with the ruling below.

The motion was granted without oral argument based on well-pled facts. The motion to value respondent's collateral was fully noticed in compliance with the Local Rules of Practice and there was no opposition. Accordingly, the respondent(s) default were entered. Federal Rule of Civil Procedure 55, made applicable by Federal Rule of Bankruptcy Procedure 7055, governs default matters and is applicable to contested matters under Federal Rule of Bankruptcy Procedure 9014(c). Upon default, factual allegations will be taken as true (except those relating to amount of damages). *Televideo Systems, Inc. v. Heidenthal* (826 F.2d 915, 917 (9th Cir., 1987). Constitutional due process requires that a plaintiff make a prima

facie showing that they are entitled to the relief sought, which the movant has done here.

The general claims bar date will be April 10, 2018. Proofs of claim must be filed with the Clerk of the Bankruptcy Court, with copies sent to the Walter Wilhelm Law Group, at the following addresses:

Clerk of the Court
United States Bankruptcy Court
2500 Tulare Street, Rm. 2501
Fresno, CA 93721

Walter Wilhelm Law Group
205 E River Park Circle, Ste. 410
Fresno, CA 93720

Proofs of Claim will be deemed filed only when received by the Bankruptcy Court Clerk.

Within five court days of entry of the Order approving this motion, the Debtor will send by first-class mail the order and a notice of the Order and Bar Date and the other approved procedures and deadlines, along with a copy of Official Proof of Claim Form to all of its known creditors or potential creditors (as identified on the List of Creditors), all entities or persons that have filed a request for Special Notice, and the other parties required to be served with notice of the Bar Date including any Committee that may be appointed in this case.

Within 10 court days of entry of an Order approving this Motion, the Debtor will publish the Notice one time in the "Visalia Times-Delta" to give notice to claimants of whom the Debtor is unaware of or of whom the Debtor does not have accurate, current address information.