WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Nikole E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-5<br><br>Chapter 9<br><br>Date: January 25, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge: Honorable René Lastreto II |

## ORDER FOR RELIEF

At Fresno, in the Eastern District of California.

On the above date and time, the Motion for an Order Directing and Approving Form of Notice of Commencement ("Motion") filed by Debtor came on for hearing and was held before the Honorable René Lastreto II, United States Bankruptcy Judge. Riley

---

ORDER FOR RELIEF　　　　　　　　-1-　　　　M:\S-U\TRMC\PLEADINGS\WW-5 Motion for Order Directing and Approving Form of Notice; Setting Deadlines; and for Relief\Order.Relief.012318.gaa.docx

RECEIVED
January 25, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006209146

C. Walter appeared for Debtor. All other appearances are of record. There were no objections to the eligibility of the Debtor for relief.

The Court having fully considered the pleadings and evidence in support of the Motion, having found the Debtor is eligible as a debtor under Section 109(c) and for good cause appearing, now therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion be, and hereby is, granted.

2. An order for relief under Chapter 9 of the Bankruptcy Code is granted.

Submitted by:

WALTER WILHELM LAW GROUP,
A Professional Corporation

_/s/ Riley C. Walter_
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District, dba
Tulare Regional Medical Center

Dated: Jan 26, 2018

By the Court

_/s/ René Lastreto II_
René Lastreto II, Judge
United States Bankruptcy Court

ORDER FOR RELIEF  -2-  M:\S-U\TRMC\PLEADINGS\WW-5 Motion for Order Directing and Approving Form of Notice; Setting Deadlines; and for Relief\Order.Relief.012318.gaa.docx