3

Michael L. Farley, SBN 76368
Donald L. Mabry, SBN 187750
dmabry@farleylawfirm.com
FARLEY LAW FIRM
108 West Center Avenue
Visalia, California 93291

Telephone: (559) 738-5975
Facsimile: (559) 732-2305

Attorneys for Plaintiff (Movant),
REBECCA ZULIM, M.D.

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>            Tulare, CA 93274 | Case No. 17-13797<br><br>DCN: DLM-1<br><br>Chapter 9<br><br>**DECLARATION OF DONALD L. MABRY IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>Date: March 1, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street, 5th Floor<br>       Fresno, CA 93721<br>Courtroom: 13<br>Department: B<br>Judge: Hon. René Lastreto II |

I, Donald L. Mabry, declare:

1. I am an attorney at law, licensed to practice before all courts of the State of California, and am employed by Farley Law Firm, attorneys of record for plaintiff (movant) herein, Rebecca Zulim, M.D.

---

2. I have personal knowledge of the matters set forth herein and I make this declaration of my personal knowledge, as based on court records or as otherwise noted herein. If called as a witness and duly sworn to testify as to the matters set forth herein, I could and would testify competently thereto.

3. Attached as Exhibit A is a true and correct copy of correspondence sent to my law firm from the California Department of Fair Employment and Housing ("DFEH") concerning Movant Rebecca Zulim, M.D., including a "Notice of Case Closure and Right to Sue" letter issued to Rebecca Zulim, M.D., dated October 31, 2017. Also included with the DFEH correspondence is a copy of Rebecca Zulim, M.D.'s complaint filed with the DFEH naming Tulare Local Healthcare District dba Tulare Regional Medical Center as a Respondent, among others.

4. In substance, and as more completely set forth in the complaint filed with the DFEH, Movant alleges claims against Debtor, and others, arising out of circumstances in which she was effectively suspended by Debtor in retaliation for cooperating with California officials investigating Debtor's patient care policies and procedures, a protected activity under California Health & Safety Code § 1278.5 (a "Whistleblower" statute). Movant also alleges denial of due process by Debtor, and others, because her effective suspension occurred without the physician peer review process required by Debtor's Bylaws.

5. I have reviewed documents filed in the above-captioned bankruptcy proceeding, including but not limited to motions for relief from the automatic stay filed by others. In connection with a motion for relief from the automatic stay filed under Docket Control Number ASM-1 [Docket Entry No. 60], which was later granted by the Court [Docket Entry Nos. 247 and 257] sworn testimony was submitted to the Court regarding Debtor's insurance status [Docket Entry No. 63, page 2; Docket Entry No. 64, page 22], in which Debtor's insurance status is represented as follows:

> Pursuant to Government Code Section 6500 et seq. and Section 990 et seq., BETA Healthcare Group Risk Management Authority administers risk-sharing pools

FARLEY LAW FIRM
108 WEST CENTER AVENUE
VISALIA, CA 93291

under a joint powers agreement. Tulare District Hospital is a Member of this risk-sharing pool with $10,000,000 limit of liability. The custodian of the coverage is BETA HealthCare Group, 1443 Danville Boulevard, Alamo, California, 94507, (925) 838-6070.

6.   The California state court action Movant seeks to commence and prosecute against Debtor, and others, does not seek to enforce any judgment obtained against Debtor personally or Debtor's bankruptcy estate. Movant does not seek recovery from any property of Debtor. Movant seeks recovery from Debtor only from Debtor's insurance, if she proves the allegations in her action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 1st day of February, 2018, at San Luis Obispo, California.

_____
Donald L. Mabry

DECLARATION OF DONALD L. MABRY IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362

3