3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Niki E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT**, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry St.<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-14<br><br>Date: N/A<br>Time: N/A<br>Place: 2500 Tulare Street<br>      Fresno, CA 93721<br>      Courtroom 13<br>Judge: Honorable René Lastreto II |

**DECLARATION OF DANIELLE J. BETHEL REGARDING PUBLICATION OF NOTICE OF CLAIMS BAR DATE ONE TIME IN THE VISALIA TIMES-DELTA**

I, Danielle J. Bethel, hereby declare as follows:

---

DECLARATION OF DANIELLE J. BETHEL REGARDING PUBLICATION OF NOTICE OF CLAIMS BAR DATE ONE TIME IN THE VISALIA TIMES-DELTA     -1-     Dec.DJB.Publication.020718.djbM:\S-U\TRMC\PLEADINGS\WW-14 Motion to Set Claims Bar Date\Dec.DJB.Publication.020718.djb.docx

1. My name is Danielle J. Bethel. I am attorney at Walter Wilhelm Law Group ("W2LG") which is counsel for the Debtor. This proceeding was commenced by the filing of a voluntary petition.

2. W2LG maintains an office at 205 E. River Park Circle, Suite 410, Fresno, California 93720.

3. I have personal knowledge that the facts set forth in this declaration are true, except on those matters stated on information and belief, which I believe to be true. If I were called as a witness in connection with this proceeding, I could and would testify competently to the matters stated herein.

4. On January 25, 2018, the Bankruptcy Court of the Eastern District of California granted the Debtor's Motion For Order Fixing Bar Date for Filing Proofs of Claim, DC number WW-14 ("Motion").

5. Accordingly, the Court entered the Order Fixing Bar Date for Filing Proofs of Claim on January 26, 2018 ("Order").

6. The Order approved the form of the Notice of Claims Bar Date ("Notice") and, among other things, directed service and publication of the Notice. Specifically, the Order required that the Notice be published one time in the *Visalia Times-Delta* within ten (10) court days of entry of the Order.

7. In compliance with the Order, I contacted a representative from the *Visalia Times-Delta* and arranged for the Notice to be published one time. The *Visalia Times-Delta* has provided a Certificate of Publication showing that the Notice was published in compliance with the Order on February 5, 2018. A true and correct copy of the Certificate of Publication is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information and belief and that this Declaration is executed at Fresno, California, on February 7, 2018.

_____
Danielle J. Bethel