4

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Timothy L. Thompson #133537
Mandy L. Jeffcoach #232313
Niki E. Cunningham #277976
7647 N. Fresno Street
Fresno, CA 93720
Telephone:　(559) 433-1300
Facsimile:　(559) 433-2300
E-mail:　mandy.jeffcoach@mccormickbarstow.com

District Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-14<br><br>Date:　N/A<br>Time:　N/A<br>Place:　2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge:　Honorable René Lastreto II |

**EXHIBITS TO DECLARATION OF DANIELLE J. BETHEL REGARDING PUBLICATION OF NOTICE OF CLAIMS BAR DATE ONE TIME IN THE VISALIA TIMES-DELTA**

///

---

| Exh. | Description | Pages |
|---|---|---|
| A | Certificate of Publication | 2 |

Dated: February 2, 2018

WALTER WILHELM LAW GROUP
A Professional Corporation

By: _____
Danielle J. Bethel, Attorneys for Debtor
Tulare Local Healthcare District, dba Tulare
Regional Medical Center

Visalia Newspapers, Inc.
P.O. Box 31, Visalia, CA 93279
559-735-3200 / Fax 559-735-3210

**Certificate of Publication**

State Of California ss:
County of Tulare

Advertiser:    **WALTER WILHELM LAW GROUP**
                  205 E. RIVER PARK CIRCLE, SUITE 410
                  FRESNO         , CA    93720

Order # 0002698911

RE: IN THE UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF

I, _Brent Maxwell_,
Accounting Clerk, for the below mentioned newspaper(s), am over the age of 18 years old, a citizen of the United States and not a party to, or have interest in this matter. I hereby certify that the attached advertisement appeared in said newspaper on the following

Newspaper: **Visalia Times Delta**

2/5/2018

I acknowledge that I am a principal clerk of said paper which is printed and published in the City of Visalia, County of Tulare, State of California. The Visalia Times Delta was adjudicated, a newspaper of general circulation on July 25, 2001 by Tulare County Superior Court Order No. 41-20576. The Tulare Advance Register was adjudicated a newspaper of general circulation on July 25, 2001 by Superior Court Order No. 52-43225.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this __5__ day of __Feb.__, 2018 in Visalia, California.

_Brent Maxwell_
Declarant

---

IN THE UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

In re:

TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,

Debtor.

Tax ID #: 94-6002897
Address: 869 N. Cherry Street
Tulare, CA 93274

CASE NO: 17-13797
Chapter 9
DC No: WW-14

Date: N/A
Time: N/A
Place: 2500 Tulare Street
Fresno, CA 93721
Courtroom 13
Judge: Honorable René Lastreto II

**NOTICE OF CLAIMS BAR DATE**
**BAR DATE**
**April 10, 2018**

TO: POTENTIAL CREDITORS OF TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER:

PLEASE TAKE NOTICE that the United States Bankruptcy Court (the "Court") has entered an Order Fixing Bar Date For Filing Proofs of Claim (the "Order"), by which the Court has set April 10, 2018 (the "Bar Date") as the last date for filing of Proofs of Claim (as defined below) against Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "Debtor" or "TRMC"), in the above captioned Chapter 9 case.

I. Definition of Claim

For purposes of the proposed deadlines and procedures, the term "Claim" will reference claims arising before September 30, 2017 (the date of the filing of the petition) and will have the meaning set forth in 11 U.S.C. Section 101(5) as further described Section 501(d).

II. The Bar Date is the Deadline for Filing Proofs of Claim Against the Debtor

1. As summarized in this Notice, the Order specifies who must file a Proof of Claim in the Case. If you are required to but do not file a Proof of Claim that is actually received by the Clerk of the Court by the Bar Date, any Proof of Claim that you file after the Bar Date will be Disallowed, Deemed Null and Void, and forever Barred, except as otherwise specifically ordered by the Court. ANY ENTITY THAT IS REQUIRED TO BUT DOES NOT FILE A PROOF OF CLAIM BY THE BAR DATE (A) WILL BE FOREVER BARRED FROM VOTING WITH RESPECT TO ANY PLAN OF ADJUSTMENT FILED IN THE CASE AND FROM RECEIVING ANY DISTRIBUTIONS UNDER SUCH PLAN OR OTHERWISE FROM THE DEBTOR'S PROPERTY; (B) WILL BE BOUND BY THE TERMS OF ANY PLAN OF ADJUSTMENT THAT IS CONFIRMED BY THE COURT; AND (C) WILL NO LONGER BE ENTITLED TO RECEIVE FURTHER MAILINGS IN OR NOTICES REGARDING THIS CASE AND WILL BE REMOVED FROM THE LIST OF CRED-

---

EXHIBIT _A_
Page _1_ Of _2_

ITORS PREVIOUSLY FILED WITH THE COURT PURSUANT TO 11 U.S.C. SECTION 924.

2. You have a duty to review this Notice and the accompanying documents and, if desired, to file a Proof of Claim. You may not rely upon your agents and/or attorneys to meet the deadlines required of claimants by the Order with respect of the filing of a Proof of Claim. You are advised to consult with an attorney in determining whether to file a Proof of Claim in the case.

III. Who Must File a Proof of Claim

1. Pursuant to section 925 of the Bankruptcy Code, a Proof of Claim is deemed filed with respect to any Claim that appears on the List of Creditors (as it may be amended from time to time) filed by the Debtor with the Bankruptcy Court on October 27, 2017, as amended, pursuant to section 924 of the Bankruptcy Code, however, the List of Creditors submitted by the Debtor does not list the amount of a claim. To avoid your Claim being deemed to be $0, you must file a timely Proof of Claim if you wish to assert a Claim.

2. A Proof of Claim form accompanies this Notice. If you assert a Claim against the Debtor, you must file a timely Proof of Claim, even though you may have been listed as a potential creditor in the Case. If you choose to file a Proof of Claim, such filed Proof of Claim will supersede any prior indication of the amount of your Claim, if any, that the Debtor may have listed on your behalf.

3. All Proofs of Claim previously filed with the Clerk of the Court prior to the mailing of this Notice will be treated as timely filed Claims against the Debtor, subject to the right of the Debtor and other parties in interest to object to the allowance thereof, and subject to the right of the Creditor to amend the claim. If you previously have filed a Proof of Claim, you do not need to file another Proof of Claim at this time.

4. Record and beneficial holders of Debt Claims (as defined in this section) and indenture trustees, paying agents and registrars for Debt Claims, are not required to file any Proof of Claim against the Debtor. For these purposes, "Debt Claims" mean any claim limited to the repayment of principal, interest, premium, if any, costs, fees (including professional fees), indemnity and/or other charges on or under (i) the Debtor's Revenue Refunding Bonds, Series 2007 (the "Revenue Bonds"), (ii) the Debtor's General Obligation Bonds Election of 2005, Series A (2007) (the "Series A G.O. Bonds"), (iii) the Debtor's General Obligation Bonds Election of 2005, Series B-1 (2009) (the "Series B-1 G.O. Bonds"), (iv) the Debtor's General Obligation Bonds Election of 2005, Series B-2 (2009) (the "Series B-2 G.O. Bonds" and collectively with the Series A G.O. Bonds and Series B-1 G.O. Bonds, the "General Obligation Bonds") and/or (v) the documents evidencing and/or securing the Revenue Bonds, Series A G.O. Bonds, Series B-1 G.O. Bonds, and/or Series B-2 G.O. Bonds. For the avoidance of doubt, (i) any holder of Debt Claims wishing to assert a claim against the Debtor other than Debt Claims is required to file a Proof of Claim on or before the Bar Date in compliance with this Order, (ii) the indenture trustee for the Revenue Bonds may, in its discretion, file such Proofs of Claim with respect to any Revenue Bond-related Debt Claims as it shall deem necessary or appropriate on or before the Bar Date (and if filed, need not attach copies of any documents evidencing and/or securing those claims), and (iii) the District and Paying Agent will stipulate to the principal and interest due on the General Obligation Bonds at a later time (with all rights of the parties reserved if the District and Payment Agent do not so stipulate).

IV. How to File a Proof of Claim

1. Proofs of Claim can be filed in paper form or electronically filed.

2. To file a paper Proof of Claim complete the Proof of Claim form that was included with this Notice and file the Proof of Claim with the Bankruptcy Court Clerk by no later than the Bar Date, with copies sent to Walter Wilhelm Law Group, counsel for the Debtor, at the following addresses:

Clerk of the Court
United States Bankruptcy Court
2500 Tulare Street, Rm. 2501
Fresno, CA 93721

Walter Wilhelm Law Group
205 E. River Park Circle, Ste 410
Fresno, CA 93720

3. To file an electronic Proof of Claim go to the Bankruptcy Court's website at www.caeb.uscourts.gov, select "To File a Proof of Claim" on the home page, and follow the prompts to completion by no later than the Bar Date.

4. Proofs of Claim (both paper form and electronic) will be deemed filed only when actually received by the Bankruptcy Court. Proofs of Claim may be physically filed until the Clerk's Office closes at 4:00 p.m. Proofs of Claim may be electronically filed until midnight.

Dated: January 24, 2018

WALTER WILHELM LAW GROUP
A Professional Corporation

Riley C. Walter
Attorneys for Debtor,
Tulare Local Healthcare District, dba
Tulare Regional Medical Center

WALTER WILHELM LAW GROUP,
a Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com
Pub: Feb. 5, 2018    #2698911

EXHIBIT A
Page 2 of 2