## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

---

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** ABS-1

**Date:** 02/15/2018
**Time:** 9:30 AM

**Matter:** [332] - Motion for Relief from Automatic Stay [ABS-1] Filed by Creditor Candice Anderson (Fee Paid $0.00) (eFilingID: 6202375) (mpem)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

### CIVIL MINUTES

Motion Dropped from calendar, Resolved without Oral Argument

Resolved by stipulation of the parties.