**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Tulare Local
Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** JLG-1

**Date:** 02/15/2018
**Time:** 9:30 AM

**Matter:** [342] - Motion for Relief from Automatic Stay [JLG-1]
Filed by Creditor Bank of the Sierra (Fee Paid $181) (eFilingID:
6204812) (svim)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**


Motion Dropped from calendar, Resolved without Oral Argument


Resolved by stipulation of the parties.