**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

| | |
|---|---|
| **Case Title:** Tulare Local Healthcare District | **Case No.:** 17-13797 - B - 9 |
| | **Docket Control No.** WW-24 |
| | **Date:** 02/15/2018 |
| | **Time:** 9:30 AM |

**Matter:** [348] - Motion/Application for Adequate Protection [WW-24] Filed by Debtor Tulare Local Healthcare District (svim) [348] - Motion/Application to Borrow [WW-24] Filed by Debtor Tulare Local Healthcare District (svim)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Danielle J. Bethel
**Respondent(s):**
(by phone) Creditor's Attorney - Ian A. Hammel

---

**CIVIL MINUTES**

Motion Granted in part/Denied in part

The Moving Party shall submit a proposed order after hearing.

The motion was GRANTED IN PART and DENIED IN PART. The court authorizes debtor to borrow up to $69,087.00 from FIRST Insurance Funding ("FIRST"), grant FIRST a first priority security interest in the insurance policies and any additional premiums required under the polices, including all return policies, dividend payments, and loss payments which reduce unearned premium.

In the event Debtor fails to make payments to FIRST, the automatic stay shall automatically lift to enable FIRST and/or third parties, including insurance companies providing the coverage under the policies, to take all necessary and appropriate actions to cancel the

policies, collect the collateral, and apply such collateral to the indebtedness owed to FIRST by debtor under the agreement. In exercising those rights, FIRST and/or third parties shall comply with the notice and other relevant provisions of the agreement.

Movant has asked for a waiver of the 14-day stay pursuant to Federal Rule of Bankruptcy Procedure 6004(g). The court DENIED this request. Rule 6004(g) does not provide for such relief.