**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

| | |
|---|---|
| **Case Title:** Tulare Local Healthcare District | **Case No.:** 17-13797 - B - 9 |
| | **Docket Control No.** WW-26 |
| | **Date:** 02/15/2018 |
| | **Time:** 9:30 AM |

**Matter:** [353] - Motion/Application to Approve Stipulation for Relief from the Automatic Stay [WW-26] Filed by Debtor Tulare Local Healthcare District (svim)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Electronic Record**
**Department: B**

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Danielle J. Bethel
**Respondent(s):**
None

**CIVIL MINUTES**

Motion Granted

The moving party shall submit a proposed order after hearing.

The motion was filed and served pursuant to LRB 9014-1(f)(2). The court entered the respondents' defaults and granted the motion.

The court GRANTS the motion and approves the stipulation between the debtor and plaintiffs collectively known as "Jiame Calderon and the three children of Jiame Calderon and Ana Calderon (deceased)."