# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re<br>TULARE LOCAL HEALTHCARE DISTRICT<br>d/b/a Tulare Regional Medical Center<br><br>                             Debtor(s). | Bankruptcy Case No.<br>17-13797 |
|---|---|

*The following additional information is required when filing this form in an adversary proceeding.*

| v.<br><br>                        Plaintiff(s),<br><br>                       Defendant(s). | Adversary Proceeding No. |
|---|---|

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

1. Pursuant to Local Rule 1001-1(c) of the United States Bankruptcy Court for the Eastern District of California and Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, I, PHILLIP M. HUDSON III *[applicant's name]* hereby apply for admission to practice pro hac vice, to appear and participate in this case/proceeding as counsel for Creditor, Integrity Healthcare Locums LLC *[name(s) of party(ies) represented]*.

2. In support of this application, I state under penalty of perjury that:

   a. I reside in : Miami, Florida *[city and state]*.

   b. My business address is:

   Firm Name: Saul Ewing Arnstein & Lehr LLP
   Address: 200 S. Biscayne Blvd.
   Suite 3600
   City: Miami
   State: Florida     ZIP Code: 33131
   Voice Phone: ( 305 ) 428-4502     State Bar Membership #: 518743

   c. I have been admitted to practice by the following Court(s) *[List all of the courts the applicant has been admitted to practice before. Attach additional pages if necessary.]*:

| Court | Admission Date | Court | Admission Date |
|---|---|---|---|
| Bkc Court Southern Dist. Fla. | 2006 | | |
| U.S. Court of Appeals | 2001 | | |
| Dist. Court Middle Dist. Fla | 1986 | | |
| Dist. Court Southern Dist. Fla | 1985 | | |

d. I am a member in good standing of, and eligible to practice before, the Bar in said Courts. A copy of a certificate of good standing from the Court in the state of my primary practice is attached. I am not currently suspended or disbarred in any Court.

e. I [check one] ☐ have
   ☑ have not

concurrently or within the year preceding this application made other pro hac vice applications to this Court. The cases/proceedings, if any, in which pro hac vice application was made concurrently or within the year immediately preceding the filing of this application are listed below. [Attach additional pages if necessary.]

| Case No. | Case Title | Application Date | Granted or Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

f. The $225.00 fee prescribed for filing an application for admission to practice pro hac vice has been paid to the Clerk, U.S. District Court, Eastern District of California ( U.S. District Court receipt number CAE100038257 (receipt attached) ). *[NOTE: U.S. District Court receipt number indicating payment is REQUIRED. Applications submitted without a valid U.S. District Court receipt number will NOT be processed.]*

3. I hereby designate the following member in good standing of the Bar of this Court, and an authorized user of this Court's electronic filing system, as local counsel with whom the Court and opposing counsel may readily communicate in this matter regarding conduct of the action and upon whom service shall be made. Said designee consents to this designation by signing below.

Name: Kevin H. Morse
Address: Saul Ewing Arnstein & Lehr LLP
161 N. Clark Street, Suite 4200
City: Chicago
State: IL            ZIP Code: 60601
Voice Phone: ( 312 ) 876-7122    CA Bar ID #: 253066

Date: 10/23/17
Applicant's Signature

Date: 2.6.18
Designee's Signature

**NOTE:** This completed application, any continuation pages, and a copy of applicant's certificate of good standing shall be electronically filed with the bankruptcy court by designated local counsel, together with Form EDC 2-601, *Order Concerning Admission to Practice Pro Hac Vice*, completed in all respects except for checking a box and inserting the date. For additional information, see form EDC 2-600-INST, *Instructions Regarding Application for Admission to Practice Pro Hac Vice*.

```
Court Name: Eastern District of California
Division: 1
Receipt Number: CAE100038257
Cashier ID: ssantaga
Transaction Date: 02/16/2018
Payer Name: Saul Ewing Arnstein Lehr LLP
--------------------------------
PRO HAC VICE
 For: Phillip M Hudson III
 Case/Party: D-CAE-1-18-LB-000023-001
 Amount:         $225.00
--------------------------------
CHECK
 Check/Money Order Num: 5733
 Amt Tendered:  $225.00
--------------------------------
Total Due:       $225.00
Total Tendered:  $225.00
Change Amt:      $0.00
```

Returned Check Fee $53

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Steven M. Larimore,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Phillip M. Hudson III**, Florida Bar # **518743**, was duly admitted to practice in this Court on **December 03, 1985**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on February 07, 2018



**Steven M. Larimore**
*Court Administrator • Clerk of Court*