
**FILED**
FEB 23 2018
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re: | Case No.: 17-13797-B-9 |
| | Chapter 9 |
| **TULARE LOCAL HEATHCARE DISRICT dba TULARE REGIONAL MEDICAL CENTER,** | DC No. N/A |
| | Date: N/A |
| | Time: N/A |
| Debtor. | Place: 2500 Tulare Street |
| | Fresno, C A 93721 |
| TAX ID#: 94-6002897 | Courtroom 13 |
| Address: 869 N. Cherry St. Tulare, CA 93274 | Judge: Honorable René Lastreto II |

**PATIENT CARE OMBUDSMAN (11 U.S.C. (11 U.S.C. § 333(a)(1))---
RESIGNATION DUE TO CONFLICT OF INTEREST**

I, Beatrice Hensleit, declared that I was the President of Hensleit Healthcare consulting, located in Fresno California. I read and reviewed the Notice of Appointment of Patient Care Ombudsman (11 U.S.C § 333(a)(2)(A) and knew the contents thereof. And based upon review of the debotor's petition and list of creitors, and to the best of my knowledge, information and belief, I had no conneciton with the Debor of this estate, creidtors or any other party interest and after a great deal of additional research, I was able to declare at that time that I would be free from any conflict of interest.

In making preparations to fulfill my duties as Patient Care Ombudsman, I have become aware of business relationships and interests that developed **after** I made
1

1. the declaration that I had no conflict of interest, that have in fact created a
2. substantial conflict of interest for me. This conflict of interest will result in me
3. regretfully requesting that I immediately be removed from the Patient Care
4. Omnbudsman appointment.

Dated: 2-22-18, 2018

Respectfully submitted,

By: [signature]