**2**

GREGORY S. POWELL #182199
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030
Robin.Tubesing@usdoj.gov

Attorneys for Tracy Hope Davis,
United States Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL<br>HEALTHCARE DISTRICT,<br><br><br><br><br>　　　　　　　　　　　Debtor. | Case No. 17-13797-B-9<br>Chapter 9<br><br>Date:<br>Time:<br>Place:　United States Courthouse<br>　　　　　Department B, Courtroom 13<br>　　　　　2500 Tulare Street, Fifth Floor<br>　　　　　Fresno, California<br>Judge:　Honorable René Lastreto II |

**APPOINTMENT OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. §§ 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors:

///

///

///

///

///

///

///

1

**AMN Healthcare**
Representative: Tamara Swenson
12400 High Bluff Drive
San Diego, CA 92130

**Firstsource Solutions USA, LLC**
Representative: Derek Kung
1661 Lyndon Farm Court
Louisville, KY 40223

February 26, 2018

Respectfully submitted,

Gregory S. Powell,
Assistant United States Trustee

/s/ Gregory S. Powell
Gregory S. Powell

Attorney for Tracy Hope Davis,
United States Trustee