3
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter, #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com
           dbethel@w2lg.com

Attorneys for Debtor, Tulare Local Healthcare District,
dba Tulare Regional Medical Center

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>                  Debtor.<br><br>Tax ID #: 94-6002897<br>Address:   869 N. Cherry St.<br>                 Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-31<br><br>Date:    April 12, 2018<br>Time:    9:30 a.m.<br>Place:    2500 Tulare Street<br>            Fresno, CA 93721<br>            Courtroom 13<br>Judge:   Honorable René Lastreto II |

**DECLARATION OF DANIELLE J. BETHEL IN SUPPORT OF MOTION FOR ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY (DOMINGUEZ)**

I, Danielle J. Bethel, hereby declare and represent as follows:

1.    My name is Danielle J. Bethel. I am attorney at Walter Wilhelm Law Group ("W2LG") which is counsel for the Debtor. This proceeding was commenced by the filing of a voluntary petition.

///

---

DECLARATION IN SUPPORT OF MOTION FOR ORDER        -1-
APPROVING AGREEMENT RELATING TO RELIEF FROM
THE AUTOMATIC STAY (DOMINGUEZ)

M:\S-U\TRMC\PLEADINGS\WW-31 Motion
to Approve Stipualtion for Relief from Stay
(Dominguez)\Dec.DJB.032618.djb.docx

2.  W2LG maintains an office at 205 E. River Park Circle, Suite 410, Fresno, California 93720.

3.  I have personal knowledge that the facts set forth in this declaration are true, except on those matters stated on information and belief, which I believe to be true. If I were called as a witness in connection with this proceeding, I could and would testify competently to the matters stated herein.

4.  I have personally reviewed the Motion for Order Approving Stipulation for Relief From Stay ("Motion") which seeks an order pursuant to 11 U.S.C. §§ 901 and 362 as complimented by FRPB 4001(d) approving the Stipulation for Relief From the Automatic Stay ("Stipulation") entered into between the Debtor and JOE O. DOMINGUEZ, MARY ROSE DOMINGUEZ, CERENE R. OLIVERA, STEVEN J. ZUIDERWEG, a minor, by and through his Guardian ad Litem, AMANDA ZUIDERWEG (collectively "Plaintiffs").

5.  As stated in the Motion and Stipulation, Plaintiffs wish to commence an action in the Tulare County Superior Court seeking damages for the tort of negligence resulting in wrongful death allegedly caused by the Debtor prior to the filing of Debtor's bankruptcy case (the "Lawsuit").

6.  After negotiation, the Parties have stipulated to terms and conditions concerning commencement and prosecution of the Lawsuit ("Stipulation"). A true and correct copy of the Stipulation is attached to the Motion as Exhibit A.

7.  Essentially, by the Stipulation, the Parties agree that (1) Plaintiffs shall be permitted to commence and prosecute the Lawsuit to settlement or judgment against the Debtor and/or the other defendants in the Lawsuit for the purposes of determining the liability and damages, if any, of the Debtor and/or the other defendants with respect

to the Litigation; and (2) that Plaintiffs recovery against the Debtor in the Lawsuit, if any, shall be limited to proceeds available under any applicable liability coverage, if any, and by Plaintiffs' waiver of the right to collect the first $100,000 of any settlement or judgment against the Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Executed this 26 day of March, 2018, at Fresno, California.

*Danielle J. Bethel*