```
5
```
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:        rileywalter@w2lg.com

Chapter 9 Counsel

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| In re | CASE NO. 17-13797 |
|---|---|
| **TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,** | Chapter 9 |
| Debtor. | Date:    N/A<br>Time:   N/A<br>Place:   2500 Tulare Street<br>             Fresno, CA 93721<br>             Courtroom 13 |
| Tax ID #:  94-6002897<br>Address:   869 N. Cherry Street<br>                Tulare, CA 93274 | Judge:   Honorable René Lastreto II |

## PROOF OF SERVICE

I am employed in the County of Fresno, State of California.  I am over the age of 18 and not a party to the within action; I am an employee of Walter Wilhelm Law Group, 205 East River Park Circle, Suite 410, Fresno, CA 93720.

On April 4, 2018, I served the foregoing document(s) described as:

1. **Stipulation and Order Regarding the Filing of a Proof of Claim for Bond Insurer for Certain General Obligation Bonds**

on the party/parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

XXX    **(U.S. POSTAL SERVICE)** I am "readily familiar" with the firm's practice of collection and processing correspondence for serving by mail.  Under that practice correspondence is deposited with the U.S. Postal Service with postage thereon fully prepaid during U.S.P.S. business hours.  I am aware that on motion of the party served, the service can be declared

---

PROOF OF SERVICE                                     -1-                              00175667-gaa-04.04.2018

| | |
|---|---|
| 1 | invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit. |
| 2 | |

**SEE ATTACHED SERVICE LIST**

XXX  (E-MAIL SERVICE) I transmitted the above-described document via e-mail to the persons that have an e-mail address shown on the Service List.

**SEE ATTACHED SERVICE LIST**

Executed on April 4, 2018, at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Marina Subia

**Tulare Local Healthcare District,**
**dba Tulare Regional Medical Center**

## SERVICE LIST

Case No. 17-13797

Debtor
Tulare Local Healthcare District
dba Tulare Regional Medical Center
Kevin Northcraft, President
869 N. Cherry St.
Tulare, CA 93274
northee@aol.com

Ian A. Hammel
Mintz Levin, et al
One Financial Center
Boston, MA 02111
iahammel@mintz.com

California Dept. of Public Health
Craig Rust, Deputy Attorney
California Attorney General's Office
1300 "I" Street Ste. 125
Sacramento, CA 95814-2951
Craig.rust@doj.ca.gov

District Counsel
Ben Nicholson
McCormick Barstow, LLP
7647 N. Fresno St.
Fresno, CA 93720
Ben.nicholson@mccormickbarstow.com

William W. Kannel
Mintz Levin, et al
One Financial Center
Boston, MA 02111
wkannel@mintz.com

U.S. Trustee
Gregory S. Powell Assistant U.S. Trustee
Office of the U.S. Trustee
2500 Tulare St., Ste. 1401
Fresno, CA 93721
Greg.powell@usdoj.gov

Abigail V. O'Brient
Mintz Levin, et al
2029 Century Park East, Ste. 1370
Los Angeles, CA 90067
avobrient@mintz.com

## Special Notice

Marc Levinson
Orrick, Herrington & Sutcliffe, LLP
400 Capitol Mall, Ste. 3000
Sacramento, CA 95814-4497
malevinson@orrick.com

Todd Wynkoop
McCormick Barstow, LLP
7647 N. Fresno Street
Fresno, CA 93720
Todd.wynkoop@mccormickbarstow.com

William W. Kannel
Mintz Levin, et al
One Financial Center
Boston, MA 02111
wkannel@mintz.com

Eric M. Kapigian
Law Firm of Campagne & Campagne
1685 N. Helm Ave.
Fresno, CA 93727
ekapigian@campagnelaw.com

Jean Chiang, District Manager II
California Dept. of Public Health
4540 California Ave., Ste. 200
Bakersfield, CA 93309
Jean.chiang@cdph.ca.gov

Marshall Grossman
Orrick, Herrington & Sutcliffe, LLP
777 South Figueroa St., Ste. 3200
Los Angeles, CA 90017-5855
mgrossman@orrick.com

Ben Nicholson
McCormick Barstow, LLP
7647 N. Fresno Street
Fresno, CA 93720
Ben.nicholson@mccormickbarstow.com

Ian A. Hammel
Mintz Levin, et al
One Financial Center
Boston, MA 02111
iahammel@mintz.com

Thomas E. Campagne
Law Firm of Campagne & Campagne
1685 N. Helm Ave.
Fresno, CA 93727
tcampagne@campagnelaw.com

Diane C. Stanfield
Alston & Bird, LLP
333 So. Hope St., Ste 1600
Los Angeles, CA 90071
Diane.Stanfield@alston.com
Leib.lerner@alston.com

Attorneys for BETA Healthcare Group
Gerald N. Sims
Pyle Sims, et al
401 B Street, Ste. 1500
San Diego, Ca 92101-4238
jerrys@psdslaw.com

Mary Ramirez
McCormick Barstow, LLP
7647 N. Fresno Street
Fresno, CA 93720
mary.ramirez@mccormickbarstow.com

Abigail V. O'Brient
Mintz Levin, et al
2029 Century Park East, Ste. 1370
Los Angeles, CA 90067
avobrient@mintz.com

G. Andrew Slater
Dowling Aaron
8080 N. Palm Ave., Third Floor
PO Box 28902
Fresno, CA 93729-8902
aslater@dowlingaaron.com

Horswill, Mederos & Soares
Joseph Soares
PO Box 29
Tulare, CA 93275
JFS@TulareEsq.com

Law Offices of Michael J. Lampe
Michael J. Lampe
108 W. Center Ave.
Visalia, CA 93291
mjl@lampe-law.com

Lisa Holder
Klein DeNatale, et al
5260 N. Palm Ave., Ste. 201
Fresno, CA 93704
lholder@kleinlaw.com

Xavier Avila
TRMC Board Member
13045 Ave 232
Tulare, CA 93274
xgeneexpress@gmail.com

Leib M. Lerner
Alston & Bird LLP
333 South Hope St., Sixteenth Floor
Los Angeles, CA 90071
Leib.lerner@alston.com

Jason E. Rios
Felderstein Fitzgerald, et al
400 Capitol Mall, Ste. 1750
Sacramento, CA 95814
jrios@ffwplaw.com

Alissa Brice Castaneda
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391
Alissa.castaneda@quarles.com

Craig Rust, Deputy Attorney
California Attorney General's Office
1300 "I" Street Ste. 125
Sacramento, CA 95814-2951

Travis A. McRoberts
Squire Patton Boggs LLP
2000 McKinney Ave., Ste. 1700
Dallas, TX 75201
Travis.mcroberts@squirepb.com

Russell R. Johnson III
Law Firm of Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, VA 23103
russell@russelljohnsonlawfirm.com

David Leigh
Ray Quinney & Nebeker
36 S. State Street, Ste. 1400
Salt Lake City, UT 84111
dleigh@rqn.com

Cynthia J. Larsen
Orrick Herrington, et al
400 Capitol Mall, Ste. 3000
Sacramento, CA 95814-3000
clarsen@orrick.com

Kevin Northcraft
TRMC Board President
1567 Mateus Court
Tulare, CA 93274
northee@aol.com

Mike Jamaica
TRMC Board Member
966 N. "M" Street
Tulare CA 93274
mikejamaica@sbcglobal.net

Hagop T. Bedoyan
Klein DeNatale, et al
5260 N. Palm Ave., Ste. 201
Fresno, CA 93704
hbedoyan@kleinlaw.com

Darrell W. Clark
Stinson Leonard Street, LLP
1775 Pennsylvania Ave., NW, Ste. 800
Washington, DC 20006
Darrell.clark@stinson.com

Hanno T. Powell
Powell Slater LLP
7522 N Colonial Ave., Ste. 100
Fresno, CA 93711-5874
hpowell@powellslater.com

IBM Corporation
Attn: Marie-Josee Dube
275 Viger East
Montreal, Quebec H2X 3R7
Canada

Tulare County Tax Collector
Attn: Sol Viveros, Deputy Tax Collector
221 S. Mooney Bvld., Rm. 104-E
Visalia, CA 93291-4593

Tobias S. Keller
Keller & Benvenutti LLP
650 California St., Ste. 1900
San Francisco, CA 94108
tkeller@kellerbenvenutti.com

Integrity Healthcare Locums
c/o Phillip M. Hudson
Saul Ewing Arnstein & Lehr LLP
200 South Biscayne Blvd., Ste. 3600
Miami, FL 33131
phil.hudson@saul.com

Kutak Rock LLP
Lisa M. Peters
1650 Farnam Street
Omaha, NE 68102-2186
Lisa.Peters@KutakRock.com

Senovia Gutierrez
TRMC Board Member
750 North E Street
Tulare, CA 93274
senovia@live.com

Raymond Chandler
Law Office of Raymond Chandler
15 W. Carrillo St., Ste. 220
Santa Barbara, CA 93101
rdc@rdclawoffice.com

Med One Capital Funding, LLC
Attn: David H. Leigh
36 South State Street, 14th Floor
Salt Lake City, UT 84111
dleigh@rqn.com

Coleman & Horowitt
Russ Reynolds
499 W. Shaw Ave., Ste. 116
Fresno, CA 93704
rreynolds@ch-law.com

Jean Chiang, District Manager II
California Dept. of Public Health
4540 California Ave., Ste. 200
Bakersfield, CA 93309
Jean.chiang@cdph.ca.gov

Karol K. Denniston
Squire Patton Boggs LLP
275 Battery St., Ste. 2600
San Francisco, CA 94111
Karol.denniston@squirepb.com

Belfor Property Restoration
c/o Scott B. Cohen
Engelman Berger PC
3636 North Central Avenue, Ste. 700
Phoenix, AZ 85012
sbc@eblawyers.com

Dara L. Silveira
Keller & Benvenutti LLP
650 California St., Ste. 1900
San Francisco, CA 94108
dsilveira@kellerbenvenutti.com

Amy Terrible Myers
Deputy County Counsel
Tulare County Counsel
2900 West Burrel Ave.
Visalia, CA 93291
amyers@co.tulare.ca.us

Leibovic Law Group
Geriann Weisenberg
21540 Plummer St., Ste. B
Chatsworth, CA 91311

Michael W. Winsten
Winsten Law Group
27201 Puerta Real, Ste. 140
Mission Viejo, CA 92691
mike@winsten.com

Ashley M. McDow
Baker & Hostetler LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025-0509
amcdow@bakerlaw.com

Joseph D. Frank
FrankGecker LLP
325 N. LaSalle St., Ste. 625
Chicago, IL 60654
jfrank@fgllp.com

Beatrice E. Hensleit R.N.
Hensleit Healthcare Consulting
1849 N. Helm, Suite 114
Fresno, CA 93727

Linda Wilbourn
12499 Colony Ave.
Tulare, CA 93274

Karen V. Newbury
FrankGecker LLP
325 N. LaSalle St., Ste. 625
Chicago, IL 60654
knewbury@fgllp.com

Stephen Labiak
1222 W. Shaw Ave.
Fresno, CA 93711
labiaklaw@yahoo.com

Jeffrey J. Lodge
Assistant U.S. Attorney
U.S. Attorney's Office
2500 Tulare Street, Ste. 4401
Fresno, CA 93721
Jeffrey.lodge@usdoj.gov

**Official Committee of Unsecured Creditors**

Attorney for Creditor Committee
Joshua D. Moore
DLA Piper LLP
555 Mission St., Ste. 2400
San Francisco, CA 94105-2933
Josha.morse@dlapiper.com

AMN Healthcare
Representative: Tamara Swenson
12400 High Bluff Dr.
San Diego, CA 92130

Attorney for Creditor Committee
Virginia Callahan
DLA Piper LLP
555 Mission St., Ste. 2400
San Francisco, CA 94105-2933
virginia.callahan@dlapiper.com

Firstsource Solutions USA, LLC
Representative: Derek Kung
1661 Lyndon Farm Court
Louisville, KY 40223

Attorney for Creditor Committee
Robbin L. Itkin
DLA Piper LLP
2000 Avenue of the Stars, Ste. 400
Los Angeles, CA 90067-4704
Robbin.itkin@dlapiper.com