EXECUTION VERSION

1   Squire Patton Boggs (US) LLP
    Karol K. Denniston (CA Bar # 141667)
2   275 Battery Street, Suite 2600
    San Francisco, California 94111
3   Telephone: +1 415 954 0200
    Facsimile: +1 415 393 9887
4   Email: karol.denniston@squirepb.com

5   Counsel for Syncora Guarantee Inc.

6

7   Mintz Levin Cohn Ferris Glovsky
    and Popeo, P.C.
    William W. Kannel
8   Ian A. Hammel
    One Financial Center
9   Boston, Massachusetts 02111
    Telephone: +1 617 542 6000
10   Facsimile: +1 617 542 2241
     Email: wkannel@mintz.com
11         iahammel@mintz.com

12   Counsel to Wilmington Trust, N.A.

Walter Wilhelm Law Group
A Professional Corporation
Riley C. Walter (CA Bar # 91839)
Matthew P. Bunting (CA Bar # 306034)
Daniel J. Bethel (CA Bar # 3159452)
205 East River Park Circle, Suite 410
Fresno, California 93720
Telephone: +1 559 435 9800
Facsimile: +1 559 435 9868
Email: rileywalter@w2lg.com

Chapter 9 Counsel for the Debtor

McCormick Barstow, LLP
Todd Wynkoop (CA Bar #308845)
7647 N. Fresno Street
Fresno, California 93720
Telephone: +1 559 433 1300
Facsimile: +1 559 433 2300
Email:mandy.jeffcoach@mccormickbarstow.com

Counsel to the Debtor

*(left margin, vertical)* SQUIRE PATTON BOGGS (US) LLP   275 Battery Street, Suite 2600   San Francisco, California 94111

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| 16   In re: | Case No. 17-13797-B-9 |
| 17   TULARE REGIONAL HEALTHCARE DISTRICT, d/b/a TULARE REGIONAL | Chapter 9 |
| 18   MEDICAL CENTER | **STIPULATION AND ORDER REGARDING THE FILING OF A** |
| 19          Debtor. | **PROOF OF CLAIM FOR BOND INSURER FOR CERTAIN GENERAL** |
| 20   Tax ID: 94-6002897 | **OBLIGATION BONDS** |
|     Address: 869 N. Cherry Street | |
| 21           Tulare, California 93274 | |

22

23      This stipulation regarding the filing of certain claims in respect of certain general obligation

24   bonds (the "Stipulation") is entered into by and among Syncora Guarantee Inc. ("Syncora"),

25   Wilmington Trust, N.A., as paying agent and registrar ("Wilmington Trust"), and the Tulare

26   Regional Health Care District, d/b/a Tulare Regional Medical Center, the debtor in the above-

27   captioned chapter 9 proceeding (the "Debtor" and, together with Syncora and Wilmington Trust,

28   the "Parties").

RECEIVED
April 04, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006254140

8/7/AMERICAS

**A. The Series A General Obligation Bonds**

WHEREAS, on or about August 21, 2017, the Debtor issued those certain $15,000,000 Tulare Local Health Care District (Tulare County, California) General Obligation Bonds, Election of 2005, Series A (2007) (the "Series A General Obligation Bonds"). Wilmington Trust is successor paying agent and registrar with respect to the Series A General Obligation Bonds;

WHEREAS, in connection with the issuance of the Series A General Obligation Bonds, XL Capital Assurance Inc. ("XL Capital") issued a financial guarantee insurance policy, policy number CA03979A, whereby XL Capital insured the payment of principal of, and interest on, the Series A General Obligations Bonds as and when due, XL Capital later adopted the Syncora name;

WHEREAS, as the insurer of the payment obligations under the Series A General Obligation Bonds, Syncora will suffer harm in the event of the Debtor's nonpayment of the principal of, or interest on, the Series A General Obligation Bonds;[1]

**B. The Chapter 9 Bankruptcy Proceeding**

WHEREAS, the Debtor commenced this proceeding under chapter 9 of title 11 of the United States Code (the "Bankruptcy Code") on September 30, 2017 (the "Petition Date");

WHEREAS, on December 22, 2017, the Debtor filed its Motion for Order Fixing Bar Date for Filing Proofs of Claim and certain related pleadings [D.I. 290, 292 and 293] (collectively, the "Bar Date Motion"). The Court granted the Bar Date Motion at a hearing held on January 25, 2018 and entered a corresponding order on January 26, 2018 [D.I. 377] (the "Bar Date Order");

WHEREAS, pursuant to the Bar Date Order, the Court fixed April 10, 2018 (the "Bar Date") as the deadline for filing proofs of claim for certain claims in the Debtor's chapter 9 case, and prescribed the form and manner of notice of the Bar Date;

WHEREAS, the Bar Date Order and corresponding Notice of Claims Bar Date filed by the Debtor on January 25, 2018 [D.I. 371] (the "Bar Date Notice") both provide that record and beneficial holders, indenture trustees, paying agents and registrars of Debt Claims (as defined in the Bar Date Order and specifically including the Series A General Obligation Bonds) are not required to file a proofs of claim with respect to the Series A General Obligation Bonds, the Bar

---

[1] The Series A General Obligation Bonds are not currently in monetary default.

010-8598-7948/7/AMERICAS

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

Date Order and Bar Date Notice specify that the Debtor and the Paying Agent will stipulate to the principal and interest due at a later time (with all rights of the parties reserved if the Debtor and the Paying Agent do not so stipulate); and

WHEREAS, the Bar Date Order and Bar Date Notice do not expressly address Syncora's interest as the insurer of the Series A General Obligation Bonds or its potential claims in this chapter 9 case. To account for and address the rights and obligations of Syncora as insurer of the Series A General Obligation Bonds, the Parties wish to agree and stipulate as set forth herein.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES THAT:**

1.      Syncora, as insurer of the Series A General Obligation Bonds, is authorized to file a proof of claim on its behalf as the insurer of the Series A General Obligation Bonds (the "Claim"), if (i) the Paying Agent, the Debtor and/or Syncora are unable to stipulate to the amount due and owing under the Series A General Obligation Bonds as provided for in the Bar Date Order and Bar Date Notice; (ii) an event of default, monetary or otherwise, occurs with respect to the Series A General Obligation Bonds; (iii) the Debtor proposes a chapter 9 plan of adjustment, or other settlement or adjustment of debts, that in any way impairs the full and timely payment of principal and interest due under the Series A General Obligation Bonds; (iv) the Debtor seeks to take possession of or otherwise alter the flow of funds in connection with the property tax revenues that secure payment of the Series A General Obligation Bonds; and/or (v) the Debtor seeks to use property tax revenues securing payment of the Series A General Obligation Bonds for operating revenues, unapproved capital projects or any use other than payment of the Series A General Obligation Bonds.

2.      In the event that any of (i)-(v) in the preceding paragraph occur, and notwithstanding the Bar Date otherwise set by the Court, the deadline for Syncora to file a Claim shall be the later to occur of (a) the Bar Date, or (b) forty-five (45) days following the occurrence of any event identified in the preceding paragraph. For the avoidance of doubt, any Claim filed by Syncora may include any additional rights that Syncora may have as the insurer.

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

010-8598-7948/7/AMERICAS

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

3.     The Parties represent and warrant that each has full power and authority to enter into and perform under this Stipulation, and that this Stipulation constitutes a valid and binding agreement enforceable in accordance with its terms.

4.     This Stipulation constitutes the entire agreement and understanding between the Parties pertaining to the subject matter hereof and may not be modified, altered, amended, or vacated without the prior written consent of the Parties or their counsel, as well as any necessary Court approval.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed to be an original, but all of which together will constituted one and the same agreement. Additionally, signature pages delivered by facsimile or via email in portable document format (.pdf) shall be deemed original.

6.     The Court shall retain jurisdiction to resolve all matters relating to the implementation of this Stipulation.

7.     The Parties stipulate and agree to entry of an order by the Court approving the terms of this Stipulation.

Dated: March  28, 2018

Squire Patton Boggs (US) LLP

_Karol K Denniston_
Karol K. Denniston (CA Bar # 141667)
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887
Email: karol.denniston@squirepb.com

Counsel for Syncora Guarantee Inc.

Walter Wilhelm Law Group
A Professional Corporation

Riley C. Walter (CA Bar # 91839)
Matthew P. Bunting (CA Bar # 306034)
Daniel J. Bethel (CA Bar # 3159452)
205 East River Park Circle, Suite 410
Fresno, California 93720
Telephone: +1 559 435 9800
Facsimile: +1 559 435 9868
Email: rileywalter@w2lg.com

Chapter 9 Counsel for the Debtor

3. The Parties represent and warrant that each has full power and authority to enter into and perform under this Stipulation, and that this Stipulation constitutes a valid and binding agreement enforceable in accordance with its terms.

4. This Stipulation constitutes the entire agreement and understanding between the Parties pertaining to the subject matter hereof and may not be modified, altered, amended, or vacated without the prior written consent of the Parties or their counsel, as well as any necessary Court approval.

5. This Stipulation may be executed in multiple counterparts, each of which shall be deemed to be an original, but all of which together will constituted one and the same agreement. Additionally, signature pages delivered by facsimile or via email in portable document format (.pdf) shall be deemed original.

6. The Court shall retain jurisdiction to resolve all matters relating to the implementation of this Stipulation.

7. The Parties stipulate and agree to entry of an order by the Court approving the terms of this Stipulation.

Dated: March 28, 2018

Squire Patton Boggs (US) LLP

_____
Karol K. Denniston (CA Bar # 141667)
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887
Email: karol.denniston@squirepb.com

Counsel for Syncora Guarantee Inc.

Walter Wilhelm Law Group
A Professional Corporation

*Riley C. Walter*
_____
Riley C. Walter (CA Bar # 91839)
Matthew P. Bunting (CA Bar # 306034)
Daniel J. Bethel (CA Bar # 3159452)
205 East River Park Circle, Suite 410
Fresno, California 93720
Telephone: +1 559 435 9800
Facsimile: +1 559 435 9868
Email: rileywalter@w2lg.com

Chapter 9 Counsel for the Debtor

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

1    Mintz Levin Cohn Ferris Glovsky        McCormick Barstow, LLP
       and Popeo, P.C.

2

3

       William W. Kannel             Todd Wynkoop (CA Bar #308845)

4    Ian A. Hammel                  7647 N. Fresno Street
       One Financial Center            Fresno, California 93720

5    Boston, Massachusetts 02111       Telephone: +1 559 433 1300
       Telephone: +1 617 542 6000        Facsimile: +1 559 433 2300

6    Facsimile: +1 617 542 2241        Email:mandy.jeffcoach@mccormickbarstow.com
       Email: wkannel@mintz.com

7              iahammel@mintz.com        Counsel to the Debtor

8    Abigail V. O'Brient (CA Bar # 265704)
       2029 Century Park East, Suite 1370

9    Los Angeles, California 90067
       Telephone: +1 310 586 3200

10   Facsimile: +1 31- 586 3200
       Email: avobrient@mintz.com

11

       Counsel to Wilmington Trust, N.A.

12

13

       **SO ORDERED:**

14

15

16   The Honorable Rene Lastreto II
       United States Bankruptcy Judge

17

18

19

20

21

22

23

24

25

26

27

28

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

010-8598-7948/7/AMERICAS

Mintz Levin Cohn Ferris Glovsky
and Popeo, P.C.

William W. Kannel
Ian A. Hammel
One Financial Center
Boston, Massachusetts 02111
Telephone: +1 617 542 6000
Facsimile: +1 617 542 2241
Email: wkannel@mintz.com
        iahammel@mintz.com

Abigail V. O'Brient (CA Bar # 265704)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Telephone: +1 310 586 3200
Facsimile: +1 31- 586 3200
Email: avobrient@mintz.com

Counsel to Wilmington Trust, N.A.

**SO ORDERED:**

Dated: Apr 04, 2018

McCormick Barstow, LLP

Todd Wynkoop (CA Bar #308845)
7647 N. Fresno Street
Fresno, California 93720
Telephone: +1 559 433 1300
Facsimile: +1 559 433 2300
Email:mandy.jeffcoach@mccormickbarstow.com

Counsel to the Debtor

By the Court

René Lástreto II, Judge
United States Bankruptcy Court

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

010-8598-7948/7/AMERICAS

5