5 pages
MICHAEL R. HOGUE, SBN 272083
**GREENBERG TRAURIG, LLP**
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
(415) 655-1300;
hoguem@gtlaw.com
*Attorneys for Creditor Medline Industries, Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER | Chapter 9 |
| | MRH-1 |
| Debtor. | **EXHIBITS IN SUPPORT OF REQUEST FOR PAYMENT OF AN ADMINISTRATIVE EXPENSE AND ADMINISTRATIVE PROOF OF CLAIM** |
| | Date: May 17, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street, 5th Floor<br>Courtroom 13<br>Fresno, CA 94732 |

Attorney Michael R. Hogue submits the following exhibits in support of the Request for Payment on an Administrative Expense and Administrative Proof of Claim.

| EXHIBIT | DESCRIPTION | PAGE NO. |
|---|---|---|
| A | Invoice Summary | 3-5 |

Case No. 17-13797

|   |   |
|---|---|
| 1 |  |
| 2 | GREENBERG TRAURIG, LLP |
| 3 |  |
| 4 | By _____ |
|   | Michael R. Hogue |
| 5 | *Attorneys for Creditor* |
|   | *Medline Industries, Inc.* |

# **EXHIBIT A – INVOICE SUMMARY**

EXHIBIT A

**Medline Industries, Inc.**
One Medline Place
Mundelein, IL 60060

Summary of invoices for Administrative Expense Claim
Account # 1065527
Case # 17-13797

**Tulare Local Healthcare District**
Chapter 9 Bankruptcy Case

| PO # | Invoice # | Invoice Date | Amount |
|---|---|---|---|
| TULR4260 | 1834616050 | 9/11/2017 | 216.82 |
| TULR4339 | 1834675316 | 9/12/2017 | 75.23 |
| TULR4383 | 1834675315 | 9/12/2017 | 551.86 |
| TULR4341 | 1834675313 | 9/12/2017 | 185.74 |
| TULR4402 | 1834675310 | 9/12/2017 | 93.56 |
| TULR4179 | 1834675309 | 9/12/2017 | 66.97 |
| TULR4240 | 1834760552 | 9/13/2017 | 150.69 |
| TULR4307 | 1834760546 | 9/13/2017 | 240.84 |
| TULR4287 | 1834760544 | 9/13/2017 | 167.25 |
| TULR4271 | 1834760542 | 9/13/2017 | 37.57 |
| TULR4245 | 1834760540 | 9/13/2017 | 407.01 |
| TULR4405 | 1834760536 | 9/13/2017 | 138.40 |
| TULR4424 | 1834760533 | 9/13/2017 | 360.36 |
| TULR4370 | 1834760527 | 9/13/2017 | 21.48 |
| TULR4298 | 1834760517 | 9/13/2017 | 995.16 |
| TULR4277 | 1834760512 | 9/13/2017 | 166.86 |
| TULR4256 | 1834760507 | 9/13/2017 | 259.26 |
| TULR4248 | 1834760505 | 9/13/2017 | 35.52 |
| TULR4412 | 1834760503 | 9/13/2017 | 325.94 |
| TULR4345 | 1834760551 | 9/13/2017 | 58.38 |
| TULR4300 | 1834760550 | 9/13/2017 | 385.33 |
| TULR4371 | 1834760549 | 9/13/2017 | 20.71 |
| TULR4424 | 1834760548 | 9/13/2017 | 1.81 |
| TULR4313 | 1834760547 | 9/13/2017 | 134.77 |
| TULR4295 | 1834760545 | 9/13/2017 | 70.60 |
| TULR4281 | 1834760543 | 9/13/2017 | 11.51 |
| TULR4238 | 1834760541 | 9/13/2017 | 116.59 |
| TULR3610 | 1834760539 | 9/13/2017 | 542.68 |
| TULR4432 | 1834760538 | 9/13/2017 | 91.92 |
| TULR4413 | 1834760537 | 9/13/2017 | 630.49 |
| TULR4381 | 1834760535 | 9/13/2017 | 215.96 |
| TULR4383 | 1834760534 | 9/13/2017 | 48.02 |
| TULR4340 | 1834760529 | 9/13/2017 | 125.53 |
| TULR4308 | 1834760525 | 9/13/2017 | 405.56 |
| TULR4326 | 1834760523 | 9/13/2017 | 307.86 |
| TULR4315 | 1834760521 | 9/13/2017 | 351.25 |
| TULR4307 | 1834760520 | 9/13/2017 | 875.99 |
| TULR4296 | 1834760516 | 9/13/2017 | 80.45 |
| TULR4290 | 1834760515 | 9/13/2017 | 204.36 |
| TULR4289 | 1834760513 | 9/13/2017 | 35.33 |
| TULR4273 | 1834760511 | 9/13/2017 | 55.62 |
| TULR4266 | 1834760509 | 9/13/2017 | 55.53 |
| TULR4259 | 1834760508 | 9/13/2017 | 257.47 |

**Medline Industries, Inc.**
One Medline Place
Mundelein, IL 60060

Summary of invoices for Administrative Expense Claim
Account # 1065527
Case # 17-13797

**Tulare Local Healthcare District**
Chapter 9 Bankruptcy Case

| PO # | Invoice # | Invoice Date | Amount |
|---|---|---|---|
| TULR4254 | 1834760506 | 9/13/2017 | 6.91 |
| TULR4237 | 1834760504 | 9/13/2017 | 811.12 |
| TULR4414 | 1834760501 | 9/13/2017 | 961.13 |
| TULR4402 | 1834760199 | 9/13/2017 | 6,776.54 |
| TULR4384 | 1834760188 | 9/13/2017 | 8,277.44 |
| TULR4371 | 1834760184 | 9/13/2017 | 3,305.67 |
| TULR4346 | 1834760180 | 9/13/2017 | 3,794.68 |
| TULR4345 | 1834760178 | 9/13/2017 | 468.18 |
| TULR4065 | 1834808783 | 9/14/2017 | 291.03 |
| TULR4330 | 1834808786 | 9/14/2017 | 269.59 |
| TULR4179 | 1834808785 | 9/14/2017 | 100.58 |
| TULR4240 | 1834808782 | 9/14/2017 | 55.59 |
| TULR4371 | 1834808781 | 9/14/2017 | 10.82 |
| TULR4371 | 1834808779 | 9/14/2017 | 21.64 |
| TULR4298 | 1834914144 | 9/15/2017 | 189.43 |
| TULR4186 | 1834970691 | 9/16/2017 | 93.59 |
| TULR4064 | 1835057688 | 9/18/2017 | 567.44 |
| TULR4384 | 1835061032 | 9/19/2017 | 568.46 |
| TULR4381 | 1835061033 | 9/19/2017 | 156.25 |
| TULR4384 | 1835061029 | 9/19/2017 | 23.55 |
| TULR4424 | 1835145893 | 9/20/2017 | 496.62 |
| TULR4330 | 1835145891 | 9/20/2017 | 158.52 |
| TULR4384 | 1835236013 | 9/21/2017 | 128.45 |
| TULR4402 | 1835236012 | 9/21/2017 | 138.70 |
| TULR4319 | 1835316910 | 9/22/2017 | 114.45 |
| TULR4402 | 1835433788 | 9/23/2017 | 38.85 |
| TULR4383 | 1835433786 | 9/23/2017 | 2,680.16 |
| TULR4556 | 1835573730 | 9/27/2017 | 5,630.15 |
| TULR4462 | 1835573723 | 9/27/2017 | 2,676.58 |
| TULR4381 | 1835801698 | 9/29/2017 | 219.02 |
| TULR4556 | 1835988395 | 10/3/2017 | 638.81 |
| TULR4556 | 1835988396 | 10/3/2017 | 95.54 |
| TULR4462 | 1836123189 | 10/5/2017 | 569.10 |

| Total for Proof of Claim | | | $ 49,914.83 |
|---|---|---|---|