UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** WW-31
**Date:** 04/12/2018
**Time:** 9:30 AM

**Matter:** [461] - Motion/Application to Approve Stipulation for Relief from the Automatic Stay [WW-31] Filed by Debtor Tulare Local Healthcare District (svim)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Electronic Record**
**Department: B**

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Danielle J. Bethel
**Respondent(s):**
Creditor's Attorney - Kevin B. Kalajian

**CIVIL MINUTES**

Motion Granted

The Moving Party will submit a proposed order after hearing. Mr. Kalajian to sign off on the order.

The motion was filed and served pursuant to Local Rule of Practice ("LBR") 9014-1(f)(2). The court entered the respondents' defaults and granted the motion.

Pursuant to Federal Rule of Bankruptcy Procedure 4001(d) the court approves the stipulation between the debtor and Joe O Dominguez, Mary Rose Dominguez, Cerene R. Olivera, Steven J. Zuiderweg, a minor, by and through his Guardian ad Litem, Amanda Zuiderweg. The motion was GRANTED.