6
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com
dbethel@w2lg.com

Attorneys for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry St.<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-31<br><br>Date: April 12, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY**

At Fresno, in the Eastern District of California.

The Court having received and reviewed the Motion for Approval of Agreement Relating to Relief From the Automatic Stay, the Motion having been duly and properly served and noticed, and there being no objection to the relief sought, and good cause appearing,

AGREEMENT RELATING TO RELIEF -1- M:\S-U\TRMC\PLEADINGS\WW-31 Motion to Approve
TIC STAY                                            Stipualtion for Relief from Stay
                                                    (Dominguez)\Order.032618.djb.docx

RECEIVED
April 13, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006259821

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion be approved and said Stipulation attached to this Order as Exhibit "A" shall be, and hereby is, approved.

Presented by:
WALTER WILHELM LAW GROUP
a Professional Corporation

*/s/ Danielle J. Bethel*

Danielle J. Bethel,
Attorneys for Debtor, Tulare Local
Healthcare District, dba Tulare Regional
Medical Center

Dated: Apr 13, 2018

By the Court

*/s/ René Lastreto II*

René Lastreto II, Judge
United States Bankruptcy Court

```
 1  4
 2  WALTER WILHELM LAW GROUP
    A Professional Corporation
 3  Riley C. Walter, #91839
    Danielle J. Bethel #315945
 4  205 East River Park Circle, Ste. 410
    Fresno, CA 93720
 5  Telephone:  (559) 435-9800
    Facsimile:  (559) 435-9868
 6  E-mail:     rileywalter@w2lg.com
 7  Attorneys for Tulare Local Healthcare District,
    dba Tulare Regional Medical Center
 8
```

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| In re | CASE NO. 17-13797 |
|---|---|
| **TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,** | DC No.: WW-31 |
| | Chapter 9 |
| Debtor. | Date:  N/A |
| Tax ID #:  94-6002897 | Time:  N/A |
| Address:   869 N. Cherry Street | Place:  2500 Tulare Street |
|            Tulare, CA 93274 |         Fresno, CA 93721 |
| |         Courtroom 13 |
| |         Dept. B, Fifth Floor |
| | Judge:  Honorable René Lastreto II |

### STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

TULARE LOCAL HEALTHCARE DISTRICT, dba Tulare Regional Medical Center ("TRMC") and JOE O. DOMINGUEZ, MARY ROSE DOMINGUEZ, CERENE R. OLIVERA, STEVEN J. ZUIDERWEG, a minor, by and through his Guardian ad Litem, AMANDA ZUIDERWEG (Collectively "Plaintiffs"), by and through their respective counsel, hereby enter into the within Stipulation for Relief from the Automatic Stay

-1-

STIPULATION FOR RELIEF FROM AUTOMATIC STAY (DOMINGUEZ)

M:\S-U\TRMC\PLEADINGS\WW-31 Motion to Approve Stipualtion for Relief from Stay (Dominguez)\Stipulation.ROS.Dominguez.030118.djb.docx

EXHIBIT A
Page 1 Of 4

pursuant to 11 U.S.C. § 362 (the "Stipulation"). The Stipulation is made with reference to the following:

### RECITALS

1. On September 30, 2017, TRMC commenced a voluntary case under chapter 9 of title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court, Eastern District of California ("Petition Date").

2. Plaintiffs wish to commence an action in the Tulare County Superior Court against TRMC ("Lawsuit"), seeking damages for the tort of negligence resulting in wrongful death allegedly caused by TRMC prior to the filing of the bankruptcy case ("Malpractice Claim").

3. TRMC denies the allegations made by Plaintiffs in the Lawsuit.

4. TRMC and Plaintiffs (collectively "the Parties") have agreed to allow the Automatic Stay to be modified pursuant to the terms and conditions stated herein.

### STIPULATION AND AGREEMENT

NOW, THEREFORE, subject to Court approval, the parties hereby stipulate and agree as follows:

5. The Automatic Stay shall be modified such that Plaintiffs shall be permitted to commence and prosecute the Lawsuit to settlement or judgment against TRMC and/or the other defendants in the Lawsuit for the purposes of determining the liability and damages, if any, of TRMC and/or the other defendants with respect to the Malpractice Claim;

///

///

///

-2-

STIPULATION FOR RELIEF FROM AUTOMATIC STAY (DOMINGUEZ)

M:\S-U\TRMC\PLEADINGS\WW-31 Motion to Approve Stipualtion for Relief from Stay (Dominguez)\Stipulation.ROS.Dominguez.030118.djb.docx

EXHIBIT A
Page 2 of 4

6. Plaintiffs' recovery against TRMC in the Lawsuit, if any, shall be limited to any proceeds available under any insurance policy, policies, or any liability coverage contracts[1], as the case may be, if any, applicable to Plaintiffs' Malpractice Claim, and not from TRMC's assets.

7. Further, Plaintiffs waive their right to collect the first $100,000 of any settlement or judgment resulting from the Lawsuit against TRMC (representing TRMC's deductible under the Policy).

8. Accordingly, should Plaintiffs prevail in the Lawsuit as against TRMC any recovery by Plaintiffs against TRMC shall be limited to applicable insurance, or the Policy, if any, and shall further be limited by Plaintiffs' waiver of rights to collect the first $100,000 of any settlement or judgment against TRMC as set forth above. The Lawsuit will not be prosecuted for the purpose of reaching the assets of TRMC other than applicable insurance and/or the Policy.

9. Therefore, it is agreed that the Automatic Stay pursuant to 11 U.S.C. § 362 be vacated as to allow commencement and prosecution of the Lawsuit on the terms and conditions provided above.

10. Any amendment to this Stipulation shall be made in writing, signed by the Parties, and approved by the Court.

///

///

///

---

[1] TRMC is a member of a risk-sharing pool (the "Policy"). Pursuant to California Government Code sections 6500 et seq., TRMC is a member of a risk-sharing pool (the "Policy"). Pursuant to California Government Code sections 6500 et seq., and sections 990 et seq., BETA Healthcare Group Risk Management Authority ("BETA") administers the pool under a joint powers agreement. BETA and TRMC have entered into a Stipulation for Assumption of the BETA Policy. Assumption of the BETA Policy pursuant to the Stipulation was authorized by the Court by Order dated January 26, 2018.

-3-

STIPULATION FOR RELIEF FROM AUTOMATIC STAY (DOMINGUEZ)

M:\S-U\TRMC\PLEADINGS\WW-31 Motion to Approve Stipualtion for Relief from Stay (Dominguez)\Stipulation.ROS.Dominguez.030118.djb.docx

EXHIBIT A Page 3 Of 4

11. The Parties stipulate to entry of an order approving this Stipulation subject to compliance with FRBP 4001, if required.

IT IS HEREBY STIPULATED AND AGREED.

March 16, 2018     BARADAT & PABOOJIAN, INC.

_Kevin Kalajian for_
Daniel R. Baradat, Attorneys for Plaintiffs, Joe O. Dominguez, Mary Rose Dominguez, Cerene R. Olivera, Steven J. Juiderweg, a minor, by and through his Guardian Ad Litem, Amanda Zuiderweg

March 26, 2018     WALTER WILHELM LAW GROUP, a Professional Corporation

Danielle J. Bethel, Attorneys for Debtor, Tulare Local Healthcare District, dba Tulare Regional Medical Center

EXHIBIT A
Page 4 of 4

-4-

STIPULATION FOR RELIEF FROM AUTOMATIC STAY (DOMINGUEZ)

M:\S-U\TRMC\PLEADINGS\WW-31 Motion to Approve Stipualtion for Relief from Stay (Dominguez)\Stipulation.ROS.Dominguez.030118.djb.docx