McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States
Federal Communications Commission

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>TULARE LOCAL HEALTHCARE DISTRICT,<br><br>　　　　　　　　　　Debtor. | Case No. 17-13797<br>Chapter 9<br><br>**NOTICE OF OBLIGATIONS OF TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER PURSUANT TO LICENSES ISSUED AND REGULATED BY THE FEDERAL COMMUNICATIONS COMMISSION** |

　　　　1.　　The United States of America, on behalf of the Federal Communications Commission ("FCC"), by and through the United States Attorney for the Eastern District of California, hereby provides notice that Tulare Local Healthcare District dba Tulare Regional Medical Center ("Debtor") holds three (3) wireless licenses (collectively, the "Licenses" or singly, a "License") issued and regulated by the FCC. The Licenses are identified as follows: two (2) industrial/business pool wireless radio licenses operating under call signs KUW245, WPLS821, and one (1) public safety pool wireless radio license operating under call sign WQFP242.

　　　　2.　　On September 30, 2017, Debtor filed a voluntary petition for relief under Chapter 9 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of California, Fresno Division (the "Bankruptcy Court").

3. Although in bankruptcy, Debtor remains responsible for complying with all applicable regulatory requirements pertaining to the Licenses, including all regulatory requirements for operation and transfer of the Licenses.

4. Specifically, and without limitation, the FCC's regulations at 47 C.F.R. § 1.948 and Section 310(d) of the Communications Act of 1934, as amended, 47 U.S.C. § 310(d), require the Debtor to seek and obtain FCC approval to transfer any License or to transfer of control of the Debtor, whether any such transfer is voluntary or involuntary or direct or indirect, and irrespective of whether the Debtor possesses any other FCC license or authorization.

5. Therefore, the FCC hereby provides notice that it is the responsibility of the Debtor and any transferee of a License or transferee of control of Debtor to ascertain and comply with all FCC rules and regulations, including those pertaining to transfer of a License or transfer of control of Debtor.

6. The FCC respectfully requests that any order issued by the Bankruptcy Court regarding the sale, transfer or assignment of any License include the following language:

> Notwithstanding any other provision of this Order or any other Order of this Court, no assignment of any rights and interests of Debtor in any federal license or authorization issued by the Federal Communications Commission ("FCC") shall take place prior to the issuance of FCC regulatory approval for such assignment pursuant to the Communications Act of 1934, as amended, and the rules and regulations promulgated thereunder. The FCC's rights and powers to take any action pursuant to its regulatory authority, including, but not limited to, imposing any regulatory conditions on such assignments and setting any regulatory fines or forfeitures, are fully preserved, and nothing herein shall proscribe or constrain the FCC's exercise of such power or authority to the extent provided by law.

7. If Debtor seeks to transfer a License or to transfer of control of itself pursuant to a plan of reorganization, the FCC respectfully requests that any proposed confirmation order include the following language:

> No provision in the Plan or this Order relieves Debtor or the reorganized Debtor from the obligation to comply with the Communications Act of 1934, as amended, and the rules, regulations and orders promulgated thereunder by the Federal Communications Commission ("FCC"). No

<-.>

transfer of control of Debtor or transfer of any License or any other federal license or authorization issued by the FCC shall take place prior to the issuance of FCC regulatory approval for such transfer of control or transfer of license or authorization pursuant to applicable FCC regulations. The FCC's rights and powers to take any action pursuant to its regulatory authority, including, but not limited to, imposing any regulatory conditions on such transfers, are fully preserved, and nothing herein shall proscribe or constrain the FCC's exercise of such power or authority.

                                                          Respectfully submitted,

Dated: April 18, 2018                           McGREGOR W. SCOTT
                                                                     United States Attorney

                                                  By:    /s/Jeffrey J. Lodge
                                                             JEFFREY J. LODGE
                                                             Assistant U.S. Attorney
                                                            Attorneys for the United States
                                                            Department of Health and Human Services