3
Michael L. Farley, SBN 76368
Donald L. Mabry, SBN 187750
dmabry@farleylawfirm.com
FARLEY LAW FIRM
108 West Center Avenue
Visalia, California 93291

Telephone: (559) 738-5975
Facsimile: (559) 732-2305

Attorneys for Plaintiff (Movant),
REBECCA ZULIM, M.D.

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry Street<br>           Tulare, CA 93274 | Case No. 17-13797<br><br>DCN: DLM-2<br><br>Chapter 9<br><br>Date: April 12, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street, 5th Floor<br>       Fresno, CA 93721<br>Courtroom: 13<br>Department: B<br>Judge: Hon. René Lastreto II |

**ORDER CONDITIONALLY GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UNDER 11 U.S.C. § 362**

1. On September 30, 2017, Debtor Tulare Local Healthcare District dba Tulare Regional Medical Center ("TRMC") commenced a voluntary case under Chapter 9 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court, Eastern District of California ("Petition Date").

RECEIVED
April 27, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006268793

2. Movant Rebecca Zulim, M.D. ("Zulim") wishes to commence an action in the Tulare County Superior Court against TRMC and others based on "Whistleblower," retaliation, discrimination, and other claims that arose prior to the Petition Date ("Lawsuit").

3. On March 13, 2018, Zulim filed and served a Motion For Relief From Automatic Stay Under 11 U.S.C. § 362 ("Motion") [Docket Nos. 450-455]; on March 29, 2018, TRMC filed and served an Opposition To Motion For Relief From Automatic Stay (Rebecca Zulim, M.D.) [Docket Nos. 459-460]; on April 5, 2018, Zulim filed and served a Reply To Opposition To Motion For Relief From Automatic Stay Under 11 U.S.C. § 362 [Docket Nos. 470-471]. A hearing on the Motion took place on April 12, 2018, at 9:30 a.m., in the above-entitled Court, the Honorable René Lastreto II, presiding.

4. Based on the moving, opposition, and reply papers submitted, statements and arguments of counsel made at the hearing, and for good cause shown, **THE COURT HEREBY GRANTS** Zulim's Motion to pursue the Lawsuit against TRMC on the following conditions:

A. Zulim's recovery against TRMC in the Lawsuit, if any, shall be limited to any proceeds available under any insurance policy, policies, or any liability coverage contracts[1], as the case may be, if any, applicable to Zulim's Lawsuit, and not from TRMC's assets;

B. If it is determined that TRMC lacks insurance coverage applicable to Zulim's Lawsuit, or, if TRMC is denied a defense to Zulim's Lawsuit because TRMC lacks insurance coverage applicable to Zulim's Lawsuit, thereby requiring TRMC to defend itself from its own assets, Zulim may return to the bankruptcy court to either: (1) seek further relief from the stay to liquidate her claim in state court notwithstanding the lack of insurance coverage; or (2) have her claim liquidated at the bankruptcy court level through the claims process;

C. Zulim waives her right to collect the amount of any applicable deductible which may apply to any applicable insurance concerning any settlement or judgment resulting from the

---

[1] Pursuant to California Government Code Sections 6500 et seq., TRMC is a member of a risk-sharing pool (the "Policy"). Pursuant to California Government Code Sections 6500 et seq., and Sections 990 et seq., BETA Healthcare Group Risk Management Authority ("BETA") administers the pool under a joint powers agreement. BETA and TRMC have entered into a Stipulation for Assumption of the BETA Policy. Assumption of the BETA Policy pursuant to the Stipulation was authorized by the Court by Order dated January 26, 2018.

Lawsuit against TRMC, to ensure that no assets of TRMC are reached in satisfaction of the settlement or judgment.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Zulim's Motion herein is **GRANTED** under the conditions set forth herein.

Presented and Approved by:
FARLEY LAW FIRM

*/s/ Donald L. Mabry*

Donald L. Mabry
Attorneys for Movant,
Rebecca Zulim, M.D.

Approved by:
WALTER WILHELM LAW GROUP

*/s/ Danielle J. Bethel*

Danielle J. Bethel
Attorneys for Debtor,
Tulare Local Healthcare District
dba Tulare Regional Medical Center

Dated: Apr 30, 2018

By the Court

*/s/ René Lastreto II*

René Lastreto II, Judge
United States Bankruptcy Court