WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter, #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  rileywalter@w2lg.com

Attorneys for Debtor, Tulare Local Healthcare District,
dba Tulare Regional Medical Center

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry St.<br>           Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-35<br><br>Date:   May 17, 2018<br>Time:   9:30 a.m.<br>Place:  2500 Tulare Street<br>        Fresno, CA  93721<br>        Courtroom 13<br>Judge:  Honorable René Lastreto II |

**MOTION FOR ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY (MEC)**

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER ("TRMC" and/or "Debtor") hereby files this Motion for Order Approving Agreement Relating to Relief From Stay ("Motion") which seeks an order pursuant to 11 U.S.C. §§ 901 and 362 as complimented by FRPB 4001(d) approving

///

///

///

the Stipulation for Relief From the Automatic Stay ("Stipulation") entered into between TRMC and Tulare Regional Medical Center Medical Staff ("Plaintiff Medical Staff").

This Motion is based on the Motion and Exhibits thereto, the Notice of Hearing on the Motion, the Declaration of Danielle J. Bethel in Support of the Motion, the files, pleadings and orders on file in this Chapter 9 case, and such other and further evidence as made properly before the Court.

TRMC respectfully requests that this Court enter an order pursuant to 11 U.S.C. §§ 901 and 362 as complimented by FRPB 4001(d) approving the Stipulation as follows:

1. TRMC is the Debtor in the above-captioned Chapter 9 case, which was filed on September 30, 2017 ("Petition Date").

2. Prior to the Petition Date, Plaintiff Medical Staff initiated a lawsuit against TRMC, Professional Medical Staff of Tulare Regional Medical Center ("Replacement Medical Staff"), and Healthcare Conglomerate Associates, LLC ("HCCA") for violation of the Ralph M. Brown Act; violation of the Medical Practices Act; certain Health and Safety Code violations, and declaratory relief ("Plaintiff Medical Staff's Claims"), in the matter styled *Tulare Regional Medical Center Medical Staff v. Tulare Local Healthcare District, dba Tulare Regional Medical Center, Healthcare Conglomerate Associates, LLC, Professional Staff of Tulare Regional Medical Center, and Does 1 through 100, inclusive*, Tulare County Superior Court case no. VCU 264227 (the "Lawsuit").

3. After negotiation, TRMC, Plaintiff Medical Staff, Replacement Medical Staff, and HCCA (collectively, the "Parties") are very close to reaching an agreement on a final stipulated judgment, to be entered by the Tulare County Superior Court, which would resolve all of the claims encompassed by the Lawsuit.

///

4. Relief from the automatic stay is required in order for the Parties to finalize negotiations and conclude the Lawsuit.

5. Accordingly, TRMC and Plaintiff Medical Staff have stipulated to terms and conditions concerning the relief required to lift the stay to allow the Lawsuit to continue for the sole purpose of entering a final judgment and order for equitable and other relief ("Stipulation"). True and correct copies of the Stipulation and proposed form of order are attached hereto as Exhibits A and B, respectively, as required under FRPB 4001(d)(1)(A).

6. TRMC hereby seeks Court approval of the Stipulation.

WHEREFORE, the Debtor respectfully requests this Court enter an order approving the Stipulation and for such other relief as is just and proper.

Dated: May 3, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter,
Attorneys for Debtor, Tulare Local
Healthcare District, dba Tulare Regional
Medical Center