```
7
```
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter, #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　rileywalter@w2lg.com

Attorneys for Debtor, Tulare Local Healthcare District,
dba Tulare Regional Medical Center

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re | CASE NO. 17-13797 |
|---|---|
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9<br>DC No.: WW-35 |
| Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry St.<br>　　　　　　Tulare, CA 93274 | Date:　May 17, 2018<br>Time:　9:30 a.m.<br>Place:　2500 Tulare Street<br>　　　　　Fresno, CA 93721<br>　　　　　Courtroom 13<br>Judge:　Honorable René Lastreto II |

**EXHIBITS IN SUPPORT OF MOTION FOR ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY (MEC)**

///

///

///

///

///

///

///

///

---

EXHIBITS IN SUPPORT OF MOTION FOR ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM STAY (MEC)　　-1-　　M:\S-U\TRMC\PLEADINGS\WW-35 Motion to Approve Stipulation for Relief from Stay (MEC)\Exh.050118.cb.docx

| Exhibit | Description | Pages |
|---|---|---|
| A | Stipulation for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 that will be presented to the superior court once signed | 3 |
| B | [Proposed] Order Approving Agreement Relating to Relief from the Automatic Stay | 2 |

Dated: May 3, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: *Riley C. Walter* (signature)

Riley C. Walter,
Attorneys for Debtor, Tulare Local Healthcare District, dba Tulare Regional Medical Center

```
 1  3
 2  WALTER WILHELM LAW GROUP
    A Professional Corporation
 3  Riley C. Walter, #91839
    Danielle J. Bethel #315945
 4  205 East River Park Circle, Ste. 410
    Fresno, CA 93720
 5  Telephone:  (559) 435-9800
    Facsimile:  (559) 435-9868
 6  E-mail:     rileywalter@w2lg.com

 7  Attorneys for Tulare Local Healthcare District,
    dba Tulare Regional Medical Center
 8
```

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry Street<br>           Tulare, CA 93274 | CASE NO.  17-13797<br><br>DC No.:  WW-35<br><br>Chapter 9<br><br>Date:   N/A<br>Time:   N/A<br>Place:  2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 13<br>        Dept. B, Fifth Floor<br>Judge:  Honorable René Lastreto II |

**STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362**

TULARE LOCAL HEALTHCARE DISTRICT, dba Tulare Regional Medical Center ("TRMC") and TULARE REGIONAL MEDICAL CENTER MEDICAL STAFF ("Plaintiff Medical Staff"), by and through their respective counsel, hereby enter into the within Stipulation for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 (the "Stipulation"). The Stipulation is made with reference to the following:

///

-1-

STIPULATION FOR RELIEF FROM AUTOMATIC STAY (DOMINGUEZ)

M:\S-U\TRMC\PLEADINGS\WW-35 Motion to Approve Stipulation for Relief from Stay (MEC)\Stip.ROS.050118.cb.docx

EXHIBIT A
Page 1 of 3

## RECITALS

1. On September 30, 2017, TRMC commenced a voluntary case under chapter 9 of title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court, Eastern District of California ("Petition Date").

2. Prior to the Petition Date, Plaintiff Medical Staff initiated a lawsuit against Professional Medical Staff of Tulare Regional Medical Center ("Replacement Medical Staff"), and Healthcare Conglomerate Associates, LLC ("HCCA") for violation of the Ralph M. Brown Act; violation of the Medical Practices Act; certain Health and Safety Code violations, and declaratory relief ("Plaintiff Medical Staff's Claims"), in the matter styled *Tulare Regional Medical Center Medical Staff v. Tulare Local Healthcare District, dba Tulare Regional Medical Center, Healthcare Conglomerate Associates, LLC, Professional Staff of Tulare Regional Medical Center, and Does 1 through 100, inclusive,* Tulare County Superior Court case no. VCU 264227 (the "Lawsuit").

3. After negotiation, TRMC, Plaintiff Medical Staff, Replacement Medical Staff, and HCCA (collectively, the "Parties") are very close to reaching an agreement on a final stipulated judgment, to be entered by the Tulare County Superior Court, which would resolve all of the claims encompassed by the Lawsuit.

4. Relief from the automatic stay is required in order for the Parties to finalize negotiations and conclude the Lawsuit.

5. Accordingly, TRMC and Plaintiff Medical Staff have agreed to allow the Automatic Stay to be modified pursuant to the terms and conditions stated herein.

///

///

///

# STIPULATION AND AGREEMENT

NOW, THEREFORE, subject to Court approval, the parties hereby stipulate and agree as follows:

1. The Automatic Stay pursuant to 11 U.S.C. § 362 shall be modified to allow the Lawsuit to continue for the sole purpose of entering a final judgment and order for equitable and other relief.

2. Any amendment to this Stipulation shall be made in writing, signed by TRMC and Plaintiff Medical Staff, and approved by the Court.

3. TRMC and Plaintiff Medical Staff stipulate to entry of an order approving this Stipulation subject to compliance with FRBP 4001, if required.

IT IS HEREBY STIPULATED AND AGREED.

May___, 2018                    LAW OFFICES OF JOHN D. HARWELL

_____
John D. Harwell, Attorneys for Plaintiff,
Tulare Regional Medical Center Medical Staff

May___, 2018                    WALTER WILHELM LAW GROUP,
                                a Professional Corporation

_____
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District, dba
Tulare Regional Medical Center

5

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Attorneys for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry St.<br>           Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-35<br><br>Date: May 17, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 13<br>Judge: Honorable René Lastreto II |

**ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY**

At Fresno, in the Eastern District of California.

The Court having received and reviewed the Motion for Approval of Agreement Relating to Relief From the Automatic Stay, the Motion having been duly and properly served and noticed, and there being no objection to the relief sought, and good cause appearing,

///

///

---

ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY    -1-    M:\S-U\TRMC\PLEADINGS\WW-35 Motion to Approve Stipulation for Relief from Stay (MEC)\Order.050118.cb.docx

EXHIBIT B
Page 1 Of 2

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion be approved and said Stipulation attached to this Order as Exhibit "A" shall be, and hereby is, adopted as the Order of this Court.

Presented by:

WALTER WILHELM LAW GROUP
a Professional Corporation

_____
Riley C. Walter,
Attorneys for Debtor, Tulare Local Healthcare District, dba Tulare Regional Medical Center

IT IS SO ORDERED.

Dated: May ___, 2018

_____
United States Bankruptcy Judge

ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY    -2-
EXHIBIT B
Page 2 Of 2
M:\S-U\TRMC\PLEADINGS\WW-35 Motion to Approve Stipulation for Relief from Stay (MEC)\Order.050118.cb.docx