| UB acct # 034865-00 | | Service location | 1425 E PROSPERITY AVE TULARE CA 93274-8051 | | Balance Status | 4,371.29 active | | Group on account # account |
|---|---|---|---|---|---|---|---|---|
| Name EVOLUTIONS | | | | | | | | |

| Doc Date | Transaction Type | | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/23/2018 | BP | Bill print | Batch # 13515 | | | | |
| 02/23/2018 | BP | Bill print | Batch # 13514 | | | | |
| 02/28/2018 | B | Bill | 09623833 | | 0.00 | 1,504.03 | 4,371.29 |
| 02/20/2018 | R | Receipt | 09338412 | | 0.00 | 1,419.35 | 2,867.26 |
| 01/29/2018 | R | Receipt | 09322381 | | 0.00 | 1,224.18 | 4,286.61 |
| 01/26/2018 | BP | Bill print | Batch # 13180 | | | | |
| 01/31/2018 | B | Bill | 09598610 | | 0.00 | 1,419.35 | 5,510.79 |
| 12/29/2017 | R | Receipt | 09302918 | | 0.00 | 1,316.24 | 4,091.44 |
| 12/22/2017 | BP | Bill print | Batch # 12946 | | | | |
| 12/31/2017 | B | Bill | 09574241 | | 0.00 | 1,224.18 | 5,407.68 |
| 12/14/2017 | R | Receipt | 09291587 | | 0.00 | 1,363.86 | 4,183.50 |
| 11/22/2017 | BP | Bill print | Batch # 12787 | | | | |
| 11/30/2017 | B | Bill | 09544886 | | 0.00 | 1,316.24 | 5,547.36 |
| 10/26/2017 | BP | Bill print | Batch # 12697 | | | | |
| 10/31/2017 | B | Bill | 09520972 | | 0.00 | 1,363.86 | 4,231.12 |
| 09/26/2017 | BP | Bill print | Batch # 12495 | | | | |
| 09/30/2017 | B | Bill | 09497069 | | 0.00 | 1,460.54 | 2,867.26 |
| 08/28/2017 | BP | Bill print | Batch # 12195 | | | | |
| 08/31/2017 | B | Bill | 09472824 | | 0.00 | 1,406.72 | 1,406.72 |
| 08/23/2017 | R | Receipt | 09221311 | | 0.00 | 8,984.68 | 0.00 |
| 08/23/2017 | M | Memo | | TAGGED FOR 48 HR SHUTOFF NOTICE @ 1020AM. TO BE SHUTOFF OFF 8/25/17 | | | |
| Username: dleek | | Reason: | | | | | |
| 07/25/2017 | BP | Bill print | Batch # 11793 | | | | |
| 07/31/2017 | B | Bill | 09449103 | | 0.00 | 1,386.54 | 8,984.68 |
| 06/26/2017 | BP | Bill print | Batch # 11695 | | | | |
| 06/30/2017 | B | Bill | 09425482 | | 0.00 | 1,739.70 | 7,598.14 |
| 05/25/2017 | BP | Bill print | Batch # 11530 | | | | |
| 05/31/2017 | B | Bill | 09401602 | | 0.00 | 1,359.63 | 5,858.44 |
| 04/24/2017 | BP | Bill print | Batch # 11383 | | | | |
| 04/30/2017 | B | Bill | 09378622 | | 0.00 | 1,480.72 | 4,498.81 |
| 04/19/2017 | R | Receipt | 09139196 | | 0.00 | 1,383.18 | 3,018.09 |
| 04/19/2017 | RA | Receipt adjustment | 09136217 | | 0.00 | -1,383.18 | 4,401.27 |
| 04/18/2017 | R | Receipt | 09136217 | | 0.00 | 1,383.18 | 3,018.09 |

UB acct # 025827-00　　　Service location: 906 N CHERRY ST, TULARE CA 93274-2210　　　Balance 369.99　　　Group on account
Name: CHERRY AVE PHARMACY　　　Status: active　　　# accounts

| Doc Date | | Transaction Type | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/23/2018 | BP | Bill print | Batch # 13512 | | | | |
| 02/28/2018 | B | Bill | 09621385 | | 0.00 | 127.69 | 369.99 |
| 02/20/2018 | R | Receipt | 09338406 | | 0.00 | 127.69 | 242.30 |
| 01/29/2018 | R | Receipt | 09322375 | | 0.00 | 127.69 | 369.99 |
| 01/26/2018 | BP | Bill print | Batch # 13179 | | | | |
| 01/31/2018 | B | Bill | 09596172 | | 0.00 | 127.69 | 497.68 |
| 12/29/2017 | R | Receipt | 09302917 | | 0.00 | 127.69 | 369.99 |
| 12/22/2017 | BP | Bill print | Batch # 12950 | | | | |
| 12/31/2017 | B | Bill | 09571797 | | 0.00 | 127.69 | 497.68 |
| 12/14/2017 | R | Receipt | 09291586 | | 0.00 | 123.76 | 369.99 |
| 11/22/2017 | BP | Bill print | Batch # 12786 | | | | |
| 11/30/2017 | B | Bill | 09542432 | | 0.00 | 127.69 | 493.75 |
| 10/26/2017 | BP | Bill print | Batch # 12696 | | | | |
| 10/31/2017 | B | Bill | 09518512 | | 0.00 | 123.76 | 366.06 |
| 09/26/2017 | BP | Bill print | Batch # 12494 | | | | |
| 09/30/2017 | B | Bill | 09494615 | | 0.00 | 121.15 | 242.30 |
| 08/28/2017 | BP | Bill print | Batch # 12193 | | | | |
| 08/31/2017 | B | Bill | 09470383 | | 0.00 | 121.15 | 121.15 |
| 08/23/2017 | R | Receipt | 09221310 | | 0.00 | 765.12 | 0.00 |
| 08/23/2017 | M | Memo | | TAGGED FOR 48 HR SHUTOFF NOTICE @ 1012AM. TO BE SHUTOFF OFF 8/25/17 | | | |
| Username: dleek | | Reason: | | | | | |
| 07/25/2017 | BP | Bill print | Batch # 11792 | | | | |
| 07/31/2017 | B | Bill | 09446655 | | 0.00 | 121.72 | 765.12 |
| 06/26/2017 | BP | Bill print | Batch # 11694 | | | | |
| 06/30/2017 | B | Bill | 09423035 | | 0.00 | 121.15 | 643.40 |
| 05/25/2017 | BP | Bill print | Batch # 11529 | | | | |

UB acct # 045469-00　　Service location: 922 N CHERRY ST, TULARE CA 93274-2210　　Balance 483.00　　Status active

Name: TULARE DISTRICT HOSPITAL

| Doc Date | | Transaction Type | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/23/2018 | BP | Bill print | Batch # 13515 | | | | |
| 02/23/2018 | BP | Bill print | Batch # 13514 | | | | |
| 02/28/2018 | B | Bill | 09627145 | | 0.00 | 121.42 | 483.00 |
| 02/20/2018 | R | Receipt | 09338411 | | 0.00 | 121.42 | 361.58 |
| 01/29/2018 | R | Receipt | 09322382 | | 0.00 | 121.42 | 483.00 |
| 01/26/2018 | BP | Bill print | Batch # 13180 | | | | |
| 01/31/2018 | B | Bill | 09601920 | | 0.00 | 121.42 | 604.42 |
| 12/29/2017 | R | Receipt | 09302919 | | 0.00 | 121.42 | 483.00 |
| 12/22/2017 | BP | Bill print | Batch # 12946 | | | | |
| 12/31/2017 | B | Bill | 09577566 | | 0.00 | 121.42 | 604.42 |
| 12/14/2017 | R | Receipt | 09291588 | | 0.00 | 117.49 | 483.00 |
| 11/22/2017 | BP | Bill print | Batch # 12787 | | | | |
| 11/30/2017 | B | Bill | 09548215 | | 0.00 | 121.42 | 600.49 |
| 10/26/2017 | BP | Bill print | Batch # 12697 | | | | |
| 10/31/2017 | B | Bill | 09524300 | | 0.00 | 117.49 | 479.07 |
| 09/26/2017 | BP | Bill print | Batch # 12495 | | | | |
| 09/30/2017 | B | Bill | 09500395 | | 0.00 | 112.86 | 361.58 |
| 08/28/2017 | BP | Bill print | Batch # 12195 | | | | |
| 08/31/2017 | B | Bill | 09476131 | | 0.00 | 112.29 | 248.72 |
| 08/25/2017 | R | Receipt | 09221761 | | 0.00 | 561.45 | 136.43 |
| 07/25/2017 | BP | Bill print | Batch # 11793 | | | | |
| 07/31/2017 | B | Bill | 09452392 | | 0.00 | 112.29 | 697.88 |
| 06/26/2017 | BP | Bill print | Batch # 11695 | | | | |
| 06/30/2017 | B | Bill | 09428792 | | 0.00 | 112.29 | 585.59 |
| 05/25/2017 | BP | Bill print | Batch # 11530 | | | | |
| 05/31/2017 | B | Bill | 09404925 | | 0.00 | 112.29 | 473.30 |
| 04/24/2017 | BP | Bill print | Batch # 11383 | | | | |
| 04/30/2017 | B | Bill | 09381952 | | 0.00 | 112.29 | 361.01 |
| 04/19/2017 | R | Receipt | 09139195 | | 0.00 | 112.29 | 248.72 |
| 04/19/2017 | RA | Receipt adjustment | 09136216 | | 0.00 | -112.29 | 361.01 |
| 04/18/2017 | R | Receipt | 09136216 | | 0.00 | 112.29 | 248.72 |
| 03/27/2017 | BP | Bill print | Batch # 11104 | | | | |
| 03/31/2017 | B | Bill | 09358512 | | 0.00 | 112.29 | 361.01 |
| 03/23/2017 | R | Receipt | 09123146 | | 0.00 | 112.29 | 248.72 |

| Main | Customers | History | Utility Inventory and Routes | Consumption |

UB acct # 045469-00　　　　　　Service location: 922 N CHERRY ST, TULARE CA 93274-2210　　　　Balance 483.00　　　Group on account
Name TULARE DISTRICT HOSPITAL　　　　　　　　　　　　　　　　　　　　　　Status active　　　　　　# accounts

[Filter]　[Sort Order]

| Doc Date | | Transaction Type | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/23/2017 | R | Receipt | 09123146 | | 0.00 | 112.29 | 248.72 |
| 02/27/2017 | R | Receipt | 09105792 | | 0.00 | 112.29 | 361.01 |
| 02/23/2017 | BP | Bill print | Batch # 10928 | | | | |
| 02/28/2017 | B | Bill | 09334886 | | 0.00 | 112.29 | 473.30 |
| 01/25/2017 | BP | Bill print | Batch # 10554 | | | | |
| 01/31/2017 | B | Bill | 09311371 | | 0.00 | 112.29 | 361.01 |
| 01/20/2017 | R | Receipt | 09082289 | | 0.00 | 112.29 | 248.72 |
| 12/27/2016 | R | Receipt | 09066216 | | 0.00 | 112.29 | 361.01 |
| 12/22/2016 | BP | Bill print | Batch # 10279 | | | | |
| 12/31/2016 | B | Bill | 09287446 | | 0.00 | 112.29 | 473.30 |
| 11/23/2016 | BP | Bill print | Batch # 10122 | | | | |
| 11/30/2016 | B | Bill | 09263883 | | 0.00 | 112.29 | 361.01 |
| 11/04/2016 | R | Receipt | 09030238 | | 0.00 | 94.62 | 248.72 |
| 10/31/2016 | R | Receipt | 09028151 | | 0.00 | 94.62 | 343.34 |
| 10/25/2016 | BP | Bill print | Batch # 9928 | | | | |
| 10/31/2016 | B | Bill | 09240557 | | 0.00 | 112.29 | 437.96 |
| 09/26/2016 | BP | Bill print | Batch # 9744 | | | | |
| 09/30/2016 | B | Bill | 09215342 | | 0.00 | 94.62 | 325.67 |
| 09/06/2016 | R | Receipt | 08990697 | | 0.00 | 94.62 | 231.05 |
| 08/25/2016 | BP | Bill print | Batch # 9554 | | | | |
| 08/31/2016 | B | Bill | 09191552 | | 0.00 | 94.62 | 325.67 |
| 08/08/2016 | R | Receipt | 08973990 | | 0.00 | 94.62 | 231.05 |
| 08/08/2016 | RA | Receipt adjustment | 08973393 | | 0.00 | -94.64 | 325.67 |
| 08/08/2016 | R | Receipt | 08973393 | | 0.00 | 94.64 | 231.03 |
| 07/25/2016 | BP | Bill print | Batch # 9324 | | | | |
| 07/31/2016 | B | Bill | 09168512 | | 0.00 | 94.62 | 325.67 |
| 07/08/2016 | R | Receipt | 08953608 | | 0.00 | 94.62 | 231.05 |
| 06/28/2016 | BP | Bill print | Batch # 9165 | | | | |
| 06/30/2016 | B | Bill | 09144888 | | 0.00 | 94.62 | 325.67 |
| 06/06/2016 | R | Receipt | 08933270 | | 0.00 | 94.62 | 231.05 |
| 05/24/2016 | BP | Bill print | Batch # 8870 | | | | |
| 05/31/2016 | B | Bill | 09121952 | | 0.00 | 94.62 | 325.67 |
| 05/09/2016 | R | Receipt | 08915269 | | 0.00 | 94.62 | 231.05 |
| 04/25/2016 | BP | Bill print | Batch # 8681 | | | | |
| 04/30/2016 | B | Bill | 09099312 | | 0.00 | 94.62 | 325.67 |

| UB acct # | 045469-00 | | Service location | 922 N CHERRY ST TULARE CA 93274-2210 | | Balance | 483.00 | Group on account |
|---|---|---|---|---|---|---|---|---|
| Name | TULARE DISTRICT HOSPITAL | | | | | Status active | | # accounts |

| Doc Date | Transaction Type | | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 04/25/2016 | BP | Bill print | Batch # 8681 | | | | |
| 04/30/2016 | B | Bill | 09099312 | | 0.00 | 94.62 | 325.67 |
| 04/04/2016 | R | Receipt | 08893167 | | 0.00 | 94.62 | 231.05 |
| 03/25/2016 | BP | Bill print | Batch # 8434 | | | | |
| 03/31/2016 | B | Bill | 09076302 | | 0.00 | 94.62 | 325.67 |
| 03/07/2016 | R | Receipt | 08875399 | | 0.00 | 94.62 | 231.05 |
| 02/25/2016 | BP | Bill print | Batch # 8262 | | | | |
| 02/29/2016 | B | Bill | 09053805 | | 0.00 | 94.62 | 325.67 |
| 02/17/2016 | R | Receipt | 08864359 | | 0.00 | 92.57 | 231.05 |
| 01/25/2016 | BP | Bill print | Batch # 8045 | | | | |
| 01/31/2016 | B | Bill | 09031733 | | 0.00 | 94.62 | 323.62 |
| 01/11/2016 | R | Receipt | 08839801 | | 0.00 | 94.90 | 229.00 |
| 12/23/2015 | BP | Bill print | Batch # 7888 | | | | |
| 12/31/2015 | B | Bill | 09008603 | | 0.00 | 92.57 | 323.90 |
| 12/09/2015 | R | Receipt | 08820615 | | 0.00 | 94.13 | 231.33 |
| 11/24/2015 | BP | Bill print | Batch # 7704 | | | | |
| 11/30/2015 | B | Bill | 08985940 | | 0.00 | 94.90 | 325.46 |
| 11/06/2015 | R | Receipt | 08800729 | | 0.00 | 92.57 | 230.56 |
| 10/26/2015 | BP | Bill print | Batch # 7522 | | | | |
| 10/31/2015 | B | Bill | 08957817 | | 0.00 | 94.13 | 323.13 |
| 10/19/2015 | R | Receipt | 08788524 | | 0.00 | 93.36 | 229.00 |
| 09/25/2015 | BP | Bill print | Batch # 7317 | | | | |
| 09/30/2015 | B | Bill | 08934362 | | 0.00 | 92.57 | 322.36 |
| 09/11/2015 | R | Receipt | 08764995 | | 0.00 | 92.57 | 229.79 |
| 08/25/2015 | BP | Bill print | Batch # 7068 | | | | |
| 08/31/2015 | B | Bill | 08911806 | | 0.00 | 93.36 | 322.36 |
| 08/12/2015 | R | Receipt | 08746494 | | 0.00 | 92.57 | 229.00 |
| 07/27/2015 | BP | Bill print | Batch # 6858 | | | | |
| 07/31/2015 | B | Bill | 08888965 | | 0.00 | 92.57 | 321.57 |
| 07/20/2015 | R | Receipt | 08735116 | | 0.00 | 92.57 | 229.00 |
| 07/15/2015 | R | Receipt | 08729431 | | 0.00 | 92.57 | 321.57 |
| 06/24/2015 | BP | Bill print | Batch # 6640 | | | | |
| 06/30/2015 | B | Bill | 08866096 | | 0.00 | 92.57 | 414.14 |
| 05/26/2015 | BP | Bill print | Batch # 6403 | | | | |
| 05/31/2015 | B | Bill | 08843932 | | 0.00 | 92.57 | 321.57 |

| UB acct # | 045469-00 | | Service location | 922 N CHERRY ST TULARE CA 93274-2210 | | Balance Status | 483.00 active | | Group on account # accounts |
|---|---|---|---|---|---|---|---|---|---|
| Name | TULARE DISTRICT HOSPITAL | | | | | | | | |

| Doc Date | | Transaction Type | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 05/31/2015 | B | Bill | 08843932 | | 0.00 | 92.57 | 321.57 |
| 04/24/2015 | BP | Bill print | Batch # 6171 | | | | |
| 04/30/2015 | B | Bill | 08821585 | | 0.00 | 92.57 | 229.00 |
| 04/15/2015 | R | Receipt | 08672810 | | 0.00 | 129.13 | 136.43 |
| 04/15/2015 | RA | Receipt adjustment | 08672622 | | 0.00 | -129.13 | 265.56 |
| 04/15/2015 | R | Receipt | 08672622 | | 0.00 | 129.13 | 136.43 |
| 04/08/2015 | R | Receipt | 08668796 | | 0.00 | 146.10 | 265.56 |
| 03/25/2015 | BP | Bill print | Batch # 5973 | | | | |
| 03/31/2015 | B | Bill | 08799282 | | 0.00 | 92.57 | 411.66 |
| 02/24/2015 | BP | Bill print | Batch # 5763 | | | | |
| 02/28/2015 | B | Bill | 08777216 | | 0.00 | 94.13 | 319.09 |
| 02/09/2015 | R | Receipt | 08631459 | | 0.00 | 130.22 | 224.96 |
| 02/05/2015 | B | Bill | 08761951 | | 0.00 | 35.00 | 355.18 |
| 01/27/2015 | BP | Bill print | Batch # 5638 | | | | |
| 01/31/2015 | B | Bill | 08754982 | | 0.00 | 94.13 | 320.18 |
| 01/21/2015 | PN | Penalty | 08741811 | | 0.00 | 16.97 | 226.05 |
| 01/09/2015 | B | Bill | 08739134 | | 0.00 | 35.00 | 209.08 |
| 12/26/2014 | BP | Bill print | Batch # 5441 | | | | |
| 12/31/2014 | B | Bill | 08732231 | | 0.00 | 90.83 | 174.08 |
| 12/23/2014 | PN | Penalty | 08719233 | | 0.00 | 4.39 | 83.25 |
| 12/17/2014 | R | Receipt | 08597821 | | 0.00 | 129.54 | 78.86 |
| 12/11/2014 | B | Bill | 08716914 | | 0.00 | 35.00 | 208.40 |
| 11/25/2014 | BP | Bill print | Batch # 5218 | | | | |
| 11/30/2014 | B | Bill | 08710051 | | 0.00 | 90.15 | 173.40 |
| 11/21/2014 | PN | Penalty | 08697085 | | 0.00 | 4.39 | 83.25 |
| 11/17/2014 | R | Receipt | 08579614 | | 0.00 | 90.83 | 78.86 |
| 11/10/2014 | R | Receipt | 08575229 | | 0.00 | 88.64 | 169.69 |
| 11/06/2014 | B | Bill | 08694506 | | 0.00 | 35.00 | 258.33 |
| 10/28/2014 | BP | Bill print | Batch # 5104 | | | | |
| 10/31/2014 | B | Bill | 08687576 | | 0.00 | 90.83 | 223.33 |
| 10/22/2014 | PN | Penalty | 08674403 | | 0.00 | 8.86 | 132.50 |
| 10/13/2014 | R | Receipt | 08557231 | | 0.00 | 97.50 | 123.64 |
| 10/08/2014 | B | Bill | 08671900 | | 0.00 | 35.00 | 221.14 |
| 09/25/2014 | BP | Bill print | Batch # 4901 | | | | |
| 09/30/2014 | B | Bill | 08665016 | | 0.00 | 88.64 | 186.14 |

| UB acct # 045469-00 | | | Service location | 922 N CHERRY ST TULARE CA 93274-2210 | | Balance | 483.00 | Group on acco |
|---|---|---|---|---|---|---|---|---|
| Name TULARE DISTRICT HOSPITAL | | | | | | Status active | | # accou |

| Doc Date | | Transaction Type | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 09/25/2014 | BP | Bill print | Batch # 4901 | | | | |
| 09/30/2014 | B | Bill | 08665016 | | 0.00 | 88.64 | 186.14 |
| 09/23/2014 | PN | Penalty | 08652016 | | 0.00 | 8.86 | 97.50 |
| 08/27/2014 | BP | Bill print | Batch # 4705 | | | | |
| 08/31/2014 | B | Bill | 08642592 | | 0.00 | 88.64 | 88.64 |
| 08/11/2014 | R | Receipt | 08519095 | | 0.00 | 88.64 | 0.00 |
| 07/28/2014 | BP | Bill print | Batch # 4433 | | | | |
| 07/31/2014 | B | Bill | 08619829 | | 0.00 | 88.64 | 88.64 |
| 07/16/2014 | R | Receipt | 08504429 | | 0.00 | 97.50 | 0.00 |
| 06/25/2014 | BP | Bill print | Batch # 4321 | | | | |
| 06/25/2014 | R | Receipt | 08493827 | | 0.00 | 88.64 | 97.50 |
| 06/30/2014 | B | Bill | 08597620 | | 0.00 | 88.64 | 186.14 |
| 06/23/2014 | PN | Penalty | 08584836 | | 0.00 | 8.86 | 97.50 |
| 05/27/2014 | BP | Bill print | Batch # 4095 | | | | |
| 05/31/2014 | B | Bill | 08575554 | | 0.00 | 88.64 | 88.64 |
| 05/14/2014 | R | Receipt | 08465521 | | 0.00 | 88.64 | 0.00 |
| 04/25/2014 | BP | Bill print | Batch # 3946 | | | | |
| 04/30/2014 | B | Bill | 08553346 | | 0.00 | 88.64 | 88.64 |
| 04/07/2014 | R | Receipt | 08442763 | | 0.00 | 88.64 | 0.00 |
| 03/25/2014 | BP | Bill print | Batch # 3709 | | | | |
| 03/31/2014 | B | Bill | 08531189 | | 0.00 | 88.64 | 88.64 |
| 03/20/2014 | R | Receipt | 08433565 | | 0.00 | 89.25 | 0.00 |

| Main | Customers | History | Utility Inventory and Routes | Consumption |

UB acct # 025799-00　　Service location: 793 N CHERRY ST # 795　TULARE CA 93274-2205　　Balance 376.38　　Group on account 0.00
Name TULARE DISTRICT HOSPITAL　　　　Status active　　# accounts 1

[Filter] [Sort Order]

| Doc Date | Transaction Type | | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/23/2018 | BP | Bill print | Batch # 13512 | | | | |
| 02/28/2018 | B | Bill | 09621372 | | 0.00 | 128.34 | 376.38 |
| 02/20/2018 | R | Receipt | 09338403 | | 0.00 | 128.34 | 248.04 |
| 01/29/2018 | R | Receipt | 09322380 | | 0.00 | 136.04 | 376.38 |
| 01/26/2018 | BP | Bill print | Batch # 13179 | | | | |
| 01/31/2018 | B | Bill | 09596159 | | 0.00 | 128.34 | 512.42 |
| 12/29/2017 | R | Receipt | 09302922 | | 0.00 | 159.42 | 384.08 |
| 12/22/2017 | BP | Bill print | Batch # 12950 | | | | |
| 12/31/2017 | B | Bill | 09571784 | | 0.00 | 136.04 | 543.50 |
| 12/14/2017 | R | Receipt | 09291584 | | 0.00 | 127.62 | 407.46 |
| 11/22/2017 | BP | Bill print | Batch # 12786 | | | | |
| 11/30/2017 | B | Bill | 09542419 | | 0.00 | 159.42 | 535.08 |
| 10/26/2017 | BP | Bill print | Batch # 12696 | | | | |
| 10/31/2017 | B | Bill | 09518499 | | 0.00 | 127.62 | 375.66 |
| 09/26/2017 | BP | Bill print | Batch # 12494 | | | | |
| 09/30/2017 | B | Bill | 09494602 | | 0.00 | 122.87 | 248.04 |
| 08/28/2017 | BP | Bill print | Batch # 12193 | | | | |
| 08/31/2017 | B | Bill | 09470370 | | 0.00 | 125.17 | 125.17 |
| 08/25/2017 | R | Receipt | 09221762 | | 0.00 | 642.23 | 0.00 |
| 07/25/2017 | BP | Bill print | Batch # 11792 | | | | |
| 07/31/2017 | B | Bill | 09446642 | | 0.00 | 122.87 | 642.23 |
| 06/26/2017 | BP | Bill print | Batch # 11694 | | | | |
| 06/30/2017 | B | Bill | 09423022 | | 0.00 | 129.76 | 519.36 |
| 05/25/2017 | BP | Bill print | Batch # 11529 | | | | |
| 05/31/2017 | B | Bill | 09399139 | | 0.00 | 139.85 | 389.60 |
| 04/24/2017 | BP | Bill print | Batch # 11382 | | | | |
| 04/30/2017 | B | Bill | 09376152 | | 0.00 | 126.31 | 249.75 |
| 04/19/2017 | R | Receipt | 09139200 | | 0.00 | 121.72 | 123.44 |
| 04/19/2017 | RA | Receipt adjustment | 09136222 | | 0.00 | -121.72 | 245.16 |
| 04/18/2017 | R | Receipt | 09136222 | | 0.00 | 121.72 | 123.44 |
| 03/27/2017 | BP | Bill print | Batch # 11103 | | | | |
| 03/31/2017 | B | Bill | 09352714 | | 0.00 | 123.44 | 245.16 |
| 03/23/2017 | R | Receipt | 09123138 | | 0.00 | 122.30 | 121.72 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UB acct # 025800-00 | | Service location | 797 N CHERRY ST # 799 TULARE CA 93274-2205 | Balance Status | 359.76 active | Group on account # accounts | 0.00 1 |

| Doc Date | Transaction Type | | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/23/2018 | BP | Bill print | Batch # 13512 | | | | |
| 02/28/2018 | B | Bill | 09621373 | | 0.00 | 127.69 | 359.76 |
| 02/20/2018 | R | Receipt | 09338405 | | 0.00 | 127.69 | 232.07 |
| 01/29/2018 | R | Receipt | 09322377 | | 0.00 | 127.69 | 359.76 |
| 01/26/2018 | BP | Bill print | Batch # 13179 | | | | |
| 01/31/2018 | B | Bill | 09596160 | | 0.00 | 127.69 | 487.45 |
| 12/29/2017 | R | Receipt | 09302923 | | 0.00 | 130.25 | 359.76 |
| 12/22/2017 | BP | Bill print | Batch # 12950 | | | | |
| 12/31/2017 | B | Bill | 09571785 | | 0.00 | 127.69 | 490.01 |
| 12/14/2017 | R | Receipt | 09291583 | | 0.00 | 126.97 | 362.32 |
| 11/22/2017 | BP | Bill print | Batch # 12786 | | | | |
| 11/30/2017 | B | Bill | 09542420 | | 0.00 | 130.25 | 489.29 |
| 10/26/2017 | BP | Bill print | Batch # 12696 | | | | |
| 10/31/2017 | B | Bill | 09518500 | | 0.00 | 126.97 | 359.04 |
| 09/26/2017 | BP | Bill print | Batch # 12494 | | | | |
| 09/30/2017 | B | Bill | 09494603 | | 0.00 | 121.15 | 232.07 |
| 08/28/2017 | BP | Bill print | Batch # 12193 | | | | |
| 08/31/2017 | C | Credit applied | 09222295 | | -13.10 | 0.00 | 110.92 |
| 08/31/2017 | B | Bill | 09470371 | | 0.00 | 124.02 | 124.02 |
| 08/25/2017 | R | Receipt | 09221764 | | 13.10 | 606.32 | 0.00 |
| 07/25/2017 | BP | Bill print | Batch # 11792 | | | | |
| 07/31/2017 | B | Bill | 09446643 | | 0.00 | 121.15 | 593.22 |
| 06/26/2017 | BP | Bill print | Batch # 11694 | | | | |
| 06/30/2017 | B | Bill | 09423023 | | 0.00 | 121.15 | 472.07 |
| 05/25/2017 | BP | Bill print | Batch # 11529 | | | | |
| 05/31/2017 | B | Bill | 09399140 | | 0.00 | 121.72 | 350.92 |
| 04/24/2017 | BP | Bill print | Batch # 11382 | | | | |
| 04/30/2017 | B | Bill | 09376153 | | 0.00 | 121.15 | 229.20 |
| 04/19/2017 | R | Receipt | 09139199 | | 0.00 | 122.87 | 108.05 |
| 04/19/2017 | RA | Receipt adjustment | 09136221 | | 0.00 | -122.87 | 230.92 |
| 04/18/2017 | R | Receipt | 09136221 | | 0.00 | 122.87 | 108.05 |
| 03/27/2017 | BP | Bill print | Batch # 11103 | | | | |
| 03/31/2017 | B | Bill | 09352715 | | 0.00 | 121.15 | 230.92 |
| 03/23/2017 | R | Receipt | 09123139 | | 0.00 | 122.30 | 109.77 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Main | Customers | History | Utility Inventory and Routes | Consumption | | | |

UB acct # 025801-00  
Name TULARE DISTRICT HOSPITAL  
Service location: 869 N CHERRY ST, TULARE CA 93274-2207  
Balance 28,959.62  
Status active  
Group on account  
# accounts

[Filter] [Sort Order]

| Doc Date | Transaction Type | | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/23/2018 | BP | Bill print | Batch # 13512 | | | | |
| 02/28/2018 | B | Bill | 09621374 | | 0.00 | 1,784.72 | 28,959.62 |
| 02/20/2018 | R | Receipt | 09338407 | | 0.00 | 2,146.63 | 27,174.90 |
| 01/29/2018 | R | Receipt | 09322376 | | 0.00 | 1,738.56 | 29,321.53 |
| 01/26/2018 | BP | Bill print | Batch # 13179 | | | | |
| 01/31/2018 | B | Bill | 09609441 | | 0.00 | 599.40 | 31,060.09 |
| 01/31/2018 | B | Bill | 09596161 | | 0.00 | 1,547.23 | 30,460.69 |
| 12/29/2017 | R | Receipt | 09302924 | | 0.00 | 3,548.27 | 28,913.46 |
| 12/22/2017 | BP | Bill print | Batch # 12950 | | | | |
| 12/31/2017 | B | Bill | 09571786 | | 0.00 | 1,738.56 | 32,461.73 |
| 12/14/2017 | R | Receipt | 09291582 | | 0.00 | 3,071.84 | 30,723.17 |
| 11/22/2017 | BP | Bill print | Batch # 12786 | | | | |
| 11/30/2017 | B | Bill | 09542421 | | 0.00 | 3,548.27 | 33,795.01 |
| 10/26/2017 | BP | Bill print | Batch # 12696 | | | | |
| 10/31/2017 | B | Bill | 09518501 | | 0.00 | 3,071.84 | 30,246.74 |
| 09/26/2017 | BP | Bill print | Batch # 12494 | | | | |
| 09/30/2017 | B | Bill | 09494604 | | 0.00 | 4,154.56 | 27,174.90 |
| 08/28/2017 | BP | Bill print | Batch # 12193 | | | | |
| 08/31/2017 | B | Bill | 09470372 | | 0.00 | 3,903.89 | 23,020.34 |
| 07/25/2017 | BP | Bill print | Batch # 11792 | | | | |
| 07/31/2017 | B | Bill | 09446644 | | 0.00 | 3,274.05 | 19,116.45 |
| 06/26/2017 | BP | Bill print | Batch # 11694 | | | | |
| 06/30/2017 | B | Bill | 09423024 | | 0.00 | 3,561.02 | 15,842.40 |
| 05/25/2017 | BP | Bill print | Batch # 11529 | | | | |
| 05/31/2017 | B | Bill | 09399141 | | 0.00 | 3,139.11 | 12,281.38 |
| 04/24/2017 | BP | Bill print | Batch # 11382 | | | | |
| 04/30/2017 | B | Bill | 09376154 | | 0.00 | 3,867.84 | 9,142.27 |
| 04/19/2017 | R | Receipt | 09139198 | | 0.00 | 3,549.17 | 5,274.43 |
| 04/19/2017 | RA | Receipt adjustment | 09136220 | | 0.00 | -3,549.17 | 8,823.60 |
| 04/18/2017 | R | Receipt | 09136220 | | 0.00 | 3,549.17 | 5,274.43 |
| 03/27/2017 | BP | Bill print | Batch # 11103 | | | | |
| 03/31/2017 | B | Bill | 09352716 | | 0.00 | 3,031.59 | 8,823.60 |
| 03/23/2017 | R | Receipt | 09123140 | | 0.00 | 2,616.63 | 5,792.01 |

| UB acct # 025801-00 | | Service location | 869 N CHERRY ST TULARE CA 93274-2207 | | Balance | 28,959.62 | Group on accoun |
|---|---|---|---|---|---|---|---|
| Name TULARE DISTRICT HOSPITAL | | | | | Status active | | # accounts |

| Doc Date | Transaction Type | | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/27/2017 | BP | Bill print | Batch # 11103 | | | | |
| 03/31/2017 | B | Bill | 09352716 | | 0.00 | 3,031.59 | 8,823.60 |
| 03/23/2017 | R | Receipt | 09123140 | | 0.00 | 2,616.63 | 5,792.01 |
| 02/27/2017 | R | Receipt | 09105788 | | 0.00 | 2,785.34 | 8,408.64 |
| 02/23/2017 | BP | Bill print | Batch # 10927 | | | | |
| 02/28/2017 | B | Bill | 09329088 | | 0.00 | 3,549.17 | 11,193.98 |
| 01/25/2017 | BP | Bill print | Batch # 10553 | | | | |
| 01/31/2017 | B | Bill | 09305601 | | 0.00 | 2,616.63 | 7,644.81 |
| 01/20/2017 | R | Receipt | 09082283 | | 0.00 | 2,906.61 | 5,028.18 |
| 12/27/2016 | R | Receipt | 09066220 | | 0.00 | 3,279.46 | 7,934.79 |
| 12/22/2016 | BP | Bill print | Batch # 10278 | | | | |
| 12/31/2016 | B | Bill | 09281683 | | 0.00 | 2,785.34 | 11,214.25 |
| 11/23/2016 | BP | Bill print | Batch # 10120 | | | | |
| 11/30/2016 | B | Bill | 09258100 | | 0.00 | 2,906.61 | 8,428.91 |
| 11/04/2016 | R | Receipt | 09030232 | | 0.00 | 3,250.53 | 5,522.30 |
| 10/31/2016 | R | Receipt | 09028154 | | 0.00 | 1,549.88 | 8,772.83 |
| 10/25/2016 | BP | Bill print | Batch # 9930 | | | | |
| 10/31/2016 | B | Bill | 09234754 | | 0.00 | 3,279.46 | 10,322.71 |
| 09/26/2016 | BP | Bill print | Batch # 9741 | | | | |
| 09/30/2016 | B | Bill | 09209530 | | 0.00 | 3,250.53 | 7,043.25 |
| 09/06/2016 | R | Receipt | 08990694 | | 0.00 | 1,649.98 | 3,792.72 |
| 08/25/2016 | BP | Bill print | Batch # 9553 | | | | |
| 08/31/2016 | B | Bill | 09185730 | | 0.00 | 1,549.88 | 5,442.70 |
| 08/08/2016 | R | Receipt | 08973987 | | 0.00 | 1,868.38 | 3,892.82 |
| 08/08/2016 | RA | Receipt adjustment | 08973390 | | 0.00 | -1,868.38 | 5,761.20 |
| 08/08/2016 | R | Receipt | 08973390 | | 0.00 | 1,868.38 | 3,892.82 |
| 07/25/2016 | BP | Bill print | Batch # 9322 | | | | |
| 07/31/2016 | B | Bill | 09162694 | | 0.00 | 1,649.98 | 5,761.20 |
| 06/27/2016 | R | Receipt | 08948932 | | 0.00 | 1,467.47 | 4,111.22 |
| 06/24/2016 | BP | Bill print | Batch # 9129 | | | | |
| 06/30/2016 | B | Bill | 09139073 | | 0.00 | 1,868.38 | 5,578.69 |
| 06/06/2016 | R | Receipt | 08933267 | | 0.00 | 1,866.80 | 3,710.31 |
| 05/24/2016 | BP | Bill print | Batch # 8869 | | | | |
| 05/31/2016 | B | Bill | 09116144 | | 0.00 | 679.47 | 5,577.11 |
| 05/23/2016 | B | Bill | 09110872 | | 0.00 | 788.00 | 4,897.64 |

| UB acct # | 025801-00 | | Service location | 869 N CHERRY ST TULARE CA 93274-2207 | | Balance Status | 28,959.62 active | Group on acco # accou |
|---|---|---|---|---|---|---|---|---|

| Doc Date | | Transaction Type | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 05/23/2016 | B | Bill | 09110872 | | 0.00 | 788.00 | 4,897.64 |
| 05/09/2016 | R | Receipt | 08915266 | | 0.00 | 1,620.94 | 4,109.64 |
| 04/25/2016 | BP | Bill print | Batch # 8680 | | | | |
| 04/30/2016 | B | Bill | 09093501 | | 0.00 | 1,866.80 | 5,730.58 |
| 04/04/2016 | R | Receipt | 08893164 | | 0.00 | 1,594.26 | 3,863.78 |
| 03/25/2016 | BP | Bill print | Batch # 8433 | | | | |
| 03/31/2016 | B | Bill | 09070499 | | 0.00 | 1,620.94 | 5,458.04 |
| 03/11/2016 | R | Receipt | 08878987 | | 0.00 | 1,813.69 | 3,837.10 |
| 02/25/2016 | BP | Bill print | Batch # 8259 | | | | |
| 02/29/2016 | B | Bill | 09060667 | | 0.00 | 969.28 | 5,650.79 |
| 02/29/2016 | B | Bill | 09048009 | | 0.00 | 624.98 | 4,681.51 |
| 02/17/2016 | R | Receipt | 08864356 | | 0.00 | 1,799.43 | 4,056.53 |
| 01/25/2016 | BP | Bill print | Batch # 8044 | | | | |
| 01/31/2016 | B | Bill | 09025951 | | 0.00 | 1,813.69 | 5,855.96 |
| 01/11/2016 | R | Receipt | 08839798 | | 0.00 | 1,527.69 | 4,042.27 |
| 12/23/2015 | BP | Bill print | Batch # 7887 | | | | |
| 12/31/2015 | B | Bill | 09002812 | | 0.00 | 1,509.74 | 5,569.96 |
| 12/09/2015 | R | Receipt | 08820612 | | 0.00 | 1,799.43 | 4,060.22 |
| 11/24/2015 | BP | Bill print | Batch # 7703 | | | | |
| 11/30/2015 | B | Bill | 08980139 | | 0.00 | 1,527.69 | 5,859.65 |
| 11/06/2015 | R | Receipt | 08800726 | | 0.00 | 1,608.04 | 4,331.96 |
| 10/26/2015 | BP | Bill print | Batch # 7521 | | | | |
| 10/31/2015 | B | Bill | 08952008 | | 0.00 | 1,799.43 | 5,940.00 |
| 10/19/2015 | R | Receipt | 08788521 | | 0.00 | 1,518.98 | 4,140.57 |
| 09/25/2015 | BP | Bill print | Batch # 7316 | | | | |
| 09/30/2015 | B | Bill | 08941080 | | 0.00 | 886.96 | 5,659.55 |
| 09/30/2015 | B | Bill | 08928548 | | 0.00 | 721.08 | 4,772.59 |
| 09/11/2015 | R | Receipt | 08764992 | | 0.00 | 1,787.68 | 4,051.51 |
| 08/25/2015 | BP | Bill print | Batch # 7067 | | | | |
| 08/31/2015 | B | Bill | 08906000 | | 0.00 | 1,518.98 | 5,839.19 |
| 08/12/2015 | R | Receipt | 08746491 | | 0.00 | 1,486.05 | 4,320.21 |
| 07/27/2015 | BP | Bill print | Batch # 6857 | | | | |
| 07/31/2015 | B | Bill | 08883160 | | 0.00 | 1,787.68 | 5,806.26 |
| 07/20/2015 | R | Receipt | 08735119 | | 0.00 | 1,543.65 | 4,018.58 |

| UB acct # | 025801-00 | | Service location | 869 N CHERRY ST TULARE CA 93274-2207 | | Balance | 28,959.62 | Group on account |
|---|---|---|---|---|---|---|---|---|
| Name | TULARE DISTRICT HOSPITAL | | | | | Status | active | # accounts |

| Doc Date | | Transaction Type | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 07/20/2015 | R | Receipt | 08735119 | | 0.00 | 1,543.65 | 4,018.58 |
| 07/15/2015 | R | Receipt | 08729428 | | 0.00 | 1,172.50 | 5,562.23 |
| 06/24/2015 | BP | Bill print | Batch # 6639 | | | | |
| 06/30/2015 | B | Bill | 08860287 | | 0.00 | 1,486.05 | 6,734.73 |
| 05/26/2015 | BP | Bill print | Batch # 6402 | | | | |
| 05/31/2015 | B | Bill | 08838125 | | 0.00 | 1,543.65 | 5,248.68 |
| 04/24/2015 | BP | Bill print | Batch # 6170 | | | | |
| 04/30/2015 | B | Bill | 08815781 | | 0.00 | 1,772.50 | 3,705.03 |
| 04/20/2015 | R | Receipt | 08676776 | | 0.00 | 1,497.12 | 1,932.53 |
| 04/15/2015 | R | Receipt | 08672807 | | 0.00 | 1,595.17 | 3,429.65 |
| 04/15/2015 | RA | Receipt adjustment | 08672618 | | 0.00 | -1,595.17 | 5,024.82 |
| 04/15/2015 | R | Receipt | 08672618 | | 0.00 | 1,595.17 | 3,429.65 |
| 04/08/2015 | R | Receipt | 08668793 | | 0.00 | 2,162.82 | 5,024.82 |
| 03/25/2015 | BP | Bill print | Batch # 5971 | | | | |
| 03/31/2015 | B | Bill | 08793489 | | 0.00 | 1,497.12 | 7,187.64 |
| 02/24/2015 | BP | Bill print | Batch # 5762 | | | | |
| 02/28/2015 | B | Bill | 08771428 | | 0.00 | 1,560.17 | 5,690.52 |
| 02/09/2015 | R | Receipt | 08631456 | | 0.00 | 1,648.29 | 4,130.35 |
| 02/05/2015 | B | Bill | 08761766 | | 0.00 | 35.00 | 5,778.64 |
| 01/27/2015 | BP | Bill print | Batch # 5637 | | | | |
| 01/31/2015 | B | Bill | 08749185 | | 0.00 | 1,806.45 | 5,743.64 |
| 01/21/2015 | PN | Penalty | 08740617 | | 0.00 | 321.37 | 3,937.19 |
| 01/09/2015 | B | Bill | 08738960 | | 0.00 | 35.00 | 3,615.82 |
| 12/26/2014 | BP | Bill print | Batch # 5439 | | | | |
| 12/31/2014 | B | Bill | 08726444 | | 0.00 | 1,439.35 | 3,580.82 |
| 12/23/2014 | PN | Penalty | 08718155 | | 0.00 | 173.94 | 2,141.47 |
| 12/17/2014 | R | Receipt | 08597818 | | 0.00 | 1,847.50 | 1,967.53 |
| 12/11/2014 | B | Bill | 08716773 | | 0.00 | 35.00 | 3,815.03 |
| 11/25/2014 | BP | Bill print | Batch # 5217 | | | | |
| 11/30/2014 | B | Bill | 08704278 | | 0.00 | 1,619.24 | 3,780.03 |
| 11/21/2014 | PN | Penalty | 08695951 | | 0.00 | 193.26 | 2,160.79 |
| 11/17/2014 | R | Receipt | 08579611 | | 0.00 | 1,990.62 | 1,967.53 |
| 11/06/2014 | B | Bill | 08694267 | | 0.00 | 35.00 | 3,958.15 |
| 10/28/2014 | BP | Bill print | Batch # 5103 | | | | |
| 10/31/2014 | B | Bill | 08681785 | | 0.00 | 1,990.62 | 3,923.15 |

| Main | Customers | History | Utility Inventory and Routes | Consumption |

UB acct # 025801-00  
Name TULARE DISTRICT HOSPITAL  
Service location: 869 N CHERRY ST, TULARE CA 93274-2207  
Balance: 28,959.62  
Status: active  
Group on account  
# accounts

[Filter] [Sort Order]

| Doc Date | | Transaction Type | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 10/31/2014 | B | Bill | 08681785 | | 0.00 | 1,990.62 | 3,923.15 |
| 10/22/2014 | PN | Penalty | 08673297 | | 0.00 | 172.51 | 1,932.53 |
| 10/09/2014 | R | Receipt | 08556052 | | 0.00 | 1,696.63 | 1,760.02 |
| 10/08/2014 | B | Bill | 08671732 | | 0.00 | 35.00 | 3,456.65 |
| 09/25/2014 | BP | Bill print | Batch # 4900 | | | | |
| 09/30/2014 | B | Bill | 08659223 | | 0.00 | 1,725.02 | 3,421.65 |
| 09/23/2014 | PN | Penalty | 08650950 | | 0.00 | 154.24 | 1,696.63 |
| 08/27/2014 | BP | Bill print | Batch # 4704 | | | | |
| 08/31/2014 | B | Bill | 08636802 | | 0.00 | 1,542.39 | 1,542.39 |
| 08/11/2014 | R | Receipt | 08519092 | | 0.00 | 1,997.55 | 0.00 |
| 07/28/2014 | BP | Bill print | Batch # 4432 | | | | |
| 07/31/2014 | B | Bill | 08614052 | | 0.00 | 1,997.55 | 1,997.55 |
| 07/16/2014 | R | Receipt | 08504427 | | 0.00 | 3,139.02 | 0.00 |
| 06/25/2014 | BP | Bill print | Batch # 4319 | | | | |
| 06/30/2014 | B | Bill | 08591824 | | 0.00 | 3,139.02 | 3,139.02 |
| 06/12/2014 | R | Receipt | 08483779 | | 0.00 | 4,075.75 | 0.00 |
| 05/27/2014 | BP | Bill print | Batch # 4094 | | | | |
| 05/31/2014 | B | Bill | 08569796 | | 0.00 | 4,075.75 | 4,075.75 |
| 05/14/2014 | R | Receipt | 08465518 | | 0.00 | 3,396.71 | 0.00 |
| 04/25/2014 | BP | Bill print | Batch # 3945 | | | | |
| 04/30/2014 | B | Bill | 08547556 | | 0.00 | 3,396.71 | 3,396.71 |
| 04/07/2014 | R | Receipt | 08442760 | | 0.00 | 2,906.84 | 0.00 |
| 03/25/2014 | BP | Bill print | Batch # 3707 | | | | |
| 03/31/2014 | B | Bill | 08525411 | | 0.00 | 2,906.84 | 2,906.84 |
| 03/20/2014 | R | Receipt | 08433563 | | 0.00 | 3,189.35 | 0.00 |
| 02/25/2014 | BP | Bill print | Batch # 3574 | | | | |
| 02/28/2014 | B | Bill | 08502310 | | 0.00 | 3,189.35 | 3,189.35 |
| 02/10/2014 | R | Receipt | 08405853 | | 0.00 | 3,132.45 | 0.00 |
| 01/27/2014 | BP | Bill print | Batch # 3363 | | | | |
| 01/31/2014 | B | Bill | 08479922 | | 0.00 | 3,132.45 | 3,132.45 |
| 01/13/2014 | R | Receipt | 08389586 | | 0.00 | 2,866.42 | 0.00 |
| 12/26/2013 | BP | Bill print | Batch # 3270 | | | | |
| 12/31/2013 | B | Bill | 08457559 | | 0.00 | 2,866.42 | 2,866.42 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UB acct # 025638-00 | | Service location | 935 N GEM ST # 945 TULARE CA 93274-2127 | Balance | 444.69 | | Group on accou |
| Name TULARE DISTRICT HOSPITAL | | | | Status | active | | # accoun |

| Doc Date | Transaction Type | | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/23/2018 | BP | Bill print | Batch # 13512 | | | | |
| 02/28/2018 | B | Bill | 09621327 | | 0.00 | 218.53 | 444.69 |
| 02/20/2018 | R | Receipt | 09338404 | | 0.00 | 224.31 | 226.16 |
| 01/29/2018 | R | Receipt | 09322379 | | 0.00 | 223.03 | 450.47 |
| 01/26/2018 | BP | Bill print | Batch # 13179 | | | | |
| 01/31/2018 | B | Bill | 09596114 | | 0.00 | 224.31 | 673.50 |
| 12/29/2017 | R | Receipt | 09302921 | | 0.00 | 224.31 | 449.19 |
| 12/22/2017 | BP | Bill print | Batch # 12950 | | | | |
| 12/31/2017 | B | Bill | 09571739 | | 0.00 | 223.03 | 673.50 |
| 12/14/2017 | R | Receipt | 09291585 | | 0.00 | 219.75 | 450.47 |
| 11/22/2017 | BP | Bill print | Batch # 12786 | | | | |
| 11/30/2017 | B | Bill | 09542375 | | 0.00 | 224.31 | 670.22 |
| 10/26/2017 | BP | Bill print | Batch # 12696 | | | | |
| 10/31/2017 | B | Bill | 09518455 | | 0.00 | 219.75 | 445.91 |
| 09/26/2017 | BP | Bill print | Batch # 12494 | | | | |
| 09/30/2017 | B | Bill | 09494557 | | 0.00 | 205.35 | 226.16 |
| 08/28/2017 | BP | Bill print | Batch # 12193 | | | | |
| 08/28/2017 | R | Receipt | 09223351 | | 0.00 | 206.51 | 20.81 |
| 08/31/2017 | B | Bill | 09470324 | | 0.00 | 204.78 | 227.32 |
| 08/25/2017 | R | Receipt | 09221770 | | 0.00 | 843.07 | 22.54 |
| 07/25/2017 | BP | Bill print | Batch # 11792 | | | | |
| 07/31/2017 | B | Bill | 09446596 | | 0.00 | 218.39 | 865.61 |
| 06/26/2017 | BP | Bill print | Batch # 11694 | | | | |
| 06/30/2017 | B | Bill | 09422976 | | 0.00 | 211.67 | 647.22 |
| 05/25/2017 | BP | Bill print | Batch # 11529 | | | | |
| 05/31/2017 | B | Bill | 09399093 | | 0.00 | 205.93 | 435.55 |
| 04/24/2017 | BP | Bill print | Batch # 11382 | | | | |
| 04/30/2017 | B | Bill | 09376106 | | 0.00 | 207.08 | 229.62 |
| 04/19/2017 | R | Receipt | 09139202 | | 0.00 | 207.08 | 22.54 |
| 04/19/2017 | RA | Receipt adjustment | 09136223 | | 0.00 | -207.08 | 229.62 |
| 04/18/2017 | R | Receipt | 09136223 | | 0.00 | 207.08 | 22.54 |
| 03/27/2017 | BP | Bill print | Batch # 11103 | | | | |
| 03/31/2017 | B | Bill | 09352668 | | 0.00 | 206.51 | 229.62 |
| 03/23/2017 | R | Receipt | 09123137 | | 0.00 | 207.08 | 23.11 |
| 02/27/2017 | R | Receipt | 09105794 | | 0.00 | 248.67 | 230.19 |

UB acct # 025638-00  
Name TULARE DISTRICT HOSPITAL  
Service location: 935 N GEM ST # 945, TULARE CA 93274-2127  
Balance 444.69  
Status active

| Doc Date | | Transaction Type | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/27/2017 | R | Receipt | 09105794 | | 0.00 | 248.67 | 230.19 |
| 02/23/2017 | BP | Bill print | Batch # 10927 | | | | |
| 02/28/2017 | B | Bill | 09329040 | | 0.00 | 207.08 | 478.86 |
| 01/25/2017 | BP | Bill print | Batch # 10553 | | | | |
| 01/31/2017 | B | Bill | 09305553 | | 0.00 | 207.08 | 271.78 |
| 01/20/2017 | R | Receipt | 09082286 | | 0.00 | 241.93 | 64.70 |
| 12/27/2016 | R | Receipt | 09066217 | | 0.00 | 218.39 | 306.63 |
| 12/22/2016 | BP | Bill print | Batch # 10278 | | | | |
| 12/31/2016 | B | Bill | 09281635 | | 0.00 | 248.67 | 525.02 |
| 11/23/2016 | BP | Bill print | Batch # 10120 | | | | |
| 11/30/2016 | B | Bill | 09258052 | | 0.00 | 241.93 | 276.35 |
| 11/04/2016 | R | Receipt | 09030235 | | 0.00 | 247.26 | 34.42 |
| 10/31/2016 | R | Receipt | 09028157 | | 0.00 | 1,317.39 | 281.68 |
| 10/25/2016 | BP | Bill print | Batch # 9930 | | | | |
| 10/31/2016 | B | Bill | 09234706 | | 0.00 | 218.39 | 1,599.07 |
| 09/26/2016 | BP | Bill print | Batch # 9741 | | | | |
| 09/30/2016 | B | Bill | 09209482 | | 0.00 | 247.26 | 1,380.68 |
| 09/06/2016 | R | Receipt | 08990691 | | 0.00 | 183.97 | 1,133.42 |
| 08/25/2016 | BP | Bill print | Batch # 9553 | | | | |
| 08/31/2016 | B | Bill | 09185682 | | 0.00 | 1,316.45 | 1,317.39 |
| 08/08/2016 | R | Receipt | 08973984 | | 0.00 | 183.03 | 0.94 |
| 08/08/2016 | RA | Receipt adjustment | 08973387 | | 0.00 | -183.03 | 183.97 |
| 08/08/2016 | R | Receipt | 08973387 | | 0.00 | 183.03 | 0.94 |
| 07/25/2016 | BP | Bill print | Batch # 9322 | | | | |
| 07/31/2016 | B | Bill | 09162646 | | 0.00 | 173.40 | 183.97 |
| 07/08/2016 | R | Receipt | 08953603 | | 0.00 | 172.57 | 10.57 |
| 06/24/2016 | BP | Bill print | Batch # 9129 | | | | |
| 06/30/2016 | B | Bill | 09139025 | | 0.00 | 183.03 | 183.14 |
| 06/06/2016 | R | Receipt | 08933264 | | 0.00 | 171.73 | 0.11 |
| 05/24/2016 | BP | Bill print | Batch # 8869 | | | | |
| 05/31/2016 | C | Credit applied | 08927890 | | -0.73 | 0.00 | 171.84 |
| 05/31/2016 | B | Bill | 09116096 | | 0.00 | 172.57 | 172.57 |
| 05/09/2016 | R | Receipt | 08915263 | | 0.73 | 172.57 | 0.00 |
| 04/25/2016 | BP | Bill print | Batch # 8680 | | | | |