WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re

TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,

Debtor.

CASE NO. 17-13797

Chapter 9

DC NO.: MRH-1

**STIPULATION TO CONTINUE HEARING AND ORDER THEREON**

Date: May 17, 2018
Time: 9:30 a.m.
Place: 2500 Tulare Street
Fresno, CA 93721
Courtroom 13
Judge: Honorable René Lastreto II

This Stipulation is made and entered into by and between debtor Tulare Local Healthcare District (the "District"), on the one hand, and Medline Industries, Inc. ("Medline"), on the other hand (collectively, the "Parties"), with reference to the following:

A.　On September 30, 2017, the District filed its Voluntary Petition under Chapter 9 of the Bankruptcy Code.

B.　On April 10, 2018, Medline filed its "Request for Payment of An Administrative Expense and Administrative Proof of Claim" MRH-1 ("Request"), which is

Hearing and Order Thereon　　-1-　　00179011-kdd-05.09.2018

RECEIVED
May 11, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006279439

presently scheduled for hearing on May 17, 2018 at 9:30 a.m.

C. On May 1, 2018, the District filed its "Response Of Tulare Local Healthcare District To Request For Payment Of Administrative Expense And Administrative Proof Of Claim" ("Response").

D. The District and Medline have agreed to continue the hearing on Medline's Request for approximately sixty (60) days to July 19, 2018 at 1:30 p.m. to allow the Parties time to pursue discussions to resolve Medline's Request without the necessity of a hearing. The District and Medline have also agreed to extend the time for Medline to file any reply to the District's Response until July 12, 2018.

NOW, THEREFORE, in light of the foregoing, the District and Medline, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The hearing on Medline's Request (MRH-1) shall be continued to July 19, 2018 at 1:30 p.m.

2. Each of the parties to this Stipulation shall bear its own attorneys' fees and costs related to this Stipulation.

3. This Stipulation may be executed by facsimile or electronically mailed signatures and in counterparts, each of which shall be deemed an original and all of which, when taken together, shall constitute one and the same Stipulation..

Dated: May ___, 2018        WALTER WILHELM LAW GROUP
                            a Professional corporation

                            By: _/s/ Riley C. Walter_____
                            Riley C. Walter
                            Attorneys for Tulare Local Healthcare
                            District dba Tulare Regional Medical Center

Dated: May ___, 2018        GREENBERG TRAURIG, LLP

                            By: _____
                            Michael Hogue
                            Attorneys for Medline Industries, Inc.

## ORDER

The Court, having read and considered the "Stipulation To Continue Hearing and Order Thereon" ("Stipulation") entered into by and between debtor Tulare Local Healthcare District (the "District"), on the one hand, and Medline Industries, Inc. ("Medline"), on the other hand, hereby finds that: (a) the Stipulation is reasonable, necessary and in the best interests of the District and parties in interest in this case, and (b) good cause appearing therefor;

IT IS HEREBY ORDERED that:

1. The Stipulation is approved in its entirety.

2. The hearing on the Request shall be continued to July 19, 2018 at 1:30 p.m.; and

3. Any reply of Medline to the District's Response shall be filed and served by no later than July 12, 2018.

Dated: May 15, 2018

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court