**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 17-13797 - B - 9
Tulare Local Healthcare        ) Docket Control No. WW-35
District,                      )
              Debtor.          ) Document No. 511
                               ) Date: 05/17/2018
                               ) Time: 9:30 AM
                               ) DEPT: B
```

**Order**

At the request of the moving parties,

IT IS ORDERED that the motion to approve stipulation for relief from the automatic stay is CONTINUED to May 31, 2018 at 9:30 a.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that the respondent's default is entered.

Dated: May 17, 2018

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Tulare Local Healthcare District
869 N Cherry St
Tulare CA 93274

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Danielle J. Bethel
205 E River Park Circle #410
Fresno CA 93720