WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　rileywalter@w2lg.com

Attorneys for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>　　　　Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry St.<br>　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-35<br><br>Date:　May 31, 2018<br>Time:　9:30 a.m.<br>Place:　2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge:　Honorable René Lastreto II |

**NOTICE OF INTENT TO CONTINUE HEARING ON MOTION FOR ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that it is the intention of the debtor, TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, to appear at the hearing on May 31, 2018 at 9:30 a.m. and request that the hearing be continued to June 14, 2018 at 9:30 a.m.

Dated: May 24, 2018

　　　　　　　　　　　　　　　　WALTER WILHELM LAW GROUP,
　　　　　　　　　　　　　　　　a Professional Corporation

　　　　　　　　　　　　　　　　By: _/s/ Danielle Bethel_
　　　　　　　　　　　　　　　　　　Danielle J. Bethel,
　　　　　　　　　　　　　　　　　　Attorneys for Debtor

---

NOTICE OF INTENT TO CONTINUE HEARING ON MOTION
FOR ORDER APPROVING AGREEMENT RELATING TO
RELIEF FROM STAY (MEC)

-1-

M:\S-U\TRMC\PLEADINGS\WW-35 Motion to Approve
Stipulation for Relief from Stay (MEC)\Notice.Intent to
Continue.djb.docx