**3**

MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com
    clarsen@orrick.com

HAGOP T. BEDOYAN, CSB NO. 131285
**KLEIN, DENATALE, GOLDNER,
    COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor. | Case No.: 17-13797-9-B<br><br>Chapter 9<br><br>DC No.:    WW-32<br><br>DECLARATION OF HAGOP T. BEDOYAN IN SUPPORT OF HCCA'S OPPOSITION TO APPLICATION FOR EX PARTE ORDER AUTHORIZING FRBP 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS (JPMORGAN CHASE BANK, N.A.)<br><br>Date:    June 26, 2018<br>Time:    9:30 a.m.<br>Dept:    B, Ctrm. 13<br>Place:    U.S. Courthouse<br>        2500 Tulare Street, 5TH Floor<br>        Fresno, CA<br>JUDGE: Hon. René Lastreto, II |

I, HAGOP T. BEDOYAN, declare:

I am an attorney at law admitted to practice law before all courts in the State of California. I am admitted to practice law in the United States District Court for the Eastern District of California and I am a partner in the law firm Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP ("KDG").

1. At the present time, the Debtor and HCCA are parties to two separate adversary proceedings pending in this Court. The first adversary proceeding, Case No. 17-01095, was commenced in this Court on December 28, 2017, when the Debtor removed to this Court a pending state court action in the Los Angeles Superior Court entitled, *Healthcare Conglomerate Associates, LLC v. Tulare Local Health Care District, dba Tulare Regional Medical Center*, Case No. BC 676133 (the "Removed Action") [Dkt. No. 1]. On January 4, 2018, the Debtor served and filed its answer to HCCA's complaint [Dkt. No. 8] and also filed a counterclaim against HCCA asserting eleven (11) different causes of action [Dkt. No. 9]. The Removed Action has been the subject of multiple stipulations extending deadlines and hearing dates, including the hearings on HCCA's motion to remand [Dkt. No. 17] and two motions to dismiss the Debtor's counterclaim [Dkt. No. 21] and to strike portions of the Debtor's answer [Dkt. No. 26]. Further hearings in the Removed Action are set for June 27, 2018, at 1:30 p.m.

2. The second adversary proceeding between the parties was commenced by the Debtor on January 23, 2018, Case No. 18-01005, when the Debtor filed its Complaint to Avoid Preferential Transfers, Fraudulent Conveyance and for Declaratory Relief [the "Avoidance Action"] [Dkt. No. 1]. On April 5, 2018, HCCA filed its answer to the complaint in the Avoidance Action [Dkt. No. 16]. On May 8, 2018, the Debtor filed its First Amended Complaint to Avoid Preferential Transfers, Fraudulent Conveyance, Declaratory Relief and Cancellation of Written Instrument (the "First Amended Complaint") [Dkt. No. 27]. HCCA's response to the First Amended Complaint is due on June 4, 2018. The next status conference in the Avoidance Action is scheduled for June 27, 2018 at 1:30, based upon a stipulation and order filed with the Court on May 8, 2018 [Dkt. No. 29].

\\\

3. On May 30, 2017 (and on previous occasions), I provided the Debtor's attorneys information regarding certain transfers of monies from and among HCCA's bank accounts at Chase, making the Debtor aware of the existence of HCCA's bank accounts at Chase.

4. As noted above, the Debtor filed its Application on May 30, 2018, in which it requests an order authorizing the examination of Chase Bank accounts pursuant to FRBP 2004 and the issuance of a Subpoena for 2004 Examination with Production of Documents. The Application does not specify whose bank account information is being sought by the Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called as a witness I could and would testify competently thereto.

I further declare that this declaration was executed this 31st day of May 2018, at Fresno, California.

_____
HAGOP T. BEDOYAN