**3**

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  rileywalter@w2lg.com

Attorneys for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:  869 N. Cherry Street<br>  Tulare, CA 93274 | CASE NO.  17-13797<br><br>DC No.: WW-40<br><br>Chapter 9<br><br>Date:  July 19, 2018<br>Time:  9:30 a.m.<br>Place:  2500 Tulare Street<br>  Fresno, CA 93721<br>  Courtroom 13<br>Judge:  Honorable René Lastreto II |

**MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT
(TOYOTA LEASE TRUST)**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY

JUDGE:

   Tulare Local Healthcare District, dba Tulare Regional Medical Center, a

California Health Care District, the Debtor ("Debtor" or "District"), hereby moves this

Court pursuant to 11 U.S.C. §§ 365 and 901, and Bankruptcy Rules 6006 and 9014, for

an Order Rejecting Executory Contract as described below.  In support of its Motion, the

Debtor represents as follows:

///

///

MOTION FOR AUTHORIZATION TO REJECT
EXECUTORY CONTRACT (TOYOTA LEASE
TRUST)

1

M:\S-U\TRMC\PLEADINGS\WW-40
Motion to Reject Toyota Financial
Lease\Motion.djb.docx

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding to 28 U.S.C. §157(b)(2). The statutory predicates for the relief sought in this Motion are §§ 105, 365, 901 and title 11 of the United States Code (the "Bankruptcy Code"), as complemented by Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure.

2. This case was filed as a Chapter 9 case on September 30, 2017 ("Petition Date").

3. The Debtor is a California healthcare district located in Western Tulare County.

4. The Debtor is in the business of owning a hospital and other healthcare facilities.

5. On October 29, 2016 ("Effective Date") the Debtor entered into Closed-End Motor Vehicle Lease Agreement ("Lease Agreement") with Gropetti LTD, Inc. A true and correct copy of the Lease Agreement is attached to the Declaration of Sanford Haskins as Exhibit "A", filed contemporaneously herewith.

6. According to the Lease Agreement, the Lease Agreement was to be subsequently assigned to Toyota Lease Trust and serviced by Toyota Motor Credit Corporation. A true and correct copy of the Debtor's most recent invoice pertaining to the Lease Agreement from Toyota Financial Services is attached as Exhibit "B" to the Declaration of Sanford Haskins.

7. The subject matter of the Lease Agreement is a 2015 Toyota Prius with Vin number ending in -7866. The Lease Agreement calls for 36 consecutive monthly payments beginning on the Effective Date. At the end of the term of the Lease Agreement TRMC is required to either return or purchase the vehicle for $14,415.

8. The Debtor has analyzed the Lease Agreement and determined in its sound business judgment, and as declared by Sanford Haskins, Chief Administrative Officer, that the Lease Agreement should be rejected.

WHEREFORE, the Debtor respectfully requests entry of an Order (a) authorizing the Debtor to reject the Lease Agreement; (b) fixing the date by which any claim shall be filed; and (c) granting Debtor such other and further relief as this Court may deem just and proper.

Dated: June 12, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____
Danielle J. Bethel, Attorneys for Debtor,
Tulare Local Healthcare District, dba
Tulare Regional Medical Center