MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com
　　　　clarsen@orrick.com

HAGOP T. BEDOYAN, CSB NO. 131285
**KLEIN, DENATALE, GOLDNER,**
　**COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　　　Debtor. | Case No.: 17-13797-9-B<br><br>Chapter 9<br><br>Date:　June 26, 2018<br>Time:　9:30 a.m.<br>Dept:　B, Ctrm. 13<br>Place:　U.S. Courthouse<br>　　　　2500 Tulare Street, 5TH Floor<br>　　　　Fresno, CA<br>JUDGE: Hon. René Lastreto, II |

**REPLY OF HEALTHCARE CONGLOMERATE ASSOCIATES TO DEBTOR'S CHAPTER 9 STATUS REPORT**

TO THE HONORABLE RENÉ LASTRETO, UNITED STATE BANKRUPTCY JUDGE:

　　　　Healthcare Conglomerate Associates, LLC ("HCCA") submits the following status report in response to Second Chapter 9 Status Report ("District's Report") filed by Tulare Local Healthcare District, dba Tulare Regional Medical Center ("District"):

/ / /

1. The District's Report contains several statements which, for self-serving purposes, falsely characterize the relationship between the District and HCCA and deliberately ignores the broad authority unanimously granted to HCCA by the District's Board, under the terms of the Management Services Agreement between the parties ("MSA"). HCCA's conduct and decisions during its tenure at the District were all consistent with the terms of the MSA and resulted in dramatic financial gains for the District as previously noted in declarations and pleadings filed with this Court. The facts regarding HCCA's conduct and decisions, as well as the conduct and decisions of the District, are the subject of two separate adversary proceedings pending in this court and will eventually be determined at the conclusion of those proceedings. HCCA reserves the right to refute the statements made in the District's Report at the appropriate time and in the appropriate proceeding.

2. HCCA agrees with the District that it would be appropriate to set a further status Chapter 9 Status Conference in this case in about six months. As disclosed in the District's Report, formal mediation efforts between the District and HCCA during an all-day mediation session in Los Angeles before the Honorable Dickran Tevrizian (Ret.) ultimately proved unsuccessful in implementing a settlement between the District and HCCA. Ongoing informal discussions towards a settlement of the disputes between HCCA and the District are presently underway. Such discussions may prove fruitful and avoid further costly and time-consuming litigation, which will only impair the District's efforts to reopen its hospital.

Date: June 12, 2018

ORRICK, HERRINGTON & SUTCLIFFE LLP; and
KLEIN, DENATALE, GOLDNER, COOPER,
ROSENLIEB & KIMBALL LLP

BY: _____
HAGOP T. BEDOYAN, ESQ.,
Attorneys for HealthCare Conglomerate
Associates, LLC

2                                                                HCCA'S CHAPTER 9 STATUS REPORT