GREGORY S. POWELL #182199
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030
Greg.Powell@usdoj.gov

Attorneys for Tracy Hope Davis,
United States Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT,<br><br>                           Debtor. | Case No. 17-13797-B-9<br><br>Chapter 9<br><br>Honorable René Lastreto II |

**NOTICE OF DISBANDMENT OF
COMMITTEE OF UNSECURED CREDITORS**

TO DEBTOR, DEBTOR'S COUNSEL, AND ALL OTHER INTERESTED PARTIES:

The only two members having resigned, Tracy Hope Davis, the United States Trustee for Region 17, hereby disbands the Official Committee of Unsecured Creditors.

Dated: June 18, 2018                Tracy Hope Davis,
                                        United States Trustee

                           By:    <u>/s/ Gregory S. Powell</u>
                                    Gregory S. Powell

                                    Assistant United States Trustee,
                                    Attorney for the United States Trustee