5

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Attorneys for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry Street<br>                    Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-32<br><br>Chapter 9<br><br>**EXHIBITS IN SUPPORT OF REPLY OF DEBTOR TULARE LOCAL HEALTHCARE DISTRICT TO OPPOSITION OF HEALTHCARE CONGLOMERATE ASSOCIATES TO DEBTOR'S APPLICATION FOR 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS (JPMORGAN CHASE BANK, N.A.)**<br><br>Date:   June 26, 2018<br>Time:   9:30 a.m.<br>Place:   2500 Tulare Street<br>             Fresno, CA 93721<br>             Courtroom 13<br>Judge:   Honorable René Lastreto II |

///

///

///

///

///

Exhibits in Support of Declaration of Riley C. Walter in Support of Reply of Debtor to Opposition of HCCA to 2004 Examination of Production of JPMorgan Chase

1

M:\S-U\TRMC\PLEADINGS\WW-32 2004 Exam of JP Morgan Chase Bank\Exhibit Page.Reply.1.061918.djb.docx

| Exhibit | Description | Pages |
|---|---|---|
| A | Draft Revised Proposed Order on WW-32 | 3 |

Dated: June 19, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: *Riley C. Walter*
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District dba
Tulare Regional Medical Center

```
2
```

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  rileywalter@w2lg.com

Attorneys for Tulare Local Healthcare District



IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re | CASE NO. 17-13797 |
|---|---|
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9<br>DC NO.: WW-32 |
| Debtor.<br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | Date: N/A<br>Time: N/A<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING FRBP 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS
(JPMORGAN CHASE BANK, N.A.)**

After reviewing and considering the Application for Ex Parte Order Authorizing FRBP 2004 Examination and Production of Documents and good cause appearing,

**IT IS HEREBY ORDERED:**

1. That applicant Tulare Local Healthcare District ("Applicant") is authorized to examine JPMorgan Chase Bank, N.A. pursuant to FRBP 2004(a) on the subjects specified in FRBP 2004(b);

2. That pursuant to FRBP 2004(c), attendance for examination and production of documentary evidence may be compelled in the manner provided in FRBP 9016 for the attendance of witnesses at a hearing or trial;

ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING A FRBP 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS (JPMorgan Chase Bank, N.A.)    -1-    C:\Users\dbethel\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\3WL6YUSE\kdd

EXHIBIT A    Page 1 of 3

3. Applicant is specifically authorized to compel the production of documents from JPMorgan Chase Bank, N.A. as follows:

    a) All statements for accounts of Tulare Asset Management, LLC including, but not limited to, an account ending in the number 5915 held at a branch of JPMorgan Chase Bank located at 5151 W. Goshen Ave., Visalia, California, for the period from October 31, 2016 to the date of this Order;

    b) All documents that refer to, reflect or show sources of funds deposited into accounts of Tulare Asset Management, LLC from October 31, 2016 to the date of this Order including, but not limited to, statements, canceled checks, deposits, electronic fund transfers, ACH transfers, and/or wire transfers;

    c) All documents that refer to, reflect or show funds dispersed from accounts of Tulare Asset Management, LLC from October 31, 2016 to the date of this Order including, but not limited to, statements, canceled checks, deposits, electronic fund transfers, ACH transfers, and/or wire transfers; and

    d) All documents that refer to, reflect or show the names, addresses, telephone numbers and bank account information of individuals and/or entities that received funds dispersed from accounts of Tulare Asset Management, LLC from October 31, 2016 to the date of this Order.

4. That the examination of the witness shall not be scheduled earlier than 10 days after service of this Order or Subpoena for 2004 Examination with Production of Documents, whichever is later, under FRBP 9016.

///
///
///
///



ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING A FRBP 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS (JPMorgan Chase Bank, N.A.)    -2-    C:\Users\dbethel\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\3WL6YUSE\kdd

EXHIBIT A  Page 2 Of 3

Presented by:

_____
Danielle J. Bethel, Attorneys for
Tulare Local Healthcare District, dba
Tulare Regional Medical Center

IT IS SO ORDERED.

Dated: _____, 2018

By: _____
　　　René Lastreto II, Judge
　　　United States Bankruptcy Court

DRAFT

ORDER GRANTING APPLICATION FOR ORDER　　-3-
AUTHORIZING A FRBP 2004 EXAMINATION AND
PRODUCTION OF DOCUMENTS (JPMorgan Chase Bank, EXHIBIT A
N.A.)　　　　　　　　　　　　　　　　　　　Page 3 Of 3

C:\Users\dbethel\AppData\Local\Microsoft\Windows\
Temporary Internet
Files\Content.Outlook\3WL6YUSE\kdd