**2**
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:       rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: WW-32 |
| Debtor. | **DECLARATION OF RILEY C. WALTER IN SUPPORT OF REPLY OF DEBTOR TULARE LOCAL HEALTHCARE DISTRICT TO OPPOSITION OF HEALTHCARE CONGLOMERATE ASSOCIATES TO DEBTOR'S APPLICATION FOR 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS (JPMORGAN CHASE BANK, N.A.)** |
| Tax ID #:   94-6002897 Address:   869 N. Cherry Street            Tulare, CA 93274 | |
| | Date:    June 26, 2018 Time:    9:30 a.m. Place:   2500 Tulare Street            Fresno, CA 93721            Courtroom 13 Judge:   Honorable René Lastreto II |

I, Riley C. Walter, declare and represent as follows:

1.      I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court.  I am counsel of record for the Debtor Tulare Local Healthcare District dba Tulare Regional Medical Center (the "District") in the

Declaration of Riley C. Walter in Support of Reply of Debtor
Tulare Local Healthcare District to Opposition of Healthcare     - 1 -
Conglomerate Associates to Debtor's Application for 2004
Exam and Production of Documents [JPMorgan Chase Bank)

M:\S-U\TRMC\PLEADINGS\WW-32 2004 Exam of JP
Morgan Chase
Bank\Dec.RCW.Reply.061918.djb.docx

above-captioned Chapter 9 case. I make this declaration in support of the "Reply of Debtor Tulare Local Healthcare District to Opposition of Healthcare Conglomerate Associates to Debtor's Application for 2004 Examination and Production of Documents (JPMorgan Chase Bank, N.A.)" ("Reply"). Unless otherwise stated, I have personal knowledge of the facts set forth below, and if called as a witness in this matter, I could and would competently testify thereto.

2.      Exhibit "A" to my Declaration is a true and correct copy of the Application for Ex Parte Order Authorizing FRBP 2004 Examination and Production of Documents dated December 14, 2017 (Dkt. 269, WW-19)("Application").

3.      Exhibit "B" to my Declaration is a true and correct copy of the Order Granting Ex Parte Order Authorizing FRBP 2004 Examination and Production of Documents dated dated December 14, 2017 (Dkt. 273, WW-19)("Order").

4.      Exhibit "C" to my Declaration is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case which I caused to be issued to Chase Bank on January 11, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 19, 2018 at Fresno, California.

Riley C. Walter
Riley C. Walter

Declaration of Riley C. Walter in Support of Reply of Debtor
Tulare Local Healthcare District to Opposition of Healthcare  -2-
Conglomerate Associates to Debtor's Application for 2004
Exam and Production of Documents (JPMorgan Chase Bank)

M:\S-U\TRMC\PLEADINGS\WW-32 2004 Exam of JP
Morgan Chase
Bank\Dec.RCW.Reply.061918.djb.docx