3

MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com
clarsen@orrick.com

HAGOP T. BEDOYAN, CSB NO. 131285
**KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com
lholder@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor. | Case No.: 17-13797-9-B<br><br>Chapter 9<br><br>DC No.: WW-32<br><br>STIPULATION TO CONTINUE HEARING ON HCCA'S OPPOSITION TO APPLICATION FOR EX PARTE ORDER AUTHORIZING FRBP 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS (JPMORGAN CHASE BANK, N.A.) AND ORDER<br><br>Date: June 26, 2018<br>Time: 9:30 a.m.<br>Dept: B, Ctrm. 13<br>Place: U.S. Courthouse<br>2500 Tulare Street, 5TH Floor<br>Fresno, CA<br>JUDGE: Hon. René Lastreto, II |

///

RECEIVED
June 19, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006303725

IT IS HEREBY STIPULATED AND AGREED by and between Healthcare Conglomerate Associates, LLC and Tulare Local Healthcare District, by counsel, as follows:

1.      On May 5, 2018, the Tulare Local Heathcare District, dba Tulare Regional Medical Center filed an Application for Ex Parte Order Authorizing FRBP 2004 Examination and production of Documents (JPMorgan Chase bank, N.A.) [Doc No. 539] ("Application for 2004 Examination").

2.      On May 31, 2018, Healthcare Conglomerate Associates, LLC filed an Opposition to Application for Ex Parte Order Authorizing FRBP 2004 Examination and production of Documents (JPMorgan Chase bank, N.A.) and set the matter for hearing on June 26, 2018 at 9:30 a.m. in Fresno.

3.      The parties have discussed these matters and agree that the hearing on the Application for 2004 Examination will be continued to August 15, 2018, at 1:30 p.m. in Fresno.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

4. The parties stipulate and agree to entry of an order approving this Stipulation.

IT IS SO STIPULATED.

Date: June 19, 2018

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: ____________________
HAGOP T. BEDOYAN, ESQ.,
Attorneys for HealthCare Conglomerate Associates, LLC

Date: June____, 2018

WALTER WILHELM LAW GROUP

By: ____________________
RILEY C. WALTER, Attorneys for Tulare Local Healthcare District

IT IS SO ORDERED

Dated:

By the Court

Dated: Jun 20, 2018

By the Court

René Lastreto II, Judge
United States Bankruptcy Court