# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** WW-32

**Date:** 06/26/2018
**Time:** 9:30 AM

**Matter:** [539] - Motion/Application for Examination and For Production of Documents [WW-32] Filed by Debtor Tulare Local Healthcare District (svim)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Not Recorded
**Department:** B

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

### CIVIL MINUTES

HEARING TO BE HELD ON 8/15/2018 at 1:30 PM at Fresno Courtroom 13, Department B

The court already entered an order continuing this hearing. Doc. #575.