**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 17-13797 - B - 9
Tulare Local Healthcare        ) Docket Control No.
District,
                 Debtor.       ) Document No. 1
                               ) Date: 06/26/2018
                               ) Time: 9:30 AM
                               ) DEPT: B
```

**Order**

For the reasons set forth in the court's minutes, docket number 578,

IT IS ORDERED that the status conference is CONTINUED to August 15, 2018 at 1:30 p.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that the parties shall file and serve either joint or unilateral status report(s) not later than August 8, 2018.

Dated: Jun 26, 2018

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

Rescheduled Status Conference Re: Chapter 9 Voluntary Petition - [1] - [1] - Chapter 9 Voluntary Petition. All Schedules and Statements filed. (Fee Paid $1717.00) (eFilingID:6140053) (maaf)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Tulare Local Healthcare District
869 N Cherry St
Tulare CA 93274

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Danielle J. Bethel
205 E River Park Circle #410
Fresno CA 93720

Gerald N. Sims
401 B St #1500
San Diego CA 92101

Hagop T. Bedoyan
5260 N. Palm Avenue, Suite 205
Fresno CA 93704

Karol K. Denniston
1 Market 32nd Fl
Spear Street Tower
San Francisco CA 94105

Riley C. Walter
205 E. River Park Circle, Ste. 410
Fresno CA 93720

Marc A. Levinson
400 Capitol Mall #3000
Sacramento CA 95814-4407

Dara L. Silveira
650 California Street, Suite 1900
San Francisco CA 94108

Ian A. Hammel
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
One Financial Center
Boston MA 02111