**3 PAGES**
MARK M. SCOTT (SBN: 138569)
WILLIAM S. BRODY (SBN: 136136)
JEANNIE KIM (SBN: 270713)
BUCHALTER
A Professional Corporation
1000 Wilshire Blvd Ste 1500
Los Angeles, CA 90017-1730
Tel: (213) 891-0700
Fax: (213) 896-0400
Email: mscott@buchalter.com
wbrody@buchalter.com
jkim@buchalter.crom

Attorneys for
Wells Fargo Vendor Financial Services, LLC

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor. | Case No. 17-13797-B-9<br><br>Chapter 9<br><br>DC No: BPC-001<br><br>**NOTICE OF MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION OF EQUIPMENT LEASES; AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C) TERMINATING THE AUTOMATIC STAY**<br><br>Date: August 2, 2018<br>Time: 9:30 a.m.<br>Dept: B<br>Place: Courtroom 13, 5th Floor<br>2500 Tulare Street<br>Fresno, CA 93721 |

BN 31631468v2       1

**NOTICE OF MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION OF EQUIPMENT LEASES; AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C) TERMINATING THE AUTOMATIC STAY**

**TO THE HONORABLE RENÈ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE; DEBTOR TULARE LOCAL HEALTHCARE DISTRICT, ITS COUNSEL OF RECORD, THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the hearing on the Motion for an Order (A) Compelling Assumption or Rejection of Equipment Leases and (B) Directing Payment of Post-Petition Rent or, Alternatively, (C) Terminating the Automatic Stay (the "Motion") filed by Wells Fargo Vendor Financial Services, LLC ("WFVFS"), will be held on August 2, 2018 at 9:30 a.m. in the courtroom of the Honorable Renè Lastreto II, located at 2500 Tulare Street, Department B, Courtroom 13, Fifth Floor, Fresno, California. By the Motion, WFVFS moves the Court for entry of an order compelling Tulare Local Healthcare District dba Tulare Regional Medical Center (the "Debtor") to assume or reject certain equipment leases into which the Debtor entered with WFVFS pre-petition and directing the Debtor to pay WFVFS post-petition administrative rent or, alternatively, granting WFVFS relief from the automatic stay to allow WFVFS to pursue its state law rights and remedies under the equipment leases.

The Motion is based upon this Notice, the Motion, the Declaration of Lisa K. Boddicker in support of the Motion, and the exhibits in support thereof, each filed concurrently herewith, together with such additional records, documents, evidence and oral argument of counsel as may be presented at the time and place of the hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9014-1(f)(1)(B), any opposition to the granting of the Motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) days preceding the date or continued date of the hearing. You must also serve a copy of your opposition to the Motion upon WFVFS's counsel at the mailing address indicated in the upper left corner of this Notice and on the Office of the United States Trustee located at 2500 Tulare Street, Suite 1401, Fresno, CA 93721. Failure to file timely written opposition may be deemed a waiver of any opposition to the granting of the Motion.

**PLEASE ALSO TAKE FURTHER NOTICE** that responding parties may determine

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 31631468v2

2

NOTICE OF MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION OF EQUIPMENT LEASES; AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C) TERMINATING THE AUTOMATIC STAY

whether the Motion has been resolved without oral argument or whether the Court has issued a tentative ruling, and view (any) pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing, and any party appearing telephonically must view the pre-hearing dispositions prior to the hearing.

DATED:  June 29, 2018

BUCHALTER
A Professional Corporation

By:  /s/ Jeannie Kim
　　　　JEANNIE KIM
　　Attorneys for Movant
Wells Fargo Vendor Financial Services, LLC

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 31631468v2　　　3

**NOTICE OF MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION OF EQUIPMENT LEASES; AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C) TERMINATING THE AUTOMATIC STAY**