Filed 07/20/18 Case 17-13797 Doc 607

9

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

MCCORMICK BARSTOW, LLP
Todd A. Wynkoop #308845
Benjamin T. Nicholson #239893
Benjamin E. Ladd #320466
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: todd.wynkoop@mccormickbarstow.com

District Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-41<br><br>Chapter 9<br><br>Date: August 2, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**DECLARATION OF TERESA JACQUES IN SUPPORT OF MOTION FOR AUTHORITY TO ENTER INTO TRANSACTION INCLUDING BORROWING FUNDS, SALES OF PERSONAL PROPERTY AND PROVIDING SECURITY, ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES AND FOR AUTHORITY TO LEASE REAL PROPERTY PURSUANT TO 11 U.S.C. §§ 105, 362, 364, 365, 901 AND 922**

Declaration of Teresa Jacques in Support of Motion for Authority to Enter into Transaction Including Borrowing Funds, Sales of Personal Property, etc.
- 1 -
M:\S-U\TRMC\PLEADINGS\WW-41 Motion to Borrowing Funds and Providing Security [Adventist Health]\dec.jacques.072018.gaa.final.docx

Filed 07/20/18 Case 17-13797 Doc 607

I, Teresa Jacques, hereby declare and represent as follows:

1. My name is Teresa Jacques.

2. I am the Interim Controller of Tulare Healthcare District ("Debtor").

3. I am familiar with the within captioned Motion and assisted counsel in preparation of the Motion.

4. I am the person in charge of the process of reviewing and evaluating the executory contracts and unexpired leases that are to be assumed and/or assigned to Adventist Health as a part of the Transaction. As such, I am familiar with the Debtor's books and records relating to the subject agreements.

5. I have reviewed the list of agreements to be assumed and assigned to Adventist Health as a part of the Transaction.

6. I have reviewed the listings of contracts and leases attached as Exhibit A to this Declaration and it consist of those agreements to be assumed and assigned.

I am over the age of 18, and if I were called as a witness in connection with this proceeding I would and could testify as is set out in this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2018 at Tulare, California.

Teresa Jacques

Declaration of Teresa Jacques in Support of Motion for Authority to Enter into Transaction Including Borrowing Funds, Sales of Personal Property, etc. -2-

M:\S-U\TRMC\PLEADINGS\WW-41 Motion to Borrowing Funds and Providing Security [Adventist Health]\dec.jacques.072018.gaa.final.docx

| | Vendor Name | Description | Address 1 | Address 2 | City | State | Zip Code | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 3M HEALTH INFORMATION SYSTEMS | Coding Software | PO BOX 844127 | | DALLAS | TX | 75284-412 | $0.00 |
| 2 | ABBVIE US LLC | Medical Supplies - OR | 62671 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693-0626 | $0.00 |
| 3 | ACCURATE BACKGROUND, LLC | Background Checks | 7515 IRVINE CENTER DRIVE | | IRVINE | CA | 92618 | $0.00 |
| 4 | ADT SECURITY SERVICES | Alarm Services- Earlimart | 3190 S. VAUGHN WAY | | AURORA | CO | 80014 | $0.00 |
| 5 | AESCULAP A BBRAUN CO. | Medical Supplies | PO Box 780426 | | PHILADELPHIA | PA | 19178-0426 | $0.00 |
| 6 | AGILENT TECHNOLOGIES, INC | Medical Supplies | PO BOX 742108 | | LOS ANGELES | CA | 90074-2108 | $0.00 |
| 7 | AIRGAS USA, LLC | Hospital Oxygen, Cylinder and Bulk Supplies | PO BOX 676015 | | DALLAS | TX | 75267-6015 | $0.00 |
| 8 | ALCO SALES AND SERVICE CO. | Primary Vendor, AC HVAC Repairs | 6851 HIGH GROVE BLVD. | | BURR RIDGE | IL | 60527 | $0.00 |
| 9 | ALCON LABORATORIES INC | Medical Supplies | WELLS FARGO LOCKBOX- E2001-049 | 3440 FLAIR DRIVE | EL MONTE | CA | 91731 | $0.00 |
| 10 | ALLIED RELIABILITY INC. | Compliance Testing | PO BOX 677775 | | DALLAS | TX | 75267-7775 | $0.00 |
| 11 | ALLIED UNIVERSAL | Outsourced Security Company | 4200 FABER PLACE DRIVE | | CHARLESTON | SC | 29405 | $0.00 |
| 12 | ALTURA CENTERS FOR HEALTH | On Call Physicians- OB, Dr. Pang- Dr. Truong no longer with Company | PO BOX 31001-2374 | | PASADENA | CA | 91110-2374 | $0.00 |
| 13 | AMERICAN INCORPORATED | Primary Vendor, AC HVAC Repairs | 1201 NORTH CHERRY STREET | | TULARE | CA | 93274 | $0.00 |
| 14 | AMERICAN MESSAGING | Pager Services hospital wide | 1345 N. AMERICAN STREET | | VISALIA | CA | 93291 | $0.00 |
| 15 | AMS SALES CORPORATION | Surgical Supply (Sling) | 1345 NORTH AMERICAN STREET | | VISALIA | CA | 93291 | $0.00 |
| 16 | API HEALTHCARE CORPORATION | Time and Attendance | PO BOX 5749 | | CAROL STREAM | IL | 60197-5749 | $0.00 |
| 17 | APPLIED STATISTICS & MANAGEMEN | Cloud Support Software Program | PO BOX 7247-6586 | | PHILADELPHIA | PA | 19170-6586 | $0.00 |
| 18 | ARROW INTERNATIONAL | Medical Supplies (needles) | 33073 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693-0330 | $0.00 |
| 19 | ARTHREX INC | Surgical Supplies | MANAGEMENT, INC. | 32848 WOLF STORE RD STE A | TEMECULA | CA | 92592 | $0.00 |
| 20 | AT&T MOBILITY | Telephone/ Internet Services | P O BOX 8500-S-9060 | | PHILADELPHIA | PA | 19178-9060 | $0.00 |
| 21 | ATALLA PEDIATRICS | On Call Physician- Pediatrics | P O BOX 403511 | | ATLANTA | GA | 30384-3511 | $0.00 |
| 22 | BAKER DISTRIBUTING COMPANY | HVAC Parts | NATIONAL BUSINESS SERVICES | PO BOX 9004 | CAROL STREAM | IL | 60197-9004 | $0.00 |
| 23 | BARNEY & BARNEY (MARSH & MCLENNAN) | Property & Cyber Liability | PO BOX 6463 | | CAROL STREAM | IL | 60197-6463 | $0.00 |
| 24 | BARSOUM, Y. WILLAM M.D., INC | On Call Physician- Nephrology | 6033 WEST COUNTRY COURT | | VISALIA | CA | 93277 | $0.00 |
| 25 | BAUSCH & LOMB SURGICAL | Medical Supplies for Eye Surgeries | PO BOX 848459 | | DALLAS | TX | 952848459 | $0.00 |
| 26 | BAXTER HEALTHCARE CORP | Medical Supplies | PO BOX 630 | | VISALIA | CA | 93279 | $0.00 |
| 27 | BE TECHNICAL, INC. | RCU - Hand Controller | 4395 COLLECTIONS CENTER | | CHICAGO | IL | 60693 | $0.00 |
| 28 | BEAVER-VISITEC INTERNATIONAL | Medical Supplies | PO BOX 730531 | | DALLAS | TX | 75373-0531 | $0.00 |
| 29 | BECKMAN COULTER | Machine Calibrations | 6209 GHEENS MILL ROAD | | JERRFERSONVILLE | IN | 47130 | $0.00 |
| 30 | BHAJAL, SUKHVINDER | On Call Physician- Cardiology | PO BOX 842837 | | BOSTON | MA | 02284-2837 | $0.00 |
| 31 | BIOMERIEUX INC | Medical supplies | DEPT CH 10164 | | PALATINE | IL | 60055-0164 | $0.00 |
| 32 | BIOMET TRAUMA, LLC | Medical supplies | 5120 W. CYPRESS | | VISALIA | CA | 93277 | $0.00 |
| 33 | BIO-RAD LABORATORIES | Blood Bank and Drug Screening | PO BOX 500308 | | ST LOUIS | MO | 63150-0308 | $0.00 |
| 34 | BRACCO DIAGNOSTICS INC | Billable Supplies to Patients | 75 REMITTANCE DRIVE | SUITE 3071 | CHICAGO | IL | 60675-3071 | $0.00 |
| 35 | BUZZ KILL PEST CONTROL | Current Pest Control Vendor | CLINICAL DIAGNOSTICS DIVISION | PO BOX 849740 | LOS ANGELES | CA | 90084-9740 | $0.00 |
| 36 | CALIFORNIA BOILER | Repairs- Boiler | PO BOX 978952 | | DALLAS | TX | 75397-8952 | $0.00 |
| 37 | CALIFORNIA DEPT OF PUBLIC-RAD | License | PO BOX 629 | | TULARE | CA | 93275 | $0.00 |
| 38 | CALIFORNIA ENDOSCOPY | Medical Supplies - Main Distributor | PO BOX 789 | | GOSHEN | CA | 93227 | $0.00 |
| 39 | CALIFORNIA IMAGING PARTNERS | Physician -Directorship and Afterhours Radiology | 17 CREEK PARKWAY | | BOOTHWYN | PA | 19061 | $0.00 |
| 40 | CANTRELL DRUG COMPANY | Medical Supplies | INC. | 13404 AVENUE 256 | TULARE | CA | 93274 | $0.00 |
| 41 | CANZIO QUALITY ABSTRACTING SVC | Consultant - Cancer Registry | 7321 CANTRELL ROAD | | LITTLE ROCK | AR | 72207 | $0.00 |
| 42 | CAPITOL DOOR SERVICE | Repairs and Compliance for all doors throughout the hospital | 5695 N. MAROA AVE. | | FRESNO | CA | 93704 | $0.00 |
| 43 | CARDINAL HEALTH 200 LLC | Primary Pharmaceutical Company | 4699 24TH STREET | | SACRAMENTO | CA | 95822 | $0.00 |
| 44 | CARDINAL HEALTH NUCL RX SVCS | Nuclear Medicine | PO BOX 100316 | | PASADENA | CA | 91189 | $0.00 |

EXHIBIT A
Page 1 Of 2

| | Vendor Name | Description | Address 1 | Address 2 | City | State | Zip Code | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 45 | CARDINAL HEALTH PHARMACY | Primary Pharmaceutical Company | PO BOX 100552 | | PASADENA | CA | 91189-0552 | $0.00 |
| 46 | CARDINAL HEALTH,ALARIS | Primary Pharmaceutical Company | PO BOX 742946 | | LOS ANGELES | CA | 90074-2946 | $0.00 |
| 47 | CARDINAL HEALTH-PHARMACY SOLUTIONS | Primary Pharmaceutical Company | 25565 NETWORK PLACE | | CHICAGO | IL | 60676-1255 | $0.00 |
| 48 | CAREFUSION | Surgical Supplies | 21377 NETWORK PLACE | | CHICAGO | IL | 60673 | $0.00 |
| 49 | CAREFUSION 203 INC | Surgical Supplies | 25565 NETORK PLACE | | CHICAGO | IL | 60673-1255 | $0.00 |
| 50 | CAREFUSION 2200,V.MUELLER | Surgical Supplies | 23578 NETWORK PLACE | | CHICAGO | IL | 60673-1235 | $0.00 |
| 51 | CAREFUSION SOLUTIONS INC | Other Direct Expenses | 25146 NETWORK PLACE | | CHICAGO | CA | 60673-1250 | $0.00 |
| 52 | CDW DIRECT LLC | Software License and Supplies | 25082 NETWORK PLACE | | CHICAGO | IL | 60673-1250 | $0.00 |
| 53 | CENTRAL CALIFORNIA CARDIOVASCULAR | On Call Physicians- Cardiology | 75 REMITTANCE DRIVE | | CHICAGO | IL | 60675-1515 | $0.00 |
| 54 | CENTRAL VALLEY BUSINESS FORMS | Forms, Business Cards and other Personalized Forms | 2001 HIGH STREET | | SELMA | CA | 93662 | $0.00 |
| 55 | CENTURION MEDICAL PRODUCTS | Medical Supplies | PO BOX 3850 | | VISALIA | CA | 93278-3850 | $0.00 |
| 56 | CERNER CORPORATION | EHR Database | PO BOX 842816 | | BOSTON | MA | 02284-2816 | $0.00 |
| 57 | CERNER HEALTH SERVICES, INC. | EHR Database | PO BOX 412702 | | KANSAS CITY | MO | 64141 | $0.00 |
| 58 | CERTIFIED MEDICAL TESTING | Hospital Quarterly Testing - Compliance | C/O US BANK | PO BOX 959167 | ST LOUIS | MO | 63195-9167 | $0.00 |
| 59 | CHEN, WEI-TZUOH M.D., F.A.C.P. | On- Call Physician- Nephrology | 7600 N INGRAM AVE, SUITE 234 | | FRESNO | CA | 93711 | $0.00 |
| 60 | CIT | Copier Lease Agreement | 431 S. BRIDGE STREET | | VISALIA | CA | 93277 | $0.00 |
| 61 | CITY OF TULARE | Utilities- Water | PO BOX 100706 | | PASADENA | CA | 91189-0706 | $0.00 |
| 62 | CLEAN AIR ESSENTIALS 797 | Medical Supplies | 411 E KERN AVENUE | | TULARE | CA | 93274 | $0.00 |
| 63 | COCA-COLA REFRESHMENTS USA, IN | Other Supplies | 75 REMITTANCE DRIVE DEPT 1185 | | CHICAGO | IL | 60675-1185 | $0.00 |
| 64 | COHEN, STEVEN MD | RHC Physician- Primary Care | PO BOX 740214 | | LOS ANGELES | CA | 90074-0214 | $0.00 |
| 65 | COMCAST INC | Telephone/ Internet Services | 3404 PERIWINKLE COURT #107 | | PALM BEACH | FLORIDA | 33410 | $0.00 |
| 66 | COMPLIANCELINE, LLC | Compliance Line Set up - Annual Subscription | PO BOX 34744 | | SEATTLE | WA | 98124-1227 | $0.00 |
| 67 | COMPRESSION THERAPY CONCEPTS | Medical Supplies (Leg Socks Compressions) | 301 MCCULLOUGH DRIVE, SUITE 520 | | CHARLOTTE | NC | 28262 | $0.00 |
| 68 | COMPUTER SYSTEMS ANALYSIS, INC | Service Agreement- Mammography Tracking software | 35 JAMES WAY | | EATONTOWN | NJ | 7724 | $0.00 |
| 69 | CONMED CORP | Surgical Supplies and Equipment Rental (20K) | 3030 MAIN STREET | | MARLETTE | MI | 48453 | $0.00 |
| 70 | COOK MEDICAL INC | Medical Supplies- CATHETERS | CHURCH STATION | PO BOX 6814 | NEW YORK | NY | 10249-8814 | $0.00 |
| 71 | COOPER SURGICAL | Medical Supplies | 22988 NETWORK PLACE | | CHICAGO | IL | 60673-1229 | $0.00 |
| 72 | COUNTY OF TULARE | Rent - Hillman Healthcare Center | PO BOX 712280 | | CINCINNATI | OH | 45271-2280 | $0.00 |
| 73 | COZZINI BROS., INC. | Purchased Services- Kitchen Blades | PROPERTY MANAGEMENT | 5961 S. MOONEY BLVD. | VISALIA | CA | 93277 | $0.00 |
| 74 | CULLIGAN WATER CONDITIONING | Water Services throughout Hospital & Clinics | 350 HOWARD AVENUE | | DES PLAINES | IL | 60018 | $0.00 |
| 75 | CUMMINS WEST INC. | Generator Repairs and Testing | PO BOX 951 | | LINDSAY | CA | 93247-0951 | $0.00 |
| 76 | CURASCRIPT SD | Medical Supplies- RHC birth Control | PO BOX 848731 | | LOS ANGELES | CA | 90084-8731 | $0.00 |
| 77 | CYTO THERM L.P. | Frozen Specimens | PO BOX 978510 | | DALLAS | TX | 75397-8510 | $0.00 |
| 78 | DAN FREITAS ELECTRIC, INC. | Electrical Repairs | 110 SEWELL AVE | | TRENTON | NJ | 8610 | $0.00 |
| 79 | DANIEL BOKEN, MD | On Call Physician - Infectious Disease | 983 EAST LEVIN AVENUE | | TULARE | CA | 93274 | $0.00 |
| 80 | DEPT. PUBLIC HLTH-RADIOLOGIC | Radioactive License Fee | P O BOX 0767 | | VISALIA | CA | 93279 | $0.00 |
| 81 | DEPUY SYNTHES JOINT RESTORATION | Medical Supplies | HEALTH-RADIOLOGIC BRANCH | 1500 CAPITOL AVENUE, STE. 520 | SACRAMENTO | CA | 95814-5006 | $0.00 |
| 82 | DET NORSKE VERITAS HEALTHCARE | Accrediting Agency | 5972 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693 | $0.00 |
| 83 | DIAGNOSTICA STAGO, INC | Under Telcor Contract | PO BOX 934927 | | ATLANTA | GA | 31193-4921 | $0.00 |



EXHIBIT A
Page 2 Of 7

| | Vendor Name | Description | Address 1 | Address 2 | City | State | Zip Code | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 84 | DORNOCH MEDICAL SYSTEMS, INC. | Repairs- need to send biomed to repair school instead of paying 3rd party | PO BOX 416347 | | BOSTON | MA | 02241-6347 | $0.00 |
| 85 | DUANE AMENT RADIOLOGY REPAIR | Repairs - Medical Imaging | PO BOX 646 | | MISSION | KS | 66201 | $0.00 |
| 86 | EARLIMART PUBLIC UTILITIES | Utilities- Water | 1225 N CHESTER AVENUE | | BAKERSFIELD | CA | 93308 | $0.00 |
| 87 | ECOLAB USA | Dishwashing Supplies | UTILITIES DISTRICT | P O BOX 10148 | EARLIMART | CA | 93219-0148 | $0.00 |
| 88 | EHR(EXEC. HEALTH RESOURCES) | Case Management Secondary Review | PO BOX 100512 | | PASADENA | CA | 91189-0512 | $0.00 |
| 89 | EIDE BAILLY LLP | Auditing Firm | 877 WEST MAIN STREET, STE 800 | | BOISE | ID | 83702-5858 | $0.00 |
| 90 | EL SOHLY LABORATORIES, INC. | Medical Supplies | 5 INDUSTIRAL PARK DRIVE | | OXFORD | MS | 38655 | $0.00 |
| 91 | EMPLOYMENT BACKGROUND INVESTIG | physician Background screening | P O BOX 842256 | | BOSTON | MA | 02284-2256 | $0.00 |
| 92 | ENTABI, FATEH | On Call Physician- Surgery | 1070 N. CHERRY STREET | | TULARE | CA | 93274 | $0.00 |
| 93 | ENV SERVICES INC. | Repairs | P O BOX 37836 | | BALTIMORE | MD | 21297-7836 | $0.00 |
| 94 | EPC ELECTRIC | Repairs | PO BOX 545 | | YORBA LINDA | CA | 92885 | $0.00 |
| 95 | FDA-MQSA PROGRAM | Annual Inspection Fee | PO BOX 979109 | | ST. LOUIS | MO | 63197-9000 | $0.00 |
| 96 | FEDERAL EXPRESS CORP | Mailing Services | PO BOX 7221 | | PASADENA | CA | 91109-7321 | $0.00 |
| 97 | FENCE FACTORY | Fencing Around Medical Tower | 2650 EL CAMINO REAL | | ATASCADERO | CA | 93422 | $0.00 |
| 98 | FIRE DOOR SOLUTIONS, LLC | Fire Alarm Testing/ Compliance | 16200 FOSTER STREET | | STILLWELL | KS | 66085 | $0.00 |
| 99 | FISHER & PAYKEL HEALTHCARE, INC. | Medical Supplies- Bubble C-pap Therapy | 15365 BARRANCA PKWY | | IRVINE | CA | 92618 | $0.00 |
| 100 | FISHER SCIENTIFIC COMPANY INC | Primary Supply Company for reagents | ACCT 838542-001 | FILE 50129 | LOS ANGELES | CA | 90074-0129 | $0.00 |
| 101 | FOX INTERPRETING | Interpreting Services | 1105 W CENTER AVE | | VISALIA | CA | 93291 | $0.00 |
| 102 | FREEDOM MEDICAL, INC. | Equipment Rental, If we use freedom we don't have to use UHS - (Feeding and IV Pumps, Ventilators) | PO BOX 822704 | | PHILADELPHIA | PA | 19182-2704 | $0.00 |
| 103 | FUJIFILM MEDICAL SYSTEMS USA | PAC System | PO BOX 347689 | | PITTSBURGH | PA | 15251-4689 | $0.00 |
| 104 | GAME READY | Medical Supplies | 1800 SUTTER ST STE 500 | | CONCORD | CA | 94520-2587 | $0.00 |
| 105 | GE HEALTHCARE- 131688 | Equipment Lease | PO BOX 96483 | | CHICAGO | IL | 60693 | $0.00 |
| 106 | GE- HEALTHCARE EQUIPMENT FINANCE | Equipment Lease Agreement | PO BOX 641419 | | PITTSBURGH | PA | 15264-1419 | $0.00 |
| 107 | GE MEDICAL SYSTEMS INFORMATION | Repair | ACCT 131688 | PO BOX 843553 | DALLAS | TX | 75284 | $0.00 |
| 108 | GELVEZ PEDIATRICS, PC | On Call Physician- Pediatrics | 5517 COLLECTIONS CENTER DR. | | CHICAGO | IL | 60693 | $0.00 |
| 109 | GENERAL WATER TECHNOLOGIES | Medical Supplies | 1331 MAR CARDEN STREEET | | VISALIA | CA | 93291 | $0.00 |
| 110 | GETINGE/CASTLE | Misc. Supplies | 900 NORTH 400 WEST, SUITE #11 | | SALT LAKE CITY | UT | 84054 | $0.00 |
| 111 | GIOTTO'S ALARM TECH, INC. | Alarm Services -- Alarm service also at IT Building | 1265 SOLUTIONS CENTER | | CHICAGO | IL | 60677-1002 | $0.00 |
| 112 | GLOBAL INDUSTRIAL | Maintenance Parts | 1100 SECURITY COURT | | TULARE | CA | 93274 | $0.00 |
| 113 | GRAINGER | Primary Parts Vendor for Facilities | 29833 NETWORK PLACE | | CHICAGO | IL | 60673-1298 | $0.00 |
| 114 | GREEN BOX RENTALS, INC | Storage Rental | DEPT 821277142 | | PALATINE | IL | 60038-0001 | $0.00 |
| 115 | GUPTA, VINOD MD | On Call Physician- Cardiology | 6988 AVENUE 304 | | VISALIA | CA | 93291 | $0.00 |
| 116 | GUPTA-KUMAR MEDICAL PRACTICE | On Call Physician/ RHC Physician - OB/ GI | 100 WILLOW PLAZA | SUITE 200 | VISALIA | CA | 93291-6205 | $0.00 |
| 117 | HARDY DIAGNOSTICS | Medical Supplies | PRACTICE ASSOCIATES, INC | 858 N. CHERRY STREET STE. B | TULARE | CA | 93274 | $0.00 |
| 118 | HAZSOFT | Service Agreement | PO BOX 645264 | | CINCINNATI | OH | 45264-5264 | $0.00 |
| 119 | HD SUPPLY FACILITES MAINTENANCE LTD | Maintenance Parts | PO BOX 2086 | | MIDLAND | TX | 79702 | $0.00 |
| 120 | HEALTH CARE LOGISTICS | Medical Supplies | P O BOX 509058 | | SAN DIEGO | CA | 92150-9058 | $0.00 |
| 121 | HEALTHMARK INDUSTRIES CO., INC | Medical Supplies | PO BOX 400 | | CIRCLEVILLE | OH | 43113-0400 | $0.00 |
| 122 | HEISKELL RANCHES | Building Rent | DEPT 7058 | PO BOX 30516 | LANSING | MI | 48909-8016 | $0.00 |
| 123 | HOLLIDAY & ASSOCIATES | Charge Assist Annual Renewal | ATTN: SCOTT HILLMAN | PO BOX 1379 | TULARE | CA | 93275 | $0.00 |

EXHIBIT A
Page 3 Of 7

| | Vendor Name | Description | Address 1 | Address 2 | City | State | Zip Code | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 124 | HORTICULTURE SOLUTIONS INC | West Street- Monthly Landscape Maintenance | PO BOX 5143 | | INCLINE VILLAGE | NV | 89450 | $0.00 |
| 125 | HOYA SURGICAL OPTICS, INC. | Billable Medical Supplies | 956 N J STREET | | TULARE | CA | 93274 | $0.00 |
| 126 | I2I SYSTEMS, INC. | Data Backup Warehouse for MS4 | BOX 513033 | | PHILADELPHIA | PA | 19175-3033 | $0.00 |
| 127 | IBM CORPORATION | Equipment Lease Agreement | 3663 N LAUGHLIN ROAD, STE 200 | | SANTA ROSA | CA | 95403-9067 | $0.00 |
| 128 | IDENTICARD SYSTEMS | Name Badge Supplies | PO BOX 645670 | | PITTSBURGH | PA | 15264-5254 | $0.00 |
| 129 | IMMUCOR INC | Medical Supplies | 6555 W. GOOD HOPE ROAD | | MILWAUKEE | WI | 53223 | $0.00 |
| 130 | IMMUNALYSIS CORPORATION | Billable Supplies to Patients | PO BOX 102118 | | ATLANTA | GA | 30368-2118 | $0.00 |
| 131 | IMPACT MODULAR LEASING, INC. | Modular Building Rent | FILE 57412 | | LOS ANGELES | CA | 90074-7412 | $0.00 |
| 132 | INFORAD INC. | Mass and Emergency Text Communication | 1120 COMMERCE AVE. BOX #30 | | ATWATER | CA | 95301 | $0.00 |
| 133 | INSTANT STORAGE | Storage | 635 EAST 185TH STREET | | EUCLID | OH | 44119 | $0.00 |
| 134 | IRON MOUNTAIN | Medical Records Storage | PO BOX 81687 | | BAKERSFIELD | CA | 93380-1687 | $0.00 |
| 135 | ISOLA, VENKATARAO | RHC Physician - Primary Care | 1000 CAMPUS DRIVE | | COLLEGEVILLE | PA | 19426 | $0.00 |
| 136 | J & J HEALTHCARE SYSTEMS INC | Surgical Supplies | 5704 WEST PROSPECT DRIVE | | VISALIA | CA | 93291 | $0.00 |
| 137 | JACK & JEFF TRANSFER CO | Storage Company (Also includes records for other depts.) | PO BOX 406663 | | ATLANTA | GA | 30384-6663 | $0.00 |
| 138 | JATINDER CHOPRA, MD | Former RHC Physician - Primary Care | 2310 S SANTE FE AVE STE A | | VISALIA | CA | 93292 | $0.00 |
| 139 | JAVED, TARIQ MD | On Call Physician- Nephrology | 858 N CHERRY ST STE E | | TULARE | CA | 932740000 | $0.00 |
| 140 | J'S COMMUNICATIONS, INC. | Repairs and commuications to Ambulance | 515 S.LOCUST STREET | | VISALIA | CA | 93277 | $0.00 |
| 141 | KARL STORZ ENDOSCOPY AMERICA | Surgical Supplies | 550 W ALLUVIAL AVE, STE 111 | | FRESNO | CA | 93711 | $0.00 |
| 142 | KCI USA INC | Womb Vacs and Matresses | FILE #53514 | | LOS ANGELES | CA | 90074-3514 | $0.00 |
| 143 | KEDRION BIOPHARMA, INC. | Medical Supplies | PO BOX 301557 | | DALLAS | TX | 75303-1557 | $0.00 |
| 144 | KINNSER SOFTWARE | Software Program | PO BOX 759304 | | BALTIMORE | MD | 21275-9304 | $0.00 |
| 145 | KNIGHT MEDICAL & CONSULTING, LLC | Supplies billable to Patients - Ortho | 2500 BEE CAVES RD STE 2-300 | | AUSTIN | TX | 78746-0015 | $0.00 |
| 146 | KOLLEN, ROBERT MD | ED Physician | 1865 HERNDON AVENUE K177 | | CLOVIS | CA | 93611 | $0.00 |
| 147 | KUO, SAMUEL MD | On Call Physician- Oncology and Internal Medicine | 2929 FLOYD AVENUE #203 | | MODESTO | CA | 95357 | $0.00 |
| 148 | LABORATORY CORP. OF AMERICA HOLDINGS | Laboratory Services | 1088 CHERRY ST | | TULARE | CA | 932740000 | $0.00 |
| 149 | LANGE PLUMBING SUPPLY INC | Plumbing Repairs | PO BOX 12140 | | BURLINGTON | NC | 27216-2140 | $0.00 |
| 150 | LANGUAGE LINE SERVICES | Translating Services | P O BOX 626 | | TULARE | CA | 93275 | $0.00 |
| 151 | LEAF | Copier Lease Agreement | P O BOX 202564 | | DALLAS | TX | 753202564 | $0.00 |
| 152 | LERAMO, YVONNE MD | ED Physician | PO BOX 742647 | | CINCINNATI | OH | 45274-2647 | $0.00 |
| 153 | LETICIA YORK, SLP | Consultant- Speech Therapist | 8805 OMEARA COURT | | BAKERSFIELD | CA | 93311 | $0.00 |
| 154 | LIFESTAR AMBULANCE | Ambulance Transfer Services | 212 E MONTE VISTA AVE | | VISALIA | CA | 932770000 | $0.00 |
| 155 | MAINE STANDARDS COMPANY, LLC | Medical Supplies | 234 N M ST | | TULARE | CA | 93274-4139 | $0.00 |
| 156 | MARKETLAB INC | Medical Supplies | 221 US ROUTE 1 | | CUMBERLAND FORESIDE | ME | 4110 | $0.00 |
| 157 | MARTINEZ, MARC MD | ED Physician | DEPT 2506 | P O BOX 11407 | BIRMINGHAM | AL | 35246-2506 | $0.00 |
| 158 | MCKESSON HEALTH SOLUTIONS | Required Concurrent Review Medical Inpatient/outpatient stay | 46 TIDAL SURF | | NEWPORT COAST | CA | 92657 | $0.00 |
| 159 | MED ONE CAPITAL FUNDING | Omni-Cell Units | 22423 NETWORK PLACE | | CHICAGO | IL | 60673-1224 | $0.00 |
| 160 | MEDASSETS, INC | CDI Monthly Fee | 10712 SOUTH 1300 EAST | | SANDY | UT | 84094 | $0.00 |
| 161 | MEDI-NUCLEAR LLC | Medical Supplies | PO BOX 405652 | | ATLANTA | GA | 30384-5652 | $0.00 |
| 162 | MEDIVATORS CORPORATION ** | Medical Supplies | DEPT 2482 | PO BOX 11407 | BIRMINGHAM | AL | 35246-2482 | $0.00 |

EXHIBIT A
Page 4 Of 7

| | Vendor Name | Description | Address 1 | Address 2 | City | State | Zip Code | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 163 | MEDLINE INDUSTRIES INC | Medical Supplies - Main Distributor | NW 9841 | PO BOX 1450 | MINNEAPOLIS | MN | 55485 | $0.00 |
| 164 | MEDSPHERE SYSTEMS CORPORATION | Outsourced Consultants | DEPT LA 21558 | | PASADENA | CA | 91185-1558 | $0.00 |
| 165 | MEDSUPPLY | Medical Supplies | 1903 WRIGHT PLACE | SUITE 120 | CARLSBAD | CA | 92008-5512 | $0.00 |
| 166 | MERIDIAN BIOSCIENCE CORP | Billable Supplies to Patients | 5850 E SHIELDS STE 105 | | FRESNO | CA | 93727 | $0.00 |
| 167 | MICROCORRE DIAGNOSTIC LAB | Lab and Mineral King Directorship | PO BOX 630224 | | CINCINNATI | OH | 45263-0224 | $0.00 |
| 168 | MICROSOFT CORPORATION | Software Supplies | 890 N CHERRY ST | | TULARE | CA | 93274-2290 | $0.00 |
| 169 | MISSION LINEN SUPPLY | Linen Company | PO BOX 847833 | | DALLAS | TX | 75284-7833 | $0.00 |
| 170 | MISSION UNIFORM SERVICE | Laundry Service for outdoor/ Indoor Mats | 2555 S ORANGE AVENUE | | FRESNO | CA | 93725-1329 | $0.00 |
| 171 | MOBILE MINI, LLC | C-Train Storage Rentals | 520 E MINERAL KING AVENUE | | VISALIA | CA | 93292-6921 | $0.00 |
| 172 | MONET MEDICAL, INC | Minor Equipment Purchase | PO BOX 7144 | | PASADENA | CA | 91109 | $0.00 |
| 173 | MULTIMEDICAL SYSTEMS | Repairs- Surgical Equipment | 255 W. CENTRAL AVE | | SALT LAKE CITY | UT | 84107 | $0.00 |
| 174 | NIHON KOHDEN AMERICA INC | Biomedical Devices | 4704 W JENNIFER AVE | 5591 N GOLDEN STATE BLVD S#101 | FRESNO | CA | 93722 | $0.00 |
| 175 | NMS LABS | Contracted Medical Services | 6017 SOLUTIONS CENTER | LOCKBOX 776017 | CHICAGO | IL | 60677-6000 | $0.00 |
| 176 | NOVA BIOMEDICAL CORPORATION | Inventory -Medical Supplies- Diabetic Supplies | PO BOX 820090 | | PHILADELPHIA | PA | 19182-0090 | $0.00 |
| 177 | NSPIRE HEALTH, INC | Repairs, Pulmonary function supplies and machine repair | 200 PROSPECT STREET | | WALTHAM | MA | 2454 | $0.00 |
| 178 | NTHRIVE, INC. | Purchase Services- CDI Manager Subscription Fee | DEPT 781439 | PO BOX 78000 | DETROIT | MI | 48278-1439 | $0.00 |
| 179 | OCULAR THERAPEUTIX INC. | Billable Surgical Supplies | PO BOX 733492 | | DALLAS | TX | 75373-3492 | $0.00 |
| 180 | OFFICE MAX CONTRACT INC | Office Supplies | 34 CROSBY DRIVE SUITE 105 | | BEDFORD | MA | 1730 | $0.00 |
| 181 | OLYMPUS AMERICA INC | Medical Supplies | PO BOX 79515 | | CITY OF INDUSTRY | CA | 917169515 | $0.00 |
| 182 | OPTIMEDICAL SYSTEMS, INC. | Medical Supplies | DEPT 0600 | PO BOX 120600 | DALLAS | TX | 75312-0600 | $0.00 |
| 183 | ORCHARD SOFTWARE CORPORATION | Software Program | PO BOX 932005 | | ATLANTA | GA | 31193-2005 | $0.00 |
| 184 | ORTHO-CLINICAL DIAGNOSTICS | Medical Supplies | 701 CONGRESSIONAL BLVD. | SUITE 360 | CARMEL | IN | 46032 | $0.00 |
| 185 | PACIFIC MEDICAL, LLC | Medical Supplies | PO BOX 3655 | | CAROL STREAM | IL | 60132-3655 | $0.00 |
| 186 | PACIFIC MEDICAL,INC... | Medical Supplies | 32981 CALLE PERFECTO | | SAN JUAN CAPISTRANO | CA | 92675 | $0.00 |
| 187 | PARAGARD DIRECT | Pharmaceuticals - RHC Birth Control | PO BOX 149 | | TRACY | CA | 95378 | $0.00 |
| 188 | PARTS SOURCE | Facilities Supplies and Medical Supplies- IV Pumps | 12601 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693-0126 | $0.00 |
| 189 | PENINSULA MESSENGER SVC OF CEN | Medical Records Courier to Physician offices | P O BOX 645186 | | CINCINNATI | OH | 45264-5186 | $0.00 |
| 190 | PEPSI COLA | Other Supplies - Pepsi Products | PO BOX 1487 | | VISALIA | CA | 93279 | $0.00 |
| 191 | PERKIN ELMER INSTRUMENTS LLC | Medical Supplies | PO BOX 75960 | | CHICAGO | IL | 60675-5960 | $0.00 |
| 192 | PHARMEDIUM SERVICES LLC | PCA's for Drugs | 13633 COLLECTIONS CTR DR | | CHICAGO | IL | 60693-0136 | $0.00 |
| 193 | PHILLIPS HEALTHCARE(RESPIRONIC | C-Pap Rental Units – Alice 6 Sleep Lab Software | 39797 TREASURY CENTER | | CHICAGO | IL | 60694-3900 | $0.00 |
| 194 | PHOENIX HEALTH SYSTEMS, INC. | Outsourced IT Company | P O BOX 100355 | | ATLANTA | GA | 30384-0355 | $0.00 |
| 195 | PRAXAIR DISTRIBUTION, INC. | Repairs | 1130 E. ARAPAHO ROAD | SUITE 500 | RICHARDSON | TX | 75081 | $0.00 |
| 196 | PRECISION DYNAMICS CORP | Medical Supplies, Labels etc.. | DEPT LA 21511 | | PASADENA | CA | 91185-1511 | $0.00 |
| 197 | PRESS GANEY ASSOCIATES, INC. | eSurvey | PO BOX 71549 | | CHICAGO | IL | 60694-1995 | $0.00 |
| 198 | QCM TECHNOLOGIES, INC, | Software- Malware Vendor, Antivirus, VDI Support | PO BOX 88335 | | MILWAUKEE | WI | 53288-0335 | $0.00 |

EXHIBIT A
Page 5 Of 7

| | Vendor Name | Description | Address 1 | Address 2 | City | State | Zip Code | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 199 | RC MEDICAL INC | Medical Supplies | 9060 E VIA LINDA STE 220 | | SCOTTSDALE | AZ | 85258-5423 | $0.00 |
| 200 | ROCHE DIAGNOSTICS CORPORATION | Laboratory Supplies | P O BOX 833 | | TOLLAND | CT | 6084 | $0.00 |
| 201 | ROCHE OIL INC | Expense- Gasoline | MAIL CODE 5508 | P O BOX 71209 | CHARLOTTE | NC | 28272-1209 | $0.00 |
| 202 | SALIOUGHY, TOGROL MD | On Call Physician – OB | PO BOX 89 | | TULARE | CA | 93275 | $0.00 |
| 203 | SAN JOAQUIN CHEMICALS, INC. | Service Agreement- Boiler water chemicals | 115 E. HONOLULU STREET | | LINDSAY | CA | 93247 | $0.00 |
| 204 | SANDHU, HARPREET MD | On Call Physician – Pulmonary | 4684 E. HEDGES AVENUE | | FRESNO | CA | 93703 | $0.00 |
| 205 | SHARMA, SHASHI M.D. INC. | On Call Physician- Cardiologist | 200 NORTH G STREET | | PORTERVILLE | CA | 93257 | $0.00 |
| 206 | SHERIF, SALAH MD | Emergency Department Physician | PO BOX 351 | | VISALIA | CA | 93279 | $0.00 |
| 207 | SHRED-IT FRESNO | Shredding Company | 4501 MARYANN COURT | | FAIR OAKS | CA | 95628 | $0.00 |
| 208 | SIEMENS HEALTHCARE DIAGNOSTICS | Reagents | PO BOX 101007 | | PASADENA | CA | 91189-1107 | $0.00 |
| 209 | SIEMENS MEDICAL SOLUTIONS | | PO BOX 121102 | | DALLAS | TX | 75312-1102 | $0.00 |
| 210 | SIGMA-ALDRICH / SUPELCO | Medical Supplies | DEPT LA 21536 | | PASADENA | CA | 91185-1536 | $0.00 |
| 211 | SIMPLEXGRINNELL | Fire Alarm and Call Switches | P O BOX 535182 | | ATLANTA | GA | 3035-5182 | $0.00 |
| 212 | SINGH, TROY, MD | Emergency Department Physician | DEPT. CH 10320 | | PALATINE | IL | 60055-0320 | $0.00 |
| 213 | SMITH & NEPHEW, INC | Medical Supplies | 801 E ATHEREON DRIVE, APT. 53 | | MANTECA | CA | 95337 | $0.00 |
| 214 | SMITH, RON MD | Emergency Department Physician | P O BOX 785921 | | PHILADELPHIA | PA | 19178-5921 | $0.00 |
| 215 | SOUND RESULTS, LLC | Advertising - Annual Fee Phone Messaging Services | 4046 W. ORCHARD COURT | | VISALIA | CA | 93277 | $0.00 |
| 216 | SOUTHERN CALIFORNIA EDISON | Utilities- Electricity | 996 GARFIELD WOODS DR. | SUITE C | TRAVERSE CITY | CA | 49686 | $0.00 |
| 217 | SOUTHERN CALIFORNIA GAS CO | Utilities- Gas | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | $0.00 |
| 218 | SPECTRUM TECHNOLOGIES, INC | | PO BOX C | | MONTEREY PARK | CA | 91756 | $0.00 |
| 219 | STANTON OFFICE MACHINE COMPANY | Service Agreement - Copy Machines | P O BOX 62827 | | BALTIMORE | MD | 21264-2827 | $0.00 |
| 220 | STAPLES ADVANTAGE DEPT, SNA | Office Supplies | PO BOX 415256 | | BOSTON | MA | 02241-5256 | $0.00 |
| 221 | STERICYCLE INC | Biohazard Waste | PO BOX 6578 | | CAROL STREAM | IL | 60197-6578 | $0.00 |
| 222 | STERILIZER TECHNICAL SPECIALISTS | Sterilizer Implementation | PO BOX 31001-1537 | | PASADENA | CA | 91110-1537 | $0.00 |
| 223 | STOP ALARM, INC. | Alarm Services at Clinics | 65 S. HOCKETT STREET | | PORTERVILLE | CA | 93257 | $0.00 |
| 224 | STRYKER INSTRUMENTS | Surgical Supplies - OR | P.O. BOX 70119 | | CHICAGO | IL | 60673-0119 | $0.00 |
| 225 | STRYKER MEDICAL | Equipment Rental | PO BOX 93308 | | CHICAGO | IL | 60673-3308 | $0.00 |
| 226 | STRYKER ORTHOPAEDICS | Surgical Supplies - OR | P O BOX 93213 | | CHICAGO | IL | 60673-3213 | $0.00 |
| 227 | SURDYKA, MD, INC., DAVID G. | On Call Physician - Orthopedics | 2740 W. MAIN STREET | | VISALIA | CA | 93291 | $0.00 |
| 228 | SURGERY CONSULTANTS, INC. | On Call Physician - Surgery | 630 PEVELER DRIVE | | RUSSELLVILLE | KY | 42276 | $0.00 |
| 229 | SUTTER WEST BAY HOSPITAL | Service Agreement - Stroke Telemedicine Program | PO BOX 619119 | | ROSEVILLE | CA | 95661 | $0.00 |
| 230 | SWRCB | Annual Fee- State Water Control Board | PO BOX 1888 | | SACRAMENTO | CA | 95812-1888 | $0.00 |
| 231 | SYNTHES LTD | Surgical Supplies - OR - trauma | 5972 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693 | $0.00 |
| 232 | SYSMEX AMERICA INC | Medical Supplies | 28241 NETWORK PLACE | | CHICAGO | IL | 60673-1282 | $0.00 |
| 233 | TECAN US, INC. | Supplies | 9401 GLOBE CENTER DRIVE | SUITE 140 | MORRISVILLE | NC | 27560 | $0.00 |
| 234 | TECHSCRIPT INC | Transcribing Service | 5080 CALIFORNIA AVE | SUITE 415 | BAKERSFIELD | CA | 93309 | $0.00 |
| 235 | TELNET-RX | Afterhours Pharmacists | 3940 PROSPRECT AVE. | SUITE R | YORBA LINDA | CA | 92886 | $0.00 |
| 236 | THAYAPRAN,NALLATHAMBY, M.D.INC | On Call Physician – Cardiology | 240 N. PORTER ROAD | | PORTERVILLE | CA | 93257 | $0.00 |
| 237 | THE CARY COMPANY | Medical Supplies | PO BOX 88670 | | CHICAGO | IL | 60680-1670 | $0.00 |
| 238 | THE NEPHROLOGY GROUP, INC. | On Call Physician - Nephrology | 568 E. HERNDON AVENUE, SUITE 201 | | FRESNO | CA | 93720 | $0.00 |
| 239 | THOMAS, MOHSEN MD | On Call Physician | 128 N. AKERS, STE. A | | VISALIA | CA | 93291-5121 | $0.00 |
| 240 | THYSSENKRUPP ELEVATOR | Service Agreement - Elevators | PO BOX 933004 | | ATLANTA | GA | 31193-3004 | $0.00 |
| 241 | TOSHIBA AMERICA MEDICAL SYS | | #26357-011/44091-001 | P O BOX 91605 | CHICAGO | IL | 606930000 | $0.00 |
| 242 | TOTAL FILTRATION SERVICES INC. | HVAC Filters | 13002 COLLECTIONS CTR DR | | CHICAGO | IL | 60693 | $0.00 |

EXHIBIT A
Page 6 Of 7

| | Vendor Name | Description | Address 1 | Address 2 | City | State | Zip Code | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| 243 | TRACTMANAGER INC | Meditract Database Software Program | PO BOX 11407 | | BIRMINGHAM | AL | 35246-2632 | $0.00 |
| 244 | TRUVEN HEALTH ANALYTICS INC. | Service Agreement- CareDiscovery Quality Measure | 39353 TREASURY WAY | | CHICAGO | IL | 60694-9300 | $0.00 |
| 245 | TULARE COUNTY HEALTH AND | Contracted Medical Services -- Reportable Send Outs | 5957 S. MOONEY BLVD. | | VISALIA | CA | 93277-9394 | $0.00 |
| 246 | TULARE COUNTY ROLL-OFF | Roll off Bins- Both Facilities and Construction | P O BOX 1444 | | TULARE | CA | 932751444 | $0.00 |
| 247 | TULARE INDUSTRIAL CENTER, INC. | Storage Rental | 446 W. PROSPERITY AVE. | | TULARE | CA | 93274 | $0.00 |
| 248 | TULARE MEDICAL CENTER | Association Dues | C/O CITIZENS BUSINESS BANK | PO BOX 15007 | VALLEJO | CA | 94591 | $0.00 |
| 249 | TULE TRASH COMPANY | Utilities- Earlimart Clinic | PO BOX 288 | | PIXLEY | CA | 93256 | $0.00 |
| 250 | UC BERKELEY DIGITAL HEALTH | Monthly Agreement -Eye Pac Cases | 230 MINOR HALL | | BERKELEY | CA | 94720-2020 | $0.00 |
| 251 | UKATU, CHIDI, MD INC. | On Call Physician- Surgery | 10521 RUTHELEN STREET | | LOS ANGELES | CA | 90047 | $0.00 |
| 252 | ULINE | Supplies | P.O. BOX 88741 | | CHICAGO | IL | 60680-1741 | $0.00 |
| 253 | ULTRALINQ HEALTHCARE SOLUTIONS | Purchase Services- Exam Fees and Transmission Fees | SOLUTIONS INC. | 38 W 21ST ST FL 6 | NEW YORK | NY | 10010-6975 | $0.00 |
| 254 | UNITED PARCEL SERVICE | UPS Mail Services | PO BOX 894820 | | LOS ANGELES | CA | 90189-4820 | $0.00 |
| 255 | UNITED REFRIGERATION INC. | HVAC Repair | PO BOX 677036 | | DALLAS | TX | 75267-7036 | $0.00 |
| 256 | US ENDOSCOPY A STERIS CO. | Medical Supplies | 5976 HEISLEY ROAD | | MENTOR | OH | 44060 | $0.00 |
| 257 | UTAK LABORATORIES, INC | Medical Supplies | 25020 AVENUE TIBBITTS | | VALENCIA | CA | 91355 | $0.00 |
| 258 | VALLEY CHILDRENS HEALTHCARE | Ambulance Transfer Services | 9300 VALLEY CHILDRENS PLACE | PC05 | MADERA | CA | 93636 | $0.00 |
| 259 | VERGE SOLUTIONS, LLC | Annual Fee - Event and Patient Relations Module (patient complaint (portal, electronic submittal) | PO BOX 394 | | MOUNT PLEASANT | SC | 29465 | $0.00 |
| 260 | VILLAGE LOCKSMITH | Locksmith Services | PO BOX 751 | | TULARE | CA | 93275 | $0.00 |
| 261 | WARNER, GREGORY MD | On Call Physician- Intensivist/ Pulmonary | 3750 W. NICHOLAS | | VISALIA | CA | 93291 | $0.00 |
| 262 | WELLS FARGO VENDOR FIN SERV | Lease Agreement- Copiers | PO BOX 51043 | | LOS ANGELES | CA | 90051-5343 | $0.00 |
| 263 | WILLIAMS MEDICAL CO | Medical Supplies | P O BOX 1122 | | YORBA LINDA | CA | 92885-0000 | $0.00 |
| 264 | WILMINGTON TRUST NATIONAL ASSO | Revenue Bonds | ASSOCIATION | 650 TOWN CENTER DRIVE STE. 600 | COSTA MESA | CA | 92626 | $0.00 |
| 265 | WOLTERS KLUWER HEALTH | Service Agreement | 4829 INNOVATION WAY | | CHICAGO | IL | 60682-0048 | $0.00 |
| 266 | WOO, BRIAN MD | Emergency Department Physician | 3697 NORTH DEE ANN AVENUE | | FRESNO | CA | 93727 | $0.00 |
| 267 | YANG, TOM MD, INC | On Call Physician/ Rhc- Nephrology | 111 W REESE AVE | | VISALIA | CA | 93277 | $0.00 |
| 268 | ZIRMED, INC. | Electronic Remit Software for both Hospital/Clinic/ Home Health | 1311 Solutions Center | | Chicago | IL | 60677-1311 | $0.00 |
| 269 | ZOOM IMAGING SOLUTIONS, INC. | Service Agreement- Copier in Marketing Office | 200 SOUTH HARDING BLVD | | ROSEVILLE | CA | 95678 | $0.00 |

EXHIBIT A
Page 7 Of 7