4

(SPACE BELOW FOR FILING STAMP ONLY)

1 | WALTER WILHELM LAW GROUP
A Professional Corporation
2 | Riley C. Walter, #91839
Danielle J. Bethel #315945
3 | 205 East River Park Circle, Ste. 410
Fresno, CA 93720
4 | Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
5 | E-mail:       rileywalter@w2lg.com

6 | Attorneys for Debtor, Tulare Local Healthcare District,
dba Tulare Regional Medical Center

7

8 | IN THE UNITED STATES BANKRUPTCY COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | FRESNO DIVISION

11 | In re                                    CASE NO.  17-13797

12 | TULARE LOCAL HEALTHCARE          Chapter 9
DISTRICT, dba TULARE
13 | REGIONAL MEDICAL CENTER,          DC No.: WW-43

14 | Debtor.                                  Date:      August 23, 2018
Time:     9:30 a.m.
15 | Tax ID #:   94-6002897              Place:     2500 Tulare Street
Address:   869 N. Cherry St.                    Fresno, CA  93721
16 | Tulare, CA 93274                              Courtroom 13
Judge:    Honorable René Lastreto II
17

MOTION FOR SUBSEQUENT EXTENSION OF DEADLINE TO ASSUME OR REJECT
18 | NONRESIDENTIAL REAL PROPERTY LEASES

19

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:
20

TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL
21

MEDICAL CENTER (the "District" or "Debtor") hereby files this Motion for Subsequent
22

Extension of Deadline to Assume or Reject Nonresidential Real Property Leases which
23

seeks an order pursuant to 11 U.S.C. §§ 901 and 365(d)(4)(B)(ii) extending the time for
24

the Debtor to assume or reject a nonresidential real property leases.
25

/// 
26

///
27

///
28

MOTION FOR SUBSEQUENT EXTENSION OF DEADLINE          -1-
TO ASSUME OR REJECT NONRESIDENTIAL REAL
PROPERTY LEASES

M:\S-U\TRMC\PLEADINGS\WW-43 Motion for
Subsequent Extension of Deadline to Assume or
Reject NRRP Leases\Motion.djb.docx

1    This Motion is based on the Motion, the Notice, Memorandum of Points and

2    Authorities, the Declaration of Sanford Haskins in Support of the Motion, the files,

3    pleadings and orders on file in this Chapter 9 case, and such other and further evidence

4    as made properly before the Court.

5    The District respectfully requests that this Court enter an order pursuant to 11

6    U.S.C. §§ 901 and 365(d)(4) as follows:

7        1.  The District is the Debtor in the above-captioned Chapter 9 case, which was

8    filed on September 30, 2017 ("Petition Date").

9        2.  This Court has jurisdiction over this Motion pursuant to 28 U.S. C. §§ 157 and

10   1334. Venue is proper before this Court pursuant to 28 U.S. C. §§ 1408 and 1409.  This

11   matter is a core proceeding to 28 U.S. C. §157(b)(2).

12       1.  The District represents as follows:

13           a.  The District's assets include the following unexpired leases for

14               nonresidential real property:

15                   i.  Lease between the District and Heiskell Ranches, LP for 880 E.

16                       Merritt, Suites 105-106, Tulare , California ("Family X-Ray Center

17                       Lease");

18                  ii.  Lease between the District and Heiskell Ranches, LP for 880 E.

19                       Merritt, Suites 107-109, Tulare , California ("Mineral Kings

20                       Toxicology Lease"); and

21                 iii.  Lease between the District and City of Tulare for 325 N. West St.,

22                       Tulare, California ("Westside Clinic Lease");

23   (collectively, "Unexpired NRRP Leases").

24           b.  The initial deadline for the District to assume or reject the Unexpired

25               NRRP Leases under 11 U.S.C. § 365(d)(4)(A)(i) was May 29, 2018.

26           c.  On May 1, 2018, the District moved this Court for an order extending the

27               initial deadline to assume or reject the Unexpired NRRP Leases pursuant

28               to Section 365(d)(4)(B)(i) (Dkt. 505, WW-37).

MOTION FOR SUBSEQUENT EXTENSION OF DEADLINE          -2-          M:\S-U\TRMC\PLEADINGS\WW-43 Motion for
TO ASSUME OR REJECT NONRESIDENTIAL REAL                          Subsequent Extension of Deadline to Assume or
PROPERTY LEASES                                                  Reject NRRP Leases\Motion.djb.docx

d.   On May 17, 2018 the Court issued an order extending the initial deadline to August 27, 2018.  (Dkt. 528, WW-37).

e.   On July 20, 2018, the District filed its Motion for Authority to Enter into Transaction Including Borrowing Funds, Sales of Personal Property and Providing Security, Assumption and Assignment of Contracts and Leases and for Authority to Lease Real Property.  (Dkt. 603, WW-41) ("Motion to Enter Into Transaction").

f.   The Motion to Enter Into Transaction essentially seeks court approval to enter into a transaction with Adventist Health System/West which would allow it to reopen its general acute care hospital and resume its business operations (the "Transaction").

g.   The District now requires additional time to evaluate the Unexpired NRRP Leases in light of the Transaction in order to make a determination regarding whether the Unexpired NRRP Leases will be assumed or rejected.

h.   The Family X-Ray Center Lease and Mineral King Toxicology Lease ("Heiskell Leases") have the same Lessor, Heiskell Ranches, LP ("Heiskell").  The District was current on the Heiskell Leases as of the Petition Date and through December 2017.  Thereafter payments were not made for the period of January through April 2018.  In May 2018 the District resumed making the monthly payments on these leases.  The District is prepared to remain current on these leases throughout the subsequent extension period.  The District remains engaged in ongoing discussions with Heiskell regarding payment of post-petition amounts. The Heiskell Leases will expire in February 2019.

i.   The Westside Clinic Lease is a 25 year lease which will expire in 2036. This lease was paid in full in 2012.  The District will need to consider the impact of assumption or rejection of this lease on the pending Transaction.

M:\S-U\TRMC\PLEADINGS\WW-43 Motion for
Subsequent Extension of Deadline to Assume or
Reject NRRP Leases\Motion.djb.docx

j.  The District therefore seeks additional ninety day (90) extension of the deadline to assume or reject the Unexpired NRRP Leases.

k.  The District understands that because the initial deadline was previously extended pursuant to 11 U.S.C. § 365(d)(4)(B)(i) the Court may grant subsequent extensions only upon the written consent of the lessor in each instance.

l.  Accordingly, the District is working to obtain the consent of Heiskell Ranches and the City of Tulare.  Once consent is obtained, and prior to the hearing on this Motion, the District will immediately file proof thereof by way of supplemental pleading.

WHEREFORE, the Debtor prays that the Court grant a subsequent extension pursuant to 11 U.S.C. § 365(d)(4)(B)(ii) of the date by which an unexpired lease of nonresidential real property shall be deemed rejected if the Debtor does not assume from August 27, 2018 until November 25, 2018, and that the debtor have such other relief as is just and proper.

Dated:  July 26, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____
Danielle J. Bethel, Attorneys for
Tulare Local Healthcare District, dba Tulare
Regional Medical Center