3

1  WALTER WILHELM LAW GROUP
   A Professional Corporation
2  Riley C. Walter #91839
   Danielle J. Bethel #315945
3  205 East River Park Circle, Ste. 410
   Fresno, CA 93720
4  Telephone:    (559) 435-9800
   Facsimile:     (559) 435-9868
5  E-mail:         rileywalter@w2lg.com

6

7  Attorneys for Tulare Local Healthcare District,
   dba Tulare Regional Medical Center

8              IN THE UNITED STATES BANKRUPTCY COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                      FRESNO DIVISION

| 11 | In re | CASE NO.  17-13797 |
|---|---|---|
| 12 | TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| 13 | | DC No.: WW-43 |
| 14 | Debtor. | Date:     August 23, 2018 |
| 15 | Tax ID #:   94-6002897 Address:    869 N. Cherry St. Tulare, CA 93274 | Time:     9:30 a.m. Place:    2500 Tulare Street Fresno, CA  93721 Courtroom 13 |
| 16 | | |
| 17 | | Judge:     Honorable René Lastreto II |

18        **NOTICE OF HEARING ON MOTION FOR SUBSEQUENT EXTENSION OF
19            DEADLINE TO ASSUME OR REJECT NONRESIDENTIAL
                          REAL PROPERTY LEASES**

20

21        PLEASE TAKE NOTICE that the TULARE LOCAL HEALTHCARE DISTRICT, dba

22  TULARE REGIONAL MEDICAL CENTER (the "District" or "Debtor") has filed a Motion for

23  Subsequent Extension of Deadline to Assume or Reject Nonresidential Real Property

24  Leases ("Motion").  A hearing on the Debtor's Motion will be held before the Honorable

25  René Lastreto II on August 23, 2018, at 9:30 a.m., at the United States Courthouse

26  located at 2500 Tulare Street, Courtroom 13, in Fresno, California.

27        The Motion and supporting papers are being served on the interested parties.

28        Pursuant to Local Bankruptcy Rule 9014-1(f)(1):

---

NOTICE OF HEARING ON MOTION FOR SUBSEQUENT          -1-          M:\S-U\TRMC\PLEADINGS\WW-43 Motion for Subsequent
EXTENSION OF DEADLINE TO ASSUME OR REJECT                       Extension of Deadline to Assume or Reject NRRP
NONRESIDENTIAL REAL PROPERTY LEASES                             Leases\Notice.djb.docx

Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition, if any, shall be served on Walter Wilhelm Law Group, 205 East River Park Circle, Suite 410, Fresno, CA 93720 and the U.S. Trustee's Office, 2500 Tulare Street, Suite 1401, Fresno, CA 93721. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to FRCP 43(c) as made applicable by FRBP 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to FRCP 43(c).

The Court permits telephonic appearances. In order to appear by telephone, you must contact CourtCall at (866) 582-6878 at least 24 hours prior to the hearing. There is a fee charged by CourtCall for telephonic appearances. Failure to be at the telephone number provided at the time of the hearing will be treated as a failure to appear.

The Court may decide the matter in advance of the hearing and remove the matter from calendar. Parties can ascertain which matters are resolved without oral argument and can view tentative rulings by checking the Court's internet site at http://www.caeb.uscourts.gov/ after 4:00 p.m. the day before the hearing. Parties appearing telephonically shall view the tentative ruling prior to the hearing pursuant to Local Bankruptcy Rule 9014-1(h).

///

NOTICE OF HEARING ON MOTION FOR SUBSEQUENT
EXTENSION OF DEADLINE TO ASSUME OR REJECT
NONRESIDENTIAL REAL PROPERTY LEASES

-2-

M:\S-U\TRMC\PLEADINGS\WW-43 Motion for Subsequent
Extension of Deadline to Assume or Reject NRRP
Leases\Notice.djb.docx

1        Pursuant to Local Bankruptcy Rule 9014-1(f)(1)(B), the failure to file timely written

2    opposition may result in the motion being resolved without oral argument and the striking

3    of untimely written opposition.

4

5    Dated: July 26, 2018                    WALTER WILHELM LAW GROUP,
                                             a Professional Corporation
6

7                                            By: _____
                                                 Danielle J. Bethel,
8                                                Attorneys for Debtor, Tulare Local
                                                 Healthcare District, dba
9                                                Tulare Regional Medical Center

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF HEARING ON MOTION FOR SUBSEQUENT          -3-     M:\S-U\TRMC\PLEADINGS\WW-43 Motion for Subsequent
EXTENSION OF DEADLINE TO ASSUME OR REJECT                       Extension of Deadline to Assume or Reject NRRP
NONRESIDENTIAL REAL PROPERTY LEASES                                              Leases\Notice.djb.docx