WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter, #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Attorneys for Debtor, Tulare Local Healthcare District,
dba Tulare Regional Medical Center

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry St.<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-43<br><br>Date: August 23, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>      Fresno, CA 93721<br>      Courtroom 13<br>Judge: Honorable René Lastreto II |

**DECLARATION OF SANFORD HASKINS IN SUPPORT OF MOTION FOR SUBSEQUENT EXTENSION OF DEADLINE TO ASSUME OR REJECT NONRESIDENTIAL REAL PROPERTY LEASES**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

I, Sanford Haskins, hereby declare and represent as follows:

1. I am the Chief Administrative Officer ("CAO") of Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "District" or "Debtor"), the Debtor in the above-captioned Chapter 9 case.

2. I have personal knowledge of the facts contained herein and if I was called as a witness, I would and could testify as is set out in this Declaration. I am over the age of 18 and I am competent to testify as to the matters contained in this Declaration.

///

3. As CAO of the District I am personally familiar with the issues to be resolved by this Motion.

4. I have personally reviewed the Motion for Subsequent Extension of Deadline to Assume or Reject Nonresidential Real Property Leases ("Motion"), which seeks an order granting an additional extension of the deadline such leases from August 27, 2018 to November 25, 2018 as described with more particularity below.

5. I assisted in the preparation of these documents and believe that the facts stated therein are true and correct.

6. As stated in the Motion, the District is the Debtor in the above-captioned Chapter 9 case, which was filed on September 30, 2017 ("Petition Date").

7. As of the Petition Date the District's assets included the following unexpired leases for nonresidential real property:

   a. Lease between the District and Heiskell Ranches, LP for 880 E. Merritt, Suites 105-106, Tulare, California ("Family X-Ray Center Lease").

   b. Lease between the District and Heiskell Ranches, LP for 880 E. Merritt, Suites 107-109, Tulare, California ("Mineral Kings Toxicology Lease").

   c. Lease between the District and City of Tulare for 325 N. West St., Tulare, California ("Westside Clinic Lease").

(collectively, "Unexpired NRRP Leases"). True and correct copies of the Family X-Ray Center Lease, Mineral Kings Toxicology Lease, and Westside Clinic Lease were attached as exhibits to my prior declaration requesting the initial extension (Dkt. 509; WW-37).

8. On July 20, 2018, the District filed its Motion for Authority to Enter into Transaction Including Borrowing Funds, Sales of Personal Property and Providing Security, Assumption and Assignment of Contracts and Leases and for Authority to Lease Real Property. (Dkt. 603, WW-41) ("Motion to Enter Into Transaction").

9. The Motion to Enter Into Transaction essentially seeks court approval to enter into a transaction with Adventist Health System/West which would allow it to reopen its general acute care hospital and resume its business operations (the "Transaction").

10. The District now requires additional time to evaluate the Unexpired NRRP Leases in light of the Transaction in order to make a determination regarding whether the Unexpired NRRP Leases will be assumed or rejected.

11. The Family X-Ray Center Lease and Mineral King Toxicology Lease ("Heiskell Leases") have the same Lessor, Heiskell Ranches, LP ("Heiskell"). The District was current on the Heiskell Leases as of the Petition Date and through December 2017. Thereafter payments were not made for the period of January through April 2018. In May 2018 the District resumed making the monthly payments on these leases. The District is prepared to remain current on these leases throughout the subsequent extension period. The District remains engaged in ongoing discussions with Heiskell regarding payment of post-petition amounts. The Heiskell Leases will expire in February 2019.

12. The Westside Clinic Lease is a 25 year lease which will expire in 2036. This lease was paid in full in 2012. Prior to the Petition Date this facility was used to operate a clinic. The District will need time to consider the impact of assumption or rejection of this lease on the pending Transaction.

13. In my business judgement, requiring the District to abide by the August 27, 2018 deadline to assume or reject these nonresidential real property leases would be detrimental to the District because more time is needed to (a) come to an agreement with Heiskell Ranches, LP regarding payment of the post-petition amounts owed and (b) consider the impact of assumption or rejection of the subject leases on the pending transaction with Adventist Health System/West.

///

///

14. I have reached out to Heiskell Ranches am currently working to secure written consent to the District's request for a subsequent extension of the deadline to assume or reject their leases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information and belief. Executed this 26th day of July, 2018, at Tulare, California.

*/s/ Sanford Haskins*
Sanford Haskins

-4-

DECLARATION OF SANFORD HASKINS IN SUPPORT OF MOTION FOR SUBSEQUENT EXTENSION OF DEADLINE TO ASSUME OR REJECT NONRESIDENTIAL REAL PROPERTY LEASES

M:\S-U\TRMC\PLEADINGS\WW-43 Motion for Subsequent Extension of Deadline to Assume or Reject NRRP Leases\Dec.CAO.djb.docx