UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re | Bankruptcy Case No. |
|---|---|
| Tulare Local Healthcare District dba Tulare Regional Medical Center<br><br>Debtor(s). | 17-13797 |

*The following additional information is required when filing this form in an adversary proceeding.*

| | Adversary Proceeding No. |
|---|---|
| v.           Plaintiff(s),<br><br>Defendant(s). | |

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

1. Pursuant to Local Rule 1001-1(c) of the United States Bankruptcy Court for the Eastern District of California and Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, I, __Lisa M. Peters__ *[applicant's name]* hereby apply for admission to practice pro hac vice, to appear and participate in this case/proceeding as counsel for __GE HFS, LLC__ *[name(s) of party(ies) represented]*.

2. In support of this application, I state under penalty of perjury that:

   a. I reside in : __Omaha, Nebraska__ *[city and state]*.

   b. My business address is:

      Firm Name:    Kutak Rock LLP
      Address:       1650 Farnam Street

      City:          Omaha
      State:        Nebraska     ZIP Code: 68102
      Voice Phone: (402) 346-6000     State Bar Membership #: 24546 (NE)

   c. I have been admitted to practice by the following Court(s) *[List all of the courts the applicant has been admitted to practice before. Attach additional pages if necessary.]*:

| Court | Admission Date | Court | Admission Date |
|---|---|---|---|
| Iowa | Sept. 20, 2010 | | |
| Nebraska | Jan. 26, 2011 | | |
| | | | |
| | | | |

d. I am a member in good standing of, and eligible to practice before, the Bar in said Courts. A copy of a certificate of good standing from the Court in the state of my primary practice is attached. I am not currently suspended or disbarred in any Court.

e. I [check one]  ☐ have
   ☑ have not

concurrently or within the year preceding this application made other pro hac vice applications to this Court. The cases/proceedings, if any, in which pro hac vice application was made concurrently or within the year immediately preceding the filing of this application are listed below. [Attach additional pages if necessary.]

| Case No. | Case Title | Application Date | Granted or Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

f. The $225.00 fee prescribed for filing an application for admission to practice pro hac vice has been paid to the Clerk, U.S. District Court, Eastern District of California ( U.S. District Court receipt number CAE 10003980 ). [NOTE: U.S. District Court receipt number indicating payment is REQUIRED. Applications submitted without a valid U.S. District Court receipt number will NOT be processed.]

3. I hereby designate the following member in good standing of the Bar of this Court, and an authorized user of this Court's electronic filing system, as local counsel with whom the Court and opposing counsel may readily communicate in this matter regarding conduct of the action and upon whom service shall be made. Said designee consents to this designation by signing below.

Name: John Mark Jennings
Address: Kutak Rock LLP
Suite 1500, 5 Park Plaza
City: Irvine
State: California          ZIP Code: 92614
Voice Phone: ( 949 ) 417-0999     CA Bar ID #: 192641

Date: 25 July 2018

Applicant's Signature

Date: 7/26/18

Designee's Signature

NOTE: This completed application, any continuation pages, and a copy of applicant's certificate of good standing shall be electronically filed with the bankruptcy court by designated local counsel, together with Form EDC 2-601, Order Concerning Admission to Practice Pro Hac Vice, completed in all respects except for checking a box and inserting the date. For additional information, see form EDC 2-600-INST, Instructions Regarding Application for Admission to Practice Pro Hac Vice.

# SUPREME COURT
# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on January 26, 2011, Lisa M. Peters was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on July 25, 2018.

Wendy A. Wussow
Clerk



By _Pamela Kraus_
Deputy Clerk

```
Court Name: Eastern District of California
Division: 1
Receipt Number: CAE100039808
Cashier ID: cmarrujo
Transaction Date: 07/26/2018
Payer Name: Kutak Rock LLP
----------------------------------
PRO HAC VICE
 For: Lisa M. Peters
 Case/Party: D-CAE-1-18-LB-000073-001
 Amount:         $225.00
----------------------------------
CHECK
 Check/Money Order Num: 1215019
 Amt Tendered: $225.00
----------------------------------
Total Due:      $225.00
Total Tendered: $225.00
Change Amt:     $0.00
```

Returned Check Fee $53