12

1  WALTER WILHELM LAW GROUP
   A Professional Corporation
2  Riley C. Walter, #91839
   Kathleen D. DeVaney #156444
3  Danielle J. Bethel #315945
   205 East River Park Circle, Ste. 410
4  Fresno, CA 93720
   Telephone:  (559) 435-9800
5  Facsimile:  (559) 435-9868
   E-mail:     rileywalter@w2lg.com
6
   Chapter 9 Counsel for Tulare Local Healthcare District
7
   MCCORMICK BARSTOW, LLP
8  Todd A. Wynkoop #308845
   Benjamin T. Nicholson #239893
9  Benjamin E. Ladd #320466
   7647 N. Fresno Street
10 Fresno, CA 93720
   Telephone:  (559) 433-1300
11 Facsimile:  (559) 433-2300
   E-mail:     todd.wynkoop@mccormickbarstow.com
12
   District Counsel for Tulare Local Healthcare District
13
14                IN THE UNITED STATES BANKRUPTCY COURT

15                  EASTERN DISTRICT OF CALIFORNIA

16                          FRESNO DIVISION

17 In re                              CASE NO.  17-13797

18 TULARE LOCAL HEALTHCARE            Chapter 9
   DISTRICT, dba TULARE
19 REGIONAL MEDICAL CENTER,           DC No.: WW-41

20          Debtor.                   Date:   August 2, 2018
                                      Time:   9:30 a.m.
21 Tax ID #:   94-6002897             Place:  2500 Tulare Street
   Address:    869 N. Cherry St.              Fresno, CA  93721
22             Tulare, CA 93274                Courtroom 13
                                      Judge:  Honorable René Lastreto II
23

24       FIRST SUPPLEMENT TO MOTION FOR AUTHORITY TO ENTER INTO
25   TRANSACTION INCLUDING BORROWING FUNDS, SALES OF PERSONAL
     PROPERTY AND PROVIDING SECURITY, ASSUMPTION AND ASSIGNMENT OF
26   CONTRACTS AND LEASES AND FOR AUTHORITY TO LEASE REAL PROPERTY
         PURSUANT TO 11 U.S.C. §§ 105, 362, 364, 365, 901 AND 922
27

28

First Supplement to Motion for Authority to Enter into      -1-      M:\S-U\TRMC\PLEADINGS\WW-41  Motion to Borrowing
Transaction Including Borrowing Funds, Sales of Personal              Funds and Providing Security [Adventist
Property, etc.                                                       Health]\supplement.073118.gaa.v3.docx

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

Tulare Local Healthcare District, dba Tulare Regional Medical Center, by counsel, respectfully comes before the Court to supplement the Motion for Authority to Enter into Transaction Including Borrowing Funds, Sales of Personal Property and Providing Security Assumption and Assignment of Contracts and Leases and for Authority to Lease Real Property Pursuant to U.S.C. §§ 105, 362, 364, 365, 901 and 922, as follows:

1.      On July 19, 2018, the Court granted an Order Shortening Time allowing for a hearing on the District's Motion for Authority to Enter into Transaction Including Borrowing Funds, Sales of Personal Property and Providing Security Assumption and Assignment of Contracts and Leases and for Authority to Lease Real Property Pursuant to U.S.C. §§ 105, 362, 364, 365, 901 and 922 ("Motion").

2.      Pursuant to the Order Shortening Time, on July 20, 2018 the Debtor gave the notice required by the Order Shortening Time.

3.      Since giving notice, the District has learned of needed corrections and clarifications to the Motion that it wishes to draw to the attention of the Court.

4.      On page 21 of the Motion, beginning at line 6, there is a discussion of the real properties to be taken as collateral pursuant to the APA. The description contained there is incorrect. The properties that will serve as collateral are:

      a.      1425 East Prosperity;

      b.      591 East Merritt;

      c.      935-945 North Gem Street;

      d.      979 North Gem Street;

      e.      874, 890 and 922 North Cherry Street;

      f.      793, 795 and 799 North Cherry Street;

      g.      1050 North Cherry Street.

///

5.      On pages 5 and 6 of the Motion, reference is made to the timing of the final hearing as being "on or before August 9, 2018". Due to long planned vacations by counsel for Adventist Health and the District, at the August 2, 2018 hearing a request will be made for holding the final hearing to be held on either August 7 at 1:30 p.m. or August 8 at 9:30 a.m.

6.      At the August 2, 2018 hearing District Counsel will appear with Chapter 9 Counsel and be prepared to present an overview of the definitive documents and answer specific questions concerning the definitive agreements. An outline of District Counsel's presentation is attached as Exhibit A.

7.      Redlined versions of the definitive documents reflecting changes July 31, 2018 will be posted to the District's website at  www.tularelocalhealthcaredistrict.org.

8.      The District and Wilmington Trust as indenture trustee/paying agent on the District's revenue bonds and general obligation bonds are in discussions for an agreement for adequate protection.  The redlined Order authorizing the District to enter into the transaction will be provided to the Court in advance of the hearing if an agreement is reached.

WHEREFORE, Tulare Local Healthcare District, dba Tulare Regional Medical Center, prays that the Court be so informed and apprised accordingly and it seeks such other and further relief as is just and proper.

Dated:  July 31, 2018                          WALTER WILHELM LAW GROUP,
                                               a Professional Corporation


                                               By: *Riley C. Walter*
                                               Riley C. Walter,
                                               Attorneys for Debtor, Tulare Local
                                               Healthcare District, dba
                                               Tulare Regional Medical Center

First Supplement to Motion for Authority to Enter into          -3-          M:\S-U\TRMC\PLEADINGS\WW-41 Motion to Borrowing
Transaction Including Borrowing Funds, Sales of Personal                     Funds and Providing Security [Adventist
Property, etc.                                                               Health]\supplement.073118.gaa.v3.docx

# Structure

- Transfer TRMC Leasehold Interest to Adventist Health Tulare
- Purchase of assets by Adventist Health Tulare
- Guarantee of Adventist Health/West
- Loan/Line of Credit
- Interim Management

EXHIBIT A
Page 1 Of 9

# Transaction Documents

- Lease and Memorandum of Lease
- Agreement for Purchase and Sale of Assets
- Credit Agreement with Deed of Trust and Security Agreement
- Interim Management Service Agreement

# Lease

- 66-month term with six-month fixturization period
- Four 5-year renewal options and one 54-month renewal option
- Premises includes hospital and ancillary spaces, including clinics and women's pavilion
- Fair market value Lease rate to be determined by Deloitte valuation
- Triple net lease with operating costs paid by Adventist
- Lease requires Adventist to operate the hospital as an "acute care" hospital. Failure to do so is a default.
- Adventist option to buy subject to a second separate public ballot measure
- Memorandum of lease to provide notice of lease

# Asset Purchase Agreement

- Adventist will purchase specified non-fixed on transfer of license
- At transfer of license, Adventist will pay fair market value as determined by Deloitte
- Payment will be applied against outstanding obligations on line of credit.

# Guaranty

- Adventist Health Tulare, a newly formed subsidiary of Adventist Health/West, is entering into transaction
- Adventist Health/West guarantee of AH Tulare's obligations under both the lease and the asset purchase agreement.

# Credit Agreement

- Adventist Health will loan the District up to $10 million for reopening the hospital
- Use limited to reopening hospital and other approved uses
- District will have access to funds when approved by the Board and Bankruptcy Court
- District can draw on the credit until hospital reopens
- District repayment depends on whether lease approved
  - If lease approved, through lease offsets at 100% for one year and 50% until paid
  - If lease not approved over five years

EXHIBIT A
Page 6 Of 9

# Security Agreements

- Deed of Trust and Security Agreement
- District will secure the line of credit with the assets purchased and real property, including a second on Evolutions
- Security agreements include provisions for subordination on certain conditions and releases as District pays down the line of credit

EXHIBIT A
Page 1 Of 9

# Interim Management Services Agreement

- Provides for Adventist to manage the hospital as a PUBLIC ACUTE CARE HOSPITAL from reopening through license transfer
- The District will continue to operate the hospital
- Adventist pays all operating expenses
- Adventist fee is net revenue up to a fixed amount.

EXHIBIT A
Page 8 Of 9

# Timeline

- 7/19/18 -8/7/18:  APPROVAL
  - Adventist Health/West (7/19)
  - TLHD Board (8/1)
  - Bankruptcy Court (8/2 and 8/7)
- 8/8/18-10/28/18 (Projected):  HOSPITAL REOPENING PROCESS
  - Adventist provide line of credit
  - HFS/Wipfli work with Adventist to complete steps necessary to reopen TRMC
- 10/28/18 (Projected) -11/5/18  Adventist manages hospital for District
  - CDPH approval of reopening
  - Interim Management Services Agreement becomes effective
  - Line of credit closes
  - Adventist Health assumes costs of hospital operations
- ***11/6/18:  ELECTION ON HOSPITAL LEASE BALLOT MEASURE***
  - ***If measure fails, documents become void and District assumes responsibility for hospital***
- 11/7/18-12/31/18:  Adventist continues to manage hospital for District
- 1/1/19- 5/31/24 -- Adventist operates hospital under lease
  - Lease becomes effective
  - Asset purchase agreement becomes effective
  - Adventist Health assume operational control of  hospital
  - District continues to fulfill healthcare mission in community through provision of other health-related services.

EXHIBIT A
Page 9 Of 9