WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

MCCORMICK BARSTOW, LLP
Todd A. Wynkoop #308845
Benjamin T. Nicholson #239893
Benjamin E. Ladd #320466
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: todd.wynkoop@mccormickbarstow.com

District Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

In re

TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,

Debtor.

Tax ID #: 94-6002897
Address: 869 N. Cherry St.
Tulare, CA 93274

CASE NO. 17-13797

Chapter 9

DC No.: WW-41

Date: August 2, 2018
Time: 9:30 a.m.
Place: 2500 Tulare Street
Fresno, CA 93721
Courtroom 13
Judge: Honorable René Lastreto II

**STIPULATION TO (1) EXTEND DEADLINE FOR API HEALTHCARE CORPORATION TO OBJECT TO ASSUMPTION AND ASSIGNMENT OF POTENTIAL ASSUMED CONTRACT; (2) CONTINUE HEARING ON ASSUMPTION OF API HEALTHCARE CORPORATION'S POTENTIAL ASSUMED CONTRACT; AND (3) PRECLUDE ASSUMPTION AND ASSIGNMENT OF API HEALTHCARE CORPORATION'S POTENTIAL ASSUMED CONTRACT PENDING RESOLUTION OF CURE AMOUNT**

STIPULATION TO EXTEND DEADLINE TO OBJECT – API Healthcare Corporation

-1-

M:\S-U\TRMC\PLEADINGS\WW-41 Motion to Borrowing Funds and Providing Security [Adventist Health]\Stipulation.API.djb.docx

Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "District"), the debtor in the above-captioned case, and API Healthcare Corporation ("API") (collectively, "the Parties"), with reference to the stipulated facts set forth herein, hereby stipulate and agree as set forth below.

## STIPULATED FACTS

1. On September 30, 2017 ("Petition Date"), the District commenced its Chapter 9 case (Bankruptcy Case).

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

3. This stipulation is entered into pursuant to 11 U.S.C. §§ 365 and 901 and LBR 9019.

4. On July 20, 2018 the District filed its Motion For Authority To Enter Into Transaction Including Borrowing Funds, Sales Of Personal Property And Providing Security, Assumption And Assignment Of Contracts And Leases And For Authority To Lease Real Property Pursuant To 11 U.S.C. Sections 105, 362, 364, 901 And 922 ("Transaction Motion")(Dkt. 603; WW-41).

5. The Transaction Motion requires parties designated as having a "Potential Assumed Contract" to object to the Motion by August 1, 2018 or risk being bound by the Court's order thereon, which may include findings authorizing the District to assume and assign certain "Potential Assumed Contracts" upon payment of the "cure amount" listed in the Transaction Motion.

6. In the Transaction Motion, the District designates API as having a "Potential Assumed Contract" ("API's Potential Assumed Contract") and indicates that the "cure amount" required to assume and assign API's Potential Assumed Contract under Section 365 of the Bankruptcy Code is "$0.00."

7. API disputes the $0.00 "cure amount" set forth in the Transaction Motion pertaining to API's Potential Assumed Contract.

STIPULATION TO EXTEND DEADLINE TO OBJECT – API Healthcare Corporation         -2-         M:\S-U\TRMC\PLEADINGS\WW-41 Motion to Borrowing Funds and Providing Security [Adventist Health]\Stipulation.API.djb.docx

8. At this time the Parties have not reached an agreement fixing the "cure amount" required to assume and assign API's Potential Assumed Contract within the meaning of Section 365.

9. Accordingly, after negotiation, the Parties have reached an agreement (a) extending the deadline for API to object to assumption and assignment of its Potential Assumed Contract, (b) continuing the hearing on API's Potential Assumed Contract, and (c) precluding assumption and assignment of API's Potential Assumed Contract absent a resolution of the "cure amount" by mutual consent of the Parties or by further order of the Court.

## STIPULATION AND AGREEMENT

Subject to Court approval, the District and API hereby stipulate and agree as follows:

10. The foregoing Stipulated Facts are incorporated herein by reference.

11. The deadline for API to object to the assumption and assignment of its Potential Assumed Contract is extended from August 1, 2018 to a date to be determined by the Parties;

12. The hearing on assumption and assignment of API's Potential Assigned Contract is continued from August 2, 2018 to a date and time to be determined by the Parties, pursuant to the Court's self-set calendar, after October 29, 2018 but before December 1, 2018, and

///
///
///
///
///
///
///
///

STIPULATION TO EXTEND DEADLINE TO OBJECT – API Healthcare Corporation -3-

M:\S-U\TRMC\PLEADINGS\WW-41 Motion to Borrowing Funds and Providing Security [Adventist Health]\Stipulation.API.djb.docx

13. API's Potential Assumed Contract shall not be assumed by the District absent a resolution of the "cure amount" by mutual consent of the Parties or by further order of the Court.

IT IS SO STIPULATED.

Dated: July 31, 2018

WALTER WILHELM LAW GROUP

By: *(signature)*
Danielle J. Bethel
Attorneys for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

FOLEY & LARDNER LLP

Dated: July 31, 2018

By: *(signature)*
Emil P. Khatchatourian
Attorneys for API Healthcare Corporation