**2 PAGES**
MARK M. SCOTT (SBN: 138569)
WILLIAM S. BRODY (SBN: 136136)
JEANNIE KIM (SBN: 270713)
BUCHALTER
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Fax: 415.227.077094105
Tel: (415) 227-0900
Fax: (415) 227-0770
Email: mscott@buchalter.com
        wbrody@buchalter.com
        jkim@buchalter.com

Attorneys for
Wells Fargo Vendor Financial Services, LLC

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Debtor. | Case No. 17-13797-B-9<br><br>Chapter 9<br><br>DC No: BPC-001<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION OF EQUIPMENT LEASES AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C) TERMINATING THE AUTOMATIC STAY**<br><br>Current Date: August 2, 2018<br>Time: 9:30 a.m.<br>Dept: B<br><br>Continued Date: October 25, 2018<br>Time: 9:30 a.m.<br>Dept. B<br>Place: Courtroom 13, 5th Floor<br>2500 Tulare Street<br>Fresno, CA 93721 |

RECEIVED
July 31, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006329718

The Court having read and considered the *Stipulation to Continue Hearing on Motion for Order (A) Compelling Assumption or Rejection of Equipment Leases and (B) Directing Payment of Post-Petition Administrative Rent or, Alternatively, (C) Terminating the Automatic Stay* entered into by and between Wells Fargo Vendor Financial Services, LLC ("WFVFS"), on the one hand, and Tulare Local Healthcare District dba Tulare Regional Medical Center (the "Debtor," and together with WFVFS, the "Parties"), on the other hand, by and through their counsel of record, and filed with the Court on July 30, 2018, at Docket No. 621 (the "Stipulation"), and good cause appearing to approve the Stipulation without a hearing,

IT IS HEREBY ORDERED that:

1. The Stipulation, attached hereto as Exhibit A, is approved.

2. The hearing on WFVFS's *Motion for Order (A) Compelling Assumption or Rejection of Equipment Leases and (B) Directing Payment of Post-Petition Administrative Rent or, Alternatively, (C) Terminating the Automatic Stay* (the "Motion") shall be continued to October 25, 2018 (the "Continued Hearing Date"), at 9:30 a.m.

3. WFVFS's time to file written reply to the Debtor's opposition to the Motion is extended to seven (7) days before the Continued Hearing Date.

### 

Dated: Aug 01, 2018

By the Court

*René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

Buchalter
A Professional Corporation
San Francisco

BN 33629651v2

1

ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION OF EQUIPMENT LEASES AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C) TERMINATING THE AUTOMATIC STAY – CASE NO. 17-13797-B-9

# EXHIBIT A

**3 PAGES**
MARK M. SCOTT (SBN: 138569)
WILLIAM S. BRODY (SBN: 136136)
JEANNIE KIM (SBN: 270713)
BUCHALTER
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Fax: 415.227.077094105
Tel: (415) 227-0900
Fax: (415) 227-0770
Email: mscott@buchalter.com
   wbrody@buchalter.com
   jkim@buchalter.com

Attorneys for
Wells Fargo Vendor Financial Services, LLC

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor. | Case No. 17-13797-B-9<br><br>Chapter 9<br><br>DC No: BPC-001<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION OF EQUIPMENT LEASES AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C) TERMINATING THE AUTOMATIC STAY**<br><br>Current Date: August 2, 2018<br>Time: 9:30 a.m.<br>Dept: B<br><br>Requested Date: October 25, 2018<br>Time: 9:30 a.m.<br>Dept. B<br>Place: Courtroom 13, 5th Floor<br>2500 Tulare Street<br>Fresno, CA 93721 |

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 33598762v1

**STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION OF EQUIPMENT LEASES AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C) TERMINATING THE AUTOMATIC STAY – CASE NO. 17-13797-B-9**

Wells Fargo Vendor Financial Services, LLC ("WFVFS"), on the one hand, and Tulare Local Healthcare District dba Tulare Regional Medical Center (the "Debtor," and together with WFVFS, the "Parties"), on the other hand, by and through its undersigned counsel, enter into this *Stipulation to Continue Hearing on Motion for Order (A) Compelling Assumption or Rejection of Equipment Leases and (B) Directing Payment of Post-Petition Administrative Rent or, Alternatively, (C) Terminating the Automatic Stay* (the "Stipulation"). In support hereof, the Parties represent as follows:

## RECITALS

A. On September 30, 2017 (the "Petition Date"), Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "Debtor") commenced its Chapter 9 case.

B. Prior to the Petition Date, the District entered into certain agreements (the "Equipment Leases") with General Electric Credit Corporation ("GECC") to lease certain office equipment (the "Equipment") as more particularly described in WFVFS's *Motion for Order (A) Compelling Assumption or Rejection of Equipment Leases and (B) Directing Payment of Post-Petition Administrative Rent or, Alternatively, (C) Terminating the Automatic Stay* (the "Motion").

C. WFVFS is the successor in interest to GECC, and, thus, the lessor under the Equipment Leases.

D. On June 29, 2018, WFVFS filed the Motion, thereby seeking an order requiring the Debtor to assume or reject the Equipment Leases by a date certain pursuant to section 365 of the Bankruptcy Code and directing payment of post-petition administrative rent, or, alternatively, terminating the automatic stay to allow WFVFS to repossess the Equipment. A hearing on the Motion has been scheduled for August 2, 2018, at 9:30 a.m. (the "Hearing").

E. On July 19, 2018, the Debtor filed its written opposition to the Motion (the "Opposition").

F. On July 19, 2018, the Debtor also sought, and thereafter obtained, an order shortening notice on its motion for authority to, among other things, borrow funds, sell personal property and provide security, assume and assign certain contracts and leases, and to lease real

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 33598762v1

1

STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION
OF EQUIPMENT LEASES AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C)
TERMINATING THE AUTOMATIC STAY – CASE NO. 17-13797-B-9

property to a third party (the "Sale Motion"). On July 20, 2018, the Debtor gave notice (the "Notice of Potential Assumption and Assignment") to certain contract counterparties, including WFVFS, regarding the potential assumption and assignment of certain unexpired leases and executory contracts, including the Equipment Leases, to third party Adventist Health.

G. To allow the Parties time sufficient to resolve any disputes they may have relative to the Sale Motion, and because the ultimate ruling on the Sale Motion may render WFVFS's Motion moot, the Parties have agreed to continue the Hearing on the terms and conditions set forth herein, subject to Court approval.

## STIPULATION

**NOW THEREFORE,** the Parties hereby stipulate and agree as follows:

1. The Hearing shall be continued to October 25, 2018, at 9:30 a.m., or such date and time thereafter that is convenient to the Court (the "Continued Hearing Date").

2. WFVFS's time to file written reply to the Opposition shall be extended to seven (7) days before the Continued Hearing Date.

3. This Stipulation may be executed in one or more separate counterparts, and signatures by facsimile or electronic mail shall be deemed as originals.

DATED: July 30, 2018

BUCHALTER
A Professional Corporation

By: /s/ Jeannie Kim
JEANNIE KIM
Attorneys for Movant
Wells Fargo Vendor Financial Services, LLC

DATED: July 30, 2018

WALTER WILHELM LAW GROUP
A Professional Corporation

By: [signature]
RILEY C. WALTER
KATHLEEN D. DEVANEY
DANIELLE J. BETHEL
Attorneys for Debtor
Tulare Local Healthcare District, dba Tulare Regional Medical Center

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 33598762v1

2

STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION OF EQUIPMENT LEASES AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C) TERMINATING THE AUTOMATIC STAY – CASE NO. 17-13797-B-9