**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** BPC-1
**Date:** 08/02/2018
**Time:** 9:30 AM

**Matter:** [581] - Motion for Relief from Automatic Stay [BPC-1] Filed by Creditor Wells Fargo Vendor Financial Services, LLC (Fee Paid $181) (eFilingID: 6310998) (wmim) [581] - Motion/Application to Compel Assumption or Rejection of Equipment Leases [BPC-1] Filed by Creditor Wells Fargo Vendor Financial Services, LLC (wmim) [581] - Motion/Application to Direct Payment of Post-Petition Administrative Rent [BPC-1] Filed by Creditor Wells Fargo Vendor Financial Services, LLC (wmim)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

HEARING TO BE HELD ON 10/25/2018 at 9:30 AM at Fresno Courtroom 13, Department B


Pursuant to the parties' stipulation (doc. #621), this matter was continued to October 25, 2018 at 9:30 a.m. by order (doc. #637) filed on August 1, 2018.