## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

---

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** WW-41

**Date:** 08/02/2018
**Time:** 9:30 AM

**Matter:** [603] - Motion/Application for Authority to Enter into Transaction Including Borrowing Funds, Sales of Personal Property and Providing Security, Assumption and Assignment of Contracts and Leases and for Authority to Lease Real Property [WW-41] Filed by Debtor Tulare Local Healthcare District (svim)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Electronic Record
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Danielle J. Bethel; Debtor's Attorney - Riley Walter;  Todd Wynkoop; Attorney for Adventist Health - Kimberly Posin

**Respondent(s):**
(by phone) Creditor's Attorney - Gerald N. Sims; (by phone) Creditor's Attorney - Jason E. Rios; (by phone) Creditor's Attorney - Karol K. Denniston; Creditor's Attorney - Hagop T. Bedoyan; (by phone) Creditor's Attorney - Jeannie Kim; (by phone) Creditor's Attorney - Lisa M. Peters; Creditor's Attorney - Don J. Pool; (by phone) Creditor's Attorney - Michael S. Greger; (by phone) Creditor's Attorney - Kevin H. Morse; Creditor's Attorney - Justin D. Harris; Creditor's Attorney - William Kannel;  David Powlen
(by phone) Creditor's Attorney - Diane Stanfield

---

### CIVIL MINUTES

HEARING TO BE HELD ON 8/7/2018 at 1:30 PM at Fresno Courtroom 13, Department B

Findings of fact and conclusions of law having been stated on the record, the matter was continued for final hearing.

The motion to borrow was approved with proposed changes on an interim basis in the amount of $1,000,000.00.

Movant to submit a proposed order.  Mr. Greger to approve the order.

Mr. Walter to provide notice of the continued hearing and update the hospitals's website.  Objections will be heard at the hearing.