7

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:      rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

MCCORMICK BARSTOW, LLP
Todd A. Wynkoop #308845
Benjamin T. Nicholson #239893
Benjamin E. Ladd #320466
7647 N. Fresno Street
Fresno, CA 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300
E-mail:      todd.wynkoop@mccormickbarstow.com

District Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry St.<br>           Tulare, CA 93274 | CASE NO.  17-13797<br><br>Chapter 9<br><br>DC No.: WW-41<br><br>Date:   August 2, 2018<br>Time:   9:30 a.m.<br>Place:  2500 Tulare Street<br>        Fresno, CA  93721<br>        Courtroom 13<br>Judge:  Honorable René Lastreto II |

**ORDER APPROVING STIPULATION TO (1) EXTEND DEADLINE FOR HEISKELL RANCHES, L.P. TO OBJECT TO ASSUMPTION AND ASSIGNMENT OF POTENTIAL ASSUMED CONTRACT; (2) CONTINUE HEARING ON ASSUMPTION OF HEISKELL RANCHES, L.P. POTENTIAL ASSUMED CONTRACT; AND (3) PRECLUDE ASSUMPTION AND ASSIGNMENT OF HEISKELL RANCHES, L.P.'S POTENTIAL ASSUMED CONTRACT PENDING RESOLUTION OF CURE AMOUNT**

RECEIVED
August 01, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006331313

STIPULATION EXTENDING ... CT AND CONTINUING HEARING

-1-

M:\S-U\TRMC\PLEADINGS\WW-41 Motion to Borrowing Funds and Providing Security [Adventist Health]\Stipulation.Heiskell.Order.docx

The Court having reviewed the *Stipulation to (1) Extend Deadline for Heiskell Ranches, L.P. to Object to Assumption and Assignment of Potential Assumed Contract; (2) Continue Hearing on Assumption of Heiskell Ranches, L.P.'s Potential Assumed Contract; and (3) Preclude Assumption and Assignment of Heiskell Ranches, L.P.'s Potential Assumed Contract Pending Resolution of Cure Amount* (the "Stipulation") entered into by and between Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "District") and Heiskell Ranches, L.P. ("Heiskell") (collectively, "the Parties"), by and through their respective counsel, and good cause appearing to approve the Stipulation without a hearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Stipulation, a copy of which is attached hereto as Exhibit A, is approved.

2. The deadline for Heiskell Ranches, L.P. to object to the Cure Amount of its potential assumed contract as set forth in the Debtor's Motion For Authority To Enter Into Transaction Including Borrowing Funds, Sales Of Personal Property And Providing Security, Assumption And Assignment Of Contracts And Leases And For Authority To Lease Real Property Pursuant To 11 U.S.C. Sections 105, 362, 364, 901 And 922 ("Transaction Motion")(Dkt. 603; WW-41) is hereby extended from August 1, 2018 to a date to be determined by the Parties.

3. The hearing on assumption and assignment of Heiskell Ranches, L.P.'s potential assumed contract is hereby continued to November 15, 2018, at 9:30 a.m.; and

///

///

4. Heiskell ranches, L.P.'s potential assumed contract shall not be assumed by the District pursuant to the Transaction Motion absent a resolution of the Cure Amount by mutual consent of the Parties or by further order of the Court.

Submitted by:

WALTER WILHELM LAW GROUP,
a Professional corporation

*/s/ Danielle J. Bethel*
Danielle J. Bethel
Attorneys for Tulare Local Healthcare District, dba
Tulare Regional Medical Center

IT IS SO ORDERED.

Dated: Aug 02, 2018

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

4

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

MCCORMICK BARSTOW, LLP
Todd A. Wynkoop #308845
Benjamin T. Nicholson #239893
Benjamin E. Ladd #320466
7647 N. Fresno Street
Fresno, CA 93720
Telephone:　(559) 433-1300
Facsimile:　(559) 433-2300
E-mail:　todd.wynkoop@mccormickbarstow.com

District Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　　Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry St.<br>　　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-41<br><br>Date:　　August 2, 2018<br>Time:　　9:30 a.m.<br>Place:　　2500 Tulare Street<br>　　　　　　Fresno, CA 93721<br>　　　　　　Courtroom 13<br>Judge:　　Honorable René Lastreto II |

**STIPULATION TO (1) EXTEND DEADLINE FOR HEISKELL RANCHES, L.P. TO OBJECT TO ASSUMPTION AND ASSIGNMENT OF POTENTIAL ASSUMED CONTRACTS; (2) CONTINUE HEARING ON ASSUMPTION OF HEISKELL RANCHES, L.P.'S POTENTIAL ASSUMED CONTRACTS; AND (3) PRECLUDE ASSUMPTION AND ASSIGNMENT OF HEISKELL RANCHES, L.P.'S POTENTIAL ASSUMED CONTRACTS PENDING RESOLUTION OF CURE AMOUNTS**

STIPULATION TO EXTEND DEADLINE TO OBJECT　　-1-　　M:\S-U\TRMC\PLEADINGS\WW-41 Motion to Borrowing Funds and Providing Security [Adventist Health]\Stipulation.Heiskell.djb.docx

EXHIBIT A
Page 1 of 4

Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "District"), the debtor in the above-captioned case, and Heiskell Ranches, L.P. ("Heiskell") (collectively, "the Parties"), with reference to the stipulated facts set forth herein, hereby stipulate and agree as set forth below.

## STIPULATED FACTS

1. On September 30, 2017 ("Petition Date"), the District commenced its Chapter 9 case (Bankruptcy Case).

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

3. This stipulation is entered into pursuant to 11 U.S.C. §§ 365 and 901 and LBR 9019.

4. On July 20, 2018 the District filed its Motion For Authority To Enter Into Transaction Including Borrowing Funds, Sales Of Personal Property And Providing Security, Assumption And Assignment Of Contracts And Leases And For Authority To Lease Real Property Pursuant To 11 U.S.C. Sections 105, 362, 364, 901 And 922 ("Transaction Motion")(Dkt. 603; WW-41).

5. The Transaction Motion requires parties designated as having a "Potential Assumed Contract" to object to the Motion by August 1, 2018 or risk being bound by the Court's order thereon, which may include findings authorizing the District to assume and assign certain "Potential Assumed Contracts" upon payment of the "cure amount" listed in the Transaction Motion.

6. In the Transaction Motion, the District designates Heiskell as having at least one "Potential Assumed Contract" ("Heiskell's Potential Assumed Contract(s)") and indicates that the "cure amount" required to assume and assign Heiskell's Potential Assumed Contract(s) under Section 365 of the Bankruptcy Code is "$0.00."

7. Heiskell disputes the $0.00 "cure amount" set forth in the Transaction Motion pertaining to Heiskell's Potential Assumed Contract(s).

STIPULATION TO EXTEND DEADLINE TO OBJECT　-2-　M:\S-U\TRMC\PLEADINGS\WW-41 Motion to Borrowing Funds and Providing Security [Adventist Health]\Stipulation.Heiskell.djb.docx

EXHIBIT A Page 2 Of 4

8. At this time the Parties have not reached an agreement fixing the "cure amount" required to assume and assign Heiskell's Potential Assumed Contract(s) within the meaning of Section 365.

9. Accordingly, after negotiation, the Parties have reached an agreement (a) extending the deadline for Heiskell to object to assumption and assignment of its Potential Assumed Contract(s), (b) continuing the hearing on Heiskell's Potential Assumed Contract(s), and (c) precluding assumption and assignment of Heiskell's Potential Assumed Contract(s) absent a resolution of the "cure amount" by mutual consent of the Parties or by further order of the Court.

## STIPULATION AND AGREEMENT

Subject to Court approval, the District and Heiskell hereby stipulate and agree as follows:

10. The foregoing Stipulated Facts are incorporated herein by reference.

11. The deadline for Heiskell to object to the assumption and assignment of its Potential Assumed Contract(s) is extended from August 1, 2018 to a date to be determined by the Parties;

12. The hearing on assumption and assignment of Heiskell's Potential Assigned Contract(s) is continued from August 2, 2018 to November 15, 2018 at 9:30 a.m.

///
///
///
///
///
///
///
///
///

STIPULATION TO EXTEND DEADLINE TO OBJECT    M:\S-U\TRMC\PLEADINGS\WW-41 Motion to Borrowing Funds and Providing Security [Adventist Health]\Stipulation.Heiskell.djb.docx

EXHIBIT -3- A
Page 3 Of 4

13. Heiskell's Potential Assumed Contract(s) shall not be assumed by the District absent a resolution of the "cure amount" and related issues by mutual consent of the Parties or by further order of the Court.

IT IS SO STIPULATED.

Dated: 8/1, 2018

WALTER WILHELM LAW GROUP

By: _____
Danielle J. Bethel
Attorneys for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

Dated: 8/1, 2018

WILD, CARTER & TIPTON

By: _____
Don J. Pool
Attorneys for Heiskell Ranches, L.P.

STIPULATION TO EXTEND DEADLINE TO OBJECT    -4-    C:\Users\dpool.WCTLAW\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\3RYM8WAP\Stipulation Heiskell djb.docx

EXHIBIT A
Page 4 Of 4