3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:        rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

MCCORMICK BARSTOW, LLP
Todd A. Wynkoop #308845
Benjamin T. Nicholson #239893
Benjamin E. Ladd #320466
7647 N. Fresno Street
Fresno, CA 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300
E-mail:        todd.wynkoop@mccormickbarstow.com

District Counsel for Tulare Local Healthcare District

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: WW-43 |
| Debtor. | |
| Tax ID #:  94-6002897 Address:  869 N. Cherry St. Tulare, CA 93274 | Date:      August 23, 2018 Time:      9:30 a.m. Place:     2500 Tulare Street Fresno, CA  93721 Courtroom 13 Judge:    Honorable René Lastreto II |

**SUPPLEMENTAL DECLARATION OF DANIELLE J. BETHEL IN SUPPORT OF MOTION FOR SUBSEQUENT EXTENSION OF DEADLINE TO ASSUME OR REJECT NON-RESIDENTIAL REAL PROPERTY LEASES SETTING FORTH WRITTEN CONSENT OF LESSORS TO RELIEF REQUESTED**

SUPPLEMENTAL DECLARATION OF DANIELLE J. BETHEL     -1-
IN SUPPORT OF MOTION FOR SUBSEQUENT
EXTENSION OF TIME TO ASSUMEOR REJECT NON-
RESIDENTIAL REAL PROPERTY LEASES

M:\S-U\TRMC\PLEADINGS\WW-43 Motion
for Subsequent Extension of Deadline to
Assume or Reject NRRP
Leases\Supp.Dec.DJB.080818.djb.docx

I, Danielle J. Bethel, hereby declare and represent as follows:

1.      My name is Danielle J. Bethel. I am attorney at Walter Wilhelm Law Group ("W2LG") which is counsel for Tulare Local Healthcare District, dba Tulare Regional Medical Center ("District" or "Debtor). The District is the Debtor in the above captioned Chapter 9 case.

2.      W2LG maintains an office at 205 E. River Park Circle, Suite 410, Fresno, California 93720.

3.      I have personal knowledge that the facts set forth in this declaration are true, except on those matters stated on information and belief, which I believe to be true. If I were called as a witness in connection with this proceeding, I could and would testify competently to the matters stated herein.

4.      On July 26, 2018, the District filed a Motion for Subsequent Extension to Assume or Reject Non-Residential Real Property Lease (Dkt. 612; WW-43).

5.      The Motion set forth the three (3) unexpired non-residential real property leases to which the District is a lessee as follows: (1) Lease between the District and Heiskell Ranches, LP for 880 E. Merritt, Suites 105-106, Tulare , California ("Family X-Ray Center Lease"); (2) Lease between the District and Heiskell Ranches, LP for 880 E. Merritt, Suites 107-109, Tulare , California ("Mineral Kings Toxicology Lease"); and (3) Lease between the District and City of Tulare for 325 N. West St., Tulare, California ("Westside Clinic Lease").

5.      The purpose of this declaration is to set forth the required written consent of the lessors as required by 11 U.S.C. § 365(d)(4)(B)(i) for subsequent extensions of time to assume non-residential real property leases.

SUPPLEMENTAL DECLARATION OF DANIELLE J. BETHEL   -2-
IN SUPPORT OF MOTION FOR SUBSEQUENT
EXTENSION OF TIME TO ASSUMEOR REJECT NON-
RESIDENTIAL REAL PROPERTY LEASES

M:\S-U\TRMC\PLEADINGS\WW-43 Motion
for Subsequent Extension of Deadline to
Assume or Reject NRRP
Leases\Supp.Dec.DJB.080818.djb.docx

6.       The District has obtained the written consent of the City of Tulare to the relief requested by the Motion.  Attached as Exhibit "A" is a true and correct copy of the Consent to Subsequent Extension of Deadline to Assume or Reject Non-Residential Real Property Leases (City of Tulare),  which has been executed by Andrew J. Brownson of Griswold, Lasalle, Cobb, Dowd & Gin, LLP, attorneys for the City of Tulare. This consent pertains to the Westside Clinic Lease.

7.       Additionally, the District has obtained the written consent of Heiskell Ranches, LP to the relief requested by the Motion.  Attached as Exhibit "B" is a true and correct copy of the Consent to Subsequent Extension of Deadline to Assume or Reject Non-Residential Real Property Leases ("Heiskell Consent"),   which was executed by Don J. Pool of Wild, Carter & Tipton, attorneys for Heiskell Ranches, LP.  This consent pertains to the Family X-Ray Lease and the Mineral Kings Toxicology Lease.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Executed this ___8___ day of August, 2018, at Fresno, California.

_____
Danielle J. Bethel

SUPPLEMENTAL DECLARATION OF DANIELLE J. BETHEL     -3-
IN SUPPORT OF MOTION FOR SUBSEQUENT
EXTENSION OF TIME TO ASSUMEOR REJECT NON-
RESIDENTIAL REAL PROPERTY LEASES

M:\S-U\TRMC\PLEADINGS\WW-43 Motion
for Subsequent Extension of Deadline to
Assume or Reject NRRP
Leases\Supp.Dec.DJB.080818.djb.docx