## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | |
|---|---|
| **Case Title:** Tulare Local Healthcare District | **Case No.:** 17-13797 - B - 9 |
| | **Docket Control No.** WW-32 |
| | **Date:** 08/15/2018 |
| | **Time:** 1:30 PM |

**Matter:** [539] - Motion/Application for Examination and For Production of Documents [WW-32] Filed by Debtor Tulare Local Healthcare District (svim)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Not Recorded
**Department:** B

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

### CIVIL MINUTES

STATUS CONFERENCE NOW TO BE HELD ON 9/26/2018 at 1:30 PM at Fresno Courtroom 13, Department B

The parties filed a stipulation and order to continue the matter to September 26, 2018 at 1:30 p.m. Doc. #686.