UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.**
**Date:** 08/15/2018
**Time:** 1:30 PM

**Matter:** Continued Status Conference Re: Chapter 9 Voluntary Petition - [1] - [1] - Chapter 9 Voluntary Petition. All Schedules and Statements filed. (Fee Paid $1717.00) (eFilingID:6140053) (maaf)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Electronic Record
**Department:** B

**APPEARANCES for:**
**Movant(s):**
(by phone) Debtor's Attorney - Riley Walter
**Respondent(s):**
(by phone) Creditor's Attorney - Jason E. Rios; (by phone) Creditor's Attorney - Karol K. Denniston; (by phone) Creditor's Attorney - Michael K. Murray

CIVIL MINUTES

STATUS CONFERENCE NOW TO BE HELD ON 1/31/2019 at 9:30 AM at Fresno Courtroom 13, Department B

For the reasons stated on the record, the status conference was continued.

Plaintiff shall file a status report not later than January 24, 2019.

The court will issue an order.