WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:       rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

MCCORMICK BARSTOW, LLP
Todd A. Wynkoop #308845
Benjamin T. Nicholson #239893
Benjamin E. Ladd #320466
7647 N. Fresno Street
Fresno, CA 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300
E-mail:       todd.wynkoop@mccormickbarstow.com

District Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry Street<br>           Tulare, CA 93274 | CASE NO.  17-13797<br><br>DC No.: WW-44<br><br>Chapter 9<br><br>Date:   September 13, 2018<br>Time:   9:30 a.m.<br>Place:  2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 13<br>Judge:  Honorable René Lastreto II |

**MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS (GUPTA-KUMAR MEDICAL PRACTICE ASSOCIATES, INC., PARUL GUPTA, M.D.)**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

Debtor, Tulare Local Healthcare District, doing business as Tulare Regional Medical Center ("Debtor" or the "District") hereby moves the Court, pursuant to 11 U.S.C. § 365 and B.R. 6006, for entry of an order:

1. Authorizing the District to reject executory contracts[1] ("Designated Contracts") identified in Exhibit "A" ("Exhibit 'A'") of the annexed "Declaration of Sanford Haskins" ("Declaration"). Such rejection will be effective upon entry of an Order approving this Motion.

This Motion is based on the Motion, the Notice, Memorandum of Points and Authorities, the Declaration of Sanford Haskins in Support of the Motion, the files, pleadings and orders on file in this Chapter 9 case, and such other and further evidence as properly put before the Court.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order: (1) authorizing the rejection of the Designated Contracts; (2) fixing the date by which any claims based on this Motion must be filed; and (3) grant such other relief as is just and proper.

Dated: August 11, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _/s/ Danielle Bethel_
Danielle J. Bethel
Attorneys for Debtor Tulare Local Healthcare District, dba Tulare Regional Medical Center

---

[1] The Designated Contracts include four (4) service agreements. While the District recognizes that the Designated Contracts may not constitute "executory contracts" within the meaning of 11 U.S.C. § 365, the District wishes to reject the Designated Contracts nonetheless out of an abundance of caution and for the avoidance of any doubt.