WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

MCCORMICK BARSTOW, LLP
Todd A. Wynkoop #308845
Benjamin T. Nicholson #239893
Benjamin E. Ladd #320466
7647 N. Fresno Street
Fresno, CA 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300
E-mail:  todd.wynkoop@mccormickbarstow.com

District Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:  869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-44<br><br>Chapter 9<br><br>Date:  September 13, 2018<br>Time:  9:30 a.m.<br>Place:  2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 13<br>Judge:  Honorable René Lastreto II |

**DECLARATION OF SANFORD HASKINS IN SUPPORT OF MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS (GUPTA-KUMAR MEDICAL PRACTICE ASSOCIATES, INC., PARUL GUPTA, M.D.)**

///

I, Sanford Haskins, hereby declare and represent as follows:

1. My name is Sanford Haskins. I am the interim Chief Administrative Officer of Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Debtor" or the "District").

2. I make this Declaration in support of the District's Motion for Order Authorizing Rejection of Certain Executory Contracts (Gupta-Kumar Medical Practice Associates, Inc., Parul Gupta, M.D.)("Motion").

3. I have personal knowledge of the facts contained herein, except for those stated on information and belief, and as to those matters I believe them to be true.

4. The District filed this Chapter 9 case on September 30, 2018 ("Petition Date").

5. The District is a California healthcare district located in Western Tulare County.

6. In my business judgment on behalf of the District, I have determined that the contracts that are the subject of this Motion ("Designated Contracts[1]") are no longer be needed in the District's business as a result of the pending transaction with Adventist Health and therefore provide no benefit to the District and should be rejected.

7. A list of the Designated Contracts is attached hereto as Exhibit "A" and specifies the following information as to each of the Designated Contracts: the (1) contract party, (2) the date of the contract; and (3) a description of the subject contract.

///
///
///
///
///

---

[1] Designated Contracts include four (4) service agreements. While the District recognizes that the Designated Contracts may not constitute "executory contracts" within the meaning of 11 U.S.C. § 365, the District wishes to reject the Designated Contracts nonetheless out of an abundance of caution and for the avoidance of any doubt.

8. I am over the age of eighteen and if I were called as a witness in connection with these proceedings I would and could testify as set out in this Declaration.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 15th day of August, 2018, at Portland, OR.

_/s/ Sanford Haskins_
Sanford Haskins