3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　　rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

MCCORMICK BARSTOW, LLP
Todd A. Wynkoop #308845
Benjamin T. Nicholson #239893
Benjamin E. Ladd #320466
7647 N. Fresno Street
Fresno, CA 93720
Telephone:　(559) 433-1300
Facsimile:　(559) 433-2300
E-mail:　　todd.wynkoop@mccormickbarstow.com

District Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO.　17-13797<br><br>DC No.: WW-44<br><br>Chapter 9<br><br>Date:　September 13, 2018<br>Time:　9:30 a.m.<br>Place:　2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge:　Honorable René Lastreto II |

**EXHIBIT TO DECLARATION OF SANFORD HASKINS IN SUPPORT OF MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS (GUPTA-KUMAR MEDICAL PRACTICE ASSOCIATES, INC., PARUL GUPTA, M.D.)**

| No. | Description | Pages |
|-----|-------------|-------|
| A | List of Designated Contracts and Leases | 1 |

Dated: August 11, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Danielle Bethel
Danielle J. Bethel
Attorneys for Debtor Tulare Local Healthcare
District, dba Tulare Regional Medical Center

EXHIBIT TO DECLARATION OF SANFORD HASKINS IN SUPPORT OF MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS (GUPTA-KUMAR MEDICAL PRACTICE ASSOCIATES, INC., PARUL GUPTA, M.D.)

-2-

M:\S-U\TRMC\PLEADINGS\WW-44 Motion to Reject Unexpired Contracts (Kumar, Gupta, Kumar-Gupta)\Exhibit Page.2.djb.docx

## Exhibit "A" to Declaration of Sanford Haskins

## List of Designated Contracts (WW-44)

| # | Party | Contract Date | Subject Contract or Lease |
|---|---|---|---|
| 1. | Parul Gupta, M.D. | 7/27/16 | Mid-Level Supervision Agreement. Mid-level practitioner supervision for physician assistants and nurse practitioners. |
| 2. | Gupta-Kumar Medical Practice Associates, Inc. | 1/31/14 | Medical Director Agreement. Coordination, administration, quality assurance, and other medical administrative with actual services to be provided by Parmod Kumar, M.D. |
| 3. | Gupta-Kumar Medical Practice Associates, Inc. | 1/31/14 | Professional Services Agreement. Clinical services in obstetrics and gynecology and clinical and medical administrative services for patients at clinics with actual services to be provided by Parul Gupta, M.D. |
| 4. | Gupta-Kumar Medical Practice Associates, Inc. | 1/15/14 | Emergency Room On-Call Agreement. Services for specialty on-call services on a 24-hour a day basis (on a rotating schedule), with services to be provided by Parul Gupta, M.D. |

*M:\S-U\TRMC\PLEADINGS\WW-44 Motion to Reject Unexpired Contracts (Kumar, Gupta, Kumar-Gupta)\Designated Contracts.djb.docx*

EXHIBIT A
Page 1 Of 1