3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

MCCORMICK BARSTOW, LLP
Todd A. Wynkoop #308845
Benjamin T. Nicholson #239893
Benjamin E. Ladd #320466
7647 N. Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
E-mail: todd.wynkoop@mccormickbarstow.com

District Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry St.<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-46<br><br>Date: November 15, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**DECLARATION OF SANFORD HASKINS IN SUPPORT OF MOTION FOR ORDER AUTHORIZING ASSUMPTION OF UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO STIPULATION (HEISKELL RANCHES, LP)**

---

DECLARATION OF SANFORD HASKINS IN SUPPORT OF MOTION FOR ORDER AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACT PURSUANT TO STIPULATION (Heiskell Ranch)

-1-

M:\S-U\TRMC\PLEADINGS\WW-46 Motion to Assume Heiskell Ranch Contract Pursuant to Stipulation\Dec.Haskins.090718.cs.docx

I, Sanford Haskins, hereby declare and represent as follows:

1. I am the Chief Administrative Officer ("CAO") of Tulare Local Healthcare District, dba Tulare Regional Medical Center ("District" or "Debtor"), the Debtor in the above-captioned Chapter 9 case.

2. I have personal knowledge of the facts contained herein and if I was called as a witness, I would and could testify as is set out in this Declaration. I am over the age of 18 and I am competent to testify as to the matters contained in this Declaration.

4. As CAO of the District I am personally familiar with the issues to be resolved by this Motion.

5. I have personally reviewed the Motion for Order Authorizing Assumption of Nonresidential Real Property Leases Pursuant to Stipulation ("Motion"), which seeks authorization for the District to assume two nonresidential real property leases it has with Heiskell Ranches, L.P. ("Heiskell"), as described with more particularity below.

6. I personally reviewed and signed the Stipulation for Assumption of Nonresidential Real Property Leases ("Stipulation") which is filed concurrently herewith.

7. I assisted in the preparation of these documents and believe that the facts stated therein are true and correct.

8. As stated in the Motion and Stipulation, the District is a party to the following unexpired nonresidential real property leases with Heiskell (collectively referred to as the "Leases"):

    i. Lease for 880 E. Merritt, Suites 105-106, Tulare, California ("Family X-Ray Center Lease"); and

    ii. Lease for 880 E. Merritt, Suites 107-109, Tulare, California ("Mineral Kings Toxicology Lease").

True and correct copies of the Leases are attached to the Stipulation as Exhibits "A" and "B", respectively.

9. As CAO of the District, I have evaluated the Leases and considered the District's financial position. The Leases pertain to certain commercial property from which the District operates its x-ray center and toxicology laboratory. The District is the lessee and Heiskell Ranches is the lessor under the Leases. Using my best judgment on behalf of the District, I have determined that the Leases are essential to the District's operations and intended plan of adjustment and that, under the circumstances, the terms of the Leases are fair and reasonable and should be assumed.

10. The District is current on its obligations under the Leases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Executed this 31st day of August, 2018, at Fresno, California.

_____
Sanford Haskins