WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　　rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

MCCORMICK BARSTOW, LLP
Todd A. Wynkoop #308845
Benjamin T. Nicholson #239893
Benjamin E. Ladd #320466
7647 N. Fresno Street
Fresno, CA 93720
Telephone:　(559) 433-1300
Facsimile:　(559) 433-2300
E-mail:　　todd.wynkoop@mccormickbarstow.com

District Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry St.<br>　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-46<br><br>Date:　N/A<br>Time:　N/A<br>Place:　2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge:　Honorable René Lastreto II |

**STIPULATION FOR ASSUMPTION OF UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES (HEISKELL RANCHES, LP)**

Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Debtor" or "District"), the debtor in the above-captioned case, and Heiskell Ranches, LP

STIPULATION FOR ASSUMPTION OF NONRESIDENTIAL
REAL PROPERTY LEASES (HEISKELL RANCHES)　　-1-

M/var/folders/j2/3ly_bxy50d5djcngj6j1myf80000gp/T/com.microsoft.Outlook/Outlook Temp/Stipulation.Assume.NRRP.Heiskell.Draft.082218.djb.docx

("Heiskell"), with reference to the stipulated facts set forth herein, hereby stipulate and agree as set forth below.

### STIPULATED FACTS

1. On September 30, 2017 ("Petition Date"), TRMC commenced its Chapter 9 case.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

3. This stipulation is entered into pursuant to 11 U.S.C. §§ 365 and 901 and LBR 9019.

4. The District is a California healthcare district formed in 1945 under the State of California Local Healthcare District Law (formerly the Local Hospital District Law) as set forth in the California Health and Safety Code.

5. The District is a party to the following unexpired nonresidential real property leases with Heiskell:

   (a) Lease for 880 E. Merritt, Suites 105-106, Tulare, California ("Family X-Ray Center Lease"), a true and correct copy of which is attached as Exhibit "A" and incorporated herein by reference; and

   (b) Lease for 880 E. Merritt, Suites 107-109, Tulare, California ("Mineral Kings Toxicology Lease"), a true and correct copy of which is attached as Exhibit "B" and incorporated herein by reference.

### Family X-Ray Center Lease

6. The Family X-Ray Center Lease is a commercial lease whereby the District leases from Heiskell the premises located at 880 E. Merritt, Suites 105-106, Tulare, California. This lease calls for monthly payments of $3,084.93 and expires on February 28, 2019. The District is current on its obligations under the Family X-Ray Center Lease.

///

///

STIPULATION FOR ASSUMPTION OF NONRESIDENTIAL
REAL PROPERTY LEASES (HEISKELL RANCHES)    -2-

M/var/folders/j2/3ly_bxy50d5djcngj6j1myf80000gp/T/com.microsoft.Outlook/Outlook Temp/Stipulation.Assume.NRRP.Heiskell.Draft.082218.djb.docx

### Mineral Kings Toxicology Lease

7.  The Mineral Kings Toxicology Lease is a commercial lease whereby the District leases from Heiskell the premises located at 880 E. Merritt, Suites 107-109, Tulare, California. This lease calls for monthly payments of $4,924.03 and expires on February 28, 2019. The District is current on its obligations under the Mineral Kings Toxicology Lease.

8.  The District has evaluated and considered its financial position using its best business judgment and has determined that the Family X-Ray Lease and Mineral Kings Toxicology Lease (collectively, the "Leases") are essential to the District's operations and intended plan of adjustment and that the terms of the Leases are acceptable as fair and reasonable under the circumstances. Accordingly, subject to the terms of this Stipulation, the District hereby seeks to assume the Leases pursuant to 11 U.S.C. §§ 365(a) and 901.

9.  No default exists with respect to the District's obligations under the Leases. Accordingly, no cure, compensation, or adequate assurance is required for assumption under 11 U.S.C. §365(b)(1)(A).

### STIPULATION AND AGREEMENT

Subject to Court approval, the District and Heiskell (collectively "the Parties") hereby stipulate and agree as follows:

10. The foregoing Stipulated Facts are incorporated herein by reference.

11. The District agrees to assume the Family X-Ray Center Lease and Mineral Kings Toxicology Lease pursuant to 11 U.S.C. §§ 365 and 901.

12. Heiskell consents to the District's assumption of the Family X-Ray Center Lease and Mineral Kings Toxicology Lease on the terms of this Stipulation.

13. No cure, compensation, or adequate assurance is required for assumption under 11 U.S.C. § 365(b)(1)(A).

///
///
///

STIPULATION FOR ASSUMPTION OF NONRESIDENTIAL
REAL PROPERTY LEASES (HEISKELL RANCHES)    -3-

M/var/folders/j2/3ly_bxy50d5djcngj6j1myf80000gp/T/com.microsoft.Outlook/Outlook Temp/Stipulation.Assume.NRRP.Heiskell.Draft.082218.djb.docx

14. The Parties agree that the District shall forthwith seek approval of this Stipulation and Heiskell consents to having the motion approved on shortened time.

IT IS SO STIPULATED.

Dated: August 28, 2018

TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER

By: _____
Sanford Haskins
Chief Administrative Officer of Tulare Local Healthcare District, dba Tulare Regional Medical Center

Dated: August 28, 2018

HEISKELL RANCHES, LP

By: _____
Scot Hillman, General Partner
Heiskell Ranches, LP

STIPULATION FOR ASSUMPTION OF NONRESIDENTIAL REAL PROPERTY LEASES (HEISKELL RANCHES) -4-

M/var/folders/j2/3ly_bxy50d5djcngj6j1myf80000gp/T/com.microsoft.Outlook/Outlook Temp/Stipulation.Assume.NRRP.Heiskell.Draft.082218.djb.docx