**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Tulare Local　　　　**Case No.:** 17-13797 - B - 9
Healthcare District

　　　　　　　　　　　　　　　　　**Docket Control No.** MRH-1
　　　　　　　　　　　　　　　　　**Date:** 09/27/2018
　　　　　　　　　　　　　　　　　**Time:** 9:30 AM

**Matter:** [475] - Motion/Application for Administrative Expenses [MRH-1] Filed by Creditor Medline Industries, Inc. (mgrs)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Not Recorded
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**


Hearing Dropped from calendar, Resolved without Oral Argument


Resolved by stipulation of the parties. Doc. #764.