WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-56<br><br>Chapter 9<br><br>Date: October 25, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**THIRD OMNIBUS MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS**
**(PHYSICIAN CONTRACTS 51-98)**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

Tulare Local Healthcare District, doing business as Tulare Regional Medical Center ("Debtor" or the "District") hereby moves the Court, pursuant to 11 U.S.C. §§ 365, 901 and FRBP 6006, for entry of an order:

1. Authorizing the District to reject executory contracts[1] ("Designated

---

[1] While the District recognizes that the Designated Contracts may not constitute "executory contracts" within the meaning of 11 U.S.C. § 365, the District wishes to reject the Designated Contracts nonetheless out of an abundance of caution and for the avoidance of any doubt.

Contracts") identified in Exhibit "A" ("Exhibit 'A'") of the annexed "Declaration of Sanford Haskins" ("Declaration"). Such rejection will be effective upon entry of an Order approving this Motion.

This Motion is based on the Motion, the Notice, Memorandum of Points and Authorities, the Declaration of Sanford Haskins in Support of the Motion, the files, pleadings and orders on file in this Chapter 9 case, and such other and further evidence as properly put before the Court.

WHEREFORE, the Debtor respectfully requests that the Court enter an order: (1) authorizing the rejection of the Designated Contracts; (2) fixing the date by which any claims based on this Motion must be filed[2]; and (3) grant such other relief as is just and proper.

Dated: September 25, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter
Attorneys for Debtor Tulare Local Healthcare District, dba Tulare Regional Medical Center

---

[2] The claims bar date was April 10, 2018. Nothing in the Motion shall be construed as allowing any extension of the claims bar date.