WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re | CASE NO. 17-13797 |
|---|---|
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | DC No.: WW-62 |
| | Chapter 9 |
| Debtor. | Date: October 25, 2018 |
| | Time: 9:30 a.m. |
| Tax ID #: 94-6002897 | Place: 2500 Tulare Street |
| Address: 869 N. Cherry Street | Fresno, CA 93721 |
| Tulare, CA 93274 | Courtroom 13 |
| | Judge: Honorable René Lastreto II |

**DECLARATION OF SANFORD HASKINS IN SUPPORT OF MOTION FOR ORDER AUTHORIZING REJECTION OF LEASE AGREEMENT (IMPACT MODULAR LEASING, INC.)**

I, Sanford Haskins, hereby declare and represent as follows:

1. My name is Sanford Haskins. I am the interim Chief Administrative Officer of Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Debtor" or the "District").

2. I make this Declaration in support of the District's Motion for Order Authorizing Rejection of Lease Agreement (Impact Modular Leasing, Inc.)("Motion").

3. I have personal knowledge of the facts contained herein, except for those stated on information and belief, and as to those matters I believe them to be true.

4. In my business judgment on behalf of the District, I have determined that the Lease Agreement dated January 1, 2016 between the District and Impact Modular Leasing, Inc., that is the subject of this Motion ("Lease Agreement") is no longer needed in the District's business and therefore provides no benefit to the District and should therefore be rejected.

5. A true and correct copy of the Lease Agreement is attached hereto Exhibit "A".

6. I am over the age of eighteen and if I were called as a witness in connection with these proceedings I would and could testify as set out in this Declaration.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 11th day of October, 2018, at Portland, OR.

_____
Sanford Haskins