WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:     rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter:  Chapter 9 |
| | **DC No.: BPC-001** |
| Debtor. | Date:      October 25, 2018 |
| | Time:      9:30 a.m. |
| | Ctrm.:     13 |
| Tax ID #:    94-6002897 | 2500 Tulare Street |
| Address      869 N. Cherry St. | Fresno, CA 93721 |
| Tulare, CA 93274 | Judge:     Honorable René Lastreto II |

**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON WELLS FARGO VENDOR FINANCIAL SERVICES, LLC'S MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION OF EQUIPMENT LEASES AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C) TERMINATING THE AUTOMATIC STAY**

The Court having reviewed the Stipulation to Continue Hearing on Wells Fargo

Vendor Financial Services, LLC's Motion for Order (A) Compelling Assumption or

Rejection of Equipment Leases and (B) Directing Payment of Post-Petition

Administrative Rent Or, Alternatively, (C) Terminating the Automatic Stay ("Stipulation")[1]

entered into by and between Tulare Local Healthcare District, dba Tulare Regional

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Stipulation.

RECEIVED
October 16, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006376586

Medical Center (the "District") and WELLS FARGO VENDOR FINANCIAL SERVICES, LLC ("WFVFS") (WFVFS and the District are referred to herein, collectively, as "the Parties"), by and through their respective counsel, and good cause appearing to approve the Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.     The Stipulation, a copy of which is attached hereto as Exhibit A, is approved.

2.     The District shall determine whether it will assume or reject WFVFS's Potential Assumed Contract(s) by October 31, 2018.

3.     As the hearing on assumption and assignment of WFVFS's Potential Assumed Contract(s) has been continued to November 29, 2018 at 9:30 a.m. (with the District's deadline to file a response to the Objection having been fixed as November 15, 2018), the hearing on WFVFS's Motion to Compel Assumption or Rejection of Equipment Leases and (B) Directing Payment of Post-Petition Administrative Rent Or, Alternatively, (C) Terminating the Automatic Stay currently scheduled for October 25, 2018, at 9:30 a.m. also is hereby continued to November 29, 2018, at 9:30 a.m.

///
///
///
///
///
///
///
///
///
///
///
///

ORDER APPROVING STIPULATION TO CONTINUE HEARING

4.    WFVFS's Potential Assumed Contract(s) shall not be assumed by the District absent a resolution of the "cure amount" and related issues by mutual consent of the Parties or by further order of the Court.

Submitted by:

WALTER WILHELM LAW GROUP,
a Professional corporation

_____
Danielle J. Bethel
Attorneys for Tulare Local Healthcare District, dba
Tulare Regional Medical Center

IT IS SO ORDERED.

Dated: Oct 17, 2018                    By the Court

_____
René Lastreto II, Judge
United States Bankruptcy Court

ORDER APPROVING STIPULATION TO CONTINUE HEARING

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:       rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter:  Chapter 9 |
| | **DC No.: BPC-001** |
| Debtor. | Date:      October 25, 2018 |
| | Time:      9:30 a.m. |
| Tax ID #:       94-6002897 | Ctrm.:     13 |
| Address        869 N. Cherry St. | 2500 Tulare Street |
|                      Tulare, CA 93274 | Fresno, CA 93721 |
| | Judge:     Honorable René Lastreto II |

**STIPULATION TO CONTINUE HEARING ON WELLS FARGO VENDOR FINANCIAL SERVICES, LLC'S MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION OF EQUIPMENT LEASES AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C) TERMINATING THE AUTOMATIC STAY**

Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "District"), the debtor in the above-captioned case, and Wells Fargo Vendor Financial Services, LLC ("WFVFS") (WFVFS and the District are referred to herein, collectively, as "the Parties"), hereby stipulate and agree to continue the hearing on the WFVFS's Motion for Order (A) Compelling Assumption or Rejection of Equipment Leases and (B) Directing Payment of Post-Petition Administrative Rent Or, Alternatively, (C) Terminating the Automatic Stay, as set forth below.

**STIPULATED FACTS**

A.     On September 30, 2017 ("Petition Date"), the District commenced its Chapter 9 case.

B.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

C.     This stipulation is entered into pursuant to 11 U.S.C. §§ 365 and 901 and LBR 9019.

D.     On June 29, 2018, WFVFS filed its Motion for Order (A) Compelling Assumption or Rejection of Equipment Leases and (B) Directing Payment of Post-Petition Administrative Rent or, Alternatively, (C) Terminating the Automatic Stay [Dkt. 581; BPC-001] (the "Motion to Compel"). By the Motion to Compel, WFVFS seeks, among other things, an order requiring the District to assume or reject two unexpired executory contracts pursuant to which the District leases certain photocopying equipment (as defined herein, "WFVFS's Potential Assumed Contract(s)").

E.     On July 20, 2018, the District filed its Motion for Authority to Enter Into Transaction Including Borrowing Funds, Sales of Personal Property and Providing Security, Assumption and Assignment of Contracts and Leases and for Authority to Lease Real Property Pursuant to 11 U.S.C. Sections 105, 362, 364, 901 and 922, as well as certain declarations and exhibits in support thereof [Dkt. 603; WW-41] (collectively, the "Transaction Motion").

F.     By the Transaction Motion, the District designates WFVFS as having at least one "Potential Assumed Contract" (i.e., WFVFS's Potential Assumed Contract(s)) and indicates that the amount of the District's default, which default the District must cure to assume and assign WFVFS's Potential Assumed Contract(s) under Section 365 of the Bankruptcy Code, is "$0.00" (the "Cure Amount").

///

///

EXHIBIT *A*
Page *2* Of *4*

2

G.      On August 1, 2018, WFVFS filed an objection to the District's Transaction Motion (Dkt. 640) ("Objection").

H.      By the Objection, WFVFS objects, among other things, to the District's Cure Amount.

I.      On August 1, 2018, the Court entered an order approving the Parties' stipulation to continue the hearing on the Motion to Compel to October 25, 2018, at 9:30 a.m. [Dkt. 637].

J.      On August 2, 2018, the Court held a hearing on the Transaction Motion, at which time the Parties agreed to continue the hearing on assumption and assignment of WFVFS's Potential Assumed Contract(s) under either the Motion to Compel or the Transaction Motion, to November 29, 2018 at 9:30 a.m. The Parties further agreed that the District's deadline to file a response to the Objection shall not be later than November 15, 2018. The continued hearing date and responsive deadline were incorporated into the Court's order dated August 3, 2018. [Dkt. 678].

K.      WFVFS has informed the District that the equipment that is the subject of WFVFS's Potential Assumed Contract(s) are depreciating in value on a daily basis. Accordingly, WFVFS has requested that the District determine whether it will assume or reject WFVFS's Potential Assumed Contract(s) as soon as possible.

### STIPULATION AND AGREEMENT

Subject to Court approval, the District and WFVFS hereby stipulate and agree as follows:

1.      The foregoing Stipulated Facts are incorporated herein by reference.

2.      The District shall determine whether it will assume or reject WFVFS's Potential Assumed Contract(s) by October 31, 2018.

///

///

///

///



EXHIBIT *A*
Page 3 of 4

### STIPULATION TO CONTINUE HEARING

3. As the hearing on assumption and assignment of WFVFS's Potential Assumed Contract(s) has been continued to November 29, 2018 at 9:30 a.m. (with the District's deadline to file and serve a response to WFVFS's Objection fixed as November 15, 2018 [Dkt. 678]), the hearing on the Motion to Compel currently scheduled for October 25, 2018, at 9:30 a.m., also shall be continued to November 29, 2018, at 9:30 a.m.

4. The District shall not assume nor assign WFVFS's Potential Assumed Contract(s) absent a resolution of the Cure Amount and related issues by mutual consent of the Parties or by further order of the Court.

IT IS SO STIPULATED.

Dated: _10/15_____, 2018          WALTER WILHELM LAW GROUP

By: _____
Danielle J. Bethel
Attorneys for Tulare Local Healthcare
District, dba Tulare Regional Medical
Center

Dated: _October 15_____, 2018          BUCHALTER

By: _____
Jeannie Kim
Attorneys for Wells Fargo Vendor
Financial Services, LLC

EXHIBIT 4
Page 4 Of 4

**STIPULATION TO CONTINUE HEARING**