3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter, #91839
Matthew P. Bunting, #306034
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:      rileywalter@w2lg.com
             dbethel@w2lg.com

Attorneys for Debtor, Tulare Local Healthcare District,
dba Tulare Regional Medical Center

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry St.<br>           Tulare, CA 93274 | CASE NO.  17-13797<br><br>Chapter 9<br><br>DC No.: WW-34<br><br>Date:   November 15, 2018<br>Time:   9:30 a.m.<br>Place:  2500 Tulare Street<br>        Fresno, CA  93721<br>        Courtroom 13<br>Judge:  Honorable René Lastreto II |

**MOTION FOR ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY (GUTIERREZ)**

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER (the "District" and/or "Debtor") hereby files this Motion for Order Approving Agreement Relating to Relief From Stay ("Motion") which seeks an order pursuant to 11 U.S.C. §§ 901 and 362 as complimented by FRPB 4001(d) approving

the Stipulation for Relief From the Automatic Stay ("Stipulation") entered into between TRMC and SENOVIA GUTIERREZ ("Plaintiff", collectively "the Parties").

This Motion is based on the Motion and Exhibits thereto, the Notice of Hearing on the Motion, the Declaration of Danielle J. Bethel in Support of the Motion, the files, pleadings and orders on file in this Chapter 9 case, and such other and further evidence as made properly before the Court.

The District respectfully requests that this Court enter an order pursuant to 11 U.S.C. §§ 901 and 362 as complimented by FRPB 4001(d) approving the Stipulation as follows:

1. On September 30, 2017, the District commenced a voluntary case under Chapter 9 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court, Eastern District of California ("Petition Date").

2. Prior to the Petition Date, Plaintiff initiated a lawsuit against the District requesting declaratory relief pertaining to Plaintiff's status as a duly elected representative of the District's Board for Area 3, the date of administration of Plaintiff's oath as a Board Member, the date Plaintiff was declared elected as a Board Member of Area 3 of the District, as well as the scope of authorization pertaining to Plaintiff's duties as a Board Member of Area 3 of the District, in the matter styled *Senovia Gutierrez v. Tulare Local Healthcare District, dba Tulare Regional Medical Center, Richard Torrez, Michael Jamaica, Kevin Northcraft, and Does 1-25, inclusive, Tulare County Superior Court case no. 271265* (the "Lawsuit").

3. After negotiation, the Parties have reached an agreement on a final stipulated judgment, to be entered by the Tulare County Superior Court, which would resolve all of the claims encompassed by the Lawsuit.

4. Relief from the automatic stay is required in order for the Parties to conclude the Lawsuit.

5. Accordingly, the Parties have agreed to allow the Automatic Stay to be modified pursuant to the terms and conditions stated herein.

6.　Accordingly, the Parties have stipulated to terms and conditions concerning the relief required to lift the stay to allow the Lawsuit to continue for the sole purpose of entering a final judgment and order for equitable and other relief ("Stipulation"). True and correct copies of the Stipulation and proposed form of order are attached hereto as Exhibits "A" and "B", respectively, as required under F.R.B.P. 4001(d)(1)(A).

7.　The District hereby seeks Court approval of the Stipulation.

WHEREFORE, the Debtor respectfully requests this Court enter an order approving the Stipulation and for such other relief as is just and proper.

Dated: October 24, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

*/s/ Danielle J. Bethel*

Danielle J. Bethel,
Attorneys for Debtor, Tulare Local Healthcare District, dba Tulare Regional Medical Center