1  10
2  WALTER WILHELM LAW GROUP
   A Professional Corporation
3  Riley C. Walter, #91839
   Danielle J. Bethel #315945
4  205 East River Park Circle, Ste. 410
5  Fresno, CA 93720
   Telephone:  (559) 435-9800
6  Facsimile:  (559) 435-9868
   E-mail:     rileywalter@w2lg.com
7              dbethel@w2lg.com
8  Attorneys for Debtor, Tulare Local Healthcare District,
9  dba Tulare Regional Medical Center

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: WW-34 |
| Debtor. | Date:  November 15, 2018 |
| | Time:  9:30 a.m. |
| Tax ID #:  94-6002897 | Place:  2500 Tulare Street |
| Address:   869 N. Cherry St. | Fresno, CA 93721 |
|            Tulare, CA 93274 | Courtroom 13 |
| | Judge:  Honorable René Lastreto II |

**EXHIBITS IN SUPPORT OF MOTION FOR ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY (GUTIERREZ)**

///

///

///

///

///

---

EXHIBITS IN SUPPORT OF MOTION FOR ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM STAY (GUTIERREZ)

-1-

M:\S-U\TRMC\PLEADINGS\WW-34 Motion to Approve Stipulation for Relief from Stay (Gutierrez)\Exhibits.102418.jmm.docx

| Exhibits | Description | Pages |
|----------|-------------|-------|
| A | STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 | 3 |
| B | [Proposed] ORDER APPROVING AGREEMENT RELATING TO RELIEF FROM THE AUTOMATIC STAY | 5 |

Dated: October 24, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

_____
Danielle J. Bethel,
Attorneys for Debtor, Tulare Local
Healthcare District, dba Tulare Regional
Medical Center

3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter, #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:       rileywalter@w2lg.com

Attorneys for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry Street<br>             Tulare, CA 93274 | CASE NO.  17-13797<br><br>DC No.: WW-34<br><br>Chapter 9<br><br>Date:   N/A<br>Time:   N/A<br>Place:  2500 Tulare Street<br>         Fresno, CA 93721<br>         Courtroom 13<br>         Dept. B, Fifth Floor<br>Judge:  Honorable René Lastreto II |

**STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362**

TULARE LOCAL HEALTHCARE DISTRICT, dba Tulare Regional Medical Center (the "District") and SENOVIA GUTIERREZ ("Plaintiff"), by and through their respective counsel, hereby enter into the within Stipulation for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 (the "Stipulation"). The Stipulation is made with reference to the following:

///

EXHIBIT A
Page 1 Of 3

-1-

STIPULATION FOR RELIEF FROM AUTOMATIC
STAY (GUTIERREZ)

C:\Users\dam\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\0CEI9HT4\Stip.ROS.Gutierrez.102318.dlb.docx

## RECITALS

1. On September 30, 2017, the District commenced a voluntary case under chapter 9 of title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court, Eastern District of California ("Petition Date").

2. Prior to the Petition Date, Plaintiff initiated a lawsuit against the District requesting declaratory relief pertaining to Plaintiff's status as a duly elected representative of the District's Board for Area 3, the date of administration of Plaintiff's oath as a Board Member, the date Plaintiff was declared elected as a Board Member of Area 3 of the District, as well as the scope of authorization pertaining to Plaintiff's duties as a Board Member of Area 3 of the District, in the matter styled *Senovia Gutierrez v. Tulare Local Healthcare District, dba Tulare Regional Medical Center, Richard Torrez, Michael Jamaica, Kevin Northcraft, and Does 1-25, inclusive*, Tulare County Superior Court case no. 271265 (the "Lawsuit").

3. After negotiation, the District and Plaintiff (collectively, the "Parties") have reached an agreement on a final stipulated judgment, to be entered by the Tulare County Superior Court, which would resolve all of the claims encompassed by the Lawsuit.

4. Relief from the automatic stay is required in order for the Parties to conclude the Lawsuit.

5. Accordingly, the District and Plaintiff have agreed to allow the Automatic Stay to be modified pursuant to the terms and conditions stated herein.

///

///

///

EXHIBIT A
Page 2 Of 3

STIPULATION FOR RELIEF FROM AUTOMATIC STAY (GUTIERREZ)

C:\Users\dam\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\0CEI9HT4\Stip.ROS.Gutierrez.102318.dlb.docx

## STIPULATION AND AGREEMENT

NOW, THEREFORE, subject to Court approval, the parties hereby stipulate and agree as follows:

1. The Automatic Stay pursuant to 11 U.S.C. § 362 shall be modified to allow the Lawsuit to continue for the sole purpose of entering a final judgment and order for equitable and other relief.

2. Any amendment to this Stipulation shall be made in writing, signed by the District and Plaintiff, and approved by the Court.

3. The District and Plaintiff stipulate to entry of an order approving this Stipulation subject to compliance with FRBP 4001, if required.

IT IS HEREBY STIPULATED AND AGREED.

October 23, 2018           MEDEROS, SOARES & ORMONDE

*/s/ Dennis A. Mederos*
Dennis A. Mederos, Attorneys for
Plaintiff, Senovia Gutierrez

October 24, 2018           WALTER WILHELM LAW GROUP,
a Professional Corporation

*/s/ Danielle J. Bethel*
Danielle J. Bethel,
Attorneys for Debtor, Tulare Local
Healthcare District, dba Tulare Regional
Medical Center

EXHIBIT A
Page 3 of 3

STIPULATION FOR RELIEF FROM AUTOMATIC STAY (GUTIERREZ)

C:\Users\dam\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\0CEI9HT4\Stip.ROS.Gutierrez.10231 8.dib.docx

5

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com
         dbethel@w2lg.com

Attorneys for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry St.<br>            Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-34<br><br>Date: November 15, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 13<br>Judge: Honorable René Lastreto II |

**ORDER APPROVING AGREEMENT RELATING TO RELIEF
FROM THE AUTOMATIC STAY**

At Fresno, in the Eastern District of California.

The Court having received and reviewed the Motion for Approval of Agreement Relating to Relief From the Automatic Stay, the Motion having been duly and properly served and noticed, and there being no objection to the relief sought, and good cause appearing,

EXHIBIT B
Page 1 of 5

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion be granted and said Stipulation attached to this Order as Exhibit "A" shall be, and hereby is, adopted as the Order of this Court.

Presented by:

WALTER WILHELM LAW GROUP
a Professional Corporation

_____
Danielle J. Bethel,
Attorneys for Debtor, Tulare Local Healthcare District, dba Tulare Regional Medical Center

Dated: _____, 2018

_____
United States Bankruptcy Judge

EXHIBIT B
Page 2 of 5

3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter, #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Attorneys for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-34<br><br>Chapter 9<br><br>Date: N/A<br>Time: N/A<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Dept. B, Fifth Floor<br>Judge: Honorable René Lastreto II |

**STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362**

TULARE LOCAL HEALTHCARE DISTRICT, dba Tulare Regional Medical Center (the "District") and SENOVIA GUTIERREZ ("Plaintiff"), by and through their respective counsel, hereby enter into the within Stipulation for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 (the "Stipulation"). The Stipulation is made with reference to the following:

///

EXHIBIT _B_
Page _3_ Of _5_

---

STIPULATION FOR RELIEF FROM AUTOMATIC
STAY (GUTIERREZ)

-1-

C:\Users\dam\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\0CEI9HT4\Stip.ROS.Gutierrez.102318.dlb.docx

## RECITALS

1. On September 30, 2017, the District commenced a voluntary case under chapter 9 of title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court, Eastern District of California ("Petition Date").

2. Prior to the Petition Date, Plaintiff initiated a lawsuit against the District requesting declaratory relief pertaining to Plaintiff's status as a duly elected representative of the District's Board for Area 3, the date of administration of Plaintiff's oath as a Board Member, the date Plaintiff was declared elected as a Board Member of Area 3 of the District, as well as the scope of authorization pertaining to Plaintiff's duties as a Board Member of Area 3 of the District, in the matter styled *Senovia Gutierrez v. Tulare Local Healthcare District, dba Tulare Regional Medical Center, Richard Torrez, Michael Jamaica, Kevin Northcraft, and Does 1-25, inclusive*, Tulare County Superior Court case no. 271265 (the "Lawsuit").

3. After negotiation, the District and Plaintiff (collectively, the "Parties") have reached an agreement on a final stipulated judgment, to be entered by the Tulare County Superior Court, which would resolve all of the claims encompassed by the Lawsuit.

4. Relief from the automatic stay is required in order for the Parties to conclude the Lawsuit.

5. Accordingly, the District and Plaintiff have agreed to allow the Automatic Stay to be modified pursuant to the terms and conditions stated herein.

///

///

///

EXHIBIT B
Page 4 of 5

STIPULATION FOR RELIEF FROM AUTOMATIC STAY (GUTIERREZ)

C:\Users\dam\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\0CEI9HT4\Stip.ROS.Gutierrez.102318.dlb.docx

## STIPULATION AND AGREEMENT

NOW, THEREFORE, subject to Court approval, the parties hereby stipulate and agree as follows:

1. The Automatic Stay pursuant to 11 U.S.C. § 362 shall be modified to allow the Lawsuit to continue for the sole purpose of entering a final judgment and order for equitable and other relief.

2. Any amendment to this Stipulation shall be made in writing, signed by the District and Plaintiff, and approved by the Court.

3. The District and Plaintiff stipulate to entry of an order approving this Stipulation subject to compliance with FRBP 4001, if required.

IT IS HEREBY STIPULATED AND AGREED.

October 23, 2018

MEDEROS, SOARES & ORMONDE

_____
Dennis A. Mederos, Attorneys for Plaintiff, Senovia Gutierrez

October 24, 2018

WALTER WILHELM LAW GROUP, a Professional Corporation

_____
Danielle J. Bethel,
Attorneys for Debtor, Tulare Local Healthcare District, dba Tulare Regional Medical Center

EXHIBIT B
Page 5 Of 5

-3-

STIPULATION FOR RELIEF FROM AUTOMATIC STAY (GUTIERREZ)

C:\Users\dam\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\0CEI9HT4\Stip.ROS.Gutierrez.10231 8.dlh.docx