WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter, #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Attorneys for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-34<br><br>Chapter 9<br><br>Date: N/A<br>Time: N/A<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Dept. B, Fifth Floor<br>Judge: Honorable René Lastreto II |

**STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

TULARE LOCAL HEALTHCARE DISTRICT, dba Tulare Regional Medical Center (the "District") and SENOVIA GUTIERREZ ("Plaintiff"), by and through their respective counsel, hereby enter into the within Stipulation for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 (the "Stipulation"). The Stipulation is made with reference to the following:

///

STIPULATION FOR RELIEF FROM AUTOMATIC STAY (GUTIERREZ)

-1-

C:\Users\dam\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\0CEI9HT4\Stip.ROS.Gutierrez.102318.dlb.docx

## RECITALS

1. On September 30, 2017, the District commenced a voluntary case under chapter 9 of title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court, Eastern District of California ("Petition Date").

2. Prior to the Petition Date, Plaintiff initiated a lawsuit against the District requesting declaratory relief pertaining to Plaintiff's status as a duly elected representative of the District's Board for Area 3, the date of administration of Plaintiff's oath as a Board Member, the date Plaintiff was declared elected as a Board Member of Area 3 of the District, as well as the scope of authorization pertaining to Plaintiff's duties as a Board Member of Area 3 of the District, in the matter styled *Senovia Gutierrez v. Tulare Local Healthcare District, dba Tulare Regional Medical Center, Richard Torrez, Michael Jamaica, Kevin Northcraft, and Does 1-25, inclusive*, Tulare County Superior Court case no. 271265 (the "Lawsuit").

3. After negotiation, the District and Plaintiff (collectively, the "Parties") have reached an agreement on a final stipulated judgment, to be entered by the Tulare County Superior Court, which would resolve all of the claims encompassed by the Lawsuit.

4. Relief from the automatic stay is required in order for the Parties to conclude the Lawsuit.

5. Accordingly, the District and Plaintiff have agreed to allow the Automatic Stay to be modified pursuant to the terms and conditions stated herein.

///

///

///

STIPULATION FOR RELIEF FROM AUTOMATIC STAY (GUTIERREZ)

C:\Users\dam\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\0CEI9HT4\Stip.ROS.Gutierrez.102318.dlb.docx

## STIPULATION AND AGREEMENT

NOW, THEREFORE, subject to Court approval, the parties hereby stipulate and agree as follows:

1. The Automatic Stay pursuant to 11 U.S.C. § 362 shall be modified to allow the Lawsuit to continue for the sole purpose of entering a final judgment and order for equitable and other relief.

2. Any amendment to this Stipulation shall be made in writing, signed by the District and Plaintiff, and approved by the Court.

3. The District and Plaintiff stipulate to entry of an order approving this Stipulation subject to compliance with FRBP 4001, if required.

IT IS HEREBY STIPULATED AND AGREED.

October 23, 2018

MEDEROS, SOARES & ORMONDE

_____
Dennis A. Mederos, Attorneys for
Plaintiff, Senovia Gutierrez

October 24, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

_____
Danielle J. Bethel,
Attorneys for Debtor, Tulare Local
Healthcare District, dba Tulare Regional
Medical Center

STIPULATION FOR RELIEF FROM AUTOMATIC STAY (GUTIERREZ)

C:\Users\dam\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\0CEI9HT4\Stip.ROS.Gutierrez.102318.dib.docx