## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | |
|---|---|
| **Case Title:** Tulare Local Healthcare District | **Case No.:** 17-13797 - B - 9 |
| | **Docket Control No.** BPC-1 |
| | **Date:** 10/25/2018 |
| | **Time:** 9:30 AM |

**Matter:** [581] - Motion for Relief from Automatic Stay [BPC-1] Filed by Creditor Wells Fargo Vendor Financial Services, LLC (Fee Paid $181) (eFilingID: 6310998) (wmim) [581] - Motion/Application to Compel Assumption or Rejection of Equipment Leases [BPC-1] Filed by Creditor Wells Fargo Vendor Financial Services, LLC (wmim) [581] - Motion/Application to Direct Payment of Post-Petition Administrative Rent [BPC-1] Filed by Creditor Wells Fargo Vendor Financial Services, LLC (wmim)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Not Recorded**
**Department: B**

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

### CIVIL MINUTES

HEARING TO BE HELD ON 11/29/2018 at 9:30 AM at Fresno Courtroom 13, Department B

An order has already been entered. Doc. #815.