3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:       rileywalter@w2lg.com

Attorneys for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry Street<br>                 Tulare, CA 93274 | CASE NO.  17-13797<br><br>DC No.: WW-49<br><br>Chapter 9<br><br>Date:   November 15, 2018<br>Time:   9:30 a.m.<br>Place:   2500 Tulare Street<br>            Fresno, CA 93721<br>            Courtroom 13<br>Judge:  Honorable René Lastreto II |

**MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT**
**(Leaf Capital Funding, LLC)**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

Tulare Local Healthcare District, dba Tulare Regional Medical Center, a California Health Care District, the Debtor ("Debtor" or "District"), hereby moves this Court pursuant to 11 U.S.C. §§ 365 and 901, and Bankruptcy Rules 6006 and 9014, for

an Order Rejecting Executory Contract as described below. In support of its Motion, the Debtor represents as follows:

1. This Court has jurisdiction over this Motion pursuant to 28 U.S. C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S. C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2). The statutory predicates for the relief sought in this Motion are §§ 105, 365, 901 and title 11 of the United States Code (the "Bankruptcy Code"), as complemented by Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure.

2. This case was filed as a Chapter 9 case on September 30, 2017 ("Petition Date").

3. The Debtor is a California healthcare district located in Western Tulare County.

4. The Debtor is in the business of owning a hospital and other healthcare facilities.

5. On May 24, 2016 ("Effective Date") the Debtor entered into a certain office equipment lease agreement ("Lease Agreement") with Leaf Capital Funding, LLC. A true and correct copy of the Lease Agreement is attached to the Declaration of Sanford Haskins as Exhibit "A", filed contemporaneously herewith.

6. The subject matter of the Lease Agreement is a Lanier MP2554 Copier System. The Lease Agreement calls for 60 consecutive monthly payments beginning on the Effective Date with an option to purchase for fair market value, plus applicable taxes, at the end of the lease period.

7. The Debtor has analyzed the Lease Agreement and determined in its sound business judgment, and as declared by Sanford Haskins, Chief Administrative Officer, that the Lease Agreement should be rejected.

/ / /

/ / /

/ / /

WHEREFORE, the Debtor respectfully requests entry of an Order (a) authorizing the Debtor to reject the Lease Agreement; (b) fixing the date by which any claim shall be filed; and (c) granting Debtor such other and further relief as this Court may deem just and proper.

Dated: October 26, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Danielle J. Bethel
Danielle J. Bethel, Attorneys for Debtor,
Tulare Local Healthcare District, dba
Tulare Regional Medical Center