WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Attorneys for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | DC No.: WW-49 |
| | Chapter 9 |
| Debtor. | Date: November 15, 2018 |
| | Time: 9:30 a.m. |
| Tax ID #: 94-6002897 | Place: 2500 Tulare Street |
| Address: 869 N. Cherry Street | Fresno, CA 93721 |
| Tulare, CA 93274 | Courtroom 13 |
| | Judge: Honorable René Lastreto II |

**DECLARATION OF CHIEF ADMINISTRATIVE OFFICER, SANFORD HASKINS IN SUPPORT OF MOTION FOR AUTHORIZATION TO REJECT EXECUTORY CONTRACT (Leaf Capital Funding, LLC)**

I, Sanford Haskins, hereby declare and represent as follows:

1. My name is Sanford Haskins. I am the Chief Administrative Officer of Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Debtor" or "District").

2. I have been involved in the healthcare industry for over 40 years.

3. I have personal knowledge of the facts contained herein and if I was called

---

DECLARATION OF SANFORD HASKINS IN
SUPPORT OF MOTION TO REJECT
EXECUTORY CONTRACT (LEAF)

1

M:\S-U\TRMC\PLEADINGS\WW-49 Motion to Reject Leaf
Financial Services
Lease\Declaration.Haskins.102418.jmm.docx

as a witness, I could and would testify as is set out in this Declaration. I am over the age of 18, have present knowledge, and am competent to testify to the matters contained in this Declaration.

4. On September 30, 2017, Debtor filed for Chapter 9 bankruptcy.

5. On May 24, 2016 ("Effective Date"), the Debtor entered into a certain office equipment lease agreement ("Lease Agreement") with Leaf Capital Funding, LLC. A true and correct copy of the Lease Agreement is hereto as Exhibit "A".

7. The subject matter of the Lease Agreement is a Lanier MP2554 Copier System. The Lease Agreement calls for 60 consecutive monthly payments beginning on the Effective Date with an option to purchase for fair market value, plus applicable taxes, at the end of the lease period.

8. I have personally analyzed the Lease Agreement and determined in my business judgment that the Lease Agreement should be rejected.

9. The District no longer needs the subject equipment.

10. Accordingly, based on my experience, knowledge, and business judgment, the Lease Agreement thus the Lease Agreement should be terminated.

11. I made this determination based on my experience in the healthcare industry and the needs of the Debtor. I informed the District's leadership of my recommendation that Debtor should terminate the Lease Agreement.

I SO DECLARE under penalty of perjury under the laws of the United States of America and that this declaration was executed on this 25 day of October, 2018 at Bend, Oregon.

_____
Sanford Haskins