3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-59<br><br>Chapter 9<br><br>Date: November 15, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**EXHIBIT TO SEVENTH OMNIBUS MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS**

///

///

///

///

| No. | Description | Pages |
|-----|-------------|-------|
| A | List of Designated Contracts | 2 |

Dated: 10/26 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Danielle Bethel
Danielle J. Bethel
Attorneys for Debtor Tulare Local Healthcare
District, dba Tulare Regional Medical Center

## List of Designated Contracts (Seventh Omnibus Motion)

| # | Contract Party | Description of Contract |
|---|---|---|
| 1 | MAINE STANDARDS COMPANY, LLC | Medical Supply Agreement |
| 2 | MARKETLAB INC | Medical Supply Agreement |
| 3 | MEDIVATORS CORPORATION | Medical Supply Agreement |
| 4 | MEDSUPPLY | Medical Supply Agreement |
| 5 | MERIDIAN BIOSCIENCE CORP | Medical Supply Agreement |
| 6 | MOBILE MINI, LLC | Storage Agreement |
| 7 | NOVA BIOMEDICAL CORPORATION | Supply Agreement |
| 8 | NSPIRE HEALTH, INC | Supply and Service Agreement |
| 9 | NTHRIVE, INC. | Services Agreement |
| 10 | OCULAR THERAPEUTIX INC. | Supply Agreement (Surgical) |
| 11 | OFFICE MAX CONTRACT INC | Supply Agreement (Office Supplies) |
| 12 | OLYMPUS AMERICA INC | Supply Agreement |
| 13 | OPTIMEDICAL SYSTEMS, INC. | Supply Agreement |
| 14 | ORTHO-CLINICAL DIAGNOSTICS | Supply Agreeement |
| 15 | PACIFIC MEDICAL, INC. | Optimum Alliance Agreement |
| 16 | PACIFIC MEDICAL, INC. | Supply Agreement |
| 17 | PACIFIC MEDICAL, LLC | Supply Agreement |
| 18 | PARAGARD DIRECT | Supply Agreement (Pharmaceuticals) |
| 19 | PARTS SOURCE | Supply Agreement (IV Pumps) |
| 20 | PEPSI COLA | Supply Agreement (Pepsi Products) |
| 21 | PHARMEDIUM SERVICES LLC | Service Agreement |
| 22 | PRAXAIR DISTRIBUTION, INC. | Service Agreement |
| 23 | PRESS GANEY ASSOCIATES, INC. | Master Services Agreement (Surveys) |
| 24 | SAN JOAQUIN CHEMICALS, INC. | Service Agreement |
| 25 | SIGMA-ALDRICH / SUPELCO | Supply Agreement |
| 26 | SMITH & NEPHEW, INC | Supply Agreement |
| 27 | STERICYCLE INC, a Delaware Corporation | Service Agreement (Biohazard Waste) |
| 28 | STOP ALARM, INC. | Service Agreement |
| 29 | SYNTHES LTD | Supply Agreement |
| 30 | ULTRALINQ HEALTHCARE SOLUTIONS | Service Agreement |
| 31 | ULTRALINQ HEALTHCARE SOLUTIONS, Inc. | Master Subscription Agreement |
| 32 | UNITED PARCEL SERVICE | Service Agreement |
| 33 | UNITED REFRIGERATION INC. | Service Agreement (HVAC Repairs) |
| 34 | VILLAGE LOCKSMITH | Service Agreement |
| 35 | WILLIAMS MEDICAL CO | Supply Agreement |
| 36 | WOLTERS KLUWER HEALTH | Service Agreement |



EXHIBIT A
Page 1 of 1