3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-59<br><br>Chapter 9<br><br>Date: November 15, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge: Honorable René Lastreto II |

**EXHIBIT TO SIXTH OMNIBUS MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS**

/ / /

/ / /

/ / /

/ / /

| No. | Description | Pages |
|-----|-------------|-------|
| A | List of Designated Contracts | 1 |

Dated: 10/26, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Danielle Bethel
Danielle J. Bethel
Attorneys for Debtor Tulare Local Healthcare District, dba Tulare Regional Medical Center

## List of Designated Contracts (Sixth Omnibus Motion)

| | Contract Party | Description of Contract |
|---|---|---|
| 1 | AIRGAS USA, LLC | Supply Agreement (Hospital Oxygen, Cylinder and Bulk ) |
| 2 | ALLIED RELIABILITY INC. | Service Agreement (Compliance Testing) |
| 3 | API HEALTHCARE CORPORATION | Software License, Equipment, and Purhcase Agreement |
| 4 | BAKER DISTRIBUTING COMPANY | Service Agreement (HVAC) |
| 5 | BECKMAN COULTER | Service Agreement (Machine Calibrations) |
| 6 | BRACCO DIAGNOSTICS INC | Supplly Agreement |
| 7 | BUZZ KILL PEST CONTROL | Service Agreement (Pest Control) |
| 8 | CALIFORNIA BOILER | Service Agreement (Boiler Repairs) |
| 9 | CALIFORNIA ENDOSCOPY | Supply Agreement (Medical Supplies) |
| 10 | CAPITOL DOOR SERVICE | Service Agreement (Doors) |
| 11 | CAREFUSION 203 INC | Surgical Supply Agreement |
| 12 | CAREFUSION 2200 | Surgical Supply Agreement |
| 13 | CAREFUSION SOLUTIONS, LLC | Supply Agreement (Alaris Products Agreement) |
| 14 | CAREFUSION SOLUTIONS, LLC | Supply Agreement (Pyxis Agreement) |
| 15 | CERTIFIED MEDICAL TESTING | Service Agreement (Compliance Testing) |
| 16 | COMPLIANCELINE, LLC | Compliance Line Set up - Annual Subscription |
| 17 | COMPUTER SYSTEMS ANALYSIS, INC | Service Agreement- Mammography Tracking software |
| 18 | CUMMINS WEST INC. | Service Agreement (Generator Service and Testing) |
| 19 | CYTO THERM L.P. | Agreement (Frozen Specimens) |
| 20 | DAN FREITAS ELECTRIC, INC. | Service Agreement (Electrical Repairs) |
| 21 | DUANE AMENT RADIOLOGY REPAIR | Service Agreement (Medical Imaging Servicing) |
| 22 | ECOLAB USA | Supply Agreement (Dishwashing) |
| 23 | EXECUTIVE HEALTH RESOURCES | Services Agreement |
| 24 | FOX INTERPRETING | Service Agreement (Interpretation Services) |
| 25 | GENERAL WATER TECHNOLOGIES | Service Agreement (Clinical Testing) |
| 26 | GLOBAL INDUSTRIAL | Supply Agreement (Maintenance Parts) |
| 27 | GRAINGER | Supply Agreement (Parts Supply) |
| 28 | HEALTH CARE LOGISTICS | Supply Agreement |
| 29 | HEALTHMARK INDUSTRIES CO., INC. | Supply Agreement |
| 30 | IMMUCOR INC. | Supply Agreement |
| 31 | INFORAD INC. | Services Agreement (Mass and Emergency Text Communication) |
| 32 | J & J HEALTHCARE SYSTEMS INC. | Surgical Supply Agreement |
| 33 | J'S COMMUNICATIONS, INC. | Service Agreement (Ambulance Repairs and Communications) |
| 34 | KARL STORZ ENDOSCOPY AMERICA, INC. | Service Agreement |
| 35 | KCI USA INC | Womb Vacs and Matresses |
| 36 | KEDRION BIOPHARMA, INC. | Medical Supply Agreement |
| 37 | LANGE PLUMBING SUPPLY INC | Plumbing Repairs Agreement |



EXHIBIT A
Page 1 Of 1