4

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-57<br><br>Chapter 9<br><br>Date: October 25, 2018<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**AMENDED ORDER ON FOURTH OMNIBUS MOTION AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS**
(Amended to attach correct Exhibit)

At Fresno, in the Eastern District of California.

The hearing on the Debtor's Fourth Omnibus Motion for Order Authorizing Rejection of Certain Executory Contracts (the "Motion") filed herein was heard on October 25, 2018. At the hearing Riley C. Walter appeared for the Debtor and other appearances are of record.

The Court having considered the Motion filed by Tulare Local Healthcare District, dba Tulare Regional Medical Center, and other papers submitted in support of the Motion, the record in this case, and admissible evidence presented to the Court on the Motion, and having received no objection to the Motion, hereby finds that: (a) the notice

RECEIVED
October 29, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006384532

of the Motion and hearing thereon were adequate and proper; (b) rejection of the executory contracts listed below is a sound exercise of the Debtor's business judgment; (c) the relief sought in the Motion is reasonable, necessary, and in the best interest of the Debtor and its creditors; and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion be, and hereby is, Granted.

2. Pursuant to 11 U.S.C. §§ 901 and 365, the Debtor is hereby authorized to reject the subject executory contracts and unexpired leases ("Designated Contracts"), a complete listing of which is attached to this order as Exhibit A.

3. Within five (5) days from the entry of this Order the Debtor shall serve a conformed copy of this Order on all persons whose agreement is authorized to be rejected by this Order.

4. The date by which any claim resulting from the rejection of this Designated Contracts shall be filed is December 24, 2018.

5. Such rejection is to be effective upon the date of this Order.

Submitted by:

WALTER WILHELM LAW GROUP,
a Professional Corporation

_/s/ Janel A Brubaker for_
Riley C. Walter, Attorneys for Tulare Local Healthcare District, dba Tulare Regional Medical Center

Dated: Oct 29, 2018

By the Court

_/s/ René Lastreto II_
René Lastreto II, Judge
United States Bankruptcy Court

### List of Designated Contracts (Fourth Omnibus Motion)

| # | Contract Party | Description of Contract |
|---|---|---|
| 1 | ABBVIE US LLC | Supply Agreement |
| 2 | ACCURATE BACKGROUND, LLC | Service Agreement |
| 3 | AESCULAP A BBRAUN CO. | Supply Agreement |
| 4 | AGILENT TECHNOLOGIES, INC | Supply Agreement |
| 5 | ALCO SALES AND SERVICE CO. | Service Agreement - HVAC Repairs |
| 6 | AMERICAN INCORPORATED | Service Agreement - HVAC Repairs |
| 7 | AMS SALES CORPORATION | Supply Agreement |
| 8 | APPLIED STATISTICS & MANAGEMENT | SOFTWARE - CLOUD SUPPORT |
| 9 | ARROW INTERNATIONAL | Supply Agreement |
| 10 | ARTHREX INC | Supply Agreement |
| 11 | AT&T MOBILITY | Service Agreement |
| 12 | AT&T MOBILITY | SERVICE AGREEMENT |
| 13 | BAUSCH & LOMB SURGICAL | Supply Agreement |
| 14 | BAXTER HEALTHCARE CORP | Supply Agreement |
| 15 | BE TECHNICAL, INC. | Service Agreement |
| 16 | BEAVER-VISITEC INTERNATIONAL | Supply Agreement |
| 17 | BIOMERIEUX INC | Supply Agreement |
| 18 | BIOMET TRAUMA, LLC | Supply Agreement |
| 19 | BIO-RAD LABORATORIES | Service Agreement - Screening |
| 20 | CANTRELL DRUG COMPANY | Supply Agreement |
| 21 | CDW DIRECT LLC | Software and Service Agreement |
| 22 | CENTRAL VALLEY BUSINESS FORMS | Service Agreement |
| 23 | CENTURION MEDICAL PRODUCTS | Supply Agreement |
| 24 | CIT | Copier Lease |
| 25 | CLEAN AIR ESSENTIALS 797 | Supply Agreement |
| 26 | COCA-COLA REFRESHMENTS USA, IN | Supply Agreement |
| 27 | COMPRESSION THERAPY CONCEPTS | Supply Agreement |
| 28 | CONMED CORP | Supply Agreement / Equipment Rental |
| 29 | COOK MEDICAL INC | Supply Agreement |
| 30 | COOPER SURGICAL | Supply Agreement |
| 31 | COZZINI BROS., INC. | Service Agreement |
| 32 | CULLIGAN WATER CONDITIONING | Service Agreement |
| 33 | CURASCRIPT SD | Supply Agreement |

EXHIBIT A
Page 1 of 2

| | | |
|---|---|---|
| 34 | DEPUY SYNTHES JOINT RESTORATION | Supply Agreement |
| 35 | DORNOCH MEDICAL SYSTEMS, INC. | Service Agreement |
| 36 | EIDE BAILLY LLP | Service Agreement |
| 37 | EL SOHLY LABORATORIES, INC. | Supply Agreement |
| 38 | EMPLOYMENT BACKGROUND INVESTIG | Service Agreement - Background Checks |
| 39 | ENV SERVICES INC. | Service Agreement |
| 40 | EPC ELECTRIC | Service Agreement |
| 41 | FEDERAL EXPRESS CORP | Service Agreement |
| 42 | FIRE DOOR SOLUTIONS, LLC | Service Agreement |
| 43 | FISHER & PAYKEL HEALTHCARE, INC. | Supply Agreement |
| 44 | FISHER SCIENTIFIC COMPANY INC | Supply Agreement (Reagents) |
| 45 | FREEDOM MEDICAL, INC. | Equipment Rental Agreement |
| 46 | GAME READY | Supply Agreement |
| 47 | GETINGE/CASTLE | Supply Agreement |
| 48 | HARDY DIAGNOSTICS | Supply Agreement |

EXHIBIT A
Page 2 Of 2