4

WALTER WILHELM LAW GROUP
 A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:     rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:     94-6002897<br>Address      869 N. Cherry St.<br>               Tulare, CA 93274 | Case No. 17-13797<br><br>Chapter:  Chapter 9<br><br>**DC No.: WW-41**<br><br>Date:     November 15, 2018<br>Time:     9:30 a.m.<br>Place:     2500 Tulare Street<br>           Fresno, CA 93721<br>           Courtroom 13<br>Judge:    Honorable René Lastreto II |

**STIPULATION TO (1) CONTINUE HEARING ON POTENTIAL ASSUMPTION OF MED ONE CAPITAL FUNDING, LLC'S POTENTIAL ASSUMED CONTRACT AND (2) SET DEADLINE FOR MED ONE CAPITAL FUNDING, LLC TO OBJECT TO CURE AMOUNT**

       Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "District"), the debtor in the above-captioned case, and Med One Capital Funding, LLC ("Med One") (Med One and the District are referred to herein, collectively, as "the Parties"), hereby stipulate and agree to (1) continue the hearing on the potential assumption and assignment of Med One's potential assumed contract, and (2) set forth

Stipulation to (1) Continue Hearing on Potential Assumption of Med One Capital Funding, LLC's Potential Assumed Contract and (2) Set Deadline for Med One Capital Funding, LLC to Object to Cure Amount

-1-

C:\Users\djp\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\RM55YP96\Stipulation to Continue Hearing and Set Deadline.110218.dib.docx

the deadline by which Med One must object to the cure amount for assumption and assignment of its potential assumed contract, as set forth below.

**STIPULATED FACTS**

A. On September 30, 2017("Petition Date"), the District commenced its Chapter 9 case.

B. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

C. This stipulation is entered into pursuant to 11 U.S.C. §§ 365 and 901 and LBR 9019.

D. On July 20, 2018, the District filed its Motion for Authority to Enter Into Transaction Including Borrowing Funds, Sales of Personal Property and Providing Security, Assumption and Assignment of Contracts and Leases and for Authority to Lease Real Property Pursuant to 11 U.S.C. Sections 105, 362, 364, 901 and 922, as well as certain declarations and exhibits in support thereof [Dkt. 603; WW-41] (collectively, the "Transaction Motion").

E. By the Transaction Motion, the District designates Med One as having at least one "Potential Assumed Contract" ("Med One's Potential Assumed Contract") and indicates that the amount of the District's default, which default the District must cure to assume and assign Med One's Potential Assumed Contract under Section 365 of the Bankruptcy Code, is "$0.00" (the "Cure Amount").

F. On August 1, 2018, the District and Med One entered into and filed a Stipulation to (1) Extend Deadline for Med One Capital Funding, LLC to Object to Assumption and Assignment of Potential Assumed Contract; (2) Continue Hearing on Potential Assumption of Med One Capital Funding, LLC's Potential Assumed Contract; and (3) Preclude Assumption and Assignment of Med One Capital Funding, LLC's Potential Assumed Contract Pending Resolution of Cure Amount. [Dkt. 658].

Stipulation to (1) Continue Hearing on Potential
Assumption of Med One Capital Funding, LLC's Potential
Assumed Contract and (2) Set Deadline for Med One
Capital Funding, LLC to Object to Cure Amount

-2-

C:\Users\djp\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\RM55YP96\Stipulation to Continue Hearing and Set Deadline.110218.dib.docx

G. On August 1, 2018, the Court entered an order approving the Parties' stipulation, as a result of which, the hearing on assumption and assignment of Med One's Potential Assumed Contract was continued to November 15, 2018, at 9:30 a.m., and the deadline for Med One to object to the Cure Amount was extended to a date to be agreed upon by the Parties. [Dkt. 675].

H. The District and Med One continue to engage in negotiations regarding the disposition of Med One's Potential Assumed Contract, including the Cure Amount. Accordingly, the Parties wish to further continue the hearing on assumption and assignment of Med One's Potential Assumed Contract and set forth the deadline by which Med One must object to the Cure Amount required for assumption and assignment of its potential assumed contract.

## STIPULATION AND AGREEMENT

Subject to Court approval, the District and Med One hereby stipulate and agree as follows:

1. The foregoing Stipulated Facts are incorporated herein by reference.

2. The hearing on assumption and assignment of Med One's Potential Assumed Contract, which is currently scheduled for November 15, 2018, at 9:30 a.m., shall be continued to December 20, 2018, at 9:30 a.m.

3. The agreed upon deadline by which Med One must object to the Cure Amount set forth in the Transaction Motion is December 10, 2018.

///
///
///
///
///
///
///

Stipulation to (1) Continue Hearing on Potential Assumption of Med One Capital Funding, LLC's Potential Assumed Contract and (2) Set Deadline for Med One Capital Funding, LLC to Object to Cure Amount

-3-

C:\Users\djp\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\RM55YP96\Stipulation to Continue Hearing and Set Deadline.110218.dib.docx

4. The District shall not assume nor assign Med One's Potential Assumed Contract(s) absent a resolution of the Cure Amount and related issues by mutual consent of the Parties or by further order of the Court.

IT IS SO STIPULATED.

Dated: 11/2, 2018

WALTER WILHELM LAW GROUP

By: /s/ Danielle J. Bethel
Danielle J. Bethel
Attorneys for Tulare Local Healthcare District, dba Tulare Regional Medical Center

Dated: November 2, 2018

DOWLING AARON INCORPORATED

By: /s/ Don J. Pool
Don J. Pool
Attorneys for Med One Capital Funding, LLC

Stipulation to (1) Continue Hearing on Potential Assumption of Med One Capital Funding, LLC's Potential Assumed Contract and (2) Set Deadline for Med One Capital Funding, LLC to Object to Cure Amount

-4-

C:\Users\djp\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\RM55YP96\Stipulation to Continue Hearing and Set Deadline.110218.dib.docx