7

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:        rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: WW-41 |
| Debtor. | |
| | Date:        November 15, 2018 |
| Tax ID #:   94-6002897 | Time:        9:30 a.m. |
| Address:    869 N. Cherry St. | Place:        2500 Tulare Street |
| Tulare, CA 93274 | Fresno, CA  93721 |
| | Courtroom 13 |
| | Judge:       Honorable René Lastreto II |

**ORDER APPROVING STIPULATION TO (1) CONTINUE HEARING ON POTENTIAL ASSUMPTION OF MED ONE CAPITAL FUNDING, LLC'S POTENTIAL ASSUMED CONTRACT AND (2) SET DEADLINE FOR MED ONE CAPITAL FUNDING, LLC TO OBJECT TO CURE AMOUNT**

The Court having reviewed the Stipulation to (1) Continue Hearing on Potential

Assumption of Med One Capital Funding, LLC's Potential Assumed Contract; and (2)

Set Deadline for Med One Capital Funding, LLC to Object to Cure Amount (the

"Stipulation") entered into by and between Tulare Local Healthcare District, dba Tulare

Regional Medical Center (the "District") and Med One Capital Funding, LLC ("Med

One") (collectively, "the Parties"), by and through their respective counsel, and good

cause appearing to approve the Stipulation without a hearing,

RECEIVED
November 02, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006388462

STIPULATION EXTENDING
...T AND CONTINUING HEARING

-1-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.    The Stipulation, a copy of which is attached hereto as Exhibit A, is approved.

2.    The deadline for Med One Healthcare Corporation to object to the Cure Amount of its potential assumed contract as set forth in the Debtor's Motion For Authority To Enter Into Transaction Including Borrowing Funds, Sales Of Personal Property And Providing Security, Assumption And Assignment Of Contracts And Leases And For Authority To Lease Real Property Pursuant To 11 U.S.C. Sections 105, 362, 364, 901 And 922 ("Transaction Motion") (Dkt. 603; WW-41) is hereby extended from August 1, 2018 to December 10, 2018.

3.    The hearing on assumption and assignment of Med One's potential assumed contract is hereby continued from November 15, 2018 to December 20, 2018.

///

///

///

///

///

///

///

///

///

///

///

///

4.    Med One's potential assumed contract shall not be assumed by the District pursuant to the Transaction Motion absent a resolution of the Cure Amount and related issues by mutual consent of the Parties or by further order of the Court.

Submitted by:

WALTER WILHELM LAW GROUP,
a Professional corporation

_____
Danielle J. Bethel
Attorneys for Tulare Local Healthcare District, dba
Tulare Regional Medical Center

Dated: Nov 05, 2018                    By the Court

*René Lastreto II*

René Lastreto II, Judge
United States Bankruptcy Court

4

WALTER WILHELM LAW GROUP
 A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:      rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter:  Chapter 9 |
| | **DC No.: WW-41** |
| Debtor. | Date:       November 15, 2018<br>Time:       9:30 a.m.<br>Place:      2500 Tulare Street<br>              Fresno, CA 93721<br>              Courtroom 13 |
| Tax ID #:        94-6002897<br>Address         869 N. Cherry St.<br>                    Tulare, CA 93274 | Judge:    Honorable René Lastreto II |

**STIPULATION TO (1) CONTINUE HEARING ON POTENTIAL ASSUMPTION OF MED ONE CAPITAL FUNDING, LLC'S POTENTIAL ASSUMED CONTRACT AND (2) SET DEADLINE FOR MED ONE CAPITAL FUNDING, LLC TO OBJECT TO CURE AMOUNT**

Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "District"), the debtor in the above-captioned case, and Med One Capital Funding, LLC ("Med One") (Med One and the District are referred to herein, collectively, as "the Parties"), hereby stipulate and agree to (1) continue the hearing on the potential assumption and assignment of Med One's potential assumed contract, and (2) set forth

Stipulation to (1) Continue Hearing on Potential
Assumption of Med One Capital Funding, LLC's Potential
Assumed Contract and (2) Set Deadline for Med One
Capital Funding, LLC to Object to Cure Amount                        -1-

EXHIBIT ___
Page ___ Of ___

C:\Users\djp\AppData\Local\Microsoft\Windows\INetCache\C
ontent.Outlook\RM55YP96\Stipulation to Continue Hearing
and Set Deadline.110218.dib.docx

1  the deadline by which Med One must object to the cure amount for assumption and

2  assignment of its potential assumed contract, as set forth below.

3                          **STIPULATED FACTS**

4          A.      On September 30, 2017("Petition Date"), the District commenced its

5  Chapter 9 case.

6          B.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and

7  1334.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.   This is a core

8  proceeding under 28 U.S.C. § 157(b)(2).

9          C.      This stipulation is entered into pursuant to 11 U.S.C. §§ 365 and 901 and

10 LBR 9019.

11         D.      On July 20, 2018, the District filed its Motion for Authority to Enter Into

12 Transaction Including Borrowing Funds, Sales of Personal Property and Providing

13 Security, Assumption and Assignment of Contracts and Leases and for Authority to

14 Lease Real Property Pursuant to 11 U.S.C. Sections 105, 362, 364, 901 and 922, as

15 well as certain declarations and exhibits in support thereof [Dkt. 603; WW-41]

16 (collectively, the "Transaction Motion").

17         E.      By the Transaction Motion, the District designates Med One as having at

18 least one "Potential Assumed Contract" ("Med One's Potential Assumed Contract") and

19 indicates that the amount of the District's default, which default the District must cure to

20 assume and assign Med One's Potential Assumed Contract under Section 365 of the

21 Bankruptcy Code, is "$0.00" (the "Cure Amount").

22         F.      On August 1, 2018, the District and Med One entered into and filed a

23 Stipulation to (1) Extend Deadline for Med One Capital Funding, LLC to Object to

24 Assumption and Assignment of Potential Assumed Contract; (2) Continue Hearing on

25 Potential Assumption of Med One Capital Funding, LLC's Potential Assumed Contract;

26 and (3) Preclude Assumption and Assignment of Med One Capital Funding, LLC's

27 Potential Assumed Contract Pending Resolution of Cure Amount.   [Dkt. 658].

28

EXHIBIT ___

Page ___ OF ___

Stipulation to (1) Continue Hearing on Potential
Assumption of Med One Capital Funding, LLC's Potential
Assumed Contract and (2) Set Deadline for Med One
Capital Funding, LLC to Object to Cure Amount

-2-

C:\Users\djp\AppData\Local\Microsoft\Windows\INetCache\C
ontent.Outlook\RM55YP96\Stipulation to Continue Hearing
and Set Deadline.110218.djb.docx

G.    On August 1, 2018, the Court entered an order approving the Parties' stipulation, as a result of which, the hearing on assumption and assignment of Med One's Potential Assumed Contract was continued to November 15, 2018, at 9:30 a.m., and the deadline for Med One to object to the Cure Amount was extended to a date to be agreed upon by the Parties. [Dkt. 675].

H.    The District and Med One continue to engage in negotiations regarding the disposition of Med One's Potential Assumed Contract, including the Cure Amount. Accordingly, the Parties wish to further continue the hearing on assumption and assignment of Med One's Potential Assumed Contract and set forth the deadline by which Med One must object to the Cure Amount required for assumption and assignment of its potential assumed contract.

## STIPULATION AND AGREEMENT

Subject to Court approval, the District and Med One hereby stipulate and agree as follows:

1.    The foregoing Stipulated Facts are incorporated herein by reference.

2.    The hearing on assumption and assignment of Med One's Potential Assumed Contract, which is currently scheduled for November 15, 2018, at 9:30 a.m., shall be continued to December 20, 2018, at 9:30 a.m.

3.    The agreed upon deadline by which Med One must object to the Cure Amount set forth in the Transaction Motion is December 10, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation to (1) Continue Hearing on Potential
Assumption of Med One Capital Funding, LLC's Potential
Assumed Contract and (2) Set Deadline for Med One
Capital Funding, LLC to Object to Cure Amount

-3-

EXHIBIT A
Page 3 of 4

C:\Users\djp\AppData\Local\Microsoft\Windows\INetCache\C
ontent.Outlook\RM55YP96\Stipulation to Continue Hearing
and Set Deadline.110218.dib.docx

4.     The District shall not assume nor assign Med One's Potential Assumed Contract(s) absent a resolution of the Cure Amount and related issues by mutual consent of the Parties or by further order of the Court.

IT IS SO STIPULATED.

Dated: _____11/2_____, 2018          WALTER WILHELM LAW GROUP

By: _____
Danielle J. Bethel
Attorneys for Tulare Local Healthcare
District, dba Tulare Regional Medical
Center

Dated: ___November 2___, 2018          DOWLING AARON INCORPORATED

By: _____
Don J. Pool
Attorneys for Med One Capital Funding,
LLC

Stipulation to (1) Continue Hearing on Potential
Assumption of Med One Capital Funding, LLC's Potential
Assumed Contract and (2) Set Deadline for Med One
Capital Funding, LLC to Object to Cure Amount

-4-

EXHIBIT 4
Page 4 of 4

C:\Users\djp\AppData\Local\Microsoft\Windows\INetCache\C
ontent.Outlook\RM55YP96\Stipulation to Continue Hearing
and Set Deadline.110218.dib.docx