```
3
```
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:        rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:    869 N. Cherry Street<br>                    Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No. WW-41<br><br>Chapter 9<br><br>**DEBTOR'S STATUS REPORT IN ADVANCE OF HEARING ON ASSUMPTION AND ASSIGNMENT OF CERTAIN POTENTIAL ASSUMED CONTRACTS**<br><br>Date:   November 15, 2018<br>Time:   9:30 a.m.<br>Place:  2500 Tulare Street<br>            Fresno, CA 93721<br>            Courtroom 13<br>Judge:  Honorable René Lastreto II |

TO THE HONORABLE RENE LASTRÉTO II, UNITED STATES BANKRUPTCY JUDGE: TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER ("Debtor" or "District"), respectfully submits the following Status

Report in Advance of Hearing on Assumption and Assignment of Certain Potential Assumed Contracts:

1. On July 20, 2018, the District filed its' Motion for Authority to Enter Into Transaction Including Borrowing Funds, Sales of Personal Property and Providing Security, Assumption and Assignment of Contracts and Leases and for Authority to Lease Real Property Pursuant to 11 U.S.C. Sections 105, 362, 364, 901 and 922, as well as certain declarations and exhibits in support thereof [Dkt. 603; WW-41] (collectively, the "Transaction Motion").

2. By the Transaction Motion, the District designated certain contracts for assumption and assignment as part of the transaction at issue in the Transaction Motion ("Potential Assumed Contract(s)").

3. Prior to the August 2, 2018 hearing on the Transaction Motion, the District stipulated to continue the hearing on assumption and assignment of certain Potential Assumed Contracts to November 15, 2018. A summary of these stipulations ("the Stipulations") is set forth below.

| Other Party to Stipulation | Docket Number |
|---|---|
| API Healthcare Corporation | 632 |
| QCM Technologies, Inc. | 659 |
| Med One Capital Funding, LLC | 658 |
| Heiskell Ranches, L.P. | 660 |

4. In addition to continuing the hearing from August 2, 2018 to November 15, 2018, the Stipulations served to extend the deadline to object to assumption and assignment of the respective Potential Assumed Contracts, and precluded assumption and assignment of the respective Potential Assumed Contracts pending resolution of the respective cure amounts.

DEBTOR'S STATUS REPORT IN ADVANCE OF HEARING ON ASSUMPTION AND ASSIGNMENT OF CERTAIN POTENTIAL ASSUMED CONTRACTS

- 2 -

M:\S-U\TRMC\PLEADINGS\WW-41 Motion to Borrowing Funds and Providing Security [Adventist Health]\Status.Report.111518.WW41.DJB.jmm.docx

5.　As to API Healthcare Corporation, this Potential Assumed Contract is currently subject to the District's Sixth Omnibus Motion for Order Authorizing Rejection of Certain Executory Contracts [Dkt. 844; WW-59] which is set for hearing on November 15, 2018.

6.　As to QCM Technologies, Inc., this Potential Assumed Contract was rejected pursuant to the Court's October 27, 2018 Order on Fifth Omnibus Motion Authorizing Rejection of Certain Executory Contracts [Dkt.850; WW-58].

7.　As to Med One Capital Funding, LLC, the hearing on this Potential Assumed Contract has been continued to December 20, 2018 pursuant to the Court's Order dated November 5, 2015 [Dkt. 865].

8.　As to Heiskell Ranches, L.P., these Potential Assumed Contracts (2) are the subject of the District's Motion for Order Authorizing Assumption of Unexpired Nonresidential Real Property Leases Pursuant to Stipulation, which is set for hearing on November 15, 2018 [Dkt. 733; WW-46].

9.　The District will appear at the continued hearing. However, in light of the above, the District requests the above matters be dropped from the Court's calendar as moot.

May the Court be so apprised.

Dated: November 9, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Danielle J. Bethel
Danielle J. Bethel,
Attorneys for the Debtor, Tulare Local Healthcare District, dba Tulare Regional Medical Center