**2 PAGES**
BUCHALTER
A Professional Corporation
MARK M. SCOTT (SBN: 138569)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: mscott@buchalter.com

JEANNIE KIM (SBN: 270713)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Fax: 415.227.0770
Email: jkim@buchalter.com

Attorneys for Movant
Wells Fargo Vendor Financial Services, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

In re

TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,

　　　　Debtor.

Case No. 17-13797-B-9

Chapter 9

DC No: BPC-001

**NOTICE OF WITHDRAWAL OF MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION OF EQUIPMENT LEASES; AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C) TERMINATING THE AUTOMATIC STAY**

Date:　　December 20, 2018
Time:　　9:30 a.m.
Dept:　　B
Place:　　Courtroom 13, 5th Floor
　　　　　2500 Tulare Street
　　　　　Fresno, CA 93721

BN 34860617v1　　　　　　　1

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

**NOTICE OF WITHDRAWAL OF MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION OF EQUIPMENT LEASES; AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C) TERMINATING THE AUTOMATIC STAY**

TO THE HONORABLE RENÈ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE; DEBTOR TULARE LOCAL HEALTHCARE DISTRICT, ITS COUNSEL OF RECORD, THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that Wells Fargo Vendor Financial Services, LLC ("WFVFS") hereby withdraws its Motion for an Order (A) Compelling Assumption or Rejection of Equipment Leases and (B) Directing Payment of Post-Petition Rent or, Alternatively, (C) Terminating the Automatic Stay (the "Motion") filed with the Court and assigned Docket Control No. BPC-1.

**PLEASE ALSO TAKE FURTHER NOTICE** that WFVFS respectfully requests that the Court vacate the continued hearing on the Motion, currently set for December 20, 2018, at 9:30 a.m.

DATED: December 5, 2018

BUCHALTER
A Professional Corporation

By: /s/ Jeannie Kim
JEANNIE KIM
Attorneys for Movant
Wells Fargo Vendor Financial Services,

BN 34860617v1

2

NOTICE OF WITHDRAWAL OF MOTION FOR ORDER (A) COMPELLING ASSUMPTION OR REJECTION OF EQUIPMENT LEASES; AND (B) DIRECTING PAYMENT OF POST-PETITION ADMINISTRATIVE RENT OR, ALTERNATIVELY, (C) TERMINATING THE AUTOMATIC STAY