3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-69<br><br>Chapter 9<br><br>Date: January 17, 2019<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**MOTION FOR ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACT (CERNER CORPORATION AND CERNER HEALTH SERVICES, INC.)**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

    Debtor, Tulare Local Healthcare District, doing business as Tulare Regional Medical Center ("Debtor" or the "District") hereby moves the Court, pursuant to 11 U.S.C. §§ 365 and 901, and F.R.B.P. 6006 and 9014, for entry of an order authorizing the District to reject certain contracts, amendments, schedules and arrangement letters, as defined more fully below, between the District and Cerner Corporation ("Cerner

Corp") and its subsidiary, Cerner Health Services, Inc. ("Cerner H.S." and collectively with Cerner Corp., "Cerner").

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicates for the relief sought by this Motion are set forth above.

2. This Motion is based on the Motion, the Notice, Memorandum of Points and Authorities, the Declaration of Sanford Haskins in Support of the Motion, the files, pleadings and orders on file in this Chapter 9 case, and such other and further evidence as properly put before the Court.

3. This case was filed as a Chapter 9 case on September 30, 2017.

4. The Debtor is a California healthcare district located in Western Tulare County.

5. The Debtor is in the business of owning a hospital and other healthcare facilities.

6. On or about September 30, 2009, the Debtor entered into an IT and Managed Services Agreement with Siemens Medical Solutions USA, Inc. ("Siemens"). In connection with Cerner Corp.'s acquisition of the Health Services business of Siemens effective February 2, 2015, Siemens assigned the IT and Managed Services Agreement to Cerner H.S. Since 2009, the District has entered into various additional contracts, amendments, schedules and arrangement letters with Siemens and later Cerner, including but not limited to the Cerner System Schedule No. 1 dated June 30, 2015, Amendment and Release No. 1-4K80H8B dated June 30, 2015, Cerner Reference Agreement dated March 13, 2015, Cerner Sales Order dated December 31, 2015, Cerner System Schedule No. 2 dated February 24, 2016, Amendment No. 1-52OARIS, and Cerner Sales Order dated November 2, 2016 (collectively with the IT and Managed Services Agreement referred to as the "Agreement").

///

7. The District has analyzed the Agreement and has determined in its sound business judgment, and as declared by Sanford Haskins, Chief Administrative Officer, that the Agreement should be rejected.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order: (1) authorizing the rejection of the Agreement; (2) fixing the date by which any claim(s) based on this Motion must be filed; and (3) granting the Debtor such other relief as the Court may deem just and proper.

Dated: December 27, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____
Danielle J. Bethel
Attorneys for Debtor Tulare Local Healthcare District, dba Tulare Regional Medical Center