3
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-69<br><br>Chapter 9<br><br>Date:　January 17, 2019<br>Time:　9:30 a.m.<br>Place:　2500 Tulare Street<br>　　　　　Fresno, CA 93721<br>　　　　　Courtroom 13<br>Judge:　Honorable René Lastreto II |

**DECLARATION OF SANFORD HASKINS IN SUPPORT OF MOTION FOR ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACT (CERNER CORPORATION AND CERNER HEALTH SERVICES, INC.)**

I, Sanford Haskins, hereby declare and represent as follows:

1.　My name is Sanford Haskins. I am the interim Chief Administrative Officer of Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Debtor" or the "District").

///

///

2.　I make this Declaration in support of the District's Motion for Order Authorizing Rejection of Executory Contract (Cerner Corporation and Cerner Health Services, Inc.) ("Motion").

3.　I have personal knowledge of the facts contained herein, except for those stated on information and belief, and as to those matters I believe them to be true.

4.　The District filed this Chapter 9 case on September 30, 2018 ("Petition Date").

5.　The District is a California healthcare district located in Western Tulare County.

6.　On or about September 30, 2009, the District entered into an IT and Managed Services Agreement with Siemens Medical Solutions USA, Inc. ("Siemens"). In connection with Cerner Corp.'s acquisition of the Health Services business of Siemens effective February 2, 2015, Siemens assigned the IT and Managed Services Agreement to Cerner H.S. Since 2009, the District has entered into various additional contracts, amendments, schedules and arrangement letters with Siemens and later Cerner, including but not limited to the Cerner System Schedule No. 1 dated June 30, 2015, Amendment and Release No. 1-4K80H8B dated June 30, 2015, Cerner Reference Agreement dated March 13, 2015, Cerner Sales Order dated December 31, 2015, Cerner System Schedule No. 2 dated February 24, 2016, Amendment No. 1-52OARIS, and Cerner Sales Order dated November 2, 2016 (collectively with the IT and Managed Services Agreement referred to as the "Agreement").

7.　In my business judgment on behalf of the District, I have determined that the Agreement is no longer needed in the District's business and, therefore, provides no benefit to the District and should be rejected.

///

///

///

///

8. I am over the age of eighteen and if I were called as a witness in connection with these proceedings I would and could testify as set out in this Declaration.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 27th day of December, 2018, at Portland, Oregon.

_____
Sanford Haskins