3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

(SPACE BELOW FOR FILING STAMP ONLY)

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-68<br><br>Chapter 9<br><br>Date: January 17, 2019<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**TENTH OMNIBUS MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

    Debtor, Tulare Local Healthcare District, doing business as Tulare Regional Medical Center ("Debtor" or the "District") hereby moves the Court, pursuant to 11 U.S.C.

§§ 901, 365, and F.R.B.P. 6006(f), for entry of an order authorizing the District to reject certain executory contracts[1] ("Designated Contracts") as follows:

1. This Motion is based on the Motion, the Exhibits, the Notice, and the Declaration of Sanford Haskins in Support of the Motion.

2. A list of the Designated Contracts is attached hereto as Exhibit "A" and specifies the following information as to each of the Designated Contracts: (1) contract party, and (2) a description of the subject contract.

3. Sections and 901 and 365(a) allow for the rejection of any executory contract subject to court approval. F.R.B.P. 6006 further allows for omnibus rejection of contracts, provided that, among other things, the list of contracts to be rejected is limited to no more than 100 contracts per motion. F.R.B.P. 6006(f).

4. The standard for reviewing whether a contract should be assumed or rejected is one of business judgment. <u>Group of Institutional Investors v. Chicago, Milwaukee, St. Paul and Pacific R.R. Co.</u>, 318 U.S. 523, 550 (1943). In applying the "business judgment standard, courts show great deference to a debtor's decision to assume [or reject] executory contracts, with only a cursory review of [the debtor's] decision...." <u>In re Pomona Valley Medical Group, Inc.</u>, 476 F.3d 665, 670 (9th Cir. 2007). As long as the decision to assume or reject such contracts is a reasonable exercise of business judgment, a court should approve the assumption or rejection of an executory contract. <u>See</u> e.g. <u>NLRB v. Bildisco & Bildisco</u>, 465 U.S. 513, 523 (1984).

5. The District has determined that the Designated Contracts are no longer needed or desired. <u>See</u> Declaration of Sanford Haskins. Accordingly, based on its sound business judgment, the District hereby seeks authority to reject the Designated Contracts.

---

[1] While the District recognizes that the contracts sought to be rejected may not constitute "executory contracts" within the meaning of 11 U.S.C. § 365, the District wishes to reject these contracts nonetheless out of an abundance of caution and for the avoidance of any doubt.

6. Rejection of the Designated Contracts is essential to Debtor's successful reorganization because the Designated Contracts provide no ongoing benefit to Debtor. If Debtor were to continue performance under the Designated Contracts and their unfavorable terms Debtor's reorganization would be harmed.

7. Based on the foregoing, Debtor has satisfied the requirements of 11 U.S.C. § 365 and F.R.B.P. 6006(f). Therefore, the Court is requested to issue an order authorizing the rejection of the Designated Contracts.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order:

(1) Authorizing the rejection of the Designated Contracts; (2) fixing the date by which any claims based on this Motion must be filed; and (3) grant such other relief as is just and proper.

Dated: December 27, 2018　　　　WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Danielle J. Bethel
Danielle J. Bethel
Attorneys for Debtor Tulare Local Healthcare District, dba Tulare Regional Medical Center