3
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

(SPACE BELOW FOR FILING STAMP ONLY)

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-68<br><br>Chapter 9<br><br>Date: January 17, 2019<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**NOTICE OF HEARING ON TENTH OMNIBUS MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE that a hearing on Debtor's Tenth Omnibus Motion for Order Authorizing Rejection of Certain Executory Contracts ("Motion") will be held before the Honorable René Lastreto II at the above listed date, time, and courtroom, at the United States Courthouse located at 2500 Tulare Street, in Fresno, California. The Motion and supporting papers are being served on the interested parties pursuant to Sections 901, 365, and F.R.B.P. 6006, 7004 and 9014.

By the Motion, the Debtor requests the Court authorize the rejection of certain executory contracts[1]. If you are receiving this Notice you may be a party to one or more of the executory contracts which the Debtor is seeking authority to reject ("Designated Contracts"). A list of the Designated Contracts is attached as Exhibit "A" to the Motion which is filed and served concurrently with this Notice.

This Motion is set on fourteen days' notice pursuant to Local Bankruptcy Rule 9014-1(f)(2). The Motion and supporting papers were served on the interested parties.

No interested party is required to file written opposition to a motion filed on fourteen days' notice. Opposition, if any, however, may be served on Walter Wilhelm Law Group, 205 East River Park Circle, Ste. 410, Fresno, CA 93720, and the U.S. Trustee's Office, 2500 Tulare Street, Ste. 1401, Fresno, CA 93721. Any opposition to the relief requested by the Debtor may be raised at the time of the hearing. If opposition is presented, or if there is other good cause shown, the Court may continue the hearing to permit the filing of evidence and briefs.

The Court may decide the matter in advance of the hearing and remove the matter from calendar. Parties in interest can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view (any) pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. on the day before the hearing.

///

///

///

///

---

[1] While the District recognizes that the contracts sought to be rejected may not constitute "executory contracts" within the meaning of 11 U.S.C. § 365, the District wishes to reject these contracts nonetheless out of an abundance of caution and for the avoidance of any doubt.

The Court permits telephonic appearances. In order to appear by telephone, you must contact CourtCall at (866) 582-6878 at least 24 hours prior to the hearing. There is a fee charged by CourtCall for telephonic appearances. Failure to be at the telephone number provided at the time of the hearing will be treated as a failure to appear.

If no objection is filed, the court may enter an order pursuant to F.R.B.P. 4001(d)(3) approving or disapproving the agreement without conducting a hearing.

Dated: December 21, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

_____
Danielle J. Bethel,
Attorneys for Debtor, Tulare Local Healthcare District, dba Tulare Regional Medical Center