(SPACE BELOW FOR FILING STAMP ONLY)

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | DC No.: WW-68 |
| | Chapter 9 |
| Debtor. | Date: January 17, 2019 |
| | Time: 9:30 a.m. |
| Tax ID #: 94-6002897 | Place: 2500 Tulare Street |
| Address: 869 N. Cherry Street Tulare, CA 93274 | Fresno, CA 93721 |
| | Courtroom 13 |
| | Judge: Honorable René Lastreto II |

**DECLARATION OF SANFORD HASKINS IN SUPPORT OF TENTH OMNIBUS MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS**

I, Sanford Haskins, hereby declare and represent as follows:

1. My name is Sanford Haskins. I am the interim Chief Administrative Officer of Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Debtor" or the "District"). I am authorized to make this declaration.

2. I make this Declaration in support of the District's Tenth Omnibus Motion for Order Authorizing Rejection of Certain Executory Contracts.

3. I have personal knowledge of the facts contained herein, except for those stated on information and belief, and as to those matters I believe them to be true.

4. In my business judgment on behalf of the District, I have reviewed and determined that the contracts that are the subject of this Motion ("Designated Contracts[1]"), a list of which is attached to the Motion, are no longer needed in the District's business and therefore provide no benefit to the District and should therefore be rejected.

5. I am over the age of eighteen and if I were called as a witness in connection with these proceedings I would and could testify as set out in this Declaration.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 21st day of December, 2018, at Portland, OR.

_____
Sanford Haskins

---

[1] While the District recognizes that the Designated Contracts may not constitute "executory contracts" within the meaning of 11 U.S.C. § 365, the District wishes to reject the Designated Contracts nonetheless out of an abundance of caution and for the avoidance of any doubt.

| EXHIBIT TO TENTH OMNIBUS MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS | -2- | M:\S-U\TRMC\PLEADINGS\WW-68 Tenth Omnibus Motion to Reject Contracts\Declaration.Haskins.djb.docx |