```
3
```

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:         rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #:   94-6002897<br>Address:    869 N. Cherry Street<br>                    Tulare, CA 93274 | CASE NO.  17-13797<br><br>DC No.: WW-68<br><br>Chapter 9<br><br>Date:   January 17, 2019<br>Time:  9:30 a.m.<br>Place:  2500 Tulare Street<br>          Fresno, CA 93721<br>          Courtroom 13<br>Judge:  Honorable René Lastreto II |

**EXHIBIT TO TENTH OMNIBUS MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS**

/ / /

/ / /

/ / /

/ / /

---

EXHIBIT TO TENTH OMNIBUS MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS   -1-   M:\S-U\TRMC\PLEADINGS\WW-68 Tenth Omnibus Motion to Reject Contracts\Exhibit Page.djb.docx

| No. | Description | Pages |
|-----|-------------|-------|
| A | List of Designated Contracts | 1 |

Dated: December 27, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _/s/ Danielle J. Bethel_
Danielle J. Bethel
Attorneys for Debtor Tulare Local Healthcare District, dba Tulare Regional Medical Center

### Contracts to be Rejected by Tenth Omnibus Motion to Reject Certain Executory Contracts

| # | Name | Agreement Type |
|---|---|---|
| 1 | Angelica Textile Services, Inc. | Service Agreement |
| 2 | Beavers, Jshondo | Service Agreement |
| 3 | Central California Cardiovascular | Physician Service Agreement |
| 4 | Channelford Associates | Consulting Agreement |
| 5 | Comphealth Assoc., Inc. Urology MD | Physician Recruitment Agreement |
| 6 | CROSSCHX, INC | Service Agreement |
| 7 | CSI Software, Inc. | Software Agreement |
| 8 | Dennis G. Stambaugh | Service Agreement |
| 9 | Fresno City College | Student Agreement |
| 10 | GE Medical Systems Information | Service Agreement |
| 11 | Haack, Susan MD, dba Tulare Pediatric Group | Physician Service Agreement |
| 12 | Heaney, David | Physician Service Agreement |
| 13 | Image Strem Medical, Inc. | Service Agreement |
| 14 | InCare MD, a corporation | Physician Service Agreement |
| 15 | Jefferson Cline | Physician Service Agreement |
| 16 | Kamboj, Prem MD | Physician Service Agreement |
| 17 | Kesavaramanujam, Satish MD | Physician Service Agreement |
| 18 | Kluger Architects | Construction Contracts (2) |
| 19 | Liu, Jonathan | Physician Service Agreement |
| 20 | Lois Tickle Consulting Services, Inc | Service Agreement |
| 21 | Orth, Robert MD, dba Tulare Ped. | Physician Service Agreement |
| 22 | Pediatrix Medical Group | Service Agreement |
| 23 | Rashid, Saqib MD | Physician Service Agreement |
| 24 | Shah, Asit MD, dba Tulare Ped. Grp. | Physician Service Agreement |
| 25 | Siemens Industry, Inc. | Construction Contract (IT) |
| 26 | Tulare Anesthesia Consultants, Inc. | Physician Service Agreement |
| 27 | USC Care Medical Group, Inc | Physician Service Agreement |
| 28 | Visalia Medical Clinic | Physician On-Call Agreement |

EXHIBIT A
Page 1 Of 1