UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

---

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** AML-1
**Date:** 01/04/2019
**Time:** 9:30 AM

**Matter:** [919] - Motion for Relief from Automatic Stay [AML-1] Filed by Creditors MB Equipment Finance, LLC, MB Financial Bank, N.A. (Fee Paid $181) (eFilingID: 6407257) (svim) [919] - Motion/Application for Adequate Protection [AML-1] Filed by Creditors MB Equipment Finance, LLC, MB Financial Bank, N.A. (svim) [919] - Motion/Application to Determine the Automatic Stay is Inapplicable to Proceedings Concerning Seized Funds [AML-1] Filed by Creditors MB Equipment Finance, LLC, MB Financial Bank, N.A. (svim)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Not Recorded
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

HEARING TO BE HELD ON 1/17/2019 at 9:30 AM at Fresno Courtroom 13, Department B


Motion Granted in part, Resolved without Oral Argument


The court will issue the order.

Movant and Debtor filed a stipulation (doc. #953) which was approved by the court on December 27, 2018 (doc. #959). No party filed opposition to the stay relief described in the stipulation and order.

The automatic stay is terminated as to Celtic Commercial Finance and MB Financial Bank, N.A. ("MB Parties") to allow them to immediately

enforce all of their respective rights, remedies, and claims with respect to the Seized Funds described in the motion, including, but not limited to, seeking to intervene in the underlying state court proceeding concerning the Seized Funds and seeking to assert any ownership interest in the Seized Funds under applicable law. The stipulation is attached to doc. #959.

The 14-day stay provided in Federal Rule of Bankruptcy Procedure 4001(a)(3) was hereby waived as required to implement the limited relief described in the stipulation and order.

Except with respect to the relief from stay granted hereby, the hearing on this motion was continued to January 17, 2019 at 9:30 a.m. Debtor's opposition, if any, will be due January 3, 2019, and the MB Parties' reply will be due January 10, 2019. Except for the relief from stay granted hereby, the parties to the stipulation shall not modify any of the Parties' respective rights and remedies.