WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-70<br><br>Chapter 9<br><br>Date: N/A<br>Time: N/A<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**APPLICATION FOR ORDER SHORTENING TIME
FOR HEARING ON MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSIES
(MB EQUIPMENT FINANCE, LLC AND MB FINANCIAL BANK, N.A.)**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

The District, by and through counsel, respectfully seeks an Order Shortening Time for notice on the above referenced Motion as follows:

**RELIEF SOUGHT:**

Order Approving Compromise of Controversies with Celtic Commercial Finance, a division of MB Equipment, LLC and MB Financial Bank, N.A.

Attached as Exhibit A is a copy of the proposed Motion showing the relief sought.

**REASON FOR REQUEST:**

The Declaration in Support describes the reason for the requested order shortening time.

**DATE REQUESTED:** January 17, 2019 at 9:30 a.m.

WHEREFORE, the District requests that this Court enter its Order as follows:

1. That this Application be granted;
2. That the time for notice be shortened;
3. That notice be given to all secured creditors and counsel, if known; the twenty largest unsecured creditors; parties requesting special notice; Adventist Health; Wilmington Trust; the Debtor; and the U.S. Trustee's Office.
4. The Hearing be held at the above date and time.
5. The District shall give notice to the required parties on or before January 4, 2019, by email and first class mail;
6. Objections, if any, can be presented:

   ☐ At the time of the hearing; and  ☒ Up to one (1) court day prior to the hearing;

7. For such other relief as is just and proper.

Dated: January 4, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: *Riley C. Walter*
Riley C. Walter, Chapter 9 Counsel for
Tulare Local Healthcare District, dba
Tulare Regional Medical Center