WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO.　17-13797<br><br>DC No.: WW-70<br><br>Chapter 9<br><br>Date:　N/A<br>Time:　N/A<br>Place:　2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge:　Honorable René Lastreto II |

**DECLARATION IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME**

I, Riley C. Walter, hereby declare and represent as follows:

1.　I am Chapter 9 counsel for the District and maintain an office at 205 East River Park Circle, Suite 410, Fresno, California 93720.

2.　The District seeks to have the Court approve the Motion attached hereto as Exhibit A on shortened notice.

3.　The District seeks authority to notice the hearing for January 17, 2019 at 9:30 a.m. and proposes to give e-mail and first class mail notice by January 4, 2019, to all secured creditors and counsel, if known; the twenty largest unsecured creditors;

parties requesting special notice; Adventist Health; Wilmington Trust; the Debtor; and the U.S. Trustee's Office.

The interest of the District and creditors will be served by shortening time because the District has negotiated an overall resolution of an adversary proceeding which is in the midst of discovery that will be obviated by the Court's approval of the compromise.

The District needs relief as soon as possible and a hearing on shortened time is needed.

I declare under penalty of perjury that the foregoing facts are true and correct under the laws of the United States.

Executed this 4th day of January, 2019, at Fresno, California.

*Riley C. Walter*
_____
Riley C. Walter