WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

In re

TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,

Debtor.

Tax ID #:  94-6002897
Address:  869 N. Cherry Street
Tulare, CA 93274

CASE NO.  17-13797

DC No.: WW-70

Chapter 9

Date:  January 17, 2019
Time:  9:30 a.m.
Place:  2500 Tulare Street
Fresno, CA 93721
Courtroom 13
Judge:  Honorable René Lastreto II

**NOTICE OF HEARING ON MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSIES
(MB EQUIPMENT FINANCE, LLC AND MB FINANCIAL BANK, N.A.)**

TO PRESCRIBED CREDITORS AND PARTIES IN INTEREST:

You are hereby notified that a hearing on the District's Motion for Approval of Compromise of Controversies ("Motion") will take place at the United States Bankruptcy Court on January 17, 2019 at 9:30 a.m. at 2500 Tulare Street, Courtroom 13, Fresno, California, pursuant to an Order Shortening Time.

Objections to the Motion, if any there be, shall be filed and served no later than one (1) court day prior to the hearing on the Motion.

The Court may decide the matter in advance of the hearing and remove the matter from calendar. Parties can ascertain which matters are resolved without oral argument and can view tentative rulings by checking the Court's internet site at http://www.caeb.uscourts.gov/ after 4:00 p.m. the day before the hearing. Parties appearing telephonically shall view the tentative ruling prior to the hearing.

Dated: January 4, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: *Riley C. Walter*
Riley C. Walter, Chapter 9 Counsel for
Tulare Local Healthcare District, dba
Tulare Regional Medical Center

Notice of Hearing on Motion for Approval of Compromise of Controversies (Celtic Finance and MB Financial Bank, N.A.) -2-

M:\S-U\TRMC\PLEADINGS\WW-70 Motion to Compromise re Celtic [MB Financial]\notice.010219.gaa.docx