3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO.  17-13797<br><br>DC No.: WW-70<br><br>Chapter 9<br><br>Date:   January 17, 2019<br>Time:   9:30 a.m.<br>Place:  2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 13<br>Judge:  Honorable René Lastreto II |

**DECLARATION OF DANIEL HECKATHORNE IN SUPPORT OF MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSIES
(MB EQUIPMENT FINANCE, LLC AND MB FINANCIAL BANK, N.A.)**

I, Daniel Heckathorne, declare as follows:

1. My name is Daniel Heckathorne. I am the Interim Chief Financial Officer of the District.

2. I make this declaration in support of the Motion for Approval of Compromise of Controversies.

3. The District filed a Chapter 9 Petition on September 30, 2017.

4. The District filed an adversary proceeding bearing adversary proceeding number 18-01008. By the adversary proceeding the District, as Plaintiff, challenged

the alleged unauthorized sale/leaseback of assets described in the adversary proceeding.

5. The District and Celtic have engaged in extensive discussions to entirely resolve the dispute.

6. As a result of those discussions, Celtic and the District have reached a settlement of the dispute ("Settlement").

7. A copy of the Settlement Agreement is attached hereto as Exhibit A.

8. The material provisions of this Settlement are as follows.

    a) Payment of $500,000 to Celtic on or before February 15, 2019.

    b) Mutual releases between the District and Celtic;

    c) Dismissal of the adversary proceeding;

    d) Allowance of a general unsecured claim in favor of Celtic in the amount of $2,500,000;

    e) Transfer of right, title and interest of Celtic to the District in all assets subject to dispute;

    f) Granting relief from stay to Celtic to permit it to pursue claims to certain funds seized by the District attorney for the County of Tulare with a credit of $2.50 against the allowed unsecured claim for each $1.00 recovered by Celtic; and

    g) Treatment of allowed unsecured claim may not be modified by the District's Plan of Adjustment.

9. The Settlement entirely resolved the above described dispute as between the Parties.

10. The Settlement is in the best interest to the District because it will avoid the cost of continued litigation and give certainty.

11. The Settlement is in the best interest of creditors because the limited resources of the District can be used to pay creditors rather than the costs of continued litigation.

12. The Settlement is reasonable because the District will be relieved from the obligation of continued litigation and danger of greater liability. This will advance the administration of the District's Chapter 9 case and promote its ability to prepare a Plan of Arrangement.

13. I have evaluated the merits of the dispute with the advice of counsel. In doing so, I have considered the complexity of the litigation, the expenses that would be incurred in continued litigation and collection efforts and the questions of law and fact that are involved in the dispute with no guarantee of a favorable ruling for either side. In light of the above, I believe the Settlement is reasonable. The District also consulted with the creditors having consensual liens.

14. The elected board of directors of the District has approved this compromise by 5-0 vote.

I am over the age of eighteen and if I were called as a witness in connection with this proceeding I would and could testify as is set out in this Declaration.

I SO DECLARE under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 4TH day of January, 2019 at TULARE, California.

_Daniel Heckathorne_

---

Declaration of Daniel Heckathorne in Support of Motion for Approval of Compromise of Controversies (Celtic Finance and MB Financial Bank, N.A.)

M:\S-U\TRMC\PLEADINGS\WW-70 Motion to Compromise re Celtic [MB Financial]\dec.010219.gaa.docx