WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:   94-6002897<br>Address:   869 N. Cherry Street<br>           Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-70<br><br>Chapter 9<br><br>Date:  N/A<br>Time:  N/A<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 13<br>Judge: Honorable René Lastreto II |

**ORDER SHORTENING TIME ON MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSIES**

At Fresno, in the Eastern District of California.

The Application for Order Shortening Time on Motion on this matter was brought before this Court for its consideration.

The Court having reviewed the Application and Declaration of Riley C. Walter and having determined that good cause exists for granting the Application, now therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.   The Application is granted.

---

Order Shortening Time on Motion for Approval of Compromise
-1-
M:\S-U\TRMC\PLEADINGS\WW-70 Motion to Compromise re Celtic [MB Financial]\OST\order.ost.010219.gaa.docx

RECEIVED
January 04, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006422842

2. The period of notice is reduced.

3. The hearing shall be set to take place as follows:

    a) Location: 2500 Tulare Street, Courtroom 11, Fresno, CA

    b) Date: January 17, 2019

    c) Time: 9:30 a.m.

4. The District shall give email and first class mail notice to all secured creditors and counsel, if known; the twenty largest unsecured creditors; parties requesting special notice; Adventist Health; Wilmington Trust; the Debtor; and the U.S. Trustee's Office via email and first class mail by January 7, 2019.

5. Objections to the Motion may be made at the hearing.

Presented by:

WALTER WILHELM LAW GROUP,
a Professional corporation

By: /s/ Riley C. Walter
Riley C. Walter, Chapter 9 Counsel
for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

Dated: Jan 04, 2019

By the Court

/s/ René Lastreto II
René Lastreto II, Judge
United States Bankruptcy Court

---

Order Shortening Time on Motion for Approval of Compromise of Controversies     -2-     M:\S-U\TRMC\PLEADINGS\WW-70 Motion to Compromise re Celtic [MB Financial]\OST\order.ost.010219.gaa.docx