Filed 01/07/19    Case 17-13797    Doc 988

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:         rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:    869 N. Cherry Street<br>                    Tulare, CA 93274 | CASE NO.  17-13797<br>DC No.: WW-63<br>Chapter 9<br><br>Date:    January 4, 2019<br>Time:   9:30 a.m.<br>Place:   2500 Tulare Street<br>             Fresno, CA 93721<br>             Courtroom 13<br>Judge:  Honorable René Lastreto II |

**ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 90 FILED BY THE EMPLOYMENT DEVELOPMENT DEPARTMENT**

At Fresno, in the Easter District of California.

Debtor's Objection to Proof of Claim Number 90 filed by the Employment Development Department, came on for hearing before the Court on January 4, 2019 at 9:30 a.m., after due notice to the parties in interest.

No objection was filed and the matter was predisposed.

After consideration of the evidence submitted and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Debtor's Objection be, and hereby is, sustained as to Proof of Claim Number 90 filed the Employment Development Department.

RECEIVED
January 07, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006423339

2. Proof of Claim Number 90 filed by the Employment Development Department is disallowed entirely.

Submitted by:

WALTER WILHELM LAW GROUP
A Professional Corporation

By: _____
Riley C. Walter
Attorneys for Debtor

IT IS SO ORDERED.

Dated: Jan 07, 2019

By the Court

René Lastreto II, Judge
United States Bankruptcy Court