**2 Pages**

JASON E. RIOS, State Bar No. 190086
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: jrios@ffwplaw.com

DARRELL W. CLARK, ESQ.
(*pro hac vice* to be filed)
STINSON LEONARD STREET LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Telephone: (202) 785-9100
Facsimile: (202) 785-9163
e-mail: darrell.clark@stinson.com

Attorneys for Cerner Corporation and
Cerner Health Services, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor. | CASE NO.: 17-13797-B-9<br><br>Chapter 9<br><br>DCN: FWP-1<br><br>Date: February 14, 2019<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Hon. Rene Lastreto II |

**REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF CERNER CORPORATION AND CERNER HEALTH SERVICES, INC.**

COME NOW Cerner Corporation ("Cerner Corp.") and its subsidiary, Cerner Health Services, Inc. ("Cerner HS" and collectively with Cerner Corp., "Cerner"), creditors and parties-in-interest of Tulare Local Healthcare District d/b/a Tulare Regional Medical Center ("Debtor"), by and through undersigned counsel, and file this Request for Allowance and Payment of Administrative Expense Claim (the "Administrative Request") against Tulare Local Healthcare District dba Tulare Regional Medical Center ("Debtor") pursuant to 11 U.S.C. § 503, made

-1- Request for Allowance of Payment of Administrative Expense Claim of Cerner Corporation and Cerner Health Services, Inc.

applicable in this Chapter 9 proceeding by 11 U.S.C. § 901.

In support of the Administrative Request, Cerner submits, and incorporates herein by this reference its Memorandum of Points and Authorities in support of the Administrative Request (the "<u>Points and Authorities</u>"), and the Declaration of Sara Meinhard in support of the Administrative Request (the "<u>Meinhard Declaration</u>") and exhibits thereto, each filed concurrently herewith.

Good cause exists to grant the relief sought herein. As set forth in the Points and Authorities and the Meinhard Declaration, the Debtor has been using Cerner's licensed software but the Debtor has not made any post-petition payments to Cerner as required under the IT and Managed Services Agreement and related additional contracts, amendments, schedules and arrangement letters between the parties (the "Agreement"). The services at issue were integral to the Debtor's ability to reopen and now operate its hospital post-petition. The unpaid amounts past due and still owing under the Agreement for the services that Cerner has provided to the Debtor from July 20, 2018 through January 2, 2019 total $562,225.65. Cerner makes and bases this Administrative Request on the above allegations and representations, the Points and Authorities, the Meinhard Declaration, all pleadings papers and other documents on file with the Court and such other evidence, both oral and documentary, that may be presented to the Court on this Administrative Request.

**WHEREFORE,** Cerner respectfully prays that the Court enter an order allowing and directing payment as an administrative expense of unpaid amounts past due and still owing from July 20, 2018 through January 2, 2019 in the amount of $562,225.65.

DATED: January 14, 2019

              FELDERSTEIN FITZGERALD
              WILLOUGHBY & PASCUZZI LLP

          By: */s/ Jason E. Rios*
             JASON E. RIOS
             Attorneys for Cerner Corporation and
             Cerner Health Services, Inc.