3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re | CASE NO. 17-13797 |
|---|---|
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | DC No.: WW-72 |
| | Chapter 9 |
| Debtor. | Date: January 29, 2019 |
| | Time: 9:30 a.m. |
| Tax ID #: 94-6002897 | Place: 2500 Tulare Street |
| Address: 869 N. Cherry Street Tulare, CA 93274 | Fresno, CA 93721 Courtroom 13 |
| | Judge: Honorable René Lastreto II |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER AUTHORIZING REJECTION OF SERVICE AGREEMENTS**
**(FUJIFILM MEDICAL SYSTEMS USA, INC.)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Tulare Local Healthcare District dba Tulare Regional Medical Center (hereinafter referred to as the "District" or "Debtor"), in the above-captioned case, by and through its undersigned counsel, respectfully comes before this Court and hereby submits the following Memorandum of Points and Authorities in Support of Motion for Order Authorizing Rejection of Service Agreements (FUJIFILM Medical Systems USA, Inc.).

---

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER AUTHORIZING REJECTION OF SERVICE AGREEMENTS (FUJIFILM MEDICAL SYSTEMS USA, INC.)

-1-

M:\S-U\TRMC\PLEADINGS\WW-72 Motion to Reject FUJIFILM Medical System USA, Inc. Service Agreements\Memo.PandAs.010219.jmm.docx

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

1. The District hereby moves the Court pursuant to 11 U.S.C §§ 365(a) and 901 for an order as follows:

2. This case was filed as a Chapter 9 case on September 30, 2017 ("Petition Date").

3. The Debtor is a California Healthcare District located in Western Tulare County. The Debtor is seeking authorization to reject Service Agreement 103568 and Service Agreement 103566 ("Service Agreements") entered into between the Debtor and FUJIFILM Medical Systems USA, Inc., which provided certain maintenance services to the District.[1]

## II.

## ARGUMENT

The Court should enter an order authorizing District to reject the Service Agreements. 11 U.S.C. §§ 365(a) and 901 allows the Debtor to reject any executory contract and/or unexpired lease, subject to the approval of the Court.

The standard for reviewing whether a contract should be assumed or rejected is one of business judgment. Group of Institutional Investors v. Chicago, Milwaukee, St. Paul and Pacific R.R. Co., 318 U.S. 523, 550 (1943). In applying the "business judgment standard, courts show great deference to a debtor's decision to assume [or reject] executory contracts, with only a cursory review of [the debtor's] decision…." In re Pomona Valley Medical Group, Inc., 476 F.3d 665, 670 (9th Cir. 2007). As long as the decision to assume or reject such contracts is a reasonable exercise of business judgment, a court should approve the assumption or rejection of an executory contract. See e.g. NLRB v. Bildisco & Bildisco, 465 U.S. 513, 523 (1984).

---

[1] While the District recognizes that the Service Agreements may not constitute executory contracts within the meaning of 11 U.S.C § 365, the District wishes to reject the Service Agreements out of an abundance of caution and to avoid any doubt.

Rejection of the Service Agreements are essential to Debtor's successful reorganization because the equipment that is subject to the Service Agreements which are no longer required for the District's business operations. See Declaration of Sandy Haskins. Based on the foregoing, Debtor has exercised sound business judgment and satisfied the requirements of 11 U.S.C. § 365. Therefore, the Court should entering an order authorizing the rejection of the Service Agreements.

### III.
### CONCLUSION

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order: (1) authorizing the rejection of the Service Agreements; (2) fixing the date by which any claims[2] based on this Motion must be filed; and (3) grant such other relief as is just and proper.

Dated: January 14, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter
Attorneys for Debtor, Tulare Local Healthcare District, dba Tulare Regional Medical Center

---

[2] Setting such a rejection bar date should not be considered an acknowledgment by the District that there will be any claims for rejection. The claims bar date was set for April 10, 2018.