2

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:    rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District, dba
Tulare Regional Medical Center

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| **TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,** | DC No.: WW-60 |
| | Chapter 9 |
| Debtor. | Date:    February 7, 2019 |
| | Time:    10:30 a.m. |
| Tax ID #:    94-6002897 | Place:    510 19th Street |
| Address:    869 N. Cherry Street | Bakersfield, CA |
| Tulare, CA 93274 | Courtroom 13 |
| | Judge:    Honorable René Lastreto II |

## DECLARATION OF REED UPSON IN SUPPORT OF MOTION FOR AUTHORITY TO BORROW AND GIVE SECURITY

I, Reed Upson, hereby declare and represent as follows:

1.    My name is Reed Upson.  I am Vice President of Business Capital, LLC ("BizCap").  I maintain an office at 311 California Street, Ste. 650, San Francisco, California.

2.    BizCap  has been engaged by Tulare Local Healthcare District to assist it in locating prospective lenders who would make loans to finance ongoing operations of the District.

1    3.    Upon being engaged my firm sent out approximately 160 packages to
2  prospects.  Twenty lenders requested additional details.  Three lenders made actual
3  proposals.

4    4.    After receipt of the three proposals, the City of Tulare submitted the
5  proposal that the District determined to be most favorable to the District as the terms
6  are more favourable than any of the proposals solicited by BizCap.

7    I am over the age of eighteen and if I were called as a witness in connection with
8  this proceeding I would and could testify as is set out in this Declaration.

9    I SO DECLARE and represent under penalty of perjury this 24th day of January,
10  2019 at San Francisco, California.

_____
Reed Upson