**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

| | |
|---|---|
| **Case Title:** Tulare Local Healthcare District | **Case No.:** 17-13797 - B - 9 |
| | **Docket Control No.** WW-41 |
| | **Date:** 01/29/2019 |
| | **Time:** 9:30 AM |

**Matter:** [603] - Motion/Application for Authority to Enter into Transaction Including Borrowing Funds, Sales of Personal Property and Providing Security, Assumption and Assignment of Contracts and Leases and for Authority to Lease Real Property [WW-41] Filed by Debtor Tulare Local Healthcare District (svim)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Riley Walter
**Respondent(s):**
None

---

**CIVIL MINUTES**

The matter was continued by stipulation and order entered January 29, 2019, docket number 1048.

The debtor shall file and serve a status report not later than February 7, 2019.