**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** WW-68

**Date:** 01/29/2019
**Time:** 9:30 AM

---

**Matter:** [965] - Motion/Application to Reject Lease or Executory Contract [WW-68] Filed by Debtor Tulare Local Healthcare District (msts)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Riley Walter
**Respondent(s):**
None

---

**CIVIL MINUTES**

Motion Granted

Counsel indicated on the record that the objection by Lois Tickle was withdrawn. Therefore, the motion was granted without prejudice to any claim Lois Tickle Consulting files in this case.

The default of Kluger Architects was set aside.

The moving party shall submit a proposed order