WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District, dba
Tulare Regional Medical Center

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>　　　　Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-60<br><br>Chapter 9<br><br>Date:　　February 7, 2019<br>Time:　　10:30 a.m.<br>Place:　　510 19th Street<br>　　　　　Bakersfield, CA<br>　　　　　Courtroom 13<br>Judge:　　Honorable René Lastreto II |

**NOTICE OF AVAILABILITY OF LOAN DOCUMENTS AND PROPOSED ORDER**

TO THE PRESCRIBED CREDITORS:

　　YOU, AND EACH OF YOU, please take notice that pursuant to the Motion for Authority to Borrow and Give Security filed on January 25, 2019, Tulare Local Healthcare District has posted to its website at www.tularelocalhealthcaredistrict.org the proposed Credit Agreement, Deed of Trust, and proposed Order relating to

///
///
///
///

the above described Motion which is to be heard on February 7, 2019 at 510 19th Street, Bakersfield, California at 10:30 a.m.

Dated: February 4, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: *Riley C. Walter*
Riley C. Walter,
Attorneys for Debtor, Tulare Local Healthcare District, dba Tulare Regional Medical Center