**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

| | |
|---|---|
| **Case Title:** Tulare Local Healthcare District | **Case No.:** 17-13797 - B - 9 |
| | **Docket Control No.** WW-60 |
| | **Date:** 02/07/2019 |
| | **Time:** 10:30 AM |

**Matter:** [1035] - Motion/Application to Borrow [WW-60] Filed by Debtor Tulare Local Healthcare District (mfrs)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Electronic Record
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Riley C. Walter
**Respondent(s):**
(by phone) Creditor's Attorney - Hagop T. Bedoyan; (by phone) Creditor's Attorney - Jason E. Rios; Creditor's Attorney - Ian Hammel (by phone) Creditor's Attorney - Travis McRoberts

---

**CIVIL MINUTES**

HEARING TO BE HELD ON 2/14/2019 at 9:30 AM in Department B, Courtroom 13, Fresno California

For the reasons stated on the record, the motion to borrow was preliminarily granted. The court made no ruling on the adequate protection request. The matter was continued.

Mr. Walter to prepare the order. HCCA, Wilmington Trust, Syncora, and City of Tulare to approve the order.