3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO.  17-13797<br><br>DC No.  WW-41<br><br>Chapter 9<br><br>**AMENDED DEBTOR'S STATUS REPORT ON MOTION FOR AUTHORITY TO ENTER INTO TRANSACTION INCLUDING BORROWING FUNDS, SALES OF PERSONAL PROPERTY AND PROVIDING SECURITY, ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES AND FOR AUTHORITY TO LEASE REAL PROPERTY PURSUANT TO 11 U.S.C. Sections 105, 362, 364, 365, 901 AND 922 (Amended to Correct the Title Only)**<br><br>Date:　February 14, 2019<br>Time:　9:30 a.m.<br>Place:　2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge:　Honorable René Lastreto II |

AMENDED DEBTOR'S STATUS REPORT ON MOTION FOR AUTHORITY TO ENTER INTO TRANSACTION INCLUDING BORROWING FUNDS, SALES OF PERSONAL PROPERTY AND PROVIDING SECURITY, ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES AND FOR AUTHORITY TO LEASE REAL PROPERTY PURSUANT TO 11 U.S.C. Sections 105, 362, 364, 365, 901 AND 922 (Amended to Correct the Title Only)　　- 1 -　　M:\S-U\TRMC\PLEADINGS\WW-41 Motion to Borrowing Funds and Providing Security [Adventist Health]\Status Report.2419\Amended Status Report.2819.jt.docx

TO THE HONORABLE RENE LASTRÉTO II, UNITED STATES BANKRUPTCY JUDGE:

TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER ("Debtor" or "District"), respectfully submits the following Status Report in Advance of Hearing on Motion for Approval of Modification of Assigned Contracts for Removal from List.

1. On July 20, 2018, the District filed its' Motion for Authority to Enter Into Transaction Including Borrowing Funds, Sales of Personal Property and Providing Security, Assumption and Assignment of Contracts and Leases and for Authority to Lease Real Property Pursuant to 11 U.S.C. Sections 105, 362, 364, 901 and 922, as well as certain declarations and exhibits in support thereof [Dkt. 603; WW-41] (collectively, the "Transaction Motion").

2. Objections to the Transaction Motion were raised by Gelvez Pediatrics, Heiskell Ranches, L.P., Celtic Commercial Finance (a division of MB Equipment Finance, LLC), GE HFS, LLC, Wells Fargo Vendor Financial Services, LLC, Alcon Laboratories, Cerner Corporation, Cerner Health Services, Inc., and Roche Diagnostics, all of which objected to assumption without a cure.

3. The following objections have since been resolved:

- As to Heiskell Ranches, this court issued an Order authorizing the assumption of the Real Property leases (Dkt. 891; WW-46).
- As to GE HFS, LLC, this court issued an Order approving the rejection of the Master Lease Agreement and expressly authorized GE HFS, LLC to take possession of their equipment (Dkt. 786; WW-47).
- As to Gelvez Pediatrics, this court issued an Order authorizing rejection of this contract (Dkt. 823; WW-55).
- As to Wells Fargo Vendor Financial, this court issued an Order approving

AMENDED DEBTOR'S STATUS REPORT ON MOTION FOR AUTHORITY TO ENTER INTO TRANSACTION INCLUDING BORROWING FUNDS, SALES OF PERSONAL PROPERTY AND PROVIDING SECURITY, ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES AND FOR AUTHORITY TO LEASE REAL PROPERTY PURSUANT TO 11 U.S.C. Sections 105, 362, 364, 365, 901 AND 922 (Amended to Correct the Title Only)

- 2 -

M:\S-U\TRMC\PLEADINGS\WW-41 Motion to Borrowing Funds and Providing Security [Adventist Health]\Status Report.2419\Amended Status Report.2819.jt.docx

rejection of the leases and expressly authorized Wells Fargo Vendor Financial to take possession of their equipment (Dkt. 939; WW-50).

- As to Celtic Commercial Finance (a division of MB Equipment Finance, LLC), this court issued an Order approving the settlement agreement between the Debtor and Celtic Commercial Finance (Dkt. 1025; WW-70).
- As to Cerner Corporation and Cerner Health Services, Inc. (collectively known as "Cerner"), this court issued an Order approving rejection of the various contracts and agreements between Cerner and the District (Dkt.1047; WW-69).

4. Only the objections by Roche Diagnostics and Alcon Laboratories remain unresolved. The current status of these unresolved objections are as follows:

- As to Roche Diagnostics, the hearing on this potentially rejected contract has been continued to February 14, 2019 pursuant to the Stipulation and Court Order dated January 28, 2019 (Dkt. 1049: WW-73).
- As to Alcon Laboratories, this lease has been determined to be non-executory and therefore is no longer subject to the Transaction Motion. This is pending removal from the proposed list of assumption and is set for hearing on February 14, 2019 (Dkt. 1044; WW-41).

May the Court be so apprised.

Dated: February 8, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: *Riley C. Walter*
Riley C. Walter,
Attorneys for the Debtor, Tulare Local Healthcare District, dba Tulare Regional Medical Center

AMENDED DEBTOR'S STATUS REPORT ON MOTION FOR AUTHORITY TO ENTER INTO TRANSACTION INCLUDING BORROWING FUNDS, SALES OF PERSONAL PROPERTY AND PROVIDING SECURITY, ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES AND FOR AUTHORITY TO LEASE REAL PROPERTY PURSUANT TO 11 U.S.C. Sections 105, 362, 364, 365, 901 AND 922 (Amended to Correct the Title Only)

- 3 -

M:\S-U\TRMC\PLEADINGS\WW-41 Motion to Borrowing Funds and Providing Security [Adventist Health]\Status Report.2419\Amended Status Report.2819.jt.docx