UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** FWP-1

**Date:** 02/14/2019
**Time:** 9:30 AM

**Matter:** [993] - Motion/Application for Administrative Expenses [FWP-1] Filed by Creditors Cerner Corporation, Cerner Health Services, Inc. (kwis)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Not Recorded**
**Department: B**

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

### CIVIL MINUTES

HEARING TO BE HELD ON 3/6/2019 at 9:30 AM at Fresno Courtroom 13, Department B

The court already issued an order. Doc. #1066.