**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** WW-41

**Date:** 02/14/2019
**Time:** 9:30 AM

**Matter:** [1043] - Motion/Application for Approval of Modification of List of Assigned Contracts for Removal From List [WW-41] Filed by Debtor Tulare Local Healthcare District (mfrs)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Electronic Record
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Riley C. Walter
**Respondent(s):**
None

---

**CIVIL MINUTES**

Motion Granted

For the reasons stated on the record, the court entered the respondents' defaults and granted the motion.

The Moving Party will submit a proposed order.