**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

| | |
|---|---|
| **Case Title:** Tulare Local Healthcare District | **Case No.:** 17-13797 - B - 9 |
| | **Docket Control No.** WW-60 |
| | **Date:** 02/14/2019 |
| | **Time:** 9:30 AM |

**Matter:** [1035] - Motion/Application to Borrow [WW-60] Filed by Debtor Tulare Local Healthcare District (mfrs)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Electronic Record
**Department:** B

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Riley C. Walter
**Respondent(s):**
Creditor's Attorney - Hagop T. Bedoyan; (by phone) Creditor's Attorney - Ian Hammel

**CIVIL MINUTES**

Motion Granted

For the reasons stated on the record, the court entered the respondents' defaults except HCCA, Wilmington Trust, and Syncora. The motion was granted.

The Moving Party will submit a proposed order. Representatives for HCCA, Wilmington Trust, Syncora, and City of Tulare to approve the order.