## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** WW-67
**Date:** 02/14/2019
**Time:** 9:30 AM

**Matter:** [932] - Motion/Application to Reject Lease or Executory Contract [WW-67] Filed by Debtor Tulare Local Healthcare District (svim)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Electronic Record**
**Department: B**

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Riley C. Walter
**Respondent(s):**
Creditor's Attorney - Don Pool

### CIVIL MINUTES

Motion Granted

Based on the representations of counsel for Med One, the motion was granted.

Mr. Walter to submit a proposed order.