## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | |
|---|---|
| **Case Title:** Tulare Local Healthcare District | **Case No.:** 17-13797 - B - 9 |
| | **Docket Control No.** WW-73 |
| | **Date:** 02/14/2019 |
| | **Time:** 9:30 AM |

**Matter:** [1007] - Motion/Application for Order Authorizing Rejection of Master Agreement [WW-73] Filed by Debtor Tulare Local Healthcare District (jflf)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Electronic Record**
**Department: B**

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Riley C. Walter
**Respondent(s):**
None

### CIVIL MINUTES

Motion Granted

Based on the representations of counsel, the motion was granted.

Mr. Walter to submit a proposed order. Roche Diagnostics to approve the order.