WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District, Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re | CASE NO. 17-13797 |
|---|---|
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: WW-87 |
| Debtor. | Date: April 25, 2019 |
| | Time: 9:30 a.m. |
| Tax ID #: 94-6002897 | Place: 2500 Tulare Street |
| Address: 869 N. Cherry Street | Fresno, CA 93721 |
| Tulare, CA 93274 | Courtroom 13 |
| | Judge: Honorable René Lastreto II |

**DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 137
FILED BY BB&T INSURANCE SERVICES, INC.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE AND OTHER PARTIES IN INTEREST:

Pursuant to 11 U.S.C. § 502 and FRBP 3007, Tulare Local Healthcare District dba Tulare Regional Medical Center (the "Debtor") objects to Proof of Claim Number 137 (the "Claim") filed by BB&T Insurance Services, Inc. ("BB&T"). This objection is based on the following:

1. Prior to filing bankruptcy, the Debtor was under the management and control of Healthcare Conglomerate Associates, LLC ("HCCA"). Among HCCA's

responsibilities was to see to the administration of insurance benefits for employees. The Debtor had no employees of its own.

2. The Debtor commenced a voluntary bankruptcy petition under Chapter 9 of the Bankruptcy Code on September 30, 2017 (the "Petition Date"), in the Eastern District of California and obtained an order rejecting the contract with HCCA on November 1, 2017.

3. The claims bar date was set as April 10, 2018.

4. On February 28, 2018, BB&T filed Proof of Claim 137 in the total amount of $41,666.64. This Proof of Claim was for insurance consulting fees rendered to HCCA from June 1, 2017 through September 1, 2017. A copy of Proof of Claim Number 137 is attached as Exhibit "A".

5. The Debtor objects to BB&T's claim on the basis that during the period for which the claim is asserted it was HCCA and not the Debtor who was responsible for these insurance consulting fees and the Debtor has no responsibility for this claim.

WHEREFORE, the Debtor respectfully requests that this Objection be sustained and the Proof of Claim Number 137 filed by Claimant be disallowed in its entirety and seeks such other and further relief as is just and proper.

Dated: 3/2, 2019        WALTER WILHELM LAW GROUP,
                        a Professional Corporation

                        By: /s/ Riley C. Walter
                        Riley C. Walter, Attorneys for Debtor,
                        Tulare Local Healthcare District dba Tulare
                        Regional Medical Center