WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-88<br><br>Date: March 28, 2019<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**DECLARATION OF SANFORD HASKINS IN SUPPORT OF MOTION FOR ORDER AUTHORIZING REJECTION OF MASTER AGREEMENTS (SIEMENS HEALTHCARE DIAGNOSTICS INC.)**

I, Sanford Haskins, hereby declare and represent as follows:

1. My name is Sanford Haskins. I am the interim Chief Administrative Officer of Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Debtor" or the "District").

2. I make this Declaration in support of the District's Motion for Order Authorizing Rejection of Service Agreements (Siemens Healthcare Diagnostics Inc. ("Motion").

3. I have personal knowledge of the facts contained herein, except for those stated on information and belief, and as to those matters I believe them to be true.

4. The District filed this Chapter 9 case on September 30, 2018 ("Petition Date").

5. The District is a California Healthcare District located in Western Tulare County.

6. In my business judgment on behalf of the District, I have determined that the Master Equipment and Products Agreement dated July 31, 2017, Supplement to Master Equipment and Products Agreement dated July 31, 2017, and Amendment to the Supplement to the Master Agreement & Products Agreement dated July 31, 2017 ("Master Agreements") between the District and Siemens Healthcare Diagnostics Inc. ("SHD"), that are subject to this Motion are no longer needed in the District's business and, therefore, provide no benefit to the District and should be rejected.

7. A copy of the Master Agreements are attached as Exhibit "A" and filed contemporaneously herewith.

8. I am over the age of eighteen and if I were called as a witness in connection with these proceedings I would and could testify as set out in this Declaration.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this ___ day of March, 2019 at Portland, Oregon.

_____
Sanford Haskins

DECLARATION OF SANFORD HASKINS IN SUPPORT OF MOTION FOR ORDER AUTHORIZING REJECTION OF MASTER AGREEMENTS (SIEMENS HEALTHCARE DIAGNOSTICS INC.)

-2-

M:\S-U\TRMC\PLEADINGS\WW-88 Motion to Reject (Siemens Healthcare Diagnostics Inc.)\Decl.SH.030819.jmm.docx