2

(SPACE BELOW FOR FILING STAMP ONLY)

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:        rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District, Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: WW-86 |
| Debtor. | Date:      March 21, 2019 |
| | Time:      9:30 a.m. |
| Tax ID #:    94-6002897 | Place:     2500 Tulare Street |
| Address:    869 N. Cherry Street | Fresno, CA 93721 |
| Tulare, CA 93274 | Courtroom 13 |
| | Judge:     Honorable René Lastreto II |

**NOTICE OF INTENTION TO APPEAR AND REQUEST TO AMEND EXHIBIT "A" TO DECLARATION OF SANFORD HASKINS IN SUPPORT OF MOTION FOR ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE that Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Debtor"), by and through undersigned counsel, will appear at the hearing on the Debtor's Motion for Order Authorizing Assumption and Assignment of Executory Contracts ("Motion") (WW-86) to be held before the Honorable René Lastreto II at the above listed date, time, and courtroom, at the United States Courthouse located at 2500 Tulare Street, in Fresno, California. Further, Debtor intends to request that Exhibit "A" to Declaration of Sanford Haskins in support of the

Motion be amended to remove Hospital Council of Northern and Southern California and Tulare Nursing and Rehabilitation Center as Designated Contracts as these contracts are expired and cannot be assumed and signed.

Except as provided in this Notice, the Debtor intends to proceed with the assumption and assignment of the remaining contracts described in Exhibit "A" to the Declaration of Sanford Haskins.

WHEREFORE, the Debtor prays that the parties in interest be so informed.

Dated: March 15, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____
    Riley C. Walter, Attorneys for Debtor,
    Tulare Local Healthcare District dba Tulare
    Regional Medical Center