6

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:         rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District, Debtor

(SPACE BELOW FOR FILING STAMP ONLY)

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>            Debtor.<br><br>Tax ID #:    94-6002897<br>Address:     869 N. Cherry Street<br>                    Tulare, CA 93274 | CASE NO.  17-13797<br><br>Chapter 9<br><br>DC No.: WW-86<br><br>Date:     March 21, 2019<br>Time:    9:30 a.m.<br>Place:    2500 Tulare Street<br>             Fresno, CA 93721<br>             Courtroom 13<br>Judge:   Honorable René Lastreto II |

## PROOF OF SERVICE

I am employed in the County of Fresno, State of California.  I am over the age of 18 and not a party to the within action; I am an employee of Walter Wilhelm Law Group, 205 East River Park Circle, Suite 410, Fresno, CA 93720.

On March 15, 2019, I served the foregoing document(s) described as:

**NOTICE OF INTENTION TO APPEAR AND REQUEST TO AMEND EXHIBIT "A" TO DECLARATION OF SANFORD HASKINS IN SUPPORT OF MOTION FOR ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

on the party/parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

---

PROOF OF SERVICE

-1-

M:\S-U\TRMC\PLEADINGS\WW-86 Motion to Assume and Assign (Service Agmts)\pos.031519.jmm.docx

__XXX__ **(U.S. POSTAL SERVICE)** I am "readily familiar" with the firm's practice of collection and processing correspondence for serving by mail. Under that practice correspondence is deposited with the U.S. Postal Service with postage thereon fully prepaid during U.S.P.S. business hours. I am aware that on motion of the party served, the service can be declared invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit.

**SEE ATTACHED SERVICE LIST**

__XXX__ **(E-MAIL SERVICE)** I transmitted the above-described document via e-mail to the persons that have an e-mail address shown on the Service List.

**SEE ATTACHED SERVICE LIST**

Executed on March 15, 2019, at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Chantelle Brown

Tulare Local Healthcare District,　　　**SERVICE LIST**　　　Case No. 17-13797
dba Tulare Regional Medical Center

Debtor
Tulare Local Healthcare District
dba Tulare Regional Medical Center
Kevin Northcraft, President
869 N. Cherry St.
Tulare, CA 93274
northee@aol.com

U.S. Trustee
Gregory S. Powell Assistant U.S. Trustee
Office of the U.S. Trustee
2500 Tulare St., Ste. 1401
Fresno, CA 93721
Greg.powell@usdoj.gov

**Special Notice**

Todd Wynkoop
McCormick Barstow, LLP
7647 N. Fresno Street
Fresno, CA 93720
Todd.wynkoop@mccormickbarstow.com

Justin D. Harris
Harris Law Group, PC
7110 N. Fresno St., Ste. 400
Fresno, CA 93720
jdh@harrislawfirm.net

Attorneys for BETA Healthcare Group
Gerald N. Sims
Pyle Sims, et al
401 B Street, Ste. 1500
San Diego, Ca 92101-4238
jerrys@psdslaw.com

William W. Kannel
Mintz Levin, et al
One Financial Center
Boston, MA 02111
wkannel@mintz.com

Eric M. Kapigian
Law Firm of Campagne & Campagne
1685 N. Helm Ave.
Fresno, CA 93727
ekapigian@campagnelaw.com

Ian A. Hammel
Mintz Levin, et al
One Financial Center
Boston, MA 02111
iahammel@mintz.com

Thomas E. Campagne
Law Firm of Campagne & Campagne
1685 N. Helm Ave.
Fresno, CA 93727
tcampagne@campagnelaw.com

G. Andrew Slater
Dowling Aaron
8080 N. Palm Ave., Third Floor
PO Box 28902
Fresno, CA 93729-8902
aslater@dowlingaaron.com

Jean Chiang, District Manager II
California Dept. of Public Health
4540 California Ave., Ste. 200
Bakersfield, CA 93309
Jean.chiang@cdph.ca.gov

Diane C. Stanfield
Alston & Bird, LLP
333 So. Hope St., Ste 1600
Los Angeles, CA 90071
Diane.Stanfield@alston.com
Leib.lerner@alston.com

Horswill, Mederos & Soares
Joseph Soares
PO Box 29
Tulare, CA 93275
JFS@TulareEsq.com

Law Offices of Michael J. Lampe
Michael J. Lampe
108 W. Center Ave.
Visalia, CA 93291
mjl@lampe-law.com

Barnes & Thornburg LLP
Kevin G. Collins
1000 N. West St., Ste. 1500
Wilmington, DE 19801
Kevin.collins@btlaw.com

Kutak Rock LLP
Lisa M. Peters
1650 Farnam Street
Omaha, NE 68102-2186
Lisa.Peters@KutakRock.com

Lisa Holder
Klein DeNatale, et al
5260 N. Palm Ave., Ste. 201
Fresno, CA 93704
lholder@kleinlaw.com

Kevin Northcraft
TRMC Board President
1567 Mateus Court
Tulare, CA 93274
northee@aol.com

Senovia Gutierrez
TRMC Board Member
750 North E Street
Tulare, CA 93274
senovia@live.com

Xavier Avila
TRMC Board Member
13045 Ave 232
Tulare, CA 93274
xgeneexpress@gmail.com

Leib M. Lerner
Alston & Bird LLP
333 South Hope St., Sixteenth Floor
Los Angeles, CA 90071
Leib.lerner@alston.com

Mike Jamaica
TRMC Board Member
966 N. "M" Street
Tulare CA 93274
mikejamaica@sbcglobal.net

Raymond Chandler
Law Office of Raymond Chandler
15 W. Carrillo St., Ste. 220
Santa Barbara, CA 93101
rdc@rdclawoffice.com

Jason E. Rios
Felderstein Fitzgerald, et al
400 Capitol Mall, Ste. 1750
Sacramento, CA 95814
jrios@ffwplaw.com

Alissa Brice Castaneda
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391
Alissa.castaneda@quarles.com

IBM Corporation
Attn: Marie-Josee Dube
275 Viger East
Montreal, Quebec H2X 3R7
Canada
mjdube@ca.ibm.com

Karol K. Denniston
Squire Patton Boggs LLP
275 Battery St., Ste. 2600
San Francisco, CA 94111
Karol.denniston@squirepb.com

Travis A. McRoberts
Squire Patton Boggs LLP
2000 McKinney Ave., Ste. 1700
Dallas, TX 75201
Travis.mcroberts@squirepb.com

Jeffrey J. Lodge
Assistant U.S. Attorney
U.S. Attorney's Office
2500 Tulare Street, Ste. 4401
Fresno, CA 93721
Jeffrey.lodge@usdoj.gov

Amy Terrible Myers
Deputy County Counsel
Tulare County Counsel
2900 West Burrel Ave.
Visalia, CA 93291
amyers@co.tulare.ca.us

Leibovic Law Group
Geriann Weisenberg
21540 Plummer St., Ste. B
Chatsworth, CA 91311

Allen Matkins, et al
Michael S. Greger
1900 Main St., Fifth Floor
Irvine, CA 92614
mgreger@allenmatkins.com

Noridian Healthcare Solutions
PO Box 6782
Fargo, ND 58108-6782
noridiansolutions@noridan.com

Klein DeNatale, et al
Hagop T. Bedoyan
5260 N. Palm Ave., Ste. 201
Fresno, CA 93704
hbedoyan@kleinlaw.com

Darrell W. Clark
Stinson Leonard Street, LLP
1775 Pennsylvania Ave., NW, Ste. 800
Washington, DC 20006
Darrell.clark@stinson.com

Powell Slater LLP
Hanno T. Powell
7522 N Colonial Ave., Ste. 100
Fresno, CA 93711-5874
hpowell@powellslater.com

Russell R. Johnson III
Law Firm of Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, VA 23103
russell@russelljohnsonlawfirm.com

Tulare County Tax Collector
Attn: Sol Viveros, Deputy Tax Collector
221 S. Mooney Bvld., Rm. 104-E
Visalia, CA 93291-4593

David Leigh
Ray Quinney & Nebeker
36 S. State Street, Ste. 1400
Salt Lake City, UT 84111
dleigh@rqn.com

Christopher Celentino
Dinsmore & Shohl LLP
655 W. Broadway, Ste. 800
San Diego, CA 92101
Christopher.celentino@dinsmore.com

Joseph D. Frank
FrankGecker LLP
325 N. LaSalle St., Ste. 625
Chicago, IL 60654
jfrank@fgllp.com

Erich N. Durlacher
Burr & Forman LLP
171 17th St., N.W., Ste. 1100
Atlanta, GA 30363
edurlacher@burr.com

Iron Mountain Information Management, LLC
Attn: Joseph Corrigan
One Federal Street
Boston, MA 02110
Bankruptcy2@ironmountain.com

Med One Capital Funding, LLC
Attn: David H. Leigh
36 South State Street, 14th Floor
Salt Lake City, UT 84111
dleigh@rqn.com

Coleman & Horowitt
Russ Reynolds
499 W. Shaw Ave., Ste. 116
Fresno, CA 93704
rreynolds@ch-law.com

California Dept. of Public Health
Craig Rust, Deputy Attorney
California Attorney General's Office
1300 "I" Street Ste. 125
Sacramento, CA 95814-2951
Craig.rust@doj.ca.gov

Tobias S. Keller
Keller & Benvenutti LLP
650 California St., Ste. 1900
San Francisco, CA 94108
tkeller@kellerbenvenutti.com

Belfor Property Restoration
c/o Scott B. Cohen
Engelman Berger PC
3636 North Central Avenue, Ste. 700
Phoenix, AZ 85012
sbc@eblawyers.com

Integrity Healthcare Locums
c/o Phillip M. Hudson
Saul Ewing Arnstein & Lehr LLP
200 South Biscayne Blvd., Ste. 3600
Miami, FL 33131
phil.hudson@saul.com

Stephen Labiak
1222 W. Shaw Ave.
Fresno, CA 93711
labiaklaw@yahoo.com

Karen V. Newbury
FrankGecker LLP
325 N. LaSalle St., Ste. 625
Chicago, IL 60654
knewbury@fgllp.com

Michael Hogue
Greenberg Traurig LLP
4 Embarcadero Center, Ste. 3000
San Francisco, CA 94111
hoguem@gtlaw.com

Fahim Farivar
Foley & Lardner LLP
555 S. Flower St., Ste. 3500
Los Angeles, CA 90071-2411
lawyercpa@gmail.com

Griswold LaSalle Cobb Dowd & Gin
Mario U. Zamora
111 E. Seventh St.
Hanford, CA 93230
zamora@griswoldlasalle.com

Michael W. Winsten
Winsten Law Group
27201 Puerta Real, Ste. 140
Mission Viejo, CA 92691
mike@winsten.com

Kimberly A. Posin
Lathan & Watkins LLP
355 South Grand Ave., Ste. 100
Los Angeles, CA 90071
Kim.posin@lw.com

Ashley M. McDow
Foley & Lardner LLP
555 S. Flower St., Ste. 3500
Los Angeles, CA 90071-2411
amcdow@foley.com

Toyota Motor Credit Corporation
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

**List of 20 Largest Unsecured Creditors**

Navigant Cymetrix Corp.
4511 Paysphere Circle
Chicago, IL 60674-0000

Jiame Calderon
C/o Raymond Chandler
15 W. Carillo Street, #220
Santa Barbara, CA 93101-000
rdc@rdclawoffice.com

Phoenix Health Systems, Inc.
1130 E. Arapaho Road, Suite 500
Richardson, TX 75081-0000

Crothall Services Group, inc.
Bank of America Lockbox Svcs
13028 Collections Center Drive
Chicago, IL 60693-0000

GE Healthcare – 131688
PO Box 9643
Chicago, IL 60693-0000

Baker & Hostetler, LLC
11601 WILSHIRE BOULEVARD
SUITE 1400
LOS ANGELES, CA 90025-0509
mdelaney@bakerlaw.com

Allied Universal
PO Box 31001-2374
Pasadena, CA 91110-2374

Cerner Corporation
PO Box 412702
Kansas City, MO 64141-0000

Morrison Management Specialist
PO Box 102289
Atlanta, GA 30368-2289

Synthes Ltd.
5972 Collection Center Drive
Chicago, IL 60693-0000

IBM Corporation
PO Box 643600
Pittsburgh, PA 15264-3600

Locum Tenes.com
PO BOX 405547
ATLANTA, GA 30384-5547

Cerner Health Sevices, Inc.
C/o US Bank
PO Box 959167
St. Louis, MO 63195-9167

Maxim Staffing Solutions
12558 Collections Center Drive
Chicago, IL 60693-0000

AMN Healthcare, Inc.
PO Box 281939
Atlanta, GA 30384-1939

Roche Diagnostics Corporation
Mail Code 5508
PO Box 105046
Atlanta, GA 30348-5046

Southern California Edison
PO Box 300
Rosemead, CA 91772-0001

Harris Construction Co., Inc.
5286 E. Home Avenue
Fresno, CA 93727-000
rreynolds@ch-law.com

Davita HC Reneal Care, Inc.
PO Box 781607
Philadelphia, PA 19178-1607

Integrity Healthcare Locums
PO Box 823424
Philadelphia, PA 19182-3424

I2I Systems, Inc.
3663 N. Laughlin Road, Suite 200
Santa Rose, CA 95403-9067

**Affected Parties**

American College of Cardiology
2400 N Street Road, Suite 630
Washington, DC 20037-1153

CALNOC
2420 Camino Ramon, Suite 210
San Ramon, CA 94583

Hospital of Northern and Southern California
3480 Burskirk Avenue, Suite 205
Pleasant Hill, CA 94523

Jan and Gail's Care Home 4
605 Aronian Street
Tulare, CA 93274-8250

Tulare Nursing and Rehabilitation Hospital
680 East Merritt Avenue
Tulare, CA 93274-2135