6
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
Jason E. Rios #190086
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: jrios@fflaw.com

Attorneys for Cerner Corporation and Cerner Health Services, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>           Debtor.<br><br>Tax ID #:   94-6002897<br>Address:   869 N. Cherry Street<br>             Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: FWP-1<br><br>Chapter 9<br><br>Date:   March 21, 2019<br>Time:   9:30 a.m.<br>Place:   2500 Tulare Street<br>         Fresno, CA 93721<br>         Courtroom 13<br>Judge:   Honorable René Lastreto II |

**ORDER ON STIPULATION TO CONTINUE HEARING ON REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF CERNER CORPORATION AND CERNER HEALTH SERVICES, INC.**

RECEIVED
March 15, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006466313

TION TO CONTINUE HEARING ON    -1-    M:\S-U\TRMC\PLEADINGS\FWP-1 Stipulation to Cont
WANCE AND PAYMENT OF                                                    Hearing on Request for
PENSE CLAIM OF CERNER                                       Allowance\order.stip.031419.gaa.docx
CERNER HEALTH SERVICES, INC.

1. AT FRESNO, IN THE EASTERN DISTRICT OF CALIFORNIA:
2.     The Court having received and reviewed the Stipulation filed by Tulare Local
3. Healthcare District, dba Tulare Regional Medical Center on March 14, 2019, attached
4. hereto as Exhibit A, and it appearing to the satisfaction of the Court that the Hearing on
5. the Motion should be continued, now, therefore:
6.     IT IS HEREBY ORDERED that the Stipulation be, and hereby is, granted and
7. that the hearing on Docket Control Number FWP-1 titled Request for Allowance and
8. Payment of Administrative Expense Claim be continued from March 21, 2019 at 9:30
9. a.m. to April 11, 2019 at 9:30 a.m. in Fresno.
10. ///
11. ///
12. ///
13. ///
14. ///
15. ///
16. ///
17. ///
18. ///
19. ///
20. ///
21. ///
22. ///
23. ///
24. ///
25. ///
26. ///
27. ///
28. ///

IT IS FURTHER ORDERED that this Order shall be electronically served immediately upon counsel for Movant.

Dated: March 15, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District dba Tulare Regional Medical Center

Dated: March 14, 2019

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP

By: /s/ Jason E. Rios
Jason E. Rios, Attorneys for Creditor,
~~Cerner Corporation~~ and Cerner Health Services, Inc.

Dated: Mar 15, 2019

By the Court

/s/ René Lastreto II
René Lastreto II, Judge
United States Bankruptcy Court

ORDER ON STIPULATION TO CONTINUE HEARING ON REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF CERNER CORPORATION AND CERNER HEALTH SERVICES, INC.

-3-

M:\S-U\TRMC\PLEADINGS\FWP-1 Stipulation to Cont Hearing on Request for Allowance\order.stip.031419.gaa.docx

Filed 03/15/19 · Case 17-13797 · Doc 1228

(SPACE BELOW FOR FILING STAMP ONLY)

3
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
Jason E. Rios #190086
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: jrios@ffwplaw.com

Attorneys for Cerner Corporation and Cerner Health Services, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br>DC No.: FWP-1<br>Chapter 9<br><br>Date: March 21, 2019<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**STIPULATION TO CONTINUE HEARING ON REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF CERNER CORPORATION AND CERNER HEALTH SERVICES, INC.**

STIPULATION TO CONTINUE HEARING ON REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM, ETC.    -1-    M:\S-U\TRMC\PLEADINGS\FWP-1 Stipulation to Cont Hearing on Request for Allowance\stip.cont.031419.gaa.docx

EXHIBIT ___A___
Page __1__ Of- __3__

Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "District"), and Cerner Corporation and its subsidiary, Cerner Health Services, Inc. ("Cerner"), Creditors (collectively referred to as the "Parties"), hereby stipulate and agree to continue the hearing on Cerner's Request for Allowance and Payment of Administrative Expense Claim, as set forth below.

## STIPULATED FACTS

A. On September 30, 2017 ("Petition Date"), the District commenced its Chapter 9 case.

B. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

C. This stipulation is entered into pursuant to 11 U.S.C. §§ 503 and 901 and LBR 9019.

D. On January 14, 2019, Cerner filed Docket Control Number FWP-1 titled Request for Allowance and Payment of Administrative Expense Claim of Cerner Corporation and Cerner Health Service, Inc. ("Request") and the hearing has been continued to March 21, 2019 at 9:30 a.m.

E. The Parties agree that the hearing on the Request should be again continued.

## STIPULATION AND AGREEMENT

Subject to Court approval, the District and Cerner hereby stipulate and agree as follows:

1. The foregoing Stipulated Facts are incorporated herein by reference.

///
///
///
///
///

STIPULATION TO CONTINUE HEARING ON REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM, ETC.　　-2-　　M:\S-U\TRMC\PLEADINGS\FWP-1 Stipulation to Cont Hearing on Request for Allowance\stip.cont.031419.gaa.docx

EXHIBIT A
Page 2 Of 3

2.　　The Parties hereby stipulate and agree that subject to the foregoing Stipulated Facts, the hearing on Cerner's Request currently scheduled for March 21, 2019 at 9:30 a.m. be continued to April 11, 2019 at 9:30 a.m. in Fresno.

IT IS SO STIPULATED.

Dated: March 14, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: *Riley C. Walter*
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District dba Tulare
Regional Medical Center

Dated: March 14, 2019

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

By: *[signature]*
Jason E. Rios, Attorneys for Creditor,
Cerner Corporation and Cerner Health
Services, Inc.

STIPULATION TO CONTINUE HEARING ON REQUEST　　-3-　　M:\S-U\TRMC\PLEADINGS\FWP-1 Stipulation to Cont
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE　　　　　Hearing on Request for
EXPENSE CLAIM, ETC.　　　　　　　　　　　Allowance\stip.cont.031419.gaa.docx

EXHIBIT A
Page 3 Of 3