```
2
```
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:     rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District, Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re | CASE NO. 17-13797 |
|---|---|
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: WW-88 |
| Debtor. | Date: March 28, 2019 |
| | Time: 9:30 a.m. |
| Tax ID #:  94-6002897 | Place: 2500 Tulare Street |
| Address: 869 N. Cherry Street | Fresno, CA 93721 |
| Tulare, CA 93274 | Courtroom 13 |
| | Judge: Honorable René Lastreto II |

**NOTICE OF INTENTION TO APPEAR AND REQUEST CONTINUANCE OF HEARING ON MOTION FOR ORDER AUTHORIZING REJECTION OF MASTER AGREEMENTS (SIEMENS HEALTHCARE DIAGNOSTICS INC.)**

PLEASE TAKE NOTICE that Tulare Regional Medical Center, dba Tulare Local Healthcare District ("Debtor"), by and through undersigned counsel, will appear at the hearing on the Debtor's Motion for Order Authorizing Rejection of Master Agreements (Siemens Healthcare Diagnostics Inc.) ("Motion") to be held before the Honorable René Lastreto II at the above listed date, time, and courtroom, at the United States Courthouse located at 2500 Tulare Street, in Fresno, California. Further, Debtor intends to request that said hearing now scheduled for March 28, 2019 at 9:30 a.m. be

continued to April 11, 2019.

　　　　WHEREFORE, the Debtor prays that the parties in interest be so informed.

Dated: March 15, 2019　　　　WALTER WILHELM LAW GROUP,
　　　　　　　　　　　　　　　　a Professional Corporation

　　　　　　　　　　　　By: _/s/ Riley C. Walter_
　　　　　　　　　　　　　　Riley C. Walter, Attorneys for Debtor,
　　　　　　　　　　　　　　Tulare Local Healthcare District dba Tulare
　　　　　　　　　　　　　　Regional Medical Center