6
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #:  94-6002897<br>Address:   869 N. Cherry Street<br>                    Tulare, CA 93274 | CASE NO.  17-13797<br><br>Chapter 9<br><br>DC No.: WW-88<br><br>Date:   March 28, 2019<br>Time:   9:30 a.m.<br>Place:  2500 Tulare Street<br>           Fresno, CA 93721<br>           Courtroom 13<br>Judge:  Honorable René Lastreto II |

**PROOF OF SERVICE**

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; I am an employee of Walter Wilhelm Law Group, 205 East River Park Circle, Suite 410, Fresno, CA 93720.

On March 15, 2019, I served the foregoing document(s) described as:

**NOTICE OF INTENTION TO APPEAR AND REQUEST FOR CONTINUANCE OF HEARING ON MOTION FOR ORDER AUTHORIZING REJECTION OF MASTER AGREEMENTS (SIEMENS HEALTHCARE DIAGNOSTICS INC.)**

on the party/parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

XXX **(U.S. POSTAL SERVICE)** I am "readily familiar" with the firm's practice of collection and processing correspondence for serving by mail. Under that practice correspondence is deposited with the U.S. Postal Service with postage thereon fully prepaid during U.S.P.S. business hours. I am aware that on motion of the party served, the service can be declared invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit.

**SEE ATTACHED SERVICE LIST**

XXX **(E-MAIL SERVICE)** I transmitted the above-described document via e-mail to the persons that have an e-mail address shown on the Service List.

**SEE ATTACHED SERVICE LIST**

Executed on March 15, 2019, at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Chantelle Brown

Tulare Local Healthcare District,　　　　　**SERVICE LIST**　　　　　Case No. 17-13797
dba Tulare Regional Medical Center

Debtor
Tulare Local Healthcare District
dba Tulare Regional Medical Center
Kevin Northcraft, President
869 N. Cherry St.
Tulare, CA 93274
northee@aol.com

Ian A. Hammel
Mintz Levin, et al
One Financial Center
Boston, MA 02111
iahammel@mintz.com

California Dept. of Public Health
Craig Rust, Deputy Attorney
California Attorney General's Office
1300 "I" Street Ste. 125
Sacramento, CA 95814-2951
Craig.rust@doj.ca.gov

District Counsel
Ben Nicholson
McCormick Barstow, LLP
7647 N. Fresno St.
Fresno, CA 93720
Ben.nicholson@mccormickbarstow.com

William W. Kannel
Mintz Levin, et al
One Financial Center
Boston, MA 02111
wkannel@mintz.com

SIEMENS HEALTHCARE
DIAGNOSTICS
PO BOX 121102
DALLAS, TX 75312-1102

U.S. Trustee
Gregory S. Powell Assistant U.S. Trustee
Office of the U.S. Trustee
2500 Tulare St., Ste. 1401
Fresno, CA 93721
Greg.powell@usdoj.gov

Abigail V. O'Brient
Mintz Levin, et al
2029 Century Park East, Ste. 1370
Los Angeles, CA 90067
avobrient@mintz.com

Siemens Healthcare Diagnostics Inc.
c/o Lisa Cherbuliez, Director
115 Norwood Park South
Norwood, MA 02062

**Special Notice**

Justin D. Harris
Harris Law Group, PC
7110 N. Fresno St., Ste. 400
Fresno, CA 93720
jdh@harrislawfirm.net

Todd Wynkoop
McCormick Barstow, LLP
7647 N. Fresno Street
Fresno, CA 93720
Todd.wynkoop@mccormickbarstow.com

William W. Kannel
Mintz Levin, et al
One Financial Center
Boston, MA 02111
wkannel@mintz.com

Eric M. Kapigian
Law Firm of Campagne & Campagne
1685 N. Helm Ave.
Fresno, CA 93727
ekapigian@campagnelaw.com

Barnes & Thornburg LLP
David M. Powlen
1000 N. West St., Ste. 1500
Wilmington, DE 19801
David.powlen@btlaw.com

Ben Nicholson
McCormick Barstow, LLP
7647 N. Fresno Street
Fresno, CA 93720
Ben.nicholson@mccormickbarstow.com

Ian A. Hammel
Mintz Levin, et al
One Financial Center
Boston, MA 02111
iahammel@mintz.com

Thomas E. Campagne
Law Firm of Campagne & Campagne
1685 N. Helm Ave.
Fresno, CA 93727
tcampagne@campagnelaw.com

Attorneys for BETA Healthcare
Group/BETA Risk Management Authority
Gerald N. Sims, Pyle Sims, et al
401 B Street, Ste. 1500
San Diego, Ca 92101-4238
jerrys@psdslaw.com

Mary Ramirez
McCormick Barstow, LLP
7647 N. Fresno Street
Fresno, CA 93720
mary.ramirez@mccormickbarstow.com

Abigail V. O'Brient
Mintz Levin, et al
2029 Century Park East, Ste. 1370
Los Angeles, CA 90067
avobrient@mintz.com

G. Andrew Slater
Dowling Aaron
8080 N. Palm Ave., Third Floor
PO Box 28902
Fresno, CA 93729-8902
aslater@dowlingaaron.com

Jean Chiang, District Manager II
California Dept. of Public Health
4540 California Ave., Ste. 200
Bakersfield, CA 93309
Jean.chiang@cdph.ca.gov

Law Offices of Michael J. Lampe
Michael J. Lampe
108 W. Center Ave.
Visalia, CA 93291
mjl@lampe-law.com

Lisa Holder
Klein DeNatale, et al
5260 N. Palm Ave., Ste. 201
Fresno, CA 93704
lholder@kleinlaw.com

Xavier Avila
TRMC Board Member
13045 Ave 232
Tulare, CA 93274
xgeneexpress@gmail.com

Leib M. Lerner
Alston & Bird LLP
333 South Hope St., Sixteenth Floor
Los Angeles, CA 90071
Leib.lerner@alston.com

Jason E. Rios
Felderstein Fitzgerald, et al
400 Capitol Mall, Ste. 1750
Sacramento, CA 95814
jrios@ffwplaw.com

Alissa Brice Castaneda
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391
Alissa.castaneda@quarles.com

Craig Rust, Deputy Attorney
California Attorney General's Office
1300 "I" Street Ste. 125
Sacramento, CA 95814-2951

Travis A. McRoberts
Squire Patton Boggs LLP
2000 McKinney Ave., Ste. 1700
Dallas, TX 75201
Travis.mcroberts@squirepb.com

Russell R. Johnson III
Law Firm of Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, VA 23103
russell@russelljohnsonlawfirm.com

Diane C. Stanfield
Alston & Bird, LLP
333 So. Hope St., Ste 1600
Los Angeles, CA 90071
Diane.Stanfield@alston.com
Leib.lerner@alston.com

Barnes & Thornburg LLP
Kevin G. Collins
1000 N. West St., Ste. 1500
Wilmington, DE 19801
Kevin.collins@btlaw.com

Kevin Northcraft
TRMC Board President
1567 Mateus Court
Tulare, CA 93274
northee@aol.com

Mike Jamaica
TRMC Board Member
966 N. "M" Street
Tulare CA 93274
mikejamaica@sbcglobal.net

Darrell W. Clark
Stinson Leonard Street, LLP
1775 Pennsylvania Ave., NW, Ste. 800
Washington, DC 20006
Darrell.clark@stinson.com

Hanno T. Powell
Powell Slater LLP
7522 N Colonial Ave., Ste. 100
Fresno, CA 93711-5874
hpowell@powellslater.com

IBM Corporation
Attn: Marie-Josee Dube
275 Viger East
Montreal, Quebec H2X 3R7
Canada

Tulare County Tax Collector
Attn: Sol Viveros, Deputy Tax Collector
221 S. Mooney Bvld., Rm. 104-E
Visalia, CA 93291-4593

Tobias S. Keller
Keller & Benvenutti LLP
650 California St., Ste. 1900
San Francisco, CA 94108
tkeller@kellerbenvenutti.com

Horswill, Mederos & Soares
Joseph Soares
PO Box 29
Tulare, CA 93275
JFS@TulareEsq.com

Kutak Rock LLP
Lisa M. Peters
1650 Farnam Street
Omaha, NE 68102-2186
Lisa.Peters@KutakRock.com

Senovia Gutierrez
TRMC Board Member
750 North E Street
Tulare, CA 93274
senovia@live.com

Raymond Chandler
Law Office of Raymond Chandler
15 W. Carrillo St., Ste. 220
Santa Barbara, CA 93101
rdc@rdclawoffice.com

Med One Capital Funding, LLC
Attn: David H. Leigh
36 South State Street, 14th Floor
Salt Lake City, UT 84111
dleigh@rqn.com

Coleman & Horowitt
Russ Reynolds
499 W. Shaw Ave., Ste. 116
Fresno, CA 93704
rreynolds@ch-law.com

Jeffrey S. Shinbrot
8200 Wilshire Blvd., Ste. 400
Beverly Hills, CA 90211

Karol K. Denniston
Squire Patton Boggs LLP
275 Battery St., Ste. 2600
San Francisco, CA 94111
Karol.denniston@squirepb.com

Belfor Property Restoration
c/o Scott B. Cohen
Engelman Berger PC
3636 North Central Avenue, Ste. 700
Phoenix, AZ 85012
sbc@eblawyers.com

Jeffrey J. Lodge
Assistant U.S. Attorney
U.S. Attorney's Office
2500 Tulare Street, Ste. 4401
Fresno, CA 93721
Jeffrey.lodge@usdoj.gov

| | | |
|---|---|---|
| David Leigh<br>Ray Quinney & Nebeker<br>36 S. State Street, Ste. 1400<br>Salt Lake City, UT 84111<br>dleigh@rqn.com | Integrity Healthcare Locums<br>c/o Phillip M. Hudson<br>Saul Ewing Arnstein & Lehr LLP<br>200 South Biscayne Blvd., Ste. 3600<br>Miami, FL 33131<br>phil.hudson@saul.com | Amy Terrible Myers<br>Deputy County Counsel<br>Tulare County Counsel<br>2900 West Burrel Ave.<br>Visalia, CA 93291<br>amyers@co.tulare.ca.us |
| Leibovic Law Group<br>Geriann Weisenberg<br>21540 Plummer St., Ste. B<br>Chatsworth, CA 91311 | Joseph D. Frank<br>FrankGecker LLP<br>325 N. LaSalle St., Ste. 625<br>Chicago, IL 60654<br>jfrank@fgllp.com | Karen V. Newbury<br>FrankGecker LLP<br>325 N. LaSalle St., Ste. 625<br>Chicago, IL 60654<br>knewbury@fgllp.com |
| Christopher Celentino<br>Dinsmore & Shohl LLP<br>655 W. Broadway, Ste. 800<br>San Diego, CA 92101<br>Christopher.celentino@dinsmore.com | Beatrice E. Hensleit R.N.<br>Hensleit Healthcare Consulting<br>1849 N. Helm, Suite 114<br>Fresno, CA 93727 | Stephen Labiak<br>1222 W. Shaw Ave.<br>Fresno, CA 93711<br>labiaklaw@yahoo.com |
| Michael W. Winsten<br>Winsten Law Group<br>27201 Puerta Real, Ste. 140<br>Mission Viejo, CA 92691<br>mike@winsten.com | Ashley M. McDow<br>Foley & Lardner LLP<br>555 S. Flower St., Ste. 3500<br>Los Angeles, CA 90071-2411 | Linda Wilbourn<br>12499 Colony Ave.<br>Tulare, CA 93274 |
| Michael S. Greger<br>Allen Matkins, et al<br>1900 Main St., Fifth Floor<br>Irvine, CA 92614<br>mgreger@allenmatkins.com | Erich N. Durlacher<br>Burr & Forman LLP<br>171 17th St., N.W., Ste. 1100<br>Atlanta, GA 30363<br>edurlacher@burr.com | Michael Hogue<br>Greenberg Traurig LLP<br>4 Embarcadero Center, Ste. 3000<br>San Francisco, CA 94111<br>hoguem@gtlaw.com |
| Noridian Healthcare Solutions<br>PO Box 6782<br>Fargo, ND 58108-6782 | Iron Mountain Information Management, LLC<br>Attn: Joseph Corrigan<br>One Federal Street<br>Boston, MA 02110<br>Bankruptcy2@ironmountain.com | Fahim Farivar<br>Foley & Lardner LLP<br>555 S. Flower St., Ste. 3500<br>Los Angeles, CA 90071-2411 |
| Griswold LaSalle Cobb Dowd & Gin<br>Mario U. Zamora<br>111 E. Seventh St.<br>Hanford, CA 93230<br>zamora@griswoldlasalle.com | Kimberly A. Posin<br>Lathan & Watkins LLP<br>355 South Grand Ave., Ste. 100<br>Los Angeles, CA 90071<br>Kim.posin@lw.com | Toyota Motor Credit Corporation<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |

### List of 20 Largest Unsecured Creditors

| | | |
|---|---|---|
| NAVIGANT CYMETRIX CORP.<br>4511 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-0000 | CERNER CORPORATION<br>PO BOX 412702<br>KANSAS CITY, MO 64141-0000 | |
| JIAME CALDERON<br>c/o RAYMOND CHANDLER<br>15 W. CARRILLO ST., #220<br>SANTA BARBARA, CA 93101-000<br>rdc@rdclawoffice.com | MORRISON MANAGEMENT SPECIALIST<br>PO BOX 102289<br>ATLANTA, GA 30368-2289 | AMN HEALTHCARE, INC.<br>PO BOX 281939<br>ATLANTA, GA 30384-1939 |

PHOENIX HEALTH SYSTEMS, INC.
1130 E. ARAPAHO ROAD, SUITE 500
RICHARDSON, TX 75081-0000

CROTHALL SERVICES GROUP INC
BANK OF AMERICA LOCKBOX SVCS
13028 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0000

GE HEALTHCARE- 131688
PO BOX 96483
CHICAGO, IL 60693-0000

BAKER & HOSTETLER, LLC
11601 WILSHIRE BOULEVARD
SUITE 1400
LOS ANGELES, CA 90025-0509
mdelaney@bakerlaw.com

ALLIED UNIVERSAL
PO BOX 31001-2374
PASADENA, CA 91110-2374

I2I SYSTEMS, INC.
3663 N LAUGHLIN ROAD, STE 200
SANTA ROSA, CA 95403-9067

SYNTHES LTD
5972 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0000

IBM CORPORATION
PO BOX 643600
PITTSBURGH, PA 15264-3600

LOCUM TENENS.COM
PO BOX 405547
ATLANTA, GA 30384-5547

CERNER HEALTH SERVICES, INC.
C/O US BANK
PO BOX 959167
ST LOUIS, MO 63195-9167

MAXIM STAFFING SOLUTIONS
12558 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0000

ROCHE DIAGNOSTICS CORPORATION
MAIL CODE 5508
PO BOX 105046
ATLANTA, GA 30348-5046

SOUTHERN INYO
HEALTHCARE DISTRICT
PO BOX 1009
LONE PINE, CA 93545-0000
rwelsh@bakerlaw.com

SOUTHERN CALIFORNIA EDISON
PO BOX 300
ROSEMEAD, CA 91772-0001

HARRIS CONSTRUCTION CO., INC.
5286 E. HOME AVENUE
FRESNO, CA 93727-000
richardspencer@spencerenterprises.com
rreynolds@ch-law.com

DAVITA HC RENAL CARE INC.
PO BOX 781607
PHILADELPHIA, PA 19178-1607

INTEGRITY HEALTHCARE LOCUMS
PO BOX 823424
PHILADELPHIA, PA 19182-3424

M:\S-U\TRMC\PLEADINGS\WW-88
Motion to Reject (Siemens Healthcare
Diagnostics Inc.)\Service
List.031519.jmm.docx