```
3
```

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:   rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-93<br><br>Date: April 11, 2019<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**EXHIBIT TO TWELFTH OMNIBUS MOTION FOR ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS**

| No. | Description | Pages |
|---|---|---|
| A | List of Designated Contracts | 1 |

Dated: March 25, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: *Riley C. Walter*
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District dba Tulare
Regional Medical Center

# EXHIBIT "A"

## LIST OF DESIGNATED CONTRACTS

| Contract Party | Contract Type | Description of Contract |
|---|---|---|
| Anthem Blue Cross | Managed Care Contracts | Health Insurance Contract |
| Blue Shield of California | Managed Care Contracts | Patient Insurance Coverage – BS Commercial and Medicare Advantage |
| Blue Shield of California | Managed Care Contracts | Patient Insurance Coverage |
| Cigna HealthCare of California, Inc. | Managed Care Contracts | Patient Insurance Coverage |
| Health Net Federal Services | Managed Care Contracts | Patient Insurance Coverage |
| Health Net of California, Inc. | Managed Care Contracts | Managed care network for healthcare services to provide medical services to eligible persons |
| United Healthcare | Managed Care Contracts | Insurance Agreement |