3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
Jason E. Rios #190086
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: jrios@fflaw.com

Attorneys for Cerner Corporation and Cerner Health Services, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: FWP-1<br><br>Chapter 9<br><br>Date: April 11, 2019<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**STIPULATION TO FURTHER CONTINUE HEARING ON REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF CERNER CORPORATION AND CERNER HEALTH SERVICES, INC.**

Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "District"), and Cerner Corporation and its subsidiary, Cerner Health Services, Inc. ("Cerner"), Creditors (collectively referred to as the "Parties"), hereby stipulate and agree to continue the hearing on Cerner's Request for Allowance and Payment of Administrative Expense Claim, as set forth below.

## STIPULATED FACTS

A. On September 30, 2017 ("Petition Date"), the District commenced its Chapter 9 case.

B. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

C. This stipulation is entered into pursuant to 11 U.S.C. §§ 503 and 901 and LBR 9019.

D. On January 14, 2019, Cerner filed Docket Control Number FWP-1 titled Request for Allowance and Payment of Administrative Expense Claim of Cerner Corporation and Cerner Health Service, Inc. ("Request") and the hearing has been continued to April 11, 2019 at 9:30 a.m.

E. The Parties agree that the hearing on the Request should once again be continued.

## STIPULATION AND AGREEMENT

Subject to Court approval, the District and Cerner hereby stipulate and agree as follows:

1. The foregoing Stipulated Facts are incorporated herein by reference.

///
///
///
///
///

STIPULATION TO FURTHER CONTINUE HEARING ON REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM, ETC.   -2-   M:\S-U\TRMC\PLEADINGS\FWP-1 Stipulation to Cont Hearing on Request for Allowance\stip.cont.032819.gaa.docx

2. The Parties hereby stipulate and agree that subject to the foregoing Stipulated Facts, the hearing on Cerner's Request currently scheduled for April 11, 2019 at 9:30 a.m. be continued to May 16, 2019 at 9:30 a.m. in Fresno.

IT IS SO STIPULATED.

Dated: March 28, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: *Riley C. Walter*
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District dba Tulare Regional Medical Center

Dated: March 26, 2019

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

By: *Jason E. Rios*
Jason E. Rios, Attorneys for Creditor,
Cerner Corporation and Cerner Health Services, Inc.