William B. Freeman (SBN 137276)
*bill.freeman@kattenlaw.com*
KATTEN MUCHIN ROSENMAN LLP
515 South Flower Street, Suite 1000
Los Angeles, CA 90071
Telephone: 213.443.9000
Facsimile: 213.443.9001

Attorneys for Health Net of California, Inc.

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re: | Case No. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, d/b/a, TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | **NOTICE OF WITHDRAWAL OF HEALTH NET OF CALIFORNIA, INC.'S STATEMENT OF POSITION** |
| Debtor. | |
| Tax ID #: 94-6002897<br>Address: 8659 N. Cherry Street<br>Tulare, CA 93274 | DATE: April 11, 2019<br>TIME: 9:30 a.m.<br>PLACE: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

NOTICE OF WITHDRAWAL

138592471v1

**TO THE COURT AND ALL PARTIES:**

    **PLEASE TAKE NOTICE** that Health Net of California, Inc. ("Health Net") will and hereby does withdraw, without prejudice, its Statement of Position of Health Net of California, Inc. in Response to Debtor's Notice of Motion and Motion for Order Authorizing Assumption and Assignment of Executory Contracts (the "Statement of Position") [Doc. Nos. 1160, 1161]. The Statement of Position is moot in light of the Debtor's Twelfth Omnibus Motion for Order Authorizing Rejection of Certain Executory Contracts (the "Motion") [Doc. No. 1272], which identified in Exhibit A to the Motion [Doc. No. 1275] Health Net of California, Inc.'s contract as one of the contracts that Debtor is seeking to reject.

Dated: April 9, 2019

KATTEN MUCHIN ROSENMAN LLP
William B. Freeman

By: /s/ William B. Freeman
Attorneys for Health Net of California, Inc.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 515 South Flower Street, Suite 1000 Los Angeles, CA 90071.

On April 9, 2019, I served the foregoing document(s) described as: **NOTICE OF WITHDRAWAL OF HEALTH NET OF CALIFORNIA, INC.'S STATEMENT OF POSITION** on the parties listed below:

| | |
|---|---|
| Tulare Local Healthcare District<br>Dba Tulare Regional Medical Center<br>Kevin Northcraft, President<br>869 N. Cherry St.<br>Tulare, CA 93274<br>northee@aol.com | Riley C. Walter<br>205 E. River Park Circle, Ste. 410<br>Fresno, CA 93720<br>559-435-9800<br>Attorney for Debtor Tulare Local Healthcare District<br>ECF@w2lg.com<br>(Via mail and ECF) |
| U.S. Trustee<br>Gregory S. Powell, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>2500 Tulare St., Ste. 1401<br>Fresno, CA 93721<br>Greg.powell@usdoj.gov<br>ustpregion17.fr.ecf@usdoj.gov<br>(Via mail and ECF) | AMN Healthcare Representative:<br>Tamara Swenson<br>12400 High Bluff Dr<br>San Diego, CA 92130<br>Creditor Committee<br>Tamara.swenson@amnhealthcare.com |
| Creditor Committee<br>Official Committee of Unsecured Creditors<br>DLA PIPER LLP (US)<br>2000 Ave of the Stars #400 North Tower<br>Los Angeles, CA 90067-4704 | Joshua D. Morse<br>555 Mission Street Suite 2400<br>San Francisco, CA 94105-2933<br>415-615-6020<br>joshua.morse@dlapiper.com<br>Attorney for Official Committee of Unsecured Creditors<br>(Via mail and ECF) |
| Gelvez Pediatrics PC<br>1331 Mae Carden St.<br>Visalia, CA 93291 | Firstsource Solutions USA, LLC<br>Representative: Derek Kung<br>1661 Lyndon Farm Ct<br>Louisville, KY 40223<br>Creditor Committee<br>alissa.castaneda@quarles.com ;<br>denise.cockrell@quarles.com ;<br>sybil.aytch@quarles.com<br>(Via mail and ECF) |

138539481

| | |
|---|---|
| Beatrice Hensleit<br>1849 N. Helm Ave. #114<br>Fresno, CA 93727<br>beatrice@hensleit-hcc.com | International Business Machines Credit LLC<br>Attn.: Marie-Josee Dube<br>IBM Corporation<br>275 Viger East<br>Montreal, Quebec H2X 3R7<br>Canada<br>mjdube@ca.ibm.com |
| Med One Capital Funding, LLC<br>Attn.: David H. Leigh<br>36 South State Street, 14th Floor<br>Salt Lake City, UT 84111<br>dleigh@rqn.com | Tulare County Tax Collector<br>Attn.: Sol Viveros, Deputy Tax Collector<br>221 S. Mooney Blvd.<br>Room 104-E<br>Visalia, CA 93291-4593 |
| Kevin B. Kalajian on behalf of Creditor Lori M. Brooks and Creditor Steven Brooks<br>Baradat & Paboojian, Inc.<br>720 W. Alluvial Avenue<br>Fresno, CA 93711 | Michael S. Winsten on behalf of Creditor DVA Healthcare Renal Care, Inc.<br>Winsten Law Group<br>27201 Puerta Real #140<br>Mission Viejo, CA 92691 |
| Erich N. Durlacher on behalf of Creditor LocumTenens.com, LLC<br>Burr & Forman LLP<br>171 17th Street NW<br>Atlanta, GA 30363 | Kevin G. Collins and David M. Powlen on behalf of Creditor Roche Diagnostics Corp.<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801 |

☒ **By Electronic Service,** by filing the foregoing electronically with the Clerk of Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consented to electronic service in this action.

☒ **By Mail;** by causing the foregoing to be placed in sealed envelopes with postage thereon fully prepaid and addressed as set forth above. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, the envelopes would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 9, 2019, at Los Angeles, California.

                                           */s/ William B. Freeman*
                                           William B. Freeman