WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
205 E. River Park Cir., Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-99<br><br>Chapter 9<br><br>Date: N/A<br>Time: N/A<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 13<br>Judge: Honorable René Lastreto II |

**STIPULATION FOR WITHDRAWAL OF CLAIMS**

IT IS HEREBY STIPULATED by and between Specialty Laboratories, Inc. ("SLI") and Tulare Local Health Care District, dba Tulare Regional Medical Center ("TRMC") as follows:

1. TRMC filed a Chapter 9 Petition on September 30, 2017.

2. The Court set April 10, 2018 as the deadline for filing Proofs of Claim.

3. Specialty Laboratories, Inc. filed Proof of Claim No. 56 in the amount of $63,687.06 on December 19, 2017.

4. In September 2018 TRMC entered into a Settlement Agreement with SLI

settling all claims and all claims against TRMC have since been paid in full.

5. It is hereby agreed between the parties that Specialty Laboratories, Inc. withdraws Proof of Claim number 56 having been paid in full.

6. The parties hereto stipulate and agree that the Court may enter an order approving the withdrawal of the subject Proof of Claim.

IT IS SO AGREED.

LANAK & HANNA

By: _____
Chad Wilson, Attorneys for
Specialty Laboratories, Inc.

WALTER WILHELM LAW GROUP

By: _____
Riley C. Walter, Attorneys for
Tulare Local Healthcare District
dba Tulare Regional Medical Center