WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
205 E. River Park Cir., Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

(SPACE BELOW FOR FILING STAMP ONLY)

Chapter 9 Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

In re

TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,

Debtor.

Tax ID #: 94-6002897
Address: 869 N. Cherry Street
Tulare, CA 93274

CASE NO. 17-13797

DC No.: WW-98

Chapter 9

Date: N/A
Time: N/A
Place: 2500 Tulare Street
Fresno, CA 93721
Courtroom 13
Judge: Honorable René Lastreto II

**STIPULATION FOR WITHDRAWAL OF CLAIMS**

IT IS HEREBY STIPULATED by and between Maxim Healthcare Services, Inc.("Maxim") and Tulare Local Health Care District, dba Tulare Regional Medical Center ("TRMC") as follows:

1. TRMC filed a Chapter 9 Petition on September 30, 2017.

2. The Court set April 10, 2018 as the deadline for filing Proofs of Claim.

3. Maxim Healthcare Services, Inc. filed Proof of Claim No. 198 in the amount of $160,645.35 on April 6, 2018.

4. In October 2018 TRMC entered into a Settlement Agreement with Maxim

settling all claims and all claims against TRMC have since been paid in full.

5. It is hereby agreed between the parties that Maxim Healthcare Services, Inc. withdraws Proof of Claim number 198 having been paid in full.

6. The parties hereto stipulate and agree that the Court may enter an order approving the withdrawal of the subject Proof of Claim.

IT IS SO AGREED.

THE DUNNING LAW FIRM

By: _/s/ Donald T. Dunning_
Donald T. Dunning, Attorneys for
Maxim Healthcare Services, Inc.

WALTER WILHELM LAW GROUP

By: _/s/ Riley C. Walter_
Riley C. Walter, Attorneys for
Tulare Local Healthcare District
dba Tulare Regional Medical Center