Michael B. Reynolds (SBN 174534)
mreynolds@swlaw.com
Andrew B. Still (SBN 312444)
astill@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Creditor California Physicians' Service
dba Blue Shield of California

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>        Debtor.<br><br>Tax ID #:     94-6002897<br><br>Address:     869 North Cherry Street,<br>                   Tulare, CA 93274 | Case No. 17-13797<br><br>Chapter 9 Case<br><br>DC No.     WW-84<br>               WW-93<br><br>**BLUE SHIELD'S NOTICE OF OBJECTION AND OBJECTION TO DEBTOR'S MOTION FOR:**<br><br>**(1) ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS [Related Docket No. 1160]**<br><br>**(2) ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS [Related Docket No. 1272]**<br><br>Hearing Information:<br>Date:            April 11, 2019<br>Time:           9:30 a.m.<br>Courtroom:    13<br>Address:       2500 Tulare Street<br>                     Fresno, CA 93721<br><br>Hon. Rene Lastreto II |

TO THE HONORABLE RENE LASTRETO II, UNITED STATES BANKRUPTCY

JUDGE, TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL

CENTER (the "<u>Debtor</u>"), AND PARTIES IN INTEREST:

4848-0867-9055

PLEASE TAKE NOTICE that California Physicians' Service, dba Blue Shield of California ("Blue Shield"), hereby objects to the Debtor's Motion for (1) Order Authorizing Assumption and Assignment of Executory Contracts, filed on February 26, 2019 as Docket Number 1160, and (2) Order Authorizing Rejection of Certain Executory Contracts, filed on March 25, 2019 as Docket Number 1272.

This objection (the "Objection") is made pursuant to 11 U.S.C. Sections 901 and 365, and is made on the grounds that the Debtor has no contracts with Blue Shield. The most recent contracts the Debtor had with Blue Shield were terminated in 2018 when the Debtors shut their doors and surrendered their operating licenses. As a result, there are no contracts between Blue Shield and the Debtor to assume or reject.

This Objection is based on this Notice of Objection and Objection, the concurrently-filed Memorandum of Points and Authorities, and on such other and further matters as the Court will allow.

Dated: April 9, 2019

Respectfully submitted,

SNELL & WILMER LLP

By: /s/ Andrew B. Still
Michael B. Reynolds
Andrew B. Still

Attorneys for California Physicians' Service, dba Blue Shield of California

SNELL & WILMER L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689