**3**

Michael B. Reynolds (SBN 174534)
mreynolds@swlaw.com
Andrew B. Still (SBN 312444)
astill@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Creditor California Physicians' Service dba Blue Shield of California

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　　Debtor.<br><br>Tax ID #:　94-6002897<br><br>Address:　869 North Cherry Street,<br>　　　　　Tulare, CA 93274 | Case No. 17-13797<br><br>Chapter 9 Case<br><br>DC No.　　WW-84<br>　　　　　　WW-93<br><br>**CERTIFICATE OF SERVICE RE: BLUE SHIELD'S NOTICE OF OBJECTION AND OBJECTION TO DEBTOR'S MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Hearing Information:<br>Date:　　　April 11, 2019<br>Time:　　　9:30 a.m.<br>Courtroom:　13<br>Address:　　2500 Tulare Street<br>　　　　　　Fresno, CA 93721<br><br>Hon. Rene Lastreto II |

　　　I hereby certify that I am employed in the County of Orange County, am over the age of eighteen (18) years and am not a party to the within cause of action. My business address is Snell & Wilmer L.L.P., 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

　　　On April 9, 2019, I served a copy of the documents listed below:

1. BLUE SHIELD'S NOTICE OF OBJECTION AND OBJECTION TO DEBTOR'S MOTION FOR: (1) ORDER AUTHORIZING ASSUMPTION AND

CERTIFICATE OF SERVICE

17328677

Case 17-13797 Doc 1302

1. ASSIGNMENT OF EXECUTORY CONTRACTS [Related Docket No. 1160], and (2) ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS [Related Docket No. 1272];
2. BLUE SHIELD'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OBJECTION TO DEBTOR'S MOTION FOR: (1) ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS [Related Docket No. 1160], and ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS [Related Docket No. 1272]; AND
3. CERTIFICATE OF SERVICE.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

☑ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery by overnight mail addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☑ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 9, 2019, at Costa Mesa, California.

_____
Kimberly A. Collins

- 2 -

CERTIFICATE OF SERVICE

17328677

Service List

| | |
|---|---|
| Walter Wilhelm Law Group<br>A Professional Corporation<br>Riley C. Walter<br>Kathleen D. DeVaney<br>205 East River Park Circle, St. 410<br>Fresno, CA 93720 | Attorney for Debtors<br><br>Email: rileywalter@w2lg.com |
| Gregory S. Powell, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>2500 Tulare Street, Ste. 1401<br>Fresno, CA 93721 | U.S. Trustee<br><br>Email: Greg.powell@usdoj.gov |

4813-5974-9779