20

Charles C.H. Wu (SBN 166756)
    (cchwu@wclawyers.com)
Vikram M. Reddy, SBN 228515
    (vreddy@wclawyers.com)
Sean Haddad (SBN 293960)
    (shaddad@wclawyers.com)
98 Discovery
Irvine, CA 92618-3105
Telephone: (949) 251-0111

Attorneys for Telnet-RX

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 1:17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER | Chapter 9 |
| | DC No.: **CHW-1** |
| Debtor. | **INDEX OF EXHIBITS IN SUPPORT OF MOTION TO ALLOW LATE-FILED PROOF OF CLAIM** |
| | **Date:**     **May 16, 2019** <br> **Time:**     **9:30 a.m.** <br> **Dept.:**     **Department B, Courtroom 13** <br>           **2500 Tulare Street, Fifth Floor** <br>           **Fresno, California 93721** <br><br> **Judge:**     **Honorable René Lastreto II** |

| No. | Description | Total Pages | Exhibit starts at page |
|---|---|---|---|
| 1 | February 21, 2019 Letter from Angie Graziano to Telnet-RX | 1 | 4 |
| 2 | Debtor's Fifth Chapter 9 Status Report | 12 | 6 |
| 3 | Excerpt of Claims Register as of April 2, 2019 | 2 | 19 |

\\\

\\\

2786744.1

DATED:  April 22, 2019                    CHARLES C.H. WU & ASSOCIATES, APC


                                          By:    _____/s/ Charles C.H. Wu_____
                                                 Charles C.H. Wu
                                                 Vikram M. Reddy
                                                 Sean J. Haddad
                                                 Attorneys for Telnet-RX

# EXHIBIT "1"

J:\Wpforms\EXHIBIT SEP (1-12  A- VV).wpd



Tulare Regional
Medical Center

869 N. Cherry St. • Tulare • CA • 93274
559.688.0821 • www.TulareRegional.org

February 21, 2019

Tom Nguyen- PharmD, Chief Operating Officer
TelNet-RX
18340 Yorba Linda Blvd.
Suite 107 PMB 139
Yorba Linda, CA 92886

Hello Mr. Nguyen,

This letter is a declaration that verifies remote pharmacy services with Telnet Pharmacy:

1) The relation between TRMC and Telnet-RX started June 1, 2009.

2) Pharmacy services required service for acute care hospital ... must provide 24 hr. service.... Tulare contract for night time remote services, unable to staff a pharmacy 24 hrs. a day / 7 days a week..... CMS condition of participation.

3) After filing of bankruptcy Tulare hospital did not close doors & required services of Telnet Pharmacy.... request sent to Telnet to continue services and payment plan negotiated to continue services.

4) Telnet pharmacy continued services until October 29, 2017, when hospital Board Of Directors decided to suspend the hospital license, all services in hospital terminated. Telnet pharmacy notified of decision to closed hospital.

Thank you,

Angie Graziano, Chief Nursing Officer
Tulare Regional Medical Center

4                                        EXHIBIT 1

# EXHIBIT "2"

J:\Wpforms\EXHIBIT SEP (1-12   A- VV).wpd

12

1  WALTER WILHELM LAW GROUP
2  A Professional Corporation
   Riley C. Walter #91839
3  Kathleen DeVaney #156444
   205 East River Park Circle, Ste. 410
4  Fresno, CA 93720
   Telephone:   (559) 435-9800
5  Facsimile:   (559) 435-9868
   E-mail:      rileywalter@w2lg.com
6
   Chapter 9 Counsel
7

8              IN THE UNITED STATES BANKRUPTCY COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                      FRESNO DIVISION

11 In re                              CASE NO.  17-13797

12 TULARE LOCAL HEALTHCARE            Chapter 9
   DISTRICT, dba TULARE
13 REGIONAL MEDICAL CENTER,           Date:      January 29, 2019
                                      Time:      9:30 a.m.
14         Debtor.                    Place:     2500 Tulare Street
                                                 Fresno, CA  93721
15 Tax ID #:  94-6002897                         Courtroom 13
   Address:   869 N. Cherry St.       Judge:     Honorable René Lastreto II
16            Tulare, CA 93274

17

18              **FIFTH CHAPTER 9 STATUS REPORT**

19 TO THE HONORABLE RENE LASTRETO, UNITED STATES BANKRUPTCY JUDGE:

20         Tulare Local Healthcare District, dba Tulare Regional Medical Center ("District"),

21 respectfully comes before the Court and submits this Fourth Chapter 9 Status Report as

   follows:
22
                                     I.
23                              BACKGROUND

24         The District filed a Chapter 9 Petition on September 30, 2017 in the face of a

25 threatened shutdown of the hospital by the District's former management and due to

   very dire financial circumstances.
26
           The District is a public entity organized under the California Local Healthcare
27
   District Law and consists of a geographic district located in Western Tulare County
28

FIFTH CHAPTER 9 STATUS REPORT          -1-                00206597-gaa-01.21.2019

6                                                    EXHIBIT 2

1  where the District is the only provider of acute healthcare services for over 70,000
2  people. The District is governed by an elected board of five persons representing
3  specific districts.

4       The Court has set a fourth Chapter 9 Status Conference for January 29, 2019 at
5  9:30 a.m. so as to be informed as to the status of this case and the progress toward a
6  plan.

7       The purpose of this report is to provide the Court with a report on activities that
8  have occurred since the last Status Conference as well as to inform the Court as to
9  expected activities that will occur in the next phase of this Chapter 9 case.

10

11  ## II.
### ELIGIBILITY

12       The Court previously fixed a bar date of January 11, 2018 for objections to
13  eligibility based on the District's Motion for an Entry of Order (1) Directing and
14  Approving Form of Notice of Commencement;(2) Setting Deadline for Filing Objections
15  to Petition; and (3) for Relief Under Chapter 9 (ECF No. 169).

16       No objections to eligibility were filed. The order for relief was entered on January
17  26, 2018. Appropriate notices were given.

18

19  ## III.
### CLAIMS BAR DATE

20       The District filed and served its Motion for Order Fixing Bar Date for Filing Proofs
21  of Claim (ECF No. 290). A bar date of April 10, 2018 was entered and notice was given
22  to all creditors. The District is in the process of evaluating all claims. The District will
23  file such objections as necessary at some point in the future, likely after plan
24  confirmation.

25  ## IV.
### POST PETITION ACTIVITIES THROUGH JANUARY 5, 2018

26       The District engaged in and/or accomplished the following between October 1,
27  2017 and January 5, 2018. These activities are not set out in order of importance or
28  chronology. These are highlights of such activities for said period:

FIFTH CHAPTER 9 STATUS REPORT                -2-                    00206597-gaa-01.21.2019

7

1  • The District sought and obtained an Order rejecting the executory contract of
2    Health Care Conglomerate Associates, LLC ("HCCA"). The rejection of the
3    HCCA contract was effective at 5:00 p.m. on November 22, 2017. Beginning the
4    week following the Thanksgiving holiday the District regained control over various
5    bank accounts.
6  • Beginning November 23, 2017 the District sought and obtained control over what
7    it believes to be most of the assets and records of the District except for some
8    assets that are unaccounted for, some assets that are in the possession of
9    Southern Inyo Healthcare District, and some records believed to be in the
10   possession of the Tulare County District Attorney's Office obtained by search
11   warrants.
12 • The District entered into agreements with Wipfli/HFS to provide management
13   services to the District including a CEO, CFO, CAO, Project Manager and other
14   key management personnel.  The management team is headed by Richard
15   Gianello and reports to the elected board of directors.
16 • The District voluntarily and temporarily surrendered its license to the California
17   Department of Public Health.
18 • The District regained the ability to hire a skeleton crew of employees who are
19   now directly employed by the District.
20 • The District secured control over its facilities.
21 • The District entered into a stipulation for the assumption of its various insurance
22   contracts with BETA, a joint powers authority, for insurances, and Phoenix Health
23   Systems regarding IT services, among others.
24 • The District commenced the process of evaluating about 1,100 contractual
25   arrangements to determine which of these agreements should be assumed and
26   which should be rejected.
27 • The District commenced the process of filing Motions to Reject Contracts and
28   Motions to Assume Contracts and NRRP as well as negotiation of new post-

FIFTH CHAPTER 9 STATUS REPORT        -3-        00206597-gaa-01.21.2019

petition agreements.

- The District, upon gaining control over electronic files, filed an amended list of creditors and obtained an Order prescribing notice to a limited sub-set of creditors.

- The District obtained an Order setting a hearing on its eligibility for relief under Chapter 9. Pursuant to that Order the District has given notice to all persons on its list of creditors and the District has published notice in Bond Buyer and the Visalia Times Delta. The last date to object to eligibility was January 11, 2018 and there were no objections to eligibility.

- The District obtained numerous Orders pursuant to FRBP 2004. The District is seeking documents by subpoena prior to conducting examinations.

- Post-petition the District learned that the prior management company entered into an agreement and purported to sell assets of the District to Celtic Leasing for $3 million.

- The District obtained a claims bar date and has commenced evaluation of all claims.

- The District commenced discussions with Wilmington Trust as the indenture trustee for the District's revenue bonds.

- The District figured out which lawsuits were pending either by or against the District in a variety of different courts.

- The District gained an understanding of the then pending 14 medical malpractice suits and established open lines of communication with defense counsel.

- The District commenced discussions with lenders to obtain credit sufficient to enable the District to reopen the hospital and medical clinics to resume providing services to the people of the District.

- The District had discussions with the California Department of Public Health regarding steps necessary for the reopening of the hospital and clinics.

- The District evaluated its involvement in several civil, non-medical malpractice

1    lawsuits pending in Federal and State Courts.

2    • The Court appointed a healthcare ombudsman and there have been discussions
3       between the District and the ombudsman.

4    • The District has joined State Senator Jean Fuller in a request for a state audit as
5       to the uses and misuses of bond funds since 2009.

6                                        V.
                        **POST PETITION ACTIVITIES FOR**
7                  **JANUARY 6, 2018 TO JUNE 11, 2018**

8       The District has continued to engage in many of the activities described above at

9    Section IV and a further report on activities since January 5, 2018 is as follows:

10   • The District engaged in intensive mediation efforts with HCCA to resolve disputes
11      between them. The mediation efforts were not successful. The District
12      commenced an adversary proceeding against HCCA as is discussed in Section
13      VIII of this Status Report. See Section VIII for a discussion of related litigation.

14   • The District has been engaged in discussions with various healthcare systems
15      concerning such things as management agreements, affiliation agreements and
16      leases. In recent days the District has sent out requests for proposals. The
17      District received expressions of interest by June 5, 2018. The District is
18      optimistic that the RFP process will lead to the selection of a "partner" and this
19      will, in turn, lead to a re-opening of the hospital by August 31, 2018 with voter
20      approval of a long term lease expected at the November, 2018 election. This
21      arrangement is also expected provide the District with adequate financing with
22      which to jump start the re-opening of the hospital.

23   • In addition to the above described RFP process, the District is also pursuing
24      alternative and additional sources of financing.

25   • The District is spending significant amounts of time seeking to recover on special
26      revenues that are in jeopardy due to the failure of prior management to file
27      various reports and cost reports with federal and state agencies.

28   • The District is spending significant amounts of time cooperating with the State

1   Auditor concerning an audit of the uses and misuses of bond proceeds.

2   • The District has successfully resolved several medical malpractice lawsuits and
3     has also resolved certain of the civil lawsuits.

4   • The District has resolved the lawsuit brought by Senovia Gutierrez for damages
5     caused by the failure to honor her election as a director.

6   • The District has resolved a lawsuit brought by the former Medical Executive
7     Committee who sued the District and others for interfering with its duties and
8     responsibilities.

9   • The District has continued on with the evaluation of the approximately 1,100
10    contracts and leases.

11  • A Creditors' Committee has been appointed in this case. The District has
12    informed the Committee that it will not pay for Committee counsel. (The US
13    Trustee subsequently disbanded the Committee.)

14  • The District has evaluated and identified certain excess equipment and assets
15    and has commenced a sale of assets utilizing valuation experts in compliance
16    with the District Court.

17  • The District has continued its discussions with the California Department of
18    Public Health, and other state and federal agencies, concerning the terms and
19    conditions on which the District will be able to re-open its hospital and clinics.

20  • The District is evaluating the changed rules and regulations relating to the
21    operation of a rural health clinics.

22  • The District removed the Los Angeles County Superior Court lawsuit filed against
23    it by HCCA to the U.S. Bankruptcy Court.

24  • The District commenced an adversary proceeding against HCCA seeking to
25    invalidate the deed of trust recorded against the Evolutions facility.

26  • The District filed an adversary proceeding against MB Financial and Celtic
27    Leasing concerning what the District considers to be an unauthorized sale and
28    lease back of the District's assets and the deposit of funds into a bank account

FIFTH CHAPTER 9 STATUS REPORT                    -6-                    00206597-gaa-01.21.2019

11

1    under the control of the principal of HCCA.

2    • The District commenced discovery relative to Tulare Asset Management, LLC, a
3      company owned and controlled by Dr. Bennie Benzeevi, which owned and
4      controlled a non-District bank account into which sale proceeds stemming from
5      the sale of the District's assets were deposited.

6    • The District commenced efforts to recover financial information from the bank
7      into which Tulare Asset Management deposited monies belonging to the District.

8    • The District was in the midst of attempting to resolve the treatment and
9      allowance of its claims against Southern Inyo Healthcare District.

10   • The District was engaged in discussions with the trustee for the revenue bonds
11     concerning uses of bond reserves to maintain payments to the revenue
12     bondholders.

13   • The District was continuing in its cooperation with various federal and state
14     regulatory and investigatory agencies relative to pre-petition conduct by the prior
15     board of directors and prior manager.

16   • The District was engaged in numerous negotiations with parties to contracts,
17     leases and vendors.

18   • The District was obtaining a valuation of certain of its real property.

19   • The District was preparing to obtain a fair market valuation of a potential lease.

20   • The District was preparing to submit a ballot proposition for the November
21     General Election.

22   • The District was engaged in ongoing discussions with Earlimart Unified School
23     District, the County of Tulare and Heiskell Ranches concerning either
24     modifications of leases or extensions of new leases of certain facilities.

25   • The District was engaged in evaluating its claims for legal malpractice against
26     prior attorneys.

27   • The Debtor has filed three adversary proceedings seeking to quiet title to certain
28     real property belonging to the District.

## VI.
## POST PETITION ACTIVITIES FOR JUNE 12 – AUGUST 3, 2018

The District continued to engage in many of the activities described above at Sections IV, V and VI and a further report on activities since August 2, 2018 is as follows.

A very considerable amount of time was spent negotiating and documenting the Adventist Health transaction that was approved on August 2, 2018 with a final hearing held on August 7, 2018 granting the relief sought.

Time was spent on the litigation involving HCCA. There are no less than eight motions set to be heard by the court on August 15, 2018 (now January 29, 2019).

Time was spent engaged in settlement discussions with HCCA. A tentative settlement was reached on August 1, 2018.

Preliminary work on the litigation involving MB Financial/Celtic Leasing.

Much time was spent working on financing related activities. A lot of time has been spent during the subject period with the review and evaluation of executory contracts and leases.

The District was involved in ongoing discussions with the California Department of Public Health, and other federal and state agencies, concerning the terms and conditions on which the hospital will be able to re-open.

Much time was spent dealing with revenue bond related issues.

Time was spent obtaining valuations of the District's assets.

Time was spent cooperating with the State Auditor.

Time was spent working on the ballot proposition for the November 6 election.

Time was spent working on inventories of assets of the District.

## VII.
## POST PETITION ACTIVITIES FOR PERIOD OF AUGUST 4 - OCTOBER 3, 2018

Much time was spent negotiating the rent rate on the lease of the hospital with Adventist Health.

During this interim period several State Court actions and adversary proceedings were settled and settlement documentation drawn.

The District successfully prosecuted a Motion for Summary Judgment on the Anderson medical malpractice suit.

The District expended time and energy clearing title to its real properties.

A very substantial amount of time was spent on matters related to getting the hospital reopened including coordination with State and Federal agencies as to permits needed for reopening.

A very considerable amount of time was spent evaluating executory contracts and non-residential real property lease in terms of assumption or rejection. This work will continue over the next three to four months.

Time was spent working on matters related to the voter election to be held on November 6, 2018.

A considerable amount of energy was devoted to negotiating terms on which various contracts could be adjusted in order to facilitate reopening of the hospital.

### VIII.
### POST PETITION ACTIVITIES FOR THE PERIOD OF
### OCTOBER 4, 2018 – JANUARY 21, 2019

During this interim period the District successfully reopened the hospital under the management of Adventist Health. Significant amounts of time were spent on regulatory and other matters necessary to get the hospital acute care license reinstated.

During this period of time the District successfully cleared off disputed liens on its real property.

The District obtained a BR 9019 Order re the Compromise with MB Financial and Celtic Leasing.

A very significant amount of time was spent on evaluating executory contracts for assumption, rejection and assignment. This work continues.

///

1    During the interim period the voters overwhelmingly voted in favor of the lease of

2  the real property to Adventist Health.

3    Much time was spent on financing activities which continue.

4    Additional time was spent on a financial audit.

5

6
## IX.
## PROFESSIONALS

7    The District is represented by the McCormick Barstow firm as district counsel and

8  by Walter Wilhelm Law Group as Chapter 9 counsel.  The District has engaged bond

9  counsel to advise it with respect to the revenue bonds and general obligation

10  bonds.  The District has engaged a malpractice specialist to commence certain actions

11  for recovery of damages.  The District has resumed working with pre-petition defense

12  counsel provided by BETA on the pending malpractice actions.  Work is underway on

13  the non med-mal civil actions.

14
## X.
## SOUTHERN INYO HEALTH CARE DISTRICT

15    The District has filed a Cost of Administration Claim in the Southern Inyo Health

16  Care District ("SIHCD") Chapter 9 case pending before the Honorable Fredrick E.

17  Clement seeking recovery for assets and monies transferred to SIHCD by the prior

18  manager of both Districts.  At present, the Districts are discussing a resolution of this

19  issue by fixing and allowing TRMC a general unsecured claim because administrative

20  claims in Chapter 9 are very limited.  The District anticipates that it will be involved in

21  the confirmation process involving the Plan of Adjustment proposed by SIHCD.

22

23
## XI.
## HEALTH CARE CONGLOMERATE ASSOCIATES, LLC

24    The District and Healthcare Conglomerate Associates, LLC have entered into a

25  resolution of their disputes and it is anticipated that the resolution will be consummated

26  in February 2019 which will result in clearing title to the Debtor's real property.  The

27  pending litigation between the District and HCCA has been continued to February 27,

28  2019.

FIFTH CHAPTER 9 STATUS REPORT                -10-                    00206597-gaa-01.21.2019

## XII.
## MB FINANCIAL / CELTIC LEASING

This adversary proceeding has been settled and an order authorizing the compromise was lodged with the Court on January 21, 2019. The adversary proceeding will soon be dismissed. By virtue of the resolution titled "Disputed Title 2" a substantial amount of medical equipment has been resolved.

## XIII.
## NEXT PHASE

So that the court might have a "road map" as to the next phase in this Chapter 9 case, the following items are expected to be commenced or furthered over the next four months:

- Adventist Health expects to receive a change of ownership certificate from the State of California around March 1. At that time Adventist Health will become the lessee of the hospital.
- The District expects to seek a borrowing to aid the District in moving into the plan of adjustment phase.
- The District will file one or more malpractice lawsuits.
- The District will evaluate avoidance claims and will bring a number of preference actions.
- The District will continue with its evaluation of contracts, many of which will be rejected and others will be assumed and assigned to Adventist Health pursuant to previous orders of the court.
- The District will continue to monitor its claims against Southern Inyo Healthcare District.
- The District anticipates in the next phase that it will resolve the litigation involving with HCCA and Celtic.
- The District will continue on with an analysis of claims.
- The District will reconcile the secured claim of Adventist and will identify and sell

FIFTH CHAPTER 9 STATUS REPORT       -11-       00206597-gaa-01.21.2019

1  excess equipment.

2  • The District will bring administrative motions dealing with claims and claims bar

3  dates.

### XIV.
### PLAN OF ADJUSTMENT

4

5  The District has commenced modeling financial projections relating to its Plan of

6  Adjustment.  Preliminary indications are that the District will be able to commence

7  drafting the Disclosure Statement and Plan of Adjustment once the Adventist Health

8  change of ownership takes place.  Prior to the next status conference the Debtor

9  expects to know with a high degree of certainty when the Plan will be filed.

10  Thus, the District anticipates that it will be able to file a Plan sometime in April,

11  2019, assuming the Adventist Health change of ownership is granted by around the first

12  week of March.

### XV.
### FURTHER STATUS CONFERENCE

13

14  The District suggests to the Court that it would be appropriate to set a further

15  Chapter 9 Status Conference around May 30, 2019 so the Debtor can make a further

16  report to the Court on its reorganization and progress toward reopening and the Plan of

17  Adjustment and report back as to the status of the lease to Adventist Health.

18

### XVI.
### CONCLUSION

19

20  WHEREFORE, Tulare Local Healthcare District prays that the Court be apprised

21  accordingly and seeks such relief as is just and proper.

22  Dated: January 21, 2019                    WALTER WILHELM LAW GROUP,
23                                              a Professional Corporation

24

25  By: _Riley C. Walter_____
                                              Riley C. Walter, Attorneys for Debtor,
26                                              Tulare Local Healthcare District, dba
                                              Tulare Regional Medical Center
27

28

FIFTH CHAPTER 9 STATUS REPORT          -12-                    00206597-gaa-01.21.2019

# EXHIBIT "3"

J:\Wpforms\EXHIBIT SEP (1-12  A- VV).wpd

| Creditor: (22638495) Allied Reliability Hugo Williams 10344 Sam Houston Pkwy #110 Houston TX 77064 | Claim No: 259 Original Filed Date: 01/02/2019 Original Entered Date: 01/03/2019 | Status: Filed by: CR Entered by: Vicky McKinney Modified: |
|---|---|---|

| Amount claimed: $2950.00 | | |
|---|---|---|

| History: | | |
|---|---|---|
| Details | 259-1 | 01/02/2019 | Claim #259 filed by Allied Reliability, Amount claimed: $2950.00 (McKinney, Vicky ) |
| Description: | | |
| Remarks: | | |

| Creditor: (22652345) GE Precision Healthcare LLC c/o Michael B. Bach 25 Whitney Dr #106 Milford OH 45150 | Claim No: 260 Original Filed Date: 01/23/2019 Original Entered Date: 01/23/2019 | Status: Filed by: CR Entered by: Janice Bradshaw Modified: |
|---|---|---|

| Amount claimed: $302295.74 | | |
|---|---|---|

| History: | | |
|---|---|---|
| Details | 260-1 | 01/23/2019 | Claim #260 filed by GE Precision Healthcare LLC, Amount claimed: $302295.74 (Bradshaw, Janice ) |
| Description: | | |
| Remarks: | | |

| Creditor: (22405812) Med One Capital Funding, LLC c/o David H. Leigh, Esq. Ray Quinney & Nebeker P.C. 36 South Main Street, Suite 1400 Salt Lake City, UT 84111 | Claim No: 261 Original Filed Date: 03/20/2019 Original Entered Date: 03/20/2019 | Status: Filed by: CR Entered by: eDktPrid Modified: |
|---|---|---|

| Amount claimed: $266754.80 | | |
|---|---|---|

| History: | | |
|---|---|---|
| Details | 261-1 | 03/20/2019 | Claim #261 filed by Med One Capital Funding, LLC, Amount claimed: $266754.80 (eDktPrid) |
| Description: | | |
| Remarks: (261-1) Account Number (last 4 digits):1719 | | |

## Claims Register Summary

**Case Name:** Tulare Local Healthcare District
**Case Number:** 17-13797
**Chapter:** 9
**Date Filed:** 09/30/2017

**Total Number Of Claims:** 260

| | |
|---|---|
| **Total Amount Claimed*** | $52960335.04 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $8218189.57 | |
| **Priority** | $1450257.88 | |
| **Administrative** | | |

| PACER Service Center | | | | |
|---|---|---|---|---|
| **Transaction Receipt** | | | | |
| 04/02/2019 12:04:55 | | | | |
| **PACER Login:** | msimonpacer:5199481:4330007 | **Client Code:** | WUC01-0001 | |
| **Description:** | Claims Register | **Search Criteria:** | 17-13797 Filed or Entered From: 1/1/1960 Filed or Entered To: 4/2/2019 | |
| **Billable Pages:** | 21 | **Cost:** | 2.10 | |