WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District, Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: CHW-1<br><br>Date: May 16, 2019<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

## DEBTOR'S OBJECTION TO MOTION TO ALLOW LATE-FILED PROOF OF CLAIM FILED BY TELNET-RX

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

Tulare Local Healthcare District dba Tulare Regional Medical Center (the "Debtor"), by and through undersigned counsel, respectfully comes before the Court and objects to the Motion to Allow Late-Filed Proof of Claim filed herein by Telnet-RX.

WHEREFORE, the Debtor respectfully requests that the Court set a hearing and briefing schedule on the Motion which is brought on a 14 days' notice.

Dated: April 25, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District dba Tulare Regional Medical Center