3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District, Debtor

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re | CASE NO. 17-13797 |
|---|---|
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9<br>DC No.: WW-101 |
| Debtor.<br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | Date: May 16, 2019<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**DECLARATION OF SANFORD HASKINS IN SUPPORT OF MOTION FOR ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACT (DVA RENAL HEALTHCARE, INC.)**

I, Sanford Haskins, hereby declare and represent as follows:

1. I am the Chief Administrative Officer ("CAO") of Tulare Local Healthcare District, dba Tulare Regional Medical Center ("TRMC" or "Debtor"), the Debtor in the above-captioned Chapter 9 case.

2. I make this Declaration in support of Debtor's Motion for Order Authorizing Assumption and Assignment of Executory Contract (DVA Renal Healthcare, Inc.) ("Motion").

3. I have personal knowledge of the facts contained herein, except for those stated on information and belief, and as to those matters I believe them to be true.

4. On September 30, 2017, Debtor filed a voluntary petition for Chapter 9 bankruptcy.

5. Debtor is a local health care district formed pursuant to Health and Safety Code Section 3200 et seq. and is located in Western Tulare County.

6. Debtor has entered into a transaction with Adventist Health and its affiliates, ("AH") whereby Debtor will lease its acute care hospital to AH. The lease is to be effective on the date of issuance of a change of ownership license, which is anticipated to be on or before March 30, 2019, or the date the change of ownership is issued, whichever is later ("Closing Date").

7. As a part of the lease, that certain executory contract identified as the Stat Laboratory Services Agreement, effectively dated August 23, 2017, by between the District and DVA Renal Healthcare, Inc., which provided the District with laboratory services (the "Contract") is to be assumed by Debtor and assigned to AH. The Debtor believes that there is no cure to be paid as a part of this assignment.

8. Assumption of the Contract is essential to Debtor's successful reorganization because it will enable Debtor to consummate the lease with AH. AH and Debtor have determined that the Contract is critical to the business operations for which AH will use the assigned contract to be transferred from Debtor to AH.

9. Debtor will have the financial assets to cure all defaults, if any, under the Designated Contracts and Agreements.

10. AH is an established and well-capitalized entity. It has demonstrated its ability to perform under the Contract by its prolonged growth and success in the health care industry. This history of performance provides the non-Debtor parties to the Contract with adequate assurance of future performance by AH.

11. Due to the proximity of the Closing Date, AH and Debtor are under time pressure to complete tasks associated with the closing requirements of the lease. As a

result, a fourteen (14) day stay of order authorizing the assumption and assignment of the Contract could delay closing and jeopardize Debtor's ability to consummate the lease.

12. I am over the age of eighteen and if I were called as a witness in connection with these proceedings I would and could testify as set out in this Declaration.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 1st day of May, 2019 at Portland, Oregon.

_____
Sanford Haskins, Chief Administrative Officer
Tulare Local Healthcare District, dba
Tulare Regional Medical Center