WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District, dba
Tulare Regional Medical Center

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>DC No.: WW-94<br><br>Chapter 9<br><br>Date: N/A<br>Time: N/A<br>Place: 2500 Tulare Street<br>Fresno, CA 03721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**DECLARATION IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME**

I, Riley C. Walter, hereby declare and represent as follows:

1. I am counsel for the Debtor and maintain an office at 205 East River Park Circle, Suite 410, Fresno, California 93720.

2. The Debtor seeks to have the Court approve the Motion/Application attached hereto as Exhibit A on shortened notice.

3. The Debtor seeks authority to notice the hearing for May 29, 2019, at 9:30 a.m. in Fresno and proposes to give notice by May 17, 2019 to Adventist Health; City of Tulare; Wilmington Trust; the Debtor; the U.S. Trustee's Office and all persons who have requested special notice.

4. The interest of the Debtor and creditors will be served by shortening time

because the Debtor needs to begin process of confirming its Plan of Adjustment.

5.   The Debtor needs relief as soon as possible and a hearing on shortened time is needed so that the Debtor can commence the Process of seeking confirmation.

I declare under penalty of perjury that the foregoing facts are true and correct under the laws of the United States.

Executed this 16th day of May, 2019, at Fresno, California.

_____
Riley C. Walter