39

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Kathleen D. DeVaney #156444
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:        rileywalter@W2LG.com

(SPACE BELOW FOR FILING STAMP ONLY)

Chapter 9 Counsel for Tulare Local Healthcare District, Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | DC No.: WW-94 |
| | Chapter 9 |
| Debtor. | Date:     May 29, 2019 |
| Tax ID #:    94-6002897 | Time:     9:30 a.m. |
| Address:    869 N. Cherry Street Tulare, CA 93274 | Place:    2500 Tulare Street Fresno, CA 93721 Courtroom 13 |
| | Judge:    Honorable René Lastreto II |

**EXHIBITS TO MOTION FOR ENTRY OF AN ORDER: (a) APPROVING SOLICITATION AND TABULATION PROCEDURES AND MATERIALS AND (b) GRANTING RELATED RELIEF RELATING TO PLAN OF ADJUSTMENT CONFIRMATION**

///

///

///

///

///

| Exhibit | Description | Pages | #Pages |
|---------|-------------|-------|--------|
| A | Solicitation Cover Letter | 1-2 | 2 |
| B | Proposed Order Approving Disclosure Statement | 3-6 | 4 |
| C | Class 4 Ballots | 7-24 | 18 |
| D | Class 8 Ballot | 25-28 | 4 |
| E | Notice of Hearing on Confirmation | 29-31 | 3 |
| F | Notice of Unimpaired Non-Voting Status | 32-34 | 3 |
| G | Proposed Order | 35-37 | 3 |

Dated: May 17, 2019          WALTER WILHELM LAW GROUP,
                             a Professional Corporation


                     By:    _____
                             Riley C. Walter, Attorneys for Debtor,
                             Tulare Local Healthcare District dba Tulare
                             Regional Medical Center

Exhibits to Motion for Entry of Order: (I) Approving
Solicitation Procedures, ect.                    -2-                    M:\S-U\TRMC\PLEADINGS\WW-94 Motion re
Solicitation\Exh.Pg.051519.nam.docx

# WALTER WILHELM
## L A W   G R O U P

_____, 2019

Writer's Contact:
rileywalter@w2lg.com
Direct: 559-490-0949

Re:    In re Tulare Local Healthcare District, dba Tulare Regional Medical Center
       Chapter 9 Case; USBC for the Eastern District of California; Case No. 17-13797

**TO HOLDERS OF CLAIMS ENTITLED TO VOTE ON THE PLAN OF ADJUSTMENT:**

      Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "Debtor") filed a voluntary petition for relief under Chapter 9 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of California (the "Court") on September 30, 2017.

      You have received this letter and the enclosed materials because you are entitled to vote on the Chapter 9 Plan of Adjustment (as modified, amended, or supplemented from time to time, the "Plan"). On _____, 2019, the Court entered an Order (the "Disclosure Statement Order"): (a) authorizing the Debtor to solicit acceptances for the Plan; and (b) approving the Disclosure Statement for the Plan of Adjustment (the "Disclosure Statement") as containing "adequate information" pursuant to Section 1125 of the Bankruptcy Code. The court previously approved the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Package") and the procedures for soliciting, receiving, and tabulating votes on the Plan.

      In addition to this cover letter, the enclosed materials comprise your Solicitation Package, and were approved by the Court for distribution to Holders of Claims and Interests in connection with the solicitation of votes to accept the Plan. The Solicitation Package consists of the following:

A.      This cover letter;

B.      A copy of the Solicitation and Voting Procedures Order;

C.      A Ballot, together with detailed voting instructions and a pre-addressed, postage prepaid return envelope;

D.      The Order Approving the Disclosure Statement;

E.      The notice of the hearing to consider confirmation of the Plan;

F.      The Disclosure Statement, as approved by the Bankruptcy Court (and exhibits thereto); and

G.      The Plan of Adjustment.

205 East River Park Circle, Suite 410, Fresno, CA 93720
Tel: 559-435-9800 Fax: 559-435-9868
www.W2LG.com
A Professional Corporation

EXHIBIT A - PAGE 1 OF 37

The Debtor believes that the acceptance of the Plan is in the best interests of its creditors and all other parties in interest. In addition, Major creditors Adventist Health and the City of Tulare have agreed to support the Plan. Moreover, the Debtor believes that any alternative other than Confirmation of the Plan could result in dismissal of this Chapter 9 case and extensive delays and increased administrative expenses, which, in turn, likely would result in smaller distributions (or no distributions) or recoveries on account of Claims asserted in the Chapter 9 case.

**THE DEBTOR URGES YOU TO PROPERLY AND TIMELY SUBMIT YOUR BALLOT CASTING A VOTE TO ACCEPT THE PLAN. BALLOTS MUST BE ACTUALLY RECEIVED BY THE VOTING DEADLINE AT 4:00 P.M. (PACIFIC STANDARD TIME) ON _____, 2019.[1]**

The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions concerning the solicitation process, however, please contact Nicole A. Medina of Walter Wilhelm Law Group at email nmedina@W2LG.com or by phone (559) 490-0707.

Copies of certain orders, notices, and pleadings, including copies of this letter, the Notice of Hearing on Confirmation, and the Ballots, as well as other information regarding this Chapter 9 case are available for inspection free of charge on the Debtor's website at www.tularelocalhealthcaredistrict.org. You may also obtain copies of any pleadings filed in the Chapter 9 case for fee via PACER at www.caeb.uscourts.gov.

Sincerely,

WALTER WILHELM LAW GROUP,
a Professional Corporation

Riley C. Walter,
Attorneys for Tulare Local Healthcare
District, dba Tulare Regional Medical Center

:Enclosures

M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\L.claim holders.051519.nam.docx

---

[1] If you are included in Class 8 and filed a Proof of Claim for $5,000 or less, you are eligible to opt into Class 10 by making the Class 10 election on your Ballot. For additional information, please see the Disclosure Statement.

205 East River Park Circle, Suite 410, Fresno, CA 93720
Tel:  559-435-9800 Fax: 559-435-9868
www.W2LG.com
A Professional Corporation

4

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Kathleen D. DeVaney #156444
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:      rileywalter@W2LG.com

Chapter 9 Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.  WW-95 |
| Debtor. | ORDER APPROVING DISCLOSURE STATEMENT; FIXING TIME FOR FILING ACCEPTANCE OR REJECTION OF PLAN AND NOTICE OF CONFIRMATION HEARING ON CHAPTER 9 PLAN |
| Tax ID #:   94-6002897 Address:   869 N. Cherry Street          Tulare, CA 93274 | Date:          _____, 2019 Time:          _____ Place:         2500 Tulare Street                Fresno, CA  93721                Courtroom 13 Judge:         Honorable René Lastreto II |

At Fresno, in the Eastern District of California.

The Disclosure Statement ("Disclosure Statement"), filed and proposed by Tulare

Local Healthcare District, dba Tulare Regional Medical Center, referring to the Plan of

Adjustment ("the Plan") filed on _____, 2019 as approved at the hearing held

Order (1) Approving Disclosure Statement and (2) Establishing
Confirmation Procedures and Administrative Claim Bar Date
          -1-     M:\S-U\TRMC\PLEADINGS\WW-95  Chapter 9 Plan\order
                              re ds.051519. nam.docx

EXHIBIT B - PAGE 3 OF 37

1  _____, 2019 at _____, at which time Riley C. Walter appeared for the Debtor.

2  Other appearances were as is of record.

3          It having been determined after due and proper notice and a hearing that the

4  Disclosure Statement contain adequate information as required by Section 1125 and all

5  objections having been resolved and good cause appearing,

6          IT IS HEREBY ORDERED AND NOTICE is hereby given that:

7          1.      The Disclosure Statement is approved.

8          2.      No later than _____, 2019 copies of this Order together with the

9  Solicitation Packages provided for by Order dated _____as applicable are

10  required to be provided to bondholders, creditors, the Debtor, the U.S. Trustee and

11  parties in interest as provided in FRBP 3017(d).

12          3.      _____, 2019 is fixed as the last day for receipt by the Balloting

13  Agent for Class 4, Epiq Corporate Restructuring, LLC as to holders as of the record

14  date of _____, 2019 and Walter Wilhelm Law Group for Class 8, of signed

15  acceptances or rejections of the Plan.  In order for such ballots to be counted, they must

16  be received no later than 4:00 pm Pacific Time on that date at the addresses set forth

17  below:

18  **For Class 4**: Beneficial holders should refer to the instructions provided by the Master

19  Ballot Agent before submitting their ballot. Beneficial Holder Ballots sent directly to the

20  Class 4 Ballot Agent that are not pre-validated will not be counted:

21
22                          Tulare Local Health Care District
                            c/o Epiq Corporate Restructuring, LLC
23                          Attn: Solicitation Group
                            777 Third Ave, 12 Floor
24                          New York, NY 10017

25                  Questions may be sent via email to tabulation@epiqglobal.com.
                    Please reference "Tulare" in the subject line.
26
27  And

28

Order (1) Approving Disclosure Statement and (2) Establishing          -2-      M:\S-U\TRMC\PLEADINGS\WW-95 Chapter 9 Plan\order
Confirmation Procedures and Administrative Claim Bar Date                      re ds.051519.nam.docx

                                            EXHIBIT B - PAGE 4 OF 37

**For Class 8:**

Walter Wilhelm Law Group
Attn. TRMC Ballots
205 E. River Park Circle, Ste. 410
Fresno, CA 93720

Questions may be sent via email to TRMCBallots@W2LG.com.

4. _____, 2019 is fixed as the last day for filing, serving and receipt, pursuant to FRBP 3020(b)(1), written objections to confirmation of any Plan. Written objections must be served on and received by the below counsel by 4:00 pm Pacific Time on that date:

Walter Wilhelm Law Group
Riley C. Walter
205 E. River Park Circle, Ste. 410
Fresno, CA 93720
rileywalter@W2LG.com
Attorneys for TRMC

Mintz Levin Cohn Ferris Glovsky and Popeo
Ian Hammel
One Financial Center
Boston, MA 02111
iahammel@mintz.com
Attorneys for Wilmington Trust

Latham & Watkins
Kimberly Posin
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
kim.posin@lw.com
Attorneys for Adventist Health

Griswold, LaSalle, Cobb, Dowd & Gin
Mario Zamora
111 E. Seventh Street
Hanford, CA 93230
zamora@griswoldlasalle.com
Attorneys for City of Tulare

Squire Patton Boggs LLP
Karol K. Denniston
275 Battery St., Ste. 2600
San Francisco, CA 94111
Karol.denniston@squirepb.com
Attorneys for Syncora Guarantee, Inc.

5. A ballot tabulation showing the percentages of acceptances and rejections for impaired classes, in number and dollar amount shall be filed by the Class 4 Ballot Agent and Walter Wilhelm Law Group on account of Class 8 no later than close of business on _____, 2019. A duplicate set of said documents shall be hand delivered to Chambers by _____, 2019.

6. Briefs and evidence in support of Confirmation of the Plan shall be filed and served on or before _____, 2019.

---

Order (1) Approving Disclosure Statement and (2) Establishing
Confirmation Procedures and Administrative Claim Bar Date

-3-

M:\S-U\TRMC\PLEADINGS\WW-95 Chapter 9 Plan\order
re ds.051519.nam.docx

7.    Debtor's counsel shall provide a complete copy of all ballots received to any Creditor who makes such a request.

8.    _____, 2019 at _____ is fixed as the date and time for the hearing on Confirmation of the Plan in the above entitled courtroom in Fresno, California.


Presented by:

WALTER WILHELM LAW GROUP

By: _____
      Riley C. Walter, Attorneys for
      Tulare Local Healthcare District, dba
      Tulare Regional Medical Center

IT IS SO ORDERED.


Dated: _____        _____
                                      Honorable René Lastreto II
                                      United States Bankruptcy Judge

Order (1) Approving Disclosure Statement and (2) Establishing
Confirmation Procedures and Administrative Claim Bar Date

-4-

M:\S-U\TRMC\PLEADINGS\WW-95 Chapter 9 Plan\order
re ds.051519.nam.docx

6

WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
205 E. River Park Cir., Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:       rileywalter@W2LG.com

(SPACE BELOW FOR FILING STAMP ONLY)

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re

TULARE LOCAL HEALTHCARE
DISTRICT, dba TULARE
REGIONAL MEDICAL CENTER,

Debtor.

Tax ID #:   94-6002897
Address:    869 N. Cherry Street
            Tulare, CA 93274

CASE NO.  17-13797

Chapter 9

**CLASS 4 BENEFICIAL OWNER BALLOT FOR ACCEPTING OR REJECTING
CHAPTER 9 PLAN OF ADJUSTMENT**

**BENEFICIAL OWNER BALLOT FOR CLASS 4 BOND CLAIMS**

CUSIP NUMBERS 89910RAK8, 89910RAL6, 89910RAM4, 89910RAN2, 89910RAP7,
89910RAQ5, 89910RAR3, 89910RAS1
(the "Revenue Bonds")

The Debtor, Tulare Local Healthcare District, dba Tulare Regional Medical

Center (the "Debtor") is soliciting votes with respect to its Plan of Adjustment, dated

April 30, 2019 (as may be amended from time to time, the "Plan") from the holders of

certain impaired Claims against the Debtor.  All capitalized terms used but not defined

herein or in the enclosed voting instructions have the meanings ascribed to such terms

in the Plan and the related solicitation procedures.  If you have any questions on how to

1  properly complete this Class 4 Beneficial Owner Ballot, please call Epiq Corporate

2  Restructuring, LLC (the "Class 4 Ballot Agent") at (646)-282-2500 or email your

3  questions to tabulation@epiqglobal.com and reference "Tulare" in the subject line.

4  **This Beneficial Owner Ballot is to be used for voting by beneficial owners**

5  **of Class 4 Revenue Bonds in connection with Class 4 Revenue Bond Claims.  In**

6  **order for your vote to be counted, this Class 4 Beneficial Owner Ballot must be**

7  **properly completed, signed, and returned to either the Class 4 Ballot Agent or a**

8  **Master Ballot Agent as more particularly described below so that it is actually**

9  **received no later than** ▨▨▨▨▨**, 2019 at 4:00 p.m. (Pacific Time) (the "Voting**

10  **Deadline"), unless such time is extended by the Debtor. CUSIPS for the Class 4**

11  **Revenue entitled to vote are identified on Exhibit A attached hereto.**

12  This Class 4 Beneficial Owner Ballot is solely for purposes of voting to accept or

13  reject the Plan and not for the purpose of allowance or disallowance of, or distribution

14  on account of any Claims.

15  INSTRUCTIONS FOR COMPLETING THE BALLOT

16  This Class 4 Beneficial Owner Ballot is submitted to you to solicit your vote to

17  accept or reject the Plan.  The terms of the Plan are described in the Disclosure

18  Statement for Chapter 9 Plan of Adjustment dated April 30, 2019 (as it may be

19  amended, the "Disclosure Statement"), including all exhibits thereto. **PLEASE READ**

20  **THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE**

21  **COMPLETING THIS BALLOT.**

22  The Plan will be accepted by Class 4 if it is accepted by the holders of two-thirds

23  (2/3) in amount and more than one-half (1/2) in number of Claims in Class 4 voting on

24  the Plan.  In the event that Class 4 rejects the Plan, the Bankruptcy Court may

25  nevertheless confirm the Plan and thereby make it binding on you if the Bankruptcy

26  Court finds that the Plan does not unfairly discriminate against, and accords fair and

27  equitable treatment to, the holders of Claims in Class 4 and otherwise satisfies the

28  requirements of section 1129(b).  If the Plan is confirmed by the Bankruptcy Court, all

Beneficial Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment                    -2-                M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\ballot.beneficial.class4.051519.nam.docx

EXHIBIT C - PAGE 8 OF 37

1  holders of Claims against, and Interests in, the Debtor (including those holders who

2  abstain from voting on or reject the Plan, and those holders who are not entitled to vote

3  on the Plan) will be bound by the confirmed Plan and the transactions contemplated

4  thereunder, whether or not they vote and whether or not they accept the Plan.

5        **To have your vote counted, you must complete, sign, and return this Class**

6  **4 Beneficial Owner Ballot. If you received a return envelope addressed to your**

7  **bank, broker, or other nominee (each of the following, a "Master Ballot Agent"),**

8  **please allow sufficient time for your Master Ballot Agent to process your vote on**

9  **a Master Ballot and return the Master Ballot to the Class 4 Ballot Agent before the**

10  **Voting Deadline. If you received a return envelope addressed to the Class 4**

11  **Ballot Agent, please return your completed Class 4 Beneficial Owner Ballot so**

12  **that it is received by the Class 4 Ballot Agent no later than the Voting Deadline,**

13  **unless such time is extended by the Debtor.**

14        **Class 4 Beneficial Owner Ballots will not be accepted by telecopy,**

15  **facsimile, or other electronic means of transmission.**

16        To properly complete the Class 4 Beneficial Owner Ballot, you must follow the

17  procedures described below:

18        a.     Make sure that the information contained in Item 1 is correct;

19        b.     If you hold Revenue Bonds, cast one vote to accept or reject the Plan by

20  checking the appropriate box in Item 2;

21        c.     Provide the information required by Item 3, if applicable to you;

22        d.     If you are completing this Class 4 Beneficial Owner Ballot on behalf of

23  another entity, indicate your relationship with such entity and the capacity in which you

24  are signing on the appropriate line in Item 4. By submitting the Class 4 Beneficial

25  Owner Ballot you are certifying that you have authority to so act and agree to provide

26  documents evidencing such authority upon request (e.g., a power of attorney or a

27  certified copy of board resolutions authorizing you to so act);

28        e.     If you hold Claims in a Class other than Class 4, you may receive more

Beneficial Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment     -3-     M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\ballot.beneficial.class4.051519.nam.docx

EXHIBIT C - PAGE 9 OF 37

1 than one Ballot labeled for a different Class. Your vote will be counted in determining

2 acceptance or rejection of the Plan by a particular Class only if you complete, sign, and

3 return the Ballot labeled for that Class in accordance with the instructions on that Ballot;

4      f.      If more than one timely, properly completed Class 4 Beneficial Owner

5 Ballot is received, only the Class 4 Beneficial Owner Ballot that bears the latest date will

6 be counted, unless the holder of the Claim receives Bankruptcy Court approval to have

7 the Class 4 Beneficial Owner Ballot that bears the earliest date counted;

8      g.      If you believe that you have received the wrong Ballot, please contact the

9 Voting Agent immediately;

10      h.      Provide your name, mailing address, and any remaining information

11 requested;

12      i.      Sign and date your Class 4 Beneficial Owner Ballot; and

13      j.      Return your Class 4 Beneficial Owner Ballot with an original signature

14 using the enclosed, pre-addressed return envelope.

15      **IF YOU (I) HAVE ANY QUESTIONS REGARDING THE BALLOT, (II) DID NOT**

16 **RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT, (III) DID NOT RECEIVE A**

17 **COPY OF THE DISCLOSURE STATEMENT OR PLAN, OR (IV) NEED ADDITIONAL**

18 **COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE**

19 **CONTACT THE CLASS 4 BALLOT AGENT AT (646)-282-2500 OR EMAIL YOUR**

20 **QUESTIONS TO TABULATION@EPIQGLOBAL.COM AND REFERENCE "TULARE"**

21 **IN THE SUBJECT LINE. PLEASE DO NOT DIRECT ANY INQUIRIES TO THE**

22 **BANKRUPTCY COURT. THE VOTING AGENT IS NOT AUTHORIZED TO, AND WILL**

23 **NOT, PROVIDE LEGAL ADVICE.**

24      **PLEASE COMPLETE THE FOLLOWING:**

25      **Item 1. Amount.** The undersigned herby certifies that as of _____, 2019,

26 the undersigned was the beneficial owner (or authorized signatory for a beneficial

27 owner) or the Master Ballot Agent of a beneficial owner of Class 4 Revenue Bonds in

28 the amount reflected in this Item 1. If your Claims are held by a Master Ballot Agent on

Beneficial Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment          -4-          M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\ballot.beneficial.class4.051519.nam.do cx

EXHIBIT C - PAGE 10 OF 37

1  your behalf and you do not know the amount of your Claim, please contact your Master

2  Ballot Agent immediately.

3

4  | Claim Amount: _____
5  |
   | CUSIP(s): _____
6

7  **Item 2. Vote.** The beneficial owner of the Class 4 Revenue Bonds identified in Item 1

8  above votes to (please check <u>one</u>):

9  ☐    **ACCEPT** (vote FOR) the        ☐    **REJECT** (vote AGAINST) the

10  Plan.                                  Plan.

11  **Item 3. Certifications and Acknowledgements.**

12  By completing and returning this Class 4 Beneficial Owner Ballot, the undersigned

13  certifies to the Bankruptcy Court and the Debtor that:

14      (i)    it has not submitted any other Beneficial Owner Ballots for other Class 4

15  Claims held in other accounts or other record names; or

16      (ii)    it has provided the information specified in the following table for all other

17  Class 4 Claims for which it has submitted additional Beneficial Owner Ballots, each of

18  which indicates the same vote to accept or reject the Plan:

19

20

21

22

23

24

25

26

27

28

ONLY COMPLETE THIS SECTION IF YOU HAVE VOTED OTHER CLAIMS IN CLASS 1 ON A BALLOT OTHER THAN THIS BALLOT.

| | Name of Beneficial Owner[1] | CUSIP | Account Number (if applicable) | Principal Amount of other Revenue Bonds |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

To be counted, a Beneficial Owner must vote *all* of its Claims within a Class either to accept or reject the Plan.  No split votes will be permitted.

**Item 4.  Acknowledgments and Certifications.**  By returning this Beneficial Owner Ballot, the beneficial owner of the Class 4 Revenue Bonds identified in Item 1 above acknowledges that it has been provided with a copy of the Disclosure Statement, including the Plan and all other exhibits thereto; a Confirmation Hearing Notice; a copy of the Disclosure Statement Order without exhibits; and copies of a letter or letters recommending approval of the Plan. The undersigned certifies that it (i) is the owner of the Revenue Bonds identified in Item 1 above, or (ii) is an authorized signatory for the owner of the Revenue Bonds identified in Item 1 above, and (iii) has full power and authority to vote to accept or reject the Plan.

///
///
///
///
///
///
///
///
///

---

[1]    List your name if you are the owner of record of such Claim.  If the Claim is held in "street name," please list the name of your Master Ballot Agent.

Beneficial Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment                    -6-                    M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\ballot.beneficial.class4.051519.nam.do cx

EXHIBIT C - PAGE 12 OF 37

1    The undersigned further acknowledges that the Debtor's solicitation of votes is

2    subject to all terms and conditions set forth in the Disclosure Statement, the Disclosure

3    Statement Order, and the procedures for the solicitation of votes to accept or reject the

4    Plan contained therein.

5

6    _____
     Name
7
     _____
8    Signature

9    _____
     If by Authorized Agent, Name and Title
10
     _____
11   Name of Institution
12
     _____
13   Street Address
14
     _____
15   City, State, Zip Code
16
     _____
17   Telephone Number
18
     _____
19   Email Address
20
     _____
     Date Completed
21

22

23

24

25

26

27

28

---

Beneficial Ballot for Accepting or Rejecting Chapter 9 Plan of
Adjustment                                        -7-

M:\S-U\TRMC\PLEADINGS\WW-94 Motion re
Solicitation\ballot.beneficial.class4.051519.nam.do
cx

EXHIBIT C - PAGE 13 OF 37

## EXHIBIT A

*Please check a box below to indicate the Class 4 Revenue Bonds to which this Beneficial Owner Ballot pertains and add the CUSIP No. to Item 1 on page [5].*

| | BOND DESCRIPTION | CUSIP |
|---|---|---|
| ☐ | 4.80% Term Bonds Due November 1, 2017 | 89910RAK8 |
| ☐ | 4.80% Term Bonds Due November 1, 2018 | 89910RAL6 |
| ☐ | 5.00% Term Bonds Due November 1, 2021 | 89910RAP7 |
| ☐ | 5.00% Term Bonds Due November 1, 2022 | 89910RAQ5 |
| ☐ | 5.10% Term Bonds Due November 1, 2023 | 89910RAM4 |
| ☐ | 5.00% Term Bonds Due November 1, 2020 | 89910RAN2 |
| ☐ | 5.10% Term Bonds Due November 1, 2027 | 89910RAR3 |
| ☐ | 5.20% Term Bonds Due November 1, 2032 | 89910RAS1 |

Beneficial Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment     -8-     M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\ballot.beneficial.class4.051519.nam.do cx

EXHIBIT C - PAGE 14 OF 37

WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
205 E. River Park Cir., Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

(SPACE BELOW FOR FILING STAMP ONLY)

Chapter 9 Counsel for Tulare Local Healthcare District

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

In re

**TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,**

Debtor.

Tax ID #: 94-6002897
Address: 869 N. Cherry Street
Tulare, CA 93274

CASE NO. 17-13797

Chapter 9

**MASTER BALLOT FOR ACCEPTING OR REJECTING CHAPTER 9 PLAN OF ADJUSTMENT**

**MASTER BALLOT FOR CLASS 4 BOND CLAIMS**

CUSIP NUMBERS 89910RAK8, 89910RAL6, 89910RAM4, 89910RAN2, 89910RAP7, 89910RAQ5, 89910RAR3, 89910RAS1
(the "Revenue Bonds")

The Debtor is soliciting votes with respect to the Plan of Adjustment dated April 30, 2019 (as may be amended from time to time, the "*Plan*") from the holders of certain impaired Class 4 Claims against the Debtor. All capitalized terms used but not defined herein or in the enclosed voting instructions have the meanings ascribed to such terms in the Plan and the related solicitation procedures. If you have any questions on how to properly complete this Master Ballot, please call Epiq Corporate Restructuring, LLC (the

Master Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment     -1-     M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\master ballot.class 4.051519.nam.docx

EXHIBIT C - PAGE 15 OF 37

1   "Class 4 Ballot Agent") at (646) 282-2500 or email your questions to

2   tabulation@epiqglobal.com and reference "Tulare" in the subject line.

3        **This Master Ballot is to be used by you, as a broker, bank or other**

4   **nominee; or as the agent of a broker, bank or other nominee (each of the**

5   **foregoing, a "Master Ballot Agent"), or as the proxy holder of a Master Ballot**

6   **Agent or beneficial owner for Class 4 Revenue Bonds, to transmit to the Class 4**

7   **Ballot Agent the votes of such beneficial owners in respect of their Class 4**

8   **Revenue Bonds to accept or reject the Plan.**

9        **This Master Ballot must be properly completed, signed, and returned to the**

10  **Class 4 Ballot Agent as more particularly described below so that it is actually**

11  **received no later than _____, 2019 at 4:00 p.m. (Pacific Time) (the "Voting**

12  **Deadline"), unless such time is extended by the Debtor. CUSIPS for the Class 4**

13  **Revenue entitled to vote are identified on Exhibit A attached hereto.**

14       This Master Ballot is solely for purposes of voting to accept or reject the Plan and

15  not for the purpose of allowance or disallowance of, or distribution on account of any

16  Claims.

17            **INSTRUCTIONS FOR COMPLETING THE MASTER BALLOT**

18  **VOTING DEADLINE/VOTING AGENT:**

19       **To have the votes reflected on this Master Ballot counted, this Master**

20  **Ballot must be completed, signed, and returned to the Voting Agent so that it is**

21  **actually received no later than the Voting Deadline, unless such time is extended**

22  **by the Plan Proponents. Master Ballots must be delivered to the Class 4 Ballot Agent**

23  **at the appropriate address listed below:**

24

25  ///

26  ///

27

28

---

Master Ballot for Accepting or Rejecting Chapter 9 Plan of
Adjustment             -2-             M:\S-U\TRMC\PLEADINGS\WW-94 Motion re
Solicitation\master ballot.class 4.051519.nam.docx

EXHIBIT C - PAGE 16 OF 37

> If by U.S. Mail, Hand, or Overnight Mail:
>
> Tulare Local Health Care District
> c/o Epiq Corporate Restructuring, LLC
> Attn: Solicitation Group
> 777 Third Ave, 12 Floor
> New York, NY 10017
>
> If by E-Mail:
> tabulation@epiqglobal.com
> Subject Line: "Tulare"

**Master Ballots will not be accepted by telecopy or facsimile.**

**HOW TO VOTE:**

If you are both the registered owner and the beneficial owner of any principal amount of the Class 4 Revenue Bonds and you wish to vote any Class 4 Revenue Bonds held on account thereof, you may complete, sign, and return to the Voting Agent either an individual Beneficial Owner Ballot or a Master Ballot.

**If you are transmitting the votes of any beneficial owners of Class 4 Revenue Bonds other than yourself, you may either:**

1.     "Prevalidate" the Beneficial Owner Ballot contained in the solicitation materials and then forward the solicitation materials to the beneficial owner of the Class 4 Revenue Bonds for voting within five Business Days after the receipt by such Master Ballot Agent of the solicitation materials, along with clear instructions stating that beneficial owners must return their pre-validated Beneficial Owner Ballots directly to the Class 4 Ballot Agent so that they are actually received by the Class 4 Ballot Agent on or before the Voting Deadline. The beneficial owner will then return the Beneficial Owner Ballot directly to the Class 4 Ballot Agent in the return envelope provided in the solicitation materials. A Master Ballot Agent "prevalidates" a Beneficial Owner Ballot by indicating thereon the record owner of the Class 4 Revenue Bonds voted, their DTC Participant number, the amount of the Class 4 Revenue Bonds held by the beneficial owner, the appropriate account numbers through which the beneficial owner's holdings are derived, and executing the Beneficial Owner Ballot. The beneficial owner shall return the "prevalidated" Beneficial Owner Ballot directly to the Class 4 Ballot Agent;

Master Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment                    -3-                    M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\master ballot.class 4.051519.nam.docx

EXHIBIT C - PAGE 17 OF 37

OR

2.      Within five Business Days after the receipt by such Master Ballot Agent of the solicitation materials, forward the solicitation materials to the beneficial owner of the Class 4 Revenue Bonds for voting along with a return envelope provided by and addressed to the Master Ballot Agent, with the beneficial owner then returning the Beneficial Owner Ballot to the Master Ballot Agent[1]. In such case, the Master Ballot Agent will tabulate the votes of its respective beneficial owners on the Master Ballot that has been provided to the Master Ballot Agent separately, in accordance with these instructions, and then return the Master Ballot to the Class 4 Ballot Agent. The Master Ballot Agent should advise the beneficial owners to return their Beneficial Owner Ballots to the Master Ballot Agent by a date calculated by the Master Ballot Agent to allow it to prepare and return the Master Ballot to the Class 4 Ballot Agent so that the Master Ballot is actually received by the Class 4 Ballot Agent by the Voting Deadline.

With respect to all Beneficial Owner Ballots returned to you, you must properly complete the Master Ballot, as follows:

a.      Check the appropriate box in item 1 on the Master Ballot;

b.      Provide the information requested in Item 2 of the Master Ballot, as transmitted to you by the beneficial owners of Class 4 Ballot Revenue Bonds.  To identify such beneficial owners without disclosing their names, please use the customer account number assigned by you to each such beneficial owner, or if no such customer account number exists, please assign a number to each account (making sure to retain a separate list of each beneficial owner and the assigned number).  IMPORTANT: EACH BENEFICIAL OWNER MUST VOTE ALL OF ITS CLASS 4 REVENUE BONDS EITHER TO ACCEPT OR REJECT THE PLAN, AND MAY NOT SPLIT SUCH VOTE. IF ANY BENEFICIAL OWNER HAS ATTEMPTED TO SPLIT SUCH VOTE, PLEASE CONTACT THE CLASS 4 BALLOT AGENT IMMEDIATELY.  Any Beneficial Owner

---

[1]  At the option of the Nominee, Beneficial Owners may relay votes or voting instructions electronically to the Nominee and Nominees may use their customary procedures for obtaining such votes electronically.

Master Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment          -4-          M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\master ballot.class 4.051519.nam.docx

EXHIBIT C - PAGE 18 OF 37

1 | Ballot that is signed, dated, and timely received, but does not indicate acceptance or

2 | rejection of the Plan, or indicates both an acceptance and rejection of the Plan, will not

3 | be counted;

4 |      c.     Please note that Item 3 of the Master Ballot requests that you transcribe

5 | the information provided by each beneficial owner in Item 3 of each completed

6 | Beneficial Owner Ballot relating to other Revenue Bonds voted;

7 |      d.     Review the certification in Item 4 of the Master Ballot;

8 |      e.     Sign and date your Master Ballot and provide the remaining information

9 | requested;

10 |      f.     The Master Ballot is not a letter of transmittal and may not be used for any

11 | purpose other than to cast votes to accept or reject the Plan.  At this time beneficial

12 | owners of Class 4 Revenue Bonds should not surrender certificates representing their

13 | securities;

14 |      g.     The Debtor will reimburse you for your reasonable, documented and

15 | actual costs and expenses incurred by you in forwarding Beneficial Owner Ballots and

16 | related materials to beneficial owners of the Class 4 Revenue Bonds.  No other fees or

17 | remuneration will be payable to the Master Ballot Agent for soliciting votes on the Plan;

18 |      h.     Contact the Class 4 Ballot Agent if you need any additional information;

19 | and

20 |      i.     Return your Master Ballot with an original signature using the enclosed,

21 | pre-addressed return envelope so that it is received by the Class 4 Ballot Agent before

22 | the Voting Deadline.  For each completed Beneficial Owner Ballot returned to you,

23 | either forward such Ballot (along with your Master Ballot) to the Class 4 Ballot Agent or

24 | retain such Ballot in your files for one year from the Voting Deadline.

25 | **NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS**

26 | **SHALL RENDER YOU OR ANY OTHER ENTITY THE AGENT OF THE DEBTOR OR**

27 | **THE CLASS 4 BALLOT AGENT OR AUTHORIZE YOU OR ANY OTHER ENTITY TO**

28 | **USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF**

Master Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment          -5-          M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\master ballot.class 4.051519.nam.docx

EXHIBIT C - PAGE 19 OF 37

THE DEBTOR WITH RESPECT TO THE PLAN, EXCEPT FOR THE STATEMENTS

CONTAINED IN THE DOCUMENTS ENCLOSED HEREWITH.

IF YOU (I) HAVE ANY QUESTIONS REGARDING THE MASTER BALLOT, (II)

DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR MASTER BALLOT, (III) DID

NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, OR (IV)

NEED ADDITIONAL COPIES OF THE BALLOTS OR OTHER ENCLOSED

MATERIALS, PLEASE CONTACT THE CLASS 4 BALLOT AGENT AT (646) 282-

2500 OR EMAIL YOUR QUESTIONS TO TABULATION@EPIQGLOBAL.COM AND

REFERENCE "TULARE" IN THE SUBJECT LINE.  PLEASE DO NOT DIRECT ANY

INQUIRIES TO THE BANKRUPTCY COURT.  THE CLASS 4 BALLOT AGENT IS

NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.

PLEASE COMPLETE THE FOLLOWING:

**Item 1.  Certification of Authority to Vote.  The undersigned certifies that as of**

_____, 2019, the undersigned (please check appropriate box):

☐        Is a broker, bank, or other nominee for the beneficial owners of the principal

amount of the Revenue Bonds indicated in Item 2 below, and is the registered holder or

the Master Ballot Agent of such securities, or

☐        Is acting under a power of attorney and/or agency (a copy of which will be

provided upon request) granted by a broker, bank, or other nominee that is the

registered holder or the Master Ballot Agent of the principal amount of Revenue Bonds

listed in Item 2 below, or

☐        Has been granted a proxy (an original of which is attached hereto) from a broker,

bank, or other nominee, or a beneficial owner, that is the registered holder or the Master

Ballot Agent of the principal amount of Revenue Bonds listed in Item 2 below, and

accordingly, has full power and authority to vote to accept or reject the Plan, on behalf

of the beneficial owners of the Revenue Bonds described in Item 2.

**Item 2.  Votes on the Plan Cast By Beneficial Owners**.  The undersigned certifies

that the information provided below (including any information provided on additional

Master Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment          -6-          M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\master ballot.class 4.051519. nam.docx

EXHIBIT C - PAGE 20 OF 37

1  sheets attached hereto) is a true and accurate schedule of the beneficial owners of

2  Revenue Bonds as identified by their respective customer name or account number,

3  that have delivered duly completed and executed Beneficial Owner Ballots to the

4  undersigned.  Any Beneficial Owner Ballot that does not indicate an acceptance or

5  rejection of the Plan or that indicates both an acceptance and a rejection of the Plan has

6  not been counted.

7  (Please complete the information requested below.  Attach additional sheets if

8  necessary).

9         **A SEPARATE MASTER BALLOT MUST BE USED FOR EACH CUSIP.**

| CUSIP VOTED ON THIS MASTER BALLOT _____ (CUSIP NO.) | | |
|---|---|---|
| Your Customer Account Number For Each Beneficial Owner of Voting Class 4 Revenue Bonds | **ACCEPT THE PLAN** | **REJECT THE PLAN** |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | |
| | $ | $ |
| Totals: | $ | $ |

**Item 3.  Additional Ballots Submitted by Beneficial Owners**.  The undersigned

certifies that the information provided below (including any information on additional

sheets attached hereto) is a true and accurate schedule on which the undersigned has

transcribed the information, if any, provided in each Beneficial Owner Ballot received

from a beneficial owner of Class 4 Revenue Bonds.

Master Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment          -7-          M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\master ballot.class 4.051519.nam.docx

EXHIBIT C - PAGE 21 OF 37

(Please complete the information requested below. Attach additional sheets if necessary.)

| Your Customer Account Number For Each Beneficial Owner | Information to Be Transcribed from Item 3 of Beneficial Owners' Individual Ballots Regarding Other Ballots Cast | | | | |
|---|---|---|---|---|---|
| | Beneficial Owner's Name | Customer Account Number for Other Account(s) | Name of Broker, Bank, Dealer or Other Agent or Nominee for Other Account(s) (If Applicable) | Principal Amount of Revenue Bonds Giving Rise to Other Revenue Bonds Voted | CUSIP of Class 4 Revenue Bonds Voted |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

**Item 4. Additional Certifications.** By signing this Master Ballot, the undersigned certifies to the Bankruptcy Court and the Debtor:

     i.     that the undersigned has delivered a copy of the Disclosure Statement (together with the rest of the solicitation package) to each beneficial owner whose vote is reflected on this Master Ballot, and that by executing its Beneficial Owner Ballot, such beneficial owner has acknowledged that the solicitation is being made pursuant to the terms and conditions set forth therein;

     ii.     that the undersigned has received a completed and signed Beneficial Owner Ballot from each beneficial owner listed in Item 2 of the Master Ballot;

     iii.     that the undersigned is the registered owner of the securities being voted;

     iv.     that the undersigned has been authorized by each of its beneficial owners to vote on the Plan;

     v.     that the undersigned has properly disclosed: (a) the number of beneficial owners whose Beneficial Owner Ballots are reflected on this Master Ballot; (b) the respective amounts of each such beneficial owner's Class 4 Revenue Bonds voted; (c) each such beneficial owner's respective vote concerning the Plan; (d) each such beneficial owner's certification as to its Class 4 Revenue Bonds voted; and (e) the customer account or other identification number for each such beneficial owner; and

Master Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment    -8-    M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\master ballot.class 4.051519.nam.docx

EXHIBIT C - PAGE 22 OF 37

vi.     that each such beneficial owner has certified to the undersigned that it is eligible to vote on the Plan; and it will maintain the Beneficial Owner Ballots returned by its beneficial owners (whether properly completed or defective) for at least one year after the Voting Deadline and provide copies of such Beneficial Owner Ballots to the Bankruptcy Court or the Debtor, as the case may be, if so ordered.

_____
Name of Master Ballot Agent

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Email Address

_____
Date Completed

Master Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment     -9-     M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\master ballot.class 4.051519.nam.docx

EXHIBIT C - PAGE 23 OF 37

# EXHIBIT A

*Please check a box below to indicate the Class 4 Revenue Bonds to which this Master Ballot pertains and add the CUSIP No. to Item 2 on page [7].*

| | BOND DESCRIPTION | CUSIP |
|---|---|---|
| ☐ | 4.80% Term Bonds Due November 1, 2017 | 89910RAK8 |
| ☐ | 4.80% Term Bonds Due November 1, 2018 | 89910RAL6 |
| ☐ | 5.00% Term Bonds Due November 1, 2021 | 89910RAP7 |
| ☐ | 5.00% Term Bonds Due November 1, 2022 | 89910RAQ5 |
| ☐ | 5.10% Term Bonds Due November 1, 2023 | 89910RAM4 |
| ☐ | 5.00% Term Bonds Due November 1, 2020 | 89910RAN2 |
| ☐ | 5.10% Term Bonds Due November 1, 2027 | 89910RAR3 |
| ☐ | 5.20% Term Bonds Due November 1, 2032 | 89910RAS1 |

4

WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
205 E. River Park Cir., Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:     (559) 435-9868
E-mail:         rileywalter@W2LG.com

(SPACE BELOW FOR FILING STAMP ONLY)

Chapter 9 Counsel for Tulare Local Healthcare District

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

In re

TULARE LOCAL HEALTHCARE
DISTRICT, dba TULARE
REGIONAL MEDICAL CENTER,

            Debtor.

Tax ID #:    94-6002897
Address:     869 N. Cherry Street
             Tulare, CA 93274

CASE NO.  17-13797

Chapter 9

**BALLOT FOR ACCEPTING OR REJECTING
CHAPTER 9 PLAN OF ADJUSTMENT**

**BALLOT FOR CLASS 8 GENERAL UNSECURED CLAIMS
OR FOR CLASS 10 ELECTION**

The Debtor, Tulare Local Healthcare District, dba Tulare Regional Medical Center, (the "Debtor") is soliciting votes with respect to the Plan of Adjustment, dated April 30, 2019 (as may be amended from time to time, the "Plan") from the holders of certain impaired Claims against the Debtor. All capitalized terms used but not defined herein or in the enclosed voting instructions have the meanings ascribed to such terms in the Plan and the related solicitation procedures. If you have any questions on how to properly complete this Ballot, please call Nicole Medina of Walter Wilhelm Law Group (the "Ballot Agent") at (559) 490-0707.

This Ballot is to be used for voting only by holders of Class 8 General Unsecured Claims holders. In order for your vote to be counted, this Ballot must be properly completed, signed, and returned to the Class 8 Ballot Agent so that it is actually

Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment        -1-        M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\ballot.class 8.general unsecured claims.051519.nam.docx

EXHIBIT D - PAGE 25 OF 37

received no later than ████████, 2019 at 4:00 p.m. (Pacific Time) (the "Voting Deadline"), unless such time is extended by the Debtor.

This Ballot is solely for purposes of voting to accept or reject the Plan and not for the purpose of allowance or disallowance of, or distribution on account of any Claims.

INSTRUCTIONS FOR COMPLETING THE BALLOT
AND FOR CLASS 10 ELECTION

This Ballot is submitted to you to solicit your vote to accept or reject the Plan. The terms of the Plan are described in the Disclosure Statement for Chapter 9 Plan of Adjustment dated April 30, 2019 (as it may be amended, the "Disclosure Statement"), including all exhibits thereto. PLEASE READ THE PLAN AND THE DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.

The Plan will be accepted by Class 8 if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of Claims in Class 8 voting on the Plan. In the event that Class 8 rejects the Plan, the Bankruptcy Court may nevertheless confirm the Plan and thereby make it binding on you if the Bankruptcy Court finds that the Plan does not unfairly discriminate against, and accords fair and equitable treatment to, the holders of Claims in Class 8 and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. If the Plan is confirmed by the Bankruptcy Court, all holders of Claims against, and Equity Interests in, the Debtor (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereunder, whether or not they vote and whether or not they accept the Plan.

**To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Ballot Agent at the appropriate address listed below no later than the Voting Deadline, unless such time is extended by the Debtor. Ballots must be delivered to the Ballot Agent at the appropriate address listed below:**

---

If by U.S. Mail, Hand or Overnight Mail:

Walter Wilhelm Law Group
Attn: Nicole Medina
205 E. River Park Circle, Ste. 410
Fresno, CA 93720

If by E-Mail:
TRMCBallots@W2LG.com

---

**Ballots will not be accepted by telecopy or facsimile.**

Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment          -2-          M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\ballot.class 8.general unsecured claims.051519.nam.docx

EXHIBIT D - PAGE 26 OF 37

To properly complete the Ballot, you must follow the procedures described below:

      a.     Make sure that the information contained in Item 1 is correct;

      b.     If you hold a Claim in Class 8, cast one vote to accept or reject the Plan by checking the appropriate box in Item 2;

      c.     If you are completing this Ballot on behalf of another entity, indicate your relationship with such entity and the capacity in which you are signing on the appropriate line in Item 3. By submitting the Ballot you are certifying that you have authority to so act and agree to provide documents evidencing such authority upon request (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

      d.     If you hold Claims in a Class other than Class 8, you may receive more than one Ballot labeled for a different Class. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class only if you complete, sign, and return the Ballot labeled for that Class in accordance with the instructions on that Ballot;

      e.     If more than one timely, properly completed Ballot is received, only the Ballot that bears the latest date will be counted, unless the holder of the Claim receives Bankruptcy Court approval to have the Ballot that bears the earliest date counted;

      f.     If you believe that you have received the wrong Ballot, please contact the Ballot Agent immediately;

      g.     Provide your name, mailing address, and any remaining information requested;

      h.     Sign and date your Ballot; and

      i.     Return your Ballot with an original signature to the Voting Agent.

**IF YOU (I) HAVE ANY QUESTIONS REGARDING THE BALLOT, (II) DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT, (III) DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR PLAN, OR (IV) NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE BALLOT AGENT AT 1-559-490-0707. THE BALLOT AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

**PLEASE COMPLETE THE FOLLOWING:**

**Item 1. Amount of Class 8 Claim.** For purpose of voting to accept or reject the Plan, the undersigned certifies that as of _____, 2019, the undersigned asserts a Class 8 Claim against the Debtor below in the amount set forth below:

Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment    -3-    M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\ballot.class 8.general unsecured claims.051519.nam.docx

EXHIBIT D - PAGE 27 OF 37

Claim Amount: _____

**Item 2. Vote on the Plan.** The undersigned holder of the Class 8 Claim identified in Item 1 above hereby votes to:

☐   **ACCEPT** (vote FOR) the Plan.     ☐   **REJECT** (vote AGAINST) the Plan.

**Item 3. Class 10 Election.** The undersigned holds or asserts and unsecured claim for $5,000 or less and by initialing below elects to be included in Class 10 to receive 50% of such claim on or before the Effective Date of the Plan.

_____
Initials

**Item 4. Acknowledgements and Certification.** By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with: a copy of the Disclosure Statement, including the Plan and all other exhibits thereto; a Confirmation Hearing Notice; a copy of the Disclosure Statement Approval Order; and copies of a letter from the Debtor recommending approval of the Plan. The undersigned certifies that it (i) is the holder of the Class 8 Claim identified in Item 1 above and (ii) has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtor's solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement, the Disclosure Statement Approval Order, and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

_____
Name of Claimant

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Email Address

_____
Date Completed

Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment     -4-     M:\S-U\TRMC\PLEADINGS\WW-94 Motion re Solicitation\ballot.class 8.general unsecured claims.051519.nam.docx

EXHIBIT D - PAGE 28 OF 37

3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Kathleen D. DeVaney #156444
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | DC No.: WW-95<br><br>Chapter 9 |
| Debtor. | Date:<br>Time: |
| Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**NOTICE OF HEARING ON CONFIRMATION OF PLAN OF ADJUSTMENT**

<u>PLEASE TAKE NOTICE OF THE FOLLOWING</u>:

<u>THE PLAN AND DISCLOSURE STATEMENT</u>

On ▮▮▮▮▮▮▮▮, 2019, the Debtor, Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "Debtor") filed a Plan of Adjustment (including all exhibits thereto and as amended, supplemented or otherwise modified from time to time, the "*Plan*")[1] and a Disclosure Statement for Plan of Adjustment (including all exhibits thereto and as amended, supplemented or otherwise modified from time to

---
[1]    Capitalized terms not defined have the meanings provided in the Plan.

Notice of Confirmation of Plan of Adjustment                                                          M:\S-U\TRMC\PLEADINGS\WW-95 Chapter 9
                                                          -1-                                          Plan\notice confirmation of plan.051519.nam.docx

EXHIBIT E - PAGE 29 OF 37

time, the "*Disclosure Statement*") providing information with respect to the Plan.

By an Order dated ▮▮▮▮▮▮▮, 2019, (the "Disclosure Statement Order"), the Bankruptcy Court approved the Disclosure Statement as containing adequate information within the meaning of Section 1125.

By the Disclosure Statement Order, the Bankruptcy Court established ▮▮▮▮▮▮, 2019 at 4:00 p.m. (Pacific Time) (the "Voting Deadline") as the deadline by which ballots accepting or rejecting the Plan must be received. To be counted, original ballots must actually be received on or before the Voting Deadline by Epiq Corporate Restructuring, LLC (the "Class 4 Ballot Agent") as to Class 4 or Walter Wilhelm Law Group as to Class 8 at the following address:

---

**For Class 4:**

In accordance with the instructions
received with the Master Ballot

---

**For Class 8:**

Walter Wilhelm Law Group
205 E. River Park Circle, Ste. 410
Fresno, CA 93720

---

On ▮▮▮▮▮, 2019 at ▮▮▮▮ (Pacific Time), or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable René Lastreto II in the United States Bankruptcy Court for the Eastern District of California, Fresno Division to consider confirmation of the Plan, as the same may be amended or modified (the "Confirmation Hearing").

The Confirmation Hearing may be adjourned from time to time, without further notice. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan and other applicable law, without further notice, prior to the Confirmation Hearing.

Notice of Confirmation of Plan of Adjustment          -2-          M:\S-U\TRMC\PLEADINGS\WW-95 Chapter 9
Plan\notice confirmation of plan.051519.nam.docx

EXHIBIT E - PAGE 30 OF 37

1    Objections, if any, to confirmation of the Plan, including any supporting

2  memoranda, must be in writing, be filed with the Clerk of the Court, United States

3  Bankruptcy Court for the Eastern District of California, Fresno Division, 2500 Tulare

4  Street, Fresno, CA 93721 and served upon Riley C. Walter, Walter Wilhelm Law Group

5  at 205 E. River Park Cir., Ste. 410, Fresno, CA 93720; the U.S. Trustee's Office at 2500

6  Tulare Street, Ste. 1401, Fresno, CA 93710; Ian A. Hammel, Mintz Levin, et. al., One

7  Financial Center, Boston MA, 02111; Kimberly Posin, Latham & Watkins, 355 South

8  Grand Ave., Ste. 100, Los Angeles, CA 90071-1560; Mario Zamora, Griswold LaSalle,

9  Cobb, Dowd & Gin, 111 E. Seventh Street, Hanford, CA 93230; and Karol Denniston,

10  Squire Patton Boggs LLP, 275 Battery St., Ste. 2600, San Francisco, CA 94111 on or

11  before ▮▮▮▮▮▮▮, 2019 at 4:00 p.m. (Pacific Time) (the "Objection Deadline").

12    If you wish to receive copies of the Plan and/or Disclosure Statement, they will be

13  provided, as quickly as practicable, upon request to the Ballot Agent (Walter Wilhelm

14  Law Group) either by email request - with a reference to "Tulare Local Healthcare

15  District" in the subject line - to: nmedina@W2LG.com or by telephone at (559) 490-

16  0707.  Copies of the Plan and Disclosure Statement are available online at:

17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  Copies of the Plan and Disclosure

18  Statement are also on file with the Clerk of the Bankruptcy Court for the Eastern District

19  of California, Fresno Division and may be reviewed during the regular hours of the

20  Bankruptcy Court or online through the Bankruptcy Court's internet website at

21  https://ecf.caeb.uscourts.gov.

22  Dated: _____2019          WALTER WILHELM LAW GROUP
                                     a Professional Corporation
23

24

25  By: _____
                                     Riley C. Walter, Attorneys for Debtor
26                                     Tulare Local Healthcare District, dba
                                     Tulare Regional Medical Center
27

28
                                     EXHIBIT E - PAGE 31 OF 37

Notice of Confirmation of Plan of Adjustment                    M:\S-U\TRMC\PLEADINGS\WW-95 Chapter 9
                              -3-                Plan\notice confirmation of plan.051519.nam.docx

1  WALTER WILHELM LAW GROUP
   A Professional Corporation
2  Riley C. Walter #91839
   Michael L. Wilhelm #101495
3  Kathleen D. DeVaney #156444
   205 East River Park Circle, Ste. 410
4  Fresno, CA 93720
   Telephone:    (559) 435-9800
5  Facsimile:    (559) 435-9868
   E-mail:    rileywalter@W2LG.com
6
7  Chapter 9 Counsel for Tulare Local Healthcare District

8              IN THE UNITED STATES BANKRUPTCY COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                    FRESNO DIVISION

11 In re                                    CASE NO.  17-13797

12 TULARE LOCAL HEALTHCARE            DC No.: WW-95
   DISTRICT, dba TULARE
13 REGIONAL MEDICAL CENTER,
                                      Chapter 9
14
15         Debtor.                    Date:
                                      Time:
16 Tax ID #:   94-6002897             Place:    2500 Tulare Street
   Address:    869 N. Cherry Street             Fresno, CA 93721
17             Tulare, CA 93274                 Courtroom 13
18                                    Judge:    Honorable René Lastreto II

19         NOTICE OF UNIMPAIRED NON-VOTING STATUS AND (I) APPROVAL OF
      DISCLOSURE STATEMENT; (II) HEARING TO CONSIDER CONFIRMATION OF THE
20     PLAN; AND (III) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF
                                 THE PLAN
21
22             PLEASE TAKE NOTICE OF THE FOLLOWING:

23             THE PLAN AND DISCLOSURE STATEMENT

       On ▮▮▮▮▮▮▮▮, 2019 the Debtor, Tulare Local Healthcare District, dba
24
   Tulare Regional Medical Center (the "Debtor"), filed a Plan of Adjustment (including all
25
   exhibits thereto and as amended, supplemented or otherwise modified from time to
26
   time, the "Plan")[1] and a Disclosure Statement for Plan of Adjustment (including all
27
28
   ─────────────────
   [1]    Capitalized terms not defined have the meanings provided in the Plan.

   Beneficial Ballot for Accepting or Rejecting Chapter 9 Plan of      M:\S-U\TRMC\PLEADINGS\WW-95  Chapter 9
   Adjustment                                    -1-              Plan\notice unimpaired
                                                                 nonvoting.051519.nam.docx

                                                  EXHIBIT F - PAGE 32 OF 37

1   exhibits thereto and as amended, supplemented or otherwise modified from time to

2   time, the "*Disclosure Statement*") providing information with respect to the Plan.

3       By an Order dated _____,2019 (the "Disclosure Statement Order"),

4   the Bankruptcy Court approved the Disclosure Statement as containing adequate

5   information within the meaning of Section 1125.

6       On _____, 2019 at _____. (Pacific Time), or as soon thereafter

7   as counsel may be heard, a hearing will be held before the Honorable René Lastreto II

8   in the United States Bankruptcy Court for the Eastern District of California to consider

9   confirmation of the Plan, as the same may be amended or modified (the "Confirmation

10   Hearing").

11       The Confirmation Hearing may be adjourned from time to time, without further

12   notice. The Plan may be modified in accordance with the Bankruptcy Code, the Federal

13   Rules of Bankruptcy Procedure, the Plan and other applicable law, without further

14   notice, prior to or as a result of the Confirmation Hearing.

15       You are receiving this Notice because under the terms of the Plan either (a) your

16   Claim(s) are not classified under the Plan pursuant to Section 901 and 1123(a) and

17   therefore you are not entitled to vote on the Plan; or (b) you are a holder of a Claim

18   which is defined in the Plan as being in a Class receiving a one hundred percent (100%)

19   recovery under the Plan, and therefore deemed to have accepted the Plan pursuant to

20   Section 1126(f), and are not entitled to vote to accept or reject the Plan.  Accordingly,

21   this Notice is being mailed to you for your information only.

22       If, notwithstanding this notice of your non-voting status, you believe that you may

23   have a Claim against the Debtor that entitles you to vote on the Plan, you should

24   immediately request the appropriate Ballot by contacting Walter Wilhelm Law Group.

25       The Debtor will not automatically provide you with copies of the Plan and/or

26   Disclosure Statement.  If you wish to receive copies of the Plan and/or Disclosure

27   Statement, they will be provided, as quickly as practicable, upon request to the Ballot

28   Agent either by email request - with a reference to "TRMC Plan" in the subject line - to:

Beneficial Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment      -2-      M:\S-U\TRMC\PLEADINGS\WW-95  Chapter 9 Plan\notice unimpaired nonvoting.051519.nam.docx

EXHIBIT F - PAGE 33 OF 37

1  nmedina@W2LG.com or by telephone at (559) 490-0707. Copies of the Plan and

2  Disclosure Statement are available online at:

3  http://www.tularelocalhealthcaredistrict.org. Copies of the Plan and Disclosure

4  Statement are also on file with the Clerk of the Bankruptcy Court for the Eastern District

5  of California and may be reviewed during the regular hours of the Bankruptcy Court or

6  online through the Bankruptcy Court's internet website at https://ecf.caeb.uscourts.gov.

7        Objections, if any, to confirmation of the Plan, including any supporting

8  memoranda, must be in writing, be filed with the Clerk of the Court, United States

9  Bankruptcy Court for the Eastern District of California, 2500 Tulare Street, Fresno, CA

10  93721, and served upon Riley C. Walter, Walter Wilhelm Law Group at 205 E. River

11  Park Cir., Ste. 410, Fresno, CA 93720; the U.S. Trustee's Office at 2500 Tulare Street,

12  Ste. 1401, Fresno, CA 93710; Ian A. Hammel, Mintz Levin, et. al., One Financial

13  Center, Boston MA, 02111; Kimberly Posin, Latham & Watkins, 355 South Grand Ave.,

14  Ste. 100, Los Angeles, CA 90071-1560; Mario Zamora, Griswold LaSalle, Cobb, Dowd

15  & Gin, 111 E. Seventh Street, Hanford, CA 93230; and Karol Denniston, Squire Patton

16  Boggs LLP, 275 Battery St., Ste. 2600, San Francisco, CA 94111 on or before

17  ▮▮▮▮▮▮▮▮ 2019 at 4:00 p.m. (Pacific Time) (the "Objection Deadline").

18

19  Dated: _____, 2019      WALTER WILHELM LAW GROUP

20                                    a Professional Corporation

21

22                      By: _____

23                           Riley C. Walter, Attorneys for Debtor

24                           Tulare Local Healthcare District, dba

25                           Tulare Regional Medical Center

26

27

28

Beneficial Ballot for Accepting or Rejecting Chapter 9 Plan of Adjustment        -3-        M:\S-U\TRMC\PLEADINGS\WW-95 Chapter 9 Plan\notice unimpaired nonvoting.051519.nam.docx

EXHIBIT F - PAGE 34 OF 37

3

WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
205 E. River Park Cir., Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:    rileywalter@W2LG.com

(SPACE BELOW FOR FILING STAMP ONLY)

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | DC No.: WW-94 |
| | Chapter 9 |
| Debtor. | Date:    May 29, 2019 |
| | Time:    9:30 a.m. |
| Tax ID #:    94-6002897 | Place:    2500 Tulare Street |
| Address:    869 N. Cherry Street | Fresno, CA 93721 |
| Tulare, CA 93274 | Courtroom 13 |
| | Judge:    Honorable René Lastreto II |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER: (a) APPROVING SOLICITATION AND TABULATION PROCEDURES AND MATERIALS AND (b) GRANTING RELATED RELIEF RELATING TO PLAN OF ADJUSTMENT CONFIRMATION**

At Fresno, in the Eastern District of California:

Upon consideration of the Motion of Tulare Local Healthcare District, dba Tulare

Regional Medical Center (the "Debtor"), for Entry of an Order (a) Approving Solicitation

and Tabulation Procedures and Materials; and (b) Granting Related Relief Relating to

Plan of Adjustment Confirmation (the "Motion"); and after due deliberation and upon the

Court's determination that the relief requested in the Motion is in the best interests of

Order Allowing Motion for Entry of an Order Approving
Solicitation Procedures, etc.    -1-    M:\S-U\TRMC\PLEADINGS\WW-94 Motion re
Solicitation\order.051519.nam.docx

EXHIBIT G - PAGE 35 OF 37

1 | the Debtor, creditors, and other parties in interest; and good and sufficient cause
2 | appearing therefor;
3 | IT IS HEREBY ORDERED THAT:
4 |     1.    The Motion is GRANTED as set forth herein.  Capitalized terms not
5 | defined in this Order have the meanings specified in the Motion.
6 |     2.    The Solicitation and Tabulation Procedures are hereby approved.  Without
7 | limitation, Epiq Corporate Restructuring, LLC is hereby approved to serve as the Class
8 | 4 Ballot Agent.  The Class 4 Ballot Agent may inspect, monitor and supervise the
9 | solicitation process, inspect and tabulate the Class 4 Ballots, and certify to the Court the
10 | results of the Class 4 balloting as provided in the Motion.
11 |     4.    Walter Wilhelm Law Group is appointed as Ballot Agent for Class 8 and
12 | shall inspect, monitor and supervise the solicitation process, inspect and tabulate the
13 | Class 8 Ballots,[1] and certify to the Court the results of the balloting as to Class 8 as
14 | provided in the Motion.
15 |     5.    The solicitation materials and process described in the Motion and
16 | attached hereto to this Order as Exhibit A are hereby approved.  Without limitation, the
17 | Confirmation Hearing Notice, the Non-Voting Notices and the forms of Ballots are
18 | approved in all respects.
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 |

---

[1] Walter Wilhelm Law Group shall also tabulate ballots electing to opt into Class 10.

Order Allowing Motion for Entry of an Order Approving
Solicitation Procedures, etc.                                    -2-

M:\S-U\TRMC\PLEADINGS\WW-94 Motion re
Solicitation\order.051519.nam.docx

6.      The Debtor is authorized to make non-substantive changes to the Disclosure Statement, Plan, Ballots, Confirmation Hearing Notice, Non-Voting Notices, and related documents without further order of the Court, including, without limitation, changes to correct typographical and grammatical errors and to make conforming changes among the foregoing documents prior to their distribution.

Presented by:

WALTER WILHELM LAW GROUP

By: _____
      Riley C. Walter, Attorneys for
      Tulare Local Healthcare District, dba
      Tulare Regional Medical Center

IT IS SO ORDERED.

Dated: _____        _____
                                   Honorable René Lastreto II
                                   United States Bankruptcy Judge

Order Allowing Motion for Entry of an Order Approving
Solicitation Procedures, etc.      -3-      M:\S-U\TRMC\PLEADINGS\WW-94 Motion re
Solicitation\order.051519.nam.docx

EXHIBIT G - PAGE 37 OF 37