6

(SPACE BELOW FOR FILING STAMP ONLY)

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:      rileywalter@w2lg.com

Chapter 9 Counsel for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
Jason E. Rios #190086
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone:   (916) 329-7400
Facsimile:   (916) 329-7435
E-mail:      jrios@fflaw.com

Attorneys for Cerner Corporation and Cerner Health Services, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: FWP-1 |
| Debtor. | Date:    May 30, 2019 |
| | Time:    9:30 a.m. |
| Tax ID #:    94-6002897 | Place:   2500 Tulare Street |
| Address:    869 N. Cherry Street | Fresno, CA 93721 |
|              Tulare, CA 93274 | Courtroom 13 |
| | Judge:   Honorable René Lastreto II |

**ORDER ON STIPULATION TO FURTHER CONTINUE HEARING ON REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF CERNER CORPORATION AND CERNER HEALTH SERVICES, INC.**

ORDER ON STIPULATION TO FURTHER CONTINUE HEARING ON REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF _RATION AND CERNER HEALTH

-1-

M:\S-U\TRMC\PLEADINGS\FWP-1 Stipulation to Cont Hearing on Request for Allowance\Order.Stip.51519.jmm.docx

RECEIVED
May 16, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006507015

AT FRESNO, IN THE EASTERN DISTRICT OF CALIFORNIA:

The Court having received and reviewed the Stipulation filed by Tulare Local Healthcare District, dba Tulare Regional Medical Center, attached hereto as Exhibit A, and it appearing to the satisfaction of the Court that the Hearing on the Motion should be continued, now, therefore:

IT IS HEREBY ORDERED that the Stipulation be, and hereby is, granted and that the hearing on Docket Control Number FWP-1 titled Request for Allowance and Payment of Administrative Expense Claim be continued from May 30, 2019 at 9:30 a.m. to June 18, 2019 at 9:30 a.m. in Fresno.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    IT IS FURTHER ORDERED that this Order shall be electronically served
2 immediately upon counsel for Movant.
3
4 Dated: May 15, 2019                    WALTER WILHELM LAW GROUP,
                                         a Professional Corporation
5
6                                 By: _Riley C. Walter_____
7                                         Riley C. Walter, Attorneys for Debtor,
                                         Tulare Local Healthcare District dba Tulare
8                                         Regional Medical Center
9 Dated: May 15, 2019                    FELDERSTEIN FITZGERALD
10                                        WILLOUGHBY & PASCUZZI LLP
11
12                                By: _____
13                                        Jason E. Rios, Attorneys for Creditor,
                                        Cerner Corporation and Cerner Health
14                                        Services, Inc.
15
16
17
18
19
20
21
22
23
24 IT IS SO ORDERED.
25  Dated: May 17, 2019                  By the Court
26
27                                _René Lastreto II_____
28                                René Lastreto II, Judge
                                United States Bankruptcy Court

ORDER ON STIPULATION TO FURTHER CONTINUE          -3-          M:\S-U\TRMC\PLEADINGS\FWP-1 Stipulation
HEARING ON REQUEST FOR ALLOWANCE AND                                        to Cont Hearing on Request for
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF                              Allowance\Order.Stip.51519.jmm.docx
CERNER CORPORATION AND CERNER HEALTH
SERVICES, INC.

3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:      rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District,
dba Tulare Regional Medical Center

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
Jason E. Rios #190086
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone:  (916) 329-7400
Facsimile:  (916) 329-7435
E-mail:      jrios@fflaw.com

Attorneys for Cerner Corporation and
Cerner Health Services, Inc.

(SPACE BELOW FOR FILING STAMP ONLY)

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re

TULARE LOCAL HEALTHCARE
DISTRICT, dba TULARE REGIONAL
MEDICAL CENTER,

Debtor.

Tax ID #:    94-6002897
Address:     869 N. Cherry Street
             Tulare, CA 93274

CASE NO.  17-13797

Chapter 9

DC No.: FWP-1

Date:    May 30, 2019
Time:    9:30 a.m.
Place:   2500 Tulare Street
         Fresno, CA 93721
         Courtroom 13
Judge:   Honorable René Lastreto II

**STIPULATION TO FURTHER CONTINUE HEARING ON REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF CERNER CORPORATION AND CERNER HEALTH SERVICES, INC.**

Tulare Local Healthcare District, dba Tulare Regional Medical Center (the "District"), and Cerner Corporation and its subsidiary, Cerner Health Services, Inc. ("Cerner"), Creditors (collectively referred to as the "Parties"), hereby stipulate and agree to continue the hearing on Cerner's Request for Allowance and Payment of Administrative Expense Claim, as set forth below.

**STIPULATED FACTS**

A.      On September 30, 2017 ("Petition Date"), the District commenced its Chapter 9 case.

B.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. § 157(b)(2).

C.      This stipulation is entered into pursuant to 11 U.S.C. §§ 503 and 901 and LBR 9019.

D.      On January 14, 2019, Cerner filed Docket Control Number FWP-1 titled Request for Allowance and Payment of Administrative Expense Claim of Cerner Corporation and Cerner Health Service, Inc. ("Request"). The hearing has been continued to May 30, 2019 at 9:30 a.m.

E.      The Parties agree that the hearing on the Request should once again be continued.

**STIPULATION AND AGREEMENT**

Subject to Court approval, the District and Cerner hereby stipulate and agree as follows:

1.      The foregoing Stipulated Facts are incorporated herein by reference.

///

///

///

///

///

STIPULATION TO FURTHER CONTINUE HEARING ON          -2-          M:\S-U\TRMC\PLEADINGS\FWP-1 Stipulation
REQUEST FOR ALLOWANCE AND PAYMENT OF                                        to Cont Hearing on Request for
ADMINISTRATIVE EXPENSE CLAIM, ETC.                          Allowance\Stipulation.Cont.051519.jmm.docx

2.    The Parties hereby stipulate and agree that subject to the foregoing Stipulated Facts, the hearing on Cerner's Request currently scheduled for May 30, 2019 at 9:30 a.m. be continued to June 18, 2019 at 9:30 a.m. in Fresno.

IT IS SO STIPULATED.

Dated: May 15, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _Riley C. Walter_____
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District dba Tulare
Regional Medical Center

Dated: May 15, 2019

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

By: _____
Jason E. Rios, Attorneys for Creditor,
Cerner Corporation and Cerner Health
Services, Inc.

STIPULATION TO FURTHER CONTINUE HEARING ON
REQUEST FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM, ETC.

-3-

M:\S-U\TRMC\PLEADINGS\FWP-1 Stipulation
to Cont Hearing on Request for
Allowance\Stipulation.Cont.051519.jmm.docx