2

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District, Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>            Debtor.<br><br>Tax ID #:   94-6002897<br>Address:   869 N. Cherry Street<br>               Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-110<br><br>Date:   July 3, 2019<br>Time:  10:00 a.m.<br>Place:  2500 Tulare Street<br>         Fresno, CA 93721<br>         Courtroom 13<br>Judge:  Honorable René Lastreto II |

**DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 10
FILED BY JIAME CALDERON**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE AND OTHER PARTIES IN INTEREST:

Pursuant to 11 U.S.C. § 502 and FRBP 3007, Tulare Local Healthcare District dba Tulare Regional Medical Center (the "Debtor") objects to Proof of Claim Number 10 (the "Claim") filed by Jiame Calderon ("Calderon"). This objection is based on the following:

    1.     To the extent the asserted claim filed by Calderon is ultimately allowed by the trial court the claim will be provided for pursuant to the Debtor's malpractice

insurance coverage through BETA Risk Management Authority. The claim is not entitled to secured status and is a disputed, unliquidated and contingent claim.

2. The Debtor commenced a voluntary bankruptcy petition under Chapter 9 of the Bankruptcy Code on September 30, 2017 (the "Petition Date"), in the Eastern District of California.

3. The claims bar date was set as April 10, 2018.

4. October 16, 2017, Calderon filed Proof of Claim 10 as a secured claim in the total amount of $1,000,000. This Proof of Claim was filed on account of a pending wrongful death civil suit. A copy of Proof of Claim Number 10 is attached as Exhibit "A".

5. The Debtor objects to Calderon's claim on the basis that this claim is not entitled to secured status and will be separately provided for through the Debtor's malpractice insurance carrier, BETA Risk Management Authority if and when determined by the trial court.

WHEREFORE, the Debtor respectfully requests that this Objection be sustained and that Proof of Claim Number 10 filed by Claimant be disallowed as to its alleged secured status and seeks such other and further relief as is just and proper.

Dated: May 21, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District dba Tulare
Regional Medical Center