(SPACE BELOW FOR FILING STAMP ONLY)

25

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:    rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District, Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: WW-110 |
| Debtor. | |
| Tax ID #:    94-6002897 | Date:    July 3, 2019 |
| Address:    869 N. Cherry Street    Tulare, CA 93274 | Time:    10:00 a.m. |
| | Place:    2500 Tulare Street    Fresno, CA 93721    Courtroom 13 |
| | Judge:    Honorable René Lastreto II |

## EXHIBIT TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 10 FILED BY JIAME CALDERON

| Exhibit | Description | Pages |
|---|---|---|
| A | Proof of Claim Number 10 filed by Jiame Calderon | 24 |

Dated: May 21, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District dba Tulare
Regional Medical Center

**Fill in this information to identify the case:**

Debtor 1    Tulare Regional Healthcare District

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of California

Case number   17-13797

---

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

*Filers must* leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

---

### Part 1:   Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | Jiame Calderon <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| **2. Has this claim been acquired from someone else?** | ☑ No <br> ☐ Yes. From whom? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Raymond Chandler, Attny <br> Name | <br> Name |
| 15 W. Carrillo St, #220 <br> Number    Street | <br> Number    Street |
| Santa Barbara    CA    93101 <br> City    State    ZIP Code | <br> City    State    ZIP Code |
| Contact phone 805-965-1999 | Contact phone _____ |
| Contact email rdc@rdclawoffice.com | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

| | |
|---|---|
| **4. Does this claim amend one already filed?** | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____ <br>                                                   MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

---

Official Form 410                   Proof of Claim                   **EXHIBIT A**
                                                       page 1

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**    $_____1,000,000.00. **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Wrongful death lawsuit pending (complaint attached)

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:   Malpractice insurance

**Basis for perfection:**   complaint for wrongful death

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $   10,000,000.00

**Amount of the claim that is secured:**    $   1,000,000.00

**Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)_____% 

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*                              **Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   10/16/2017
             MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Raymond | David | Chandler |
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Law Office of Raymond Chandler | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 15 W. Carrillo St., #220 | | |
| | Number   Street | | |
| | Santa Barbara | CA | 93101 |
| | City | State | ZIP Code |
| Contact phone | 805-965-1999 | Email rdc@rdclawoffice.com | |

EXHIBIT A
Page 3 of 24

**THE TRIAL LAW OFFICES OF**
**BRADLEY I. KRAMER**
BRADLEY I. KRAMER (SBN 234351)
8840 Wilshire Blvd., Suite 350
Beverly Hills, California 90211
Telephone: (310) 289-2600
Email: bkramer@biklaw.com

**LAW OFFICE OF RAYMOND CHANDLER**
Raymond Chandler (SBN 217827)
15 W. Carrillo Street, Suite 220
Santa Barbara, CA 93101
Telephone (805) 965-1999
Facsimile (805) 962-0722
Email: rdc@rdclawoffice.com

Attorneys for Plaintiff Jiame Calderon
and the following minor children of Jiame Calderon
and Anna Calderon (deceased): Robert Calderon,
Manuel Calderon and Matthew Calderon

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAME CALDERON, an individual;<br>RC, a minor child;<br>MC, a minor child;<br>MC, a minor child, | Case No.: _____ |
| | COMPLAINT FOR WRONGFUL DEATH |
| Plaintiffs, | |
| v. | (REQUEST FOR TRIAL BY JURY) |
| | *(Civil Cover Sheet Attached)* |
| ADANNA IKEDILO, M.D;<br>TULARE REGIONAL MEDICAL CENTER;<br>and DOES 1 through 25, Inclusive, | |
| Defendants. | |

1      Plaintiff JIAME CALDERON and the three minor children of JIAME CALDERON
2 and ANA CALDERON (the latter now deceased), RC. MC and MC (collectively "Plaintiffs"),
3 hereby complain and allege against ADANNA IKEDILO, M.D. ("Dr. Ikedilo"), TULARE
4 REGIONAL MEDICAL CENTER ("TRMC") and DOES 1 through 25, inclusive, (collectively
5 "Defendants"), as follows:
6

7                    <u>JURISDICTION</u>

8      1.    The events giving rise to the causes of action alleged herein occurred in the State
9 of California, County of Tulare, as that is where Plaintiffs resides, where Defendants do
10 business, and where the relevant incident occurred.
11

12     2.    Plaintiffs are informed and believe that Dr. Ikedilo practices medicine at a
13 federally funded medical clinic and TRMC provides hospital services in a federally funded
14 hospital district, and therefore Dr. Ikedilo is an employee of the federal government. Under 42
15 U.S.C. 233 and L.R. 102(d) the proper jurisdiction for this action is the Federal District Court for
16 the Eastern Division of California located in the City of Fresno, California.
17

18     3.    On July 15, 2016, Plaintiffs filed an administrative tort claim under the Federal
19 Tort Claims Act with the U.S. Department of Health and Human Services (DHHS).

20     4.    On or about December 16, 2016, Plaintiff received a letter from DHHS denying
21 their tort claim and informing Plaintiffs that a complaint must be filed within six months of that
22 letter. A copy of the aforesaid DHHS letter is attached hereto as **Exhibit A.**
23

24     5.    Local Rule 202(a) provides that in lieu of the appointment of representative or a
25 guardian ad litem, the attorney for the minor may, upon commencement of the action, present "a
26 showing satisfactory to the court that no such appointment is necessary to ensure adequate
27 representation of the minor."
28

6.    Bradley I Kramer, counsel for all Plaintiffs including the minors, is a medical doctor and an attorney licensed to practice before the courts of the State of California and this District Court, and he has extensive experience in representing minors in medical negligence and wrongful death actions. (See Declaration of Bradely I. Kramer attached hereto as **Exhibit B**).

7.    Plaintiff Jiame Calderon is the natural and legal father of the three minor Plaintiffs herein and consents to the representation of the minor children by Bradely I. Kramer and Raymond Chandler. (See Declaration of Jiame Calderon with (redacted) birth certificates of minor children attached thereto as **Exhibit C**).

## THE PARTIES

8.    At all times mentioned herein Plaintiff Jiame Calderon was an individual residing in the county of Tulare, California. Jiame Calderon is the husband of the now deceased Anna Calderon and father of the three minor children of Jiame Calderon and Ana Calderon.

9.    At all times herein mentioned herein Plaintiffs Robert Calderon (age 13), Manuel Calderon (age 2) and Matthew Calderon (age 1) were the three minor children of Jiame Calderon and Ana Calderon (now deceased).

10.    Plaintiffs are informed and believe and thereon allege that Dr. Ikedilo is a physician residing and doing business in the County of Tulare, California.

11.    Plaintiffs are informed and believe and thereon allege that TRMC is a hospital located in the County of Tulare, California.

12.    The true names and capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of the defendants named herein as DOES 1 through 25, inclusive, are unknown to Plaintiffs who therefore sue such defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the defendants designated herein as

referred to, and negligently, tortiously, and unlawfully, proximately caused injury and damages to Plaintiff as alleged herein. Plaintiff will seek leave of Court to amend this Complaint to show defendants' true names and capacities after the same have been ascertained.

13.   Plaintiffs are informed and believe and thereon allege that each defendant was the agent and employee of each other defendant, and in doing the things hereinafter alleged, acted within the scope and course of such agency and employment, and that each defendant has ratified and approved the acts of each other defendant.

## GENERAL ALLEGATIONS

14.   On October 13, 2015, Ana Calderon ("Ana"), then age 39, gave birth to her third child with Jiame Calderon at TRMC. There were no complications and mother and child went home that same day. Dr. Ikedilo delivered the baby.

15.   On October 14, 2015, Ana returned to TRMC and underwent a bilateral tubal ligation performed by Dr. Ikedlio. The tubal ligation procedure ended at approximately 11:11 a.m.

16.   According to Dr. Ikeldilo's operative notes, Ana was in "her usual state of good health" when the tubal ligation began and at the end of tubal ligation there was "good" to "excellent" hemostasis at the fallopian tube transections and the total estimated blood loss was 5ml.

17.   Dr. Ikeldilo left the operating room immediately after the tubal ligation was completed.

18.   Within 15 minutes after the tubal ligation was completed, Ana's vital signs began to "crash": her blood pressure fell to approximately 65/35 and her heart rate climbed to 120-130.

19.   Plaintiffs are informed and believe that Dr. Ikedilo negligently transected an

artery during the tubal ligation which caused massive internal bleeding and a life-threatening decrease in oxygen flow to vital organs, including the brain.

20.    On October 14, 2014 at approximately 12:04 p.m., while still in the operating room, Ana suffered her first cardiac arrest (code blue).

21.    During the code, Dr. Ikeldilo was paged to return to the operating room but did not return to the operating room until shortly before 1:00 p.m.

22.    Despite the obvious signs of internal bleeding, exploratory surgery to find the source of and treat the bleeding did not begin until about 1:00 p.m.

23.    The first of two exploratory laparotomies was performed by Dr. Ikedilo from approximately 1:00p.m. to 2:15 p.m. on October 14, 2014.

24.    Plaintiffs are informed and believe that prior to the commencement of the first exploratory laparotomy no blood products were administered.

25.    According to Dr. Ikedilo's operative notes, a left oophorectomy was performed during the first exploratory laparotomy, no arterial sources of bleeding were found and there was excellent hemostasis at the close of the first exploratory laparotomy.

26.    Ana was transferred to the Intensive Care Unit (ICU) after the first exploratory laparotomy.

27.    While in the ICU, Ana's vital signs again began to crash at about 5:15 p.m. By 5:45 p.m. her blood pressure was approximately 62/36 and her heart rate was elevated.

28.    While in ICU Ana suffered a second cardiac arrest (code blue) at approximately 6:06 p.m.

29.    Ana was taken to the operating room where a second exploratory laparotomy was performed from approximately 6:17p.m. to 8:17 p.m. by Dr. Ikedilo and Dr. Rebecca Zulim.

30. During the second exploratory laparotomy an arterial source of bleeding was discovered.

31. Ana never regained consciousness after the tubal ligation and as a result of the internal bleeding, suffered irreversible anoxic brain injury.

32. On or about October 17, 2014, Ana was transferred to California Pacific Medical Center where she expired shortly thereafter.

33. As a result of the negligent care provided to Ana Calderon by Dr. Ikedilo and TRMC, Plaintiffs suffered severe physical and mental injuries, loss of support and economic injuries.

## FIRST CAUSE OF ACTION

### For Wrongful Death

### (All Plaintiffs Against All Defendants)

34. Plaintiffs re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

35. During all periods of time during which Ana Calderon was a patient of Defendants, the Defendants, and each of them, agreed to perform and undertook to perform for Ana Calderon all services necessary to Ana Calderon's care, which included, but was not limited to, examination, evaluation, diagnosis, surgery, care and treatment of Ana Calderon, and in so doing, the Defendants, and each of them, established a relationship with Ana Calderon, giving rise to each Defendant's duty to Ana Calderon to provide skillful management of her health condition.

36. Defendants and each of them breached their duty to Ana Calderon to provide skillful management of her health condition, including but not limited to examination, diagnosis,

1 | care and treatment of Ana Calderon.

2      37.    At all times herein mentioned, Defendants and each of them so negligently and
3 carelessly cared for, treated and rendered medical services upon the person and body of Ana
4 Calderon and so negligently and carelessly operated, managed, controlled and conducted their
5 services, activities and supervision in connection with Ana Calderon's care and treatment that as
6 a direct and proximate result thereof Ana Calderon was caused to and did suffer the fatal injuries
7 herein alleged.

8      38.    During said periods of time herein above alleged, Defendants and each of them,
9 were negligent, careless and unskillful in their management of the health of Ana Calderon,
10 including but not limited to the examination, diagnosis, surgery, care and treatment that were or
11 should have been provided to her.

12      39.    The negligence of Defendants and each of them, includes but is not limited to the
13 following: performing an act and/or failing to perform an act which placed Ana Calderon into a
14 critical medical condition; failing to properly prevent, recognize, evaluate, or treat Ana
15 Calderon's critical condition in a timely manner; failing to transfer Ana Calderon to an
16 appropriate medical facility in a timely manner; and failing to otherwise treat her medical
17 condition in an appropriate manner.

18      40.    As a direct and proximate result of the aforesaid negligence, carelessness and
19 unskillfulness of Defendants, and each of them, Ana Calderon suffered grave injuries including
20 pain, suffering and ultimately, death. Plaintiffs are informed and believe and thereon allege that
21 said death would not have occurred if not for the negligence of Defendants.

22      41.    As a further direct and proximate result of the aforesaid negligence, carelessness
23 and unskillfulness of Defendants, Plaintiffs suffered, and will in the future continue to suffer

COMPLAINT FOR WRONGFUL DEATH

7

1  pain, loss of enjoyment of life and other forms of severe mental and emotional distress and

2  anguish.  Plaintiffs have been deprived of a kind and loving spouse and parent and of Ana

3  Calderon's care, comfort, society, protection, love, companionship, affection, solace, moral

4  support, physical assistance in the operation and maintenance of the home, and financial support.

5

6       42.    As a further direct and legal result of the aforesaid negligence, carelessness and

7  unskillfulness of Defendants, and each of them, Plaintiff Jiame Calderon has incurred and will

8  continue to incur a loss of earnings and has incurred and will continue to incur expenses related

9  to the care of his three minor children as the result of the loss of their wife and mother.

10

11      43.    As a further, direct and legal result of said negligence, carelessness and

12  unskillfulness of the Defendants, and each of them, Plaintiffs are entitled to prejudgment interest

13  under Code of Civil Procedure §998 and Civil Code §3291.

14      44.    As a direct and proximate result of the death of the Ana Calderon, Plaintiffs have

15  incurred reasonable and necessary expenses for the Ana Calderon's funeral, burial, and memorial

16  services to their damage in a presently unascertained sum and which will be established

17  according to proof at trial.

18

19                          <u>PRAYER FOR RELIEF</u>

20      WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as

21  follows:

22

23      1.    For general damages according to proof;

24      2.    For special damages according to proof;

25      3.    For legal interest on judgment from the filing of this complaint to the date of

26  judgment;

27  //

28

---

COMPLAINT FOR WRONGFUL DEATH

8

Filed 05/31/19

Filed 10/16/17

Case 17-13797

Case 17-13797

Doc 1465

Claim 10

Case 1:17-cv-00040-DAD-BAM   Document 1   Filed 01/11/17   Page 9 of 21

1    4.    For costs of suit;

2    5.    And, for any other and further relief as the Court deems just and proper.

3

4  DATED:  January _10_, 2017

5                                          THE TRIAL LAW OFFICES OF
                                            BRADLEY I. KRAMER, M.D., ESQ.
6                                          BRADLEY I. KRAMER

7                                          LAW OFFICE OF RAYMOND CHANDLER
                                            RAYMOND CHANDLER
8

9                                    By _____

10                                        Raymond Chandler,
                                            Attorney for Plaintiffs Jiame Calderon,
11                                        Robert Calderon, Manuel Calderon and
                                            Matthew Calderon
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR WRONGFUL DEATH
9

Filed 05/31/18
Filed 10/16/17
Case 17-13797
Case 17-13797
Doc 1465
Claim 10

Case 1:17-cv-00040-DAD-BAM   Document 1   Filed 01/11/17   Page 10 of 21

# EXHIBIT A



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the General Counsel/General Law Division
Claims Office
330 C Street, S.W.
Switzer Building, Suite 2600
Washington, D.C. 20201
Ph: (202) 691-2369
Fax: (202) 691-2035

<u>U. S. CERTIFIED MAIL–RETURN RECEIPT REQUESTED</u>
(Article No. 7006 0100 0002 1488 9387)

Bradley I. Kramer, M.D., Esq.
Kramer & Willett, LLP
8840 Wilshire Boulevard, Suite 350
Beverly Hills, California 90211

Re: <u>Administrative Tort Claim of Jaime Calderon</u>, Claim No. 2016-0520

Dear Dr. Kramer:

On July 18, 2016, you filed an administrative tort claim under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§1346(b), 2401(b), 2671-80, on behalf of your client, Jamie Calderon, alleging, *inter alia*, that, on October 14, 2015, Dr. Adanna Ikedilo and Tulare Community Health Clinic, located in Tulare, California, committed medical malpractice by negligently dissecting an artery during a tubal ligation; and, thereafter, not performing a timely and proper exploratory laparotomy to repair the artery, resulting in the death of Mrs. Calderon on October 24, 2015.

The FTCA authorizes the settlement of any claim of money damages against the United States for, *inter alia*, injury or death caused by the negligent or wrongful act or omission of any employee of the federal government, while acting within the scope of employment. Under the FTCA, said act or omission must be such that the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred. 28 U.S.C. § 2672.

This letter constitutes the notice of final determination of this administrative tort claim, as required by 28 U.S.C. §§ 2401(b), 2675(a). The administrative tort claim of Jamie Calderon is denied. The evidence fails to establish that the alleged injuries were due to the negligent or wrongful act or omission of a federal employee acting within the scope of employment.

If your client is dissatisfied with this determination, she may:

1.    file a written request with the Agency for reconsideration of the final determination denying the claim within six (6) months from the date of mailing of this determination (28 C.F.R. § 14.9); or

Filed 05/31/19

Page 2- Bradley I. Kramer, M.D., Esq.

2.      file suit against the United States in the appropriate federal district court
        within six (6) months from the date of mailing of this determination (28
        U.S.C. § 2401(b)).

In the event your client requests reconsideration, the Agency will review the administrative tort
claim within six (6) months from the date the request is received. If the reconsidered
administrative tort claim is denied, she may file suit within six (6) months from the date of
mailing of the final determination.

                            Sincerely yours,

                            William A. Biglow/

                            William A. Biglow
                            Deputy Associate General Counsel
                            Claims and Employment Law Branch

# EXHIBIT B

## EXHIBIT B
### DECLARATION OF BRADLEY I. KRAMER

I, BRADLEY I. KRAMER, declare as follows:

1.      I am a medical doctor and an attorney licensed to practice before the courts of the State of California and this District Court, and I am one of the attorneys representing the Plaintiffs in this action.  I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief, and as to those matters I believe them to be true. If called to testify I could and would testify competently therefore.

2.      I have extensive experience representing minors and/or individuals requiring guardians in medical negligence and wrongful death actions.  A few of the aforesaid actions are:

Gallegos v. Children's Hospital, et al.
Orange County; Case No. 30-2014-00701815
January 2014

Hawken v. Providence Health, et al.
Los Angeles, Case No. BC562275
October 2014 .

Freeman v. Hollywood Presbyterian, et al.
Los Angeles, Case No. BC624985
June 2016

3.      If approved by the Court I will competently and adequately represent the minors in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January _3_, 2017 in Los Angeles County, California.

BRADLEY I. KRAMER, M.D., ESQ.

COMPLAINT FOR DAMAGES
9

Filed 05/31/19
Filed 10/16/17

Case 17-13797
Case 17-13797

Doc 1465
Claim 10

Case 1:17-cv-00040-DAD-BAM   Document 1   Filed 01/11/17   Page 15 of 21

# EXHIBIT C

Filed 10/16/17
Case 17-13797
Case 17-13797
Doc 1465
Claim 10

Case 1:17-cv-00040-DAD-BAM   Document 1   Filed 01/11/17   Page 16 of 21

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>EXHIBIT C</u>

<u>DECLARATION OF JIAME CALDERON</u>

I, JIAME CALDERON, declare as follows:

1.     I am one of the Plaintiffs in this action.  I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief, and as to those matters I believe them to be true. If called to testify I could and would testify competently therefore.

2.     I am the husband of Ana Calderon (now deceased) and the natural and legal father of the three minor Plaintiffs in this action: Anna Calderon (deceased): R    C    , M    C    and M    C    .     <span style="color:gray">REDACTED</span>

3.     I consent to the representation of the minor children by Bradley Kramer and Raymond Chandler and I am confident that they will competently and adequately represent the children.

4.     True and correct copies of the birth certificates of R    C, M    C and     <span style="color:gray">REDACTED</span>
M    C    evidencing that I am their father are attached hereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January  9, 2017 in Tulare County, California.

JIAME CALDERON

COMPLAINT FOR DAMAGES

10

Filed 05/31/19
Filed 10/16/17
Case 17-13797
Case 17-13797
Doc 1465
Claim 10

Case 1:17-cv-00040-DAD-BAM   Document 1   Filed 01/11/17   Page 17 of 21



REDACTED

CERTIFICATION OF VITAL RECORD

STATE OF CALIFORNIA

COUNTY of CONTRA COSTA
MARTINEZ, CALIFORNIA

REDACTED

STATE OF CALIFORNIA

CERTIFICATE OF LIVE BIRTH

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY of TULARE
VISALIA, CALIFORNIA

REDACTED

## CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA
USE BLACK INK ONLY

STATE FILE NUMBER:
LOCAL REGISTRATION NUMBER: 1201454004610

| | | | | |
|---|---|---|---|---|
| THIS CHILD | 1A NAME OF CHILD - FIRST: M | 1B MIDDLE: C | 1C LAST: C | |
| | 2 SEX: MALE | 3A THIS BIRTH SINGLE, TWIN, ETC: SINGLE | 3B IF MULTIPLE, THIS CHILD IS 1ST, 2ND, ETC: | 4A DATE OF BIRTH - MM/DD/CCYY: /2014 | 4B HOUR - 24 HOUR CLOCK TIME: 0009 |
| PLACE OF BIRTH | 5A PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY: TULARE REGIONAL MEDICAL CENTER | 5B STREET ADDRESS - STREET AND NUMBER, OR LOCATION: 869 CHERRY STREET | | |
| | 5C CITY: TULARE | 5D COUNTY: TULARE | | |
| FATHER/PARENT | 6A NAME OF FATHER/PARENT - FIRST: JIAME | 6B MIDDLE: - | 6C LAST: CALDERON | 7 BIRTHPLACE - STATE/COUNTRY: CA | 8 DATE OF BIRTH - MM/DD/CCYY: 01/10/1977 |
| MOTHER/PARENT | 9A NAME OF MOTHER/PARENT - FIRST: ANA | 9B MIDDLE: MARIE | 9C LAST - BIRTH NAME: PENA | 10 BIRTHPLACE - STATE/COUNTRY: CA | 11 DATE OF BIRTH - MM/DD/CCYY: 12/01/1976 |
| INFORMANT AND BIRTH CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 12A PARENT OR OTHER INFORMANT - SIGNATURE: Ana Calderon | 12B RELATIONSHIP TO CHILD: MOTHER | 12C DATE SIGNED - MM/DD/CCYY: /2014 |
| | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED | 13A ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE: Lan Truong | 13B LICENSE NUMBER: A116188 | 13C DATE SIGNED - MM/DD/CCYY: 09/08/14 |
| | 13D TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: LAN THUY TRUONG, MD, 1201 CHERRY STREET, TULARE | | 14 TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT: | |
| LOCAL REGISTRAR | 15A DATE OF DEATH - MM/DD/CCYY: | 15B STATE FILE NO. - STATE USE ONLY: | 16 LOCAL REGISTRAR - SIGNATURE: KAREN HAUGHT, M.D. | 17 DATE ACCEPTED FOR REGISTRATION - MM/DD/CCYY: 09/08/2014 |

REDACTED

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Tulare County Recorder.

Roland P. Hill
ROLAND P. HILL
ASSESSOR/CLERK-RECORDER
COUNTY OF TULARE

MAY 20 2015
DATE ISSUED

0 0 0 4 7 6 1 1 7

This copy not valid unless prepared on engraved border displaying date, seal and signature of the County Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

**CERTIFICATION OF VITAL RECORD**

OFFICE OF VITAL RECORDS

# COUNTY OF TULARE

TULARE, CALIFORNIA

REDACTED

## CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA
USE BLACK INK ONLY

STATE FILE NUMBER | LOCAL REGISTRATION NUMBER 1201554005408

| | | | | | |
|---|---|---|---|---|---|
| THIS CHILD | 1A. NAME OF CHILD - FIRST: M7 | 1B. MIDDLE: C R | 1C. LAST: C | | |
| | 2. SEX: MALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC.: SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC.: | 4A. DATE OF BIRTH - MM/DD/CCYY: 2015 | 4B. HOUR - 24 HOUR CLOCK TIME: 0636 |
| PLACE OF BIRTH | 5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY: TULARE REGIONAL MEDICAL CENTER | 5B. STREET ADDRESS - STREET AND NUMBER, OR LOCATION: 869 CHERRY STREET | | | |
| | 5C. CITY: TULARE | 5D. COUNTY: TULARE | | | |
| FATHER/PARENT | 6A. NAME OF FATHER/PARENT - FIRST: JIAME | 6B. MIDDLE: - | 6C. LAST: CALDERON | 7. BIRTHPLACE - STATE/COUNTRY: CA | 8. DATE OF BIRTH - MM/DD/CCYY: 01/10/1977 |
| MOTHER/PARENT | 9A. NAME OF MOTHER/PARENT - FIRST: ANA | 9B. MIDDLE: MARIE | 9C. LAST - BIRTH NAME: PENA | 10. BIRTHPLACE - STATE/COUNTRY: CA | 11. DATE OF BIRTH - MM/DD/CCYY: 12/01/1976 |
| INFORMANT AND BIRTH CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT - SIGNATURE: Ana Calderon | 12B. RELATIONSHIP TO CHILD: MOTHER | 12C. DATE SIGNED - MM/DD/CCYY: /2015 | |
| | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED. | 13A. ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE: [signature] | 13B. LICENSE NUMBER: G65767 | 13C. DATE SIGNED - MM/DD/CCYY: 10/20/15 | |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: KIN PANG, MD, 1101 CHERRY STREET, TULARE | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT: | | | |
| LOCAL REGISTRAR | 15A. DATE OF DEATH - MM/DD/CCYY: | 15B. STATE FILE NO. - STATE USE ONLY: | 16. LOCAL REGISTRAR - SIGNATURE: KAREN HAUGHT, M.D. [signature] | 17. DATE ACCEPTED FOR REGISTRATION - MM/DD/CCYY: 10/22/2015 | |

REDACTED

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF TULARE

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL STATISTICS OFFICE, COUNTY OF TULARE HEALTH AND HUMAN SERVICE AGENCY.

DATE ISSUED FEB 22 2016

*0003270063*

Karen Haught
Karen Haught, M.D., M.P.H., Tulare County Health Officer
Registrar of Vital Statistics

This copy is not valid unless prepared on an engraved border, displaying date, seal and signature of the County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

JS 44 (Rev. 12/12)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Calderon, Jiame; C, R a minor;
C, M a minor; C, M a minor

**(b)** County of Residence of First Listed Plaintiff    Tulare
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
The Trial Law Offices of Bradley I. Kramer
8840 Wilshire Blvd., Suite 350
Beverly Hills, CA 90211 (310) 289-2600 (see attachment)

**DEFENDANTS**

Ikedilo, Adanna, MD;
Tulare Regional Medical Center
(U. S. DHHS)

County of Residence of First Listed Defendant    Tulare
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Unknown

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☒ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 38 USC 7316

Brief description of cause: Wrongful death due to medical malpractice

**VII. REQUESTED IN COMPLAINT:**
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 1,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*

JUDGE       DOCKET NUMBER

DATE 1-10-17     SIGNATURE OF ATTORNEY OF RECORD   *[signature]* Grald Chandler

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

ATTACHMENT TO CIVIL CASE COVER SHEET

Case: Calderon et al. v. Ikedilo, et al.

1(c) Attorneys. Plaintiff

The Law Office of Raymond Chandler
15 W. Carrillo Street, Suite 220
Santa Barbara, CA 93101
805-965-1999