2
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Kathleen D. DeVaney #156444
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District, dba
Tulare Regional Medical Center

(SPACE BELOW FOR FILING STAMP ONLY)

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　　Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>WW-95<br><br>Date:　July 3, 2019<br>Time:　10:00 a.m.<br>Place:　2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge:　Honorable René Lastreto II |

**STATUS REPORT ON APPROVAL OF DISCLOSURE STATEMENT
DATED AS OF APRIL 30, 2019**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

　　Tulare Local Healthcare District, dba Tulare Regional Medical Center ("District") respectfully comes before the Court to provide a Status Report concerning approval of the District's Disclosure Statement Dated as of April 30, 2019 as follows:

　　1.　The hearing on approval of the Disclosure Statement is set for July 3 at 10:00 a.m.

2. The deadline for filing objections to the Disclosure Statement was June 19, 2019.

3. There were no objections to approval of the Disclosure Statement.

4. At the hearing on July 3, 2019, counsel of the District will appear in support of approval of the Disclosure Statement as containing adequate information and will request that the Court set the hearing on confirmation for August 15, 2019 at 9:30 a.m.

5. The Debtor has requested the Court to shorten time for objections to confirmation so that the confirmation hearing can be held on August 15, 2019.

6. A copy of the proposed Order setting the hearing on confirmation; approving the Disclosure Statement and setting out other procedural deadlines is attached hereto as Exhibit A.

WHEREFORE, the District prays that the Court be apprised accordingly and it seeks such other and further relief as is just and proper.

Dated: June 26, 2019

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: *Riley C. Walter*
Riley C. Walter, Attorneys for
Tulare Local Healthcare District dba
Tulare Regional Medical Center