3

(SPACE BELOW FOR FILING STAMP ONLY)

WANGER JONES HELSLEY, PC
Riley C. Walter #91839
265 East River Park Circle, Ste. 310
Fresno, CA 93720
Telephone:    (559) 233-4800
Facsimile:    (559) 233-9330
E-mail:       rwalter@wjhattorneys.com

Chapter 9 Counsel for Debtor Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re

TULARE LOCAL HEALTHCARE
DISTRICT, dba TULARE REGIONAL
MEDICAL CENTER,

              Debtor.

Tax ID #:    94-6002897
Address:     869 N. Cherry Street
             Tulare, CA 93274

CASE NO. 17-13797

Chapter 9

DC No.: WJH-1

**DECLARATION OF DANIEL R. HECKATHORNE IN SUPPORT OF DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 138 (AS AMENDED) IN THE AMOUNT $598,668.90 FILED BY THE DEPARTMENT OF HEALTH CARE SERVICES ON MARCH 7, 2019**

## DECLARATION OF DANIEL R. HECKATHORNE

1. My name is Daniel R. Heckathorne. I am the interim Chief Financial Officer of the Tulare Local Healthcare District (the "District"). The Board of Directors ("Board") of the District appointed me to the position of Interim Chief Financial Officer at the meeting of the Board of Directors conducted on November 7, 2017, which was documented in Resolution No. 855 signed by the Secretary of the Board on November 10, 2017. I am authorized to make this declaration on behalf of the District. If called upon as a witness, I could and would competently testify to the facts set forth herein.

2. As the Interim Chief Financial Officer of the District, my duties include overseeing accounting functions, budgets, financial risk management and financial statements, as well as reporting on financial performance. I also oversee areas related to patient accounting and revenue cycle management, cash management processes including billing, collections, accounts receivable, accounts payable, and financial reporting and month-end close processes, which includes payment and reconciliation of Medicare and Medicaid (Medi-Cal) reimbursements. As part of those duties, I am familiar with the District's business records related to my job duties. This declaration is based on matters of my own personal knowledge or knowledge I have gained from a review of the District's business records, which I believe have been maintained in the ordinary course of the District's business and which were made at or near the time of the acts or events recorded therein by, or from information transmitted by, a person with knowledge of the acts or events who had personal knowledge of the event and had or has a business duty to record such event accurately.

3. I have read and reviewed the Proof of Claim filed by the Department of Health and Human Services ("DHS") in the amount of $598,668.90 ("Claim"), a true and correct copy of which is attached as Exhibit "A" to my declaration. Based on my review of the Claim, it is my understanding that DHS asserts that it is owed the following amounts: (1) $282,659 for an overpayment for the period ending June 30, 2016, as set forth in the letter dated February 26, 2019 from Noridian Healthcare

DECLARATION OF DANIEL HECKATHORNE IN
SUPPORT OF DEBTOR'S OBJECTION TO
PROOF OF CLAIM NUMBER 138      -2-      C:\Users\dheckathorne\AppData\Local\Microsoft\Windows
\Te mporary Internet
Files\Content.Oullook\WVL T2JEJ\Heckathorne declaration
ISO objection to 138 v 2.docx

1  Solutions, the Medicare Administrative Contractor ("Noridian"); (2) $269,120.38 for an

2  overpayment for the period ending June 30, 2017, as set forth in a letter dated

3  February 9, 2018 from Noridan; (3) $24,990 for an overpayment for the period ending

4  June 30, 2017; and (4) $21,899.52 for overpayments under Medicare Part A for dates

5  of service between December 24, 2015 and October 24, 2017.

6          4.      Based on my review of the District's book and records, I believe that the

7  District has submitted to Noridian all of the reports the District is required to submit as of

8  this date. Further, the District has satisfied the claim for the FYE June 30, 2016 by

9  placing the full $282,659 into an escrow account with Noridian.  The District has also

10 placed $301,819.57 into an escrow account with Noridian for the FYE June 30, 2017,

11 however, I believe that after the District's bad debt claims are reviewed by Noridian, the

12 District will not owe DHS any money for this Claim and, instead, the DHS will owe the

13 District approximately $205,121 for the FYE June 30, 2017.

14         I declare under penalty of perjury that the foregoing is true and correct.

15 Executed on June 26, 2019.

16

17                                                Daniel R. Heckathorne