3

(SPACE BELOW FOR FILING STAMP ONLY)

WANGER JONES HELSLEY, PC
Riley C. Walter #91839
265 East River Park Circle, Ste. 310
Fresno, CA 93720
Telephone:   (559) 233-4800
Facsimile:   (559) 233-9330
E-mail:       rwalter@wjhattorneys.com

Chapter 9 Counsel for Debtor Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: WJH-5 |
| Debtor. | |
| Tax ID #:    94-6002897 | |
| Address:    869 N. Cherry Street Tulare, CA 93274 | |

**DECLARATION OF DANIEL R. HECKATHORNE IN SUPPORT OF DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 243 IN THE AMOUNT OF $620,053.00 FILED BY THE DEPARTMENT OF HEALTH CARE SERVICES ON APRIL 30, 2018**

## DECLARATION OF DANIEL R. HECKATHORNE

1.   My name is Daniel R. Heckathorne. I am the interim Chief Financial Officer of the Tulare Local Healthcare District (the "District"). The Board of Directors of the District appointed me to the position of Interim Chief Financial Officer at the meeting of the Board of Directors conducted on November 7, 2017, which was documented in Resolution No. 855 signed by the Secretary of the Board on November 10, 2017. I am authorized to make this declaration on behalf of the District. If called upon as a witness, I could and would competently testify to the facts set forth herein.

2.   As the Interim Chief Financial Officer of the District, my duties include overseeing accounting functions, budgets, financial risk management, financial statements, as well as reporting on financial performance. I also oversee areas related to patient accounting and revenue cycle management, cash management processes including billing, collections, accounts receivable, accounts payable, and financial reporting and month-end close processes, which includes payment and reconciliation of Medicare and Medicaid (Medi-Cal) reimbursements. As part of those duties, I am familiar with the District's business records related to my job duties. This declaration is based on matters of my own personal knowledge or knowledge I have gained from a review of the District's business records, which I believe have been maintained in the ordinary course of the District's business and which were made at or near the time of the acts or events recorded therein by, or from information transmitted by, a person with knowledge of the acts or events who had personal knowledge of the event and had or has a business duty to record such event accurately.

3.   I have read and reviewed the Proof of Claim filed by the Department of Health Care Services ("DHCS") in the total amount of $620,053.00 ("Claim"), a true and correct copy of which is attached as Exhibit "A" to my declaration. Based on my review of the Claim, I believe that Claim is for an asserted overpayment of Disproportionate Share Hospital ("DSH") program funds. Based on my experience, it is my understanding that the DSH program is a program available to eligible hospitals

DECLARATION OF DANIEL HECKATHORNE IN
SUPPORT OF DEBTOR'S OBJECTION TO
PROOF OF CLAIM NUMBER 243 IN THE
AMOUNT OF $620,053.00

-2-   C:\Users\dheckathorne\AppData\Local\Microsoft\Windows\Te
mporary Internet
Files\Content.Outlook\WVLT2JEJ\Decl.Heckathorne.ISO.Obj.
DHCS.062019.jmm v3.docx

1   that provide services to a large amount of uninsured individuals and Medi-Cal

2   beneficiaries, and is administered by DHCS. It is also my understanding that the

3   Tulare Regional Medical Center was eligible for DSH funds. On May 31, 2018, I

4   received an email communication from Shiela Mendiola who worked for the DHCS in

5   the Medi-Cal Supplemental Payment Section. In her May 31, 2018 email, Ms.

6   Mendiola stated that money due to the District for the SFY 2014-15 NDPH-IGT ACA

7   payment would be reduced and used to offset the entire amount of $620,053.00

8   overpayment. Attached hereto as Exhibit "B" is a true and correct copy of the

9   correspondence that shows that the District has repaid DHCS the amount of

10   $620,053.00 through a forced offset by the DHS and, therefore, I believe that the

11   District has repaid DHCS the entire amount of the Claim and has no liability for this

12   Claim.

13       I declare under penalty of perjury that the foregoing is true and correct.

14   Executed on June 26 2019.

                                         Daniel R. Heckathorne

DECLARATION OF DANIEL HECKATHORNE IN       -3-     C:\Users\dheckathorne\AppData\Local\Microsoft\Windows\Te
SUPPORT OF DEBTOR'S OBJECTION TO                                 mporary Internet
PROOF OF CLAIM NUMBER 243 IN THE      Files\Content.Outlook\WVLT2JEJ\Decl.Heckathorne.ISO.Obj.
AMOUNT OF $620,053.00                                     DHCS.062019.jmm v3.docx