**WANGER JONES HELSLEY PC**
Riley C. Walter #91839
Steven K. Vote #309152
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
Email: rwalter@wjhattorneys.com
svote@wjhattorneys.com

Attorneys for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WJH-6<br><br>Date:　August 29, 2019<br>Time:　9:30 a.m.<br>Place:　2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge:　Honorable René Lastreto II |

**MOTION FOR AUTHORITY TO BORROW AND GIVE SECURITY AND TO PROVIDE ADEQUATE PROTECTION (INSURANCE PREMIUM FINANCE AGREEMENT)**

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

　　Tulare Local Healthcare District, dba Tulare Regional Medical Center ("Debtor" or "TRMC") hereby files this Motion for Authority to Borrow and Give Security and to Provide Adequate Protection ("Motion") which seeks an order pursuant to 11 U.S.C. §§ 362, 364, and 901, as complimented by FRBP 4001(c), 4001(d), and 6006, authorizing TRMC to enter into a Commercial Premium Finance Agreement ("Agreement") with FIRST Insurance Funding ("FIRST") by which

1

TRMC would borrow funds to be used to finance insurance premiums as more fully described below, and to give security and provide adequate protection.

This Motion is based on the Notice of Motion, Motion, the Declaration of Sandra Ormonde and exhibits thereto, the files, pleadings and orders on file in this Chapter 9 case, and such other and further evidence as made properly before the Court.

TRMC respectfully requests that this Court enter an order pursuant to 11 U.S.C. §§ 362, 364 and 901, as complimented by FRBP 4001(c), 4001(d), and 6006, authorizing TRMC to enter into the Agreement with FIRST and to perform all obligations thereunder, and to provide adequate protection as follows:

1. This case was filed as a Chapter 9 case on September 30, 2017 ("Petition Date").

2. TRMC is a California healthcare district located in Western Tulare County.

3. TRMC is in the business of owning a hospital and other facilities. The hospital is leased to a third party.

4. As part of its operations, TRMC is required to maintain adequate insurance coverage. Without such coverages TRMC would be forced to cease operations.

5. Accordingly, TRMC seeks to finance insurance premiums by which certain property and casualty coverages are provided ("the Policies").

6. The Policies are essential to TRMC's business operations.

7. As of the date of this Motion the annual premiums for August 1, 2019 to July 30, 2020 required under the Policies are $237,400. Of this sum TRMC is prepared to pay $59,350 which it has the cash to do.

8. This leaves $178,050 in premiums required under the Policies.

9. In order to secure payment of the remaining premium amounts required, TRMC is prepared to enter into and execute the Agreement with FIRST. A true and correct copy of the Agreement is attached to the Declaration of Sandra Ormonde as Exhibit A.

10. The basic terms of the Agreement are as follows:

    A. Lender – FIRST Insurance Funding.

2

Motion for Authority to Borrow and Give Security, etc.     M:\S-U\TRMC\PLEADINGS\WJH-6 Motion to Borrow and Give Security\motion.071619.gaa.docx

B. Total Premiums, Taxes and Fees - $237,400;

C. Down Payment - $59,350;

D. Loan amount –$178,050;

E. Interest Details –

   i. Annual Percentage Rate – 6.250%

   ii. Total interest paid - Approximately $4,668.81;

F. Term of loan – 12 monthly payments;

G. Installment Details –

   i. $20,302.09 each;

   ii. Due on the first of the month;

   iii. Beginning on August 1, 2019;

H. Use of funds – The funds from the loan will be used for insurance premiums on the Policies;

I. Security – A first priority security interest in the Policies and any additional premiums required under the Policies, including all return premiums, dividend payments, and loss payments which reduce unearned premium.

J. Attorney-In-Fact – FIRST is appointed as attorney-in-fact with irrevocable power to cancel the Policies in the event of default under the Agreement.

11. As shown by the Declaration of Sandra Ormonde filed concurrently, the cash down payments of $59,350 on this loan will be made from cash on hand.

12. Additionally, TRMC and FIRST have agreed that TRMC shall provide FIRST with adequate protection as follows ("Adequate Protection"):

A. TRMC is authorized and directed to make timely payments due under the Agreement and FIRST is authorized to receive and apply such payments to the amounts owed by TRMC to FIRST under the Agreement.

B. If TRMC fails to make any of the payments due under the Agreement as they become due the automatic stay shall automatically lift to enable FIRST and/or third parties, including

insurance companies providing the coverage under the Policies, to take all necessary and appropriate actions to cancel the Policies, collect the collateral, and apply such collateral to the indebtedness owed to FIRST by TRMC under the Agreement. In exercising such rights, FIRST and/or third parties shall comply with the notice and other relevant provisions of the Agreement.

13. The terms of the Agreement and the Adequate Protection are commercially fair and reasonable in light of the circumstances including the granting of the security interest(s) described above to FIRST because TRMC is required to maintain adequate insurance coverage and without it would be forced to cease operations and because TRMC has been unable to obtain unsecured credit to fund the Policies.

14. The relief requested by this Motion is warranted and appropriate under the circumstances. TRMC submits that authorization of the Agreement will ensure that it can continue its necessary operations and will not prejudice the legitimate interests of creditors and other parties in interest.

15. TRMC requests waiver of BR 6004(g) relating to the 14 day stay.

WHEREFORE, the Debtor prays for an order:

a) Authorizing the Debtor to borrow up to $178,050 from FIRST and to grant the security interests in favor of FIRST described in the Motion;

b) Authorizing the Debtor to provide the Adequate Protection described in the Motion; and

c) For such other and further relief as is just and proper.

Dated: July 16, 2019　　　　　　　　　WANGER JONES HELSLEY, P.C.

By: */s/ Riley C. Walter*
　　　Riley C. Walter,
　　　Attorneys for Debtor, Tulare Local Healthcare
　　　District, dba Tulare Regional Medical Center

4

Motion for Authority to Borrow and Give Security, etc.　　　　　　　　　M:\S-U\TRMC\PLEADINGS\WJH-6 Motion to Borrow and Give Security\motion.071619.gaa.docx