2

Fear Waddell, PC
Peter L. Fear, No. 207238
Gabriel J. Waddell, No. 256289
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorney for Siemens Medical Solutions USA, Inc.,
  Creditor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 17-13797-B-9 |
| TULARE LOCAL HEALTHCARE DISTRICT, D/B/A TULARE REGIONAL MEDICAL CENTER, | Chapter 9<br><br>D.C. No. FW-1 |
| Debtor(s). | Date: August 29, 2019<br>Time: 9:30 a.m.<br>Place: Dept. B, Courtroom 13, 5th Floor<br>         United States Courthouse<br>         2500 Tulare St., Fresno, California<br>Judge: Hon. René Lastreto, II |

**NOTICE OF MOTION OF SIEMENS MEDICAL SOLUTIONS USA, INC.
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES
PURSUANT TO § 503(b)**

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the above date and at the above time and place, Siemens Medical Solutions USA, Inc. ("Siemens") will move for an order (i) allowing Siemens' administrative expense claim ("Administrative Expense Claim") for substantial contributions made to the above-captioned debtor's ("Debtor") Chapter 9 bankruptcy case and (ii) directing the Debtor to pay Siemens' Administrative Expense Claim, and for such other

NOTICE OF MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE [ETC.] - 1

and further relief as is appropriate. Siemans is requesting payment of administrative expenses in the amount of $123,766.29 for services, labor, and materials provided to the Debtor during the Post-Petition Period.

   This Application is served pursuant to Local Bankruptcy Rule 9014-1(f)(1), which provides for twenty-eight (28) days' notice. Opposition, if any, to the granting of the Application shall be in writing and shall be served and filed with the Court at least fourteen (14) calendar days preceding the date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the Application at oral argument if written opposition to the Application has not been timely filed. If you fail to file a written objection to the Application within such time period, the Court may treat such failure as a waiver of your right to object to the Application and may approve the Application. If you wish to review the full Application, you may review the Application on file with the Court or obtain a copy from Applicant.

   To determine whether this matter has been resolved without oral argument or whether the court has issued a tentative ruling, the pre-hearing disposition should be viewed at the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing; parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Date: 7/30/2019          FEAR WADDELL, P.C.

             By: /s/ Peter L. Fear
                Peter L. Fear

NOTICE OF MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE [ETC.] - 2