**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone　　714-966-1000
Facsimile　　714-966-1002

Attorneys for Interested Party
Southern Inyo Healthcare District

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: WW-108 |
| Debtor. | **NOTICE OF WITHDRAWAL OF STIPULATION TO CONTINUE HEARING ON DEBTOR'S OBJECTION TO PROOFS OF CLAIM NUMBERS 235 AND 238 FILED BY SOUTHERN INYO HEALTHCARE DISTRICT** |

NOTICE

**TO THE HONORABLE RENÉ LASTRETO II, THE DEBTOR, AND ALL PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that Southern Inyo Healthcare District ("SIHD"), interested party in the above-captioned bankruptcy case withdraws, without prejudice, its *Stipulation to Continue Hearing on Debtor's Objection to Proofs of Claim Numbers 235 and 238 Filed by Southern Inyo Healthcare District* [Dkt. 1577] filed August 2, 2019.

Dated: August 7, 2019            WEILAND GOLDEN GOODRICH LLP

                                           By:  /s/ *Jeffrey I. Golden*
                                                  Jeffrey I. Golden
                                                  Attorneys for Interested Party
                                                  Southern Inyo Healthcare District

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002