**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile     714-966-1002

Attorneys for Interested Party
Southern Inyo Healthcare District

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | DC No.: WW-108 |
| Debtor. | **STIPULATION TO CONTINUE HEARING ON DEBTOR'S OBJECTION TO PROOFS OF CLAIM NUMBERS 235 AND 238 FILED BY SOUTHERN INYO HEALTHCARE DISTRICT** |
| | DATE:    August 15, 2019<br>TIME:    9:30 a.m.<br>PLACE:   2500 Tulare Street<br>            Fresno, CA 93721<br>            Courtroom 13 |

**TO THE HONORABLE RENÉ LASTRETO II, THE DEBTOR, AND ALL PARTIES IN INTEREST:**

Southern Inyo Healthcare District ("SIHD"), and the Debtor, Tulare Local Healthcare District ("Tulare," and together with SIHD, the "Parties"), by and through their undersigned counsel, enter into this Stipulation to Continue Hearing on Debtor's Objection to Proofs of Claim Numbers 235 and 238 filed by Southern Inyo Healthcare District ("Stipulation") as follows:

## **RECITALS**

1. On May 6, 2019, Debtor filed Objection to Proofs of Claim Numbers 235 and 238 filed by Southern Inyo Health Care District ("Objection") [Dkt. 1392].

2. On July 9, 2019, SIHD filed a Notice of Hearing, setting the hearing on the Objection ("Hearing") for August 15, 2019 [Dkt. 1547].

4. The Parties seek to continue the Hearing on the Objection to a mutually agreed upon date of September 26, 2019, at 9:30 a.m.

## **STIPULATION**

NOW THEREFORE, based upon the foregoing recitals, and subject to Court approval, the Parties hereby stipulate and agree as follows:

a. The Hearing on the Debtor's Objection to Proofs of Claim Numbers 235 and 238 filed by Southern Inyo Health Care District shall be continued to September 26, 2019, at 9:30 a.m.;

b. SIHD's opposition to the Objection shall be filed and served no later than September 12, 2019;

c. Debtor's reply, if any shall be filed and served no later than September 19, 2019.

**IT IS SO STIPULATED.**

Dated: August 7, 2019　　　　　WEILAND GOLDEN GOODRICH LLP

By: /s/ *Jeffrey I. Golden*
　　Jeffrey I. Golden
　　Attorneys for Interested Party
　　Southern Inyo Healthcare District

Dated: August 1, 2019　　　　　WAGNER JONES HELSELY PC

By: _____
　　Riley C. Walter
　　Attorneys for Debtor
　　Tulare Local Healthcare District

## RECITALS

1. On May 6, 2019, Debtor filed Objection to Proofs of Claim Numbers 235 and 238 filed by Southern Inyo Health Care District ("Objection") [Dkt. 1392].

2. On July 9, 2019, SIHD filed a Notice of Hearing, setting the hearing on the Objection ("Hearing") for August 15, 2019 [Dkt. 1547].

4. The Parties seek to continue the Hearing on the Objection to a mutually agreed upon date of September 26, 2019, at 9:30 a.m.

## STIPULATION

NOW THEREFORE, based upon the foregoing recitals, and subject to Court approval, the Parties hereby stipulate and agree as follows:

a. The Hearing on the Debtor's Objection to Proofs of Claim Numbers 235 and 238 filed by Southern Inyo Health Care District shall be continued to September 26, 2019, at 9:30 a.m.;

b. SIHD's opposition to the Objection shall be filed and served no later than September 12, 2019;

c. Debtor's reply, if any shall be filed and served no later than September 19, 2019.

**IT IS SO STIPULATED.**

Dated: August 1, 2019  WEILAND GOLDEN GOODRICH LLP

By: _____
Jeffrey I. Golden
Attorneys for Interested Party
Southern Inyo Healthcare District

Dated: August 1, 2019  WAGNER JONES HELSELY PC

By: *[signature]*
Riley C. Walter
Attorneys for Debtor
Tulare Local Healthcare District