3

WANGER JONES HELSLEY, PC
Riley C. Walter #91839
265 East River Park Circle, Ste. 310
Fresno, CA 93720
Telephone: (559) 490-0949
Facsimile: (559) 233-9330
E-mail: rwalter@wjhattorneys.com

Chapter 9 Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-95<br><br>Date: August 15, 2019<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13<br>Judge: Honorable René Lastreto II |

**DECLARATION OF SANDRA L. ORMONDE IN SUPPORT OF CONFIRMATION OF PLAN FOR THE ADJUSTMENT OF DEBTS DATED AS OF APRIL 30, 2019**

1. My name is Sandra L. Ormonde. I am the Chief Executive Officer of the Tulare Local Healthcare District (the "District"). The Board of Directors ("Board") of the District appointed me to the position of Chief Executive Officer at the meeting of the Board of Directors conducted on April 24, 2019, which was documented in Resolution No. 868. I am authorized to make this declaration on behalf of the District. If called upon as a witness, I could and would competently testify to the facts set forth herein.

{//WW-95 Decl.Ormonde.ISO.Plan.080819.jmm (01003342).docx}

1

2. I began my duties as Chief Executive Officer of the District on May 1, 2019. As the Chief Executive Officer of the District, my duties are set forth in the Tulare Local Healthcare District Bylaws. Those duties include, but are not limited to, conserving the District's physical and financial assets, establishing and maintaining information and support systems, ensuring that physical properties are kept in good repair and operating condition, submitting a capital expenditure report to the Board on a quarterly basis, and being responsible for decisions concerning the operations of the District's facilities, services and programs, and to ensure that the District complies with applicable laws, regulations and standards. As part of those duties, I am familiar with the District's business records related to my job duties. This declaration is based on matters of my own personal knowledge or knowledge I have gained from a review of the District's business records, which I believe have been maintained in the ordinary course of the District's business and which were made at or near the time of the acts or events recorded therein by, or from information transmitted by, a person with knowledge of the acts or events who had personal knowledge of the event and had or has a business duty to record such event accurately.

3. As part of my duties as the Chief Executive Officer of the District, I have participated in and conducted an analysis of the capital expenditures required to be made by the District in its capacity as the landlord under that certain Lease dated as of February 12, 2019 by and between the District and Adventist Health Tulare ("AHT"), as amended (the "Lease"), as well as capital expenditures necessary to maintain other facilities of the District. Those capital expenditures include, but are not limited to, a repaving project of the parking lot serving the Evolutions Fitness facility, seismic work, emergency lighting and exit signage in the District's hospital facility, roof repairs, new chillers, upgrades to information technology systems, all as more completely described in the Disclosure Statement and Plan. I believe that a budget of $1.5 - $2.2 million annually is required to complete the capital projects necessary to maintain the District's facilities at a basic level and address the substantial deferred maintenance problems that exist at the District's facilities.

{//WW-95 Decl.Ormonde.ISO.Plan.080819.jmm (01003342).docx}

2

DECLARATION OF SANDRA ORMONDE IN SUPPORT OF CONFIRMATION OF PLAN FOR THE ADJUSTMENT OF DEBTS OF TULARE LOCAL HEALTHCARE DISTRICT DBA TULARE REGIONAL MEDICAL CENTER DATED APRIL 30, 2019

4. It is my belief and testimony that the payments proposed to be made to Class 8 is the best the District can reasonably do while maintaining he Districts facilities and providing a minimal level of healthcare services required under the District law.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 08, 2019, at Tulare, California.

*Sandra L. Ormonde* (signature)
Sandra L. Ormonde

{//WW-95.Decl.Ormonde.ISO.Plan.080819.jmm (01003342).docx}

3

DECLARATION OF SANDRA ORMONDE IN SUPPORT OF CONFIRMATION OF PLAN FOR THE ADJUSTMENT OF DEBTS OF TULARE LOCAL HEALTHCARE DISTRICT DBA TULARE REGIONAL MEDICAL CENTER DATED APRIL 30, 2019