3

**WANGER JONES HELSLEY, PC**
Riley C. Walter #91839
265 East River Park Circle, Ste. 310
Fresno, CA 93720
Telephone:   (559) 490-0949
Facsimile:    (559) 233-9330
E-mail:        rwalter@wjhattorneys.com

Chapter 9 Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>          Debtor.<br><br>Tax ID #:    94-6002897<br>Address:     869 N. Cherry Street<br>                   Tulare, CA 93274 | CASE NO.  17-13797<br><br>Chapter 9<br><br>DC No.:  WW-95<br><br>Date:     August 15, 2019<br>Time:    9:30 a.m.<br>Place:   2500 Tulare Street<br>            Fresno, CA 93721<br>            Courtroom 13<br>Judge:   Honorable René Lastreto II |

**DECLARATION OF KEVIN B. NORTHCRAFT IN SUPPORT OF CONFIRMATION OF PLAN FOR THE ADJUSTMENT OF DEBTS DATED AS OF APRIL 30, 2019**

1.  My name is Kevin B. Northcraft. I am the elected President of the Board of Directors of Tulare Local Healthcare District (the "District") located in Tulare, California.

2.  In my capacity as President, I preside over a five (5) person publicly elected Board. Each Director is elected by District.

3.  I have been the President of the Board of Directors since prior to the decision to file Chapter 9 on September 29, 2017. The Chapter 9 was filed on September 30, 2017 on an emergency basis.

{//WW-95 Decl.Northcraft.ISO.Plan.080819.jmm (01003362).docx}

1

4. Since this Chapter 9 case was filed, I presided over numerous special meetings and regular meetings involving all aspects of this case.

5. When the Chapter 9 case was filed the District was, essentially, out of cash. Since that time, the District has clawed its way back to the point that it is now proposing a Plan of Adjustment.

6. During the pendency of this Chapter 9 case, the Board has worked closely with the District's attorneys, both District's Counsel Todd Wynkoop, Benjamin Nicholson, and Jason Howard, as well as Riley C. Walter as Bankruptcy Counsel. I believe that we have been well represented throughout these proceedings and that we have been kept properly informed of both the Chapter 9 proceedings, matters involving the District and many other matters.

7. In my capacity as President and as a Director, I know that the Board has worked closely with Riley C. Walter as to development of the Chapter 9 Plan of Adjustment.

8. We held several special meetings at which we discussed our options. We discussed the Plan and Projections appended to the Plan at length and we heard from our auditor and consultants, Richard Gianello and Dan Heckathorne.

9. I can report with confidence that the Plan of Adjustment that is before this court for confirmation on August 15, 2019 was unanimously approved on a 5:0 vote and that I have signed the Plan in my official capacity as President and consent to confirmation of the Plan.

10. While I understand that there has been no objection to confirmation of our Plan, I nonetheless wish to inform the Court that the Board did carefully consider the interest of the District and the interest of the creditors in crafting the Plan.

11. The Board was careful in making sure that the District would be able to continue to maintain its facilities and provide a decent level of healthcare to the people of the District while creating a fund for the payment of existing indebtedness and future indebtedness. I am gratified to know that 100% of the Class 8 creditors are voting to accept the Plan which is a testament to our sincere effort to balance the competing needs of the District with our desire to pay unsecured creditors.

12. It is my belief and testimony that the District believes that the proposed Plan of Adjustment has been proposed in good faith and not by any means forbidden by law.

{//WW-95 Decl.Northcraft.ISO.Plan.080819.jmm (01003362).docx}

2

DECLARATION OF KEVIN B. NORTHCRAFT IN SUPPORT OF CONFIRMATION OF PLAN FOR THE ADJUSTMENT OF DEBTS OF TULARE LOCAL HEALTHCARE DISTRICT DBA TULARE REGIONAL MEDICAL CENTER DATED APRIL 30, 2019

13. I also believe that the Plan complies with applicable laws including the Bankruptcy Code and the California District Law.

I so declare and represent under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2019, at Tulare, California.

*Kevin B. Northcraft*

{//WW-95 Decl.Northcraft ISO Plan 080819.jmm (01003362).docx}

3

DECLARATION OF KEVIN B. NORTHCRAFT IN SUPPORT OF CONFIRMATION OF PLAN FOR THE ADJUSTMENT OF DEBTS OF TULARE LOCAL HEALTHCARE DISTRICT DBA TULARE REGIONAL MEDICAL CENTER DATED APRIL 30, 2019