Filed 08/09/19　　　　　　　　　　Case 17-13797　　　　　　　　　　Doc 1589

3

**WANGER JONES HELSLEY, PC**
Riley C. Walter #91839
265 East River Park Circle, Ste. 310
Fresno, CA 93720
Telephone:　(559) 490-0949
Facsimile:　(559) 233-9330
E-mail:　　rwalter@wjhattorneys.com

Chapter 9 Counsel for Tulare Local Healthcare District

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　　Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-95<br><br>Date:　August 15, 2019<br>Time:　9:30 a.m.<br>Place:　2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge:　Honorable René Lastreto II |

## DECLARATION OF DANIEL R. HECKATHORNE IN SUPPORT OF CONFIRMATION OF PLAN FOR THE ADJUSTMENT OF DEBTS DATED AS OF APRIL 30, 2019

1.　My name is Daniel R. Heckathorne. I am the interim Chief Financial Officer of the Tulare Local Healthcare District (the "District"). The Board of Directors ("Board") of the District appointed me to the position of Interim Chief Financial Officer at the meeting of the Board of Directors conducted on November 7, 2017, which was documented in Resolution No. 855 signed by the Secretary of the Board on November 10, 2017. I am authorized to make this declaration on behalf of the District. If called upon as a witness, I could and would competently testify to the facts set forth herein.

{//WW-95 Decl.Heckathorne.ISO.Plan.080819.jmm (01003325).docx}

1

2.      I have served as the interim Chief Financial Officer of the District since November 7 2017. As the Interim Chief Financial Officer of the District, my duties include overseeing accounting functions, budgets, financial risk management and financial statements, as well as reporting on financial performance. I also oversee areas related to patient accounting and revenue cycle management, cash management processes including billing, collections, accounts receivable, accounts payable, and financial reporting and month-end close processes, which includes payment and reconciliation of Medicare and Medicaid (Medi-Cal) reimbursements. As part of those duties, I am familiar with the District's business records related to my job duties. This declaration is based on matters of my own personal knowledge or knowledge I have gained from a review of the District's business records, which I believe have been maintained in the ordinary course of the District's business and which were made at or near the time of the acts or events recorded therein by, or from information transmitted by, a person with knowledge of the acts or events who had personal knowledge of the event and had or has a business duty to record such event accurately.

3.      Attached as Exhibit A to the "Exhibits to Disclosure Statement dated April 30, 2019" is a true and correct copy of a document entitled "Chapter 9 Plan of Adjustment" dated April 30, 2019, which I understand was filed in this chapter 9 case on May 22, 2019 as docket number 1442. This document is referenced herein as the "Financial Projections Supporting the Chapter 9 Plan of Adjustment." Attached as Exhibit B to the "Exhibits to Disclosure Statement dated April 30, 2019" is a true and correct copy of the "Audited Financial Statements Tulare Local Healthcare District dba Tulare Regional Medical Center June 30, 2018" prepared by JWT & Associates, LLP, which was received by me as part of my duties as the interim Chief Financial Officer of the District.

4.      As part of my duties as the interim Chief Financial Officer of the District, I prepared the pro forma financial projections used as the basis for the Financial Projections Supporting the Chapter 9 Plan of Adjustment. Richard Gianello, a recently retired former partner at Wipfli LLP/HFS Consultants ("HFS") retained by the District as an advisor and crisis manager, was my supervisor and utilized those pro forma financial projections in order to prepare the Financial Projections Supporting

{//WW-95 Decl.Heckathorne.ISO.Plan.080819.jmm (01003325).docx}

2

the Chapter 9 Plan of Adjustment. The Financial Projections Supporting the Chapter 9 Plan of Adjustment which were presented to and approved by the Board of the District.

5. It is my belief and testimony that the projections are conservative in nature and that the proposed Plan is feasible and not likely to be followed by need for further liquidation in reorganization.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2019, at EL CENTRO, California.

_____
Daniel R. Heckathorne

{//WW-95.Decl.Heckathorne.ISO.Plan.080819.jmm (01003325).docx}

3

DECLARATION OF DANIEL R. HECKATHORNE IN SUPPORT OF CONFIRMATION OF PLAN FOR THE ADJUSTMENT OF DEBTS OF TULARE LOCAL HEALTHCARE DISTRICT DBA TULARE REGIONAL MEDICAL CENTER DATED APRIL 30, 2019