**WANGER JONES HELSLEY, PC**
Riley C. Walter #91839
265 East River Park Circle, Ste. 310
Fresno, CA 93720
Telephone: (559) 490-0949
E-mail: rwalter@wjhattorneys.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>            Debtor.<br><br>Tax ID #:   94-6002897<br>Address:   869 N. Cherry Street<br>               Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WW-95<br><br>Date:    August 15, 2019<br>Time:   9:30 a.m.<br>Place:   2500 Tulare Street<br>          Fresno, CA 93721<br>          Courtroom 13<br>Judge:  Honorable René Lastreto II |

**SUMMARY OF BALLOTS REGARDING PLAN FOR THE ADJUSTMENT OF DEBTS DATED AS OF APRIL 30, 2019**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

    The following is a summary of all ballots received by August 12, 2019 by Wanger Jones Helsley PC as the Class 8 ballot agent, pursuant to this Court's Order Disclosure Statement; Setting Record Date for Voting Purposes; Fixing Time for Filing Acceptance or Rejection of Plan of Adjustment and Objections Thereto and Notice of Confirmation Hearing on Chapter 9 Plan ("The Disclosure Statement Order").

    The ballots pertain to the Chapter 9 Plan of Adjustment dated as of April 30, 2019 (the "Plan"), filed by Tulare Local Healthcare District, dba Tulare Regional Medical Center ("District" or "Debtor"). The ballots have been tabulated as designated by the Plan and as

described in the Order Granting Motion for Entry of an Order: (A) Approving Solicitation And Tabulation Procedures And Materials And (B) Granting Related Relief Relating To Plan Of Adjustment Confirmation (the "Solicitation Order") (ECF No. 1455), the results of which are set forth on the spreadsheet attached hereto as Exhibit A. The Class 8 ballots are attached as Exhibit B.

Below is a summary of these classes and the tabulations.

### CLASS 1 – SERIES A GENERAL OBLIGATION BOND CLAIMS

No Ballots were received for this Class. This Class is unimpaired.

### CLASS 2 – SERIES B-1 GENERAL OBLIGATOIN BONDS

No Ballots were received for this Class. This Class is unimpaired.

### CLASS 3 – SERIES B-2 GENERAL OBLIGATOIN BONDS

No Ballots were received for this Class. This Class is unimpaired.

### CLASS 4 – REVENUE BONDS SERIES 2007

See the Declaration of Stephenie Kjontvedt of Epiq Corporate Restructuring, LLC, the Class 4 ballot agent. This class is impaired and has voted to accept to the Plan.

### CLASS 5 – ADVENTIST HEALTH

No Ballots were received for this Class. This Class is unimpaired.

### CLASS 6 – CITY OF TULARE

No Ballots were received for this Class. This class is impaired.

### CLASS 7 – MISCELANEOUS SECURED CLAIMS

No Ballots were received for this Class. This Class is unimpaired.

### CLASS 8 – GENERAL UNSECURED CLAIMS

**51 Ballots were received for this Class accepting the Plan out of 52 total ballots received representing 98.08% of the total number of Class 8 Ballots cast and 93.62% of the dollar amount of the total Class 8 Ballots cast. This class is impaired.**

### CLASS 9 – LIABILITY CLAIMS

No Ballots were received for this Class. This Class is unimpaired.

Filed 08/13/19     Case 17-13797     Doc 1593

### CLASS 10 – ADMINISTRATIVE CONVENIENCE CLAIMS

Class 10 is a sub-class of Class 8 and as such any ballots received where eligible Class 8 creditors elected into Class 10 are accounted for and reflected in the Ballot tally for Class 8. Class 10 is unimpaired under the Plan.

### SUMMARY

Pursuant to the provisions of Sections 943 and 1126 of the Bankruptcy Code, the Plan has been accepted by the following classes which were classified as "impaired": Classes 4 and 8. Accordingly, the Plan should be confirmed.

Dated: August 13, 2019

WANGER JONES HELSLEY PC

By: /s/ Riley C. Walter
Riley C. Walter, Attorneys for Tulare Local Healthcare District