**WANGER JONES HELSLEY PC**
Riley C. Walter, #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
Facsimile: (559) 233-9330
E-Mail: rwalter@wjhattorneys.com

Chapter 9 Counsel for Debtor Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>              Debtor.<br><br>Tax ID #:  94-6002897<br>Address:    869 N. Cherry Street<br>                Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WJH-9<br><br>Date:    November 8, 2019<br>Time:   11:00 a.m.<br>Place:   2500 Tulare Street<br>           Fresno, CA 93721<br>           Courtroom 13<br>Judge:  Honorable René Lastreto II |

**DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 35
FILED BY MYLENE RUCKER**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE AND OTHER PARTIES IN INTEREST:

Pursuant to 11 U.S.C. § 502 and FRBP 3007, Tulare Local Healthcare District dba Tulare Regional Medical Center (the "Debtor") objects to Proof of Claim Number 35 (the "Claim") filed by Mylene Rucker ("Rucker"). This objection is based on the following:

1. The Debtor commenced a voluntary bankruptcy petition under Chapter 9 of the Bankruptcy Code on September 30, 2017 (the "Petition Date"), in the Eastern District of California.

2. The claims bar date was set as April 10, 2018.

3. On December 6, 2017, Rucker filed Proof of Claim 35, as amended, asserting priority status pursuant to 11 U.S.C. § 507(a)(4) in the total amount of $24,000 covering a period from August 2017 through October 2017. This Proof of Claim was filed on account of work performed by Rucker as an independent contractor physician at a rate of $205 per hour. A copy of Proof of Claim Number 35 is attached as Exhibit "A".

4. The Debtor objects to Rucker's claim on the basis that this claim is 1) not entitled to priority status as only Section 507(a)(2) is incorporated into Chapter 9 by Section 901; 2) The District's records reflect a lower amount of total hours worked, specifically only 66 total hours from August 1, 2017 through to September 30, 2017 (the "Petition Date") for a total amount of 13,530.00 earned up to the Petition Date; and 3) The 40 hours purportedly worked by Rucker in October 2017 were worked post-petition and should not be included in the amount asserted as of the Petition Date and included in the Proof of Claim.

WHEREFORE, the Debtor respectfully requests that this Objection be sustained and that Proof of Claim number 35 filed by Mylene Rucker be 1) denied any entitlement to priority status; 2) be allowed as a general unsecured claim in a total amount of $13,530 reflecting the pre-petition hours worked.

Dated: September 10, 2019

WANGER JONES HELSLEY PC

By: *Riley C. Walter*
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District