WANGER JONES HELSLEY
Riley C. Walter #91839
265 East River Park Circle, Ste. 310
Fresno, CA 93720
Telephone: (559) 490-0949
E-mail: rwalter@wjhattorneys.com

Chapter 9 Counsel for Tulare Local Healthcare District, Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT,<br><br>        Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>           Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9<br><br>DC No.: WJH-19<br><br>Date: February 26, 2020<br>Time: 1:30 p.m.<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 13<br>Judge: Honorable René Lastreto II |

**DEBTOR'S OBJECTION TO PROOF OF CLAIM
NUMBER 232 FILED BY GUPTA-KUMAR MEDICAL PRACTICE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE AND OTHER PARTIES IN INTEREST:

Pursuant to 11 U.S.C. § 502 and FRBP 3007, Tulare Local Healthcare District dba Tulare Regional Medical Center (the "Debtor") objects to Proof of Claim Number 232 (the "Claim") filed by Gupta-Kumar Medical Practice ("Gupta"). This objection is based on the following:

1. The Debtor commenced a voluntary bankruptcy petition under Chapter 9 of the Bankruptcy Code on September 30, 2017 (the "Petition Date"), in the Eastern District of California.

2. The claims bar date was set as April 10, 2018.

3. On April 10, 2018, Gupta filed Proof of Claim 232 in the total amount of $285,136 on account of medical healthcare services. A copy of Proof of Claim Number 232 is attached as Exhibit A.

4. The Debtor objects to Gupta's Claim on the basis that such Claim is inconsistent with the Debtor's books and records and that the Debtor has no liability for the amount and Claim asserted. Additionally, the Claim appears to duplicate the amount claimed in Claim number 231 filed by a related entity on the same day. The Debtor objects to the Gupta Claim in its entirety.

5. The Debtor submits that additional grounds may exist for the Debtor to object to the Claim, other than the grounds asserted in this Objection. The Debtor has not attempted to raise in this Objection each such ground, but reserves the right to do so at a later time and to the extent the Claim is not disallowed as may be requested in this Objection. The Debtor also reserves each defense, counterclaim, or setoff that may apply to the Claim. If a response to this Objection is received, the Debtor reserves the right to amend and supplement this Objection, or file additional objections to assert any defenses, counterclaims, and/or setoffs against the Claim. In all instances, the Debtor reserves the right to file future objections or motions to supplement this Objection as to the validity, amount, or status of the Claim upon different grounds than set forth herein or otherwise.

WHEREFORE, the Debtor respectfully requests that this Objection be sustained and the Proof of Claim Number 232 filed by Claimant be disallowed in its entirety and seeks such other and further relief as is just and proper.

Dated: January 7, 2020　　　　　　　　　　WANGER JONES HELSLEY

By: _____
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District