```
 1  XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
 2  NIROMI W. PFEIFFER, State Bar No. 154216
    Supervising Deputy Attorney General
 3  GRANT LIEN, State Bar No. 187250
    Deputy Attorney General
 4    1300 I Street, Suite 125
      P.O. Box 944255
 5    Sacramento, CA 94244-2550
      Telephone: (916) 210-7920
 6    Fax: (916) 324-5567
      E-mail: Grant.Lien@doj.ca.gov
 7  Attorneys for Creditor Department of
    Health Care Services (DHCS)
 8
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>Tulare Local Healthcare District,<br><br>                            Debtor,<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>               Tulare, CA 93274 | Case No. 17-13797<br><br>Chapter 9<br><br>DC No.: WJH-4<br><br>**DEPARTMENT OF HEALTH CARE SERVICES' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED PROOF OF CLAIM 197**<br><br>Date: May 27, 2020<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 13<br>Judge: The Honorable René Lastreto, II |

TO DEBTOR TULARE LOCAL HEALTHCARE DISTRICT AND ITS ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on the above date and time in the above-entitled Court, located at 2500 Tulare Street, 5th Floor, Fresno, California, or as soon thereafter as the matter can be heard, Creditor Department of Health Care Services (DHCS) will move for leave to amend

1

Proof of Claim 197. Pursuant to Federal Rule of Bankruptcy Procedure 7015 and Federal Rule of Civil Procedure 15, leave to amend should be granted because: (1) the Ninth Circuit has a liberal policy favoring amendment; (2) the amendment simply provides more information about the claim and does not constitute a new claim; (3) DHCS has not acted in bad faith or with unreasonable delay; and (4) the amendment would not cause undue prejudice to Debtor.

The motion to amend will be based on this notice, the memorandum of points and authorities and evidence filed herewith, any reply brief that is subsequently filed, the Court's file, and the oral and documentary evidence to be presented at the hearing.

Pursuant to Local Bankruptcy Rule 9014-1(f)(1):

Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to Fed. R. Civ. P. 43(c) as made applicable by Fed. R. Bankr. P. 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to Fed. R. Civ. P. 43(c).

The Court permits telephonic appearances. In order to appear by telephone, you must contact Court Call at (866) 582-6878 at least 24 hours prior to the hearing. There is a fee charged by Courtcall for telephonic appearances. Failure to be at the telephone number provided at the time of the hearing will be treated as a failure to appear.

The Court may decide the matter in advance of the hearing and remove the matter from calendar. Parties can ascertain which matters are resolved without oral argument and can view tentative rulings by checking the Court's internet site at http://www.caeb.uscourts.gov/ after 4 p.m. the day before the hearing.

Pursuant to Local Bankruptcy Rule 9014-(f)(1)(B), the failure to file a timely written opposition may result in the motion being resolved without oral argument and the striking of the untimely written opposition.

Dated: April 9, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
NIROMI W. PFEIFFER
Supervising Deputy Attorney General

*/s/ Grant Lien*

GRANT LIEN
Deputy Attorney General
*Attorneys for Creditor*
*Department of Health Care Services (DHCS)*

SA2020101237
14513536.docx