

## United States Bankruptcy Court

Eastern District of California
Office of the Clerk

8/11/2020

Joshua Morse
555 California Street 26th Floor
San Francisco, CA 94104

Dear Joshua Morse:

On 8/10/2020, an electronic notifications sent to you at joshua.morse@dlapiper.com via our e-Filing system was returned as undeliverable. As a result, we have deleted your e-mail address from our e-Filing system.

To ensure that you continue to receive electronic notifications in all open cases, please log in to our e-Filing system to update a current e-mail address.

If you are no longer actively representing clients in the Eastern District of California, please see Local Rule 2017-1 to determine which steps to take to be removed from your cases.

If you have any questions, please contact our help desk at 855-542-0992.

Sincerely,

Wayne Blackwelder
Clerk of Court