```
                UNITED STATES BANKRUPTCY COURT
                 EASTERN DISTRICT OF CALIFORNIA
                         FRESNO DIVISION
```

| | |
|---|---|
| In re | Case No. 17-13797-B-9 |
| **TULARE LOCAL HEALTHCARE DISTRICT,** | DC No. GL-1 |
| Debtor. | Date: March 30, 2021<br>Time: 9:30 a.m.<br>Department B, Judge Lastreto<br>Fifth Floor, Courtroom 13<br>2500 Tulare Street, Fresno, CA |

**ORDER ON MOTION FOR LEAVE TO FILE AMENDED CLAIM 197**

The hearing on the Department of Health Care Services' ("DHCS") Motion for Leave to Amend Claim 197 was heard before this court on March 30, 2021 and the matter was taken under submission. Appearances were noted on the record.

After review of the motion filed by DHCS, the opposition filed by Tulare Local Health Care District, the briefs, declarations, and exhibits submitted by both parties, and having considered the oral arguments, and after fully reviewing this matter, the court issued its Memorandum Decision on April 27, 2021.

///
///
///
///

1

1      In accordance with such Memorandum Decision and for good
2 cause appearing,
3      IT IS ORDERED that DHCS's Motion for Leave to Amend Claim
4 197 shall be and hereby is DENIED.

Dated: Apr 27, 2021

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

2

**Instructions to Clerk of Court**
**Service List - Not Part of Order/Judgment**

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked ___, via the U.S. mail.

Gregory S. Powell, Assistant U.S. Trustee
Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Grant Lien
1300 I St #125
PO Box 944255
Sacramento CA 94244

Riley C. Walter
265 E. River Park Circle, Ste. 310
Fresno CA 93720