**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9

**Docket Control No.** WJH-4

**Date:** 04/27/2021
**Time:** 9:30 AM

**Matter:** [1512] - Objection to Claim of Department of Health Care Services, Claim Number 197 [WJH-4] Filed by Debtor Tulare Local Healthcare District (svim)

**Judge:** René Lastreto II
**Courtroom Deputy:** Carina Weed
**Reporter:** Not Recorded
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

STATUS CONFERENCE NOW TO BE HELD ON 5/25/2021 at 9:30 AM at Fresno Courtroom 13, Department B

The court will issue an order.

The Department of Health Care Services' related motion to file an amended proof of claim was submitted on March 30, 2021. *See* Doc. #2415; GL-1. Given that the outcome of this matter largely depends on the court's ruling on that motion, the matter was continued to May 25, 2021 at 9:30 a.m.